IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGNER et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02886 |
| HARRIS COUNTY, TEXAS | § § | |
| *Defendant*. | § | |

## NOTICE OF RELATED CASE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, Movant and proposed Plaintiff-Intervenor, **ANA GARCIA** (hereinafter the "Plaintiff-Intervenor" or "Movant"), and hereby gives notice that Civil Action No. 4:23-cv-04366 stylized as *Ana Garcia v. Harris County,* filed in the Southern District of Texas Houston Division and assigned to the Honorable Chief Judge Lee H. Rosenthal is, in fact, a related case. Although Plaintiff and Defendants filed a Joint Discovery/Case Management Plan and acknowledged there is a pending motion to intervene by Plaintiff-Intervenor in this action [Doc. 23, Pg. 2 ¶ 2; Pg. 5 ¶ 7], the parties may have accidentally overlooked that there is a related case (of which they have knowledge). Accordingly, Plaintiff-Intervenor hereby gives notice that there is a related case, which was filed recently. In fact, Chief Judge Rosenthal has already issued an order scheduling a Rule 16 Conference in that related case, for February 23, 2024 at 10:20 A.M. The undersigned deem it is important for this Court to have knowledge of the above.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**THE SHARIFF LAW FIRM**

By: _____
    **M. Obaid Shariff**
    Federal ID No. 2827312
    Texas Bar No. 24091135
    mshariff@sharifflawfirm.com
    **Kevin Acevedo**
    Federal ID No. 2932922
    Texas Bar No. 24086848
    kacevedo@sharifflawfirm.com
    2500 West Loop South, Ste 300
    Houston, Texas 77027
    (713) 244-8392 (Telephone)
    (713) 244-8372 (Fax)
    **ELECTRONIC SERVICE VIA:**
    eservice@sharifflawfirm.com

    **ATTORNEYS FOR MOVANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGNER et al. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO: |
| v. | § | 4:23-cv-02886 |
| | § | |
| HARRIS COUNTY, TEXAS, | § | Jury Requested |
| | § | |
| *Defendant*. | § | |

**CERTIFICATE OF SERVICE**

-------------------------------------------------------------------X

TO: Clerk of the Court

I hereby certify that on December 13, 2023, I electronically filed the foregoing **Notice of Related Case** with the Clerk of the Court using the CM/ECF system and/or via email to the following:

**BEN CRUMP LAW, PLLC**

Paul A. Grinke
Attorney-in-Charge
State Bar No. 24032255
Paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
Aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Telephone: (972) 942-0494
Facsimile: (800) 770-3444

*- and –*

**MCCATHERN, PLLC**
Stephen Bergren
State Bar No. 24134428
sbergren@mccathernlaw.com
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662

Facsimile: (214) 741-4717

**ATTORNEYS FOR PLAINTIFFS**

*--and—*

**BAKER & HOSTETLER LLP**

Gregory C. Ulmer
Attorney-in-Charge
Texas Bar No. 00794767
Southern District Federal ID No. 19827
gulmer@bakerlaw.com
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

*OF COUNSEL*:

**BAKER & HOSTETLER LLP**
James E. Phillips
Texas Bar No. 24060423
Southern District Federal ID No. 906115
jphillips@bakerlaw.com
Kristen H. Luck
Texas Bar No. 24104027
Southern District Federal ID No. 3111037
kluck@bakerlaw.com
Ryan A. Walton
Texas Bar No. 24105086
Southern District Federal ID No. 3278426
rwalton@bakerlaw.com

**ATTORNEYS FOR DEFENDANT HARRIS COUNTY, TEXAS**

_____
M. Obaid Shariff
*Attorney for Movant and*
*Proposed Plaintiff-Intervenor*