# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER; et. al.,** | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO: 4:23-cv-02886 |
| **HARRIS COUNTY, TEXAS,** | § | |
| *Defendant.* | § | |

## ORDER DENYING DEFENDANT'S MOTION TO SEVER

ON THIS DAY the Court considered *Defendant's Motion to Sever*. The Court, having considered the Motion, the Response, and pleadings on file, and the arguments of counsel if any, is of the opinion that the Motion should be DENIED.

The Court FINDS that Plaintiffs' claims arise from the same transaction, occurrence, and series of transactions and occurrences and pose many common questions of law and fact.

The Court further FINDS that severance would not be in the best interests of judicial economy or fundamental fairness to the Parties and would not result in any prejudice to any party.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that *Defendant's Motion to Sever* is DENIED.

SIGNED this _____ day of _____, 20__.

_____
KEITH P. ELLISON
UNIED STATES DISTRICT COURT JUDGE