**APPENDIX A**
**Reply to MTS - Uncited Case**

| Date Filed | Unreported Case | Judge |
|---|---|---|
| 10/14/2005 | Marla Mayon, et al v. Racetrac Petroleum Inc., Case No: 4:04-cv-04237 | Judge Lee Rosenthal |