# Exhibit B

# Wagner, et al. vs. Harris County, Texas
# Alleged Cause of Injury

| Name of Detainee | Officer/Detainee Altercation | Detainee/Detainee Altercation | Health Issue | Suicide | Is Detainee Deceased | Count 1 | Count 2 | Count 3 |
|---|---|---|---|---|---|---|---|---|
| Antonio Lewis Radcliffe | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Bernard Lockhart | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Bryan Marquis Johnson | ☑ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Christopher Dewayne Young | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Deon Lewis Peterson | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Dylan James Perio | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Evan Ermayne Lee | ☐ | ☑ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Gary Wayne Smith | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Harrell Veal | ☑ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Jacoby Pillow | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Jaquez Antony Moore | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Jeremiah Jermaine Anglin | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Jeremy Dawayne Garrison | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| John Lawrence Coote | ☑ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Kenneth F. Richard | ☑ | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Kevin Leon Smith, Jr. | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☐ |
| Kristan Smith | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Michael Greigo | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☑ | ☐ |

| Name of Detainee | Officer/Detainee Altercation | Detainee/Detainee Altercation | Health Issue | Suicide | Is Detainee Deceased | Count 1 | Count 2 | Count 3 |
|---|---|---|---|---|---|---|---|---|
| Nathan Bernard Henderson | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Ramon Thomas | ☐ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Robert Wayne Fore | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ | ☑ |
| Ryan Kenneth Twedt | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Taylor Edward Euell | ☑ | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Tramell Morelle | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| William Curtis Barrett | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ |
| Zachary Rene Zepeda | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☐ |
| Zachery Kehjua Johnson | ☑ | ☑ | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ |
| Count: | 11 | 11 | 11 | 1 | 12 | 27 | 27 | 17 |

Count 1: MONELL CLAIM; VIOLATION OF THE FOURTEENTH AMENDMENT; PURSUANT TO 42 U.S.C. § 1983; CONDITIONS OF CONFINEMENT—ALL PLAINTIFFS

Count 2: MONELL CLAIM; VIOLATION OF THE FOURTEENTH AMENDMENT; PURSUANT TO 42 U.S.C. § 1983; FAILURE TO TRAIN OR SUPERVISE.

Count 3: VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT OF 1990 (42 U.S.C. § 12131, ET SEQ.) AND SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794, ET SEQ.).