UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER,** *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 4:23-CV-02886 |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE AND DESIGNATION AS LEAD COUNSEL
ON BEHALF OF DEFENDANT HARRIS COUNTY, TEXAS BY
ATTORNEY RICARDO J. NAVARRO**
==================================================================

MAY IT PLEASE THE COURT:

NOW COMES undersigned defense counsel, RICARDO J. NAVARRO and hereby enter an appearance in this case on behalf of DEFENDANT HARRIS COUNTY, TEXAS (hereafter "DEFENDANT").

Attorney RICARDO J. NAVARRO should be designated as Lead Counsel Attorney to be Noticed for DEFENDANT for all purposes in this litigation.

The purpose of entering an appearance is to allow undersigned counsel to receive the benefits of all electronic notices and of filings of other counsel in the case, as well as of all orders, notices, and deadlines issued and entered in the Court from time to time to the appropriate address indicated in this Notice of Appearance.

Attorney RICARDO J. NAVARRO is in good standing licensed to practice in the State of Texas and in this Court and is authorized to appear as counsel on behalf of the above-named Defendant in this matter.

**CONCLUSION**

Therefore, Undersigned Counsel requests that the Court's Docket be updated to reflect undersigned Counsels' representation of DEFENDANT in this case.

SIGNED on the 6th day of June 2024.

Respectfully submitted,

*Ricardo J. Navarro*
RICARDO J. NAVARRO
Lead Attorney
USSDTX Bar No 5953
Texas Bar No. 14829100
rjnavarro@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ
   BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573
832- 632-2102
832-632-2132 (fax)

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY, TEXAS**

### CERTIFICATE OF SERVICE

    I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process contained in the Federal Rules of Civil Procedure on the persons or parties identified below on this the 6th day of JUNE 2024.

Paul A. Grinke             via Electronic Notification
pgrinke@mccathernlaw.com
Aaron Dekle
adekle@mccathernlaw.com
**McCathern, PLLC**
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
214-741-2662
214-741-4717 (fax)

Ben Crump
Court@bencrump.com
**Ben Crump Law, PLLC**
122 South Calhoun Street
Tallahassee, Florida, 32301
800-235-0444

By: *Ricardo J. Navarro*
      RICARDO J. NAVARRO