United States District Court
Southern District of Texas

**ENTERED**

June 14, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Octevia Wagner, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:23−cv−02886 |
| | § | |
| Harris County, Texas | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __20__ Days          Jury: __X__ Non-Jury: _____

1.  (a) **NEW PARTIES** shall be joined by:                          October 4, 2024

    The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    (b) **AMENDMENT to PLEADINGS**
    by Plaintiff or Counter-Plaintiff shall be filed by:            October 25, 2024

2.  EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:            January 10, 2025

3.  EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:            February 7, 2025

4.  DISCOVERY must be completed by:                March 28, 2025
    <br>(Due at least two weeks before motions deadline)

    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                April 11, 2025
    (except motions *in limine*) will be filed by:    (Due 90 days prior to Trial)

6.  JOINT PRETRIAL ORDER and MOTIONS *IN*
    *LIMINE* will be filed by:                            July 7, 2025
    (The Court will fill in this date)          _____
                                                   (Due the Monday before trial)

7.  TRIAL will begin at 9:00 a.m.                      July 14, 2025
    (The Court sets a firm trial date)        _____
                                                 (15 Months from the date case filed)


6/14/2024
_____              _____
Date                                           Keith P. Ellison
                                        United States District Judge