IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER, *et al.*, | § | Civil Action No. 4:23-cv-2886 |
| *Plaintiff,* | § | (Jury Trial) |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| *Defendant.* | § | |
| | § | |
| and | § | |
| | § | |
| CAMBREY LINDSAY, | § | |
| *Plaintiff-Intervenor* | § | |

ORDER

On his day came to be considered Cambrey Lindsay's motion to intervene and the motion is GRANTED.

DATE:

_____, 2024    _____
HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE
U.S. Southern District of Texas, Houston