United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OCTEVIA WAGNER**, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | §    CIVIL ACTION NO. 4:23-CV-02886 |
| | § |
| **HARRIS COUNTY, TEXAS,** | § |
| | § |
| Defendant. | § |

### ORDER

    Defendant has submitted a Motion for a Protective Order. ECF No. 74. Its Certificate of Conference indicates that Plaintiffs do not oppose the entry of a protective order, but that they have not come to an agreement of the specifics of the order. The parties are **ORDERED** to confer and make all possible efforts to agree on the terms of a joint protective order. Parties shall submit the proposed joint protective order to the Court no later than **August 15, 2024**. If the parties are unable to agree on the terms of the order, they shall submit, no later than **August 15, 2024**, a joint proposed order that outlines the points of disagreement.

    **IT IS SO ORDERED.**

    Signed at Houston, Texas on July 26, 2024.

                                                          Keith P. Ellison
                                                          United States District Judge