IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER,** *et al.*, | § | Civil Action No. 4:23-cv-2886 |
| *Plaintiff,* | § | (Jury Trial) |
| | § | |
| **v.** | § | |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| *Defendant.* | § | |
| | § | |
| **and** | § | |
| | § | |
| **CAMBREY LINDSAY,** | § | |
| *Plaintiff-Intervenor* | § | |

### NOTICE OF PROPOSED PLAINTIFF-INTERVENOR CAMBREY LINDSAY'S RETRACTION OF MOTION TO INTERVENE

**TO THE HONORABLE KEITH P. ELLISON:**

NOW COMES PLAINTIFF-INTERVENOR Cambrey Lindsay, and retracts her motion to intervene in this lawsuit and will show as follows:

Proposed Plaintiff-Intervenor Cambrey Lindsay had previously filed a motion to intervene which has not been ruled upon and now RETRACTS the motion.

Respectfully submitted,

*/s/Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas
    Bar No. 00790995
U.S. Southern District of Texas
    Federal ID No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone: 713.320.3785
Fax: 713.893.6737
Email: AttorneyKallinen@aol.com
**Attorney for Plaintiff**

*/s/Alexander C. Johnson*
Alexander C. Johnson
Kallinen Law PLLC
State Bar of Texas
    Bar No. 24123583
U.S. Southern District of Texas
    Federal ID No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone: 573.340.3316
Fax: 713.893.6737
Email: alex@acj.legal
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I have served a true and correct copy of the foregoing document that was delivered by the ECF in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

            */s/Randall L. Kallinen*
            Randall L. Kallinen