United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **OCTEVIA WAGNER**, *et al.*, § § **Plaintiffs**, § § **VS.** § **HARRIS COUNTY, TEXAS,** § § **Defendant**. § § § § | **CIVIL ACTION NO. 4:23-CV-02886** |

## ORDER

Proposed Plaintiff-Intervenor Cambrey Lindsay has filed a Notice of Retraction of Motion. ECF No. 81. Accordingly, Plaintiff-Intervenor's Motion to Intervene (ECF No. 73) is **WITHDRAWN**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 19th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE