Case 4:23-cv-02886 Document 90 Filed on 10/25/24 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OCTEVIA WAGNER, ET. AL., § <br> Plaintiffs § <br> § <br> Vs § <br> § <br> HARRIS COUNTY, TEXAS § <br> Defendant § <br> § <br> AND § <br> § <br> ANA GARCIA AND CHANDRA JENKINS, § <br> Plaintiff – Intervenors § | Civil Action No. 4:23-CV-02886 |

## ORDER

On this day the Court considered the Unopposed Motion for Extension of Time filed by Defendant Harris County. ECF No. 87. Defendant's Motion requests an extension of time to file a responsive pleading to the Plaintiff Intervenor's Original Complaints by Ana Garcia and Chandra Jenkins, respectively. The Motion is Unopposed by all Plaintiffs' counsel.

It is therefore Ordered that the Defendant Harris County's deadline to file a responsive pleading under Rule 12(a)(4)(A), FRCP is extended by a period of seven (7) calendar days, to wit, from Monday, 10/21/2024 until Monday, 10/28/2024.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 25nd day of October, 2024.

HON. KEITH P. ELLISON
U.S. DISTRICT COURT