IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER, ET AL., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| HARRIS COUNTY, TEXAS, | § § § | CIVIL ACTION NO: 4:23-cv-02886 |
| *Defendant,* | § § § | |
| and | § § § | |
| ANA GARCIA AND CHANDRA JENKINS, | § § § § | |
| *Plaintiff – Intervenors.* | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Carl L. Evans, Jordan A. Carter and Alizabeth A. Guillot of McCathern, PLLC and hereby enter their appearance on behalf of all Plaintiffs for the purpose of this litigation.

The purpose of entering this appearance is to allow undersigned counsel to receive the benefits of all electronic notices and of filings of all counsel in the case and to be included in all communications between parties.

Attorneys Carl L. Evans, Jordan A. Carter and Alizabeth A. Guillot are in good standing and licensed to practice in the State of Texas and in this Court are authorized to appear as counsel on behalf of all named Plaintiffs in this matter. To clarify, Carl L. Evans, Jordan A. Carter and Alizabeth A. Guillot do not represent the Intervening Plaintiffs.

Attorneys Paul A. Grinke and Aaron Dekle with Ben Crump Law, PLLC will remain on

this case as counsel for Plaintiffs as well.

                        Respectfully submitted,

                        **MCCATHERN, PLLC**

By: /s/ *Carl L. Evans*
    Carl L. Evans
    State Bar No. 24056989
    cevans@mccathernlaw.com
    Jordan A. Carter
    State Bar No. 24116174
    jcarter@mccathernlaw.com
    Alizabeth A. Guillot
    State Bar No. 24138578
    aguillot@mccathernlaw.com

    Regency Plaza
    3710 Rawlins, Suite 1600
    Dallas, Texas 75219
    Telephone: (214) 741-2662
    Facsimile: (214) 741-4717

    -and-

    **BEN CRUMP LAW, PLLC**

    Paul A. Grinke
    Attorney-in-Charge
    State Bar No. 24032255
    Paul@bencrump.com
    Aaron Dekle
    State Bar No. 24100961
    Aaron@bencrump.com

    5 Cowboys Way, Suite 300
    Frisco, Texas 75034
    Telephone: (972) 942-0494
    Facsimile: (800) 770-3444

                  **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of this filing to all counsel of record.

      By: /s/ *Carl L. Evans*
            Carl L. Evans