Case 4:23-cv-02886   Document 103   Filed on 01/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Octevia Wagner, et al. §
§
versus §  Civil Action 4:23-cv-02886
§
Harris County, Texas §

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __20__ Days      Jury: __X__  Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by: __October 4, 2024__
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by: __October 25, 2024__

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: __April 10, 2025__

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: __May 8, 2025__

4. DISCOVERY must be completed by: __June 26, 2025__
   (Due at least two weeks before motions deadline)
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: __July 10, 2025__
   (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

   <u>October 6, 2025</u>
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.
(The Court sets a firm trial date)

   <u>October 13, 2025</u>
   (15 Months from the date case filed)

<u>1/2/2025</u>
Date

*[signature]*

Keith P. Ellison
United States District Judge