UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Octevia Wagner, et al.

v.　　　　　　　　　　　　　　　　　　Case Number: 4:23−cv−02886

Harris County, Texas

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 1/31/2025 at 02:30 PM before Judge Keith P Ellison.

**PLACE**
Courtroom 3A Houston
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: January 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　s/ 4 ArturoRivera, Deputy Clerk