IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.** | § | |
|     **Plaintiffs** | § | |
| | § | |
| | § | |
| **v.** | § | Civil Action No. 4:23-CV-02886 |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
|     **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
|     **Plaintiff – Intervenors** | § | |

**DEFENDANT HARRIS COUNTY'S SECOND SUPPLEMENT
IN SUPPORT OF ITS MOTION TO RECONSIDER ITS MOTION FOR SEVERANCE**
==========================================================

MAY IT PLEASE THE COURT:

    DEFENDANT HARRIS COUNTY hereby files this Second Supplement in Support of its previously filed Motion to Reconsider. Attached to this Second Supplement is Exhibit 3. Exhibit 3 is a binder containing a complete copy of the workbooks that comprise the Daily Watch Schedules utilized by the Harris County Detention Command (i.e., the County Jail) to plan staffing and to set inmate to staffing ratios. Exhibit 3 complements the previously filed Exhibit 1 which is a binder containing specific extracts of documents pertaining to the individual Plaintiffs, and Exhibit 2, the Functional Capacity Reports maintained by the Sheriff's Office as a component of its Jail Administration.

    Exhibit 3 has been compiled, and is hereby submitted, as a further aide to the Court demonstrating the level of record maintenance utilized by the Detention Command not only at the micro-level pertaining to each inmate (including the Plaintiffs and Intervenors herein), but at the macro level addressing the jail operations as a whole. Given that the Plaintiffs' main theory of

their Section 1983 claims is brought as a "jail conditions" claim, with a particular emphasis on allegations of over-crowding and under-staffing, the content hereby submitted in Exhibit 3 is directly relevant to the allegations made in the First Amended Complaint (ECF#20).

DEFENDANT would point out to the Court that the DWS reports are maintained chronologically and correspond to the two shifts utilized by Detention Command – an early (or day) shift that runs from 6 AM to 6 PM and a late (or night) shift that runs from 6 PM to 6 AM the following morning. Consequently, the late shift covers the first six hours of the day following the date on the late shirt report. In addition, the DWS workbooks for each shift provide a report for the entire facility to which they pertain, that is, all floors and service areas, not just the floor or service area in which a Plaintiff was located on that day. Therefore, although the DWS reports are limited to those that pertain to Plaintiffs, the reports contain data for floors and service areas beyond those in which Plaintiffs are housed or held. The chart contained in the main Motion, as well as Exhibit 1, provides specific micro information about the specific housing location of each Plaintiff on the alleged date in the live Complaint, but also provides a larger macro view of the jail operations on a given date and a given shift. Therefore, Exhibit 3 provides additional context about the jail operations than does Exhibit 1 or Exhibit 2 and compliments those exhibits for purposes of the motion for reconsideration in question.

The contents of Exhibit 3 have been produced to all counsel of record in their native Excel spreadsheet format as well as in the adobe pdf format similar to the one attached herein as Exhibit 3.

**CONCLUSION & PRAYER**

For the reasons stated above, DEFENDANT HARRIS COUNTY hereby tenders the attached Exhibit 3 – Daily Watch Schedules pertaining to Plaintiffs in chronological order as a

further aid to the Court in evaluating DEFENDANT HARRIS COUNTY's motion to reconsider the severance issue.

SIGNED on the 24th day of JANUARY.

Respectfully submitted,

By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
rjnavarro@rampagelaw.com

By: *Kelly R. Albin*
KELLY R. ALBIN
State Bar No. 24086079
kralbin@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay Blvd., Suite 200
League City, Texas 77573
Telephone: (832) 632-2102
Facsimile: (832) 632-2132

**COUNSEL FOR DEFENDANT HARRIS COUNTY, TEXAS**

### CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on JANUARY 24, 2025, to wit:

| | |
|---|---|
| Benjamin L. Crump | Email: court@bencrump.com |
| Paul Ashley Grinke | Email: paul@bencrump.com |
| Aaron Dekle | Email: aaron@bencrump.com |
| ATTORNEYS FOR PLAINTIFFS | |

| | |
|---|---|
| Carl Lenford Evans, Jr. | Email: cevans@mccathernlaw.com |
| McCathern Law Firm | |
| ATTORNEYS FOR PLAINTIFFS | |

| | |
|---|---|
| Mohammed Obaid Shariff | Email: mshariff@sharifflawfirm.com; |
| Kevin M. Acevedo-Carlson | Email: kacevedo@sharifflawfirm.com |
| Russell Ross | Email: rross@sharifflawfirm.com |
| Shariff Law Firm | Email: eservice@sharifflwfirm.com |

SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
  & KEVIN SANCHEZ TREJO

| | |
|---|---|
| Taylor McCray Hunter | Email: taylor@thehunterlaw.com |
| Kevin Green | Email: kevin@consumerjusticecenter.com |
| Thomas Lyons Jr. | Email: tommy@consumerjusticecenter.com |
| Andi Weber | Email: andi@consumerjusticecenter.com |

ATTORNEY FOR INTERVENOR CHANDRA JENKINS
  & DEQON BUFORD

*Ricardo J. Navarro*
RICARDO J. NAVARRO
KELLY R. ALBIN