United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.**<br>    *Plaintiffs,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 4:23-CV-2886 |
| **HARRIS COUNTY, TEXAS**<br>    *Defendant,* | §<br>§<br>§<br>§ | |
| AND | §<br>§ | |
| **ANA GARCIA AND CHANDRA JENKINS,**<br>    *Plaintiff – Intervenors.* | §<br>§ | |

**THIRD AMENDED SCHEDULING
AND DOCKET CONTROL ORDER**

======================================================================

Anticipated Length of Trial: __40__ Days          Jury: __X__

1. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.

    DUE DATE:     OCTOBER 10, 2025

2. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.

    DUE DATE:     NOVEMBER 6, 2025

3. DISCOVERY must be completed by the specified due date herein. Written discovery requests are not timely if they are served within thirty calendar days of the due date specified herein.

    DEADLINE:     DECEMBER 26, 2025

4.     DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except Motions in Limine)
        DEADLINE: <u>JANUARY 10, 2026</u>

5.     JOINT PRETRIAL ORDER and MOTIONS IN LIMINE will be no later than seven days before the Trial Date.
        DEADLINE: <u>APRIL 7, 2026</u>

6.     TRIAL will begin at 9:00 a.m. for jury selection
        JURY SELECTION & TRIAL: <u>APRIL 14, 2026</u>

IT IS SO ORDERED.

<u>4/7/2025</u>
Date

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE