IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER, ET. AL. | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-02886 |
| | § | |
| HARRIS COUNTY, TEXAS | § | |
| Defendant | § | |
| | § | |
| AND | § | |
| | § | |
| ANA GARCIA AND CHANDRA JENKINS, | § | |
| Plaintiff – Intervenors | § | |

28 U.S.C. §1746 STATUTORY DECLARATION BY
CANDICE D. KELLEY AUTHENTICATING RECORDS
PRODUCED IN DISCOVERY REGARADING
KEVIN SANCHEZ TREJO [SPN 02966503]

==============================================================

My name is Candice D. Kelley. I am employed as a Paralegal in the Legal Services Division of the Harris County's Sheriff's Office. One of my job duties is to assist legal counsel representing the Harris County Sheriff's Office with locating and retrieving records for use in pending lawsuits against Harris County. I have held this position for 3 years, and I am familiar with the records maintained by the Harris County Sheriff's Office in the operation of the jail facility.

I attest that the records listed below are true and correct digital copies of records maintained by the Harris County Sheriff's Office in the regular course of maintaining and operating the Harris County Jail pertaining to Inmate DEQON BUFORD [SPN 03177353], bates labeled and numbers as reflected below. These records are the following:

1. JAIL RECORDS

Exhibit 1.A – Intake Records [JR 000394 - 000431]

Exhibit 1.B – Medical Screening [JR 000415 – JR 000418]

Exhibit 1.C – Initial Custody Assessment [TXR 000048 – 000051]

Exhibit 1.D – Housing History for KST [OR 000004]

Exhibit 1.E – Incident Reports [TXR 000462 – 000488][highlights added]

Exhibit 1.F – Memo by Lt. John Martin reporting Death in Custody

2. MEDICAL RECORDS

Exhibit 2.A – Medical Records [JR 000072 – JR 000384]

Exhibit 2.B – Autopsy Report [AR 000003 – AR 000015]

3. INVESTIGATIVE RECORDS

Exhibit 3.A – ICD Notification [TXR 000002 – 000004]

Exhibit 3.B – HCSO Investigation Case No. 2202-04468 [TXR 000506 - 000513]

Exhibit 3.C – Incident Reports 2/12/2022 [TXR 000489 – 000505]

Exhibit 3.D –Timeline Produced w Video Content [Video Stills 000001 to 000022]

Exhibit 3.E – Investigative Summary by Texas Rangers [TXR 000001 - 000016]

Exhibit 3.F – File Closure Notice by Harris County DA's Office [TXR 000017]

4. IA INVESTIGATION; IA 2022- 001116 [DO DEUNDRA LIGHTEN]

Exhibit 4.A – Notice of Misconduct Charges to DO Lighten [IA 000024 – 000029]

Exhibit 4.B – OMS Summary by Supervisor Tunello [IA 000009]

Exhibit 4.C – OMS Report by Deundra Lighten [IA 000007]

Exhibit 4.D – IA Statements by Deundra Lighten [IA 000018 - 000021]

Exhibit 4.E – IA Statement by Jazmin Stewart [IA 000033 - 000035]

Exhibit 4.F - Rounds Activity Report 2/11/2022 – 2/12/2022 [OR 000022]

Exhibit 4.G - Out-Time Log 2/11/2022 [OR 000027]

Exhibit 4.H – Discipline Findings re Lighten [IA 000055 - 000063]

Exhibit 4.I – IA Statement of Inmate Isaias Saenz [IA 000047 – 000049]

5. MOST RELEVENT DETENTION COMMAND SOPs:

Exhibit 5.A - CJC 219 – Separation Policy

Exhibit 5.B - CJC 220 – Inmate Supervision Policies

**STATUTORY DECLARATION UNDER 28 U.S.C. §1746**

I have reviewed the documents identified above pertaining to the former Inmate Kevin Sanchez Trejo, referenced in the caption to the lawsuit referenced above. I can attest, under penalty of perjury, that the foregoing documents produced in written discovery are true and correct copies of records maintained by the Detention Command pertaining to former Inmate Kevin Sanchez Trejo as identified above.

C. Kelley

CANDICE D. KELLEY
Paralegal, Legal Services Division
Harris County Sheriff's Office

6/5/25

Date Signed