**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Octevia Wagner, et al.
   *Plaintiff(s),*

v.   Case No. 4:23−cv−02886

Harris County, Texas
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Compel – #130
Motion to Compel – #132
Motion to Stay – #140

DATE:   **6/24/2025**

TIME:   **11:30 AM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**     Date: June 19, 2025

By Deputy Clerk, A. Rivera