United States Courts
Southern District of Texas
FILED
June 20, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 19, 2025
Lyle W. Cayce
Clerk

No. 25-20164

---

OCTEVIA WEGNER, *as heir and representative of* THE REMAINING HEIRS OF THE ESTATE OF JACOBY PILLOS; GABRIELLE SMITH, *individually, as an heir of Gary Wayne Smith*; DWANNA JOHNSON, *as next friend of* A.J., *a minor* and HEIR OF GARY WAYNE SMITH; JACKIE GRIFFIN-LEE, *individually and as heir and representative of* THE ESTATE OF EVAN ERMAYNE LEE; TIMOTHY LEE, *individually as heir and representative of the Estate of Evan Ermayne Lee, Et al.*

*Plaintiffs—Appellees,*

versus

HARRIS COUNTY, TEXAS,

*Defendant—Appellant,*

versus

ANA GARCIA; CHANDRA JENKINS,

*Intervenor Plaintiffs—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2886

---

UNPUBLISHED ORDER

No. 25-20164

Before CLEMENT, SOUTHWICK, and WILLETT, *Circuit Judges.*
PER CURIAM:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20164    Wagner v. Harris County, TX  
                     USDC No. 4:23-CV-2886

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca Andry, Deputy Clerk  
504-310-7638

Ms. Kelly R. Albin  
Mr. Benjamin Crump  
Ms. Natalie G. DeLuca  
Mrs. Laura Beckman Hedge  
Mr. Taylor McCray Hunter  
Mr. Noah Levi McCathern  
Mr. Ricardo Jimenez Navarro  
Mr. Nathan Ochsner  
Mr. Mohammed Obaid Shariff  
Mr. Thad D. Spalding  
Mrs. Shelby Jean White