IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER; et. al., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO: 4:23-cv-02886 |
| HARRIS COUNTY, TEXAS, | § § § | |
| *Defendant.* | § § § | |
| v. | § § § | |
| ANA GARCIA AND CHANDRA JENKINS, | § § § | |
| *Plaintiff-Intervenors*, | § | |

**JOINT MOTION FOR CONTINUANCE AND REQUEST FOR IN-PERSON HEARING**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Plaintiffs Octevia Wagner, et al. and Defendant Harris County, Texas, file this Joint Motion for Continuance and Request for In-Person Hearing (Dkt. No. 174) and in support thereof would respectfully show unto the Court as follows:

### I.   BACKGROUND

1. On June 19, 2025, the Court set the hearing for Plaintiffs' Motion to Compel Discovery from Defendant (Dkt. No. 130), Defendant's Motion to Compel Plaintiffs to Respond to Written Discovery Requests or, Alternatively, Motion to Strike Plaintiffs' Liability and Damage Claims (Dkt. No. 132) and Defendant's Motion for Temporary Stay of Discovery (Dkt. No. 140) (hereinafter, "Motions") for Tuesday, June 24, 2025, at 11:30 a.m. via phone (Dkt. No. 174).

2. Plaintiffs and Defendant jointly request an in-person hearing for these Motions.

3. Plaintiffs and Defendant also request the hearing be reset due to current trial and deposition conflicts. Counsel for Defendant is currently on standby status to begin a jury trial in the 190th District Court, Harris County. The parties also have several depositions scheduled in this matter over the next few weeks.

4. Plaintiffs and Defendant have conferred, and both are available the last two weeks of July 2025 for an in-person hearing.

## II.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully pray the Court continue the hearing currently set for July 24, 2025, and reset the hearing for in-person and for a date mutually convenient to the parties and the Court, and for such other and further relief to which it may find itself to be justly entitled.

Respectfully submitted,

**BEN CRUMP LAW, PLLC**

*/s/ Paul A. Grinke*
Paul A. Grinke
State Bar No. 24032255
paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone

**MCCATHERN, PLLC**

Carl L. Evans
State Bar No. 24056989
cevans@mccathernlaw.com
Jordan A. Carter
State Bar No. 24116174
jcarter@mccathernlaw.com

        Alizabeth A. Guillot
        State Bar No. 24138578
        aguillot@mccathernlaw.com
        Regency Plaza
        3710 Rawlins, Suite 1600
        Dallas, Texas 75219
        Telephone: (214) 741-2662
        Facsimile: (214) 741-4717

        **COUNSEL FOR PLAINTIFFS**


        */s/ Ricardo J. Navarro (with permission)*
        Ricardo J. Navarro
        State Bar No. 14829100
        So. Dist. ID No. 5953
        rjnavarro@rampagelaw.com
        Kelly R. Albin
        State Bar No. 24086079
        So. Dist. ID No. 3792304
        kralbin@rampagelaw.com

        **ATTORNEYS FOR DEFENDANT**
        **HARRIS COUNTY, TEXAS**

        **OF COUNSEL:**
        **DENTON NAVARRO RODRIGUEZ**
        **BERNAL SANTEE & ZECH, P.C.**
        549 N. Egret Bay Blvd., Suite 200
        League City, Texas 77573
        Telephone: (832) 632-2102
        Facsimile: (832) 632-2132


## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of this filing to all counsel of record.

        */s/ Paul A. Grinke*
        Paul A. Grinke

## **CERTIFICATE OF CONFERENCE**

      Counsel for Plaintiffs has conferred with Counsel for Defendant and both agree to this Motion.

*/s/ Paul A. Grinke*
Paul A. Grinke