United States District Court
Southern District of Texas
**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OCTEVIA WAGNER**, *et al.*, § § § *Plaintiffs*, § § VS. § **CIVIL ACTION NO. 4:23-CV-2886** § **HARRIS COUNTY, TEXAS,** § § *Defendant*. § | |

### ORDER

Before the Court is Defendant's Motion for Temporary Stay of Discovery. ECF No. 140. Defendant requested a stay of discovery pending disposition of Defendant's interlocutory appeal to the Fifth Circuit Court of Appeals. On June 19, 2025, the Fifth Circuit granted Appellees' opposed motion to dismiss the interlocutory appeal for lack of jurisdiction. ECF No. 175. Accordingly, Defendant's Motion for Temporary Stay of Discovery is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 26th day of June, 2025.

Keith P. Ellison
United States District Judge

1