IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OCTEVIA WAGNER, ET. AL. §<br>　　　Plaintiffs §<br> §<br> §<br>v. §<br> §<br>HARRIS COUNTY, TEXAS §<br>Defendant §<br> §<br>AND §<br> §<br>ANA GARCIA AND CHANDRA JENKINS, §<br>　　　Plaintiff – Intervenors § | Civil Action No. 4:23-CV-02886 |

STATUTORY DECLARATION BY MAJOR LYNETTE ANDERSON
REGARDING INTAKE, INVESTIGATION AND PROCESSING OF
UOF GRIEVANCE BY BERNART LOCKHART [SPN 01805357]
========================================================================

　　　The following Statement provides a timeline and an explanation of the intake, processing, investigation, and disposition of the Use of Force Grievance filed by former Inmate BARNARD LOCKHART on 8/30/2022 against Detention Officer Alex Conrad.

　　　I have reviewed the records authenticated by Paralegal Candice D. Kelley and I can provide the following explanation of how this UOF Grievance was processed and investigated in the Harris County Jail. I can also address the ultimate disposition was of the Grievance.

　　　The records reflect the following chronology of events:

1. On 6/30/2022, Inmate Barnard Lockhart filed an OMS complaint against Detention Officer Alex Conrad alleging an excessive use of force by DO Conrad against Inmate Bernard Lockhart. *See Exh. 1.C – UOF Complaint by Barnard.*

2. The complaint alleges that the UOF incident occurred on 6/29/2022, but the underlying incident reports reveal that the engagement between Lockhart and Conrad occurred on 6/28/2022.

3. The Lockhart's grievance was referred for Grievance Board review but was instead immediately forwarded to OIG / IAD for Bureau Investigation. The Grievance Number assigned to it was #221182. *See Exh. 1.E – IA Binder at pp. IA 000003 – IA 000004.*

4. The underlying incident had been assigned an Incident Case Number #22-0629-979. It was also given an IAD #IA2022-00398. *See Exh. 1.E – IA Binder at pp. IA 000003 – IA 000004.*

5. The OMS Reports by various detention personnel who had filed reports pertaining to the incident were gathered together. See Exh. 1.E – OMS Incident Reports at pp. IA 000005 through IA 000021.

6. The original Reporting Office on this Incident was Jailyn Twitty. The Report by DO Twitty provides factual background about how the incident began and how it unfolded. *See Exh. 1.E – IA File at p. IA 000021.* Additional OMS Incident Reports by the jail guards present on 6/28/2022 were also generated. *See Exh. 1.E – IA File at p. IA 000005 - 000020.*

7. In addition, there are a total of nine (9) video clips that recorded the areas when the incident began and also the areas where the guards escorted Lockhart. *See Exh. 1.F – Index to Video Content.*

8. The relevant SOPs on the UOF allegation is CJC 307, which governs the UOF by detention officers. See Exh. 3.B. The grievance and complaint process is governed by other SOPs, specifically CJC 211 – Inmate Grievances and CJC 701 – SOPs and CJC 724 – Inmate Grievance Post Order and CJC 307 – Use of Force. *See Exhs. 3.A, 3B. 3.C, and 3.D. (relevant SOPs).*

9. The IAD determined that the "documentation and / or video evidence refutes the allegation. As a result, the grievance was Administratively Closed.

10. Sergeant G. Hernandez, with the Professional Development and Standards Bureau of the HCSO sent a written notice letter to Barnard Lockhart dated 12/4/2023 advising him of the disposition of the Grievance. *See Exh. 1.E – IA File at p. IA 000022.*

11. There was no action taken against DO Alex Conrad as a result of this UOF grievance by Bernard Lockhart.

**STATUTORY DECLARATION UNDER 28 U.S.C. §1746**

My name is Lynette Anderson. My rank is a Major in Detention Support Services Bureau for the Harris County Sheriff's Office. The Assistant Chief of Detention Operations Command has designated me to serve as a spokesperson for the Detention Command for the purpose of responding to the foregoing Interrogatories in the lawsuit reflected above.

I hereby certify, under penalty of perjury, that the foregoing Statement pertaining to the timeline, processing, and disposition of the UOF Grievance by Inmate Bernard Lockhart, which is based on my review of the records authenticated by HCSO Legal, is a true and correct reflection of the incidents and events pertaining to former Inmate Bernard Lockhart as reflected in the documents I reviewed.

*[Signature: Lynette Anderson]*

Major Lynette Anderson
Detention Support Services Bureau
Detention Operations Command
Harris County Sheriffs Office

<u>Major Lynette Anderson</u>
Printed Name

<u>7/16/2025</u>
Date Signed