IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OCTEVIA WAGNER;** *et al.* § <br> *Plaintiffs;* § <br> § <br> v. § <br> § <br> **HARRIS COUNTY, TEXAS** § <br> *Defendant*; § <br> § <br> **AND** § <br> § <br> **ANA GARCIA AND CHANDRA JENKINS** § <br> *Plaintiffs – Intervenors.* § | **CIVIL ACTION NO: 4:23-cv-02886** |

**ORDER DENYING DEFENDANT'S RULE 26 MOTION AND GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENORS MOTION TO STRIKE**

ON THIS DAY the Court considered Defendant's Rule 26 Motion for Entry of a *Monell* Discovery Order (Dkt. No. 192), Plaintiffs' Response and Motion to Strike the Supplement, and Plaintiff-Intervenor's Motion to Strike the Supplement (Dkt. No. 200). The Court having considered Defendant's Motion, the Response, the reply, if any, the Motions to Strike, and the arguments of counsel, if any, is of the opinion that Defendant's Rule 26 Motion should be in all things DENIED and Plaintiffs and Plaintiff-Intervenor's Motions to Strike Defendant's Supplement should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that *Defendant's Rule 26 Motion for Entry of a Monell Discovery Order* is DENIED and *Plaintiffs' and Plaintiff-Intervenor's Motions to Strike* are GRANTED.

SIGNED this _____ day of _____, 20__.

_____
HON. KEITH P. ELLISON
U.S. DISTRICT COURT JUDGE