IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER, ET. AL., § | | |
| Plaintiffs § | | |
| § | | |
| Vs § | | |
| § | | |
| HARRIS COUNTY, TEXAS § | Civil Action No. 4:23-CV-02886 | |
| Defendant § | | |
| § | | |
| AND § | | |
| § | | |
| ANA GARCIA AND CHANDRA JENKINS, § | | |
| Plaintiff – Intervenors § | | |

**DEFENDANT HARRIS COUNTY'S ADVISORY
TO THE COURT REGARDING STATUS OF DOCUMENT PRODUCTION UNDER
COURT ORDER ECF #213 AND SERVICE OF UPDATED RULE 26 DISCLOSURES
TO PLAINTIFFS AND INTERVENORS**

================================================================

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT HARRIS COUNTY and submits this Advisory to the Court with respect to the status of document production and updated Rule 26 Disclosures by DEFENDANT to Plaintiffs and Intervenors.

### I. DOCUMENT PRODUCTION UNDER AGREED ORDER #213

1. Yesterday, on 9/30/2025, DEFENDANT completed the document production scheduled for completion by this date under Agreed Order #213.

2. This consisted of the following categories of materials:

   a. The UOF OMS Reports that had been produced to KHOU pursuant to a Public Information Act Request covering FY 2020 through FY 2024;

   b. The OMS Reports that underlie the SIR monthly reports submitted by the HCSO Detention Command to the TCJS covering FY 2019. The underlying content for FY 2018 was produced by 8/31/2025.

   c. The disciplinary history and training materials that pertain to a roster of approximately 310 Detention Officers who are identified as witnesses to the incidents underlying the claims made by Plaintiffs and Intervenors. These records include the TCOLE training report; the PEWS incident report; and the Incident History Report (IHR) for each named Detention Officer.

3.   This material is made available to opposing counsel and designated support staff through Defense Counsel's Sharefile portal.

## II. UPDATED RULE 26 DISCLOSURES

4.   DEFENDANT also recently served upon Plaintiffs and Intervenors Counsel a First Amended Rule 26 Disclosures document. *See Exhibit A - Defendant's First Amended Rule 26 Disclosures (served 9/29/2025)*

5.   The First Amended Rule 26 Disclosures contains supporting Exhibits listing the following information:

   a.   Exh. A - The identity of Detention Officers identified in OMS incident reports who are direct or indirect witnesses to the incident or event that serves as the basis of Plaintiffs and Intervenor's complaint in this litigation;

   b.   Exh. B – the identity of forensic personnel who conducted and authored the autopsies undertaken by HCIFS (Harris County Institute for Forensic Sciences) for those Plaintiff Inmates who died while in custody of the Harris County Jail;

   c.   Exh. C – the identity of Administrative and Command staff personnel in the HCSO and in the Detention Command who oversee, manage, and deploy the operational policies and practices of the HCSO Detention Command.

   d.   Exh. D – an updated Index to Production of Documents reflecting the documents and things that have bee produced to Plaintiffs and Intervenors via defense counsel's Sharefile portal.

6.   DEFENDANT will update, supplement, and correct these disclosures as required under the Rules.

## CONCLUSION

THEREFORE, this Advisory is submitted for informational purposes only and no specific relief is requested via this Advisory. The intent is to keep the Court informed of the discovery status of the case as an aid to the Court in the overall management of this litigation file.

SIGNED on the 1ST day of OCTOBER 2025.

Respectfully submitted,

By:   *Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

KELLY R. ALBIN
State Bar No. 24086079
So. Dist. Id No. 3792304
kralbin@rampagelaw.com

MUSTAPHA M. NYALLAY
State Bar No. 24135427
So. Dist. Id No. 3847526
mmnyallay@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ
   BERNAL SANTEE & ZECH, P.C.**
549 Egret Bay Blvd., Ste. 200
League City, Texas 77573
832.632.2102 (O)
832.632.3124 (F)

**COUNSEL FOR DEFENDANT
HARRIS COUNTY, TEXAS**


## CERTIFICATE OF SERVICE

    I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 1ST day of OCTOBER 2025, to wit:

| | |
|---|---|
| Aaron Dekle | Email: aaron@bencrump.com |
| Paul Ashley Grinke | Email: paul@bencrump.com |
| BEN CRUMP LAW FIRM | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Carl Lenford Evans, Jr. | Email: cevans@mccathernlaw.com |
| Noah L. McCathern | Email: nmccathern@mccathernlaw.com |
| Jordan A. Carter | Email: jcarter@mccathernlaw.com |
| Alizabeth A. Guillot | Email: aguillot@mccathernlaw.com |
| McCathern Law Firm | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Thad D. Spalding | Email: tspalding@dpslawgroup.com |
| Shelby J. White | Email: swhite@dpslawgroup.com |
| Durham, Pittard & Spalding, LLP | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Mohammed Obaid Shariff | Email: mshariff@sharifflawfirm.com; |
| Kevin M. Acevedo-Carlson | Email: kacevedo@sharifflawfirm.com |
| Russell Ross | Email: rross@sharifflawfirm.com |
| Shariff Law Firm | Email: eservice@sharifflwfirm.com |
| SHARIFF LAW FIRM | |
| ATTORNEY FOR INTERVENOR ANA GARCIA & KEVIN SANCHEZ TREJO | |
| | |
| Taylor McCray Hunter | Email: taylor@thehunterlaw.com |
| Kevin Green | Email: kevin@consumerjusticecenter.com |
| Thomas Lyons Jr. | Email: tommy@consumerjusticecenter.com |
| Andi Weber | Email: andi@consumerjusticecenter.com |
| ATTORNEY FOR INTERVENOR CHANDRA JENKINS & DEQON BUFORD | |

*Ricardo J. Navarro*
RICARDO J. NAVARRO