**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| **Vs** | § | **Civil No. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| Defendant | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

===============================================================

**DEFENDANT HARRIS COUNTY'S
FIRST AMENDED DISCLOSURES UNDER RULE 26, FRCP**

===============================================================

NOW COMES DEFENDANT HARRIS COUNTY and submits these First Amended Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1.    **The name and, if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

RESPONSE:

Please refer to attached Exhibit A – Witnesses with Knowledge of Relevant Facts; Exhibit B – HCIFS Non-Retained Forensic Experts; Exhibit C – Command Staff Topical Witness on Jail Operations.

The persons listed in Exhibit A are detention personnel who witnessed directly or indirectly the incident that serves as the basis of the Plaintiff's complaint and who authored or is mentioned in an OMS Incident Report pertaining to the incident in question.

The persons listed in Exhibit B are medical personnel employed by the Harris County Institute for Forensic Sciences (Medical Examiners) who conducted an autopsy and prepared a report pertaining to the decedent Plaintiffs in this lawsuit who died while in custody of the HCSO Detention Command.

The persons listed in Exhibit C are administrative and command staff personnel who can testify about the policies, practices, and operations of the Detention Facility within the designated area of expertise. Detention Command Staff personnel, although not witnesses to specific incidents, can testify from a review of relevant records and video content about specific incidents at issue in this litigation.

Defendant Harris County's
First Amended Rule 26 Disclosures                                                -1-

2.     **A copy – or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to supports its claims or defenses, unless the use would be solely for impeachment**

RESPONSE:

Please refer to attached Exhibit D – Index to Documents Produced, which includes a categorical description of all documents produced in this case in response to either standing disclosure requirements or in response to written discovery requests. The underlying documents referenced in Exhibit D are available to attorneys of record in this lawsuit and their designated legal support personnel, via the Sharefile portal maintained by Defense Counsel.

3.     **Computation of each category of damages claimed by Plaintiffs:**

Not applicable to Defendant Harris County.

4.     **For inspection and copying as under Rule 34, Any insurance agreement under which an insurance business may be liable to satisfy all or party of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

None. Harris County is self-insured.

SIGNED on the 29TH day of SEPTEMBER 2025.

Respectfully submitted,

By:     *Ricardo J. Navarro*
        _____
        RICARDO J. NAVARRO
        State Bar No. 14829100
        So. Dist. Id No. 5953
        rjnavarro@rampagelaw.com

        Kelly R. Albin
        State Bar No. 24086079
        So. Dist. Id No. 3792304
        kralbin@rampagelaw.com

        Mustapha M. Nyallay
        State Bar No. 24135427
        So. Dist. ID No. 3847526
        mmnyallay@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ BERNAL
SANTEE& ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573
Tel. 832.632.2102
Fax 832-632-2132

**COUNSEL FOR DEFENDANT
HARRIS COUNTY, TEXAS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 29TH day of SEPTEMBER 2025, to wit:

Aaron Dekle                          Email: adekle@bencrump.com
Paul Ashley Grinke                   Email: paul@bencrump.com
Aaron Dekle                          Email: aaron@bencrump.com
BEN CRUMP LAW FIRM
ATTORNEYS FOR PLAINTIFFS

Carl Lenford Evans, Jr.              Email: cevans@mccathernlaw.com
Noah L. McCathern                    Email: nmccathern@mccathernlaw.com
Jordan A. Carter                     Email: jcarter@mccathernlaw.com
Alizabeth A. Guillot                 Email: aguillot@mccathernlaw.com
McCathern Law Firm
ATTORNEYS FOR PLAINTIFFS

Thad D. Spalding                     Email: tspalding@dpslawgroup.com
Shelby J. White                      Email: swhite@dpslawgroup.com
Durham, Pittard & Spalding, LLP
ATTORNEYS FOR PLAINTIFFS

Mohammed Obaid Shariff               Email: mshariff@sharifflawfirm.com;
Bryan Boenig                         Email: bboenig@sharifflawfirm.com
Russell Ross                         Email: rross@sharifflawfirm.com
Shariff Law Firm                     Email: eservice@sharifflwfirm.com
SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
& KEVIN SANCHEZ TREJO

Defendant Harris County's
First Amended Rule 26 Disclosures                          -3-

Taylor McCray Hunter                Email: taylor@thehunterlaw.com
Kevin Green                         Email: kevin@consumerjusticecenter.com
Thomas Lyons Jr.                    Email: tommy@consumerjusticecenter.com
Andi Weber                          Email: andi@consumerjusticecenter.com
ATTORNEY FOR INTERVENOR
CHANDRA JENKINS & DEQON BUFORD

*Ricardo J. Navarro*
_____
RICARDO J. NAVARRO

**EXHIBIT A**
**RULE 26 FRCP WITNESS DISCLOSURES**
**DETENTION OFFICERS**
========================================

THE FOLLOWING NAMES ARE DRAWN FROM THE OMS INCIDENT RECORDS PERTAINING TO THE CLAIMS MADE BY EACH PLAINTIFF INMATE IN THE WAGNER LAWSUIT STYLED AND NUMBERED ABOVE. THE DETENTION OFFICER EITHER WROTE A REPORT OR IS REFERENCED IN A REPORT AS HAVING KNOWLEDGE OF FACTS. PLEASE REFER TO THE CORRESPONDING OMS REPORTS CONTAINED IN THE DOCUMENTS PRODUCED PERTAINING TO EACH PLAINTIFF FOR DETAILS.

**A.     PILLOW, JACOBY [3175416]**

SGT. RICHARD TORRES [EIN 1339271]

EUNICE WONG [EIN 159611]

JUAN TREVINO [EIN 160288]

WILLIAM ROUNDY [EIN 159665]

JORGE RODRIGUEZ [EIN 159670]

GIOVANY ROCHA [EIN 159218]

DANTE MARTINEZ [EIN156586]

JAMES LEONARD [EIN 159013]

NIKOLAS TABARES [EIN 160003]

JORGE SANCHEZ [EIN 147748]

AARON OCAMPO [EIN 159309]

JAVIER CAVAZOS [EIN 149458]

TEROJI KELLY [[EIN 138495]

JIN DE GUZMAN [EIN159803]

**B.     JOHNSON, BRYAN [2315844]**

CHRISTIAN ARGUETA [EIN126608]

ESTEFANY BARBOZA GUTIERREZ [EIN 159787]

COURTLEY BARRERA [EIN 149163]

FRANCISCO JAIMES [EIN 129374]

JOSEPH MUNOZ [EIN 136520]

RICHARD BURGOS [EIN 153463]

OSCAR CASTANEDA [EIN 134864]

ARON GARCIA [EIN 152012]

NICKLAUS PYE [EIN 158481]

FRANKY ESTRADA [EIN 160968]

**C.    LEE    EVAN ERMAYNE [2388442]**

SGT. R. GRENNAN

J. ADEBOLA [EIN 136709]

KERRY BARNES [EIN 111237]

A. AUGUSTIN [EIN 111237]

SGT. ANNIE SYKES [BADGE 152]

RODNELY TORRES [EIN 153728]

VICTOR CORONADO [EIN 156972]

CHENHUI ZHOU [EIN 157000]

GERARDO MEZA [EIN 158455]

J. RIOS [EIN 156995]

CHARLIA DAVIS [EIN 157128]

MICHAEL FAIR [BADGE 831]

R. PALLINI [EIN 149476]

**D.    BARRETT, WILLIAM CURTIS [887353]**

SGT. ERNEST MCNABB [EIN 122688]

JAMAEL FAROOQ [158239]

FRANCISCO FLORES [EIN 157256]

WILLIE GRAY [EIN 155936]

SOPHIA HERNANDEZ [EIN 157595]

VICTOR MALDONADO [EIN 159298]

AMBER BAILEY [EIN 145523]

**E.    SMITH JR.    KEVIN LEON [2972022]**

SGT. MYRON JACKSON [EIN 116494]

APELLO VINCENT [EIN 163285]

SPENCER ADROIN [EIN 158021]

COY BROWN [EIN 159205]

RICHARD BRUKARDT [EIN 135508]

RICHARD BURGOS [EIN 153463]

MARKAILA FOGER [EIN 160990]

JOSEMARIA GARZA [EIN 157955]

SHAMANDA HARRIS [EIN 137806]

PATRICK ALLEN [EIN 141666]

JAVIER PEREZ GARCIA [EIN 149695]

ANGELIQUE RAMIREZ [EIN 149136]

LUIS SOTO [EIN 152348]

PRESTON WONG [EIN 152815]

**F.    THOMAS, RAMON [2863401]**

SGT. RONALD HARRIS [EIN 114409]

GILBERT BIGHAM [EIN 113661]

GERROL JOHNSON [EIN 156336]

ENRIQUE PINEDA BUCIO [EIN 159087]

JIMMY POOLE [EIN 156215]

RODERGUS SCOTT [EIN 159815]

ORLINTER VELASQUEZ ZELAYA [EIN 155993]

J. JOSEPH [EIN 162182]

**G.    HENDERSON, NATHAN [2623034]**

SGT. DUSTIN TUNELLO [EIN 117407]

TANNER CLABORN [EIN 154130]

TIMOTHY GARCIA [EIN 159427]

CAROLYN GRIMBLE [EIN 138147]

BRUCE HAYES [EIN 14156]

SOFIA ACOSTA [ EIN 161070]

**H.    PETERSON, DEON [1579098]**

SGT. L JEFFERSON [EIN 101432]

AVA GOODLOW JONES [EIN 154489]

**I.    SMITH, GARY WAYNE [836481]**

SGT. T. LEONARD [EIN 111694]

SGT. B. MERKEL

KRISTOPHER WATSON [EIN 127881]

FRANCIS GREEN [EIN 130175]

NILSA ELIZONDO [EIN 134283]

GAVIN OCHS [EIN 153914]

**J.    SMITH, KRISTAN NICOLE [1897814]**

SGT. F. AUGUSTINE [#194]

SGT. P. SMITH

BRITTNEY WILLIAMS [EIN 154758]

A. MILLER [EIN 158457]

K. MARTIN [EIN 159410]

K. TREVINO [EIN 153264]

H. MARTINEZ [EIN 159421]

D. FIERROS [EIN 141522]

J. PAZ [EIN 159701]

RACHEL ROSSEL-ORTIZ [EIN 134183]

**K.    FORE, ROBERT WAYNE [1822871]**

SGT. TROY VAUGHN [EIN 130950]

JOSEPH BENAVIDES [EIN 156017]

BRENDA PINEDA [EIN 158852]

CHRISTOPHER BYAS [EIN 159644]

CHRISTON ROBINSON [EIN 158857]

LOVELL BROADENAUX [EIN 159534]

RAELYNN JACKSON [EIN 145826]

A. HERNANDEZ [EIN 160010]

TOMEIKA DAVIS [EIN 127406]

JOSE GONZALEZ JR [EIN 159651]

KAYELA MINKINS [EIN 157137]

KINGSLEY STJULIEN [EIN 158488]

**L.    GRIEGO, MICHAEL ANTHONY [1873285]**

SFT. PRISCILLA IHIDERO [EIN 136333]

KEVIN AGUILAR PAZ [EIN 162496]

EARNEST EASTLAND [EIN 157538]

SYMONE TAYLOR [EIN 150983]

JARED BALL [EIN 162354]

PRESTON WONG [EIN 152815]

JUAN BARRON [EIN152023]

JEROME OTIS [EIN 150257]

C. MCRAE [EIN 156033]

**M.    GARRISON, JEREMY [2425788]**

SGT. J. DOUSAY [EIN 101474]

SGT. R. WILEY JR. [EIN 134310]

YULISSA ALVARADO {EIN 161511]

ANDREA FIGUEROA [EIN 163847]

NATALEE GUZMAN [EIN 164032]

ANGEL HERNANDEZ [EIN 147530]

JARREL JACKSON [EIN 163044]

ELIAS ORTUNO [EIN 157532]

CANDELARIO GARCIA [EIN 159434]

JOHNNY DIAZ [EIN 159922]

SLADE GOMEZ [EIN 161619]

PHILIP HACKER [EIN 161737]

DON LEE RIVERA [EIN 160980]

JESSE MARTEZ [EIN 158774]

MAXIM HERMAN [EIN 160991]

ANDRE YMNGA [EIN 158757]

**N.    JOHNSON, ZACHERY KEHJ [03195770]**

ERIBEL MUNOS [LISTED BY PLAINTIFF]

**O.    RICHARD, KENNETH [2691789]**

SGT. Q. SNEED

JONATHAN OSTEEN [EIN 162026]

D. OSBORNE [EIN 161084]

**P.    ANGLIN, JEREMIAH [2856995]**

TAMMY COLEMAN [EIN 151360]

BRANDON BREZIK [EIN 154317]

OSCAR CASTANEDA [EIN 134864]

LORENZO EVANS [EIN 149485]

JEAN IMOUK [EIN 160883]

R. NANA [EIN 150073]

NICHOLAS ONTIVEROS [EIN 159229]

DEVEN ORTIZ [EIN 160648]

CHRISTOPHER PHILLIPS [EIN 152799]

SAMUEL SALAZAR [EIN 159824]

DOMINIC SAMANIEGO [EIN 159817]

JOHN ODUKWE [EIN 149487]

**Q.    VEAL [T.V. BOLT], HARRELL [1483290]**

SGT. R. DEALEJANDRO

NATALIE PORTILLO [EIN 148877]

L. VELA [EIN 159025]

**R.    COOTE, JOHN [2655370]**

SGT. C. FLAMENCO [EIN 136146]

KEVIN SALDIVAR [EIN 145672]

ELIZABETH EMEKA [EIN 150011]

ESTEFANY BARBOZA GUTIERREZ {EIN 159787]

ANTONIO BARRERA [EIN 144540]

EDSON ESPINOZA [EIN 144475]

MATTHEW ESPINOZA [EIN 134416]

TIMOTHY GARCIA [EIN 159427]

CHRISTIAN FLAMENCO

BRUCE HAYES [EIN 141516]

ELIAS ORTUNO [EIN 157532]

YANNIS RAMOS [EIN 160134]

JESSICA PEREZ [EIN 127349]

VERONICA GARCIA [EIN 159380]

**S.    MORELLE, TRAMELL [3203183]**

SGT. M. EATON [#174]

CALYN CUTLER [EIN 153929]

GREGORIO PESCINA [EIN 156861]

**T.    LOCKHART, BERNARD [1805357]**

SGT. TROY VAUGHN [EIN 130950]

JASON DEAN [EIN 116373]

ALEX CONRAD [EIN 159539]

JAILYN TWITTY [EIN 159340]

JOSE DELGADO [EIN 160457]

KOBE GUIDROZ [EIN 159669]

MAXIME HYPPOLITE [EIN 160461]

VICTOR OBREGON [EIN 157539]

WALTER DOTSON [EIN 159542]

**U.    TWEDT, RYAN [3116503]**

SGT. A. HAGER [#868]

THOMAS MUNIZ [EIN 159338]

CHRISTOPHER ORTEGA [EIN 157139]

ANDREW PENA [EIN 159986]

TYREE SIMPSON [EIN 159569]

JON VICKERS-GILBREATH [EIN 155943]

JIMMY POOLE [EIN 156215]

**V.    RADCLIFFE, ANTONIO [3184428]**

SGT. J. SATTERFIELD

CHIN CHIU [EIN 159823]

SUZANA RESKOVIC [EIN 160887]

JW DOMAIN [EIN 132531]

**W.    ZEPEDA, ZACHERY [2278619]**

SGT. MARCUS THOMAS [#972]

LUIS GARCIA [EIN 152498]

REGINALD POMFREY [EIN 159813]

RODRIGO REYES [EIN 163134]

RICHARD TRAVIS [EIN 162033]

CRISTIAN VINDEL

E. OKETUNMBI [EIN 142089]

**X.    MOORE, JAQUEZ [2959554]**

  SGT. QUINTON SNEED [#542]

  JONATHAN TAIWO [EIN 159671]

  SAMUEL SALAZAR [EIN 159824]

  JEAN IMOUK [EIN 160883]

  BRANDON BREZIK [EIN 154317]

  SGT. CHRISTIAN ARGUETA [EIN 122608]

  CRAIG GREEN [EIN 154302]

  SGT. FELICIA MILES-MAXINE [EIN 133206]

  SGT. E. ROBINSON [EIN 104451]

  JORDIE CABALLERO [EIN 162185]

  MARQUISE JOHNSON [EIN 155580]

  ADRIAN RAMOS [EIN 160359]

  SGT. C. IHEDILIONYE [EIN 152324]

  ADRIAN CARRANZA [EIN 161870]

  SGT. TROY VAUGHN [EIN 130950]

  KAYELA MINKINS [EIN 157137]

  JULETHA JONES

  SGT. DANNY MEECE [#106]

  TOMMY NGUYEN [EIN 161626]

**Y.    EUELL, TAYLOR [1944765]**

  SGT. JASON DEAN [EIN 116373]

  AUSTIN DIPASQUALE [161073]

  SGT. Q. SNEED [#543]

  JONATHAN OSTEEN [EIN 162026]

**Z.    YOUNG, CHRISTOPHER [1920591]**

  JORDIE CABALLERO [EIN 162185][LISTED BY PLAINTIFF]

  MARIYAH WARREN-BASKIN [EIN 156693] [LISTED BY PLAINTIFF]

  LESLIE GARZA [EIN 160293] [LISTED BY PLAINTIFF]

  ISAAC BARNETT [BADGE 195] [LISTED BY PLAINTIFF]

  MARK PINEDA [EIN 158189] [LISTED BY PLAINTIFF]

  ELBERT ROBIINSON [EIN 104451] [LISTED BY PLAINTIFF]

ERIK EGGINS [EIN 161643] [LISTED BY PLAINTIFF]

THOMAS JACKSON [EIN 149744] [LISTED BY PLAINTIFF]

M RHEM [EIN 132534] [LISTED BY PLAINTIFF]

J SAMUEL [EIN 133996] [LISTED BY PLAINTIFF]

**ZA.    PERIO, DYLAN [2461090]**

SGT. M. CLARKE [#605]

SGT. RICHARD BURGESS [EIN 139562]

JANCARLO LEMUS [EIN 157598]

D. ARMSTEAD [EIN 140936]

JASMINE ALSTON [EIN 160292]

CHRISTINA GUTIERREZ [EIN 134417]

PAULA LOPEZ [EIN 156374]

**ZB    BUFORD, DEQON [3177353]**

SGT. A. DARIAH [EIN 139167]

SGT. R. CRADDOCK [#287]

ASHAYE OLABODE [EIN 157834]

K. NWOSU [EIN 163116]

DAETRON MCCLELLAND [EIN 139191]

**ZZ.    SANCHEZ-TREJO, KEVIN ALEXANDER [2966503]**

SGT. DUSTIN TUNELLO [EIN 117407]

SGT. RANDALL WILLIAMS [EIN 119464]

ANTONIO BARRERA [EIN 144540]

TRAVIS BELL [EIN 153531]

BLANTON CRAFT [EIN 153931]

FAUSAT EMIOLA [EIN 150728]

MATTHEW ESPINOZA [EIN 134416]

OSVALDO GARCIA-AVILA [EIN 150022]

BRUCE HAYES [EIN 141516]

DEUNDRA LIGHTEN [EIN 156856]

J STEWART [EIN 157825]

SGT. ROLAND REYES [EIN 117407]

ARMANDO ROCHA [EIN 143282]

ANDREW UNG [EIN 158861]

-END-

**EXHIBIT "B"**
**HARRIS COUNTY INSTITUTE FOR FORENSIC SCIENCES**
**MEDICAL EXAMINERS – NON-RETAINED EXPERTS**
**PURSUANT TO RULE 26, FRCP**
========================================

**A.     PILLOW, JACOBY [SPN 3175416]**

PROSECTOR:   Jesus O. Rico Castillo, M.D.
                          Forensic Pathology Fellow

Reviewed by:

_____      08|08|23
Marianne E. Beynon, M.D.                MMDDYY
Assistant Medical Examiner

---

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1
February 17, 2023

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
February 20, 2023
Medical Examiner's Initials and Date   JK  04/28/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

---

Andrew Greenwood, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
June 09, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
June 12, 2023
Medical Examiner's Initials and Date   JK  06/12/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

**B.     JOHNSON, BRYAN [2315844]**

Marianne E. Beynon, M.D.
Assistant Medical Examiner

12/22/22
MMDDYY

Tristan Bridges, M.S.
Case Reviewer
Toxicologist I
October 24, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
October 26, 2022

Medical Examiner's Initials and Date     MEB 10 30 22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

**C.     LEE, EVAN ERMAYNE [2388442]**

Roger P. Milton Jr., M.D.
Assistant Medical Examiner

2/10/23
MMDDYY

Reviewed by:

Hannah C Jarvis, MBBS
Assistant Deputy Chief Medical Examiner

2/11/23
MMDDYY



Kent Heck, M.D.
Forensic Neuropathologist
MMDDYY

**D.     BARRETT, WILLIAM CURTIS [887353]**

Jennifer L. Ross, M.D.     M.D. 05/01/23
Assistant Medical Examiner     MMDDYY

Reviewed by:

Hannah C. Jarvis, MBBS     5/6/23
Assistant Deputy Chief Medical Examiner     MMDDYY

Grayce  Behnke, M.S.
Case Reviewer
Toxicologist 1
December 08, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
December 08, 2022

Medical Examiner's Initials and Date     12/9/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

**E.     SMITH JR., KEVIN LEON [2972022]**



Emma Henrie, M.D.                                    00-08-23
Assistant Medical Examiner                       MMDDYY

Andrew Greenwood, M.S., D-ABFT-FT              Jeanna Mapeli, M.S., D-ABFT-FT
Case Reviewer                                   Expert Reviewer
Toxicologist 2                                  Toxicologist 3 / Supervisor
March 17, 2023                                  March 22, 2023
                                                Medical Examiner's Initials and Date  EH  3/22/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

**F.     THOMAS, RAMON [2863401]**

Rafael A. Garcia, M.D.                              12-04-23
Assistant Medical Examiner                       MMDDYY

Joshua Sandoval, B.S.                           Teresa Gray, Ph.D., F-ABFT
Case Reviewer                                   Expert Reviewer
Toxicologist 1                                  Director, Forensic Toxicology
July 18, 2023                                   July 19, 2023
                                                Medical Examiner's Initials and Date  RAG 7/19/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.



Kent Heck, M.D.                              MMDDYY
Forensic Neuropathologist

## G.    HENDERSON, NATHAN [2623034]

Dwayne A. Wolf, M.D., Ph.D.                  08/18/22    MMDDYY
Deputy Chief Medical Examiner

Reviewed by:

Pramod Gumpeni, M.D.                         8/19/22    MMDDYY
Assistant Deputy Chief Medical Examiner

Dwayne A. Wolf, M.D., Ph.D.                  08/18/22    MMDDYY
Deputy Chief Medical Examiner

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
September 07, 2022

Jeanna Mapeli, M.S., D-ABFT-FT
Expert Reviewer
Toxicologist 3 / Supervisor
September 07, 2022

Medical Examiner's Initials and Date _____ 9/7/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

## H.     PETERSON, DEON [1579098]

Pramod Gumpeni, M.D.
Assistant Deputy Chief Medical Examiner

10/11/21
MMDDYY

Jason Gaswint, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
September 17, 2021

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
September 20, 2021

Medical Examiner's Initials and Date _____ PA  7/26/21

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

## I.    SMITH, GARY WAYNE [836481]

Hannah C. Jarvis, MBBS
Assistant Deputy Chief Medical Examiner
11/3/23 MMDDYY

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1 Specialist
September 28, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
September 29, 2023

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Kent Heck, M.D.
Forensic Neuropathologist
3/20/23 MMDDYY

## J.    SMITH, KRISTAN NICOLE [1897814]

_Rafaelpam_ —

03 – 15 – 23

Rafael A. Garcia, M.D.                                                  MMDDYY
Assistant Medical Examiner

---

_Linda Alvarado_

_Anna Kelly_

Linda Alvarado, B.S., C(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2 / Specialist
June 22, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
June 22, 2022

Medical Examiner's Initials and Date    _RAG  6/22/22_

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

---

_Jason Gaswint_

_Anna Kelly_

Jason  Gaswint, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
September 02, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
September 06, 2022

Medical Examiner's Initials and Date    _RAG  9/6/22_

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

Julie M. Fleischman, Ph.D., D–ABFA

**Forensic Anthropologist**

06/10/22

MMDDYY

**K.     FORE, ROBERT WAYNE [1822871]**

Paulyann Maclayton, M.D.

**Assistant Medical Examiner**

8/12/22

MMDDYY

Patricia  Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
June 09, 2022

Anna  Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
June 10, 2022

Medical Examiner's Initials and Date  PM  6/10/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

## L.    GRIEGO, MICHAEL ANTHONY [1873285]

Reviewed by:

Rafael A. Garcia, M.D.
Assistant Medical Examiner

08-15-23
MMDDYY

Pramod Gumpeni, M.D.
Deputy Chief Medical Examiner

8/16/23
MMDDYY

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
January 23, 2023

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
January 23, 2023

Medical Examiner's Initials and Date    RAG 1/23/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Julie M. Fleischman, Ph.D., D–ABFA
Forensic Anthropologist

2/14/23
MMDDYY

-END-

**EXHIBIT "C"**
**TOPICAL WITNESS DISCLOSURES**
**PURSUANT TO RULE 26, FRCP**
=========================================

    The following are topical witness disclosures of command staff and administrative personnel who can testify generally about the maintenance and operations of the Harris County Detention Center and who can also testify about specific incidents, claims, and contentions based on a review of available records documenting same.

## I.    HCSO ADMINISTRATION & DETENTION COMMAND

    Thomas Diaz, Chief Deputy, HCSO. Chief Diaz can provide an overview of HCSO administrative structure and command.

    Philip Bosquez, Assistant Chief, Detention Command, HCSO. Chief Bosquez can testify generally about overall Detention Facility administration, operations, and maintenance.

    Ruth McClanahan, Jail Commander, HCSO. Commander McClanahan can testify generally about overall Detention Facility administration, operations, and maintenance. Commander McClanahan can also testify about specific incidents based on a review of the records maintained by Detention Command.

    Matthew Ferguson, Major, Detention Command, HCSO. Major Ferguson can testify generally about overall Detention Facility and the Joint Processing Center administration, operations, and maintenance. Major Ferguson can also testify about specific incidents based on a review of the records maintained by Detention Command.

    Kim Smith, Major, Detention Command, HCSO. Major Smith can testify generally about overall Detention Facility administration, operations, and maintenance. Major Anderson can also testify about specific incidents based on a review of the records maintained by Detention Command.

## II.    INFORMATION TECHNOLOGY; RECORDS; REPORTS

    Gary Spurger, Director, Information & Technology Divisions. Director Spurger can testify about the programs utilized by the HCSO Detention Command to facilitate compliance with the statutory and regulatory requirements of the TCJS and to facilitate the maintenance and operations of the Jail Facility.

    Steve Voisin, Information Technology. Assistant to Director.

    Jessica Smith, Manager, Offender Management System, HCSO Administration. Can testify about the OMS reporting program, capacity, and limits.

## III.    RECORDS; REPORTING AND ANALYTICS

    Robert Jackson, Chief of Staff, HCSO. Chief Jackson can testify generally about the staffing structure within the HCSO with respect to the law enforcement functions of the HCSO as well as with respect to the Detention Operations Command.

EXHIBIT C
HCSO COMMAND STAFF WITNESSES    -1-

Carla Manuel, Director, Performance & Efficiency Division. Director Manuel is a systems analyst who can testify about the records management programs and systems utilized by the HCSO Detention Command to facilitate and to document compliance with the requirements of the TCJS.

Melissa Ince, Sgt. HCSO. Sgt. Ince can testify about records and communications between the HCSO and the TCJS in connection with statutory and regulatory reporting requirements, but also with respect to regulatory inspections, grievances, and enforcement actions initiated by TCJS and the resolution thereof.

## IV.    INTERNAL AFFAIRS [IAD]; EMPLOYEE MISCONDUCT

Sandy Chapa, Captain, HCSO. Captain Chapa can testify generally about the operations of the Internal Affairs Division; and he can testify about specific IA files at issue in the current litigation based on a review of the IAD and other related records.

Brian Tschudy, Lieutenant, IAD. Lt. Tschudy can testify generally about the operations of the Internal Affairs Division; and he can testify about specific IA files at issue in the current litigation based on a review of the IAD and other related records.

## V.    ACADEMY TRAINING

Saul Suarez, Assistant Chief, Administration Operations Command. Chief Huynh can testify about the Academy for initial training and subsequent in-service training, as well as IAD for DIC Investigations and HR for hiring and vetting of candidates.

Jorge Gonzalez, Lieutenant. Lt. Gonzalez can address training of detention guards generally and specifically Use of Force.

## VI.    INMATE HOUSING AND CARE; INMATE MISCONDUCT

Sondra Sams, Captain, Detention Command, 1200 Baker Street Housing Division. Captain Sams can testify about policies and practices pertaining to housing and administration.

Tommy Shelton, Major, Detention Command, HCSO. Major Shelton can testify generally about the internal rules enforcement mechanisms, including referrals for prosecution or criminal conduct that happens in the jail.

## VII.    FACILITIES LAYOUT, INFRASTRUCTURE & MAINTENANCE

Thomas Winebarger, Manager, Detention Command, HCSO can testify generally about the facility layout and facility maintenance and also maintenance of the cameras and other monitoring systems.

EXHIBIT C
HCSO COMMAND STAFF WITNESSES                                    -2-

**INMATE MEDICAL , MENTAL HEALTH, AND BEHAVIOURAL CARE [OUTSOURCED VIA INTERLOCAL AGREEMENT]:**

**HARRIS HEALTH CARE OPERATIONS** [HARRIS HEALTH; INDEPENDENT ENTITY]

> In the event that testimony from a designated representative from Harris Health should be necessary, a request for designation of an appropriate representative specifying the subject matter area in question may be directed to the C/O Legal Counsel for Harris Health as the point of contact for the organization.

**HARRIS CENTER FOR MH & IDD** [HARRIS CENTER; INDEPENDENT ENTITY]

> Sean McElroy, Director, Harris Center. Can testify about role of Harris Center in serving the jail population of the Harris County Jail Facility pursuant to an Interlocal Agreement between the HCSO and the Harris Center.

> In the event that testimony from a designated representative from The Harris Center other than Director McElroy should be needed, an appropriate spokesperson with knowledge of the issue or incident in question will be designated instead.

-END-

EXHIBIT C
HCSO COMMAND STAFF WITNESSES                                                        -3-

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**INDEX TO DEFENDANT HARRIS COUNTY, TEXAS'
DOCUMENT PRODUCTION TO PLAINTIFFS**
==============================================================

HARRIS COUNTY'S DOCUMENT PRODUCTION IS MADE AVAILABLE TO COUNSEL OF RECORD AND DESIGNATED LEGAL SUPPORT STAFF VIA THE FIRM'S SECURE SHAREFILE ACCOUNT. TO ACCESS THE AVAILABLE RECORDS, USE THE FOLLOWING HYPER-LINK:

https://rampage-rgv.sharefile.com/f/fo9f539e-ddd2-4d17-ba7c-9ada7a805764

FIRST TIME USERS MUST CLICK "FORGOT PASSWORD" AND ADOPT A PASSWORD. THE FOLLOWING HIGHLIGHTED MATERIALS HAVE BEEN UPLOADED.

PLEASE NOTE THAT RECORDS ARE PRODUCED UNDER THE CONFIDENTIALITY ORDER ENTERED IN THIS CASE [ECF#80]. THESE RECORDS HAVE NOT BEEN REDACTED SINCE THEY ARE COVERED BY THE CONFIDENTIALITY ORDER. EACH PARTY IS RESPONSIBLE FOR COMPLIANCE WITH THE COURT'S REDACTION POLICIES OR WITH FILING RECORDS UNDER RESTRICTION OR UNDER SEAL.

I.      **RULE 26 INITIAL DISCLOSURES**                          **7 MB**

      A.      **CUSTODIAL DEATH REPORTS BINDER**

      B.      **AUTOPSY REPORTS COVER PAGES**

Updated 9/29/2025

**II.    PLAINTIFFS**                                                                           **308 GB**

**A.    JACOBY PILLOW, JACOBY [DIC] (FAC ¶¶ 50 - 60)**

    1.    JAIL RECORDS 000001-000141 [HCSO]

    2.    AUTOPSY RECORDS 000001-000042 [HCIFS]

    3.    DOCS AND VIDEO[8GB] PRODUCED TO HPD; HPD 000001-HPD 000236 [HCSO]

    4.    CONFIDENTIAL JAIL VIDEO 24GB [HCSO]

    5.    OPERATIONAL RECORDS OR 000001- OR 000039; OR 000040- OR 000044 [HCSO]

    6.    CONFIDENTIAL PHONE RECORDS [2MB] NATIVE FILES [HCSO]

    7.    CONFIDENTIAL HPD INVESTIGATION FILE 000001-000444 HPD; 8GB [HPD]

**B.    BRYAN JOHNSON [DIC] (FAC ¶¶ 61 - 70)**

    1.    JAIL RECORDS 000001- 000783 [HCSO]

    2.    AUTOPSY RECORDS 000001- 000067 [HCIFS]

    3.    OPERATIONAL RECORDS OR 000001- OR 000122 [HCSO]

    4.    CONFIDENTIAL JAIL VIDEO 4GB [HCSO]

    5.    DOCS AND VIDEO [3 GB] PRODUCED TO HPD; HPD 000001-HPD 000746 [HCSO]

    6.    IA INVESTIGATION IA000001-IA000012 CONFIDENTIAL JAIL VIDEO [3GB] [HCSO]

    7.    CONFIDENTIAL HPD INVESTIGATION FILE 000001-000982 HPD; 8GB [HPD]

    8.    CONFIDENTIAL PHONE CALLS 353KB NATIVE DATA

**C.    EVAN ERMAYNE LEE [DIC] (FAC ¶¶ 71 - 81)**

    1.    JAIL RECORDS 000001-000571 [HCSO]

    2.    AUTOPSY RECORDS 000001-000190 [HCIFS]

    3.    DOCS AND VIDEO [9GB] PRODUCED TO TEXAS RANGERS TXR 000001-TXR 000775 [HCSO]

    4.    CONFIDENTIAL JAIL VIDEO [11GB] [HCSO]

    5.    OPERATIONAL RECORDS OR 000001-OR 000193 [HCSO]

    6.    CONFIDENTIAL PHONE CALLS [140MB] NATIVE FILES [HCSO]

    7.    CONFIDENTIAL TXR INVESTIGATION FILE 000001-000104 TXR; 517MB [TXR]

Updated 9/29/2025

D.    **WILLIAM CURTIS BARRETT [DIC] (FAC ¶¶ 82 - 90)**

    1.    JAIL RECORDS 000001-0000213 [HCSO]

    2.    AUTOPSY RECORDS AR 000001- AR 000047 [HCIFS]

    3.    DOCS AND VIDEO [3GB] PRODUCED TO TEXAS RANGERS TXR 000001-000282 [HCSO]

    4.    CONFIDENTIAL JAIL VIDEO [9GB] [HCSO]

    5.    OPERATIONAL RECORDS OR 000001-OR 000047 [HCSO]

    6.    CONFIDENTIAL TXR INVESTIGATION FILE 000001-000026 TXR; 463MB [TXR]

E.    **KEVIN LEON SMITH [DIC] (FAC ¶¶ 91 - 99)**

    1.    JAIL RECORDS OOOOO1-OOO811 [HCSO]

    2.    AUTOPSY RECORDS AR 000001- AR000054 [HCIFS]

    3.    DOCS AND VIDEO [12GB] PRODUCED TO HPD; HPD 000001- HPD 000895 [ HCSO]

    4.    CONFIDENTIAL JAIL VIDEO [12GB] [HCSO]

    5.    CONFIDENTIAL PHONE CALLS [20KB] NATIVE DATA

    6.    OPERATIONAL RECORDS OR 000001- OR 000060 [HCSO]

    7.    CONFIDENTIAL HPD INVESTIGATION FILE 000001-001078 HPD; 6GB [HPD]

F.    **RAMON THOMAS [DIC] (FAC ¶¶ 100 - 109)**

    1.    JAIL RECORDS 000001-001310 [HCSO]

    2.    AUTOPSY RECORDS 000001- 000048 [HCIFS]

    3.    DOCS, VIDEO [6GB], AND CONFIDENTIAL PHONE CALLS [878 MB] PRODUCED TO TEXAS RANGERS ; TXR 000001 – TXR 001357 [HCSO]

    4.    CONFIDENTIAL JAIL VIDEO [13GB] [HCSO]

    5.    OPERATIONAL RECORDS; OR 000001- OR 000357 [HCSO]

    6.    CONFIDENTIAL PHONE CALLS [988MB][HCSO]

    7.    CONFIDENTIAL TXR INVESTIGATION FILE – [OPEN INVESTIGATION] [TXR]

G.    **NATHAN HENDERSON [DIC] (FAC ¶¶ 110 - 117)**

    1.    JAIL RECORDS; 000001- 000148 [HCSO]

    2.    AUTOPSY RECORDS; 000001- 000089 [HCIFS]

    3.    OPERATIONAL RECORDS; OR 000001 – OR 000072 [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                          -3-

Updated 9/29/2025

    4.      CONFIDETIAL JAIL VIDEO [4GB] [HCSO]

    5.      DOCS AND VIDEO [4GB] PRODUCED TO HPD; HPD 000001 – HPD 000198 [HCSO]

    6.      CONFIDENTIAL HPD INVESTIGATION FILE 000001-000472 HPD; 5GB [HPD]

**H.    DEON PETERSON [DIC] (FAC ¶¶ 118 - 126)**

    1.      JAIL RECORDS 000001 – 000024; JR 000025 – JR 000165 [HCSO]

    2.      AUTOPSY RECORDS 000001-000044 [HCIFS]

    3.      CONFIDENTIAL PHONE CALLS [100MB] [HCSO]

    4.      OPERATIONAL RECORDS; OR 000001 – OR 000027 [HCSO]

    5.      DOCS AND VIDEO [121MB] PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 000416 [HCSO]

    6.      CONFIDENTIAL TXR INVESTIGATION FILE 000001-000622 TXR; 530MB [TXR]

**I.    GARY WAYNE SMITH [DIC] (FAC ¶¶ 127 - 134)**

    1.      JAIL RECORDS 000001 – 000498 [HCSO]

    2.      AUTOPSY RECORDS 000001 – 000098 [HCIFS]

    3.      OPERATIONAL RECORDS OR 000001 – OR 000040 [HCSO]

    4.      CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

    5.      DOCS AND VIDEO [2GB] PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 000537 [HCSO]

    6.      CONFIDENTIAL PHONE CALLS [7KB] NATIVE DATA [HCSO]

    7.      CONFIDENTIAL TXR INVESTIGATION FILE 000001-000643 TXR; 3GB [TXR]

**J.    KRISTAN NICOLE SMITH [DIC] (FAC ¶¶ 135 - 142)**

    1.      JAIL RECORDS; 000001 – 000335 [HCSO]

    2.      AUTOPSY RECORDS; 000001 – 000170 [HCIFS]

    3.      DOCS PRODUCED TO HPD; HPD 000001 – HPD 000119 [HCSO]

    4.      CONFIDENTIAL JAIL VIDEO [22GB] [HCSO]

    5.      OPERATIONAL RECORDS; OR 000001 – OR 000088; OR 000089 – OR 000089 – OR 000107 [HCSO]

    6.      CONFIDENTIAL PHONE RECORDS [577MB] [HCSO]

    7.      CONFIDENTIAL HPD INVESTIGATION FILE 000001-000254 HPD; 2GB [HPD]

**K.      ROBERT WAYNE FORE [DIC] (FAC ¶¶ 143 - 149)**

1.    JAIL RECORDS; 000001 – 000165 [HCSO]

2.    AUTOPSY RECORDS; 000001 – 000037 [HCFIS]

3.    OPERATIONAL RECORDS OR 000001- OR 000046 [HCSO]

4.    CONFIDENTIAL JAIL VIDEO [4GB] [HCSO]

5.    DOCS AND VIDEO [7GB] PRODUCED TO TEXAS RANGERS TXR 000001-TXR 000162 [HCSO]

6.    CONFIDENTIAL TXR INVESTIGATION FILE 000001-000212 TXR; 4GB [TXR]

**L.      MICHAEL ANTHONY GRIEGO [DIC] (FAC ¶¶ 150 - 159)**

1.    JAIL RECORDS; 000001 – 001452 [HCSO]

2.    AUTOPSY RECORDS; 000001 – 000139 [HCIFS]

3.    DOCS AND VIDEO [6GB] AND PHOTOS PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 001504 [HCSO]

4.    CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

5.    OPERATIONAL RECORDS; OR 000001 – 000843 [HCSO]

6.    CONFIDENTIAL TXR INVESTIGATION FILE 000001-000040 TXR [TXR]

**M.     JEREMY GARRISON (FAC ¶¶ 160 - 173)**

1.    JAIL RECORDS 000001-000261; JR000262-JR000349 [HCSO]

2.    CONFIDENTIAL JAIL VIDEO [221MB] [HCSO]

3.    OPERATIONAL RECORDS OR 000001-0R000558 [HCSO]

4.    IAD INVESTIGATION; IA 000001- IA 000087 [HCSO]

5.    CONFIDENTIAL PHONE CALLS [14GB] NATIVE DATA [HCSO]

**N.      ZACHERY JOHNSON (FAC ¶¶ 174 - 183)**

1.    JAIL RECORDS; 000001- 000226; [HCSO]

**O.      KENNETH RICHARD (FAC ¶¶ 184 - 193)**

1.    JAIL RECORDS; 000001 – 000140 [HCSO]

2.    CONFIDENTIAL JAIL VIDEO [24MB] [HCSO]

3.    CONFIDENTIAL PHONE RECORDS [159MB] NATIVE DATA

4.    OPERATIONAL RECORDS; OR 000001- OR 000014 [HCSO]

Updated 9/29/2025

**P.    JEREMIAH ANGLIN (FAC ¶¶ 194 - 201)**

    1.    JAIL RECORDS; 000001 – 000132 [HCSO]

    2.    OPERATIONAL RECORDS; OR 000001 – OR 000016 [HCSO]

    3.    CONFIDENTIAL PHONE RECORDS [2GB] [HCSO]

**Q.    HARRELL VEAL (FAC ¶¶ 202 - 208)**

    1.    JAIL RECORDS; 000001 – 000141 [HCSO]

    2.    OPERATIONAL RECORDS; OR 000001 – OR 000001 [HCSO]

    3.    CONFIDENTIAL PHONE RECORDS [190MB] [HCSO]

    4.    IAD IINVESTIGATION 000001-000013; [206MB] [HCSO]

**R.    JOHN COOTE (FAC ¶¶ 209 - 222)**

    1.    JAIL RECORDS; JR 000001 – JR 000233 [HCSO]

    2.    CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

    3.    OPERATIONAL RECORDS; OR 000001 – OR 0000052 [HCSO]

    4.    CONFIDENTIAL PHOTOS; PHOTO 000001 – PHOTO 000017 [HCSO]

**S.    TRAMEL MORELLE (FAC ¶¶ 223 - 228)**

    1.    JAIL RECORDS; 000001 – OOO250 [HCSO]

    2.    OPERATIONAL RECORDS; OR 000001 – OR 000018 [HCSO]

    3.    CONFIDENTIAL PHONE RECORDS [1GB] [HCSO]

**T.    BERNARD LOCKHART (FAC ¶¶ 229 - 233)**

    1.    JAIL RECORDS; 000001 – OO2282 [HCSO]

    2.    CONFIDENTIAL JAIL VIDEO [289MB] [HCSO]

    3.    OPERATIONAL RECORDS; OR 000001 – OR 000018 [HCSO]

    4.    IA2022-00398; CONFIDENTIAL JAIL VIDEO [289MB] [HCSO]

    5.    CONFIDENTIAL PHONE RECORDS [1GB] [HCSO]

**U.    RYAN TWEDT (FAC ¶¶ 234 - 245)**

    1.    JAIL RECORDS; 000001 – 001780 [HCSO]

    2.    CONFIDENTIAL JAIL VIDEO [830MB] [HCSO]

    3.    OPERATIONAL RECORDS; OR 000001 – OR 000032 [HCSO]

    4.    CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS

**V.     ANTONIO RADCLIFFE (FAC ¶¶ 246 - 253)**

    1.   JAIL RECORDS; 000001 – 000294 [HCSO]

    2.   OPERATIONAL RECORDS; OR 000001 – OR 000021 [ HCSO]

    3.   CONFIDENTIAL PHONE RECORDS [492KB] NATIVE DATA [HCSO]

    4.   CONFIDENTIAL JAIL VIDEO [154MB] [HCSO]

**W.    ZACHARY ZEPEDA (FAC ¶¶ 254 - 260)**

    1.   JAIL RECORDS; 000001 – 00033 [HCSO]

    2.   CONFIDENTIAL JAIL VIDEO [757MB] [HCSO]

    3.   IAD RECORDS – PL2023-01041; CONFIDENTIAL JAIL VIDEO [1GB] [HCSO]

    4.   CONFIDENTIAL PHONE RECORDS [160MB] [HSCO]

**X.     JAQUEZ MOORE (FAC ¶¶ 261 - 274)**

    1.   JAIL RECORDS; 000001 – 000074 [HCSO]

    2.   OPERATIONAL RECORDS; OR 000001 – OR 000067 [HCSO]

    3.   CONFIDENTIAL PHONE RECORDS [2GB] [HCSO]

**Y.     TAYLOR EUELL (FAC ¶¶ 275 - 287)**

    1.   JAIL RECORDS; 000001 – 000429 [HCSO]

    2.   OPERATIONAL RECORDS; OR 000001 – OR 000038 [HCSO]

    3.   CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

    4.   INVESTIGATIONS 000001-000024 IA [HCSO]

**Z.     CHRISTOPHER YOUNG (FAC ¶¶ 288 - 295)**

    1.   JAIL RECORDS; JR 000001 – 000723 [HCSO]

    2.   OPERATIONAL RECORDS; OR 000001 – OR 000017 [HCSO]

    3.   CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

**AA.   DYLAN PERIO (FAC ¶¶ 296 - 303)**

    1.   JAIL RECORDS; JR 000001 – JR 000465 [HCSO]

**III.     INTERVENOR JAIL RECORDS                 24 GB**

    **A.   KEVIN ALEXANDER SANCHEZ-TREJO [DIC] [ANA GARCIA]**

    1. JAIL RECORDS JR000001-JR000431; JR000432-JR000432[HCSO]

2. AUTOPSY RECORDS AR000001-AR000029[HCIFS]; 000001-000050 [HCIFS]; 8752, 8753, and 6287 JPGs [HCIFS]

3. OPERATIONAL RECORDS OR00000A-000054 [HCSO]

4. DOCS PRODUCED TO TEXAS RANGERS TXR 000001-TXR000513 [HCSO], AND 11GB CONFIDENTIAL JAIL VIDEO; TEXAS RANGER INVESTIGATION [CLOSED FILE] TXR000001-TXR000009 [HCSO]

5. CONFIDENTIAL PHONE CALLS [1GB] NATIVE DATA

6. CONFIDENTIAL JAIL VIDEO [11 GB] NATIVE DATA

7. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000016 TXR; 2GB [TXR]

**B.      DEQON BUFORD [CHANDRA JENKINS]**

1. JAIL RECORDS 000001-000247 [HCSO]

2. PREA INVESTIGATION – PREA000001-PREA000031; 2MB NATIVE DATA [HCSO]

3. OPERATIONAL RECORDS OR 000001- 000045 OR [HCSO]

4. CONFIDENTIAL JAIL CALL RECORDINGS [206 MB] NATIVE DATA[HCSO]

5. PL2023-01433 DOCS 000001-000076 PL [HCSO]

6. EMAIL COMMUNICATIONS BUFORD 000001-000725 EML1; 000001- 000223 EML2 [HCSO]

7. CRIMINAL CASE DOCS COMPETENCY 000001-000008 CC [HC]

**IV.      DETENTION COMMAND POLICIES & PROCEDURES          129 MB**

**A.      TCJS SYSTEM PLANS [SINGLE BINDER]**

> CLASSIFICATION
> COMMISSARY
> CORRESPONDENCE
> DISCIPLINE
> EDUCATION & REHAB
> EMERGENCY
> FIRE PREVENTION
> GRIEVANCE
> HEALTH SERVICES
> LIBRARY
> MENTAL DISABILITIES & SUICIDE PREVENTION
> RECREATION
> RELIGIOUS PRACTICES
> SANITATION
> TELEPHONE
> VISITATION

**B.     ACTIVE DETENTION COMMAND SOPs [SINGLE BINDER]**

- ➢     100 SERIES   PERSONNEL PRACTICES
- ➢     200 SERIES   DAILY OPERATIONS
- ➢     300 SERIES   UOF / SIGNIFICANT EVENTS
- ➢     400 SERIES   INVESTIGATIONS
- ➢     500 SERIES   TRAINING
- ➢     600 SERIES   OPERATIONAL GUIDELINES
- ➢     700 SERIES   POST ORDERS
- ➢     800 SERIES   JOINT PROCESSING CENTER
- ➢     900 SERIES   CLASSIFICATION
- ➢     MEMORANDA

**C.     ARCHIVED DETENTION COMMAND SOPs [SINGLE BINDER]**

- ➢     100 SERIES   PERSONNEL PRACTICES
- ➢     200 SERIES   DAILY OPERATIONS
- ➢     300 SERIES   UOF / SIGNIFICANT EVENTS
- ➢     400 SERIES   INVESTIGATIONS
- ➢     500 SERIES   TRAINING
- ➢     600 SERIES   OPERATIONAL GUIDELINES
- ➢     700 SERIES   POST ORDERS
- ➢     800 SERIES   JOINT PROCESSING CENTER

**D.     INMATE HANDBOOKS**

- ➢     Inmate Handbook (Rev. March 2012)
- ➢     Inmate Handbook (Rev. March 2013)
- ➢     Inmate Handbook (Rev. August 2017)
- ➢     Inmate Handbook (Rev. December 2018)
- ➢     Inmate Handbook (Rev. April 2021)
- ➢     Inmate Handbook (Rev. to V eff. 302924)

**E.     HC DOCUMENT MANAGEMENT PLAN (DOCUMENT RETENTION POLICY)                                                                 546 KB**

**F.     DOJ PREA STANDARDS                                             607KB**

**G.     PREA BROCHURES [HCSO]                                          13MB**

**V.     COMPARATOR RECORDS                                             419 GB**

- 1)     VINCENT YOUNG [DIC]
  - A.     JAIL RECORDS 000001-000234 [HCSO]
  - B.     AUTOPSY RECORDS 000001-000055 [HCIFS]
  - C.     CONFIDENTIAL JAIL VIDEO [ 163GB] [HCSO]

- 2)     MAYTHAM ALSAEDY [DIC]
  - A.     JAIL RECORDS 000001-000318 [HCSO]

        B.      AUTOPSY RECORDS 000001-000063 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [38GB] [HCSO]

3)     DEBORAH ANN LYONS [DIC]
        A.      JAIL RECORDS 000001-001465 [HCSO]
        B.      AUTOPSY RECORDS 000001-000061 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

4)     TRACY WHITED [DIC]
        A.      JAIL RECORDS 000001-000152 [HCSO]
        B.      AUTOPSY RECORDS 000001-000106 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [6GB][HCSO]

5)     WALLACE HARRIS [DIC]
        A.      JAIL RECORDS 000001-000067 [HCSO]
        B.      AUTOPSY RECORDS 000001-000069 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [32MB] [HCSO]

6)     DAVID PEREZ [DIC]
        A.      JAIL RECORDS 000001-00645 [HCSO]
        B.      AUTOPSY RECORDS 000001-000064 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

7)     ISRAEL LIZANO IGLESIAS [DIC]
        A.      JAIL RECORDS
        B.      AUTOPSY RECORDS 000001-000104 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [10GB] [HCSO]

8)     JIM FRANKLIN LAGRONE [DIC]
        A.      JAIL RECORDS 000001-000163 [HCSO]
        B.      AUTOPSY RECORDS 000001-000098 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [3GB] [HCSO]

9)     JAMES EARL GAMBLE [DIC]
        A.      JAIL RECORDS 000001-001216 [HCSO]
        B.      AUTOPSY RECORDS 000001-000098 [HCIFS]

10)   VICTORIA MARGAREZ SIMON [DIC]
        A.      JAIL RECORDS 000001-000124 [HCSO]
        B.      AUTOPSY RECORDS 000001-000080 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [44GB] [HCSO]

11)   ALAN CRISTOPHER KERBER [DIC]
        A.      JAIL RECORDS 000001-000112 [HCSO]
        B.      AUTOPSY RECORDS 000001-000028 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [4GB] [HCSO]

12)   DAMIEN LAVON JOHNSON [DIC]
        A.      JAIL RECORDS 000001-000337 [HCSO]
        B.      AUTOPSY RECORDS 000001-000221 [HCIFS]
        C.      CONFIDENTIAL JAIL VIDEO [7GB] [HCSO]

13)   JAQUAREE SIMMONS [DIC]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                  -10-

Updated 9/29/2025

     A.     JAIL RECORDS 000001-000684 [HCSO]
     B.     AUTOPSY RECORDS 000001-000122 [HCIFS]
     C.     CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

14)    RORY WARD, JR. [DIC]
     A.     JAIL RECORDS 000001-000473 [HCSO]
     B.     AUTOPSY RECORDS 000001- 000258 [HCIFS]
     C.     CONFIDENTIAL JAIL VIDEO [25GB] [HCSO]

15)    ADAEL GONZALEZ GARCIA
     A.     JAIL RECORDS 000001-000064 [HCSO]
     B.     AUTOPSY RECORDS – NOT APPLICABLE
     C.     FEDERAL COURT RECORDS [PENDING]
     D.     CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

16)    FRED HARRIS [DIC]
     A.     JAIL RECORDS 000001-000130 [HCSO]
     B.     AUTOPSY RECORDS 000001-000147 [HCIFS]
     C.     CONFIDENTIAL JAIL VIDEO [53GB] [HCSO]

17)    JEROME BARTEE, JR.
     A.     JAIL RECORDS 000001-000108 [HCSO]
     B.     AUTOPSY RECORDS- NOT APPLICABLE
     C.     CONFIDENTIAL JAIL VIDEO – NONE

18)    TERRY GOODWIN [PENDING]

19)    GREGORY BARETT [DIC]
     A.     JAIL RECORDS 000001-000204 [HCSO]
     B.     AUTOPSY RECORDS 000001-000046 [HCIFS]

20)    CHRISTOPHER JOHNSON
     A.     JAIL RECORDS 000001-000020 [HCSO]
     B.     CONFIDENTIAL JAIL VIDEO- NONE

21)    MATTHEW RYAN SHELTON [DIC]
     A.     JAIL RECORDS 000001-000121 [HCSO]
     B.     AUTOPSY RECORDS 000001-000043 [HCIFS]
     C.     CONFIDENTIAL JAIL VIDEO [34GB] [HCSO]

22)    MICHAEL A. ALANIZ [DIC]
     A.     JAIL RECORDS 000001-000119 [HCSO]
     B.     CONFIDENTIAL JAIL VIDEO – NONE

23)    NAVIDAD FLORES
     A.     JAIL RECORDS 000001-000011 [HCSO]
     B.     AUTOPSY RECORDS- NOT APPLICABLE
     C.     CONFIDENTIAL JAIL VIDEO – NONE

24)    KAREEM JEFFERSON
     A.     JAIL RECORDS 000001-000462 [HCSO]
     B.     AUTOPSY RECORDS- NOT APPLICABLE

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS         

Updated 9/29/2025

    C.      CONFIDENTIAL JAIL VIDEO – NONE

25)    HENRY JOSEPH WILLIAMS [DIC]
    A.      JAIL RECORDS 000001-000054 [HCSO]
    B.      AUTOPSY RECORDS- NOT APPLICABLE
    C.      CONFIDENTIAL JAIL VIDEO – NONE

26)    LORON ERNEST FISHER [DIC]
    A.      JAIL RECORDS 000001-002404 [HCSO]
    B.      AUTOPSY RECORDS 000001-000292 [HCIFS]
    C.      CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

27)    BENJAMIN PIERCE [DIC]
    A.      JAIL RECORDS 000001-000047 [HCSO]
    B.      AUTOPSY RECORDS 000001-000028 [HCIFS]
    C.      CONFIDENTIAL JAIL VIDEO [5GB] [HCSO]

28)    GILBERT ALLENE NELSON [DIC]
    A.      JAIL RECORDS 000001-001194 [HCSO]
    B.      AUTOPSY RECORDS 000001-000043 [HCIFS]
    C. CONFIDENTIAL JAIL VIDEO – NONE

29)    KEVIN ALEXANDER SANCHEZ-TREJO [DIC]- SEE INTERVENOR RECORDS III. A. IN THIS INDEX
    A.      JAIL RECORDS 000001-000432 [HCSO]
    B.      AUTOPSY RECORDS 000001-000029 [HCIFS]

30)    SIMON PETER DOUGLAS [DIC]
    A.      JAIL RECORDS 000001-000079 [HCSO]
    B.      AUTOPSY RECORDS 000001-000035 [HCIFS]
    C.      CONFIDENTIAL JAIL VIDEO [1GB] [HCSO]

31)    ROBERT TERRY, JR. [DIC]
    A.      JAIL RECORDS 000001-000867 [HCSO]
    B.      AUTOPSY RECORDS 000001-000041 [HCIFS]
    C.      CONFIENTIAL JAIL VIDEO – NONE

32)    FABIAN CORTEZ [DIC]
    A.      JAIL RECORDS 000001-000054 [HCSO]
    B.      AUTOPSY RECORDS 000001-000046 [HCIFS]
    C.      CONFIDENTIAL JAIL VIDEO [5GB]

33)    ELIJAH GAMBLE [PENDING]

34)    KENNETH LUCAS
    A.      JAIL RECORDS 000001-000312 [HCSO]
    B.      AUTOPSY RECORDS 000001-000140 [HCIFS]
    C.      CONFIDENTIAL JAIL VIDEO – NONE

35)    RACHEL HATTON
    A.      JAIL RECORDS 000001-000003 [HCSO]

36)    TREYVAN CROWDER

    A.    JAIL RECORDS 000001-000253 [HCSO]
    B.    AUTOPSY RECORDS- NOT APPLICABLE
    C.    CONFIDENTIAL JAIL VIDEO – NONE

## VI.    TCJS REPORTS    29 MB

**A.    ANNUAL AND SPECIAL INSPECTION REPORTS**

Includes Reports ranging from 2016 through 2025 in chronological order.

**B.    SERIOUS INCIDENT REPORTS TO TCJS [§511.020, TGC]**

➢ SERIOUS INCIDENTS REPORTS TO TCJS [2020]
➢ SERIOUS INCIDENTS REPORTS TO TCJS [2021]
➢ SERIOUS INCIDENTS REPORTS TO TCJS [2022]
➢ SERIOUS INCIDENTS REPORTS TO TCJS [2023]
➢ SERIOUS INCIDENTS REPORTS TO TCJS [2024]

**C.    PRODUCTION SAMPLE - NOVEMBER 2024 [PENDING]**

[UNDERLYING REPORTS FOR ASSAULT & FOR UOF FOR IN CAMERA INSPECTION BY COURT]

## VII.    TRAINING RECORDS    4 GB

**A.    BCCC [BASIC COUNTY CORRECTIONS COURSE**
**B.    ABLE [ACTIVE BYSTANDER LAW ENFORCEMENT]**
**C.    ICAT DE-ESCALATION TRAINING**
**D.    JAIL FTO PROGRAM**
**E.    OMS TRAINING MATERIAL**
**F.    PREA TRAINING MATERIAL**

## VIII.    HR FILES & TCOLE RECORDS    17 GB

➢ **HR FILE Allen, Patrick [EIN 14166]; HRF _____ ; TCOLE _____.**

➢ **HR FILE Barrera, Antonio [EIN 144540]; HRF 000001-000040; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Bell, Travis [EIN 159531]; HRF 000001-000037; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Brezik, Brandon [EIN 154317]; HRF 000001-000060; TCOLE 000001-000003 [HCSO]**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS    -13-

➢ **HR FILE Conrad, Alex [EIN159539] ; HRF _____ ; TCOLE _____ ; IA2022-00398**

➢ **HR FILE Craft, Blanton [EIN 153931] ; HRF 000001-000041; TCOLE 000001-000004 [HCSO]**

➢ **HR FILE De Guzman, Jin [EIN 159803] ; HRF 000001-000141 ; TCOLE 000001-000006 [HCSO]**

➢ **HR FILE Emiola, Fausat [EIN 150728] ; HRF 000001-000070; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Espinoza, Edson [EIN 144475] ; HRF 000001-000062 ; TCOLE 000001-000010 [HCSO]**

➢ **HR FILE Espinoza, Matthew [EIN 134416]; HRF 000001-000078; TCOLE 000001-000006 [HCSO]**

➢ **HR FILE Flores, Francisco [EIN 103711] ; HRF 000001-000184; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Garcia, Candelario [EIN 159434]; HRF 000001-000047; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Garcia, Mark [EIN 144150] ; HRF 000001-000061 ; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Gomez, Slade [EIN 161619] ; HRF 000001-0000037; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Guerrero, Andrew [EIN 158547]; HRF 000001-000047; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Herman, Maxim [EIN 160991]; HRF 000001-000023; TCOLE 000001-000003 [HCSO]**

➢ **HF FILE Garcia-Avila, Osvaldo [EIN 150022]; HRF 000001-000095; TCOLE 000001-000006 [HCSO]**

➢ **HF FILE Hayes, Bruce [EIN 141516]; HRF 000001-000069; TCOLE 000001-000008 [HCSO]**

➢ **HR FILE Herklotz, Shannon [EIN 157218] ; HRF _____ ; TCOLE _____.**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -14-

Updated 9/29/2025

➢ **HR FILE Lighten, Deundra [EIN 156856]; IA2022-00116 [16GB] TCOLE 000001-000007 [HCSO]**

➢ **HR FILE Maldonado, Victor [EIN]; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Morales, Eric Niles [EIN 155422] ; HRF 000001-000104 ; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Ortuno, Elias [EIN 157532] ; HRF 000001-000038; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Osteen, Jonathan [EIN 162026]; HRF 000001-000030; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Portillo, Natalie [EIN 148877]; HRF 000001-000056 ; TCOLE 000001-000006 [HCSO]**

➢ **HR FILE Ramos, Yannis [EIN 160134]; HRF 000001-000050; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Reyes, Roland [EIN 119776]; HRF 000001-000123; TCOLE 000001-000013 [HCSO]**

➢ **HR FILE Rivera, Don Lee [EIN 160980] ; HRF 000001-000022 ; TCOLE 000001-000006 [HCSO]**

➢ **HR FILE Rocha, Armando [EIN 143282]; HRF 000001-000068; TCOLE 000001-000007 [HCSO]**

➢ **HR FILE Sanchez, Jorge [EIN 147748] ; HRF 000001-000166 ; TCOLE 000001-000005 [HCSO]**

➢ **HR FILE Sanders, Joseph [EIN 162205]; HRF 000001-000028; TCOLE 000001-000003 [HCSO]**

➢ **HR FILE Sneed, Quinton [EIN 128190] ; HRF 000001-000132; TCOLE 000001-000011 [HCSO]**

➢ **HR FILE Stewart, Jazminn [EIN 157825]; HRF 000001-000049; TCOLE 000001-000004 [HCSO]**

➢ **HR FILE Tabarez, Nikolas [EIN]; TCOLE 000001-000003 [HCSO]**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -15-

➢ **HR FILE Torres, Richard [EIN 133927] ; HRF 000001-000143; TCOLE 000001-000012 [HCSO]**

➢ **HR FILE Twitty, Jailyn [EIN 159430] ; HRF _____ ; TCOLE _____.**

➢ **HR FILE Tunello, Dustin [EIN 117407]; HRF 000001-000157; TCOLE 000001-000013 [HCSO]**

➢ **HR FILE Ung, Andrew [EIN158861]; HRF 000001-000100; TCOLE 000001-000004 [HCSO]**

➢ **HR FILE Valdivez, Jose [EIN 162642]; HRF _____ ; TCOLE _____.**

➢ **HR FILE Williams, Randal [EIN 119464]; HRF 000001-000225; TCOLE 000001-000010 [HCSO]**

➢ **HR FILE Wong, Preston [EIN 152815]; HRF _____ ; TCOLE _____.**

**IX.      JAIL OPERATIONS RECORDS                              95 MB**

➢ **DAILY WATCH SCHEDULES BY PLAINTIFF**

➢ **DAILY WATCH SCHEDULES [DWS] [CHRONO]**

➢ **FUNCTIONAL CAPACITY REPORTS [FCR] [CHRONO]**

**X.      CONTRACTS; AGREEMENTS; ILAs                              31MB**

    **A.      ILCA HCSO & HARRIS HEALTH**

    ➢ **2022-0301 ILCA w Harris Health re Jail Medical Care [4MB] [HCSO]**

    ➢ **2023-0913 Renewal of HCSO-HHS ILCA [243 KB] [HCSO]**

    **B.      ILA W HARRIS CENTER MH&IDD**

    ➢ **2019-1213 ILA HCMHIDD & Harris County (Inmate Care)**

    ➢ **2020-0728 1st Amd & Renewal ILA HCMHIDD & HC**

    ➢ **2021-0413 2nd Renewal of 2019 ILA between HCMHIDD & HC**

&#10148;  **2025-0227 ILA HCMH&IBB & Harris County (Detention)**

**C.      REPORTS & HISTORY RE ILA (HCSO & HARRIS HEALTH)**

&#10148;  2018-12 HMA Report to Harris Health System 2018

&#10148;  2021-0406 Memo from HC – BMD re Transition of Jail Health Care Services

**XI.     GOVERNING STATUTES AND REGULATIONS**

**A.      TEXAS STATUTES**

**B.      TEXAS ADMIN REGULATIONS**

**C.      PREA STATUTE & REGULATIONS**

**XII.    USE OF FORCE REPORT TO KHOU**

**A.      [SAMPLE OF UOF REPORTS RELEASED TO KHOU PURSUANT TO A TEXAS PUBLIC INFORMATION ACT REQUEST; THESE ARE FOR IN-CAMERA INSPECTION]**

**B.      FULL PRODUCTION OF UOF REPORTS TO KHOU AS PER AGREED ORDER [ECF #213]**

**XIII.   SETTLEMENT AGREEMENTS**

**A.      BINDER CONTAINING SETTLEMENT AGREEMENTS ARISING OUT OF JAIL LAWSUITS]**

**XIV.   DWQ MEDICAL RECORDS PRODUCTION [PLAINTIFFS]**

**XV.    HR FILE RECORDS PRODUCTION [AS PER ECF #213]**

[CONSISTING OF PEWS REPORT; INCIDENT HISTORY REPORTS; AND TCOLE TRAINING RECORDS FOR EACH LISTED OFFICER. THESE RECORDS WILL BE UPLOADED TO THE SHAREFILE BY END OF DAY ON 9/30/2025]

Updated 9/29/2025

| EMPLOYEE NAME / EIN | ASSOCIATED PLAINTIFF NAME |
|---|---|
| A GOODLOW-JONES (EIN 154489) | PETERSON, DEON |
| A. MANZANO UNIT #10S19 | THOMAS, RAMON |
| AARON OCAMPO (EIN 159309) | PILLOW, JACOBY |
| AARON WILLIAMS (EIN 122707) | LOCKHART, BERNARD |
| AARON WILLIAMS (EIN 122707) | YOUNG, CHRISTOPHER |
| ADAMARI SANDOVAL [EIN 162208] | COOTE, JOHN |
| ADAN DEL FIERRO (EIN 155934) | SMITH, GARY WAYNE |
| ADDI DARIAH (EIN 139167) | PETERSON, DEON |
| ADDI DARIAH (EIN 139167) | COOTE, JOHN |
| ADRIAN CARRANZA [EIN 161870] | MOORE, JAQUEZ |
| ADRIAN RAMOS (EIN 160359) | MOORE, JAQUEZ |
| ALEX CONRAD (EIN 159539) | BERNARD LOCKHART |
| ALEX CONRAD (EIN 159539) | VEAL, HARRELL (AKA TYRELL BOLT) |
| ALEXANDER RHODES (EIN 155153)LO | LOCKHART, BERNARD |
| ALFRED TREVINO (EIN 156678) | PETERSON, DEON |
| AMALIA RUIZ | EUELL, TAYLOR |
| AMBER BAILEY (EIN 1455523) | BARRETT, WILLIAM CURTIS |
| ANDRE YMNGA (EIN 158757) | GARRISON, JEREMY |
| ANDREA FIGUEROA (EIN 163847) | GARRISON, JEREMY |
| ANDREW PENA (EIN 159986) | TWEDT, RYAN |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                      -18-

Updated 9/29/2025

| | |
|---|---|
| ANDREW PENA (EIN 159986) | VEAL, HARRELL (AKA TYRELL BOLT) |
| ANGEL HERNANDEZ (EIN 147530) | GARRISON, JEREMY |
| ANGELA MCCLAIN (EIN 149051) | LEE, EVAN |
| ANGELA MCCLAIN (EIN 149051) | YOUNG, CHRISTOPHER |
| ANGELIQUE RAMIREZ (EIN 149136) | SMITH, KEVIN |
| ANIKA EUGENE | EUELL, TAYLOR |
| ANNIE SYKES (BADGE 152) | LEE, EVAN |
| ANTHONY PETERSON (EIN 165337) | ANGLIN, JEREMIAH |
| ANTHONY RAMIREZ (UNIT NUMBER 11T62) | PILLOW, JACOBY |
| ANTONIO BARRERA (EIN 144540) | COOTE, JOHN |
| ARMANDO HERNANDEZ (EIN 160010) | FORE, ROBERT WAYNE |
| ARON GARCIA (UNIT 11N30) | JOHNSON, BRYAN |
| ARQUELL JONES (EIN 159702) | VEAL, HARRELL (AKA TYRELL BOLT) |
| ASHLEE BAILEY (EIN 153243) | PILLOW, JACOBY |
| ASHLEY MILLER (EIN 158457) | SMITH, KRISTIN |
| AUSTIN BLUME (EIN 154312) | PETERSON, DEON |
| AUSTIN DIPASQUALE (EIN 161073) | BERNARD LOCKHART |
| BRADLEY MCCAIN (EIN 124572) | VEAL, HARRELL (AKA TYRELL BOLT) |
| BRANDON BREZIK (EIN 154317) | MOORE, JAQUEZ |
| BRANDON BREZIK (EIN 154317) | ANGLIN, JEREMIAH |
| BRENDA PINEDA (EIN 158852) | FORE, ROBERT WAYNE |
| BRITTNEY WILLIAMS (EIN 154758) | SMITH, KRISTAN |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -19-

Updated 9/29/2025

| | |
|---|---|
| BRUCE HAYES (EIN 141516) | LOCKHART, BERNARD |
| BRUCE HAYES (EIN 141516) | COOTE, JOHN |
| BRUCE HAYES (EIN 141516) | HENDERSON, NATHAN |
| CALYN CUTLER (EIN 153929) | MORELLE, TRAMELL |
| CANDELARIO GARCIA (EIN 159434) | GARRISON, JEREMY |
| CAROLYN GRIMBLE (EIN 138147) | HENDERSON, NATHAN |
| CELENE BELTRAN (EIN 155738) | LOCKHART, BERNARD |
| CHARLIA DAVIS (EIN 157128) | LEE, EVAN |
| CHENHUI ZHOU (EIN 157000) | LEE, EVAN |
| CHIN CHIU (EIN 159823) | RADCLIFFE, ANTONIO |
| CHRISTIAN ARGUETA (EIN 126608) | JOHNSON, BRYAN |
| CHRISTON ROBINSON (EIN 158857) | FORE, ROBERT WAYNE |
| CHRISTOPHER BYAS (EIN 159644) | FORE, ROBERT WAYNE |
| CHRISTOPHER JOURNET (EIN 115257) | LOCKHART, BERNARD |
| CHRISTOPHER ORTEGA (EIN 157139) | TWEDT, RYAN |
| CHRISTOPHER PHILLIPS (EIN 152799) | ANGLIN, JEREMIAH |
| CLARISSA ORONA | SMITH, KRISTAN |
| COURTLEY BARRERA (EIN 149163) | JOHNSON, BRYAN |
| COY BROWN (EIN 159205) | SMITH, KEVIN |
| CRISTIAN TRUJILLO (EIN 159951) | COOTE, JOHN |
| CRISTIAN VINDEL | ZEPEDA, ZACHARY |
| DANICA GUILLORY (EIN 134324) | LOCKHART, BERNARD |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -20-

| | |
|---|---|
| DANIEL MEDRANO (EIN 154741) | SMITH, GARY WAYNE |
| DANIEL RAMIREZ (EIN 147534) | PETERSON, DEON |
| DANTE MARTINEZ (EIN 156586) | JOHNSON, BRYAN |
| DANTE MARTINEZ (EIN 156586) | PETERSON DEON |
| DANTE MARTINEZ (EIN 156586) | PILLOW, JACOBY |
| DARRYELL MURPHY (EIN 125173) | COOTE, JOHN |
| DARRYL ASHFORD (EIN 148854) | LEE, EVAN |
| DAVID GUZMAN (EIN 129496) | PETERSON, DEON |
| DEDITRA JENKINS (EIN 130281) | VEAL, HARRELL (AKA TYRELL BOLT) |
| DELIA FIERROS (EIN 141522) | SMITH, KRISTAN |
| DEMARCUS ARMSTEAD (EIN 140936) | PERIO, DYLAN |
| DEMESSHIA PARKER (EIN 158755) | TWEDT, RYAN |
| DEREK KIRK (EIN 146258) | VEAL, HARRELL (AKA TYRELL BOLT) |
| DERRICK ZILTON (EIN 139592) | COOTE, JOHN |
| DEVEN ORTIZ | ANGLIN, JEREMIAH |
| DILLAN LIBURD | FORE, ROBERT WAYNE |
| DOMINIC SAMANIEGO (EIN 159817) | ANGLIN, JEREMIAH |
| DON LEE RIVERA (EIN 160980) | GARRISON, JEREMY |
| DONALD RANDELL | SMITH, GARY WAYNE |
| DU HUY (EIN 161881) | THOMAS, RAMON |
| DUSTIN TUNELLO (BADGE 882) (EIN 114707) | LOCKHART, BERNARD |
| DUSTIN TUNELLO (BADGE 882) (EIN 114707) | HENDERSON, NATHAN |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -21-

Updated 9/29/2025

| | |
|---|---|
| E OKETUNMBI (EIN 142089) | ZEPEDA, ZACHARY |
| EARNEST EASTLAND (EIN 157538) | GRIEGO, MICHAEL |
| EDSON ESPINOZA (EIN 144475) | COOTE, JOHN |
| EDUARDO YENKO (EIN 162504) | MORELLE, TRAMELL |
| ELBERT JOHNSON (EIN 155495) | VEAL, HARRELL (AKA TYRELL BOLT) |
| ELBERT ROBINSON (EIN 104451) | YOUNG, CHRISTOPHER |
| ELIAS ORTUNO (EIN 157532) | COOTE, JOHN |
| ELIAS ORTUNO (EIN 157532) | GARRISON, JEREMY |
| ELIZABETH EMEKA (EIN 150011) | COOTE, JOHN |
| ELIZABETH VAQUERA (EIN 133291) | PILLOW, JACOBY, JACOBY |
| ENRIQUE PINEDA BUCIO AKA ENRIQUE PINEDA (EIN 159087) | COOTE, JOHN |
| ENRIQUE PINEDA BUCIO AKA ENRIQUE PINEDA (EIN 159087) | THOMAS, RAMON |
| ERIBEL MUNOS | JOHNSON, ZACHERY |
| ERIK EGGINS (EIN 161463) | YOUNG, CHRISTOPHER |
| ERNEST MCNABB (EIN 122688) | BARRETT, WILLIAM CURTIS |
| ESTEFANY BARBOZA GUTIERREZ (EIN 159787) | COOTE, JOHN |
| ESTEFANY BARBOZA GUTIERREZ (EIN 159787) | JOHNSON, BRYAN |
| ETHAN WILLIAMS (EIN 157976) | VEAL, HARRELL (AKA TYRELL BOLT) |
| EUNICE WONG (EIN 159611) | PILLOW, JACOBY, JACOBY |
| FANNIE AUGUSTINE (BADGE 164) | SMITH, KRISTAN |
| FERNANDO ACEVEDO (EIN 109780) | VEAL, HARRELL (AKA TYRELL BOLT) |
| FRANCIS GREEN (EIN 130175) | SMITH, GARY WAYNE |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -22-

Updated 9/29/2025

| | |
|---|---|
| FRANCISCO FLORES (EIN 157256) | COOTE, JOHN |
| FRANCISCO FLORES (EIN 157256) | BARRETT, WILLIAM CURTIS |
| FRANCISCO JAIMES (EIN 129374) | JOHNSON, BRYAN |
| FRANKY ESTRADA (EIN 160968 | JOHNSON, BRYAN |
| GABRIEL RICE (EIN 140933) | LOCKHART, BERNARD |
| GERARDO MEZA (EIN 158455) | LEE, EVAN |
| GERROL JOHNSON (EIN 156336) | THOMAS, RAMON |
| GILBERT BIGHAM (EIN 113661) | THOMAS, RAMON |
| GIOVANNY ROCHA (EIN 159218) | PILLOW, JACOBY, JACOBY |
| GORGE ROBLES (EIN 142091) | JOHNSON, BRYAN |
| GREGORIO PESCINA (EIN 156861) | MORELLE, TRAMELL |
| HENRY MARTINEZ (EIN 159421) | SMITH, KRISTAN |
| I EBINUM (EIN 140443) | MORELLE, TRAMELL |
| ISAAC BARNETT (BADGE 915) | YOUNG, CHRISTOPHER |
| J SAMUEL (EIN 133996) | YOUNG, CHRISTOPHER |
| J. HAZZARD | THOMAS, RAMON |
| JABRIA OLIVER | JOHNSON, BRYAN |
| JACOB STEPRO (EIN 158022) | PETERSON, DEON |
| JAILYN TWITTY (EIN 159430) | LOCKHART, BERNARD |
| JAILYN TWITTY (EIN 159430) | VEAL, HARRELL (AKA TYRELL BOLT) |
| JAMAEL FAROOQ (EIN 158239) | BARRETT, WILLIAM CURTIS |
| JAMES LEONARD (EIN 159013) | PILLOW, JACOBY, JACOBY |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -23-

| | |
|---|---|
| JAMES LEWIS (EIN 160446) | LOCKHART, BERNARD |
| JANCARLO LEMUS (EIN 157598) | THOMAS, RAMON |
| JARED BALL (EIN 162354) | GRIEGO, MICHAEL |
| JARREL JACKSON (EIN 163044) | GARRISON, JEREMY |
| JASON DEAN (EIN 116373) | LOCKHART, BERNARD |
| JAVIER CAVAZOS (EIN 149458) | PILLOW, JACOBY, JACOBY |
| JAVIER PEREZ-GARCIA (EIN 149695) | SMITH, KEVIN |
| JAZMINN STEWART (EIN 157825) | VEAL, HARRELL (AKA TYRELL BOLT) |
| JEAN IMOUK (EIN 160883) | ANGLIN, JEREMIAH |
| JEFFREY PAZ (EIN 159701) | SMITH, KRISTAN |
| JEMALL JOSEPH (EIN 162183) | THOMAS, RAMON |
| JEREMIAH ADEBOLA (EIN 136709) | LEE, EVAN |
| JERICHO TYLER (11S38) | PETERSON, DEON |
| JEROME OTIS (EIN 150257) | GRIEGO, MICHAEL |
| JESSE MARTINEZ (EIN 158774) | GARRISON, JEREMY |
| JESSE MARTINEZ (EIN 158774) | ANGLIN, JEREMIAH |
| JESSE MARTINEZ (EIN 158774) | VEAL, HARRELL (AKA TYRELL BOLT) |
| JESSICA PEREZ (EIN 127349) | COOTE, JOHN |
| JHUDSON LAWSON (EIN 156135) | LOCKHART, BERNARD |
| JIMMY POOLE (EIN 156215) | TWEDT, RYAN |
| JIMMY POOLE (EIN 156215) | THOMAS, RAMON |
| JIN DE GUZMAN (EIN 159803) | PILLOW, JACOBY, JACOBY |

| | |
|---|---|
| JOHN FERNANDEZ (EIN 152951) | LOCKHART, BERNARD |
| JOHN ODUKWE (EIN 149487) | ANGLIN, JEREMIAH |
| JOHN ZIESEMER (EIN 143936) | PETERSON, DEON |
| JOHNNY DIAZ (EIN 159922) | GARRISON, JEREMY |
| JON VICKERS (EIN 155943) (AKA JOHN VICKERS-GILBREATH) | TWEDT, RYAN |
| JONATHAN OSTEEN (EIN 162026) | RICHARD, KENNETH |
| JONATHAN TAIWO (EIN 159671) | MOORE, JAQUEZ |
| JORDAN HOBSON (EIN 146125) | PILLOW, JACOBY, JACOBY |
| JORDIE CABALLERO (EIN 162185) | YOUNG, CHRISTOPHER |
| JORDIE CABALLERO (EIN 162185) | MOORE, JAQUEZ |
| JORGE RODRIGUEZ (EIN 159670) | PILLOW, JACOBY, JACOBY |
| JORGE SANCHEZ (EIN 147748) | PILLOW, JACOBY, JACOBY |
| JOSE DELGADO (EIN 160457) | LOCKHART, BERNARD |
| JOSE GONZALEZ JR. (EIN 159651) (AKA JOSH GONZALEZ JR.) | FORE, ROBERT WAYNE |
| JOSEMARIA GARZA (EIN 157955) | SMITH, KEVIN |
| JOSEPH BENAVIDES (EIN 156017) | FORE, ROBERT WAYNE |
| JOSEPH MUNOZ (EIN 136520) | JOHNSON, BRYAN |
| JOSEPH SANDERS (EIN 162205) | COOTE, JOHN |
| JOSHUA HERNANDEZ | EUELL, TAYLOR |
| JUAN BARRON (EIN 152023) | GRIEGO, MICHAEL |
| JUAN TREVINO (EIN 160288) | PILLOW, JACOBY, JACOBY |
| JW DOMAIN (EIN 132531) | RADCLIFFE, ANTONIO |

Updated 9/29/2025

| | |
|---|---|
| KAIGAN LECOMPTE | SMITH, KRISTAN |
| KARINA TREVINO (EIN 153264) | SMITH, KRISTAN |
| KAYELA MINKINS (EIN 157137) | FORE, ROBERT WAYNE |
| KEVIN AGUILAR-PAZ (EIN 162496) | GRIEGO, MICHAEL |
| KEVIN MOSE (EIN 161465) | COOTE, JOHN |
| KEVIN SALDIVAR (EIN 145672) | COOTE, JOHN |
| KIMBERLY ROSSELL (EIN 158484) | VEAL, HARRELL (AKA TYRELL BOLT) |
| KINGSLEY ST JULIEN (EIN 158488) | FORE, ROBERT WAYNE |
| KIRK BONSAL (EIN 124571) | LOCKHART, BERNARD |
| KOBE GUIDROZ (EIN 159669) | LOCKHART, BERNARD |
| KYLE MARTIN (EIN 159410) | SMITH, KRISTAN |
| LESLIE GARZA (EIN 160293) | YOUNG, CHRISTOPHER |
| LORENZO EVANS (EIN 149485) | ANGLIN, JEREMIAH |
| LORI JEFFERSON (EIN 101432) | PETERSON, DEON |
| LOVELL BROADENAUX (EIN 159534) | FORE, ROBERT WAYNE |
| LUIS GARCIA (EIN 152498) | ZEPEDA, ZACHARY |
| LUIS SOTO (EIN 152348) | SMITH, KEVIN |
| M RHEM (EIN 132534) | YOUNG, CHRISTOPHER |
| MARCUS THOMAS (BADGE 972) | ZEPEDA, ZACHARY |
| MARIYAH WARREN-BASKIN (EIN 156693) | YOUNG, CHRISTOPHER |
| MARK GARCIA (EIN 144150) | PILLOW, JACOBY, JACOBY |
| MARK PINEDA (EIN 158189) | YOUNG, CHRISTOPHER |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -26-

| | |
|---|---|
| MARKAILA FOGER (EIN 160990) | SMITH, KEVIN |
| MARQUISE JOHNSON (EIN 155580) | MOORE, JAQUEZ |
| MATTHEW ESPINOZA (EIN 134416) | COOTE, JOHN |
| MATTHEW NGUYEN (EIN 162367) | YOUNG, CHRISTOPHER |
| MATTHEW NGUYEN (EIN 162367) | COOTE, JOHN |
| MAXIM HERMAN (EIN 160991) | GARRISON, JEREMY |
| MAXIME HYPPOLITE (EIN 160461) | LOCKHART, BERNARD |
| MICHAEL EDWARDS (EIN 133195) | LOCKHART, BERNARD |
| MICHAEL FAIR (BADGE 831) | LEE, EVAN |
| MONSERAD GARDUNO (EIN 159018) | VEAL, HARRELL (AKA TYRELL BOLT) |
| MORGAN ROBINSON | BARRETT, WILLIAM CURTIS |
| MYRON JACKSON (EIN 116494) | SMITH, KEVIN |
| NATALEE GUZMAN (EIN 164032) | GARRISON, JEREMY |
| NATALIE PORTILLO (EIN 148877) | VEAL, HARRELL (AKA TYRELL BOLT) |
| NICHOLAS ONTIVARES (EIN 159229) (ALSO ONTIVEROS) | ANGLIN, JEREMIAH |
| NICKALUS PYE (EIN 158481) | JOHNSON, BRYAN |
| NIKOLAS TABARES (EIN 160003) | PILLOW, JACOBY, JACOBY |
| O OBALADE (EIN 127640) | MOORE, JAQUEZ |
| OFFICER AVANT | LOCKHART, BERNARD |
| OKECHUKWU AHAMBA (EIN 116322) | VEAL, HARRELL (AKA TYRELL BOLT) |
| ORLINTER VELASQUEZ ZELAYA (EIN 155993) | THOMAS, RAMON |
| OSCAR CASTANEDA (EIN 134864) | ANGLIN, JEREMIAH |

| | |
|---|---|
| OSCAR CASTANEDA (EIN 134864) | JOHNSON, BRYAN |
| OSVALDO GARCIA-AVILA (EIN 150022) | LOCKHART, BERNARD |
| OSVALDO GARCIA-AVILA (EIN 150022) | KEVIN SANCHEZ-TREJO |
| PATRICE SMALL (EIN 143471) | EUELL, TAYLOR |
| PATRICK ALLEN (EIN 141666) | LOCKHART, BERNARD |
| PATRICK ALLEN (EIN 141666) | SMITH, KEVIN |
| PEYTON ANDERSON (EIN 158636) | LOCKHART, BERNARD |
| PHILIP HACKER (EIN 161737) | GARRISON, JEREMY |
| PRESTON WONG (EIN 152815) | GRIEGO, MICHAEL |
| PRESTON WONG (EIN 152815) | SMITH, KEVIN |
| PRISCILLA IHIDERO (EIN 136333) | GRIEGO, MICHAEL |
| QUINCTON SCOTT (EIN 155592) | LOCKHART, BERNARD |
| QUINTON SNEED (BADGE 542) [EIN 128190] | MOORE, JAQUEZ |
| QUINTON SNEED (BADGE 542) [EIN 128190] | RICHARD, KENNETH |
| R. HAMILTON (EIN 150040) | THOMAS, RAMON |
| RAELYNN JACKSON (EIN 145826) | FORE, ROBERT WAYNE |
| RAMIRO CORTEZ (EIN 150513) | VEAL, HARRELL (AKA TYRELL BOLT) |
| RASHEED HAWKINS | FORE, ROBERT WAYNE |
| RAYMOND GUTIERREZ | SMITH, KRISTAN |
| REGINALD POMFREY (EIN 159813) | ZEPEDA, ZACHARY |
| RICHARD BRUKARDT (EIN 135508) | SMITH, KEVIN |
| RICHARD BURGOS (EIN 153463) | SMITH, KEVIN |

Updated 9/29/2025

| | |
|---|---|
| RICHARD BURGOS (EIN 153463) | JOHNSON, BRYAN |
| RICHARD CAZARES (EIN 144784) | LOCKHART, BERNARD |
| RICHARD CAZARES (EIN 144784) | JOHNSON, BRYAN |
| RICHARD TORRES (EIN 133927) | PILLOW, JACOBY, JACOBY |
| RICHARD TRAVIS (EIN 162033) | ZEPEDA, ZACHARY |
| ROBERT CRADDOCK (EIN 143295) | TWEDT, RYAN |
| RODERGUS SCOTT (EIN 159815) | THOMAS, RAMON |
| RODNELY TORRES (EIN 153728) | LOCKHART, BERNARD |
| RODNELY TORRES (EIN 153728) | LEE, EVAN |
| RODNEY COLEMAN (EIN 146841) | VEAL, HARRELL (AKA TYRELL BOLT) |
| RODRIGO REYES (EIN 163134) | ZEPEDA, ZACHARY |
| RONALD HARRIS (EIN 114409) | THOMAS, RAMON |
| RONI RIOJAS | VEAL, HARRELL (AKA TYRELL BOLT) |
| RONNIE PALLINI | JOHNSON, BRYAN |
| SAMUEL SALAZAR (EIN 159824) | EUELL, TAYLOR |
| SAMUEL SALAZAR (EIN 159824) | MOORE, JAQUEZ |
| SAMUEL SALAZAR (EIN 159824) | ANGLIN, JEREMIAH |
| SAN REYES (EIN 147023) | LOCKHART, BERNARD |
| SHAKEITHTA COLES (EIN 160210) | VEAL, HARRELL (AKA TYRELL BOLT) |
| SHAMANDA HARRIS (EIN 137806) | SMITH, KEVIN |
| SHAQUITA HORN (EIN 134492) | PETERSON, DEON |
| SHUNTAE BURTON (EIN 145602) | COOTE, JOHN |

Updated 9/29/2025

| | |
|---|---|
| SHUNTAE BURTON (EIN 145602) | LEE, EVAN |
| SLADE GOMEZ (EIN 161619) | GARRISON, JEREMY |
| SOFIA ACOSTA (EIN 161070) | HENDERSON, NATHAN |
| SOPHIA HERNANDEZ (EIN 157595) | BARRETT, WILLIAM CURTIS |
| SPENCER ADROIN (EIN 158021) | SMITH, KEVIN |
| STEPHANIE COLLINS (EIN 130274) | LOCKHART, BERNARD |
| STEVEN OZUNA (EIN 134933) | LOCKHART, BERNARD |
| SUZANA RESKOVIC (EIN 160887) | RADCLIFFE, ANTONIO |
| SYMONE TAYLOR (EIN 150983) | GRIEGO, MICHAEL |
| T WILLIAMS (BADE #202) | COOTE, JOHN |
| TAIRA KELLY (EIN 159554) | VEAL, HARRELL (AKA TYRELL BOLT) |
| TAMMY COLEMAN (EIN 151360) | ANGLIN, JEREMIAH |
| TANNER CLABORN (EIN 154130) | HENDERSON, NATHAN |
| TEROJI KELLY (BADGE #186) | PILLOW, JACOBY, JACOBY |
| TERRELL JONES (EIN 161100) | LOCKHART, BERNARD |
| THOMAS JACKSON (EIN 149744) | YOUNG, CHRISTOPHER |
| THOMAS MUNIZ (EIN 159338) | TWEDT, RYAN |
| TIMOTHY GARCIA (EIN 159427) | COOTE, JOHN |
| TIMOTHY GARCIA (EIN 159427) | VEAL, HARRELL (AKA TYRELL BOLT) |
| TIMOTHY GARCIA (EIN 159427) | HENDERSON, NATHAN |
| TOMEIKA DAVIS (EIN 127406) | FORE, ROBERT WAYNE |
| TREVOYCE NEWSOME (EIN 153484) | PETERSON, DEON |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -30-

Updated 9/29/2025

| | |
|---|---|
| TREY FOSDICK | GARRISON, JEREMY |
| TROY VAUGHN (EIN 130950) | LOCKHART, BERNARD |
| TROY VAUGHN (EIN 130950) | FORE, ROBERT WAYNE |
| TYLER YOUNG (EIN 148370) | LOCKHART, BERNARD |
| TYREE SIMPSON (EIN 159569) | TWEDT, RYAN |
| TYREE SIMPSON (EIN 159569) | MORELLE, TRAMELL |
| VANESSA HERNANDEZ (HERNANDEZ-ORTIZ) (EIN 159680) | VEAL, HARRELL (AKA TYRELL BOLT) |
| VERONICA GARCIA (EIN 159380) | LOCKHART, BERNARD |
| VERONICA GARCIA (EIN 159380) | COOTE, JOHN |
| VICENTE GAYTAN (EIN 160862) | ANGLIN, JEREMIAH |
| VICTOR CORONADO (EIN 156972) | LEE, EVAN |
| VICTOR MALDONADO (EIN 159298) | COOTE, JOHN |
| VICTOR MALDONADO (EIN 159298) | BARRETT, WILLIAM CURTIS |
| VICTOR OBREGON (EIN 157539) | LOCKHART, BERNARD |
| VINCENT APPELLO (EIN 163285) | SMITH, KEVIN |
| VIOLET LIMEN (EIN 153138) | VEAL, HARRELL (AKA TYRELL BOLT) |
| WALTER DOTSON (EIN 159542) | LOCKHART, BERNARD |
| WILLIAM ROUNDY (EIN 159665) | JOHNSON, BRYAN |
| WILLIAM ROUNDY (EIN 159665) | PILLOW, JACOBY, JACOBY |
| WILLIE GRAY (EIN 155936) | BARRETT, WILLIAM CURTIS |

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -31-

Updated 9/29/2025

| | |
|---|---|
| Y DONES (EIN 103294) | SMITH, GARY WAYNE |
| YANNIS RAMOS (EIN 160134) | COOTE, JOHN |
| YULISSA ALVARADO (EIN 161511) | GARRISON, JEREMY |

-END-

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -32-