EXHIBIT 42
