# TEXAS COMMISSION ON JAIL STANDARDS
## SPECIAL INSPECTION REPORT

**Facility Name:** Harris County Jail      **Date:** February 12, 2019

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 273 | .5 (a)(2)(3) | Identification and Communication. Procedures for intake screening to identify inmates who are known to be or observed to be mentally disabled and/or potentially suicidal and procedures for compliance with Code of Criminal Procedure Article 16.22 and procedures for communication of information relating to inmates who are mentally disabled and /or potentially suicidal |

**After reviewing documentation in conjunction with self-reporting by facility administration, it was determined the magistrate was not notified as required by Article 16.22 of the CCP. While the negative answers on the suicide screening did not trigger an automatic notification, the CCQ return indicating a 'possible match' warranted a notification to the magistrate.**

*[signature]*

**Wendy Wisneski -TCJS Inspector**