**TEXAS COMMISSION ON JAIL STANDARDS**
**JAIL INSPECTION REPORT**

**Facility Name:** Harris Co. Jail                                       **Date:** November 30- Decemebe 4, 2020

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 275 | .1 | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020. |
| | | | **Documentation revealed face-to-face observations were not performed on inmates by jailers no less than once every 60 minutes as required. Additionally, it was also determined observations were not performed at least every 30 minutes in areas where inmates are known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined as required.** |

Byron Shelton, TCJS Inspector

Jennifer Shumake, TCJS Inspector

Michael Gravitt, TCJS Inspector

Jason Jouett, TCJS Inspector

Jon Luna, TCJS Inspector