# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
Brandon S. Wood



P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

## NOTICE OF NON-COMPLIANCE
## HARRIS COUNTY JAIL

**August 28, 2023**

Please reference the Inspection Requirements Review and Jail Inspection Report issued on August 13-18, 2023, detailing the specific issues that resulted in the issuance of this notice of non-compliance.

| Minimum Standards Violated: | Corrective Measure Required | Date Corrective Action Must Be Completed |
|---|---|---|
| 259 .138(a) | Holding Cells - One or more holding cells shall be provided to hold inmates pending intake, processing, release, or other reasons for temporary holding. Inmates shall not be held for more than 48 hours.<br>**During the inspection of the Harris County Jail, it was determined by the inspection team that 10 of 40 inmates reviewed were held in booking longer than 48 hours. The time inmates were held over ranged from less than 1 hour up 2 days.** | **Upon receipt of this notice.** |
| 275.1 | Regular Observation by Corrections Officers - Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined.<br>**60-minute observations of inmates were routinely exceeded by staff anywhere from 1 minute to 1 hour 18 minutes. Additionally, observation records for areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined were routinely exceeded by staff anywhere from 1 minute to 2 hours 38 minutes.** | **Upon receipt of this notice.** |

Judge Bill Stoudt, Longview, Chair                 Sheriff Kelly Rowe, Lubbock                    Commissioner Ben Perry, Waco
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair        Sheriff Raul "Pinky" Gonzales, Refugio         Duane Lock, Southlake
Ross Reyes, Melissa                                Patricia M. Anthony, Garland                   Monica McBride, Alpine

*"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".*
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

| | | |
|---|---|---|
| 275.4 | Staff - Inmates shall be supervised by an adequate number of jailers to comply with state law and this chapter. One jailer shall be provided on each floor of the facility where 10 or more inmates are housed, with no less than 1 jailer per 48 inmates or increment thereof on each floor for direct inmate supervision. This jailer shall provide documented visual inmate supervision not less than once every 60 minutes. Sufficient staff to include supervisors, jailers and other essential personnel as accepted by the Commission shall be provided to perform required functions.<br>**After reviewing staffing rosters and during the walkthrough Inspectors determined that staffing did not meet the minimum requirement of 1 officer to every 48 inmates at both 710 San Jacinto and 1200 Baker.** | **Upon receipt of this notice.** |