EXHIBIT 88

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OCTEVIA WAGNER, ET. AL. | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-02886 |
| | § | |
| HARRIS COUNTY, TEXAS | § | |
|     Defendant | § | |
| | § | |
| AND | § | |
| | § | |
| ANA GARCIA AND CHANDRA JENKINS, | § | |
|     Plaintiff – Intervenors | § | |

**DEFENDANT HARRIS COUNTY, TEXAS' RESPONSES
TO PLAINTIFF-INTERVENOR ANA GARCIA'S AND
DECEDENT SANCHEZ TREJO'S THIRD SET OF INTERROGATORIES**
================================================================

To: Plaintiff-Intervenor Ana Garcia and Decedent Sanchez Trejo by and through her attorneys of record, M. Obaid Sheriff and Kevin Acevedo of The Sheriff Law Firm, 2500 West Loop South, Suite 300, Houston, Texas 77027.

Now comes DEFENDANT HARRIS COUNTY, TEXAS, and files these Responses to Plaintiff-Intervenor Ana Garcia's Third Set of Interrogatories pertaining to Decedent Kevin Alexander Sanchez Trejo.

DATED: 2/18/2025

                                              Respectfully submitted,

                                              **DENTON NAVARRO RODRIGUEZ
BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay Blvd., Suite 200
League City, Texas 77573
Telephone: (832) 632-2102
Facsimile: (832) 632-2132

By: *Ricardo J. Navarro*
      RICARDO J. NAVARRO
      State Bar No. 14829100
      So. Dist. ID No. 5953
      rjnavarro@rampagelaw.com

KELLY R. ALBIN
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case, on the 18th day of FEBRUARY 2025, to wit:

Benjamin L. Crump          Email: court@bencrump.com
Paul Ashley Grinke         Email: paul@bencrump.com
Aaron Dekle                Email: aaron@bencrump.com
ATTORNEYS FOR PLAINTIFFS

Carl Lenford Evans, Jr.    Email: cevans@mccathernlaw.com
McCathern Law Firm
ATTORNEYS FOR PLAINTIFFS

Mohammed Obaid Shariff     Email: mshariff@sharifflawfirm.com;
Kevin M. Acevedo-Carlson   Email: kacevedo@sharifflawfirm.com
Russell Ross               Email: rross@sharifflawfirm.com
Shariff Law Firm           Email: eservice@sharifflwfirm.com
SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
 & KEVIN SANCHEZ TREJO

Taylor McCray Hunter       Email: taylor@thehunterlaw.com
Kevin Green                Email: kevin@consumerjusticecenter.com
Thomas Lyons Jr.           Email: tommy@consumerjusticecenter.com
Andi Weber                 Email: andi@consumerjusticecenter.com
ATTORNEY FOR INTERVENOR
CHANDRA JENKINS & DEQON BUFORD

*Ricardo J. Navarro*
RICARDO J. NAVARRO
KELLY R. ALBIN

# DEFENDANT HARRIS COUNTY, TEXAS' RESPONSES
# TO PLAINTIFF-INTERVENOR ANA GARCIA'S AND
# DECEDENT SANCHEZ TREJO'S THIRD SET OF INTERROGATORIES

==================================================================

**DEFINITIONS:**

Decedent – refers in this documents to Decedent Kevin Alexander Sanchez Trejo

Index to Documents – refers to the Index to documents produced on behalf of Defendant Harris County and made available to authorized parties and their representatives via a secure Sharefile link provided by defense counsel.

Plaintiff or Intervenor – refers in this document to Plaintiff Intervenor Ana Garcia and to Decedent Kevin Alexander Sanchez Trejo;

========================================

**INTERROGATORY #9:**

In the course of discovery, you produced to us a video with the file name "61 - 7C1-e C7111 - 2022-02-11 22-59-57-479." In it, at approximately 11:08 PM, Kevin Sanchez can be seen sitting himself on the toilet. He thereafter remains on the toilet for several hours. Please identify the specific times during the February 11, 2024 late night to early morning that you contend your officers made proper face-to-face observations. If there were none, please state so.



**RESPONSE:**
The relevant records identifying the guards on duty at this time are the Rounds Activity reports. For this incident, the Rounds Activity reports can be viewed in the binder of documents produced for Decedent Sanchez Trejo indexed as C. OPERATIONAL RECORDS at pages OR 000022 through OR 000023. These records can also be found at D. DOCS PRODUCED TO TEXAS RANGERS at pages TXR 000111 through at TXR 000113.

The Corretrak records show that all rounds were conducted timely as per Detention Command policy (see SOP CJC-220 - Procedures) and TCJS standards (37 Part 9 TAC 275.1 - Regular Observation). TCJS standards requires that the guards do a face to face observation.

I can not tell from the video if the guards who did the rounds on the night of 2/11/2022 did an actual face to face observation when they did their Corretrak rounds.


**INTERROGATORY #10:**
In the course of discovery, you produced a video named "270 - 7C1-3 Day Room C7127 - 2022-02-11 22-59-56-112." In it, a guard of yours enters 7C1-3 Day Room C7127 at approximately 1:44:23 AM and passes by Kevin Sanchez's cell. Please detail and describe, in your own words, how a guard of yours is supposed to do a proper face-to-face observation.



**RESPONSE:**
A proper face-to-face observation means looking into the door window to observe the inmate.

**INTERROGATORY #11:**
Please identify the full name of the guard pictured in the screenshot above and below, his employment identification number, state whether you still employ him, and if not, his last known address for deposition subpoena purposes.

RESPONSE:
I am not able to personally identify the name of the guard pictured in the screenshot above. The Rounds Activity report, referenced in the Interrogatory #9 above, reflects that on 2/12/2022 at approximately 1:44:34 a.m., the Jail Guard on duty was Jazminn Stewart. See page TXR 000112. Jazminn Stewart's employment status today is ACTIVE. Her EID is 157825.

**INTERROGATORY #12:**
In the course of discovery, you produced to us a video with the file name "270 - 7C1-3 Day Room C7127 - 2022-02-12 03-05-31-746." At approximately 4:34 AM on February 12, 2022, a guard can be seen in it entering 7C1-3 Day Room C7127. Please identify which cell in this screenshot belongs to Kevin Sanchez. If it is the one in the top right corner, please state so.



Defendant Harris County's Responses to Plaintiff
Garcia's 3RD Set of Interrogatories on behalf of Decedent Sanchez Trejo                5

**RESPONSE:**
Based on the still-shot, I am not able to identify the guard, and I am also not able to confirm from the still-shot which cell Kevin Sanchez was in. Records reflect that Sanchez Trejo was in 7C1 E cell.

**INTERROGATORY #13:**
In the course of discovery, you produced incident reports related to Kevin Sanchez's death. In those, Detention Officer Deundra Lighten (EIN 156856) wrote that "*at approximately 0144 hours and 0435 hours,*" he "*didn't get a clear visual of inmate Sanchez.*" Please state whether Detention Officer Deundra Lighten was supposed to get a clear visual of Kevin Sanchez during these rounds, whether you disciplined him for not doing so, and how you disciplined him if you did do so.

**RESPONSE:**
The observation policy, as explained above, requires a face-to-face observation. The PEWS records for this Deundra Lighten guard does reflect that disciplinary action was initiated against Deundra Lighten. PEWS records reflect that he received disciplinary suspension on March 2, 2023. Records reflect a 120-hour suspension and a 180-day probation.

**INTERROGATORY #14:**
In the course of discovery, you produced incident reports related to Kevin Sanchez's death. In those, Detention Officer Deundra Lighten (EIN 156856) wrote, "*I felt the pressure of trying to complete my rounds as quickly as possible to prevent late rounds*." Why would your employees feel such pressures?

**RESPONSE:**
I am not able to provide any information about why this guard wrote what he did in his report or why he felt like he did.

**INTERROGATORY #15:**

In the course of discovery, you produced to use a video with the file name "270 - 7C1-3 Day Room C7127 - 2022-02-12 03-05-31-746." At approximately 7:14 AM a guard can be seen in it entering 7C1-3 Day Room C7127. Below is a screenshot of said guard. Please identify the full name of the guard pictured in the screenshot above and below, his employment identification number, state whether you still employ him, and if not, his last known address for deposition subpoena purposes.



**RESPONSE:**
   I am not able to identify the person shown in this still-shot.

**INTERROGATORY #16:**

If you contend that the guard in the above screenshot conducted a proper face-to-face observation of inmate Kevin Sanchez, please explain in your own words any facts that would support such a contention. If you contend that he did not do so, please state so.

**RESPONSE:**
   I do not know the identity of the guard in the still-shot you provided. I am not able to answer the question.

**INTERROGATORY #17:**

In the course of discovery, you produced a video with the file name "61 - 7C1-e C7111 - 2022-02-11 22-59-57-479." In it, a female can be seen administering CPR on Kevin Sanchez. A screenshot is provided below. Please explain, in your own words, why she is administering CPR on Kevin Sanchez.



RESPONSE:

Based on a review of the relevant incident records, this appears to be the nurse who attended to Sanchez Trejo. She appears to be applying life-saving measures.

**INTERROGATORY #18:**

In the course of discovery, you produced to us a video with the file name "61 - 7C1-e C7111 - 2022-02-11 22-59-57-479." It provides a view of Kevin Sanchez's cell. Please state whether said camera offers a live feed to your guards located elsewhere, and if so, please detail and describe the process by which said guards are supposed to monitor the inmates through the night via said video feed.

**RESPONSE:**

The pod control center (PCC) does have a monitor that allows the guard on duty to select and view the cell. The primary observation method is via the rounds activity conducted by a rover. The monitoring of the cells in the pod by the live video feed in the PCC is at the discretion of the guard.

## UNSWORN DECLARATION UNDER 28 U.S.C. §1746:

My name is Lynette Anderson. My rank is a Major in Detention Support Services Bureau for the Harris County Sheriff's Office. I have been designated by the Assistant Chief of Detention Operations Command to serve as a spokesperson for the Detention Command for the purpose of responding to the foregoing Interrogatories in the lawsuit reflected above.

I am familiar with the jail facility operations and procedures, and I am familiar with the records maintained by the Detention Command in the management, care, and custody of its inmate population. I have reviewed the documents referenced in my answers to the Interrogatories above, as well as other documents pertaining to Inmate Sanchez Trejo.

I hereby certify, under penalty of perjury, that the foregoing response to <u>Interrogatory Nos. 9 through 18</u> on behalf of the Harris County Detention Command is true and correct.

_____
Major Lynette Anderson
Detention Support Services Bureau
Detention Operations Command
Harris County Sheriffs Office

2/18/2025
Date Signed