Page 1

```
  1
  2
  3
  4
  5
  6                        WAGNER
  7                          V.
  8                     HARRIS COUNTY
  9
 10              Transcription of Audio:
 11       10.36.148.13-cb1acc3d0a24940d612014399abb1517
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Page 2

1    (Beginning of recording)
2         PROMPT: -- this is a free call from
3  (Indiscernible 00:00:02). An incarcerated individual
4  at Harris County Jail. The personnel from the Harris
5  County Sheriff's Office will not make a collect call
6  to you nor will it ask you to press *72. Keep in mind
7  there is a fraud consisting in asking you to hang up
8  and press *72 or *1172. This action will transfer your
9  call to a third party, and you will be responsible for
10 paying for the charges. Do not press *72.
11        This is not a private call. It will be
12 recorded and may be monitored. If you believe you
13 should make a private call, hang up and follow
14 facility instructions to register this number as a
15 private number. To accept this free call, press 1; to
16 not -- if you are an attorney, hang up now and go to
17 the Harris County Sheriff's Office website for
18 instructions on how to configure your privileged
19 calls. Choose the link "jail info," then choose the
20 link "inmate telephone calls."
21        Thank you for using Securus. You can start
22 the conversation now.
23        INMATE: Hey, what's up (Indiscernible
24 00:01:14).
25        MALE 1: Hello. Who does the individual want

Page 3

1  to speak to? Who does the individual want to speak to?
2         INMATE: Is it true that it claps the
3  (Indiscernible 00:01:25)?
4         MALE 1: No.
5         INMATE: Oh. The computer says there that an
6  individual wants to speak with you.
7         MALE 1: That a retard wants to speak with
8  you for being handsome.
9         INMATE: Fucks sake, who is calling you? Damn
10 it. What's up? How are you?
11        MALE 1: Fine.
12        INMATE: Everything fine?
13        MALE 1: Yes.
14        INMATE: (Indiscernible   1:54) is fine
15 now?
16        MALE 1: Yes, he's working. He had to go to
17 work now because they had to finish.
18        INMATE: Oh, didn't the dude work yesterday
19 and the day before yesterday?
20        MALE 1: No, only yesterday one job, because
21 it was very cold. Nobody worked yesterday. They even
22 cancelled school yesterday, all right.
23        INMATE: Oh. School is closed or what?
24        MALE 1: Yes, they closed it.
25        INMATE: Oh. What's going on, it is like a

Page 4

1  motherfucker outside, right?
2         MALE 1: Yes, today is not that cold. It is
3  43.
4         INMATE: Yes? No, a fucking (Indiscernible
5  00:02:27). Over there in Virginia is up to here with
6  snow and you are working with the fucking cold, man.
7  It is fucked up.
8         MALE 1: (Inaudible      ).
9         INMATE: I have a girlfriend over there too.
10 (Indiscernible 00:02:44).
11        MALE 1: A dude, your boyfriend.
12        INMATE: No, she broke up with me. Son of a
13 bitch, I said. (Inaudible 00:02:53). I'm not going to
14 be able to call you until next week.
15        MALE 1: Oh.
16        INMATE: (Inaudible      ).
17        MALE 1: My mom is already over there.
18        INMATE: Huh?
19        MALE 1: My mom is already over there.
20        INMATE: Salvador?
21        MALE 1: Yes.
22        INMATE: Oh, when did she land?
23        MALE 1: Yesterday.
24        INMATE: They sent her yesterday?
25        MALE 1: Yes, early in the morning.



Page 5

1   INMATE: Yes? Who went to pick her up at the
2 airport?
3   MALE 1: She left by taxi, and they paid it.
4 They paid it over there when she arrived.
5   INMATE: Oh, okay. But is she coming back up
6 again?
7   MALE 1: Well, yes.
8   INMATE: Oh, yeah. Now that the heat is
9 coming in Mexico -- here in the United States.
10 (Inaudible 00:03:43). One doesn't suffer.
11   MALE 1: Well, yes.
12   INMATE: When it is cold in Mexico it is
13 fucking hard because it is fucking cold. I've come
14 with the two colds. No, the first cold in 2000 -- the
15 first time that they brought me, it was very cold,
16 fucks sake. I didn't know it was that, and my mom
17 didn't tell or explained it to me. Until I was dying,
18 I called her. I told her, why didn't you tell me that
19 it was cold here. I got messed up all over Mexico.
20   MALE 1: (Inaudible      ). You got
21 screwed.
22   INMATE: No, tell (Indiscernible 00:04:24) I
23 was going to -- wow, I should have called him, right?
24 It is 12:00.
25   MALE 1: Well, yes.

Page 6

1   INMATE: I forgot, but whatever. Sometimes I
2 call him at work and he fucking hangs on me. The call
3 turns out to be worse.
4   MALE 1: Yes.
5   INMATE: Anyway.
6   MALE 1: Hello.
7   INMATE: Fuck. And the crazy one? Oh, shit.
8   MALE 1: She's just a retard.
9   INMATE: Is the retard there?
10   MALE 1: Yes.
11   INMATE: Where is she? (Indiscernible
12 00:05:06)
13   MALE 1: She was bathing him.
14   INMATE: My (Indiscernible 00:05:10)?
15   MALE 1: Yes.
16   INMATE: Oh, what a miracle. They are bathing
17 the girl.
18   MALE 1: I think she already finished bathing
19 him.
20   INMATE: Oh. Oh, wow. Fucking (Indiscernible
21 00:05:25).
22   MALE 1: (Indiscernible      5:27).
23   INMATE: (Inaudible      ). She's mom's
24 princess.
25   MALE 1: (Indiscernible      5:36).

Page 7

1   INMATE: Tell (Indiscernible 00:05:40) that
2 I'm going to call him until Saturday. Let's see. They
3 sent me to a medical floor. A medical place. I'm
4 locked in.
5   MALE 1: Oh.
6   INMATE: They sent me back to Floor Seven. I
7 was in Floor Two. Now I am in Floor Seven and Eight.
8 It's fucked up. I'm locked in here until Wednesday. I
9 told (Indiscernible 00:06:09) that I was sick.
10   MALE 1: What's wrong?
11   INMATE: Dick infection. I'm pouring out
12 blood, man. When I pee, I pour blood. I'm rotting from
13 the male organ.
14   MALE 1: What?
15   INMATE: Don't be bothering, bitch.
16   MALE 1: What do you want?
17   FEMALE 1: (Inaudible     43).
18   MALE 1: You come over.
19   INMATE: What does she want? (Indiscernible
20 00:06:48) Josselyn?
21   MALE 1: (Indiscernible     6:52). She's good
22 for bothering.
23   INMATE: Fucks sake.
24   MALE 1: What happens (Inaudible 00:06:58).
25   INMATE: (Inaudible-crosstalk 00:06:58).

Page 8

1   MALE 1: (Inaudible     ).
2   INMATE: They are going to beat up the two of
3 them one day, you'll see. (Indiscernible 00:07:07) or
4 your mom. When your mom sees you, she's going to beat
5 you up.
6   MALE 1: Where was my grandmother? What?
7 What?
8   FEMAE 1: (Indiscernible 00:07:16).
9   MALE 1: What do you want me to do?
10   (Inaudible 00:07:18)
11   MALE 1: (Indiscernible     7:21) for
12 something productive, bitch.
13   INMATE: Fucks sake.
14   MALE 1: (Indiscernible     7:30).
15   INMATE: (Indiscernible     7:32) what days
16 does she rest, only Mondays?
17   MALE 1: Yes.
18   INMATE: And now Saturday, she works all day,
19 right? (Inaudible 00:07:46).
20   MALE 1: No, she was going to work
21 (Indiscernible 00:07:48).
22   INMATE: Oh. It's messed up. (Indiscernible
23 00:08:14) talked to the Cuban?
24   MALE 1: The Cuban didn't pick up anymore.
25   INMATE: Not anymore? Son of a bitch. It's



Page 9
1  boring, right? It's messed up. What's up with school?
2  Is everything all right?
3         MALE 1: Yes, everything fine.
4         INMATE: The crazy one is no longer bothering
5  you?
6         MALE 1: Oh, you know what -- on Thursday
7  (Indiscernible 00:08:44) fell down.
8         INMATE: So dumb.
9         MALE 1: And in front of everybody at school.
10        INMATE: Oh, shit. (Indiscernible 00:08:53).
11  If I see her one of these days, I'm going to knock her
12  head out, huh, fucking girl, you'll see.
13  (Indiscernible 00:09:07). It's messed up.
14        MALE 1: Okay.
15        INMATE: All right, then. What's up. I'm
16  waiting for the 21st to see what's up, if the letter
17  arrives to get out; but if it doesn't arrive, well.
18        MALE 1: The 31st of what, October? For your
19  birthday.
20        INMATE: (Inaudible      ) with chocolate
21  and all of that. Put some music on, since we are
22  bored.
23        MALE 1: Hey ma -- I mean, Josselyn.
24        INMATE: (Inaudible     ).
25        MALE 1: Josselyn. Fucking deaf.

Page 10
1         INMATE: Where is Josselyn? Is she watching
2  TV?
3         MALE 1: No, she's deaf.
4         INMATE: She's fooling around on the phone.
5  What else can she be doing? (Indiscernible 00:10:10)
6  they call it. Fuck. (Inaudible     15) I got it from
7  Josselyn. She says, fucks sake, fucks sake, fucks
8  sake.
9         MALE 1: Grandmother is going to (Inaudible
10  00:10:19) on the snout, she says.
11        INMATE: Grandmother? Grandmother doesn't hit
12  anybody. I wish, damn.
13        MALE 1: No, what she says, she says bad
14  words, but in front of her, fucks sake.
15        INMATE: And for me as well (Indiscernible
16  00:10:34) Josselyn.
17        MALE 1: (Indiscernible    0:38).
18        INMATE: I'll hit her on the snout when I
19  have her near, you'll see.
20        MALE 1: I just want grandmother to give her
21  (Indiscernible 00:10:44). I'll even laugh in front of
22  her.
23        INMATE: Fucks sake.
24        MALE 1: And while she's at it, she's going
25  to hit me because (Inaudible     ).

Page 11
1         INMATE: That went to shit, fucker. What's up
2  baby, where are you? (Indiscernible 00:11:04). And the
3  (Indiscernible 00:11:14) David is not there?
4         MALE 1: He's there.
5         INMATE: Is he there?
6         MALE 1: Yes.
7         INMATE: Oh. Fuck, I fucked up.
8         MALE 1: (Inaudible    ).
9         INMATE: (Indiscernible   2:00).
10        MALE 1: Josselyn.
11        INMATE: And where is that crazy girl?
12        FEMALE: (Inaudible    ).
13        MALE 1: Jonathan says to lend me the phone
14  for a (Indiscernible 00:12:15).
15        FEMALE: (Inaudible    ).
16        MALE 1: What the hell, she says?
17        FEMALE: (Inaudible    )
18        INMATE: When I get out, let her tell me
19  that. Tell her.
20        FEMALE: (Inaudible    ).
21        INMATE: I'm going to beat you up, Josselyn.
22        MALE 1: (Inaudible    ).
23        INMATE: For being a brat, bitch.
24        MALE 1: Which one do I play?
25        INMATE: (Inaudible    ).

Page 12
1         MALE 1: (Indiscernible   2:34).
2         INMATE: The one from the world cup. It's the
3  one that's going to come up at the world cup this
4  year, they say, 22.
5         MALE 1: No, I better -- I was going to go,
6  but I better not go. (Indiscernible 00:12:47).
7         INMATE: They're going to play that at the
8  world cup this year.
9         [Music playing 00:13:00 - 00:17:55]
10        MALE 1: My mom is calling.
11        INMATE: Oh, pick up, put her on, to talk to
12  her. Put her on speaker. Look what destiny is like,
13  talking with your -- with (Inaudible 00:18:09), the
14  big crazy one.
15        MALE 1: I'm talking with -- mom.
16        FEMALE 2: What?
17        MALE 1: There's John.
18        INMATE: Hello.
19        FEMALE 2: How are you?
20        INMATE: Fine, how about you?
21        FEMALE 2: (Inaudible    27) in El
22  Salvador.
23        INMATE: At the loving land, where the crazy
24  ones are born.
25        FEMALE 2: We are here already.



Page 13
1       INMATE: Oh. Did you arrive early in the
2  morning?
3       FEMALE 2: No, I came yesterday in the
4  afternoon.
5       INMATE: Oh.
6       FEMALE 2: Uh-huh.
7       INMATE: More comfortable now (Indiscernible
8  00:18:51).
9       FEMALE 2: No. Huh?
10      INMATE: More comfortable that you are no
11 longer where you were at here in Louisiana.
12      FEMALE 2: (Indiscernible 00:19:04), that's
13 what I couldn't handle, the fucking food, lots of
14 people that you have to stand. I don't understand why
15 you like being there.
16      INMATE: I don't like (Inaudible 00:19:13).
17      FEMALE 2: (Inaudible      14).
18      INMATE: I don't like being here. The problem
19 is that (Inaudible 00:19:19).
20      FEMALE 2: (Inaudible      20).
21      INMATE: I fucked up.
22      FEMALE 2: (Inaudible      22).
23      INMATE: Uh-huh.
24      FEMALE 2: If you didn't like it, you
25 wouldn't do anything that (Indiscernible 00:19:30) and

Page 14
1  you would behave.
2       INMATE: I know but now (Inaudible 00:19:37).
3       PROMPT: You have you minute left.
4       INMATE: Let's see when we talk.
5  (Indiscernible 00:19:42) already told me about the
6  thing, that you are going to come back again,
7  something for sure.
8       FEMALE 2: But we don't know when yet. I have
9  to get stronger.
10      INMATE: Let's see what's up, (Inaudible
11 00:19:56).
12      FEMALE 2: Uh-huh. Let's see what happens
13 with you.
14      INMATE: No, I, I'm only going to be here for
15 some time. My charge is less. Just a little time.
16      FEMALE 2: (Inaudible      10).
17      INMATE: Huh?
18      FEMALE 2: (Inaudible      17). You are
19 going to be there.
20      INMATE: No, I'm going to be here one month,
21 two months, three months at the most.
22      MALE 1: Hold on, the connection got bad.
23      FEMALE 2: Oh, and are you getting out?
24      INMATE: I'm getting out. So, I don't know
25 (Inaudible 00:20:35).

Page 15
1       PROMPT: Thank you for using Securus. Good-
2  bye.
3       (End of recording)

Page 16
                CERTIFICATE OF TRANSCRIPTIONIST

       I, Salvador Reyes, hereby certify that I was
authorized to and did transcribe the provided
recording and that the foregoing transcript is a true
transcript of said electronic recording to the best of
my ability.
       I FURTHER CERTIFY that I am not a relative,
employee, attorney, or counsel of any of the parties,
nor am I a relative or employee of any of the parties'
attorneys or counsel connected with the action, nor am
I financially interested in the action.
                        WAGNER
                          V.
                      HARRIS COUNTY

                  Transcription of Audio:
         10.36.148.13-cb1acc3d0a24940d612014399abb1517

          DATED this 28th day of July, 2025.
                     Salvador Reyes

                     Salvador Reyes
                   Professional Translator