EXHIBIT 89

