WAGNER LAWSUIT
CASE NO 4:23-CV-02886

# EXHIBIT A
## DEFENDANT'S RESPONSE TO THIRD MOTION TO COMPEL
================================================

**INDEX TO EXHIBITS IN INTERVENOR'S AMENDED SECOND MOTION TO COMPEL [SEE ECF #211]**

1. #211-1 - Garcia's First RFP [#1 thru #33]
2. #211-2 - Garcia's Proof of Service of #211-1
3. # 211-3 -D's Obj & Resp to First RFP
4. #211-4 - First Deficiency Notice (11-4-2024)
5. #211-5 - Garcia 2nd RFP (11-4-2024)(Nos. #34 to #47)
6. #211-6 - Garcia's 1st Set of Rogs to HC (11-4-2024)
7. #211-8 - Def's Obj & Resp to Garcia 2nd RFP's (12-4-2024)
8. #211-9 - Emails 12-4-2024
9. #211-10 - Garcia's 2nd Set of Rogs [12-4--2024]
10. #211-11 - Proof of Service (12-06-2024)
11. #211-12 - D's Resp to Deficiency Notice (12-10-2024)
12. #211-13 - Garcia 2nd Deficiency Notice (4-14-2025)
13. #211-14 - Oral Hearing Transcript (4-9-2025)
14. #211-15 - Oral Hearing Transcript (5-2-2025)
15. #211-16 - Emails (6-24-2025)
16. #211-17 - Garcia 5th RFP (6-24-2025)[#54 to #69]
17. #211-18 - Def's Obj & Resp to Garcia's 5th RFP (7-20-2025)