**SHARIFF LAW FIRM**

2500 West Loop South, Suite 300
Houston, Texas 77027

Phone: (713) 244-8392   |   Fax: (713) 244-8372   |   mshariff@shariefflawfirm.com

August 4, 2025

*Via Email*

Richard J. Navarro
rjnavarro@rampagelaw.com
Denton Navarro Rodriguez Bernal Santee & Zech, P.C.
549 N. Egret Bay Blvd., Suite 200
League City, Texas 77573
Telephone: (832) 632-2102
Facsimile: (832) 632-2132

  RE: Plaintiff-Intervenor Garcia's List of Employees, *Wagner et. al v. Harris County, Texas*, Cause No. 4:23-CV-02886 in the Southern District of Texas

To whom it may concern:

  Without waiving any right to the discovery of other materials, Garcia here provides a list of detention officer names upon which she seeks discovery of ==(1) PEWS records, (2) TCOLE training files, (3) Incident History Reports==:

**The detention officers on Floor 2 from November 24 to 30, 2021**:

  "Adebola, Jeremiah; Al Jumaily, Yasser; Amos-Hargrove, Valaneshia; Anawo, Olusola; Anderson, Peyton; Armstead, Demarcus; Bailey, Amber; Baker, Collin; Barrientos, Joshua; Bates, Benjamin; Benitez, Diana; Bernard, Miesha; Brown, Coy; Cadengo, Edward; Castille, Millie; Castillo, Magaly; Cruz, Bryanth; Dariah, Addi; Dawson, Odarius; Del Fierro, Adan; Ebinum, Ikechuku; Farooq, Jamael; Felder, Trayveon; Fierros, Yenif; Fuselier, Donovan; Garcia, Marisca; Garcia, Rene; Garcia, Samuel; Garcia, Veronica; Garica, Rosalba; Garner, Montrel; Gates, Derrick; Gonzalez, Noah; Graves, Starlie; Gray, Willie; Green, Craig; Gutierrez, Christina; Habeeb, Olamiju; Hickman, Byron; Holmes, Destiny; Hughes, Ladonna; Ijaz, Kashif; Isbell, Daniel; Jaja, Emmanuel; Jimenez, Sherry; Johnson, Johnivon; Johnson, Marquise; Johnson, Steven; Kelani, Saheed; Khan, Imran; Lake, Cheyenne; Larson, Melanie; Lay, Tina; Limas, Paula; Loewen, Justen; Lopez, Aaron; Lopez, Nicholas; Lourinho, Dylan; Lowe, Jeremiah; Lowery, Michael; Mann, Ryan; Mayorquin, Carlos; Miller, Theresal; Millhouse, Glen; Miranda, Rudy; Morales, Noe; Murillo, Christopher; Nelson, Timothy; Nnali, Ikechukwu; Ojo, Olufemi; Olatunde, Therese; Olguin, Paulino; Owens, Timothy; Palmer, Johnathan; Parker, Demesshia; Perkins, Marvin; Pineda, Mark; Portillo, Ivan; Potts, Dennis; Rada, Andrew; Ratemo, V; Rodgers, Robert; Salinas, Juan; Sherman, Micia; Shittu, Atinuke; Simonds, Nicholas; Skeete, Shakael; Smith, Darryl; Soto, Alejandro; St. Julien, Kingsley; Stanford, Kalin; Swain, Dalen; Takoh, Odette; Uriostegui, Raymundo; Vasquez, Gilbert; Washington, Martin; Willett, Taylor;

Williams, Jared; Wilson, Albert; Woods, Dentrell; Yentur, Birtan; Yuriostegui, R

**The detention officers on Floor 6 from November 30, 2021 to December 11, 2021**:

"Adeyemi, Bessy; Ajao, Abiola; Alfred, Jared; Aluta, Godswill; Alvarez, Juan; Amaya, Carlos; Ambriz, Celestina; Anosike, Michael; Ashaye, Olabode; Asike, Emeka; Ayala Bejar, Jessica; Bailey, Ashlee; Barajas-Cornelio, Juana; Barrera, Estela; Barzola Jumbo, Kenneth; Bates, Samuel; Bauer, Jamie; Beard, Jasmyn; Bell Jr, Travis; Benavides, Joseph; Benevides, Stephen; Beye, Elhadji; Boakai, Christopher; Bolanos, Rudy; Bombata, Funmilayo; Boniche, Geivy; Broadenaux Jr., Lovell; Brown, Alnita; Brown, Damon; Bruce, Malasja; Bryant, Jacob; Burgos, Richard; Burton, B; Byrd, James; Cabello, Noey; Caldwell, Dashayla; Cao, Danny; Carrigan, Justin; Castillo, Briana; Castillo, Roberto; Castro, Dana; Cavazos, Javier; Chapman, Benjamin; Citizen, Anna; Coleman, Coco; Coleman, Tammy; Coronado, Victor; Cubillas, Alexsandra; Curtis, Sheldon; Dadzie, Paul; Darjean, Esmeralda; David, Raymond; Davis, Charlia; Davis, Tomeika; De La Parra, Orlando; Delarosa, Alyssa; Devine, Marquell; Dixon, Melodie; Dotson, Walter; Dupont, Yvonne; Erinquez, A.; Espinosa, Ricky; Estes, Jarvis; Estrada, Jose; Everly, Beverly; Ford, Willie; Fortner, Desmund; Foster, Damon; Francis, Christine; Fulkerson, Christopher; Gaines, Laceria; Gamez, Efrain; Garcia Jr, Cabdelario; Garcia, Celeste; Garcia, Roger; Garcia, Timothy; Garza, Moises; Giboyeaux, William; Gomez, James; Gray, Misty; Gray, Nicole; Griggs, Kristopher; Grissom, Antonio; Gutierrez, Sonia; Guzman, Julie; Habeeb, O; Hale, Robert; Hampton, Isaac; Hernandez, Jose; Hernandez, Angel; Hernandez, Joseph; Herrera, Juliana; Herrington, Kyle; Hill, Jermel; Holmes, JaWaylon; Howard, Bryannte; Howard, Loleta; Hudgen, Darriea; Hudson, Lateryka; Hunter, Shedrick; Husain, Irman; Jackson, Daron; Jackson, Jasmyne; Jackson, Raelynn; Jackson, Trever; John, Marilyn; Johnson,Lelbert; Johnson, Gerrol; Johnson, Vincent; Jones, Destiny; Kamel, Ashraf; Kanu, O; Khat, Jackson; Lee, Elisha; Lee, Taylor; Lemus, Jancarlo; Liburd, Dillan; Lopez, Nicholas; Lourinho, Austin; Luckett, Amy; Luna, Adelaido; Martinez, Berenice; Martinez, Dante; Matti, Alice; Mccarter, Awa; Mcclain, Angela; Mcrae, Charnecia; Meza, Gerardo; Moore, Ashley; Morales, Carlos; Morales, Noe; Navarro, Jason; Nealy, Tramika; Nelson, Rhonda; Oaks, Thaeron; Ocampo, Aaron; Oliver, Chandra; Orjinta, Emeka; Ortega, Christopher ; Osiminibeke, Ezihuo; Owens, Colby; Paetow, Aubri; Page, Antigone; Parker, Chance; Peralta, Joalvin; Peregrino, Mario; Perez, Brian; Perry, Tierra; Perryman, Daija; Peveto III, Johnnie ;Poole Jr, Jimmy; Porche, Jacquelyn; Rada, Andrew ; Ramdoo, Derricka; Ramirez Jr, Ignacio; Ramirez, Angelique; Randle, Jakorey; Reyes, San Juanita; Rios, Jose; Rivera, Dagoberto; Rivera, Nicholas; Robinson, Trevor; Robles, Gorge; Rocha, Giovanny; Roquemore, Devondrick; Rosales, Emily; Roundy, Dyllan; Sacks, Michael; Samuel, Genaro; San Miguel, Rene; Sanchez, Magaly; Santana-Hernandez, Jose; Santee, Elizabeth; Scott, Quincton; Shah, Syed; Shepherd, Gregory; Simonds, Nicholas; Smith, Alize; Smith, Annie; Smith, Terrance; Soname, Olalekan; Songs, Katrina; Takoh, Odette; Taylor, Edna; Taylor, Haley; Torres, Rodnely; Turner, Aaliyah; Uribe Jr., Oscar; Vasquez, Gilbert; Vela Jr., Leonel; Vickers, Jon; Victorin, Kareem; Villafana, Yvette;

EXH C to DEF HC RESP TO 3RD MTC    000002

Villalobos, Christian; Wagner, Jonathan; Waller, Beverly; Washington, Deborah; Waston-Carrington, Briana; Watson, Tammy; West, Roydrick; Wheeler, Diaja; Willet, Taylor; Williams, Ashli; Wilson, Justin; Wilson, Trevon; Winfrey, DeMarkus; Wright, Sheryl; Zhou, Chenhui

**The detention officers on Floor 5 from December 11, 2021 to December 28, 2021**:

Aguon, Taylor; Albert, Debbie; Allen, Nicholas; Amaya, Carlos; Andino, Ronnie; Anyiam, Rebecca; Araiza, Joseph; Argueta, Jerson; Asike, Emeka; Barzola Jumbo, Kenneth; Becerra, Jose; Belcher, Brittany; Bell Jr, Travis; Belmontes, Eduardo; Benitez, Leticia; Billings, Latrice; Blanton, Zayha; Boniche, Geivy; Booker, Tina; Brightman, Darius; Brook, Grace; Brown, Kalynne; Brown, Valroy; Burks, David; Burton Fultcher, Latayia; Burton, Barbara; Butler, Kendall; Byas, Christopher; Cadoree, Carol; Calhoun, Marcel; Cannon, Swaneka; Cao, Danny; Carbajal, Anthoni; Carroll, Denise; Castle, Cordel; Cisneros, Veronica; Clark, Acacia; Compean, Aracely; Cortez, Ramiro; Cotton, Ernest; Craddock, Robert; Cutler, Calyn; Daniels Lofton, Craig; Dargean, Esmeralda; Davila, Jose; Davis, Tyler; Dejean, d' Armon; Delirio, Christian; Dewberry, Adrianne; Dilley, Kateryna; Dixon, Treveon; Drake, Anthony; Espinosa, Ricky; Fernandez, John; Flaniken, Phillip; Flores, Janet; Gaines, Laceria; Galicia, Kevin; Garcia, Celeste; Garcia, Marisca; Garza, Moises; Gibson, Ingnasiea; Gokten, Can; Gonzalez, Gonzalo; Gonzalez, Noah; Gordon, Brittany; Graves, Starlie; Gray, Vickie; Griggs, Darian; Guidry, Jaylon; Gutierrez, Nikauris; Guzman, Elvia; Hall, Antresia; Haque, Zamir; Hazzard, Jaylon; Heng, Jenny; Henriquez, Bryan; Henry, Clorisa; Hernandez, Jose; Hernandez, Edith; Herrera, Juliana; Hill, Shanice; Holmes, Destiny; Jaimes, Francisco; Jeanbosco, Niyobuhungiro; Jefferson, Megan; Johnson, Antonio; Johnson, Jumall; Johnson, Kimba; Johnson, Marquise; Jordan, Felicia; Kean, Benjamin; Kelani, Saheed; Kern, David; Kromah, Ahmed; Law, Glenda; Ledezma, Jose; Lee, Jacob; Lenoir, Aahmad; Lewis, T.; Loewen, Justen; Lourinho, Nelson; Lowe, Jeremiah; Lowery, Michael; Lowery, Sarah Ann; Mallory, Marita; Mann, Ryan; Martinez, Adalberto; McCaghren, Michael; McIntyre, Maceo; Melo, Elodio; Mendoza, Patricio; Menifee, Ciara; Meza, Gerardo; Meza, Julieta; Michael, Demilade; Mitchell, Dorindra; Morales, Carlos; Morales, Stephanie; Morehouse, Brandon; Mosley, Aaron; Muniz, Thomas; Murillo, Christopher; Neal, Clive; Oaks, Melanie; Ocampo, Aaron; Orjinta, Emeka; Ortuno, Elias; Ortuno, Steve; Oseguera, Sabrina; Paeto, Aubrey; Painter, Jacob; Parker, Demesshia; Payne, Marquita; Pena, Obed; Perez, Brian; Perez-Garcia, Javier; Perryman, Daija; Pescina, Gregorio; Pineda, Mark; Portillo, Edward; Potts, Dennis; Ramirez Jr, Ignacio; Ramirez, Angelique; Ramirez, Erika; Randle, Jakorey; Ratemo, Vincent; Reyes, Uriel; Rios, Daniel; Rivas, Jan; Rivera, Dagoberto; Roberts, Tamera; Robertson, Robert; Romero Bernal, Leonel; Roundy, Dyllan; Sanders, Neosha; Sayles, Kyeshia; Scott, Rodergus; Scott, Yvonne; Sherman, Micia; Sigue, Torrey; Small Chevalier, Cherry; Smith, Ronald; Sonaiya, Abiola; Sophus, Shyra; Soto, Luis; Sowell, Quinn; Spade, Spencer; St. Julien, Kingsley; Swain, Dalen; Taiwo, Jonathan; Takoh, Odette; Taylor, Edna; Taylor, Haley; Tejuosho, Shotayo; Thrash, Melvin; Tieuel, Nikeshia; Tijerina, Mario; Tome, Ashley; Truxillo, Micaela; Turner, Elijah; Twitty,

Jailyn; Udoji, Latoya; Uribe Jr., Oscar; Uriostegui, Raymundo; Vidaurri Jr., Thomas; Vigil, Joshua; Wagner, Nicholas; Walker, Erinesha; Ward, Ashley; Warren-Baskin, Mariyah; Watts, Eddie; Williams, Jared; Williams, Valerie; Wilson, Albert; Wilson, Jason; Womba, Benjamin; Yentur, Brian; Zarate, Armando; Zenn, Jon Michael

**The detention officers on Floor 7 from December 28, 2021 to December 30, 2021:**

Abbe, Entesar; Abibo, Tamunoselebia; Adams, Kenda; Adesina, Michael; Amerson, Floyd; Ardoin, Spencer; Barrera, Antonio; Beard, Jasmyn; Broussard, Michael; Brown, Regina; Brown-Josiah, Tiffany; Burch, Tyler; Cardenas, Samuel; Chiu, Chin; Cordova, Gino; Correa, Abel; Daughtery, Ayreale; Davis, Tyrone; Edmonson, Sosha; Ekundare, Grace; Emiola, Fausat; Ervin, Warner; Espinoza, Matthew; Falade, Stephen; Flores, Janet; Franklin, Kendrick; Garcia, Yesenia; Garcia-Avila, Osvaldo; Garza, Josemaria; Gibson, Shavon; Grimble, Carolyn; Guidroz, Kobe; Guillory, Danica; Habeeb, O; Harrison, Keith; Hawkins, Nehemiah; Hawkins, Rasheed; Hayes, Bruce; Hernandez Campos, Joel; Hernandez Ortiz, Vanessa; Hower, Caress; Jalloh, Chernor; Jenkins, Jordan; Jones, Nicholous; Jordan, Nykole; Lazcano, William; Lee, Christopher; Lee, Jamil; Limen, Violet; Loeschen, Makayla; Macedo, Michael; Marquez, Magaly; Martinez, Jesse; Mays, Robert; Morales, Carlos; Motley, Adrian; Neal, Clive; Netherly, Seryan; Olufemi, Olumide; Owen, David; Ozuna, Steven; Perez, Jimmy; Peterson, Byron; Pizano, Byran; Ramirez, Angelique; Roberts, Latrina; Rocha, Armando; Roseberry, Hunter; Rossell, Kimberly; Rubio, Christopher; SantaMaria, Rachel; Saucier, Alexandra; Sias, Marsha; Silva Elizondo, Brandon; Smith, Eric; Ung, Andrew; Vasquez-Arias, Michael; Vasquez, Karen; Warren, Toby; White-Williams, Isaiah; Williams, Joshua; Wonlue, Zoegbay; Yax, Robinson; Ymnga, Andre

**The detention officers on Floor 2 from December 30, 2021 to January 8, 2022**:

Acevedo, Jose; Adams, Kendall; Aguilar, Madeline; Anson, Andrew; Barboza-Gutierrez, Estefany; Brown, Quashaundria; Carroll, Denise; Hunter, Deasia; Jimenez, Sherry; Murillo, Christopher; Rodriguez-Nieves, Jose; Smith, Lancy; Williams, Jared; Williams, Zach

**The detention officers on Floor 2 from January 8, 2022 to February 2:**

Alter, Madison; Alvarado, Edwin; Anawo, Olusoia; Andrews, Antoinette; Arnold, Kassandra; Arredondo, Yolanda; Ater, Madison; Awaye, Muritala; Badaru, Taiwo; Barrera, Courtley; Carter, Reginald; Castaneda, Oscar; Cazares, Richard; Dow, Beverly; Emeka, Elizabeth; Esquivel, Martin; Flores, John; Garcia, Reagan; Garcia, Samuel; Gibson, Gregory; Gilmore, Trayveon; Gutierrez, Ruth; Hermann, Gary; Herrera, Hector; Jackson, Thomas; Jones, Aquoyea; Jones, Arquell; Kanu, Obinna; Lewis, Magnus; Lopez, Alejandra; Lopez, Jasmin; Lopez, Rosario; McCaghren, Michael; Osborne, Joanisha; Pantoja, Randy; Pineda, Brenda; Pye, Nickalus; Ramos, Gloria; Rangel, Rogelio; Rhodes, Alexander; Salinas, Juan; Samaniego,

EXH C to DEF HC RESP TO 3RD MTC        000004

Domonic; Sanders, Jon'Terra; Shittu, Atinuke; Simonds, Nicholas; Smith, Kenneth; Smith, Lanney; Swain, Dalen; Uriostegui, Raymundo; Venegas, Manuela; Warren, Toby; White, Sylvia; Williams, Aaron

**The detention officers on Floor 2 from February 2, 2022 to February 12, 2022:**

Anzures, Erik; Beard, Jasmyn; Bell Jr., Travis; Beye, Elhadji; Byrd, Tyrone; Diaz, Johnny; Diaz, Jr., Roy; Ervin, Warner; Espinosa, Matthew; Every, Beverly; Falade, Stephen; Garcia, Reagan; Garcia, Yesenia; Garner, Myshia; Gee, Chantal; Gibson II, Gregory; Gordon, Yolanda; Graham, Taylore; Griffin, Corbin; Guidry, Cydnie; Harris, Porsha; Johnson, Aricka; Kelly, Taira; Kitagawa, Gary; Le, Hung; Lee, Jamail; Lopez Jr., Manuel; McRath, Michael; Obregon, Victor; Osinubi, Olutayo; Perez, Jessica; Pickens, Monica; Rubio, Christopher; Salinas, Anthony; Sias, Marasha; Stewart, Jazminn; White, Michael; Wyrick, Kadijah

Nothing in providing this list waives Garcia's right to discovery other things like the Employee Stacked Information for each of the above officers and Internal Affairs files or any other items sought in the course of discovery and should have already been provided.

                    Sincerely,

                    **THE SHARIFF LAW FIRM**

                    /s/ Byron Boenig
                    Bryon Boenig



August 10, 2025

Byron Boenig
Russel Ross
THE SHARIFF LAW FIRM, PLLC
2500 West Loop S, Suite 300
Houston, Texas 77027

      RE:    Wagner et al v Harris County, Case No. 4:23-CV-02886
                (USDC – Southern District of Texas, Houston Division)

Byron / Russell:

    Our understanding of the agreed order is that it is limited to the officers who are involved in the underlying incident. That means for Sanchez Trejo the officers on duty on the floor and in the pod where he was discovered deceased. Anything else in our view is outside the scope of the Agreed Order approved by the Court.

    The officers we have identified are as follows:

SGT. DUSTIN TUNELLO [EIN 117407]; ANTONIO BARRERA [EIN 144540]; TRAVIS BELL [EIN 153531]; BLANTON CRAFT [EIN 153931]; FAUSAT EMIOLA [EIN 150728]; MATTHEW ESPINOZA [EIN 134416]; OSVALDO GARCIA-AVILA [EIN 150022];BRUCE HAYES [EIN 141516]; DEUNDRA LIGHTEN [EIN 156856]; J STEWART [EIN 157825]; SGT. ROLAND REYES [EIN 117407]; ARMANDO ROCHA [EIN 143282]; ANDREW UNG [EIN 158861]; SGT. RANDALL WILLIAMS [EIN 119464]

In addition, the two Investigators you are about to depose and not to all of the other production stipulated in Court Order #187.

                                                  Respectfully,

                                                  *Ricardo J. Navarro*
                                                  _____
                                                  Ricardo J. Navarro
                                                  Kelly R. Albin

| | |
|---|---|
| **From:** | Ric J. Navarro |
| **To:** | Byron Boenig; rross |
| **Cc:** | Kelly R. Albin; Mustapha M. Nyallay; Aaron Gonzales; Gina G. Williams |
| **Subject:** | RE: Fwd: RE: Order from Hearing on Motion to Compel |
| **Date:** | Sunday, August 10, 2025 7:03:58 AM |
| **Attachments:** | Letter re KST Jail Guard Witnesses (w rjn sig).pdf |

8/10/2025

Good Morning:

    Sorry for delay on this response. I am still out of country on personal leave. Came into town for supplies and got wifi access.

Here is our letter response to your inquiry. I will be back in Texas at end of month. I can read email on my phone but ability to respond to them is limited until I can come into nearby town (40 miles away).

Ric J. Navarro
**DNRBS&Z, P.C.**
rjnavarro@rampagelaw.com

Confidentiality Notice: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally protected. If you are not the intended recipient, please destroy all copies of the original message and advise the sender of the erroneous transmission. Your cooperation is appreciated. Thank you.

> **From:** Byron Boenig <bboenig@shariflawfirm.com>
> **Sent:** Tuesday, August 5, 2025 12:18 PM
> **To:** rross <rross@shariflawfirm.com>; Ric J. Navarro <rjnavarro@rampagelaw.com>
> **Subject:** Re: Fwd: RE: Order from Hearing on Motion to Compel
>
> Ric,
>
> Please share what you believe the order and rulings of the court meant.
>
> My understanding is
>
> 1. We are entitled to broad discovery based on the our Monell and condition of confinement claims.
> 2. The officers identified are all officers that were on duty, in the relevant cell block, during Mr. Sanchez's confinement.
> 3. That we are entitled to explore similar acts or patterns of behavior to those that we allege contributed to our client's death.
>
> It appears that despite the court ruling that we are entitled to this discovery, that Harris County intends to keep withholding relevant evidence. Please describe what you believe would be "the scope".
>
>
> Best regards,
> **Byron Boenig**
> Senior Litigation Attorney | The Shariff Law Firm, PLLC.
> 2500 West Loop S, Suite 300
> Houston, Texas 77027