IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.** § | | |
| Plaintiffs § | | |
| § | | |
| § | | |
| v. § | Civil Action No. 4:23-CV-02886 | |
| § | | |
| **HARRIS COUNTY, TEXAS** § | | |
| Defendant § | | |
| § | | |
| AND § | | |
| § | | |
| **ANA GARCIA AND CHANDRA JENKINS,** § | | |
| Plaintiff – Intervenors § | | |

**ORDER ON INTERVENOR GARCIA's
THIRD MOTION TO COMPEL [ECF #241]
AND MOTION TO DEFER [ECF #242]**

============================================================

On this day, the Court considered the Third Motion to Compel filed by Intervenor Garcia [ECF #241] as well as Motion to Defer or Deny Defendant's Motion for Summary Judgement [ECF #242]. After consideration of the two Motions, the Responses and Replies thereto, and after reviewing the record as a whole, the Court finds that the two Motions by Intervenor Garcia are without merit and should be DENIED in their entirety.

It is, therefore, ORDERED that Intervenor Garcia's Third Motion to Compel filed by Intervenor Garcia [ECF #241] as well as the corresponding Motion to Defer or Deny Defendant's Motion for Summary Judgement [ECF #242] are DENIED.

Defendant shall have thirty (30) days from the date of this Order to provide a substantive response to Intervenor's Interrogatory No. 19 and No. 20.

SO ORDERED.

_____
HON. KEITH P. ELLISON
U.S. DISTRICT JUDGE