# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **OCTEVIA WAGNER; et. al.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:23-cv-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO OBTAIN AND RELEASE HISTOLOGY RECUT SLIDES FROM HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs file this Unopposed Motion to Obtain and Release Histology Recut Slides from Harris County Institute of Forensic Sciences ("HCIFS") for the Decedents in this case, and in support thereof would respectfully show unto the Court as follows:

1.      This case involves the deaths of twelve individuals at the Harris County Jail. These individuals are: Jacoby Pillow; Bryan Johnson; Evan Ermayne Lee; William Curtis Barrett; Kevin Smith Jr.; Ramon Thomas; Nathan Henderson; Deon Peterson; Gary Wayne Smith; Kristan Smith; Michael Griego; and Robert Wayne Fore.

2.      HCIFS, as the official Medical Examiner for Harris County, conducted autopsies of each of these individuals. Pursuant to the law, HCIFS has retained tissue and other materials from those autopsies. Plaintiffs have retained experts who have requested recuts of those autopsy slides, neuropathology slides, H & E stained recuts, and any other slides with special stains that

PLAINTIFFS' UNOPPOSED MOTION TO OBTAIN AND RELEASE HISTOLOGY RECUT
SLIDES FROM HARRIS COUNTY INSTITUTE OF FORENSICE SCIENCES          1

were made in working up that autopsy to review the autopsy findings and provide more accurate testimony at trial.

3.      Defendant's counsel has indicated that HCIFS will provide the recut slides to Plaintiffs' expert but requires an order from this Court prior to doing so, along with payment of HCFIS's fees. Therefore, Plaintiffs respectfully request an order from the Court requiring HCIFS to provide Plaintiffs' expert with recut slides of all retained material relating to each of the autopsies for each of the Decedents identified above.

4.      Plaintiffs request such other relief as the Court deems just.

Respectfully submitted,

**BEN CRUMP LAW, PLLC**

*/s/ Paul A. Grinke*
Paul A. Grinke
State Bar No. 24032255
paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone

**MCCATHERN, PLLC**
Carl L. Evans
State Bar No. 24056989
cevans@mccathernlaw.com
Jordan A. Carter
State Bar No. 24116174
jcarter@mccathernlaw.com
Alizabeth A. Guillot
State Bar No. 24138578
aguillot@mccathernlaw.com
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717

PLAINTIFFS' UNOPPOSED MOTION TO OBTAIN AND RELEASE HISTOLOGY RECUT
SLIDES FROM HARRIS COUNTY INSTITUTE OF FORENSICE SCIENCES                    2

**DURHAM, PITTARD, & SPALDING, LLP**
Thad D. Spalding
State Bar No. 00791708
tspalding@dpslawgroup.com
Shelby J. White
State Bar No. 24084086
swhite@dpslawgroup.com
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000 - Office
(214) 946-8433 – Facsimile

**COUNSEL FOR PLAINTIFFS:**


**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of this filing to all counsel of record.

*/s/ Paul Grinke*
Paul Grinke


**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 30, October 31, and December 2, and December 3, 2025, I conferred with counsel for Harris County on the substance of the relief sought within and they indicated that they are unopposed to the relief requested.

*/s/ Aaron Dekle*
Aaron Dekle