# Aaron Dekle

| | |
|---|---|
| **From:** | Ric J. Navarro <rjnavarro@rampagelaw.com> |
| **Sent:** | Monday, October 13, 2025 5:22 PM |
| **To:** | Aaron Dekle |
| **Subject:** | RE: Wagner v. Harris County: Challenge to Confidential Designations |

Aaron:

    I've been in depos this afternoon and I'm out on a medical procedure tomorrow. I will get you my final answer by Friday the 17th.

Ric J. Navarro
**DNRBS&Z, P.C.**
rjnavarro@rampagelaw.com

Confidentiality Notice: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally protected. If you are not the intended recipient, please destroy all copies of the original message and advise the sender of the erroneous transmission. Your cooperation is appreciated. Thank you.

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Monday, October 13, 2025 1:44 PM
**To:** Ric J. Navarro <rjnavarro@rampagelaw.com>
**Cc:** Kelly R. Albin <kralbin@rampagelaw.com>; Paul Grinke <Paul@bencrump.com>; Adriane Rihn <Adriane@bencrump.com>; Noah McCathern [McCathern] <nmccathern@mccathernlaw.com>; Carl Evans <cevans@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Celeste Salas <csalas@mccathernlaw.com>; Heather Dougherty <hdougherty@mccathernlaw.com>; Taylor McCray Hunter [Hunter Law] <taylor@thehunterlaw.com>; Thomas Lyons Jr [CJC] <tommy@consumerjusticecenter.com>; Thad Spalding [DPS Law] <tspalding@dpslawgroup.com>; Shelby White [DPS Law] <swhite@dpslawgroup.com>; Mohammed Obaid Shariff [Shariff Law] <mshariff@sharifflawfirm.com>; Byron Boenig <bboenig@sharifflawfirm.com>; Russell Ross <rross@sharifflawfirm.com>; Aaron Gonzales <amgonzales@rampagelaw.com>; Mustapha M. Nyallay <mmnyallay@rampagelaw.com>; Gina G. Williams <ggwilliams@rampagelaw.com>
**Subject:** RE: Wagner v. Harris County: Challenge to Confidential Designations

Ric,

None of those reasons are a valid basis for making blanket confidentiality designations and definitely do not meet the requirements for the protective order or the Federal Rules. The Protective Order already states that the documents that can be redacted must be redacted and produced without a confidentiality designation. You have the burden both under the rules and the protective order for why these documents are to be kept out of the public's purview. Please let us know if you will be undesignating them or not.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone

(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

---

**From:** Ric J. Navarro <rjnavarro@rampagelaw.com>
**Sent:** Monday, October 13, 2025 10:00 AM
**To:** Aaron Dekle <Aaron@bencrump.com>
**Cc:** Kelly R. Albin <kralbin@rampagelaw.com>; Paul Grinke <Paul@bencrump.com>; Adriane Rihn <Adriane@bencrump.com>; Noah McCathern [McCathern] <nmccathern@mccathernlaw.com>; Carl Evans <cevans@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Celeste Salas <csalas@mccathernlaw.com>; Heather Dougherty <hdougherty@mccathernlaw.com>; Taylor McCray Hunter [Hunter Law] <taylor@thehunterlaw.com>; Thomas Lyons Jr [CJC] <tommy@consumerjusticecenter.com>; Thad Spalding [DPS Law] <tspalding@dpslawgroup.com>; Shelby White [DPS Law] <swhite@dpslawgroup.com>; Mohammed Obaid Shariff [Shariff Law] <mshariff@sharifflawfirm.com>; Byron Boenig <bboenig@sharifflawfirm.com>; Russell Ross <rross@sharifflawfirm.com>; Aaron Gonzales <amgonzales@rampagelaw.com>; Mustapha M. Nyallay <mmnyallay@rampagelaw.com>; Gina G. Williams <ggwilliams@rampagelaw.com>
**Subject:** RE: Wagner v. Harris County: Challenge to Confidential Designations

10/13/2025

Hi Aaron. Good morning.

    I guess I am not really understanding what obstacles you are facing by virtue of the Confidentiality tagging on the documents we are producing. From our perspective, the use of the confidentiality tagging, coupled with the ability to file exhibits as restricted (meaning viewable by attorneys of record and the court only) has relieved us of the burden of having to go throught and redacted the materials we are producing in this case. This arrangement has worked for us – and it should work for you as well.

    Why do you want take this content out from under the Confidentiality Order.?

Ric J. Navarro
**DNRBS&Z, P.C.**
rjnavarro@rampagelaw.com

Confidentiality Notice: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally protected. If you are not the intended recipient, please destroy all copies of the original message and advise the sender of the erroneous transmission. Your cooperation is appreciated. Thank you.

---

> **From:** Aaron Dekle <Aaron@bencrump.com>
> **Sent:** Friday, October 10, 2025 5:36 PM
> **To:** Ric J. Navarro <rjnavarro@rampagelaw.com>
> **Cc:** Kelly R. Albin <kralbin@rampagelaw.com>; Paul Grinke <Paul@bencrump.com>; Adriane Rihn <Adriane@bencrump.com>; Noah McCathern [McCathern] <nmccathern@mccathernlaw.com>; Carl Evans <cevans@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Celeste Salas <csalas@mccathernlaw.com>; Heather Dougherty <hdougherty@mccathernlaw.com>; Taylor McCray Hunter [Hunter Law] <taylor@thehunterlaw.com>; Thomas Lyons Jr [CJC]

<tommy@consumerjusticecenter.com>; Thad Spalding [DPS Law] <tspalding@dpslawgroup.com>; Shelby White [DPS Law] <swhite@dpslawgroup.com>; Mohammed Obaid Shariff [Shariff Law] <mshariff@sharifflawfirm.com>; Byron Boenig <bboenig@sharifflawfirm.com>; Russell Ross <rross@sharifflawfirm.com>; Aaron Gonzales <amgonzales@rampagelaw.com>; Mustapha M. Nyallay <mmnyallay@rampagelaw.com>; Gina G. Williams <ggwilliams@rampagelaw.com>
**Subject:** Wagner v. Harris County: Challenge to Confidential Designations

Ric,

Pursuant to the Protective Order, I am reaching out to confer in good faith challenging the wholesale designation of documents produced by Harris County as Confidential. As required by the Protective Order, if production can be produced in a redacted format (i.e. redacting SSN, addresses, DOB) then the documents should be produced in a redacted form without the confidential designation. We are requesting that you withdraw the confidential designation of the following categories of information as they are not confidential under the law:

1. KHOU Reports (The recent batch was designated confidential, but it was already provided to KHOU which causes the information to no longer be confidential).
2. All SIR Incident Reports (You can produce versions with EIN and SPN numbers redacted as those are the only arguable confidential information)
3. All videos of the Plaintiffs and Comparators.
4. All of the Autopsy Records for Plaintiffs and Comparators.
5. All of the Incident Reports involving Plaintiffs and Comparators.
6. All IAD Investigation records regarding Plaintiffs and Comparators.
7. All Officer PEWS records and Case History (Again, you can produce versions with personal identifying information redacted).
8. All SOPs.

Please let me know by next Friday, October 17, 2025, if you are agreeable to producing these records without the confidential designation. Please let me know if you would like to discuss.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

'

**WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Aaron Dekle

| | |
|---|---|
| **From:** | Ric J. Navarro <rjnavarro@rampagelaw.com> |
| **Sent:** | Friday, October 17, 2025 10:02 AM |
| **To:** | Aaron Dekle; Paul Grinke; Adriane Rihn |
| **Cc:** | Kelly R. Albin; Mustapha M. Nyallay |
| **Subject:** | RE: Wagner v. Harris County: Challenge to Confidential Designations |

10/17/2025

Hi Aaron:

    I took some time to look over the Confidentiality Order (ECF#80) again and re-evaluated our position vis-à-vis the contents you listed in your email below. Of the items you listed, only the content produced to KHOU was in question in my mind. We were not involved in the decisions that led to the production of the materials that were produced to KHOU and frankly were surprised that no withholding exceptions were invoked. Be that as it may, the material we provided you is clearly provided in the context of pending litigation and therefore deserves to be tagged as confidential. If what was produced to KHOU is in fact public, then I suppose you can go get their copies from them. If your objective here is to pursue a circulation of these materials to the public – which seems to be the case – I would prefer to keep the content we produced tagged differently to differntiate it from whatever KHOU circulates.

    As to everything else you list, I think our application of the confidentiality designation serves legitimate purposes – and this has been so for over a year now when the Order was entered. So I am unclear about why now you want to walk this back. You have not provided us with any convincing reason to do so.

Ric J. Navarro
**DNRBS&Z, P.C.**
rjnavarro@rampagelaw.com

Confidentiality Notice: This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally protected. If you are not the intended recipient, please destroy all copies of the original message and advise the sender of the erroneous transmission. Your cooperation is appreciated. Thank you.

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Friday, October 10, 2025 5:36 PM
**To:** Ric J. Navarro <rjnavarro@rampagelaw.com>
**Cc:** Kelly R. Albin <kralbin@rampagelaw.com>; Paul Grinke <Paul@bencrump.com>; Adriane Rihn <Adriane@bencrump.com>; Noah McCathern [McCathern] <nmccathern@mccathernlaw.com>; Carl Evans <cevans@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Celeste Salas <csalas@mccathernlaw.com>; Heather Dougherty <hdougherty@mccathernlaw.com>; Taylor McCray Hunter [Hunter Law] <taylor@thehunterlaw.com>; Thomas Lyons Jr [CJC] <tommy@consumerjusticecenter.com>; Thad Spalding [DPS Law] <tspalding@dpslawgroup.com>; Shelby White [DPS Law] <swhite@dpslawgroup.com>; Mohammed Obaid Shariff [Shariff Law] <mshariff@shariflawfirm.com>; Byron Boenig <bboenig@shariflawfirm.com>; Russell Ross <rross@shariflawfirm.com>; Aaron Gonzales <amgonzales@rampagelaw.com>; Mustapha M. Nyallay <mmnyallay@rampagelaw.com>; Gina G. Williams <ggwilliams@rampagelaw.com>
**Subject:** Wagner v. Harris County: Challenge to Confidential Designations

Ric,

Pursuant to the Protective Order, I am reaching out to confer in good faith challenging the wholesale designation of documents produced by Harris County as Confidential. As required by the Protective Order, if production can be produced in a redacted format (i.e. redacting SSN, addresses, DOB) then the documents should be produced in a redacted form without the confidential designation. We are requesting that you withdraw the confidential designation of the following categories of information as they are not confidential under the law:

1. KHOU Reports (The recent batch was designated confidential, but it was already provided to KHOU which causes the information to no longer be confidential).
2. All SIR Incident Reports (You can produce versions with EIN and SPN numbers redacted as those are the only arguable confidential information)
3. All videos of the Plaintiffs and Comparators.
4. All of the Autopsy Records for Plaintiffs and Comparators.
5. All of the Incident Reports involving Plaintiffs and Comparators.
6. All IAD Investigation records regarding Plaintiffs and Comparators.
7. All Officer PEWS records and Case History (Again, you can produce versions with personal identifying information redacted).
8. All SOPs.

Please let me know by next Friday, October 17, 2025, if you are agreeable to producing these records without the confidential designation. Please let me know if you would like to discuss.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

'

**WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

'