EXHIBIT 4 (Confidential)

(Link provided due to file size)

[Exhibits - Confidential](#)