


## Harris County Sheriff's Office
1200 Baker Street, Houston TX. 77002  ★  (713) 755-6044  ★  www.sheriff.hctx.net

# Incident Report

Today's Date: 11/9/23  15:17

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0424-150 | **Incident Reported:** 4/24/22  17:01 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** HARVEY, K | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** DABBRACIO, J | **Reason:** Threats/Verbal Abuse |
| **Incident Occured:** 4/24/22  12:35 | **Incident Location:** JA09 - 5 - B - 1 - | **Comment:** |

## Inmate Involved

**Name:** ERSKIN, MARQUIS
**SPN:** 02561997
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA09-5-B-1-06D

**Offense:** 1103 Assault On Staff - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**

**Illness:** N
**Photo:** N

**Statement:** No Statement Provided
**File Statements: No file attached** ,

## Staff Involved

**Name:** PESCINA, GREGORIO
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0424-150 | **Incident Reported:** | 4/24/22  17:01 | **Violent Incident:** | **Yes** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | HARVEY, K | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DABBRACIO, J | **Reason:** | **Threats/Verbal Abuse** |
| **Incident Occured:** | 4/24/22  12:35 | **Incident Location:** | JA09 - 5 - B - 1 - | **Comment:** | |

**Statement:** Incident Number: 220424150
Author: GREGORIO PESCINA
Staff Statement
Date Recorded: 10/26/2023 12:01

On Sunday, April 24, 2022, I, Detention Officer G.Pescina (EIN ▓▓▓▓ was assigned as a 5th Floor Rover, on Day Watch, at the Harris County Detention Facility, located at 1200 Baker Street, Houston, Texas 77002.

At approximately 1235 I heard a page made on the TOA for Inmate threatening staff in 5B1. I immediately responded to 5B1 with Detention Officers C. Lofton (EIN ▓▓▓▓ L.Romero (EIN ▓▓▓▓ K. Harvey (EIN ▓▓▓▓ and P. Flaniken (EIN ▓▓▓▓ When I arrived in the A-B Hallway Inmate later identified as Erskin, Marquis (SPN 02561997) was in the hallway arguing with Officer Harvey. Inmate started to raise his voice in an aggressive manner and started threatening Officer Harvey. Seconds later Inmate Erskin stated "I ain't going to be placed in handcuffs." Officer Harvey informed Inmate Erskin he was going to be placed on the Holding cell while paper work is being done. Inmate Erskin then turned his attention towards me and started threatening me stating "You aint hard motherfucker ill beat your ass" and started to walk towards my direction. Officer Harvey and Romero stopped Inmate Erskin by placing their palms on Inmate Erskin chest. Inmate Erskin was given ordered from multiple officers to turn around and walk to the holding cell. While walking to the elevator lobby Inmate Erskin started arguing with Officer Harvey and myself and spit on Officer Harvey's face. Officer Harvey immediately punched inmate Erskin several times in the face and torso area with closed fist with both hands. Lofton, Romero and I Immediately grab hold of Inmate Erskin's hands in order to gain control, but inmate Erskin resisted. Officer Lofton gave verbal commands to Inmate Erskin to place his hands behind his back but he refused to do so. Officer Lofton repeated the commands as inmate erskin was taken to the ground. Inmate Erskin was given direct orders to lay flat on the ground but refused to do. I delivered two Knee strikes to the outside of Erskin's right leg. These Knee strikes were effective as Inmate Erskin stopped resisting and started to comply with orders given. I handcuffed Inmate Erskin. Inmate Erskin was assisted to his feet by Officers Lofton and I. Inmate Erskin was escorted to the 1200 clinic to receive treatment by Officer Lofton with no further incidents. Inmate Erskin was placed in the 5th floor holding cell with no further incidents.

During this use of force Inmate Erskin did not complain of any injuries in my presence.

During the use of force I did sustain a cut on my left index finger which was bleeding. I did not receive medical attention.

End of supplement

**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

  **Statement:** No Statement Provided
  **File Statements: No file attached** ,

## Incident Report

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0424-150 | **Incident Reported:** | 4/24/22  17:01 | **Violent Incident:** | **Yes** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | HARVEY, K | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DABBRACIO, J | **Reason:** | **Threats/Verbal Abuse** |
| **Incident Occured:** | 4/24/22  12:35 | **Incident Location:** | JA09 - 5 - B - 1 - | **Comment:** | |

Incident Number: 22-0424-150
Author: KIAMII.HARVEY
Incident Notes   Date Recorded: 04/24/2022 17:02

On Sunday, April 24, 2022, I, Detention Officer K. Harvey II (EIN ███████ was assigned to the Harris County Jail, 1200 Baker Street, Fifth Floor, First Shift, B pod.

At approximately 1228 hours while conducting visual rounds in 5B1, I observed two inmates in the dayroom without being fully dressed in their county issued jumpsuit shirt and or Pants. Those Inmates were identified by Armband/T-card Donald Holbert (SPN 01527846), Demarion Sanders (SPN 03072728) and Marquice Wear (SPN 02952434). Inmates Wear and Holbert were ordered to put their clothes on while they were in the dayroom which they refused. That was a direct violation of code (1211) GROUP DEMONSTRATION. I immediately turned the dayroom TV off and made an announcement over the intercom ordering everyone to have their clothes on in the dayroom.

At this time an inmate Identified as Marquis Erskin (SPN 02561997) approached the Pod Control Center (PCC) and began banging on the window with his fist and yelling, "Stop being a bitch and turn the TV on." I then approached the window and informed Inmate Erskin that my announcement had nothing to do with him due to him abiding by the rules and being fully dressed. Inmate Erskin replied, "I don't give a fuck about none of this shit in in here for murder, fuck you and that hoe ass bitch you are in there with. I immediately attempted to deescalate the situation by telling Inmate Erskin to calm down and step away from the window. Inmate Erskin continued to use vulgar language by calling me a bitch ass nigga and a hoe. After informing Inmate Erskin that he was in direct violation with Harris County Inmate handbook Code (1317) "UNAUTHORIZED CONTACT WITH ANY STAFF MEMBER", and that I was not a Nigga, Inmate Erskin replied, "well come in here and we can see about that." I then asked Inmate Erskin if he was threatening me and he replied, "Bring yo ass in here I got something for you", as he got in a fighting stance with his fist out in front of him. That was a direct Violation of Harris County Inmate Handbook Code (1107) THREATENING STAFF.

I immediately made a floor page for all rovers to respond to an "Inmate Disturbance" in 5B1. Detention Officers C. Lofton (EIN ███████ P. Flaniken (EIN ███████ L. Romero (EIN ███████ G. Pescina (EIN ███████ responded to the scene. Before entering the cell block I informed the rovers to be advised that Inmate Erskin is threatening staff and he needed to be escorted out of the cell block and placed in holding. Upon entering the cel block I Ordered Inmate Erskin to pack his belongings and step out of the cell block. Inmate Erskin complied by packing his belongings but continued to threaten staff by stating, "I'm in here for a murder charge I don't give a fuck, I told you to come in here by yourself so I can beat yo ass but you had to go get the whole crew you a bitch."

At approximately 1235, upon exiting the Cell block and walking down the hall way, Inmate Erskin began resisting by refusing to wa k and continuing to threaten staff by yelling in Officer Pescina's direction, "Fuck you hoe ass nigga, I'll beat yo ass right now", and he got in a fighting stance. I immediately attempted to deescalate the situation by ordering Inmate Erskin to calm down and keep walking. Inmate Erskin refused to comply with the orders that were given him by taking another fighting stance with his body in a bladed stance and his hands balled up into fist by his side. Inmate Erskin then spit on the right side of my face after yelling, "Fuck you too hoe ass nigga". That was a direct Violation of Harris County Inmate Handbook code (1103) ASSAULT OF ANY STAFF MEMBER.

I immediately struck Inmate Erskin in the face twice and ordered him to lay on the floor and place his hands behind his back which he refused by staying in a fighting stance with both hands in front of him which were balled into fist. I then struck Inmate Erskin with fourteen closed fist strikes and three knees to the face until he complied with my commands which he did.

Detention Officers Lofton, Flaniken, Romero, and Pescina assisted by taking hold of Inmate Erskin's County issued jumpsuit shirt attempting to take Inmate Erskin to the floor while giving verbal commands to lay on the ground with his hands behind his back. Once Inmate Erskin complied with our commands Officer Pescina applied hand restraints and assisted him to his feet. Detention officer Lofton immediately escorted Inmate Erskin to the 1200 clinic to receive a medical evaluation.

Inmates Ho bert, Wear, and Sanders refused to write a statement for being written up for violation of code (1211) GROUP DEMONSTRATION. Inmate Erskin refused to write a statement for being written up for violation of code (1103) ASSAULT OF ANY STAFF MEMBER. I recommend Erskin be removed from this cell block. Deputy J. Browning (Badge 4418) informed me that ADA K. Forcht accepted the charge of Harassment of a Public Servant on Inmate Erskin.

Floor Sergeant J. Dabbraccio (Badge 865) and classification Detention Officer B. Causey (EIN ███████ were informed of the incident.

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 6/17/2022  7:31

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0427-572 | **Incident Reported:** 4/27/22  5:49 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** CAPELO, I | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** RIOJAS, R | **Reason:** Threats/Verbal Abuse |
| **Incident Occured:** 4/26/22  22:26 | **Incident Location:** JA07 - 4 - Z2 - Cell - | **Comment:** |

### Inmate Involved

**Name:** BAKER, EDWARD
**SPN:** 03094616
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
▉
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA07-4-G-2-01I

**Offense:** 1103 Assault On Staff - Major
**Disposition:** Reviewed
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
▉
**Illness:** N
**Photo:** Y

**Statement:** No Statement Provided

### Staff Involved

**Name:** CAPELO, ISAIA
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** Y
**Photo Taken?:** Y
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** HERNANDEZ, JOESPH
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** Y
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** 4/27/22  5:49 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CAPELO, I | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** RIOJAS, R | **Reason:**  Threats/Verbal Abuse |
| **Incident Occured:** | 4/26/22  22:26 | **Incident Location:** JA07 - 4 - Z2 - Cell - | **Comment:** |

**Statement:** Incident Number: 220427572
Author: JOSEPH HERNANDEZ
Staff Statement
Date Recorded: 05/20/2022 04:57

On Tuesday, April 26, 2022, I, Detention Officer J. Hernandez (EIN ███████ was assigned to the Fourth Floor, as a Floor Rover, on Late Watch, of the Harris County Jail, located at 701 North San Jacinto Street, in Houston, Texas, 77002.

At approximately 2230 hours I responded to commotion coming from the z-cells I ran over there and entered the separation cell 4Z-2. I saw Sergeant R. Riojas (Badge #840) along with Detention Officers M. Pickens (EIN ███████ and I. Capelo (EIN ███████ attempting to hand cuff an inmate identified as Baker, Edward (SPN 03094616) on the floor of the separation cell.

I successfully obtained the inmates right hand and assisted Sgt. Riojas in handcuffing Inmate Baker. Sgt. Riojas asked me to retrieve the cut down tool from the Floor Control Center (FCC) I retrieved it and Sgt. Riojas successfully cut the socks the Inmate had tied around his neck.

The medical team arrived and took Inmate Baker down to the clinic for treatment.

At no point did I see anyone strike or kick Inmate Baker. I did not strike or kick Inmate Baker.

Sergeant R. Riojas (Badge #840) was notified of this information.

End of Supplement.
**File Statements:** No file attached

| | |
|---|---|
| **Name:** PICKENS, MONICA | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** Incident Number: 220427572
Author: MONICA PICKENS
Staff Statement
Date Recorded: 06/17/2022 07:21
*********SUPPLEMENT ONLY*********
On Tuesday, April 26, 2022, I, Detention Officer M. Pickens (EIN ███████ was assigned to the Fourth floor, as a floor rover, Second Watch, Housing Bureau located at 701 North San Jacinto, Houston, Texas, 77002.
At approximately 2230 I heard a loud noise coming from the Z-Cell area so I went to investigate. Sergeant R. Riojas (Badge #840) and Detention Officer I. Capelo (EIN ███████ used an inmate mattress to enter the Separation Cell 4Z-2 due to Inmate Baker, Edward (SPN 03094616) tying socks around his neck in double knots in a suicide attempt.
D.O. Capelo and Sgt. Riojas were attempting to hand cuff Inmate Baker while I untied one of the two socks around his neck. At this point D.O. J. Hernandez (EIN ███████ returned with the cut down tool and Sgt. Riojas cut the second sock off of Inmate Baker. We rolled him to his side while waiting for the medical team to arrive. The nurses arrived and took him to the 701 clinic for treatment.
At no point did I see anyone strike or kick Inmate Baker. I did not strike or kick Inmate Baker.
Sergeant R. Riojas (Badge #840) was notified of this information.
End of Supplement.

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** | 4/27/22   5:49 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CAPELO, I | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | RIOJAS, R | **Reason:** | Threats/Verbal Abuse |
| **Incident Occured:** | 4/26/22  22:26 | **Incident Location:** | JA07 - 4 - Z2 - Cell - | **Comment:** | |

**File Statements:** No file attached

**Name:** RIOJAS, RACHEL  
**Badge:**  
**Position:** Sergeant  
**Type of Involvement:** Supervisor  
**Medical:** N  
**E1?:** N  
**Photo Taken?:** N  
**Use of Force:** N  

**Injury:**  
**Severity:**  
**Description:**  
**Hospital Name:**  
**Mental Health Filed:**  
**Illness:**  
**Photo:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** | 4/27/22  5:49 | **Violent Incident:** | **Yes** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CAPELO, I | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | RIOJAS, R | **Reason:** | **Threats/Verbal Abuse** |
| **Incident Occured:** | 4/26/22  22:26 | **Incident Location:** | JA07 - 4 - Z2 - Cell - | **Comment:** | |

**Statement:** Incident Number: 220427572
Author: RACHEL RIOJAS
Staff Statement
Date Recorded: 05/20/2022 06:00
*********SUPPLEMENT ONLY*********
On Tuesday, April 26th, 2022 I, Sergeant R. Riojas, badge# 840, was assigned to the Harris County 701 Jail Facility, as the floor supervisor, located at 701 N San Jacinto Street, Harris County, Texas.
At approximately 2240 hours, Detention Officer I. Capelo (EIN ▓▓▓▓ came to me advising he had just been involved in a use of force in 4Z2. Detention Officer Capelo advised he had responded to a fight in 4G2. The inmates involved had been removed and were placed in separation cells. He went to assist in removing the handcuffs from one of the inmates whom was still, somewhat, in an elevated behavioral state. Detention Officer Capelo advised once the handcuffs were removed, the inmate turned around and spat on him while taking a fighting stance. Detention Officer Capelo stated he immediately reacted by striking the inmate several times to the face and body, swiftly enough to defend himself and end the encounter quickly and efficiently.
I immediately went to the separation cell to assess the inmate, identified as Edward Baker (SPN 03094616), whom was in 4Z2. Inmate Baker was pacing back and forth in the cell screaming he was going to beat "our asses" and how he was going to kill us. I attempted to deescalate Inmate Baker's aggressive behavior and tone by talking to him. He stated he was going to make us go into this cell, specifically so he could have a chance to "beat our asses."
Inmate Baker immediately turned around and picked up one sock and advised he was going to tie it around his neck because he was going to kill himself. I advised him not to do that, and asked why he wanted to hurt himself. He said so we would have to go into the cell and he could beat our asses. I advised that wasn't going to happen, referring to his intention to "beat our asses." Inmate Baker tied and retied the knot in the first sock three times, making it tighter and tighter each time. Inmate Baker, once satisfied with the tightness, went and got the second sock and started tying that around his neck, above the first one. I had already directed Detention Officer J. Weathersby (EIN ▓▓▓▓ to have the FCC to contact medical for an attempted suicide by self-strangulation.
I observed a mat lying near the separation cells, and asked for someone to bring me the rover keys. I handed Detention Officer Capelo the mat, and gave him instructions to pressure Inmate Baker against the wall with it once I opened the door to protect all parties involved. Inmate Baker, as I was giving directions to my Detention Officers, had grabbed his shirt and attempted to tie that around his neck to add to the pressure he had already made with the socks. Next, he grabbed his pants and put those over his head, blocking all his vision from everything.
At this time, when I saw he was at a complete visual disadvantage, I opened the door, and gave the order for Detention Officer Capelo to "Go." He followed my previous instructions and pressured Inmate Baker against the back wall/bunk in the separation cell. Inmate Baker was attempting to fight by throwing his hands in our direction and kicking his feet, which were mitigated by the mat and Detention Officer Capelo's continued pressure. I went around Detention Officer Capelo and gained control of Inmate Baker's right arm. Once I had control of his right arm, I ordered Detention Officer Capelo to get control of his other arm. Once that took place, I gave the order for us to move him to the floor and place him on his stomach.
Inmate Baker was still attempting to fight and kick. Detention Officer J. Hernandez (EIN ▓▓▓▓ entered the cell to assist. I passed off his right arm because his feet were now in my area of control and he was kicking. I gained control of his legs, by crossing his ankles and naturally bending his legs at his knees towards his buttocks and applying pressure, which stopped his ability to kick anyone and squirm away. Once I had his legs under control, Detention Officers Capelo and Hernandez were able to gain control of Inmate Bakers arms. I applied the handcuffs once his hands were behind his back.
I ordered Detention Officer Hernandez to retrieve the cut-down tool from the FCC. After giving that order, I released Inmate Baker's legs, so we could reposition him onto his side because he was beginning to pass out. I was ensured by the other Detention Officers medical was on their way. Detention Officer Hernandez returned with the cut-down tool, and Detention Officer M. Pickens (EIN ▓▓▓▓ had already untied one of the socks. Inmate Baker's neck was released from all obstructions, and he was breathing without external impediment, now. He was now out of energy and needing medical assistance. I observed clear ligature marks around his whole neck.
Medical arrived. I advised them of what took place, and they took him by stretcher to the clinic.
None of the Detention Officers involved delivered any strikes or kicks during this continuation of the first incident.
Lieutenant Blazek was advised of this incident.
End of Supplement.
**File Statements:** No file attached

| | | |
|---|---|---|
| **Name:** SPEAR, BLAIZ | | **Injury:** |
| **Badge:** | | **Severity:** |
| **Position:** Detention Officer | | **Description:** |
| **Type of Involvement:** Responding Officer | | |

Ex. 5 007

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** 4/27/22  5:49 | **Violent Incident:** **Yes** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CAPELO, I | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** RIOJAS, R | **Reason:** **Threats/Verbal Abuse** |
| **Incident Occured:** | 4/26/22 22:26 | **Incident Location:** JA07 - 4 - Z2 - Cell - | **Comment:** |

**Medical:** N
**E1?:** N
**Photo Taken?:** Y
**Use of Force:** Y

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

---

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** VAUGHN, TROY
**Badge:**
**Position:** Sergeant
**Type of Involvement:** Supervisor
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

---

**Statement:** Incident Number: 220427572
Author: TROY VAUGHN
Staff Statement
Date Recorded: 04/28/2022 03:21
On Tuesday, April 26, 2022, I, Sergeant T. Vaughn (EIN ████ was assigned to 2nd watch, on the 6th floor, at the 701 Harris County Sheriff's Office Detention Facility, located 701 N. San Jacinto, Houston, Texas 77002.
At approximately 1045 hours, Sergeant R. Riojas (EIN needed my assistance with escorting a combative inmate to the 701 clinic after a use of force, which involved 4th floor staff members and an unidentified inmate, later identified as Inmate Edward Baker (SPN 03094616).
Upon my arrival to the 4th floor, Sgt. Riojas and several Detention Officer were located inside of a separation holding (4Z2) with the above mentioned inmate, who was handcuffed and resting on his left side. The inmate was extremely agitated and was verbally assaultive towards staff at this point.
I was informed by Sgt. Riojas the inmate attempted to cause harm to himself, see original report for further detail. 701 medical personnel arrived on scene with a gurney and staff assisted with getting the inmate placed on the gurney. The inmate was escorted to the clinic by medical personnel and I.
While inside of the clinic, the inmate accepted medical treatment. I observed red ligature marks on both side of the inmate's neck. I did not observe any other visible injuries on the inmate. I took photos of the inmate's injuries, photos were uploaded into ADAMS and the V-Share drive. In addition, a use of force medical receipt was generated and provided to Sgt. Riojas.
End of supplement.
**File Statements:** No file attached

---

**Name:** WEATHERSBY, JASMINE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

---

Ex. 5 008

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** | 4/27/22  5:49 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CAPELO, I | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | RIOJAS, R | **Reason:** | Threats/Verbal Abuse |
| **Incident Occured:** | 4/26/22  22:26 | **Incident Location:** | JA07 - 4 - Z2 - Cell - | **Comment:** | |

**Statement:** Incident Number: 220427572
Author: JASMINE WEATHERSBY
Staff Statement
Date Recorded: 05/20/2022 04:54
On Tuesday, April 26th, 2022 I, Detention Officer J. Weathersby (EIN: ▊▊▊ and partner C. French (EIN: ▊▊▊ was assigned to F-Pod, on the Fourth Floor of the Harris County Jail Facility, located at 701 North San Jacinto Street, Harris County, Texas. At approximately 2230 hours, I responded to a page for a fight in 4G2. After the victim, Inmate C. Jones (SPN: 02916135) was taken out of the pod, I walked through the pod to see which unidentified inmates were also involved. I walked to the back right corner of the pod where a group of inmates were looking suspicious. While talking to some inmates, I noticed an inmate with a bloody mouth sitting on his bunk. The inmate was then pointed out as one of the participants in the fight along with another inmate. Inmate E. Baker (SPN: 03094616) was handcuffed and I escorted him to holding cell 4Z2. Detention Officer I. Capelo (EIN: ▊▊▊ then came with Inmate J. Jones (SPN: 02943196) escorting him to holding cell 4Z7. Detention Officer Capelo came to 4Z2 to take off the handcuffs on Inmate Baker. After the handcuffs were taken off, Inmate Baker started mouthing off in an aggressive manner. As the holding cell door was closing, Inmate Baker spat at Detention Officer Capelo and then started taking a fighting stance. Inmate Baker and Detention Officer Capelo began to deliver closed hand strikes to each other. After numerous closed handed strikes, Inmate Baker went to the ground and surrendered. Detention Officer Capelo exited the holding cell without any further issues. Approximately 10 minutes later, while walking out of 4F, I saw rovers and Sergeant R. Riojas (Badge #840) at the holding cell door. Sergeant Riojas was talking to Inmate Baker when I witnessed him tie socks around his neck. After opening the door to stop Inmate Baker from trying to hurt himself, he became combative refusing to comply and began wrestling with Sergeant Riojas and rovers. Inmate Baker was then handcuffed and placed in leg restraints. Immediately, medical was called and Inmate Baker was escorted to the clinic. End of Supplement.
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

Ex. 5 009

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0427-572 | **Incident Reported:** | 4/27/22 5:49 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CAPELO, I | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | RIOJAS, R | **Reason:** | Threats/Verbal Abuse |
| **Incident Occured:** | 4/26/22 22:26 | **Incident Location:** | JA07 - 4 - Z2 - Cell - | **Comment:** | |

Incident Number: 22-0427-572
Author: ISAIA.CAPELO
Incident Notes   Date Recorded: 04/27/2022 08:29

On Tuesday, April 26, 2022, I, Detention Officer I. Capelo (EIN ███████ was assigned to the Fourth Floor, Second Watch, Justice Housing Bureau, 701 North San Jacinto, Houston, Texas.

At approximately 2235 hours, I was on the 4th floor when an "all rovers" page was made for an Inmate vs. Inmate Fight in the 4G2 cellblock. I responded to the page alongside Detention Officer's J. Hernandez (EIN ███████ B. Spears (EIN ███████ and M. Pickens (EIN ███████ We were notified an inmate, identified by his Harris County t-card as Christian Jones (SPN 02916135), had been assaulted by several inmates. Detention Officer M. Castelano (EIN ███████ pointed out 2 inmates by their Harris County T-card as Edward Baker (SPN 03094616) and Jeremiah Jones (SPN 02943196).

Upon our entry, I spotted Inmate Baker packing his property. I ordered Inmate Baker to stop packing, and surrender to hand restraints. He refused and began mouthing off. I ordered Inmate Baker once more to turn around, he ignored my order, and continued to pack his belongings. I grabbed a hold Inmate Baker's left wrist and put it behind his back. He continued to mouth off as I cuffed him. After being cuffed, I handed him over to Detention Officer J. Weathersby (EIN ███████ to be escorted to the Z-cell. I walked over to Inmate Jones and cuffed him without any issues. I escorted Inmate Jones to the 4Z7 separation cell. I ordered Inmate Jones to remove his shoes, and let me remove the handcuffs. He complied.

Detention Officer Weathersby informed me Inmate Baker was still secured in handcuffs in the cell because he had refused to cooperate. Inmate Baker was also still cursing us and saying he was going to kill us all because he didn't care. Inmate Baker further threatened to send his brother and family after us whom are not currently incarcerated to hurt us. After a short cooling down period, I walked over to Z2-cell to remove Inmate Baker's shoes from the cell and the hand restraints.

Inmate Baker attempted to turn around as I was removing the hand restraints. I turned him back to face away from me. Inmate Baker's aggression escalated, again, once the restraints were removed. Inmate Baker spit at me with the intent of spitting in my face, and hit my right arm instead as Detention Officer Weathersby attempted to close the 4Z2 cell door. <mark>I re-entered the 4Z2 cell and delivered several reactionary closed hand strikes to Inmate Baker's head and body as he had raised both fists in a fighting stance while yelling expletives at us. Inmate Baker ducked his head and swung back. Inmate Baker missed striking me, at which time, I had made contact with his head and body. I only struck him enough times to regain control to stop his attack.</mark> Once I observed Inmate Baker stop and back away from me, I immediately stopped striking, reassessed, and exited the cell.

I immediately notified Sergeant Riojas of the situation that occurred. Sergeant Riojas approached the 4Z2 cell window and witnessed Inmate Baker spitting through the holes in cell door, which allow us to hear the person talking from either side. Inmate Baker had taken off his County issued shirt, pants, and socks. Inmate Baker yelled, "I 'ma give you a reason to come in here, so can beat you ass," and tied his socks around his neck choking himself.

At this moment, 701 clinic was notified of the medical emergency. I was ordered by Sergeant Riojas to go grab the Z-cell keys due to Inmate Baker impeding his own airway, causing himself to turn blue, attempting suicide, with the intent to harm officers in the process. To prevent getting spat on with bodily fluids from Inmate Baker again, Sergeant Riojas handed me the mat to use as shield. Sergeant Riojas then opened the cellblock door to prevent Inmate Baker from further self-harm. Inmate Baker had covered his head with his shirt and pants, attempting to tie those around his neck as well. Sergeant Riojas ordered me to hold the mat in front of my body as we entered the cell, and to quickly walked towards Inmate Baker and pressure him against the wall while he could not see. We made contact with Inmate Baker and grabbed ahold of him as we placed him face down on the ground. Inmate Baker resisted while being restrained. I immediately gained control of Inmate Baker's left arm and placed it behind his back. Once both of his arms were placed behind his back, Sergeant Riojas applied hand restraints successfully.

Once Inmate Baker was restrained, he remained calm on the ground face down. I used the cut down tool to assist removing the tied socks around Inmate Baker's neck. Inmate Baker was placed on his side, in a modified recovery position, until medical arrived. Upon Medical's arrival, Inmate Baker was helped to his feet and placed onto the stretcher. Sergeant Vaughn (EIN ███████ arrived on scene as well and escorted Inmate Baker down to the 701 Clinic alongside Detention Officer K. Brady (EIN ███████ for further evaluation.

Inmate Baker was informed he is being charged with Infraction code (1103) "Assault of any Staff Member" No inmate shall strike, physically touch or cause contact with any staff member by any means or make any legitimate attempt to do so. Inmate Baker was given an opportunity to write a statement. He refused.

I notified Sergeant R. Riojas (Badge #840) and Classification Detention Officer T. Tusey (EIN ███████ of this offense.

End of Report.

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 10/12/2022   8:51

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0721-974 | **Incident Reported:** | 7/21/22  23:17 |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | GARNER, M |
| **Incident Status:** | New | **Supervisor:** | NIETO, A |
| **Incident Occured:** | 7/21/22  10:45 | **Incident Location:** | JA09 - 2 - Holding -  - |

**Violent Incident:**  No
**Violence Type:**
**Reason:**
**Comment:**

### Inmate Involved

**Name:** MOORE, ISAIAH
**SPN:** 02770539
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
█████
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA09-2-F-1-06F

**Offense:** 1320 Unauthorized Housing/Location - Major
**Disposition:**
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
████████
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

### Staff Involved

**Name:** NIETO, ALEJANDRO
**Badge:**
**Position:** Sergeant
**Type of Involvement:** Supervisor
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Ex. 5 011**

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0721-974 | **Incident Reported:** 7/21/22  23:17 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** GARNER, M | **Violence Type:** |
| **Incident Status:** New | **Supervisor:** NIETO, A | **Reason:** |
| **Incident Occured:** 7/21/22  10:45 | **Incident Location:** JA09 - 2 - Holding -  - | **Comment:** |

**Statement:** Incident Number: 220721974
Author: ALEJANDRO NIETO
Staff Statement
Date Recorded: 10/11/2022 08:36
On Thursday, July 21, 2022 I, Sergeant A. Nieto (EIN ▮▮▮▮ was assigned to the Second Floor of the Harris County Sheriff Office 1200 Baker Street Jail, on Third Watch.

At approximately 2230 hours, I observed, on the surveillance monitor in the South Sergeant's office, Detention Officers M. Garner (EIN ▮▮▮▮ and J. Palmer (EIN ▮▮▮▮ struggling with an inmate, later identified as Isaiah Moore (SPN 02770539), in the second floor elevator lobby. I left the office and proceeded toward the lobby. I arrived to the Floor Control Center (FCC) hallway and observed Detention Officers Garner, Palmer, and D. Smith (EIN ▮▮▮▮ had Inmate Moore detained; faced down on the floor. Detention Officer Garner informed me Inmate Moore refused to return to his housing in 2F.

I grabbed Inmate Moore's left hand and elbow, and with the help of Detention Officer Smith, assisted him to his feet. We then escorted Inmate Moore to a nearby wall; where I took digital photographs of him. Inmate Moore was later escorted to the 1200 Baker Street clinic.

I did not strike Inmate Moore. Inmate Moore or the staff members present did not complain of pain in my presence. I did not observe any injuries on Inmate Moore or staff. End of supplement.
**File Statements:** No file attached

| | |
|---|---|
| **Name:** PALMER, JOHNATHAN | **Injury:** |
| **Badge:** | **Severity:** |
| **Position:** Detention Officer | **Description:** |
| **Type of Involvement:** Responding Officer | **Hospital Name:** |
| **Medical:** N | **Mental Health Filed:** |
| **E1?:** N | **Illness:** |
| **Photo Taken?:** N | **Photo:** |
| **Use of Force:** Y | |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0721-974 | **Incident Reported:** 7/21/22  23:17 | **Violent Incident:**  No |
| **Incident Type:** Disciplinary | **Reporting Officer:** GARNER, M | **Violence Type:** |
| **Incident Status:** New | **Supervisor:** NIETO, A | **Reason:** |
| **Incident Occured:** 7/21/22  10:45 | **Incident Location:** JA09 - 2 - Holding -  - | **Comment:** |

**Statement:** Incident Number: 220721974
Author: JOHNATHAN PALMER
Staff Statement
Date Recorded: 10/12/2022 01:53
On Thursday, July 21, 2022, I, Detention Officer J. Palmer (EIN ▮▮▮▮ was assigned to the 2nd floor Administrative Separation, on Late Watch as Floor Rover, of the Harris County Sheriff's Office Jail Facility located at 1200 Baker Street.
Approximately at 2245 I observed an unidentified inmate who was later identified by armband/T-card as Moore, Isaiah (SPN 02770539) standing in the elevator lobby. Detention Officer M. Garner (EIN ▮▮▮▮ informed me that Inmate Moore walked out of 2F cellblock. Detention Officer Garner and I entered second floor elevator lobby to investigate why Inmate Moore walked out of his cellblock. Upon arrival Inmate Moore stated to Detention Officer Garner, that he wants to go home. I then stated to Inmate Moore that he need to go back to his assigned housing cellblock. Inmate Moore then stated to Detention Officer Garner and I that he is not going back to his cellblock. I gave Inmate Moore two direct orders to return back to is cellblock. Inmate Moore refused both of my orders, stating that he is not going back in. After giving Inmate Moore multiple orders by myself and Detention Officer Garner I grabbed Inmate Moore right arm, while Detention Officer grabbed Inmate Moore's left arm. Detention officer Garner and I began escorting Inmate Moore back to F-pod. While escorting Inmate Moore back to F-pod Inmate Moore made a sudden movement pulling away from Detention Officer Garner. ==I delivered approximately three closed fist strikes to Inmate Moore facial area.== Inmate Moore fail to the ground with his arms in front of his face. I gave Inmate Moore a direct order to place his hands behind his back. Inmate Moore refused my direct order by holding his arms over his face, while lying on the floor. I was able to gain control of Inmate Moore's left arm and place it behind his back. Inmate Moore was successfully placed in hand restrains by Detention Officer Garner. Inmate Moore was then escorted down to 1200 Baker St. medical clinic to be evaluated by medical staff. I then returned back to my regular duties as floor rover
At no point did I observe any visible injuries on Inmate Moore nor did he complain of any pain in my presence.
At no point did I observe any visible injuries on staff nor did anyone complain of any pain in my presence.



**File Statements:** No file attached

| | |
|---|---|
| **Name:** SMITH, DARRYL | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** Incident Number: 220721974
Author: DARRYL SMITH
Staff Statement
Date Recorded: 10/12/2022 02:01
On Thursday, July 21, 2022, I, Detention Officer D. Smith (EIN ▮▮▮▮ was assigned to the 2nd Floor K-Pod, on Late Watch, of the Harris County Sheriff's Office Jail Facility located at 1200 Baker Street.
Approximately at 2245 I responded to a page for an inmate deputy fight in the FCC hallway.  When I arrived inmate Moore, Isaiah (SPN 02770539) was on the floor resisting to place his arms behind his back with the present staff.  I assisted by giving verbal commands to stop resisting and to place his hands behind his back.  I used both of my hands to flip Inmate Moore on his stomach and placed my knee on the right side of the back of his shoulder while he was handcuffed without further incident.
**File Statements:** No file attached

---

Incident Report                                         **Ex. 5 013**                                         Page 3 of 4

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0721-974 | **Incident Reported:** 7/21/22 23:17 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** GARNER, M | **Violence Type:** |
| **Incident Status:** | New | **Supervisor:** NIETO, A | **Reason:** |
| **Incident Occured:** | 7/21/22 10:45 | **Incident Location:** JA09 - 2 - Holding - - | **Comment:** |

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

,
**Statement:** No Statement Provided

## Incident Report

Incident Number: 22-0721-974
Author: MONTREL.GARNER
Incident Notes   Date Recorded: 09/30/2022 05:49

On Thursday, July 21, 2022, I, Detention Officer M. Garner (EIN ███████ was assigned to the 2nd Floor F-Pod, on Late Watch, of the Harris County Sheriff's Office Jail Facility located at 1200 Baker Street.

Approximately at 2245 I officer Garner was conducting visual rounds from the F-pod control, I opened up my two side vestibule door to allow an unknown inmate back inside of the cellblock. Shortly after the inmate walked in the 2F2 cellblock, I observed an unknown inmate later identified by armband/T-card as Moore, Isaiah (SPN# 02770539) leave the cellblock without being authorized to do so. Inmate Moore went to the second floor FCC control.  Once I Officer Garner was properly relived from my assigned duty post, I went to go investigate why inmate Moore left the cellblock.  Upon my arrival, inmate more constantly told me "I Want to go home" I Officer Garner with the assistance of officer J. palmer (EIN ███████ began to try to reason with inmate Moore to attempted to get him to go back into his assigned housing unit. I gave inmate Moore multiple orders for him to return back to F-2 but inmate Moore failed to comply with any orders that were giving by me. At that time I Officer Garner grabbed inmate Moore by his left arm with the assistance of Officer Palmer grabbing his right arm. We began to escort inmate Moore back to F-pod when he suddenly made an unknown movement pulling away from me. At that time I officer Garner through  and landed two close fist strikes to  inmate Moore's upper torso area. Inmate Moore was then fell to the floor, where I Officer Garner applied hand restraints on inmate Moore. Inmate more was then escorted to the 1200 building medical clinic for a use of force screening.

I was not injured during this incident. I did not hear Inmates Moore complain of injury. I did not hear of any staff complain of injuries during this incident.

 

**Harris County Sheriff's Office**

# Incident Report

**Today's Date:** 9/19/2022   17:01

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0721-946 | **Incident Reported:** 7/21/22  17:35 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** FAROOQ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** SYKES, A | **Reason:** Other |
| **Incident Occured:** 7/21/22  16:53 | **Incident Location:** JA09 - 2 - K - 1 - | **Comment:** |

## Inmate Involved

**Name:** PALOMO, ALEJANDRO NOEL JR.
**SPN:** 02862872
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

██████
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA09-2-K-1-01X

**Offense:** 1103 Assault On Staff - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
████████████
**Illness:** N
**Photo:** Y

**Statement:** No Statement Provided

## Staff Involved

**Name:** ANORGA, CHRISTOPHER
**Badge:** 1194
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 220721946
Author: CHRISTOPHER ANORGA
Staff Statement
Date Recorded: 08/18/2022 16:20
On Thursday July 21, 2022 I, Detention Officer C. Anorga (EIN ████████ was assigned to C-Pod of the Mental Health Unit located on the second floor of the Harris County Sheriff's Office 1200 Baker Street Detention Facility.
At approximately 1656 hours, I responded to a deputy/inmate fight to 2K1. Upon my arrival I observed several detention officers on the top tier near 2K1X cell struggling with an inmate. The detention officers were able to get the inmate into 2K1X. Once in 2K1X I observed the inmate to be on the bunk with the officers still attempting to restrain the inmate. I then took a hold of the inmate's left hand with both my hands and held it behind his back while the other officer was able to place the inmate in restraints. I then escorted the inmate down the stairs and out the cell where another detention officer took custody of the inmate to escort him to the clinic. I then returned to my assigned pod. While escorting the inmate down the stairs I observed the inmate to be bleeding from his left eye area but at no time did the inmate complain of pain. At no time did I strike the inmate.

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0721-946 | **Incident Reported:** | 7/21/22  17:35 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | FAROOQ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | SYKES, A | **Reason:** | Other |
| **Incident Occured:** | 7/21/22  16:53 | **Incident Location:** | JA09 - 2 - K - 1 - | **Comment:** | |

**File Statements:** No file attached

**Name:** DIAZ, OSCAR
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 220721946
Author: OSCAR DIAZ
Staff Statement
Date Recorded: 08/09/2022 17:20

On Thursday, July 21, 2022, I, Detention Officer O. Diaz (EIN ▮▮▮▮▮ was assigned to the Second Floor K-Pod, on First watch, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.

At approximately 1653 hours, my partner J. Farooq ( EIN: ) entered inside of the 2K1 Cell-block due to an inmate refusing housing. The Inmate was identified by armband as Palomo, Alejandro (SPN: 02862872), who is currently assigned to 2K1-X. He informed Inmate Palomo that his recreational time was up and that is was time to go back inside of his cell. Inmate Palomo refused to comply with his command and continued to talk on the phone. Farooq gave another verbal command to Inmate Palomo ordering him to get off of the phone and to return to his cell. Once again, Inmate Palomo refused to comply with his order and stated "fuck what you talking about. I ain't going up. I don't care what you say".

At this point, Inmate Palomo hung up the phone and ran upstairs to his cell. Farooq followed after Inmate Palomo to make sure he went inside of his cell. Inmate Palomo came back out of his cell with tennis shoes on and gave multiple verbal threats to Farooq stating "I'll fuck you up! You a Bitch!" He gave one more verbal command to Inmate Palomo ordering him to go inside of his cell, which he again refused.

Inmate Palomo then took and fighting stance and had his fist clinched. He continued to give commands to Inmate Palomo to go inside of his cell. At this point, Inmate Palomo was directly in front of Farooq's face. Farooq then delivered Closed Fist Strikes to Inmate Palomo's upper torso/facial area. I immediately made a page for deputy inmate fight in 2K1.

At this point, additional rovers arrived to assist Farooq in placing Inmate Palomo into hand restraints. Inmate Palomo continued to resist and was being non-compliant Detention Officer's J. Palmer (▮▮▮▮ and D. Smith (▮▮▮▮ were able to bring Inmate Palomo inside of his cell and place him into hand restraints. Inmate Palomo was then escorted out of the pod and to the 1200 Baker St. Clinic to be evaluated by medical staff. At no point in time did I witness nor did any officer complain of any pain or discomfort in my presence.

**File Statements:** No file attached

**Name:** HAMEL, JORDAN
**Badge:** 1962
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0721-946 | **Incident Reported:** | 7/21/22  17:35 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | FAROOQ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | SYKES, A | **Reason:** | Other |
| **Incident Occured:** | 7/21/22  16:53 | **Incident Location:** | JA09 - 2 - K - 1 - | **Comment:** | |

**Statement:** Incident Number: 220721946
Author: JORDAN HAMEL
Staff Statement
Date Recorded: 08/18/2022 16:20
On Thursday, June, 21, 2022, I, Detention Officer J. Hamel (EIN: ████ was assigned to the Second Floor in A-pod in the Mental Health Unit, Early Watch, at the Harris County Sheriff's Office Jail Facility, located at the 1200 Baker Street, Houston, Harris County, Texas.
At approximately 15:56 hours, a floor page was made for an "Inmate Deputy fight in 2K1". I quickly responded.  As I entered the 2K1, I was stopped by Det. Sergeant A. Sykes (EIN: ████ who was standing in the door way of 2K1 X-cell, she informed me that the scene was clear. I didn't see the inmate due to Det. Sergeant Sykes standing in the door way along with several other Detention Officer's. I was later informed that the inmate involved was Inmate Palomo, Alejandro (SPN: 02862872). I exited the vestibule, informing all other responding Detention Officers that were in the hallway the scene was clear. I did not observe any visible injuries on Inmate Palomo, nor did he complain of any pain in my presence. Furthermore, I did not observe any visible injuries on any of the staff members present during my response to the scene. None of the staff members present complained of any pain in my presence.
**File Statements:** No file attached

| | | | |
|---|---|---|---|
| **Name:** PALMER, JOHNATHAN | | **Injury:** | |
| **Badge:** | | **Severity:** | |
| **Position:** Detention Officer | | **Description:** | |
| **Type of Involvement:** Responding Officer | | **Hospital Name:** | |
| **Medical:** N | | **Mental Health Filed:** | |
| **E1?:** N | | **Illness:** | |
| **Photo Taken?:** N | | **Photo:** | |
| **Use of Force:** Y | | | |

**Statement:** Incident Number: 220721946
Author: JOHNATHAN PALMER
Staff Statement
Date Recorded: 09/01/2022 04:28

On Thursday, July 21, 2022, I, Detention Officer J. Palmer (EIN ████ was assigned to the Second Floor M-Pod, on First Watch, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 1653, I, Detention Officer Palmer, responded to a floor page, via the floor intercom, for an Inmate-Deputy fight in 2K1. When I arrived, I observed an inmate, later identified by his armband and T-card, as Inmate Palomo, Alejandro (SPN 02862872) and Detention Officer J. Farooq (EIN ████ fighting by throwing closed fist strikes towards each other on the second tier of 2K1 by X-cell.  I immediately ran up the stairs to assist Detention Officer Farooq and Detention Officer D. Smith (EIN ████) by trying to get Inmate Palomo in hand restraints. As I approached them fighting, I called out to the inmate to stop resisting, he refused. I then delivered approximately 4 closed fist strikes to Inmate Palomo facial area while telling him to stop resisting. I was able to take a hold of Inmate Palomo's left arm to prevent him from throwing any more strikes towards staff, guided him into his cell and onto his bunk face down in order to be handcuffed. I then successfully placed both hand cuffs on Inmate Palomo's wrist. Inmate Palomo was then escorted to the 1200 clinic to be evaluated by staff without further incident.
I did not observed or hear of any injuries sustained to staff.  Inmate Palomo did not complain of any pain in my presence, however I did observe Inmate Paloma bleeding from his lip, during this incident.

**File Statements:** No file attached

| | | | |
|---|---|---|---|
| **Name:** SMITH, DARRYL | | **Injury:** | |
| **Badge:** | | **Severity:** | |
| **Position:** Detention Officer | | **Description:** | |
| **Type of Involvement:** Responding Officer | | **Hospital Name:** | |
| **Medical:** N | | **Mental Health Filed:** | |
| **E1?:** N | | | |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0721-946 | **Incident Reported:** 7/21/22 17:35 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** FAROOQ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** SYKES, A | **Reason:** Other |
| **Incident Occured:** 7/21/22 16:53 | **Incident Location:** JA09 - 2 - K - 1 - | **Comment:** |

| | |
|---|---|
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** Y | **Photo:** |

**Statement:** Incident Number: 220721946
Author: DARRYL SMITH
Staff Statement
Date Recorded: 08/19/2022 15:20

At approximately 1653, I, Detention Officer Smith, responded to a floor page for an Inmate-Deputy fight in 2K1.  When I arrived, I observed Inmate Palomo, Alejandro (SPN 02862872) and Detention Officer J. Farooq (EIN ▓▓▓▓ fighting by throwing closed fist strikes towards each other on the second tier of 2K1 by X-Cell.  I immediately ran up the stairs to assist Officer Farooq by trying to get Inmate Palomo in restraints. As I approached them fighting.  I then delivered one right knee strike to the abdomen of Inmate Palomo, but he continued to fight. I delivered approximately five closed fist strikes to the back of Inmate Palomo head area to get him to comply with the commands I was giving him to stop resisting and fighting. I was able to take a hold of Inmate Palomo's right arm to prevent him from throwing any more strikes towards staff, guided him into his cell and onto his bunk face down in order to be handcuffed.  Inmate Palomo was then placed in hand restraints and escorted to the 1200 clinic to be evaluated by staff without further incident. I did not witness or hear of any injuries sustained to staff or Inmate Palomo during this incident.

**File Statements:** No file attached

| | |
|---|---|
| **Name:** SYKES, ANNIE | |
| **Badge:** | **Injury:** |
| **Position:** Detention Sergeant | **Severity:** |
| **Type of Involvement:** Supervisor | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** Incident Number: 220721946
Author: ANNIE SYKES
Staff Statement
Date Recorded: 08/31/2022 19:10

On Thursday July 21, 2022 I, Detention Sergeant A. Sykes (Badge 152) was assigned to Admin Separation as the Supervisor, located on the second floor of the Harris County Sheriff's Office 1200 Baker Street Detention Facility.

At approximately 1655hrs, while working in the admin office, I heard loud noises that seemed to be coming from the hallway near K pod. Before I could get into the hallway, a page, via the floor intercom, for an inmate/deputy fight in 2K1 was called. When I arrived, there were officers at the top of the stairs fighting and struggling to get an inmate, later identified by his armband and t-card as Inmate A. Palomo (SPN 02862872), handcuffed. I gave the officers orders to get control of the inmate and guide him into his cell, if possible, so he could be handcuffed. The detention officers were able to get Inmate Palomo into his cell and on his bunk, face down, while he was still resisting being restrained. Detention Officer C. Anorga was able to take ahold of both of Inmate Palomo's wrist, hold them together, while another officer handcuffed him. Inmate Palomo was then lifted off the bunk and escorted down the stairs and taken to the clinic for medical treatment. Upon Inmate Palomo return from the clinic, he was placed in the 2nd floor holding cell. At no time did any of the officers complain of injury, nor did I notice any injury. Inmate Palomo did not complain of injury but I did notice what looked like blood in his lip area.

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0721-946 | **Incident Reported:** | 7/21/22  17:35 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | FAROOQ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | SYKES, A | **Reason:** | Other |
| **Incident Occured:** | 7/21/22  16:53 | **Incident Location:** | JA09 - 2 - K - 1 - | **Comment:** | |

**File Statements:** No file attached

**Name:** WOODS, GARRETT
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Clinic Escort
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 220721946
Author: GARRETT WOODS
Staff Statement
Date Recorded: 09/09/2022 08:18
On Thursday, July 21, 2022 I, Detention Officer G. Woods (EIN ▇▇▇▇ was assigned to the Second Floor as a rover, on First watch, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 1655 hours, I heard an all rovers page for deputy and inmate fight in 2K-1. Upon arrival, Inmate, later identified by T-Card/Armband, as Alejandro Palomo, (SPN: 02862872), was being escorted down the stairs of the cellblock. I relieved Detention Officer J. Farooq (EIN ▇▇▇▇▇), being that he was involved and escorted inmate Palomo to the 1200 clinic. Inmate Palomo was seen for his injuries and escorted back to the second floor.
End of report.

**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

**Ex. 5 019**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-0721-946 | **Incident Reported:** | 7/21/22  17:35 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | FAROOQ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | SYKES, A | **Reason:** | Other |
| **Incident Occured:** | 7/21/22  16:53 | **Incident Location:** | JA09 - 2 - K - 1 - | **Comment:** | |

Incident Number: 22-0721-946
Author: JAMAEL.FAROOQ
Incident Notes   Date Recorded: 07/21/2022 20:40

On Thursday, July 21, 2022, I, Detention Officer J. Farooq (EIN ███████ was assigned to the Second Floor K-Pod, on First watch, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.

At approximately 1653 hours, I entered inside of the 2K1 Cell-block due to an inmate refusing housing. The Inmate was identified by armband as Palomo, Alejandro (SPN: 02862872), who is currently assigned to 2K1-X. I informed Inmate Palomo that his recreational time was up and that is was time to go back inside of his cell. Inmate Palomo refused to comply with my command and continued to ta k on the phone. I gave another verbal command to Inmate Palomo ordering him to get off of the phone and to return to his cell. Once again, Inmate Palomo refused to comply with my order and stated "fuck what you ta king about. I ain't going up. I don't care what you say".

At this point, Inmate Palomo hung up the phone and ran upstairs to his cell. I followed after Inmate Palomo to make sure he went inside of his cell. Inmate Palomo came back out of his cell with tennis shoes on and gave multiple verbal threats to me stating "I'll fuck you up! You a Bitch!" I gave one more verbal command to Inmate Palomo ordering him to go inside of his cell, which he again refused.

Inmate Palomo then took and fighting stance and had his fist clinched. I continued to give commands to Inmate Palomo to go inside of his cell. At this point, Inmate Palomo was directly in front of my face. I then delivered approximately 8 Closed Fist Str kes to Inmate Palomo's upper torso/facial area. Inmate Palomo delivered two closed fist str kes to my facial area. I did feel pain and discomfort as a result of this.

At this point, additional rovers arrived to assist me in placing Inmate Palomo into hand restraints. Inmate Palomo continued to resist and was being non-compliant. I then delivered one closed fist strike to inmate Palomo's upper torso/facial area as well as one knee strike to the torso area in an effort to gain compliance and to place him into restraints. Detention Officer's J. Palmer ███████ and D. Smith ███████ and I were able to bring Inmate Palomo inside of his cell and place him into hand restraints. Inmate Palomo was then escorted out of the pod and to the 1200 Baker St. Clinic to be evaluated by medical staff. At no point in time did I witness nor did any officer complain of any pain or discomfort in my presence.

I informed Inmate Palomo that he was in violation of code 1103, "ASSAULT ON STAFF," of the Harris County Sheriff's Office Inmate Handbook.  A Confirmation of Service was given prior to the completion of this report

Classification Detention Officer J. Hernandez ███████ and Sergeant A. Sykes ███████ were informed of the incident.

 

## Harris County Sheriff's Office

## Incident Report

**Today's Date:** 7/27/2022   2:56

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0726-804 | **Incident Reported:** 7/26/22   21:53 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** HILL, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** KELLEY, J | **Reason:** |
| **Incident Occured:** 7/26/22   19:20 | **Incident Location:** JA07 - 6 - J - 2 - | **Comment:** |

### Inmate Involved

**Name:** GALLOW, DAJOHN
**SPN:** 03111587
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
▮▮▮▮▮▮
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA07-6-J-2-01A

**Offense:** 1106 Resisting Restraint - Major
**Disposition:** Approved
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
▮▮▮▮▮▮
**Illness:** N
**Photo:** Y

**Statement:** No Statement Provided

### Staff Involved

**Name:** DEAN, JASON
**Badge:**
**Position:** Sergeant
**Type of Involvement:** Supervisor
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0726-804 | **Incident Reported:** 7/26/22  21:53 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** HILL, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** KELLEY, J | **Reason:** |
| **Incident Occured:** 7/26/22  19:20 | **Incident Location:** JA07 - 6 - J - 2 - | **Comment:** |

**Statement:** Incident Number: 220726804
Author: JASON DEAN
Staff Statement
Date Recorded: 07/27/2022 02:52
On Tuesday, July 26, 2022, I, Sergeant J. Dean (EIN-■■■■ was assigned as a Sergeant on the Third Floor of the Harris County Jail at 701 N. San Jacinto during the Second Watch.
At approximately 1920 hours I was contacted by the Sixth Floor Sergeant, Sergeant J. Kelley (EIN■■■■ who stated a couple of his staff members were involved in a Use of Force.  Sergeant Kelley requested I retrieve a camera from the CSC and obtain photographs of the involved inmate.
After retrieving the camera, I met Inmate Dajohn Gallow (SPN 03111587) in the 701 Jail Clinic.  Photographs were obtained of Inmate Gallow where I observed a small laceration on the inside of his bottom lip on the right side.  I did not observe any other injuries to Inmate Gallow.
I provided Sergeant Kelley with the camera at which time he uploaded the photographs into the A.D.A.M.S. system.
This concludes my involvement of the said incident.
End of supplement.
**File Statements:** No file attached

| | | |
|---|---|---|
| **Name:** HERRINGTON, KYLE | | |
| **Badge:** | **Injury:** | |
| **Position:** Detention Officer | **Severity:** | |
| **Type of Involvement:** Responding Officer | **Description:** | |
| **Medical:** N | **Hospital Name:** | |
| **E1?:** N | **Mental Health Filed:** | |
| **Photo Taken?:** N | **Illness:** | |
| **Use of Force:** Y | **Photo:** | |

**Statement:** Incident Number: 220726804
Author: KYLE HERRINGTON
Staff Statement
Date Recorded: 07/27/2022 00:36
On Tuesday, July 26, 2022, I, Detention Officer K. Herrington (EIN-■■■■ was assigned to the second watch, 6th-floor, as the J-pod PCC Officer, of the Harris County Jail Facility, located at 701 North San Jacinto, Houston, Texas.
At approximately 1932 hours, I was observing Detention Officer J. Hill (EIN) while he was conducting rounds. I observed D. O. Hill conversing with an unidentified inmate, later identified by his Harris County Armband / T-Card as Gallow, Dajohn (SPN 03111587). As D.O. Hill was leaving 6J2, Inmate Gallow approached D. O. Hill. I heard D.O. Hill verbally order Inmate Gallow to back up from him and the door several times but Inmate Gallow refused. D.O. Hill removed Inmate Gallow from 6J2 and was attempting to handcuff him, and I went to his assistance. Inmate Gallow pulled away and balled both of his hands up into a fist at D.O. Hill. I grabbed Inmate Gallow by his right shoulder with my right hand and escorted him from the cellblock doorway and placed him on the wall of the vestibule. I verbally ordered Inmate Gallow to put his hands behind his back, which he refused and kept resisting by trying to throw his elbows up. I struck Inmate Gallow multiple times with a closed fist striking his ribs to gain compliance and to free his arms. Inmate Gallow submitted and complied with the verbal order to be handcuffed.  D.O. Hill and I assisted Inmate Gallow to his feet and walked him to Pod Door where he was released to arriving Detention Officers by Myself and D.O. Hill.
I did not observe any injuries and inmate gallow did not complain of any pain
END OF SUPPLEMENT
**File Statements:** No file attached

| | | |
|---|---|---|
| **Name:** HILL, JERMEL | | |
| **Badge:** | **Injury:** | |
| **Position:** Detention Officer | **Severity:** | |
| **Type of Involvement:** Responding Officer | **Description:** | |
| **Medical:** N | **Hospital Name:** | |
| **E1?:** N | **Mental Health Filed:** | |
| **Photo Taken?:** N | **Illness:** | |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-0726-804 | **Incident Reported:** 7/26/22  21:53 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** HILL, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** KELLEY, J | **Reason:** |
| **Incident Occured:** 7/26/22  19:20 | **Incident Location:** JA07 - 6 - J - 2 - | **Comment:** |

**Use of Force:** Y                                   **Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** KELLEY, JAMES
**Badge:**                                                                            **Injury:**
**Position:** Sergeant                                                            **Severity:**
**Type of Involvement:** Supervisor                                   **Description:**
**Medical:** N                                                                       **Hospital Name:**
**E1?:** N                                                                              **Mental Health Filed:**
**Photo Taken?:** Y                                                            **Illness:**
**Use of Force:** N                                                               **Photo:**

**Statement:** Incident Number: 220726804
Author: JAMES KELLEY
Staff Statement
Date Recorded: 07/27/2022 02:05
On Tuesday, July 26, 2022, I, Sergeant J. Kelley (EIN-⬛⬛⬛⬛ was assigned as a Sergeant on the sixth floor of the Harris County Jail at 701 N. San Jacinto during the second watch.
At approximately 1920 hours, I heard a floor page for an Inmate/Deputy Fight in the 6J-vestibule. When I arrived in the area, I noticed Detention Officer J. Hill (EIN-⬛⬛⬛⬛ and K. Herrington (EIN-⬛⬛⬛ had Inmate D. Gallow (SPN-03111587) handcuffed and leading him towards the elevator lobby. I went back to view the cameras after being advised by Detention Officer Hill that he had been in a use of force.  After reviewing the cameras, I had Sergeant J. Dean take photos of Inmate Gallow.
I uploaded the photos to Adams and uploaded the videos to the shared V-drive.
I met Inmate Gallow in the 701 Clinic and asked if he wanted to write a statement, and he accepted and completed a statement.  Once the statement was finished, I scanned the statement and the medical receipt into the Blue team.
While talking to Inmate Gallow, I didn't observe any injuries to him nor hear him complain of any injuries.
End supplement.
**File Statements:** No file attached

**Name:** LAVAN MAJOR, TRAITAN
**Badge:**                                                                            **Injury:**
**Position:** Detention Officer                                              **Severity:**
**Type of Involvement:** Responding Officer                       **Description:**
**Medical:** N                                                                       **Hospital Name:**
**E1?:** N                                                                              **Mental Health Filed:**
**Photo Taken?:** N                                                            **Illness:**
**Use of Force:** N                                                               **Photo:**

**Statement:** Incident Number: 220726804
Author: TRAITAN LAVAN MAJOR
Staff Statement
Date Recorded: 07/26/2022 22:16
On Tuesday, July 26th, I, Detention Officer T.LaVan-Major (EIN-⬛⬛⬛⬛ was assigned to the Second Watch, on the 6th floor, as a Floor Rover, in the Harris County Detention Facility, located at 701 North San Jacinto Street, Houston, Texas.
At approximately 1932 hours a floor page for a Deputy/inmate fight was made for 6J, at the time of my arrival the inmate who was later identified as Gallow, Dajohn (SPN-03111587) had already been restrained by Detention Officers J. Hill (EIN-⬛⬛⬛ and K. Herrington (EIN-⬛⬛⬛ I then relieved the involved officers to then escort the inmate down to 3Z7 holding cell to then be taken down by a 3rd floor rover to seek medical attention.
At no point did I kick or strike or strike the inmate or see any visible injuries at the time of the incident.
END OF SUPPLEMENT

**Incident Report**                                    **Ex. 5 023**                                    **Page 3 of 5**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0726-804 | **Incident Reported:** 7/26/22  21:53 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** HILL, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** KELLEY, J | **Reason:** |
| **Incident Occured:** | 7/26/22  19:20 | **Incident Location:** JA07 - 6 - J - 2 - | **Comment:** |

**File Statements:** No file attached

**Name:** VIDAURRI, THOMAS
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Clinic Escort
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 220726804
Author: THOMAS VIDAURRI
Staff Statement
Date Recorded: 07/27/2022 00:48
On Tuesday, July 26, 2022, I, Detention Officer T. Vidaurri (EIN-█████ was assigned to the Third floor, as a Floor Rover, in the Harris County Detention Facility at 701 N. San Jacinto Street, on the Second Watch.

At approximately 1938 hours, I was assigned by Sergeant J. Dean to escort an inmate involved in a deputy inmate fight on 6J2; Harris County Armband/T-card later identified the inmate as Inmate Dajohn Gallow (SPN-03111587). I gathered Inmate Gallows clothing on the sixth floor, then later on the third floor; I gave Inmate Gallow his clothing through the pan hole in 3Z7, where I handcuffed him through the pan hole and escorted him downstairs to the basement.
Sergeant Dean was downstairs in the clinic awaiting our arrival to take Inmate Gallow's pictures of the injuries he had received. After inmate Gallows wanted to be seen by the medical personnel on duty about the injuries he suffered on the sixth floor.

END OF SUPPLEMENT
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-0726-804 | **Incident Reported:** 7/26/22  21:53 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** HILL, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** KELLEY, J | **Reason:** |
| **Incident Occured:** | 7/26/22  19:20 | **Incident Location:** JA07 - 6 - J - 2 - | **Comment:** |

Incident Number: 22-0726-804
Author: JERMEL.HILL
Incident Notes   Date Recorded: 07/27/2022 02:39

On Tuesday, July 26, 2022, I, Detention Officer J. Hill (EIN-█████ was assigned to second watch, on the 6th floor, as a rover, of the Harris County Jail Facility located at 701 North San Jacinto, Houston, Texas.
At approximately 1920 hours, I was conducting Corretrak rounds in 6J2. I heard, in a very loudly tone of voice stating, "Hill's a bitch" repeatedly. After I confirmed where it was coming from within the 6J2-A cell. I approached an inmate identified by his Harris County-issued armband and T-card as Gallow, DaJohn (SPN 03111587). I ordered him to step out of the cell block for disorderly conduct. I was going to place him in a separate cell for (1317) UNAUTHORIZED CONTACT WITH ANY STAFF MEMBER, Which states, "No inmate shall make any written, verbal, or physical contact of a personal nature with any Detention Officer, Deputy, or Staff Member."

Inmate Gallow continued to state he didn't do anything wrong and wasn't going anywhere. As Gallow began to walk off, I reached and grabbed hold of his orange Harris County-issued shirt and pulled him out of the cell block. I began to escort him to the Pod cell door in the safety vestibule of J-pod. I verbally ordered Inmate Gallow to place his arms behind him to be placed in handcuffs. I reached for Gallows' right arm as Detention Officer K. Herrington (EIN-█████ came to assist, and attempted to gain control of his left arm. Inmate Gallow lowered his center of gravity (HOW) and held his arms tight to his side with his fingers interlocked, actively resisting being placed in handcuffs.

I informed Inmate Gallow that force would be used with his continued active resistance and refusal to comply with verbal orders to give us his arms. Gallow continued with his resistance. ==I administered one closed fist strike, with my right hand, to the head striking him in the face.== Inmate Gallow dropped to his knees. I was able to place his right wrist into a handcuff. Inmate Gallow was placed in the prone position where I was able to secure his left wrist in the handcuff without further use of force.

D.O. Herrington and I assisted Inmate Gallow to his feet and escorted him from 6J to the 6th-floor elevator lobby where I released him to Detention Officer C. Robinson (EIN-█████ and Detention Officer T. Lavan-Major (EIN-█████ Inmate Gallow was escorted to the third-floor separation Z-Cell.

Inmate Gallow was informed he was in Violation of the Harris County Sheriff's Office Inmate Handbook Disciplinary Code # (1106) RESISTING RESTRAINT, "No inmate shall refuse or resist being handcuffed, leg ironed or restrained by any lawful means by a Detention Officer, Deputy or Staff Member."

Inmate Gallow was provided the opportunity to write a statement, which he accepted. A Confirmation of Service was issued to Inmate Gallow on the completion of this report.

I informed Sergeant J. Kelley (EIN-█████ and Classification Detention Officer S. Gil (EIN-█████ of this incident.

I did not observe the inmate struck or kicked by any other staff member. I did not observe any visible injuries or outcry of injury by the inmate.
At this time I was informed that Inmate Gallow was examined by Dr. Dangerfield and will be transported to █████ Hospital via Van.
Escorting deputy and official diagnosis not known at this time.
Camera footage of this incident may be reviewed at Camera: 6J-SU1 C6165 at time mark 7/26/22 19:31.

End of Report.

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 6/22/2023  2:36

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** 3/31/23  0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

### Inmate Involved

**Name:** HAMILTON, IVY D ANGELO
**SPN:** 02711380
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

█████
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:**

**Offense:** 1106 Resisting Restraint - Major
**Disposition:** Approved
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
████████████
**Illness:** N
**Photo:** Y

**Statement:** No Statement Provided

### Staff Involved

**Name:** CEJAS, MARK
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** 3/31/23 1:22 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** | 3/31/23 0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**Statement:** Incident Number: 230331651
Author: MARK CEJAS
Staff Statement
Date Recorded: 05/29/2023 02:09
On Thursday March 30, 2023, I, Detention Officer M. Cejas (EIN ▆▆▆▆ was assigned to 2nd Booking Security, of the Harris County Sheriff's Office Detention Facility located at 700 North San Jacinto Street in Houston, Texas.
On Friday, March 31,2023 at approximately 00:46 hours I, Detention Officer M.Cejas (EIN ▆▆▆▆ ) responded to a disturbance, and a burning smell going on at holding cell 2 at booking. I verbally told prisoner Hamilton IVY (SPN 02711380) to turn around, and put his hands behind his back multiple times, prisoner refused to do so.  Detention Officer J. Cruz (EIN ▆▆▆▆) opened the door so that we could get a hold of Inmate Hamilton and put him in hand restraints. Inmate Hamilton started to resist so I took hold of him by wrapping both of my arms around his waist in an attempt to take him down to the floor but somehow we all fell. I had my left arm across his right shoulder. While we were on the floor I used open hand control with both hands to maneuver him over from his left side so that he can be lying flat. I then took hold of his left arm to pull it behind his back so that his left wrist can be restrained. After the prisoner was restrained I assisted to lifting prisoner Hamilton to his feet.
At no time during the incident did I ever strike prisoner Hamilton. I did not sustain any injuries during the incident. I did not hear the prisoner complain about injuries during my involvement with the incident, or did I hear other responding officer complain about injuries. I did not have any further involvement with this incident
Sergeant L. Mitchell (EIN ▆▆▆▆ was notified of the situation
End of report


Incident Number: 230331651
Author: MARK CEJAS
Staff Statement
Date Recorded: 04/24/2023 01:21
Approximately at 0047 hours I, Detention Officer M.Cejas (EIN ▆▆▆▆ responded to a disturbance, and a burning smell going on at holding cell 2 at booking. I verbally told prisoner Hamilton IVY (SPN 02711380) to turn around, and put his hands behind his back multiple times, prisoner refused to do so.  Detention Officer J. Cruz (EIN ▆▆▆▆) opened the door so that we could get a hold of Inmate Hamilton and put him in hand restraints. Inmate Hamilton started to resist so I took hold of him by wrapping both of my arms around his waist in an attempt to take him down to the floor but somehow we all fell. While we were on the floor I used open hand control to maneuver him over from his side so that he can be lying flat. I then took hold of his left arm to pull it behind his back so that his left wrist can be restrained.
At no time during the incident did I ever strike prisoner Hamilton. I did not sustain any injuries during the incident.
Sergeant L. Mitchell (EIN ▆▆▆▆ was notified of the situation
End of report

Incident Number: 230331651
Author: MARK CEJAS
Staff Statement
Date Recorded: 04/08/2023 01:59
On Saturday, March 31, I, Detention Officer M. Cejas (EIN ▆▆▆▆ was assigned to 3rd Watch, 2nd Floor, Booking Security, of the Harris County Sheriff's Office Detention Facility located at 700 North San Jacinto Street in Houston, Texas.
Approximately at 0047 hours I, Detention Officer M.Cejas (EIN ▆▆▆▆) responded to a disturbance, and a burning smell going on at holding cell 2 at booking. I verbally told prisoner Hamilton IVY (SPN 02711380) to turn around, and put his hands behind his back multiple times, prisoner refused to do so.  Detention Officer J. Cruz (EIN ▆▆▆▆ open the door so we could get a hold of prisoner Hamilton to put him in hand restraints. Prisoner Hamilton started to resist so I grabbed Hamilton to bring him down to the floor. I wrapped both of my arms around Hamilton's waist so I could bring him to down to the floor. When we brought Prisoner Hamilton to the floor I got on top of his back so I could get a hold of his left arm, so I could restrain Hamilton.
At no time during the incident did I ever strike prisoner Hamilton. I did not sustain any injuries during the incident.
Sergeant L. Mitchell (EIN ▆▆▆▆ was notified of the situation
End of report

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0331-651 | **Incident Reported:** 3/31/23 1:22 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** 3/31/23 0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**File Statements:** No file attached

**Name:** CRUZ, JOSE
**Badge:**                                                                    **Injury:**
**Position:** Detention Officer                                **Severity:**
**Type of Involvement:** Responding Officer        **Description:**
**Medical:** N                                                          **Hospital Name:**
**E1?:** Y                                                                **Mental Health Filed:**
**Photo Taken?:** N                                              **Illness:**
**Use of Force:** Y                                                  **Photo:**

**Statement:** Incident Number: 230331651
Author: JOSE CRUZ
Staff Statement
Date Recorded: 05/19/2023 03:59
 On Thursday March 30, 2023 I Detention Officer J. Cruz (EIN ███ was assigned to the Second floor clinic security position of the Joint Processing Center located at 700 N. San Jacinto ST Houston TX 77002

At approximately 0045 hrs on Friday March 31st , I was walking by the holding cells located in the booking area. As I walked passed holding cell #2, it smelled as if something was burning. I immediately called the first officer in sight which was Detention Officer R. Galvan (EIN ███ so that he could confirm what I believed to have smelled. D.O Galvan and I approached booking holding cell #2, upon looking through the cells window I observed two pieces of burned paper. I opened the cells pan hole and immediately saw a shirt that appeared to have smoke coming from it. I immediately made an attempt to retrieve the shirt from the prisoner and failed. I made a second attempt to retrieve the shirt and successfully got a hold of the prisoner's shirt and pulled it out of the pan hole. When I pulled the shirt out of the cell I observed fire sparks on my uniform and immediately shook them off as I threw the burning shirt on the floor. I stepped on the shirt a few times until I saw no more fire sparks. I redirected my attention to the prisoner and began to give the prisoner multiple verbal orders to put his hands behind his back and place them through the pan hole so that he could be handcuffed. D.O Galvan also gave the prisoner multiple verbal commands to put his hands behind his back and put them through the pan hole so that he could be handcuffed. The prisoner refused our directives. Upon reviewing video footage, Detention Officer M. Cejas (EIN ███ had also responded and was to my right before opening the holding cell door. In fear for the safety and security of the prisoner, prisoners and JPC personnel, I unlocked and opened the holding cell door. D.O Galvan and I made an attempt to restrain the prisoner. The prisoner immediately began to pull away from our grasp and began to resist. Fellow officers responded and began to assist. I reached over the prisoners left shoulder in an attempt to pull him to the floor. The prisoner and I along with fellow assisting officers fell to the floor. I yelled multiple times at the prisoner to stop resisting and to put his hands behind his back but he refused by putting both of his hands underneath his chest while facing down. In an attempt to gain control and compliance of the resisting prisoner I struck the prisoner four times on the right side of his face with my right closed fist. The prisoner immediately put his right hand up and I was able to apply the handcuff successfully. I placed his right hand behind his back and a fellow officer was able to direct his left hand behind his back. At that time I was able to apply cuffs on his left wrist. I along with other officers assisted the prisoner to his feet. I searched the prisoner pockets and found the lighter in which he had started burning the paper and shirt. The prisoner was escorted by me and fellow officers to the clinic for any injuries. I escorted the inmate by placing my arm under his left arm and placed my hand over his left shoulder as he continued to refuse to walk. The prisoner was later identified by his Harris County issued armband and AFIS mugshot as Hamilton, Ivy (SPN 02711380) END OF REPORT.
Prisoner Hamilton was given the opportunity to write a statement but refused.
I completed a Use of Force medical receipt and presented it to Nurse Practitioner Onwumere in the ███ clinic.
Prisoner Hamilton was notified that he is being charged with the Harris code violations # 1106 RESISTING RETRAINTS. And # 1213 SETTING OR CAUSING A FIRE.

**File Statements:** No file attached

**Name:** DE LA PENA, IRVIN
**Badge:**                                                                    **Injury:**
**Position:** Detention Officer                                **Severity:**
**Type of Involvement:** Responding Officer        **Description:**
**Medical:** N                                                          **Hospital Name:**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** | 3/31/23  1:22 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CRUZ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | GONZALES, N 1584 | **Reason:** | |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** | JPC - 2 - Booking - HLD2 - | **Comment:** | |

**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**Statement:** Incident Number: 230331651
Author: IRVIN DELAPENA
Staff Statement
Date Recorded: 06/21/2023 03:08
On Thursday, March 30th, 2023, I, Detention Officer I. De La Pena (EIN ████ was assigned to JPC Classification during my overtime shift at the Joint Processing Center during third watch, on the Second Floor, in the Joint Processing Center (JPC), of the Harris County Sheriff's Office, located at 700 N. San Jacinto.
At approximately 00:46 hours, on Friday, March 31th, 2023. I heard the smoke alarm went off. I got up from my seat and assisted to control the crowd. As I was walking to booking side of the building I observed Inmate Hamilton, Ivy (SPN #02711380) identified by his armband aggressively resisting restraint against Detention Officer J.Cruz(EIN ████ R.Galvan (EIN ████ , and M.Cejas (EIN ████ I immediately ran as fast as I can to lend assistance. Inmate was given a verbal direction to comply but ignoring direct commands from Detention Officers.  I assessed the situation and grabbed the inmate's left arm first and decided to go for a single leg takedown, lifting up his leg as I pulled in an attempt to knock inmate Hamilton off balance to assist in gaining control of the inmate. This takedown caused Inmate Hamilton and officers to fall to the floor. Once inmate Hamilton was finally taken down to the ground but he was still resisting. I held and controlled both of his leg in order to minimize any unnecessary aggressive movement from the inmate. I saw inmate Hamilton already handcuffed and I helped Detention officers pick him up off the floor using my left hand grasping the back of his shorts. Seeing that the situation is under controlled Officers took the inmate to the clinic. No further incident happened and I was not injured during this incident, nor did the inmate complain of pain or injury.
 End of my supplement.

Incident Number: 230331651
Author: IRVIN DELAPENA
Staff Statement
Date Recorded: 05/24/2023 00:35
On Thursday, March 30th, 2023, I, Detention Officer I. De La Pena (EIN ████ was assigned to JPC Classification during my overtime shift at the Joint Processing Center during third watch, on the Second Floor, in the Joint Processing Center (JPC), of the Harris County Sheriff's Office, located at 700 N. San Jacinto.
At approximately 00:46 hours, on Friday, March 31th, 2023. I heard the smoke alarm went off. I got up from my seat and assisted to control the crowd. As I was walking to booking side of the building I observed Inmate Hamilton, Ivy (SPN #02711380) identified by his armband aggressively resisting restraint against Detention Officer J.Cruz(EIN ████ R.Galvan (EIN ████ , and M.Cejas (EIN ████ I immediately ran as fast as I can to lend assistance. Inmate was given a verbal direction to comply but ignoring direct commands from Detention Officers.  I assessed the situation and grabbed the inmate's left arm first and decided to go for a single leg takedown, lifting up his leg as I pulled in an attempt to knock inmate Hamilton off balance to assist in gaining control of the inmate. This takedown caused Inmate Hamilton and officers to fall to the floor. Once inmate Hamilton was finally taken down to the ground but he was still resisting. I held and controlled both of his leg in order to minimize any unnecessary aggressive movement from the inmate. I saw inmate Hamilton already handcuffed and Detention officers picked him up from the floor. Seeing that the situation is under controlled Officers took the inmate to the clinic. No further incident happened and I was not injured during this incident.
 End of my supplement.

Incident Number: 230331651
Author: IRVIN DELAPENA
Staff Statement
Date Recorded: 04/01/2023 04:34
On Friday, March 31th, 2023, I, Detention Officer I. De La Pena (EIN ████ was assigned to JPC Classification during my overtime shift at the Joint Processing Center during third watch, on the Second Floor, in the Joint Processing Center (JPC), of the Harris County Sheriff's Office, located at 700 N. San Jacinto.

At approximately 00:47 hours, on Friday, March 31th, 2023. I heard the smoke alarm went off. I got up from my seat and assisted to control the crowd. As I was walking to booking side of the building I observed Inmate Hamilton, Ivy (SPN #02711380) identified by his armband aggressively resisting restraint against Detention Officer J.Cruz(EIN ████ R.Galvan (EIN ████ , and M.Cejas (EIN ████ I immediately ran as fast as I can to lend assistance. Inmate was given verbal direction to comply but ignoring direct commands from Detention Officers.  I assessed the situation and decided to go for a single leg takedown attempting to gain control of the Inmate. Once inmate Hamilton was finally taken down to the ground, he was still resisting. I held and controlled both of his leg in order to minimize any unnecessary aggressive movement from the inmate. When inmate was finally handcuffed, I assisted other Detention Officers to lift the inmate up from the ground. We gained control of Inmate Hamilton and proceeded to search his pockets for contraband, then Detention Officer J.Cruz found a lighter that was used to cause a fire. When he was finally checked and cleared, I helped and escorted the inmate to the clinic but he kept dropping his weight and once again non-

**Incident Report**   **Page 5 of 13**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

compliant. I took off his shoes and an officer put leg shackles on his legs. I helped other officers lifting the Inmate up and escorted him to the clinic.

I was not injured during this incident.

End of my supplement.
**File Statements:** No file attached

**Name:** GALVAN, ROBERTO
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**Statement:** Incident Number: 230331651
Author: ROBERTO GALVAN
Staff Statement
Date Recorded: 06/21/2023 02:32
On Thursday, March 30th, 2023, I, Detention Officer R. Galvan (EIN ▮▮▮▮ was assigned to the second floor Classification section, third watch of the Harris County Sheriff's Office Joint Processing Center, located at 700 N San Jacinto, Houston, Texas 77002.
On Friday, March 31st, 2023, at approximately 0045 hours, Detention Officer J. Cruz (EIN ▮▮▮▮ approached me and asked if I could confirm a suspicious smell coming from the booking holding cell number two. As I approached the holding cell something smelled burnt once I observed inside the holding cell window I saw two pieces of burnt paper. Immediately, Detention Officer J. Cruz opened the pan hole and a strong aroma of burnt paper rose, upon looking, I notice what seem to be a light blue long sleeve shirt. It appeared to have smoke coming from it; the prisoner kept swinging the long sleeve shirt around. Detention Officer J. Cruz made multiple attempts to retrieve the shirt from the prisoner and successfully got hold of the shirt and pulled it out the pan hole. I observed fire sparks on Detention Officer J. Cruz shirt which he quickly shook off the sparks. Detention officer J. Cruz and I proceeded to stomp on the shirt until the sparks were out. I then gave the prisoner multiple verbal commands to "place his hands behind his back" so we can apply hand restraints; the prisoner did not comply with my directives after multiple attempts to restrain him on his own disposition. For the safety and security of the prisoner, prisoners, and personnel; Detention Officer J. Cruz and I decided it was best to remove the prisoner from the holding cell. With the assistance of Detention Officer M. Cejas (EIN ▮▮▮▮ we opened the cell door and immediately the prisoner became extremely combative toward us trying to push us away from him. The prisoner started to resist by placing his left hand on my chest trying to push me away and grasping my right arm tightly. I used soft empty hand control by using my right hand pushing his left hand off my chest and pulling away from his grip. Detention Officer J. Cruz unsuccessfully attempted to pull the prisoner to the floor to gain control. I then used an empty hand control movement by reaching for his right shoulder and grabbing his left arm pulling him towards the floor with assistance of Detention Officer J. Cruz, M. Cejas and Detention Officer I. De La Pena (EIN ▮▮▮▮ I yelled "stop resisting" multiple times but the prisoner kept resisting by placing his arms under his body; I then notice the prisoner loosen up and I was able to draw his left arm out under his body and have his left hand handcuffed. At this point both hands were secured and we sat him upright immediately after I escorted the prisoner by placing my hand under his arm holding his right shoulder as he continued to refuse to walk all the way to the clinic. The prisoner did not complain of pain or injuries and was later identified by his Harris County AFIS mugshot as Hamilton, Ivy (SPN 02711380) I had no further involvement with this incident, nor did I sustain any injuries in the process.
End of Report.

Incident Number: 230331651
Author: ROBERTO GALVAN
Staff Statement
Date Recorded: 05/19/2023 05:08
On Thursday, March 30th, 2023, I, Detention Officer R. Galvan (EIN ▮▮▮▮ was assigned to the second floor Classification section, third watch of the Harris County Sheriff's Office Joint Processing Center, located at 700 N San Jacinto, Houston, Texas 77002.
On Friday, March 31st, 2023, at approximately 0045 hours, Detention Officer J. Cruz (EIN ▮▮▮▮ approached me and asked if I could confirm a suspicious smell coming from the booking holding cell number two. As I approached the holding cell something smelled burnt once I observed inside the holding cell window I saw two pieces of burnt paper. Immediately, Detention Officer J. Cruz opened the pan hole and a strong aroma of burnt paper rose, upon looking, I notice what seem to be a light blue long sleeve shirt. It appeared to have smoke coming from it; the prisoner kept swinging the long sleeve shirt around. Detention Officer J. Cruz made multiple attempts to retrieve the shirt from the prisoner and successfully got hold of the shirt and pulled it out the pan hole. I observed fire sparks on Detention Officer J. Cruz shirt which he quickly shook off the sparks. Detention officer J. Cruz and I proceeded to stomp on the shirt until the sparks were out. I then gave the prisoner multiple verbal commands to "place his hands behind his back" so we can apply hand restraints; the prisoner did not comply with my directives after multiple attempts to restrain him on his own disposition. For the safety and security of the prisoner, prisoners, and personnel; Detention Officer J. Cruz and I decided it was best to remove the prisoner from the holding cell. With the assistance of Detention Officer M. Cejas (EIN ▮▮▮▮ we opened the cell door and immediately the prisoner became extremely combative toward us trying to push us away from him. The prisoner started to resist by placing his left hand on my chest trying to push me away and grasping my right arm tightly. I used soft empty hand control by using my right hand pushing his left hand off my chest and pulling away from his grip. Detention Officer J. Cruz unsuccessfully attempted to pull the prisoner to the floor to gain control. I then used an empty hand control movement by reaching for his right shoulder and grabbing his left arm pulling him towards the floor with assistance of Detention Officer J. Cruz, M. Cejas and Detention Officer I. De La Pena (EIN ▮▮▮▮ I yelled "stop resisting" multiple times but the prisoner kept resisting by placing his arms under his body; I then notice the prisoner loosen up and I was able to draw his left arm out under his body and have his left hand handcuffed. At this point both hands were secured and we sat him upright immediately and escorted the prisoner to the clinic for any injuries. The prisoner was later identified by his Harris County AFIS mugshot as Hamilton, Ivy (SPN 02711380) I had no further involvement with this incident, nor did I sustain any injuries in the process.
End of Report.

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** | 3/31/23  1:22 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CRUZ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | GONZALES, N 1584 | **Reason:** | |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** | JPC - 2 - Booking - HLD2 - | **Comment:** | |

Incident Number: 230331651
Author: ROBERTO GALVAN
Staff Statement
Date Recorded: 04/05/2023 22:48
On Thursday, March 30th, 2023, I, Detention Officer R. Galvan (EIN ███████ was assigned to the second floor Classification section, third watch of the Harris County Sheriff's Office Joint Processing Center, located at 700 N San Jacinto, Houston, Texas 77002.
On Thursday, March 30th, 2023, at approximately 0045 hours, on the same shift, Officer J. Cruz (EIN ███████ approached me and asked if I could confirm a suspicious smell coming from booking holding cell number two. We believed to have smelled something burning as we approached the booking holding cell we both observed two pieces of burning paper. Immediately, Officer Cruz opened the pan hole and strong aroma of burnt paper rose, upon looking, we notice what seem to be a long sleeve shirt that appeared to have smoke coming from it. Officer Cruz made multiple attempts to retrieve the shirt from the prisoner and successfully got a hold of the shirt from the prisoner and pulled it out from the pan hole. I observed fire sparks on Officer Cruz uniform and he immediately shook them off as he threw the long sleeve shirt on the floor and we both proceeded to stomp on the shirt until the sparks were put out. I then gave the Prisoner verbal commands to "place his hands behind his back" The prisoner did not obey, and did not follow any of our directives. For the safety and security of the prisoner, prisoners, and personnel; Detention Officer J. Cruz and I decided it was best to remove the inmate from the holding cell. Immediately, the Prisoner began to resist and became extremely combative towards Officer Cruz and I by placing his left hand on my chest trying to push me away and grasping my right arm tightly. I used soft empty hand control by using my right hand pushing his left hand off my chest and pulling away from his grip. Officer J. Cruz attempted to guide the prisoner to the floor unsuccessfully, I then reach for his right shoulder and grab his left arm and guided him to the floor with the assistance of Officer J. Cruz. I yelled multiple times "stop resisting" I used an empty hand control movement grabbing left arm shifting it towards the right to handcuff his left hand; but the Prisoner kept refusing. I then notice his right hand cuffed and I attempted a second time to shift his left arm to be handcuffed and on this attempt we managed to have his left hand handcuffed. At this point we than sat him upright immediately after applying handcuffs and escorted him to the clinic for any injuries. The Prisoner was later identified by his Harris County issued armband and AFIS mugshot as Hamilton, Ivy (SPN 02711380) I had not further involvement with this incident, nor did I sustain any injuries in the process.
End of report.
**File Statements:** No file attached

---

| | | | |
|---|---|---|---|
| **Name:** MCCOY, UNDRA | | | |
| **Badge:** | | **Injury:** | |
| **Position:** Deputy | | **Severity:** | |
| **Type of Involvement:** Responding Officer | | **Description:** | |
| **Medical:** N | | **Hospital Name:** | |
| **E1?:** N | | **Mental Health Filed:** | |
| **Photo Taken?:** N | | **Illness:** | |
| **Use of Force:** Y | | **Photo:** | |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** 3/31/23  0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**Statement:** Incident Number: 230331651
Author: UNDRA MCCOY
Staff Statement
Date Recorded: 05/18/2023 00:32
On March 30, 2023, I deputy U. McCoy EIN # ███████ was assigned to Classification which is located on the 2nd floor of the Joint Processing Center Harris County Jail located at 700 N. San Jacinto St, Houston Texas 77002.

On Friday March 31, 2023 at approximately 0048 hours, I was in the Lieutenants office initiating a report when Booking Sgt. Gonzales entered the room and told me that they needed my help in the Booking Area with an Inmate. When I walked out of the room, I observed several officers engaged with an Inmate that was vigorously resisting, trying to gain control and compliance of him. As I approached the situation, several Officers had an Inmate who was later identified as being Hamilton, Ivy SPN #02711380, on the ground attempting to gain control and restrain him. Hamilton continued to resist and ignore orders given to him to place his hands behind his back, by clinching his hands and arms tightly against and underneath his body, and moving around aggressively not allowing his hands to be placed behind his back and handcuffed. I then kneeled down to assist Officers in trying to gain control of Hamilton and place restraints on him. I grabbed Hamilton's left hand/arm and began to pull them, attempting to get them placed behind his back so that he could be handcuffed, but he continued to resist. Detention Officer Cruz, J. EIN # ███████ then struck Hamilton an unknown amount of times to his face and head area and he then began to comply by placing his hands behind his back. Handcuffs were placed on Hamilton by an Officer unknown to me, and he was lifted to his feet with no further incident. Neither Hamilton nor any staff member complained of any pain or injuries in my presence. End of Report.

Incident Number: 230331651
Author: UNDRA MCCOY
Staff Statement
Date Recorded: 04/06/2023 01:11
On March 30, 2023, I Deputy U. McCoy EIN # ███████ was assigned to Classification which is located on the 2nd floor of the Joint Processing Center Harris County Jail located at 700 N. San Jacinto St, Houston Texas 77002.
At approximately 0048, I was in the Lieutenant's office initiating a report when Booking Sgt. Gonzales entered the room and told me that they needed my help in the Booking Area with an Inmate. When I walked out of the room, I observed several officers engaged with an Inmate that was vigorously resisting, trying to gain control and compliance of him. As I approached the situation, several Officers had an Inmate who was later identified as being Hamilton, Ivy SPN #02711380, on the ground attempting to gain control and restrain him. Ivy continued to resist and ignore orders given to him to place his hands behind his back and to stop resisting. I then kneeled down to assist the officers in trying to gain control of Ivy, and place restraints on him. I grabbed ivy's left hand/arm, using open hand controls, in an attempt to get him to place his hand behind his back so that he could be handcuffed, but he continued to resist. Detention Officer Cruz, J. EIN # ███████ then struck Ivy an unknown amount of times to his face and head area and he then began to comply. Handcuffs were placed on Ivy and he was lifted to his feet with no further incident. End of Report.
**File Statements:** No file attached

| | |
|---|---|
| **Name:** MITCHELL, LETISHA | **Injury:** |
| **Badge:** 117 | **Severity:** |
| **Position:** Detention Sergeant | **Description:** |
| **Type of Involvement:** Supervisor | **Hospital Name:** |
| **Medical:** N | **Mental Health Filed:** |
| **E1?:** N | **Illness:** |
| **Photo Taken?:** N | **Photo:** |
| **Use of Force:** Y | |

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** | 3/31/23  1:22 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CRUZ, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | GONZALES, N 1584 | **Reason:** | |
| **Incident Occured:** | 3/31/23  0:46 | **Incident Location:** | JPC - 2 - Booking - HLD2 - | **Comment:** | |

**Statement:** Incident Number: 230331651
Author: LETISHA MITCHELL
Staff Statement
Date Recorded: 05/17/2023 01:46
On Thursday, March 30, 2023, I Detention Sgt. L. J. Mitchell # 117 was assigned to 3rd Watch Classification at the Justice Processing Center located at 700 N. San Jacinto, Houston, Tx. 77002.
On Friday, March 31, 2023 at approximately, 00:46 hours, the smoke alarm went off and I heard a commotion out in the booking area. As I walked out into the booking area I observed several officers trying to restrain an uncontrolled inmate. As I got closer to them, there was a long sleeve shirt on the floor smoking from being on fire, I stepped on it to stop it from smoldering. An inmate later identified as Ivy Hamilton (SPN 02711380) was resisting restraint by refusing to get down on the floor and place his hands behind his back. Inmate Hamilton refused continuously to comply with the orders given by Detention Officers J. Cruz (EIN ▇▇▇▇▇ R. Galvan (EIN ▇▇▇▇▇ I. Delapena (EIN ▇▇▇▇▇ M. Cejas (EIN ▇▇▇▇▇ and Deputy U. McCoy (EIN ▇▇▇▇▇ Due to his resistance, I looked for an open space and applied pressure with my right knee to the back of his upper torso to help keep him down so that he could be restrained but it was unsuccessful. Inmate Hamilton's position changed, I removed my knee and stepped back while they attempted to get him restrained. Once he was restrained, Detention Officers Cruz and Galvan lifted Inmate Hamilton off the floor. Detention Officer Cruz searched his pockets, found the lighter and handed it to me. I passed the lighter to Detention Officer K. Shelton (EIN ▇▇▇▇▇ and discarded it in the hazard bin. The officers then started to escort Inmate Hamilton towards the ▇ clinic, he kept dropping his weight. To make it easier, I ordered the officers to remove his tennis shoes so they can lift and carry Inmate Hamilton to the ▇ clinic to be medically evaluated. Inmate Hamilton's shoes was placed in his property when he was dressed out in dress-in.
Inmate Hamilton nor did any staff members complain of injuries or pain during this incident.

End of Report

Incident Number: 230331651
Author: LETISHA MITCHELL
Staff Statement
Date Recorded: 04/01/2023 05:07
On Thursday, March 30, 2023, I Detention Sgt. L. J. Mitchell # 117 was assigned to 3rd Watch Classification at the Justice Processing Center located at 700 N. San Jacinto, Houston, Tx. 77002.
At approximately, 00:46 hours, the smoke alarm went off and I heard a commotion out in the booking area. As I walked out into the booking area I observed several officers trying to restrain an uncontrolled inmate. As I got closer to them, there was a long sleeve shirt on the floor smoking from being on fire, I stepped on it to stop it from smoldering. An inmate later identified as Ivy Hamilton (SPN 02711380) was resisting restraint and refused to comply with the orders given by Detention Officers J. Cruz (EIN ▇▇▇▇▇ R. Galvan (EIN ▇▇▇▇▇ I. Delapena (EIN ▇▇▇▇▇ M. Cejas (EIN ▇▇▇▇▇ and Deputy U. McCoy (EIN ▇▇▇▇▇ He was given several orders by the officers to get down and place his hands behind his back. Due to his resistance, I looked for an open space and applied pressure with my right knee to the back of his upper torso to help keep him down so that he could be restrained but it was unsuccessful. Inmate Hamilton's position changed, I removed my knee and stepped back while they attempted to get him restrained. Once he was restrained, Detention Officers Cruz and Galvan lifted Inmate Hamilton to the floor. Detention Officer Cruz searched his pockets, found the lighter and handed it to me. The officers then started to escort Inmate Hamilton towards the ▇ clinic, he kept dropping his weight. To make it easier, I ordered the officers to remove his tennis shoes so they can lift and carry Inmate Hamilton to the ▇ clinic to be medically evaluated.

End of Report

| | |
|---|---|
| **Incident Report** | **Page 10 of 13** |

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0331-651 | **Incident Reported:** 3/31/23  1:22 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** | 3/31/23 0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

Incident Number: 230331651
Author: LETISHA MITCHELL
Staff Statement
Date Recorded: 03/31/2023 03:56
On Thursday, March 30, 2023, I Detention Sgt. L. J. Mitchell # 117 was assigned to 3rd Watch Classification at the Justice Processing Center located at 700 N. San Jacinto, Houston, Tx. 77002.

At approximately, 00:46 hours, the smoke alarm went off and I heard a commotion out in the booking area. As I walked out into the booking area I observed several officers trying to restrain an uncontrolled inmate. As I got closer to them, there was a long sleeve shirt on the floor smoking from being on fire, I stepped on it to stop it from smoldering. An inmate later identified as Ivy Hamilton (SPN 02711380) was resisting restraint and refused to comply with the orders given by Detention Officers J. Cruz (EIN ███ R. Galvan (EIN ███ I. Delapena (EIN ███ M. Cejas (EIN ███ and Deputy U. McCoy (EIN ███ He was given several orders by the officers to get down and place his hands behind his back. Due to his resistance, I looked for an open space and applied pressure with my right knee to the back of his upper torso to help keep him down so that he could be retrained but it was unsuccessful. Inmate Hamilton's position changed, I removed my knee and stepped back while they attempted to get him restrained. Once he was restrained, I ordered the officers to remove his tennis shoes so they can lift and carry Inmate Hamilton to the ███ clinic to be medically evaluated.

End of Report
File Statements: No file attached

| | | |
|---|---|---|
| **Name:** RODRIGUEZ, CESAR | | **Injury:** |
| **Badge:** | | **Severity:** |
| **Position:** Sergeant | | **Description:** |
| **Type of Involvement:** Witness | | **Hospital Name:** |
| **Medical:** N | | **Mental Health Filed:** |
| **E1?:** N | | **Illness:** |
| **Photo Taken?:** N | | **Photo:** |
| **Use of Force:** N | | |

**Statement:** Incident Number: 230331651
Author: CESAR RODRIGUEZ
Staff Statement
Date Recorded: 05/11/2023 02:22
On Thursday, March 30, 2023, I, Sgt. C. Rodriguez, EIN ███ was assigned to the Joint Processing Center, located at 700 San Jacinto Street, on 3rd Watch, Classification as a Supervisor.

At approximately 0045 hours, on Friday, March 31, 2023, I responded to a disturbance that was occurring in the Booking Waiting area over by Holding Cell number #1 and #2.  When I arrived I was advised that the inmate later Identified as Ivy Hamilton had started a fire in holding cell #2.  I observed Sgt. Mitchell on scene and observed several detention officers on the ground with Prisoner Hamilton as they attempted to handcuff him.  During that brief observation I did not see anyone striking inmate Hamilton.  I walked over to the holding cell #2, to make sure that the fire was out.  Once I checked that the holding cell was clear, I walked over to where the Detention Officers were on the ground with Prisoner Hamilton.  I approached the area were Prisoner Hamilton's head was and leaned down and ordered Prisoner Hamilton to comply and give up his hands and place them behind his back.   Prisoner Hamilton was handcuffed successfully a short time later.
The Detention Officers on the ground with Prisoner Hamilton were D.O. Cruz, EIN ███ D.O. Cejas, EIN ███ D.O. Galvan, EIN# ███ D.O. DelaPena, EIN# ███ and Deputy McCoy, EIN ███
END OF SUPPLEMENT.
File Statements: No file attached

| | |
|---|---|
| **Incident Report** | **Ex. 5 036** | **Page 11 of 13** |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0331-651 | **Incident Reported:** 3/31/23 1:22 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** 3/31/23 0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

**Name:** SHELTON, KIANA
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Witness
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 230331651
Author: KIANA SHELTON
Staff Statement
Date Recorded: 05/19/2023 04:59
On Thursday March 30, 2023 I Detention Officer K.Shelton (EIN ███████ was assigned to the Second floor Booking Officer at the Joint Processing Center located at 700 N. San Jacinto ST Houston TX 77002.
On Friday March 31, 2023, at approximately 0045 hours, responded to a use of force in holding cell number two. As I approached the scene, Sergeant L. J. Mitchell (EIN ███████ from Classification handed me the lighter that was found on the inmate later identified as Ivey Hamilton (SPN 02711380). I grabbed the lighter and wrapped it in my glove then disposed of it in the hazard waste ben. While the prisoner was being moved I took his shoes and they were placed in the prisoner's property.
END OF SUPPLEMENT.
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0331-651 | **Incident Reported:** 3/31/23 1:22 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** CRUZ, J | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** GONZALES, N 1584 | **Reason:** |
| **Incident Occured:** 3/31/23 0:46 | **Incident Location:** JPC - 2 - Booking - HLD2 - | **Comment:** |

Incident Number: 23-0331-651
Author: JOSE.CRUZ
Incident Notes   Date Recorded: 03/31/2023 05:09

On Thursday March 30, 2023 I Detention Officer J. Cruz (EIN ███████ was assigned to the Second floor clinic security position of the Joint Processing Center located at 700 N. San Jacinto ST Houston TX 77002

At approximately 0045 hrs of the same shift but into the next day, I was walking by the holding cells located in the booking area. As I walked passed holding cell #2, it smelled as if something was burning. I immediately called the first officer in sight which was Detention Officer R. Galvan (EIN ███████ so that he could confirm what I believed to have smelled. D.O Galvan and I approached booking holding cell #2, upon looking through the cells window I observed two pieces of burned paper. I opened the cells pan hole and immediately saw a shirt that appeared to have smoke coming from it. I immediately made an attempt to retrieve the shirt from the prisoner and failed. I made a second attempt to retrieve the shirt and successfully got a hold of the prisoner's shirt and pulled it out of the pan hole. When I pulled the shirt out of the cell I observed fire sparks on my uniform and immediately shook them off as I threw the burning shirt on the floor. I stepped on the shirt a few times until I saw no more fire sparks. I redirected my attention to the prisoner and began to give the prisoner multiple verbal orders to put his hands behind his back and place them through the pan hole so that he could be cuffed. D.O Galvan also gave the prisoner multiple verbal commands to put his hands behind his back and put them through the pan hole so that he could be handcuffed. The prisoner refused our directives. In fear for the safety and security of the prisoner, prisoners and JPC personnel, I unlocked and opened the holding cell door. D.O Galvan and I made an attempt to restrain the prisoner. The prisoner immediately began to pull away from our grasp and began to resist. Fellow officers responded and began to assist. I reached over the prisoners shoulder in an attempt to guide him to the floor. The prisoner and I along with fellow assisting officers fell to the floor. I yelled multiple times at the prisoner to stop resisting and to put his hands behind his back but he refused. In an attempt to gain control and compliance of the resisting prisoner I struck the prisoner four times on the right side of his face with my right closed fist. The prisoner immediately put his right hand up and I was able to apply the handcuff successfully. I placed his right hand behind his back and a fellow officer was able to direct his left hand behind his back. At that time I was able to apply cuffs on his left wrist. I along with other officers assisted the prisoner to his feet. I searched the prisoner pockets and found the lighter in which he had started burning the paper and shirt. The prisoner was escorted by me and fellow officers to the clinic for any injuries. The prisoner was later identified by his Harris County issued armband and AFIS mugshot as Hamilton, Ivy (SPN 02711380) END OF REPORT.
Prisoner Hamilton was given the opportunity to write a statement but refused.
Prisoner Hamilton was notified that he is being charged with the Harris code violations # 1106 RESISTING RETRAINTS. And # 1213 SETTING OR CAUSING A FIRE.

---

**Incident Report**          **Ex. 5 038**          Page 13 of 13

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 7/20/2023   15:40

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0517-081 | **Incident Reported:** 5/17/23  21:22 | **Violent Incident:** |
| **Incident Type:** Disciplinary | **Reporting Officer:** BRIGHT, Z | **Violence Type:** |
| **Incident Status:** New | **Supervisor:** MOTTE, R | **Reason:** |
| **Incident Occured:** 5/17/23  20:40 | **Incident Location:** JPC - 1 - Intake - Wait - HPD Holding Cell #2 | **Comment:** |

### Inmate Involved

**Name:** BARNES, HENRY LAMONT
**SPN:** 01994848
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:**

███████
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:**

**Offense:**
**Disposition:**
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

### Staff Involved

**Name:** BRIGHT, ZACHARY
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** Y
**Photo Taken?:**
**Use of Force:** Y

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0517-081 | **Incident Reported:** 5/17/23  21:22 | **Violent Incident:** |
| **Incident Type:** Disciplinary | **Reporting Officer:** BRIGHT, Z | **Violence Type:** |
| **Incident Status:** New | **Supervisor:** MOTTE, R | **Reason:** |
| **Incident Occured:** 5/17/23  20:40 | **Incident Location:** JPC - 1 - Intake - Wait - HPD Holding Cell #2 | **Comment:** |

**Statement:** Incident Number: 230517081
Author: ZACHARY BRIGHT
Staff Statement
Date Recorded: 05/18/2023 18:49
On Wednesday, May 17th, 2023, I, Armed Detention Officer Z. Bright (EIN ███████ was assigned to Second Watch, Intake Officer at the Harris County Sheriff's Office Joint Processing Center located at 700 N. San Jacinto St. Houston, TX 77002.

At Approximately 2040 hours, I was told a prisoner in the HPD holding cells needed to be identified to see if he was ready to be moved upstairs. The prisoner was later identified after the incident as Barnes, Henry (SPN 01994848). Prisoner Barnes was placed in HPD Holding Cell #2 earlier due to inappropriate contact and comments to a female in the Intake Lobby. I approached the HPD cell door and asked Prisoner Barnes what his name was which he refused to answer, stating, "Nah I'm not catching no new charge man." I told Prisoner Barnes he would not be receiving a charge for the earlier incident but we needed to know his name so that we could continue with his process and get him upstairs to a phone. Prisoner Barnes stated "Fuck that. You ain't tricking me with that shit. I ain't giving you shit boy." I opened the cell door and stepped in ordering Prisoner Barnes to turn around and face the wall so that I could verify his name by his JPC armband. Prisoner Barnes refused and stepped away saying "Nah bitch what you gonna do?" I attempted to gain control of Prisoner Barnes' right arm but he pulled away from my grasp aggressively and yelled "Don't touch me hoe!" I quickly attempted to gain control of both Prisoner Barnes' arms but he lurched away from me.  I attempted to place Prisoner Barnes against the wall where we struggled and fell onto the cell bench. I was attempting to gain control of Prisoner Barnes' arms and place him in handcuffs but he reached for my belt and yelled "Keep this shit up boy I'm bout to fuck you up." I felt Prisoner Barnes attempting to stand up from under me. Due to his size and aggressive comments I took these as pre-fight indicators and then delivered 7 close fisted strikes to Prisoner Barnes' head and neck region while giving orders to get on the ground. Other Detention Officers arrived and I gained control of Prisoner Barnes' right arm and we gave orders for Prisoner Barnes to get on the ground and place his hands behind his back. Prisoner Barnes refused, yelling "Fuck that shit I aint't doin nothing!" and was resisting us by attempting to pull away from us aggressively. We then brought Prisoner Barnes to the ground. While on the ground he stated "I'll bite your bitch ass!" and I noticed his head was near my leg so I applied pressure to the side of Prisoner Barnes' head to restrict his movement and apply pain compliance. We were then able to apply hand cuffs to both of Prisoner Barnes' wrists and stand him up.

Prisoner Barnes was then escorted upstairs to complete his AFIS mugshot and fingerprints. Prisoner Barnes was escorted to the clinic to be assessed by medical staff and was later placed in Receiving Holding Cell #6.

During this incident I utilized the following Use of Force Techniques:
Officer presence: Not effective
Verbal commands: Not effective
Soft open hand control: Not effective
Close handed strikes: Effective

During this incident I sustained minor injuries to my right hand.
At no point did I hear Prisoner Barnes complain of any pain nor did I observe any injury to him.

-END OF REPORT.
**File Statements:** No file attached

| | |
|---|---|
| **Name:** JONES-HAMM, WARREN | **Injury:** |
| **Badge:** | **Severity:** |
| **Position:** Detention Officer | **Description:** |
| **Type of Involvement:** Responding Officer | **Hospital Name:** |
| **Medical:** N | **Mental Health Filed:** |
| **E1?:** N | **Illness:** |
| **Photo Taken?:** N | **Photo:** |
| **Use of Force:** N | |

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** | 23-0517-081 | **Incident Reported:** 5/17/23  21:22 | **Violent Incident:** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** BRIGHT, Z | **Violence Type:** |
| **Incident Status:** | New | **Supervisor:** MOTTE, R | **Reason:** |
| **Incident Occured:** | 5/17/23  20:40 | **Incident Location:** JPC - 1 - Intake - Wait - HPD Holding Cell #2 | **Comment:** |

**Statement:** Incident Number: 230517081
Author: WARREN JONES-HAMM
Staff Statement
Date Recorded: 07/19/2023 20:59
On Wednesday, May 17th, 2023, I Detention Officer W. Jones- Hamm (EIN ▮▮▮▮ was assigned to Intake Male Search, second watch at the Harris County Sheriff's Office Joint Processing Center located at 700 N. San Jacinto ST. Houston, TX 77002.
At approximately 2040 hours. I was working my assigned post when I heard a loud commotion coming from HPD Holding Cell #2. My Male Search partner Detention Officer E. Whitelock (EIN ▮▮▮▮ and myself ran to the cell and witnessed Prisoner later identified by armband as Barnes, Henry (SPN 01994848) and Detention Officer Z. Bright (EIN ▮▮▮▮ in an altercation. I grasped Inmate Barnes left arm as we guided him to the ground. I then helped preform the handcuffing procedure. After we handcuffed him we escorted him to the 2nd floor clinic to be examined by medical. When Inmate Barnes was cleared by the doctor we brought him to receiving holding and placed him in holding cell #6.
At no time did I punch, kick, or strike Inmate Barnes.
End of supplement.
**File Statements:** No file attached

| | |
|---|---|
| **Name:** WHITELOCK, ERIK | **Injury:** |
| **Badge:** | **Severity:** |
| **Position:** Detention Officer | **Description:** |
| **Type of Involvement:** Responding Officer | **Hospital Name:** |
| **Medical:** N | **Mental Health Filed:** |
| **E1?:** N | **Illness:** |
| **Photo Taken?:** Y | **Photo:** |
| **Use of Force:** N | |

**Statement:** Incident Number: 230517081
Author: ERIK WHITELOCK
Staff Statement
Date Recorded: 06/07/2023 16:55
On Wednesday, May 17th, 2023, I Detention Officer E. Whitelock (EIN ▮▮▮▮ was assigned to Intake Male Search, second watch at the Harris County Sheriff's Office Joint Processing Center located at 700 N. San Jacinto ST. Houston, TX 77002.
At approximately 2040 hours. I was working my assigned post when I heard a loud commotion coming from HPD Holding Cell #2. My Male Search partner Detention Officer W. Jones-Hamm (EIN ▮▮▮▮ and myself run to the cell and witness Prisoner later identified by armband as Barnes, Henry (SPN 01994848) and Detention Officer Z. Bright (EIN ▮▮▮▮ in an altercation. Officer Bright had Prisoner Barnes in a bear hug trying to secure his hands to be put in handcuffs. I immediately grab Prisoner Barnes left leg and we secure him on the ground.
Once secure DO Hamm, Bright and myself escorted Prisoner Barnes to the 2nd floor clinic to be seen by medical. Prisoner Barnes was seen and cleared by medical staff. Pictures and a use of force medical receipt were done for Prisoner Barnes.
Once cleared we escorted Prisoner Barnes to Receiving Holding where he got his AFIS mugshot and fingerprints done and was then placed in Receiving Holding Cell #6.
I then returned to my assigned post.
I did not strike nor did I see Prisoner Barnes get struck.
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0517-081 | **Incident Reported:** 5/17/23   21:22 | **Violent Incident:** |
| **Incident Type:** | Disciplinary | **Reporting Officer:** BRIGHT, Z | **Violence Type:** |
| **Incident Status:** | New | **Supervisor:** MOTTE, R | **Reason:** |
| **Incident Occured:** | 5/17/23   20:40 | **Incident Location:** JPC - 1 - Intake - Wait - HPD Holding Cell #2 | **Comment:** |

Incident Number: 23-0517-081
Author: ZACHARY.BRIGHT
Incident Notes   Date Recorded: 05/18/2023  18:49

On Wednesday, May 17th, 2023, I, Armed Detention Officer Z. Bright (EIN ▮▮▮▮) was assigned to Second Watch, Intake Officer at the Harris County Sheriff's Office Joint Processing Center located at 700 N. San Jacinto St. Houston, TX 77002.

At Approximately 2040 hours, I was told a prisoner in the HPD holding cells needed to be identified to see if he was ready to be moved upstairs. The prisoner was later identified after the incident as Barnes, Henry (SPN 01994848). Prisoner Barnes was placed in HPD Holding Cell #2 earlier due to inappropriate contact and comments to a female in the Intake Lobby. I approached the HPD cell door and asked Prisoner Barnes what his name was which he refused to answer, stating, "Nah I'm not catching no new charge man." I told Prisoner Barnes he would not be receiving a charge for the earlier incident but we needed to know his name so that we could continue his process and get him upstairs to a phone. Prisoner Barnes stated "Fuck that. You ain't tricking me with that shit. I ain't giving you shit boy." I opened the cell door and stepped in ordering Prisoner Barnes to turn around and face the wall so that I could verify his name by his JPC armband. Prisoner Barnes refused and stepped away saying "Nah bitch what you gonna do?" I attempted to gain control of Prisoner Barnes' right arm but he pulled away from my grasp aggressively and yelled "Don't touch me hoe!" I quickly attempted to gain control of both Prisoner Barnes' arms but he lurched away from me.  I attempted to place Prisoner Barnes against the wall where we struggled and fell onto the cell bench. I was attempting to gain control of Prisoner Barnes' arms and place him in handcuffs but he reached for my belt and yelled "Keep this shit up boy I'm bout to fuck you up." I felt Prisoner Barnes attempting to stand up from under me. Due to his size and aggressive comments I took these as pre-fight indicators and then delivered 7 close fisted strikes to Prisoner Barnes' head and neck region while giving orders to get on the ground. Other Detention Officers arrived and I gained control of Prisoner Barnes' right arm and we gave orders for Prisoner Barnes to get on the ground and place his hands behind his back. Prisoner Barnes refused, yelling "Fuck that shit I aint't doin nothing!" and was resisting us by attempting to pull away from us aggressively. We then brought Prisoner Barnes to the ground. While on the ground he stated "I'll bite your bitch ass!" and I noticed his head was near my leg so I applied pressure to the side of Prisoner Barnes' head to restrict his movement and apply pain compliance. We were then able to apply hand cuffs to both of Prisoner Barnes' wrists and stand him up.

Prisoner Barnes was then escorted upstairs to complete his AFIS mugshot and fingerprints. Prisoner Barnes was escorted to the clinic to be assessed by medical staff and was later placed in Receiving Holding Cell #6.

During this incident I utilized the following Use of Force Techniques:
Officer presence: Not effective
Verbal commands: Not effective.
Soft open hand control: Not effective
Close handed strikes: Effective

During this incident I sustained minor injuries to my right hand.
At no point did I hear Prisoner Barnes complain of any pain nor did I observe any injury to him.

-END OF REPORT.




## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 6/6/2023  11:04

### Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0525-569 | **Incident Reported:** | 5/25/23  14:59 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | MEDRANO, D | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** | ARLEN, T | **Reason:** Other |
| **Incident Occured:** | 5/25/23  13:09 | **Incident Location:** | JA09 - 1 - Clinic -  - | **Comment:** N/A |

### Inmate Involved

**Name:** PAPPILION, BRODRICK
**SPN:** 03044295
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

██████████
**Medical:** Y
**Force:** Y
**Housing Location At Time Of Incident:** JA09-2-J-1-01D

**Offense:** 1103 Assault On Staff - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
██████████
**Illness:** N
**Photo:** Y

**Statement:** No Statement Provided

### Staff Involved

**Name:** ASHAYE, OLABODE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

Ex. 5 043

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0525-569 | **Incident Reported:** | 5/25/23  14:59 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | MEDRANO, D | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** | ARLEN, T | **Reason:** Other |
| **Incident Occured:** | 5/25/23  13:09 | **Incident Location:** | JA09 - 1 - Clinic -  - | **Comment:** N/A |

**Statement:** Incident Number: 230525569
Author: OLABODE ASHAYE
Staff Statement
Date Recorded: 05/29/2023 07:46
On Thursday, May 25, 2023, I, Detention Officer O. Ashaye (EIN ███████ was assigned to work on the Third Floor, as Clinic Rover, Early Watch, in the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 1309 hours, while in the hallway of the ███-clinic directing inmates, I overheard medical staff when they screamed they needed help with a combative inmate. When I looked into the clinic, I saw an officer - (Detention Officer D. Medrano (EIN ███████ who was trying to stop inmate (Brodrick, Pappilion (SPN 03044295) from assaulting him. As D.O Medrano tried and hold Inmate Brodrick's hands to avoid him from throwing punches, despite the restraint chains on him, Inmate Brodrick kept screaming "I will kill you motherfuckers if you don't kill me today. Today is the day, you must kill me". While Inmate Brodrick was making those comments, he also was very aggressive and combative towards the officers by throwing punches using his arms and kicking his legs heavily towards the officers, including myself.
I tried and held his arms behind his back while other officers tried to hold his legs and other parts of his body from further assault.
Once we were able stop him from been aggressive and combative, I assisted with picking him up and sitting him on a stretcher until he calmed down. I went to get him a new set of cloths and other officer(s) called the floor worker(s) to tidy up the wet area.
I did not observe any officer with visible injuries, nor did any officer complain of pain in my presence. Inmate Broderick did not have any visible injuries, nor did he complain of pain in my presence. Inmate Brodrick was later attended to by the medical personnel.
End Report


Incident Number: 230525569
Author: OLABODE ASHAYE
Staff Statement
Date Recorded: 05/25/2023 17:12

On Thursday, May 25, 2023, I, Detention Officer O. Ashaye (EIN ███████ was assigned to work on the Third Floor, as Clinic Rover, Early Watch, in the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 1309 hours, while in the hallway of the ███-clinic directing inmates, I overheard medical staff when they screamed they needed help with a combative inmate. When I looked into the clinic, I saw an officer - (Detention Officer D. Medrano (EIN ███████ who was trying to stop inmate (Brodrick, Pappilion (SPN 03044295) from combating him. As D.O Medrano tried and held Inmate Brodrick's hands to avoid him from throwing punches despite the restraint chains on him, Inmate Brodrick kept screaming "I will kill you motherfuckers if you don't kill me today. Today is the day, you must kill me". While Inmate Brodrick was making these comments, he also was very aggressive and combative towards the officers by throwing punches using his arms and kicking his legs heavily towards the officers, including myself.
I tried and held his arms on his back while other officers tried to hold his legs and other parts of his body from further combat.
Once we were able stop him from been aggressive and combative, I assisted to pick him up, sat him on the bed, calmed him by telling him that dying is not an option. I went to get him a new set of cloths and other officer(s) called the floor worker(s) to tidy up the wet area.
Inmate Brodrick was later attended to by the medical personnel.
**File Statements:** No file attached

**Name:** NGUYEN, MATTHEW
**Badge:**                                                                    **Injury:**
**Position:** Detention Officer                                              **Severity:**
**Type of Involvement:** Responding Officer                        **Description:**
**Medical:** N                                                                **Hospital Name:**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0525-569 | **Incident Reported:** 5/25/23  14:59 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** MEDRANO, D | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** ARLEN, T | **Reason:** Other |
| **Incident Occured:** | 5/25/23  13:09 | **Incident Location:** JA09 - 1 - Clinic -  - | **Comment:** N/A |

**E1?:** N  
**Photo Taken?:** N  
**Use of Force:** Y

**Mental Health Filed:**  
**Illness:**  
**Photo:**

---

**Statement:** Incident Number: 230525569  
Author: MATTHEW NGUYEN  
Staff Statement  
Date Recorded: 05/29/2023 10:37  
On Wednesday, May 25, 2023, I, Detention Officer M. Nguyen (EIN ████ was assigned to CIRT of the ████ Health Unit at the Harris County Sheriff's Office 1200 Baker Street Detention Facility, on early watch.  
At approximately 1309 hours, I was in the ████ Baker St. clinic monitoring an inmate. I observed commotion coming from behind the curtain. I rushed to the curtain to observe what was happening. I observed Inmate Pappillion, Brodrick (SPN 03044295) fighting with D.O. Medrano (EIN ████ D.O Medrano and Inmate Pappillion fell to the floor. Inmate Pappillion was kicking his legs violently in attempt to strike other officers. I immediately jumped to the floor to take hold of Inmate Pappillion's ankles to secure his legs from attempting to kick anyone. In the process of attempting to take hold of Inmate Pappillion's legs I was struck in the upper chest area. Inmate Pappillion then eventually seized his violent behavior. Once Inmate Pappillion was brought to his feet and took a seat back in the bed. Floor workers brought Inmate Pappillion fresh clothes as requested by another D.O. I then stood by to secure the area and to allow Inmate Pappillion to change to change his clothes. I then remained in the ████ Baker St. clinic until Inmate Pappillion got escorted out to go to the hospital.  
I did not observe any officer with visible injuries, nor did any officer complain of pain in my presence. I did not observe any injuries on inmate Pappillion, nor did he complain of pain in my presence.  
End of statement.

Incident Number: 230525569  
Author: MATTHEW NGUYEN  
Staff Statement  
Date Recorded: 05/25/2023 15:09  
On Wednesday, May 25, 2023, I, Detention Officer M. Nguyen (EIN ████ was assigned to CIRT of the ████Health Unit at the Harris County Sheriff's Office 1200 Baker Street Detention Facility, on early watch.  
At approximately 1309 hours, I was in the ████ Baker St. clinic monitoring an inmate. Then I observed commotion coming from behind the curtain. I rushed to the curtain to observe what was happening. I observed Inmate Pappillion, Brodrick (SPN 03044295) fighting with D.O. Medrano (EIN ████ D.O Medrano and Inmate Pappillion fell to the floor. Inmate Pappillion was kicking his legs violently in attempt to strike other officers. I immediately jumped to the floor to take hold of Inmate Pappillion's ankles to secure his legs from attempting to kick anyone. In the process of attempting to take hold of Inmate Pappillion's legs I was struck in the upper chest area. Inmate Pappillion then eventually seized his violent behavior. Once Inmate Pappillion was brought to his feet and took a seat back in the bed, floor workers brought Inmate Pappillion fresh clothes as requested by another D.O. I then stood by to secure the area and to allow Inmate Pappillion to change to change his clothes. I then remained in the ████ Baker St. clinic until Inmate Pappillion got escorted out to go to the hospital.  
End of statement.  
**File Statements:** No file attached

---

**Name:** ROCHA, JOSE  
**Badge:**  
**Position:** Detention Officer  
**Type of Involvement:** Responding Officer  
**Medical?:** N  
**E1?:** N  
**Photo Taken?:** N  
**Use of Force:** N

**Injury:**  
**Severity:**  
**Description:**  
**Hospital Name:**  
**Mental Health Filed:**  
**Illness:**  
**Photo:**

---

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0525-569 | **Incident Reported:** | 5/25/23   14:59 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | MEDRANO, D | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | ARLEN, T | **Reason:** | Other |
| **Incident Occured:** | 5/25/23   13:09 | **Incident Location:** | JA09 - 1 - Clinic -  - | **Comment:** | N/A |

**Statement:** Incident Number: 230525569
Author: JOSE ROCHA
Staff Statement
Date Recorded: 05/30/2023 07:48

  On Thursday, May 25, 2023, I Detention Officer, J. Rocha (EIN ▮▮▮▮ was assigned to work in the 185th District Criminal Court located on the 17th floor of the Criminal Justice Center, located at 1201 Franklin Street in Houston, Texas.
At approximately 1309 hours, I escorted an Inmate from the 185th District Court to the medical clinic located at the Harris County Detention Facility located at 1200 Baker Street, in Houston, Texas. While waiting in the clinic, I heard yelling coming from one of the bays in the clinic. As I approached the bay, I saw that some unknown Detention Officers were attempting to restrain a combative Inmate.
  I assisted in controlling the Inmate, when I realized that the Inmate was already restrained with belly chains and leg irons. I witnessed the Inmate attempt to kick one of the Detention Officers while the Inmate was laying on the floor. I assisted by holding the Inmates legs while other unknown Detention Officers gained control of the inmates arms. Afterwards, I assisted the inmate in sitting up and assisting him back on a stretcher with no further altercation.
  After verifying the Inmates Harris County issued arm band, the Inmate was identified as Pappilion, Brodrick (SPN 03044295). I did not strike or kick the Inmate during this incident, nor did I witness anyone strike or kick the Inmate during this incident. I did not observe any Detention Officer with visible injuries, nor did anyone complain of pain. I did not observe any visible injuries on inmate Pappilion, nor did he complain of pain in m presence.

Incident Number: 230525569
Author: JOSE ROCHA
Staff Statement
Date Recorded: 05/26/2023 12:54

  On Thursday, May 25, 2023, I Detention Officer, J. Rocha (EIN ▮▮▮▮ was assigned to work in the 185th District Criminal Court located on the 17th floor of the Criminal Justice Center, located at 1201 Franklin Street in Houston, Texas.
At approximately 1309 hours, I escorted an Inmate from the 185th District Court to the medical clinic located at the Harris County Detention Facility located at 1200 Baker Street, in Houston, Texas. While waiting in the clinic, I heard yelling coming from one of the bays in the clinic. As I approached the bay, I saw that some unknown Detention Officers were attempting to restrain a combative Inmate.
  I assisted in controlling the Inmate when I realized that the Inmate was already restrained with belly chains and leg irons. I witnessed the Inmate attempt to kick one of the Detention Officers while the Inmate was laying on the floor. I assisted by holding the Inmates legs while other unknown Detention Officers gained control of the inmates arms. Afterwards, I assisted the inmate in sitting up and back to his bed with no further altercation.
  After verifying the Inmates Harris County issued arm band, the Inmate was identified as Pappilion, Brodrick (SPN 03044295). I did not strike or kick the Inmate during this incident, nor did I witness anyone strike or kick the Inmate during this incident.
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

  **Statement:** No Statement Provided

## Incident Report




**Ex. 5 046**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0525-569 | **Incident Reported:** 5/25/23  14:59 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** MEDRANO, D | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** ARLEN, T | **Reason:** Other |
| **Incident Occured:** | 5/25/23  13:09 | **Incident Location:** JA09 - 1 - Clinic -  - | **Comment:** N/A |

Incident Number: 23-0525-569
Author: DANIEL.MEDRANOBARAHO
Incident Notes   Date Recorded: 05/25/2023  15:41

On Thursday, May 25, 2023 I, Detention Officer D. Medrano (EIN ▮▮▮▮▮ was assigned to Early Watch, 1st Floor Medical Security at the Harris County Sheriff's Office Detention Facility, located at 1200 Baker Street in Houston, Texas 77002.

At approximately 1309 hours, I overheard medical staff needing assistance with an unknown inmate, later identified by his T-Card as Brodrick, Pappilion (SPN 03044295). As I was approaching the medical bed, inmate Pappilion was in a combative stance with both of his fists clenched, facing toward me with his knees slightly bent, breathing heavily. Once inmate Pappilion made eye contact with me, he proceeded to lunge forward in an attempt to overpower me by wrapping his arms around me, then attempting to take me to the ground. I quickly responded to the abrupt attack by delivering two closed fist strikes to his facial area, with my right hand.

Inmate Pappilion fell to the ground, where he continue being combative by kicking his legs at me. To stop the kicking, I delivered two more closed fist strikes to his facial area, using my right hand. Inmate Pappillion continue resisting. To prevent further assault on myself and responding Officers, I delivered two knee strikes to inmate Pappilion on his facial area, using my left knee. Once inmate pappilion was under control, I removed myself from the incident.

I did not observe any visible injuries on inmate Pappilion, nor did he complain of pain in my presence. I did not observe any visible injuries on any officer that was involved in this incident.

End Report

**Incident Report**

Ex. 5 047

**Page 5 of 5**

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 6/7/2023  9:32

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** 6/4/23  7:51 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** AL JUMAILY, Y | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** DOUSAY, J | **Reason:** |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** JA07 - 4 - F - 1 - | **Comment:** |

### Inmate Involved

**Name:** FICTORIA-MIRANDA, JOSUE JONATHAN
**SPN:** 03196229
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-4-F-1-01G

**Offense:** 1106 Resisting Restraint - Major
**Disposition:** Reviewed
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

### Staff Involved

**Name:** ACOSTA, VALERIA
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Ex. 5 048**

**Incident Information**

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** 6/4/23 7:51 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** AL JUMAILY, Y | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** DOUSAY, J | **Reason:** |
| **Incident Occured:** | 6/4/23 7:05 | **Incident Location:** JA07 - 4 - F - 1 - | **Comment:** |

**Statement:** Incident Number: 230604333
Author: VALERIA ACOSTA
Staff Statement
Date Recorded: 06/04/2023 16:24

On Sunday, June 04, 2023, I, Detention Officer V. Acosta (EIN ▮▮▮▮▮▮), was assigned to Day Watch, on the Fourth Floor as a Trainee of the Harris County Jail Facility, located at 701 N. San Jacinto, Houston, Texas 77002.

At approximately 0705 hours, Detention Officer J. Turner and I responded to an Inmate Disturbance in 4F1. I witnessed several Detention Officers enter the cell block of 4F1 to detain Inmate Fictoria, Josue (SPN 03196229) and I was in the safety vessel witnessing on what was occurring. I than saw the Detention Officers escort the Inmate onto the ground due to him not complying with verbal commands. After a struggle, the Detention Officers were able to handcuff Inmate Fictoria and were forced to carry him out of the cellblock. Inmate Fictoria continued to stiffen his body and resist. I than witnessed detention officers carry inmate Fictoria from the cellblock to a Z- cell where the medical staff was contacted to bring a stretcher for the inmate due to him refusing to stand up and walk.

At no time did I punch, kick, or strike Inmate Fictoria during this incident. I was not injured during this incident. I also did not witness the Detention Officers punch, kick, or strike Inmate Fictoria.

**File Statements:** No file attached

**Name:** AL JUMAILY, YASSER

| | |
|---|---|
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Officer Assigned to Post | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** ALLEN, PATRICK

| | |
|---|---|
| **Badge:** 191 | **Injury:** |
| **Position:** Detention Sergeant | **Severity:** |
| **Type of Involvement:** Responding Staff | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

**Statement:** Incident Number: 230604333
Author: PATRICK ALLEN
Staff Statement
Date Recorded: 06/04/2023 15:39

On Sunday, June 4, 2023, I, Detention Sergeant P. Allen (EIN ▮▮▮▮), was assigned to the 4th Floor, during Early Watch, of the Harris County Detention Facility, located at 701 N. San Jacinto Street, a location within Harris County, Texas.

At approximately 0710 hours I arrived on the 4th Floor to find all rovers and Sergeant Dousay in 4F1 with an Inmate Disturbance. I stopped by the FCC and requested the Z-Cell keys in preparation for opening a Separation Cell. I met the rovers and Sergeant Dousay by 4Z3 and assisted in directing the actions of the officers as the carried Inmate Fictoria-Miranda, Josue (SPN 03196229) from the 4F vestibule down the hallway. Inmate Fictoria was handcuffed, screaming incoherently, and holding a bed sheet that had fresh blood stains. Sergeant Dousay and I removed the sheet from inmate Fictoria's grasp and he was placed in 4Z3 on his left side. Inmate Fictoria was talking nonsense, in English and Spanish, and I could hear the handcuffs ratcheting as he trashed around. Detention Officer Carter left to obtain the leg shackles from the Floor Control Center as we rolled the Inmate onto his stomach to check the tightness (gap around) the wrist of Inmate Fictoria and double lock them for safety. A call was made to the ▮▮▮ Clinic to bring a stretcher up the assist in transporting Inmate Fictoria to the ▮▮▮ Clinic for medical evaluations for both injuries and for mental health concerns. I waited with Sergeant Dousay and the rovers until medical staff arrived and transported Inmate Fictoria downstairs

At no time did I witness any officer strike, kick, or punch Inmate Fictoria nor did I strike, kick, or punch him.
END OF STATEMENT
**File Statements:** No file attached

**Name:** BRISCOE JARVIS

| | | | |
|---|---|---|---|
| **Badge:** | | **Injury:** | |
| **Position:** Detention Officer | | **Severity:** | |
| **Type of Involvement:** Responding Officer | | **Description:** | |
| **Medical:** N | | **Hospital Name:** | |
| **E1?:** N | | **Mental Health Filed:** | |
| **Photo Taken?:** N | | **Illness:** | |
| **Use of Force:** N | | **Photo:** | |

**Statement:** Incident Number: 230604333
Author: JARVIS BRISCOE
Staff Statement
Date Recorded: 06/04/2023 10:31

On June 4, 2023, I, J. Briscoe EIN (▮▮▮▮ was assigned to the clinic of the Harris County Sheriff's Office Jail located at 701 N. San Jacinto.

At approximately 07:30 hour's inmate Fictria-Mirrand, J. spn (03196229) was brought to the clinic handcuff to a stretcher to be access by Medical Staff.  Due to his retreatants to the stretcher Inmate Fictria-Miranda could not be examined properly and had to be repositioned on the bed.  When Officers tried to restrain him back to the bed he began to resist by inter locking his fingers.  Once Officers were able to unlock his hands I placed the handcuff to the bed rail without further incident.
**File Statements:** No file attached

**Name:** BYRD, TYRONE

| | | | |
|---|---|---|---|
| **Badge:** 1647 | | **Injury:** | |
| **Position:** Detention Officer | | **Severity:** | |
| **Type of Involvement:** Responding Officer | | **Description:** | |
| **Medical:** N | | **Hospital Name:** | |
| **E1?:** N | | **Mental Health Filed:** | |
| **Photo Taken?:** N | | **Illness:** | |
| **Use of Force:** N | | **Photo:** | |

## Incident Information

| Incident ID: | 23-0604-333 | Incident Reported: | 6/4/23  7:51 | Violent Incident: | No |
|---|---|---|---|---|---|
| Incident Type: | Disciplinary | Reporting Officer: | AL JUMAILY, Y | Violence Type: | |
| Incident Status: | Approved | Supervisor: | DOUSAY, J | Reason: | |
| Incident Occured: | 6/4/23  7:05 | Incident Location: | JA07 - 4 - F - 1 - | Comment: | |

**Statement:** Incident Number: 230604333
Author: TYRONE BYRD
Staff Statement
Date Recorded: 06/04/2023 10:50
On Sunday, June 4, 2023, I, Detention Officer T. Byrd (EIN ███), was assigned to the Clinic of the Harris County Sheriff's Office Jail located at 701 North San Jacinto Street during First Watch as Clinic Security.
At approximately 0736 hours, an Inmate who was later identified by his Harris County issued armband as Fictoria-Miranda, Josue (SPN 03196229) was escorted down to the clinic. While in the Clinic, Inmate Fictoria-Miranda was yelling, and being combative and release himself from the hand restraints. I assisted the other Detention Officers and Sergeant in repositioning Inmate Fictoria-Miranda right arm from underneath him and placed arm restraint on it.
I continued to observe Inmate Fictoria-Miranda while he was being treated by ███ Medical. I did not nor did I see anyone strike, kick, or hit Inmate Fictoria-Miranda while he was in the Clinic.
End of my Report.
**File Statements:** No file attached

**Name:** CARTER, REGINALD

| | | |
|---|---|---|
| **Badge:** | **Injury:** | |
| **Position:** Detention Officer | **Severity:** | |
| **Type of Involvement:** Responding Officer | **Description:** | |
| **Medical:** N | **Hospital Name:** | |
| **E1?:** N | **Mental Health Filed:** | |
| **Photo Taken?:** N | **Illness:** | |
| **Use of Force:** N | **Photo:** | |

**Statement:** Incident Number: 230604333
Author: REGINALD CARTER
Staff Statement
Date Recorded: 06/04/2023 13:17
On Sunday June the 4th, 2023, I, Detention Officer R. Carter (EIN ███), was assigned as a rover, on the Fourth floor first shift, of the Harris County Detention Facility  located at 701 North San Jacinto, Houston, Texas.
At approximately 0705 hours I responded to al All Rover page for inmate disturbance inside 4F1 cellblock. Upon entering that cell block, Inmate Josue Fictoria (SPN 03196229) who identified by his Harris County T-Card, was observed standing on his top bunk yelling in Spanish. Inmate Fictoria was ordered several times in English and Spanish to get down before he hurt himself but refused to comply. Inmate Fictoria then started running away from the Detention Officers who had entered the cellblock.  When Inmate Fictoria got closer to the Detention officers who were standing in the dayroom, he lost his footing and officers were able to place a hold of him and bring him to the floor. Upon being placed on the floor, on his stomach Inmate Fictoria locked his arms under him and would not allow us to restrain him. I attempted to put his left arm behind his back but he still resisted. Detention Officer Turner (EIN ███ applied "Pressure Points". I applied pressure with my right thumb to right side of Inmate Fictoria's neck. Shortly afterwards the inmate complied and was handcuffed.
I assisted the other Detention Officers with carrying Inmate Fictoria from the 4F1 cellblock to separation cell 4Z3 where we lay him on the floor in and attempt to calm him while we awaited a stretcher from ███ Medical Clinic. Inmate Fictoria continued to resist and kick at the officers present.
Upon arrival, of the ███ Medical Clinic staff, Officers loaded Inmate Fictoria onto the medical stretcher and he was transported to the ██ Medical Clinic.
 At no time did I punch, kick, or strike Inmate Fictoria during this incident. I was not injured during this incident.
This is a supplement to Detention Officer Y. Al Jumaily (EIN ███ primary report – incident 23-0604-333
**File Statements:** No file attached

**Name:** CERDA, ERASTO

| | | |
|---|---|---|
| **Badge:** | **Injury:** | |
| **Position:** Detention Officer | **Severity:** | |
| **Type of Involvement:** Responding Officer | **Description:** | |
| **Medical:** N | **Hospital Name:** | |

| Incident Report | **Ex. 5 051** | Page 4 of 12 |

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | **23-0604-333** | **Incident Reported:** | **6/4/23  7:51** | **Violent Incident:** | **No** |
| **Incident Type:** | **Disciplinary** | **Reporting Officer:** | **AL JUMAILY, Y** | **Violence Type:** | |
| **Incident Status:** | **Approved** | **Supervisor:** | **DOUSAY, J** | **Reason:** | |
| **Incident Occured:** | **6/4/23  7:05** | **Incident Location:** | **JA07 - 4 - F - 1 -** | **Comment:** | |

**E1?:** N
**Photo Taken?:** N
**Use of Force:** Y

**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

Statement: Incident Number: 230604333
Author: ERASTO CERDA
Staff Statement
Date Recorded: 06/04/2023 15:35

On Sunday, June 4, 2023, I, Detention Officer E. Cerda (EIN ⬛⬛⬛⬛), was assigned to First Watch, as a Rover, on the Fourth Floor of the Harris County Detention Facility, located at 701 North San Jacinto, Houston, Texas, 77002

At approximately 0705 hours, I responded to an inmate disturbance page in 4F1 along with other rovers. Upon entering the cell block I observed an inmate who was later identified by his Harris County issued arm band/T-Card as FICTORIA-MIRANDA, JOSUE (SPN 03196229) standing on top of his bunk towards the back of the cell block shouting and hitting a light fixture and the ceiling with a closed fist. As we approached inmate Fictoria I could observe that he had blood on his hands and was starting to wipe it on the ceiling. After giving inmate Fictoria multiple commands in English and Spanish for him to get down from the bunk with no success, I then unholstered my Oleoresin Capsicum spray and gave inmate Fictoria loud verbal commands to get down from the bunk or I would deploy my spray at him. These commands were also ignored by inmate Fictoria as he continued to yell and then expose himself revealing his privates at all Detention Officers present as well as inmates and then attempting to insert a small bottle of body wash in his anus. Inmate Fictoria then started to jump from bunk to bunk threatening an inmate in the process until the quick reactions of Detention Officers D. Guzman (EIN ⬛⬛⬛⬛ and R. Carter (EIN ⬛⬛⬛⬛ after he lost his footing brought him down to a bottom bunk.

Once inmate Fictoria was on the bottom bunk, I immediately holstered my OC spray and grabbed him by his shirt (left shoulder area) and left arm to get him down to the ground. I then partially kneeled down on Inmate Fictoria applying pressure to the back of his legs right below his buttocks in attempts to keep him from struggling. I was giving inmate Fictoria loud verbal commands to turn his right arm around and place it behind his back but he brought his arms under him and interlaced his finger making it harder for us to turn his arms. ==I struck inmate Fictoria approximately seven times with a closed fist to his rib cage on his right side while ordering him to quit resisting==. Other officers around me were also attempting to get him to comply but he continued to struggle and resist restraints. Once we were able to turn his arms we were able to place him in hand cuff restraints and attempted to escort him out of the cell block. Inmate Fictoria continued to struggle while in a Z separation cell and was eventually placed in leg shackles to keep him from kicking while we waited for the medical team to arrive with a stretcher.

After placing inmate Fictoria on a stretcher Detention Officer J. Hernandez (EIN ⬛⬛⬛⬛) and I escorted him down to the ⬛⬛ clinic to be evaluated by a health care provider and be treated for injuries he had previous to this altercation as well as any sustained during the struggle. After being cleared from the ⬛⬛ clinic Detention Officer Hernandez and I escorted Inmate Fictoria to the ⬛⬛⬛⬛Health Unit at the ⬛⬛⬛ clinic. He was evaluated by a Psychologist and then was transported to ⬛⬛⬛⬛⬛Hospital for further medical evaluation.

This ends my involvement with inmate Fictoria. Inmate Fictoria did present injuries to his hands and knees however the majority of his injuries seemed to be caused by other means and not by the altercation with Detention Officers.

I did not witness any injuries nor did I hear any Detention Officer complain of being in pain.

SGT J. Dousay (EIN ⬛⬛⬛⬛ was present at the time of the use of force. Classification Detention Officer S. Fotso (EIN ⬛⬛⬛⬛ was notified of this offense.

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** 6/4/23  7:51 | | **Violent Incident:  No** |
| **Incident Type:** | Disciplinary | **Reporting Officer:  AL JUMAILY, Y** | | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:       DOUSAY, J** | | **Reason:** |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:   JA07 - 4 - F - 1 -** | | **Comment:** |

**File Statements:** No file attached

**Name:** DOUSAY, JAMES
**Badge:**
**Position:**
**Type of Involvement:**
**Medical:**
**E1?:**
**Photo Taken?:**
**Use of Force:**

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 230604333
Author: JAMES DOUSAY
Staff Statement
Date Recorded: 06/04/2023 16:21
On Sunday June 4, 2023, I Sergeant James T. Dousay, EIN:             was assigned as supervisor of the 4th Floor at 701 N. San Jacinto St./Harris County Jail facility.  At approximately 0705 hrs, Rovers from the 4th floor responded to an inmate disturbance call inside the 4F1 Cellblock. I also responded, and when I entered the cellblock, I observed an inmate later identified as Fictoria, Josue SPN: 03196229, standing on top of one of the top bunks inside the cellblock. The inmate was shouting unknown sentences and began jumping to other top bunks in the vicinity of his own bunk.
The rovers were giving verbal orders in both English and Spanish for the inmate to exit the bunk and submit to be restrained. The inmate was continuing to refuse the officer's orders. I observed the inmate's hands appeared to be bleeding and he was severely agitated.
At one point, Inmate Fictoria moved to a top bunk close to one of the Detention Officers. At that time, Officer Carter placed a hold on the inmates left leg and attempted to escort him from the bunk.  The inmate pulled away and quickly moved from the top bunk onto the bottom bunk and officers were able to pull him onto the floor.  The Detention Officers began attempting to restrain Inmate Fictoria and get restraining cuffs on him.  The inmate was lying on his stomach and had his arms underneath his body. I placed my left hand on the inmate's left ankle,  and my right hand on his right ankle inorder to keep him from kicking the officers with his legs.  The Detention Officers were eventually able to place handcuffs on Inmate Fictoria.
I then assisted the Detention Officer Rovers in carrying Inmate Fictoria from the 4F1 Cellblock to the 4Z3 Separation cell where we lay him on the floor to calm him while we awaited             Medical personnel to respond with a stretcher.  Upon their arrival, Detention Officers loaded Inmate Fictoria onto the stretcher and I assisted Detention Officer's Guzman and Hernandez with transporting Inmate Fictoria to the basement      Medical Clinic for evaluation. Inmate Fictoria continued to resist and move around while on the medical stretcher.  Once inside the clinic, Detention Officers and myself handcuffed him to the stretcher and placed leg irons on his ankles.
I took several photographs of Inmate Fictoria while he was in the clinic. He appeared to have bleeding abrasions on both his hands, and on both his knees. I observed minor bruising to his forehead and eyes.  Some of the abrasions appeared to have scabs at the time the photos were taken.  I also went into the 4F1 cellblock and took photos of bloody hand prints on the ceiling above Inmate Fictoria's cell, where he had been striking the concrete ceiling with his fists.
At no time did I witness any of the Detention Officers strike or kick Inmate Fictoria during this incident, nor did I strike or kick the inmate during this incident. I was not injured during this incident.
Lieutenant Buccini was notified of this incident.
**File Statements:** No file attached

**Name:** GUZMAN, DAVID
**Badge:** 1308
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

**Statement:** Incident Number: 230604333
Author: DAVID GUZMAN
Staff Statement
Date Recorded: 06/04/2023 12:09
vv
On Sunday, June 4, 2023, I, Detention Officer D. Guzman (EIN ▉▉▉▉ was assigned to first watch, Rover, on the Fourth Floor of the Harris County Jail Facility, located at 701 North San Jacinto Street.
At approximately 0705 hours, Detention Officer Y. Al Jumaily (EIN ▉▉▉▉ called for an inmate disturbance in 4F1 through the floor intercom.  Upon arrival an inmate later identified as Fictoria, Josue (SPN03196229) was standing on top of his bunk screaming and hitting the ceiling with his fists.  Inmate Fictoria was given loud verbal commands to get down and place his hands behind his back multiple times.  Inmate Fictoria did not cooperate and continued to act in a crazy manner. He would do things like drop his pants down then he would pick them up.  After that he started jumping around to different bunks and making loud noises.
As Inmate Fictoria got to the last bunk, I approached him and I grabbed his left leg, and I pulled him him down from the bunk.  Inmate Fictoria landed on his feet and as he stood on the floor, I tried to get his left arm behind him in order to restrain him, but he pulled away and ended up laying on the bottom bunk.  Inmate Fictoria was taken to the ground by other Detention Officers and he continued to actively resist by tucking his arms under his chest.  I was able to handcuff his right arm as he kept pulling away.  Another Officer grabbed his left arm so I could handcuff it. I helped carry Inmate Fictoria out of the cellblock and into a Z-cell until medical staff arrived to take him down to clinic.
At no time did I punch, kick, or strike Inmate Fictoria during this incident. I was not injured during this incident.
This is a supplement to Detention Officer Y. Al Jumaily (EIN ▉▉▉▉ primary report – incident 23-0604-333.
End of Report.

**File Statements:** No file attached

| | | |
|---|---|---|
| **Name:** HERNANDEZJR, JOSE | | |
| **Badge:** | **Injury:** | |
| **Position:** Detention Officer | **Severity:** | |
| **Type of Involvement:** Responding Officer | **Description:** | |
| **Medical:** N | **Hospital Name:** | |
| **E1?:** N | **Mental Health Filed:** | |
| **Photo Taken?:** N | **Illness:** | |
| **Use of Force:** Y | **Photo:** | |

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:**  No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** |

**Statement:** Incident Number: 230604333
Author: JOSE HERNANDEZJR
Staff Statement
Date Recorded: 06/04/2023 15:26

On Sunday, June 4, 2023, I Detention Officer J. Hernandez (EIN ▇▇▇▇ was assigned to the fourth floor, as a rover, first watch, of the Harris County Facility, located at 701 North San Jacinto, Houston, Texas.

At approximately 0705 hours, I responded to 4F1 regarding a disruptive inmate. Upon entering the cellblock, I observed inmate Josue Fictoria (SPN 03196229) standing on one of the top bunks near the back wall, hitting a nearby light fixture with closed fists and yelling incoherently. Some of the phrases he yelled included "Captain America!", "My mother is your mother, your father is my father!", and "For Brazil! Long live Brazil!" I, as well as the other rovers responding, ordered Inmate Fictoria to get off the bunk and submit to being handcuffed. Inmate Fictoria ignored orders given to him in both English and Spanish. I observed Inmate Fictoria ball up his fists and lean toward another detention officer as the detention officer approached him. Seeing as how Inmate Fictoria was yelling, and  was not wearing a shirt,  and had balled up fists showing signs of aggression when approached, I took our my OC spray and began to shake it while ordering Inmate Fictoria to get down or I would be forced to deploy my spray. This appeared to have some effect as Inmate Fictoria un-balled his fists and began reaching for his shirt. However, before he put his shirt on, he pulled his pants and boxers down exposing his rear and genitals. He then proceeded to attempt to insert a bottle of shampoo into his anus.

After being warned again of being sprayed with OC, Inmate Fictoria put on his shirt and appeared to be collecting his property before jumping to another nearby bunk. He jumped from bunk to bunk until he encountered one occupied by another inmate. Inmate Fictoria threatened to harm the inmate unless the inmate left the bunk. That inmate leaped off the bunk and Inmate Fictoria proceeded to jump to that bunk and another before another officer grabbed his left leg and began attempting to pull Inmate Fictoria off and onto the floor. Inmate Fictoria then swung from the top bunk to the bottom bunk and was resisting restraint. I pushed Inmate Fictoria's upper back with both hands in order to keep the back of his head from colliding with a nearby bunk. Inmate Fictoria then began to hold on to the bottom bunk while being pulled by the responding officers. I grabbed Inmate Fictoria's right arm with both hands and forced him to release the bunk. This allowed the other detention officers to pull Inmate Fictoria and get him to the ground to be restrained. All of this while Inmate Fictoria yelled incoherently.

Inmate Fictoria, upon hitting the ground, rolled on his belly and interlocked his hands close to his chest to prevent us from handcuffing him. I positioned myself near the left side of Inmate Fictoria's head and attempted to pull his left arm out from under his body with both hands while ordering Inmate Fictoria to put his hands behind his back. I was unsuccessful. Inmate Fictoria appeared to have unnatural strength. I then struck the left side of Inmate Fictoria's face twice with a closed right fist in an attempt to gain compliance. This also failed. I decided to reposition myself near Inmate Fictoria's left leg and began to apply a pressure point near the back of Inmate Fictoria's left knee using both my thumbs. This was also unsuccessful. Inmate Fictoria continued to yell incoherently. I also observed Inmate Fictoria had injuries on his hands and was sweating profusely.

After a couple of minutes struggling with Inmate Fictoria, I and the other detention officers were able to restrain Inmate Fictoria and get him to his feet. Inmate Fictoria refused to walk and dropped his body weight. I then grabbed ahold of Inmate Fictoria's left leg and assisted in carrying him out of the cellblock. In the safety vestibule, Inmate Fictoria began kicking with his right leg. I continued to assist in carrying him to a separation cell. Once in the separation cell, I and the other detention officers rolled Inmate Fictoria on his belly and ordered him to comply and lay still. Inmate Fictoria continued to yell and act in a strange fashion. I pinned Inmate Fictoria to the ground by placing my knee and foot on his back while another detention officer retrieved a set of leg irons to prevent further kicking or escape attempts. I monitored Inmate Fictoria's breathing to ensure Inmate Fictoria did not asphyxiate. Inmate Fictoria was then placed in leg irons and placed on a medical stretcher. Inmate Fictoria refused to be handcuffed to the stretcher and resisted by kicking his legs.

Once secured on the stretcher, Detention Officer E. Cerda and I escorted Inmate Fictoria to the ▇▇▇Clinic where he received treatment for his wounds. Once cleared, I and Detention Officer Cerda were instructed to escort Inmate Fictoria to ▇▇▇▇▇ front door. I escorted Inmate Fictoria and monitored him until I was instructed by my sergeant to leave my post and report to the seventh floor at approximately 1030 hours.
End of Report

**File Statements:** No file attached

**Name:** JOHNSON, JUMALL

| | | |
|---|---|---|
| **Badge:** 1352 | | **Injury:** |
| **Position:** Detention Officer | | **Severity:** |
| **Type of Involvement:** Responding Officer | | **Description:** |
| **Medical:** N | | **Hospital Name:** |
| **E1?:** N | | **Mental Health Filed:** |
| **Photo Taken?:** N | | **Illness:** |
| **Use of Force:** N | | **Photo:** |

| | | |
|---|---|---|
| **Incident Report** | Ex. 5 056 | **Page 9 of 12** |

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

**Statement:** Incident Number: 230604333
Author: JUMALL JOHNSON
Staff Statement
Date Recorded: 06/05/2023 01:11
At approximately 07:05 hours, I heard a loud noise coming from cellblock 4F1, as I approached cellblock 4F1 I saw two Sergeants and three Detention Officers struggling to handcuff a combative inmate who was resisting restraint.  I saw an opening where I could assist by helping the Officers bring his left arm to the back of his body.  I was able to grab the inmate's left arm, which was tucked in front of his body, I was able to pull his left arm to the back of his body.  Once the arm was at the back of his body, we were able to secure the handcuffs to both of his wrists.  We escorted the inmate out of cellblock 4F1 to a holding cell.  At the holding cell, Sergeant Dousay called for a stretcher so the inmate could be escorted to the ▇▇ Clinic for any injuries he might have sustained.  I waited along with the other Detention Officers for the stretcher to arrive.  Once the stretcher arrived, we picked the inmate up and placed him on the stretcher.  Once medical personnel and the Detention Officers made it to the elevators with the inmate secure, I returned to my assigned floor, which was the 7th Floor.  I did not see any strikes thrown at the combative inmate nor did I strike the combative inmate.
**File Statements:** No file attached

| | | | |
|---|---|---|---|
| **Name:** PEROTKA, TYLER | | | |
| **Badge:** | | **Injury:** | |
| **Position:** Detention Officer | | **Severity:** | |
| **Type of Involvement:** Responding Officer | | **Description:** | |
| **Medical:** N | | **Hospital Name:** | |
| **E1?:** N | | **Mental Health Filed:** | |
| **Photo Taken?:** N | | **Illness:** | |
| **Use of Force:** N | | **Photo:** | |

**Statement:** Incident Number: 230604333
Author: TYLER PEROTKA
Staff Statement
Date Recorded: 06/04/2023 10:12
On Sunday, June 4, 2023, I, Detention Officer T. Perotka (EIN ▇▇▇▇ was assigned to the Frist Watch, Clinic, of the Harris County Sheriff's Office Detention Facility, located at 701 N. San Jacinto Street, Houston, Texas.
At approximately 0736 hours, Inmate J Miranda (SPN 03196229) was brought down to the ▇▇ clinic on a stretcher I observed that Inmate Miranda was out of control and went over to asset just in case they need my help as the officers was handcuffing inmate Miranda to the bed I place my hands on the bed to make sure it wouldn't move around on them so they could get the cuff on inmate Miranda safely at no time did I strike or kick the inmate.
**File Statements:** No file attached

| | | | |
|---|---|---|---|
| **Name:** TURNER, JOHN | | | |
| **Badge:** 2536 | | **Injury:** | |
| **Position:** Detention Officer | | **Severity:** | |
| **Type of Involvement:** Responding Officer | | **Description:** | |
| **Medical:** N | | **Hospital Name:** | |
| **E1?:** N | | **Mental Health Filed:** | |
| **Photo Taken?:** N | | **Illness:** | |
| **Use of Force:** N | | **Photo:** | |

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

**Statement:** Incident Number: 230604333
Author: JOHN TURNER
Staff Statement
Date Recorded: 06/04/2023 16:20

On Sunday, June 04, 2023, I, Detention Officer J. Turner (EIN ███████, was assigned to Day Watch, on the Fourth Floor as a Floor Rover of the Harris County Jail Facility, located at 701 N. San Jacinto, Houston, Texas 77002.

At approximately 0705 hours, I responded to a page for an Inmate Disturbance in the 4F1 cellblock.  Upon entering that cellblock, I observed an inmate later identified by his Harris County issued armband as Fictoria-Miranda, Josue (SPN 03196229) standing on a top bunk screaming and punching the ceiling with his fist. I ordered Inmate Fictoria-Miranda several times to get down and stop hitting the ceiling. I requested Detention Officers Guzman, Hernandez and Cerda to order Inmate Fictoria- Miranda to get down in the Spanish language. While still standing up on his bunk, Inmate Fictoria-Miranda began placing his hand or bottle in his rectal area then would smell his hand and then touch his genitals area and smell his hand. Inmate Fictoria then looked up at the ceiling while talking to himself. Inmate Fictoria then turned around to face Inmates and pulled his pants down exposing himself. Inmate Fictoria-Miranda appeared agitated and began yelling while moving sporadically to other top bunks within the vicinity of his of his bunk.  Inmate Fictoria-Miranda then jumped to another bunk and shouted to an inmate to "move!"

Once Inmate Fictoria was on the last bunk, Detention Officer R. Carter (EIN ██████) attempted to take hold of Inmate Fictoria-Miranda's left leg to escort him to the floor to be restrained. Inmate Fictoria-Miranda ended up on the bottom bunk where I placed a hold on his right arm helping to escort him to the floor. Once on the floor, Inmate Fictoria-Miranda was on the floor on his stomach. Inmate Fictoria locked his arms under him and would not allow us to get his arms behind him to restrain him. The other Detention Officers attempted to place him in hand restraints. I held Inmate Fictoria's right shoulder in order to help get his hands from underneath his chest. I delivered approximately seven closed fits strikes to his upper facial area in an attempt to get Inmate Fictoria to release his arms to be place in hand restraints. This effort was not successful. Due to him crossing his arms and placing them underneath his chest, we could not pull them out and secure him in hand restraints. I tried a pressure point techniques on Inmate Fictoria's neck to get him to release his arms, and eventually that was successful. Shortly afterwards, the inmate complied and was handcuffed. After hand restraints were fully secured on Inmate Fictoria, we then lifted him off the floor and carried him out of 4F1 to separation cell 4Z3 until medical staff arrived with a stretcher to take him down to the clinic.

Once Inmate Fictoria was placed in restraints I did not punch, kick, or strike or see any other Detention Officer punch, kick, or strike Inmate Fictoria-Miranda.

At the time of the incident I did notice several bruises on Inmate Fictoria-Miranda's face, arm hands and legs. I was not injured during this incident.

**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

| Incident Information | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0604-333 | **Incident Reported:** | 6/4/23  7:51 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AL JUMAILY, Y | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | DOUSAY, J | **Reason:** | |
| **Incident Occured:** | 6/4/23  7:05 | **Incident Location:** | JA07 - 4 - F - 1 - | **Comment:** | |

Incident Number: 23-0604-333
Author: YASSER.ALJUMAILY
Incident Notes   Date Recorded: 06/04/2023  11:03

On Sunday, June 04, 2023, I, Detention Officer Y. Al Jumaily (EIN: ███████, was assigned to First Watch, Fourth Floor, F pod, of The Harris County Sheriff's Office Jail, located at 701 North San Jacinto Street, in Harris County, Texas.
At approximately 7:05 hours, I heard a loud noise coming from 4F1 side and turned around to observe unidentified Inmate later identified by his Harris county issued armband as Inmate Fictoria, Josue (SPN 03196229), standing on the top of his bunk shouting something and hitting the ceiling above his bunk with his fists.
Inmate Fictoria began threating the other inmates inside the 4F1 cellblock.
I immediately paged for all available rovers to respond to this disturbance. Detention Officers J. TURNER (EIN ███████, D. GUZMAN (EIN ███████, and R. CARTER (EIN ███████, responded and entered the cellblock. Inmate Fictoria was ordered several times to step down from his bunk, but he refused the orders. The rovers had to pull him from the top of the bunk and he began resisting and attempting to kick the officers. The officers were eventually able to place handcuffs on Inmate Fictoria. The officers then carried Inmate Fictoria out of the cellblock and to a separation cell where they awaited a stretcher from the ███ Medical Clinic. Inmate Fictoria was then transported to the ███ Medical Clinic via a stretcher.
Inmate Fictoria was notified that he violated Harris County Sheriff's Office Jail Inmate Handbook disciplinary code #1106- Resisting Restraint (No inmate shall refuse or resist to be handcuffed, leg ironed or restrained by any lawful means by a Detention Officer, Deputy, or Staff Member.).
Inmate Fictoria was afforded the opportunity to write a statement, but he refused. He was issued a Confirmation of Service form.
SGT J.Dousay (EIN ███████ was present at the time of the use of force.  Classification Detention Officer S, Fotso (EIN ███████ was notified of this offense.
No other information; end of the report.