CONFIDENTIAL

ML23-0044 AUTOPSY REPORT
ML23-0044 INVESTIGATOR REPORT
ML23-0044 MED RECS
ML23-0044 HCIFS MISC

CONFIDENTIAL



HARRIS COUNTY
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML23-0044

January 4, 2023

## ON THE BODY OF

Jacoby M. Pillow

CAUSE OF DEATH:   Toxic effects of methamphetamine

MANNER OF DEATH:   Accident

DATE OF DEATH:   January 3, 2023

PROSECTOR:   Jesus O. Rico Castillo, M.D.
Forensic Pathology Fellow

Reviewed by:

_____   08|08|23
Marianne E. Beynon, M.D.                          MMDDYY
Assistant Medical Examiner

JACOBY M. PILLOW [DIC]          Ex. 9 002
PLAINTIFF [SPN 03175416]                          000002

CONFIDENTIAL

Jacoby M. Pillow
ML23-0044
-2-

## POSTMORTEM EXAMINATION ON THE BODY OF

## Jacoby M. Pillow

HISTORY:   By report, the decedent, a 31-year-old Black male, became unresponsive in Baker Street Jail, was transported to St. Joseph Medical Center, arriving at 9:05 a.m. on January 3, 2023, and was pronounced dead at 9:12 a.m. on the same day.   The decedent was identified by fingerprint comparison.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Forensic Pathology Fellow Jesus O. Rico Castillo, M.D., under the supervision of Assistant Medical Examiner Marianne E. Beynon, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedures, beginning at 1:35 p.m. on January 4, 2022.

EXTERNAL APPEARANCE:

CLOTHING:   When first viewed, the decedent is clad in a cut orange shirt, orange shorts, and an orange sock on the left foot.

The body is lying in a white body transport bag.   Harris County morgue identification bands encircle the right wrist and ankle.   A Harris County morgue tracking device encircles the left ankle.

The body is that of a normally developed, Black male who weighs 201 pounds, is 69 inches in length (body mass index of 29.7 kilograms per square meter), and appears compatible with the reported age of 31 years.   The body is cold, subsequent to refrigeration.   Rigor mortis is well developed and symmetrical.   Fixed red-pink lividity extends over the posterior surfaces of the body except in areas exposed to pressure.

The scalp hair is black, tightly curled, and measures up to 1-1/2 inches.   The facial hair consists of a black, curly beard and mustache.   The irides are brown.   The corneas are clear.   The sclerae are white.   The conjunctivae and oral mucosa are congested, without petechial hemorrhages.   The external auditory canals, nares, and oral cavity are free of foreign material or abnormal secretions.   The nasal septum is palpably intact.   The lips are unremarkable.   The teeth are natural and in good condition.

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]
000003

CONFIDENTIAL

Jacoby M. Pillow
ML23−0044
−3−

The neck is symmetrical, without evidence of injury.   The chest is symmetrical.   The abdomen is flat.   The surface of the back is free of lesions.   The external genitalia are those of a normal adult male.   The upper and lower extremities are well−developed and symmetrical.

IDENTIFYING MARKS AND SCARS:   Monochromatic tattoos are on the chest, back, upper extremities, and left thigh.   A 3−1/2 inch scar is on the left upper chest adjacent to the axilla.

EVIDENCE OF MEDICAL INTERVENTION:   A nasal cannula is in the right naris. Defibrillator pads are on the torso.   An intravenous catheter is in the right antecubital fossa.   A hospital band encircles the right wrist.

EVIDENCE OF INJURY:

SUPERFICIAL BLUNT FORCE INJURIES:

HEAD:   A 1/8 by 1/8 inch red abrasion is on the left forehead.   A 1/4 by 1/4 inch pink−red contusion is on the right eyebrow.   A 1 by 1/2 inch red abrasion is on the nasal bridge.   A 1/2 by 1/2 inch red abrasion is on the left cheek.   A 1/2 by 1/4 inch orange abrasion is on the right cheek.   A 1/2 by 1/4 inch pink contusion is on the left cheek. Internally, the bilateral temporalis muscles are hemorrhagic.

UPPER EXTREMITIES:   The bilateral wrists have multiple, up to 3/4 by 1/8 inch interrupted, horizontal, linear, pink−red contused abrasions, more prominent on the posterior wrists.   Two, 1 by 5/8 inch and 1/4 by 1/8 inch red, dry, horizontal, linear contused abrasions are on the distal posterolateral right forearm.   These injuries are consistent with restraint placement.   There is no hemorrhage within the underlying soft tissues.   In addition, a 1/8 inch red abrasion is on the left elbow, and patchy faint pink contusion is on the right elbow and posterior right arm.

LOWER EXTREMITIES:   A 1/8 by 1/8 inch red abrasion is on the proximal anteromedial left leg.   A 1/2 by 1/8 inch brown−red abrasion is on the proximal anterolateral left leg. A 4−3/4 by 1−3/4 inch cluster of dark red, dry abrasions is on the anterior left leg. Faint pink contusion is on the right knee.

Jacoby M. Pillow
ML23-0044
-4-

INTERNAL EXAMINATION:

BODY CAVITIES:  No fluid collections are in any of the body cavities.  The peritoneal cavity has focal fibrous adhesions.  All internal organs are in their normal anatomic positions.  The serous surfaces are smooth and glistening.

HEAD:  See EVIDENCE OF INJURY.  The calvaria is unremarkable.  The dura mater and falx cerebri are intact.  There is no epidural, subdural, or subarachnoid hemorrhage. The brain weighs 1330 grams and has a normal shape.  The leptomeninges are thin and delicate.  The cerebral hemispheres are symmetrical.  The structures at the base of the brain, including the cranial nerves and blood vessels, are intact.  The cerebral cortical ribbon is well-demarcated from the white matter.  The deep nuclei and ventricles, cerebellum, brainstem, and proximal cervical spinal cord have the standard configuration with no lesions.  The remaining spinal cord is not examined.

NECK:  The anterior muscles of the neck have no hemorrhage.  The tongue mucosa is intact, with no hemorrhage in the musculature.  The hyoid bone and thyroid and cricoid cartilages are intact.  The laryngeal mucosa is tan and glistening with no edema.  The epiglottis is thin with no edema.  The atlanto-occipital articulation is stable.  No cervical fractures are palpated.

CARDIOVASCULAR SYSTEM:  The heart weighs 400 grams and has a smooth, glistening epicardial surface with small amount of epicardial fat.  The coronary artery system has patent ostia and a right-dominant distribution, with no significant atherosclerosis.  The myocardium is red-brown, without pallor, softening, or fibrosis.  The atrial and ventricular septa are intact.  The chambers of the heart are not dilated.  The wall thickness of the left ventricle is 1.2 centimeters, the right ventricle 0.3 centimeter, and the interventricular septum 1.0 centimeter.  The endocardial surfaces are smooth and without hemorrhage.  The four cardiac valves are thin, freely mobile, and measure as follows: tricuspid valve 12.2 centimeters, pulmonic valve 7.4 centimeters, mitral valve 10.6 centimeters, and aortic valve 7.4 centimeters.  The aorta and its major branches arise normally and follow their usual distribution, free of significant atherosclerosis or other abnormalities.  The venae cavae and their major tributaries return to the heart in their usual distribution and are free of thrombi.

CONFIDENTIAL

Jacoby M. Pillow
ML23-0044
-5-

RESPIRATORY SYSTEM:  The 640 gram right lung and 590 gram left lung have normal lobation.  The pleural surfaces are smooth and glistening with very mild anthracotic pigment deposition.  The parenchyma has dependent congestion, without masses, consolidation, or hemorrhage.  The bronchi are unremarkable.  The pulmonary arterial vasculature is without thromboemboli or significant atherosclerosis.

HEPATOBILIARY SYSTEM:  The 1540 gram liver has a smooth, glistening, intact capsule covering dark red-brown parenchyma with no focal lesions and no visible or palpable fibrosis.  The gallbladder contains 21 milliliters of green-brown, mucoid bile without stones.  The mucosa is velvety and unremarkable.  The extrahepatic biliary tree is patent, without evidence of calculi.

GASTROINTESTINAL SYSTEM:  The esophagus is lined by gray-white, smooth mucosa. The gastric mucosa exhibits the usual rugal folds, and the lumen contains 100 milliliters of tan liquid with semisolid pink-tan particulate material, as well as two small packages variably wrapped in foil and plastic.  The small intestine, colon, and appendix are unremarkable.  The pancreas has a pink-tan, lobulated appearance and the ducts are clear.

GENITOURINARY SYSTEM:  The right and left kidneys weigh 140 grams and 150 grams, respectively.  The renal capsules are smooth, thin, and semi-transparent.  The underlying cortical surfaces are smooth.  The cortices are sharply delineated from the medullary pyramids, which are red-purple and unremarkable.  The calyces, pelves, and ureters are unremarkable.  The urinary bladder contains 100 milliliters of clear yellow urine.  The mucosa is pink-white and unremarkable.  The testes, prostate gland, and seminal vesicles are unremarkable.

RETICULOENDOTHELIAL SYSTEM:  The 180 gram spleen has a smooth, intact capsule covering dark red-purple, moderately firm parenchyma.  The white pulp is unremarkable.  The lymph nodes are not enlarged.

ENDOCRINE SYSTEM:  The thyroid gland has a normal shape and size with uniform red-brown, rubbery parenchyma.  The parathyroid glands are inconspicuous.  The adrenal cortices are golden-yellow and uniformly thin, while the medullae are thin and gray. The pituitary gland is unremarkable.

Jacoby M. Pillow
ML23-0044
-6-

MUSCULOSKELETAL SYSTEM:   The vertebrae, clavicles, sternum, ribs, and pelvis are without fractures or developmental anomalies.   The musculature is normally distributed and unremarkable.   The diaphragm is intact.

TOXICOLOGY:   Blood, vitreous fluid, urine, bile, stomach contents, liver, and brain are submitted.   A urine drug screen is positive for methamphetamine, amphetamine, and tetrahydrocannabinol, and is negative for all other tested analytes

EVIDENCE:   The two foil and plastic-wrapped packages recovered from the stomach are submitted.

HISTOLOGY:   The following sections are submitted:   Cassette A – Brain; Cassettes B-C – Heart; Cassette D – Left lung; Cassette E – Right lung; Cassette F – Liver and kidney.


PATHOLOGICAL FINDINGS

I.   Toxic effects of methamphetamine
   A.  Methamphetamine and metabolite (amphetamine) in postmortem femoral blood; see TOXICOLOGY REPORT
   B.  Two foil and plastic-wrapped packages recovered from stomach
      1.  Contents identified as Delta-9-Tetrahydrocannabinol; see Drug Chemistry Report
      2.  Delta-9-tetrahydrocannabinol and metabolite in postmortem femoral blood; see TOXICOLOGY REPORT
   C.  Cardiac hypertrophy (heart, 400 grams)
   D.  Pulmonary edema and congestion (right lung, 640 gram; left lung, 590 gram)
   E.  Social history of ethanol, tobacco, and cannabis use, per report
   F.  Circumstances:   Found unresponsive in a jail cell approximately 6 hours after he was involved in a physical altercation with law enforcement involving restraints, per report
      1.  Superficial blunt force injuries of the head
         a.  Facial abrasions and contusions
         b.  Bilateral temporalis muscle hemorrhage
      3.  No skull fractures or intracranial hemorrhage

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

CONFIDENTIAL

Jacoby M. Pillow
ML23-0044
-7-

2. Abrasions and contusions of upper and lower extremities, including injuries of wrists consistent with restraint placement (handcuffs)
3. Per review of video surveillance:
   a. At ~1:12 a.m., decedent was involved in physical altercation with law enforcement involving restraints
   b. Between ~1:12 a.m. and ~7:27 a.m., decedent was conscious (when not sleeping) and moving, including standing and walking under his own power at various points
   c. At ~7:27 a.m., decedent suddenly collapsed in elevator, after which point he never returned to baseline
   d. From ~7:27 a.m. to 8:11 a.m., decedent was placed by law enforcement in a cell and left alone for approximately 35 minutes
   e. At ~8:11 a.m., decedent was found unresponsive in cell and emergency medical services were called

COMMENT:  Due to the extended period of time that elapsed between the physical altercation and the decedent's terminal collapse (approximately 6 hours) and the lack of significant internal injuries, it is determined that the physical altercation did not contribute to the decedent's death.  The cause of death is determined to be Toxic effects of methamphetamine, and the manner of death is Accident.

This case was presented and reviewed at the weekly Harris County Institute of Forensic Sciences quality assurance and peer review conference on June 21, 2023.

CONFIDENTIAL

Jacoby M. Pillow
ML23-0044
-8-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Marianne E. Beynon, M.D.                                    ML23-0044
Assistant Medical Examiner

MICROSCOPIC EXAMINATION

6 H&E-stained slides are reviewed.

HEART - Scattered hypertrophic cardiomyocytes

LUNGS - Intra-alveolar edema; subpleural airspace enlargement; mild peribronchial anthracotic pigment deposition; vascular congestion; patchy intra-alveolar red blood cells; focal bacterial overgrowth

LIVER - Sinusoidal congestion

KIDNEYS - Vascular congestion

BRAIN - No significant histopathologic changes

Note: Sickled red blood cells are present in the vasculature of multiple organs.

CONFIDENTIAL

## Harris County Institute of Forensic Sciences

| Case Number: M23-0044 | | | Page: I of I |
|---|---|---|---|
| Decedent's Name: Jacoby Pillow | Length: 69" | Weight: 201 lbs |
| Examiner: Jesus Rico / Beynon | Date: 1/4/23 | Time: 1:35 PM |



TC, Block 142"L; natural teeth in good condition

FLUOROST
W → sodious
Brown → irides
congested conjunctiva
FR

C: pink-red
A: 1/8" x 1/8"
Nasal annule
A: 1/2" x 1"
1/4" x 1/2"
A: dark red
A: 1/2" x 1/2"
C: pink 4"x4"
FT

UDS
① Amph ② Narc
③ THC

S: 3 1/2" Hypo

I U
FT

I D

Purple striped band

FT
A: 1/8" x 1/8"
A: dark red 1/2" x 1/8"
A: Dark-red dry
L: 4 3/4" x 1 3/4"

I D
ankle

A: Linear 1" x 5/8"
Dark dry
A: 1/8" x 1/4" linear
dry red
(L-side)
A: Dark red
linear 1/8" x 3,
interrupted w/
pink contusion

C: 1 x 3/4" purple

L

R

Cloth
√ ↓ orange scrubs
√ ↓ orange shirt
√ ↓ shredded shirt

| Section: Pathology | | Authorized by: DA Wolf |
|---|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | | Form No.: PAT.001 |
| Rev.: | | Rev. date: 11/5/13 |

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]
Ex. 9 010
000010    MEB

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005    FAX: 832-927-2876

## TOXICOLOGY REPORT

### February 20, 2023

**LABORATORY NUMBER: ML23-0044**

**SERVICE REQUEST: 0001**



**Deceased: JACOBY M PILLOW**

**Pathologist:**

Jesus Rico, M.D.
Forensic Pathology Fellow
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

## *SUBMISSION INFORMATION:*

**On 01/05/2023  the following items were received from Jesus Rico, M.D.:**

001 - Plastic Bag

001-A - Blood (femoral, gray top)

001-B - Blood (heart, gray top)

001-C - Blood (heart, red top)

001-D - Blood (femoral, lavender top)

001-E - Vitreous Humor (red top)

001-F - Urine (red top)

001-G - Bile (red top)

001-H - Stomach Contents (jar)

001-I - Liver (jar)

001-J - Brain (jar)

## *ANALYSIS DATES:*    01/06/2023 - 02/16/2023

## *RESULTS:*

**001-A - Blood (femoral, gray top)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | J. Steege |
| Acetone | None Detected | Headspace GC/FID | J. Steege |
| Isopropanol | None Detected | Headspace GC/FID | J. Steege |
| Methanol | None Detected | Headspace GC/FID | J. Steege |
| Amphetamine | 0.043 ± 0.010 mg/L | LC/MS/MS | G. Behnke |
| Methamphetamine | 0.28 ± 0.05 mg/L | LC/MS/MS | G. Behnke |
| Norcarboxytetrahydrocannabinol | Present | GC/MS/MS | C. Mendralla |
| Delta-9-tetrahydrocannabinol | Present | GC/MS/MS | C. Mendralla |
| Benzoylecgonine | None Detected | LC/MS/MS | G. Behnke |

Medical Examiner's Initials and Date  JRC  4/20/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

Ex. 9 011

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000011

TB

CONFIDENTIAL

**LABORATORY NUMBER: ML23-0044**                    **DATE: February 20, 2023**
**SERVICE REQUEST: 0001**

---

**001-A - Blood (femoral, gray top)**

| Analyte | Result | Analytical Method | Analyst |
|---------|--------|-------------------|---------|
| Bupropion | None Detected | LC/MS/MS | G. Behnke |
| Cocaethylene | None Detected | LC/MS/MS | G. Behnke |
| Cocaine | None Detected | LC/MS/MS | G. Behnke |
| Pseudoephedrine/Ephedrine | None Detected | LC/MS/MS | G. Behnke |
| Methylenedioxyamphetamine | None Detected | LC/MS/MS | G. Behnke |
| Methylenedioxymethamphetamine | None Detected | LC/MS/MS | G. Behnke |
| Phentermine | None Detected | LC/MS/MS | G. Behnke |

---

**001-B - Blood (heart, gray top)**

| Analyte | Result | Analytical Method | Analyst |
|---------|--------|-------------------|---------|
| Carisoprodol | None Detected | Immunoassay - ELISA | A. Griffin |
| Fentanyl | None Detected | Immunoassay - ELISA | A. Griffin |
| Methadone | None Detected | Immunoassay - ELISA | A. Griffin |
| Oxycodone | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Griffin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzodiazepines | None Detected | Immunoassay - ELISA | A. Griffin |
| Opiates | None Detected | Immunoassay - ELISA | A. Griffin |

Uncertainty of Measurement: The uncertainty value for ethanol represents an expanded uncertainty expressed at the 99.73% level of confidence. The uncertainty values for all other analytes represent an expanded uncertainty expressed at the 95.45% level of confidence.

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCES
FEB 2 0 REC'D
RECEIVED
RECORDS CUSTODIAN

Tristan Bridges, M.S.
Case Reviewer
Toxicologist I
February 17, 2023

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
February 20, 2023

Medical Examiner's Initials and Date ___ 04/28/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

TB

JACOBY M. PILLOW [DIC]          **Ex. 9 012**
PLAINTIFF [SPN 03175416]

000012

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005   FAX: 832-927-2876

## SUPPLEMENTAL TOXICOLOGY REPORT

### June 12, 2023

**LABORATORY NUMBER: ML23-0044**

**SERVICE REQUEST: 0003**



---

**Deceased: JACOBY M PILLOW**

---

**Pathologist:**

Jesus Rico, M.D.
Forensic Pathology Fellow
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

---

**_SUBMISSION INFORMATION:_**

On 01/05/2023  the following items were received from Jesus Rico, M.D.:

001 - Plastic Bag

001-A - Blood (femoral, gray top)

001-B - Blood (heart, gray top)

001-C - Blood (heart, red top)

001-D - Blood (femoral, lavender top)

001-E - Vitreous Humor (red top)

001-F - Urine (red top)

001-G - Bile (red top)

001-H - Stomach Contents (jar)

001-I - Liver (jar)

001-J - Brain (jar)

---

**_ANALYSIS DATES:_**    05/24/2023 - 06/05/2023

---

**_RESULTS:_**

| 001-A - Blood (femoral, gray top) |
|---|

| **Analyte** | **Result** | **Analytical Method** | **Analyst** |
|---|---|---|---|
| Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Acetyl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Acryl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Alfentanil | None Detected | LC/MS/MS | C. Cavazos |
| Butyryl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Carfentanil | None Detected | LC/MS/MS | C. Cavazos |
| Fluorofentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Fluoroisobutyryl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Furanyl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Methoxyacetyl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |

Medical Examiner's Initials and Date  JRC  06/12/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

ASG

We welcome your feedback on our Satisfaction Survey

*HCIFSToxAll PCReq v2023-03-01*

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

Ex. 9 013

000013

CONFIDENTIAL

**LABORATORY NUMBER: ML23-0044**          **DATE: June 12, 2023**

**SERVICE REQUEST: 0003**

| 001-A - Blood (femoral, gray top) | | | |
|---|---|---|---|
| **Analyte** | **Result** | **Analytical Method** | **Analyst** |
| Norcarfentanil | None Detected | LC/MS/MS | C. Cavazos |
| Norfentanyl | None Detected | LC/MS/MS | C. Cavazos |
| Sufentanil | None Detected | LC/MS/MS | C. Cavazos |
| U-47700 | None Detected | LC/MS/MS | C. Cavazos |
| U-48800 | None Detected | LC/MS/MS | C. Cavazos |
| U-49900 | None Detected | LC/MS/MS | C. Cavazos |
| Valeryl Fentanyl | None Detected | LC/MS/MS | C. Cavazos |

| 001-B - Blood (heart, gray top) | | | |
|---|---|---|---|
| **Analyte** | **Result** | **Analytical Method** | **Analyst** |
| Standard Basic Drug Screen | None Detected | GC/MS | G. Behnke |

Uncertainty of Measurement: The uncertainty value for ethanol represents an expanded uncertainty expressed at the 99.73% level of confidence. The uncertainty values for all other analytes represent an expanded uncertainty expressed at the 95.45% level of confidence.

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCES

JUN 1 2 REC'D

RECEIVED
RECORDS CUSTODIAN

Andrew Greenwood, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
June 09, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
June 12, 2023

Medical Examiner's Initials and Date    DC 06/12/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

ASG

Ex. 9 014

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000014

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
## CONFIDENTIAL
### INVESTIGATOR DEATH REPORT

**ML23-0044**    MEDICAL LEGAL    **DECEDENT: JACOBY PILLOW**    *hm*      Page 1 of 4

### DECEDENT INFORMATION

**DECEDENT FIRST: JACOBY**    **MIDDLE:**    **LAST: PILLOW**    **TITLE:**

**RACE: BLACK**    **SEX:** MALE    **DOB: July 03, 1991**    **AGE:** 31 YEARS

**DRIVERS LICENSE:**    **MARITAL STATUS:** SINGLE    **HOME PHONE:**

**RESIDENT ADDRESS:**    **CITY:** HOUSTON    **STATE:** TX    **ZIP:**

**IDENTIFICATION: PRESUMPTIVE**    **HEIGHT:** 0.0 in.    **WEIGHT:** 0.00 Lbs.

**REASON FOR INITIAL ID STATUS:** Viewed by Dep. R. Wilson with HC Jail and HPD Det. Walker.

### DEATH INVESTIGATION

**INVESTIGATOR:** MICHELE FLORES, FORENSIC INVESTIGATOR    **DATE TIME M.E. NOTIFIED:** 1/3/2023

**INVESTIGATION TYPE: PHONE INTERVIEW**    **COMPANION CASE:**

**REPORTEE:** HALEY CHRISTIE - RN

**REPORTING AGENCY:** ST. JOSEPH HOSPITAL

**POLICE REPORT #** HPD 0010433-23    **LEAD TIME REQUESTED:** CALL POST EXAM

**MANNER APPEARS TO BE: UNDETERMINED**    **TRAUMA:** NO TRAUMA

**CASE SUMMARY:** During police intervention case of a B/M 31 years of age who was booked into the Baker Street Jail on 1/2/2023 and found unresponsive in his jail cell on 1/3/2023. Transported to ER and pronounced 7 minutes after ER arrival. Physical alteration with ~4 detention officers in jail cell when he became combative while trying to be placed in handcuffs.

**DATE & TIME OF DEATH: 1/3/23 9:12 am**    **TYPE OF SCENE:** ER

**PLACE OF DEATH:** ST. JOSEPH HOSPITAL HOUSTON HARRIS TX

**LOCATION AND POSITION OF BODY:**

**PLACE OF INJURY:** 1200 BAKER STREET HOUSTON HARRIS TX

**PLACE OF INJURY - TYPE OF SCENE:** BAKER STREET JAIL

**TYPE OF VEHICLE INVOLVED:**

**DECEDENT'S POSITION IN VEHICLE:**

**FOUND DEATH BY:**

**LAST KNOWN ALIVE DATE & TIME:**

**NOTES REGARDING WHILE AT WORK DEATH:**

**RELATIONSHIP TO DECEDENT:**

**LAST SEEN ALIVE BY:**

*[Handwritten annotation in red:]* NAME: Det. Walker w/ HPD PHONE: 832-314-4362 LEAD TIME: Call post exam — Called and Talked w/ Det. Walker regarding coding/MO — OFFICER TO BE PRESENT — OIC 1/5/23

### HOSPITAL INFORMATION

**Name of Terminal Hospital:** ST. JOSEPH HOSPITAL    **Date/Time of Death:** 1/3/2023 9:12:00AM

**Medical Rcord #:** SJ30088806    **First Blood or Cord/Placenta:** NO BLOOD COLLECTED

**Transported From:** JAIL    **Method :** HFD MEDIC #9

**CPR In Progress:** YES    **Admitting DX:** CPR IN PROGRESS

**Pronounced Dead By:** DR. MIKE CHIN    **Date/Time of Death of Initial Hospitalization:**

**Name of Initial Hospital:** ST. JOSEPH HOSPITAL    1/3/23 9:05

### MEDICAL AND SOCIAL HISTORY

**TOBACCO: UNKNOWN**    **ALCOHOL: UNKNOWN**    **DRUGS:** Unknown

**COVID-19 VACCINE STATUS:**    **VACCINE TYPE:**

**LAST VACCINE DATE:**

**NOTE REGARDING MEDICAL HISTORY:** NONE

| NEXT OF KIN (NOK) |
|---|

**NAME OF NOK - FIRST:** OCTEVIA / AURREANA     **MIDDLE:**          **LAST:** WAGNER / PILLOW

**RELATIONSHIP TO DECEDENT:** SISTER'S

**NOK ADDRESS:**                                   **NOK HOME PHONE:** 210-286-0461

                                    **CITY:** HOUSTON     **STATE:** TX    **ZIP:**

**HOW NOTIFIED:** IN PERSON / VIA PHONE      **NOTIFIED BY:** HCSO

| MEDICATION | | | | | |
|---|---|---|---|---|---|
| Drug | Date Filled | No Left | Qty | Dosage | Physician |
|  |  |  |  |  |  |

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000016

| INVESTIGATIVE INFORMATION |
|---|

### Case Synopsis

During police intervention case of a B/M 31 years of age who was booked into the Baker Street Jail on 1/2/2023 and found unresponsive in his jail cell on 1/3/2023. Transported to ER and pronounced 7 minutes after ER arrival. Physical alteration with ~4 detention officers in jail cell when he became combative while trying to be placed in handcuffs.

### Decedent Physical Exam

Hospital death

### Scene Observation

Hospital death

HFD medic #9 was dispatched at 8:12am on 1/3/2023 to 1200 Baker Street, Houston, Tx 77002 (Baker Street Jail).

### Narrative

According to Sgt. Munoz with HCSO, the decedent was trying to break into someone's home on the late night hours of 1/1/2023. The homeowners called to report the break-in and the decedent was arrested for criminal trespassing. The decedent was taken to Baker Street jail and was in the process of being evaluated by medical/psych staff prior to being booked into jail on the early morning hours of 1/2/2023. Medical staff was in the process of getting ready to transport the decedent for processing and booking when he became combative and not wanting to be placed in handcuffs. The decedent reportedly assaulted a medical staff member and an altercation ensued with ~4 detention officers. Det. C. Walker with HPD conducted the investigation at Baker Street Jail. Det. Walker reported he viewed the surveillance footage of the physical altercation inside the holding cell in medical with ~4 detention officers. Det. Walker reported it appeared the decedent's head possibly hit the wall during the physical altercation. The officers were able to subdue the decedent and placed him in handcuffs. The decedent was placed in the medical holding cell alone for ~1 hour and remained handcuffed. Officers checked on the decedent at ~8am and found him unresponsive in the cell. 911 was called and HFD medic #9 was dispatched at 8:12am on 1/3/2023. EMS arrived to the jail at 8:20am and found the decedent in the jail clinic with active CPR. The decedent was transported to the ER arriving at 9:05am. Despite resuscitative measures the death was pronounced at 9:12am by Dr. Mike Chin. No scans, labs or testing performed. Det. Walker reported surveillance footage was available and he would like a call with post exam findings.

JACOBY M. PILLOW [DIC]    HCIFS Investigators Report    Date Printed: 1/3/2023
PLAINTIFF [SPN 03175416]                                          IR 8 with Supplement v12212020

Ex. 9.017

000017

MRN #: |||||||||||||||||   Account #: |||||||||||||||||   M23-0144

CONFIDENTIAL



**St. Joseph Medical Center**
A STEWARD FAMILY HOSPITAL

1401 ST. JOSEPH PARKWAY
HOUSTON, TX 77002
713-757-1000

Steward
IN PARTNERSHIP WITH PHYSICIAN OWNERS

| PT Name: | Pillow, Jacoby |
| MRN #: | SJ30088806 |
| Account #: | JM0007292246 |
| PHY Name: | , |
| Admit Date: | 01/03/2023 |
| DOB: | 07/03/1991 |

## CONSENT FOR POSTMORTEM PROCEDURES

### GUIDELINES FOR POST MORTEM PROCEDURES

1. Persons authorized to provide consent for an autopsy pursuant to TX Code of Criminal Procedure §49.13.
   a. If the deceased person was married:
      i. The surviving spouse.
      ii. If no surviving spouse, then an adult child of the deceased.
      iii. In the event of a minor child of such marriage, guardian of the child or the court having jurisdiction of the minor.
      iv. If neither the spouse nor the child survive, then a person who would be allowed to give such permission in the case of an unmarried deceased person (below).
   b. If the deceased person was unmarried:
      i. Parent of the deceased.
      ii. Guardian of the deceased.
      iii. Next of kin of the deceased.
      iv. In the absence of any of the foregoing, any natural person assuming custody of and responsibility for the burial of the deceased person.
2. Pathology must be contacted for all potential and actual autopsy cases.
3. If a family requests an autopsy, contact **Director/House Supervisor.**
4. Physicians are encouraged to seek permission for an autopsy in the following cases:
   a. Death in which autopsy may help to explain unknown and unanticipated medical complications to the attending physician.
   b. All deaths in which the cause of death or a major diagnosis (including infectious disease) is not known with reasonable certainty on clinical grounds.
   c. Unexpected or unexplained deaths occurring during or following any dental, medical, or surgical diagnostic procedures and/or therapies.
   d. Deaths of patients who have participated in clinical trials (protocols) approved by institutional review boards.
   e. Unexpected or unexplained deaths which are apparently natural and not subject to a forensic medical jurisdiction.
   f. Natural deaths which are subject to, but waived by, a forensic medical jurisdiction such as (a) persons dead on arrival at hospital (b) deaths occurring in hospitals within 24 hours of admission, and (c) deaths in which the patient sustained or apparently sustained an injury while hospitalized.
   g. All obstetric deaths.
   h. Deaths at any age in which it is believed that autopsy would disclose a known or suspected illness which also may have a bearing on survivors or recipients of transplant organs.
5. On all fetal and neonatal deaths, pathology may be consulted to determine whether autopsy or exam of the placenta should be performed.
6. Disposition of Fetuses:
   a. In the case of any live birth with subsequent death a Birth Certificate, Death Certificate and burial are required.
   b. In the case of a fetus not born alive, if the fetus is >350 grams, a Death Certificate and burial are required.
   c. In the case of a fetus not born alive, if the fetus is <350 grams, the fetus may be buried or disposed of by the hospital.

MRN #: |||||||||||||||   Account #: ||||||||||||||

CONFIDENTIAL



**St. Joseph Medical Center**
A STEWARD FAMILY HOSPITAL

1401 ST. JOSEPH PARKWAY
HOUSTON, TX 77002
713-757-1000

IN PARTNERSHIP WITH PHYSICIAN OWNERS

PT Name: **Pillow, Jacoby**
MRN #: **SJ30088806**
Account #: **JM0007292246**
PHY Name: **,**
Admit Date: **01/03/2023**
DOB: **07/03/1991**

## CONSENT FOR POSTMORTEM PROCEDURES

### SECTION A. ORGAN & TISSUE DONATION SCREENING

Date of Death: 1 | 3 | 23   Time of Death: 0912   Location/Unit: ER 1

1. Contact Life Gift Organ donation Center within 1 hour of death. (713) 737-8111 or (800) 633-6562.
   a. Time Life Gift notified 0921   Name of Life gift Coordinator notified Timothy Henry
   b. Case Number assigned 2023-01-0320
2. Nurse will coordinate consent with Life Gift Coordinator if family requests donation.
   a. Did family request donation? ☐ Yes ☒ No
   b. If **yes**, name of family member n|a   Relationship n|a
3. Life Gift Response
   Is the patient a candidate for donation? ☐ Yes ☒ No
   If **yes**, Life Gift has been given family contact information:
   Next of Kin n|a   Relationship n|a
   Phone # n|a   Alternate phone # n|a
   If **no**, provide reason as per Life Gift Incarcerated in jail
4. Is there an autopsy? ☒ Yes ☐ No   If **yes**, contact pathologist, ext. 1557 so they can coordinate with Life Gift
5. Name/Title of person completing SECTION A Halm Christin RN   Date/Time: 1|3|23  0923

### SECTION B. MEDICAL EXAMINER REPORTING

**Mandatory Reporting to Autopsy/Medical Examiner's Office Pursuant to TX Code of Criminal Procedure §49.25.**
Does this death meet any of the mandatory reporting criteria listed below? Check Yes or No for each criteria below:

☐ Yes ☒ No Death, due to a complication of a physical injury, such as trauma, [regardless of the length of time (days, months, years) that has elapsed since the injury, check medical record].

☐ Yes ☒ No Death, due to a complication of a chemical injury, such as an overdose or positive toxicology report, [regardless of the length of time (days, months, years) that has elapsed since the injury].

☐ Yes ☒ No Death was within 24 hours after admission to the hospital.

☐ Yes ☒ No Death was unnatural, intentional or occurred in the absence of a credible witness (i.e., accident, suicide, homicide).

☒ Yes ☐ No Death circumstances are unknown or undetermined.

☐ Yes ☒ No Death circumstances raise suspicion that the death occurred through unlawful means.

☐ Yes ☒ No Death circumstances suggest suicide or suspicion of suicide.

☐ Yes ☒ No Death occurred without having been attended by a licensed, practicing physician.

☐ Yes ☒ No The physician does not have a reasonable understanding of the likely cause of death.

☐ Yes ☒ No Death was a child under 6 years of age.

If unsure for any above criteria, call the Medical Examiner's Office or Risk Management.
**Contact Medical Examiner if "yes" to any of the above** [713-796-9292].
Date of notification 1|3|23   Time of notification: 0927   Name of person notified: Michelle Flores
Was the case accepted by the Medical Examiner for autopsy? ☒ Yes ☐ No (If yes, Case # ML23-0044 )
If yes, was deceased in isolation for communicable disease? ☐ Yes ☒ No (If yes, attach tag 600-117)

### SECTION C. AUTOPSY

1. Has the physician ordered an autopsy? ☐ Yes ☒ No  If yes,
   a. Obtain consent to autopsy (see Section D Autopsy Permission next page).
   b. Complete (includes head): ☐ Yes ☒ No
      Limited ☐ Yes ☒ No Specify restriction/limitation n|a
2. Has the family/next of kin requested an autopsy? ☐ Yes ☒ No **(If yes, notify Director/House Supervisor)**

JACOBY M. PILLOW [DEC]
PLAINTIFF [SPN 03179416]

Ex. 9 019

000019

MRN #: |||||||||||||||||||||||||    CONFIDENTIAL    Account #: |||||||||||||||||||||||


**St. Joseph Medical Center**
A STEWARD FAMILY HOSPITAL

1401 ST. JOSEPH PARKWAY
HOUSTON, TX 77002
713-757-1000

Steward
IN PARTNERSHIP WITH PHYSICIAN OWNERS

| | |
|---|---|
| **PT Name:** | Pillow, Jacoby |
| **MRN #:** | SJ30088806 |
| **Account #:** | JM0007292246 |
| **PHY Name:** | , |
| **Admit Date:** | 01/03/2023 |
| **DOB:** | 07/03/1991 |

## CONSENT FOR POSTMORTEM PROCEDURES

### SECTION D. AUTOPSY PERMISSION

**Consent must be obtained from a family member or next of kin authorized under TX Code of Criminal Procedure §49.13.**

I, (name of next of kin)_____, attest that I am the (relationship)_____

to the recently deceased (name of deceased) _____. I further declare that I am

assuming responsibility for the disposition of the remains of the aforementioned deceased. I hereby authorize St. Joseph

Medical Center, its physicians and representatives to release the herein mentioned remains to the Pathologist. I further

authorize an autopsy to be performed upon the body of the deceased to determine or attempt to determine the cause of

death or identify the progress of the disease of the deceased. I specifically grant permission to those performing the

autopsy (including doctors, assistants and designees) to remove, study, examine, test, and retain for scientific purposes all

organs or tissues from the body, head or extremities of the deceased.

Signature of Next of Kin: _____ Print Name: _____

Telephone number: _____ Date / Time: _____

### SECTION E. DISPOSITION OF VALUABLES

1. Valuables were given to (name of family member) _____ Relationship _____
2. List specific items in patient's medical record. Signature of Family Member:_____
3. Signature of nurse _____ Date / Time: _____

### SECTION F. FETAL DEATH (BORN WITH NO SIGN OF LIFE)

If case was NOT accepted by Medical Examiner, is the deceased a fetus with weight 350 grams or less? ☐ **Yes** ☐ **No**

1. If, **no**, and fetus was greater than 350 grams, obtain consent for release to funeral home (see Section I Funeral Home Release).
2. If, **yes**, would family like to have the remains disposed of as per the hospital's customary practice? ☐ **Yes** ☐ **No**
   a. If **yes**, obtain consent for disposition by hospital (see Section G Fetus Disposition)
   b. If **no**, obtain consent for release to funeral home (see Section I Funeral Home Release)

### SECTION G. FETUS DISPOSITION

I, (name of next of kin)_____, attest that I am the (relationship)_____

to the recently deceased (name of deceased) _____. I hereby authorize St. Joseph

Medical Center, its physicians and representatives to dispose of the remains in accordance with the customary practice of

the hospital.

Signature of Next of Kin: _____ Date/Time: _____

### SECTION H. DECISION ON FUNERAL HOME

Decision on funeral home? ☐ **Yes** ☐ **No** If, **no**, call Harris County Social Service @ (713) 696-1952 [after hours phone number (713) 755-5000].

☐ **REFERRAL FORM FAXED** Date/Time: _____

Name of person making the call _____ Name of person notified _____

JACOBYEM PILLOW[DED]
* S C A C O U N T X *
PLAINTIFF [SPN 03179416]
Ex. 9 020

**CONSENT FOR POSTMORTEM PROCEDURES**
GJM_CONTX_17876  06/2020    2 of 4

000020

CONFIDENTIAL



HFD - EMS
500 Jefferson St.
16th Floor
Houston, TX 77002
Work: (832) 394-6800

**Hospital / Patient PCR**

ML23-0044

| Incident Details | |
|---|---|
| **Inc # / Disp.:** 2301030224 / Unconscious Person | **@ PSAP:** 01/03/2023 08:11:12 |
| **EMS Unit:** A009 **Initial Disp. Code:** FEUCAA | **@ Dispatch:** 01/03/2023 08:12:02 |
| **EMS Shift:** A | **Unit Notified:** 01/03/2023 08:12:22 |
| **Street:** 1200 BAKER ST @ | **En Route:** 01/03/2023 08:14:44 |
| **City:** HOUSTON, TX 77002 (Key 493M) | **@ Scene:** 01/03/2023 08:20:54 |
| | **Arrived at Patient:** 01/03/2023 08:25:37 |
| **Disposition:** HFD Transport - Assist | **Left Scene:** 01/03/2023 08:56:56 |
| **Destination:** ST. JOSEPH MED CTR | **@ Hospital:** 01/03/2023 09:08:18 |
| | **In Service:** 01/03/2023 09:42:27 |
| **Pt.:** UNKNOWN UNKNOWN, 24 Years old Male | **Care Transfer:** |

| Crew |
|---|
| SALINAS, DAVE - 150712 [ Cred. EMT ] In Charge Caregiver |
| CERDA, ANTONIO - 157217 [ Cred. Paramedic ] Engineer/Operator |

| Patient Demographics | |
|---|---|
| **Name:** UNKNOWN UNKNOWN | **Date of Birth:** Unable to Complete |
| **A/R/G:** 24 Years Old Black or African American Male | |

| Response / Scene Information | |
|---|---|
| **Response to Scene:** Emergent (Immediate Response) | **Location Type:** Prison/Jail |
| | **Barriers to Care:** None Noted |
| **# Pt's at Scene:** Single | **Initial Acuity:** Cardiac Arrest (Black) |
| **Type of Scene Delay:** None/No Delay | |

| Clinical Info / Narrative | |
|---|---|
| | **ETOH/Drug Indicators:** Unable to Complete |
| **Possible Injury:** No | **Cardiac Arrest:** Yes, PRIOR to HFD Arrival |

**Narrative:** A009 AOSTF A 24 Y/O B/M IN THE JAIL CLINIC AT 1200 BAKER IN A SUPINE POSITION IN ACTIVE CPR. PT C/C CARDIAC ARREST. STAFF STATED THE PT WAS LAST SEEN ACTIVE IN THE CLINIC AND WENT UNCONSICOUS AROUND 8:10, THE DR STATED THE PT WAS FOUND IN HIS JAIL CELL UNRESPONSIVE @ 8AM LAST SEEN NORMAL UNKNOWN AND CPR WAS INITIATED. ASSESSMENT PERFORMED. CYANOTIC LIPS, NO EYE REACTION, JAW TENSE, NO PULSES OBSERVED, NO RESPIRATION. STAFF IN THE JAIL WERE IMPATIENT AND IN A HURRY TRYING TO FORCE A LOAD AND GO. A009 UPGRADED THE CALL TO AN ACTIVE PLAN A. A009 TOOK OVER CPR COMPRESSIONS AND RESPIRATIONS WITH A BVM, UNABLE TO OPEN JAW FAR ENOUGH FOR AN I-GEL, INLINE FILTER PLACED IN POSITION AND CONTINUED TO DO CPR COMPRESSIONS AND BAGGING. E009 AND M019 ARRIVED SHORTLY AFTER. M019 WAS INFORMED OF THE PT INFORMATION, CONDITION AND PROGRESS AND ASSUMED PT CARE. A009 ASSISTED M019 WITH THE PT CARE, RESPIRATIONS, AND COMPRESSIONS. A009 ASSISTED WITH EQUIPMENT DURING PT TRANSPORT TO M019 UNIT. SEE M019 REPORT FOR FURTHER DETAILS. A009 INCHARGE DROVE SUPERVISOR 17 UNIT TO ST JOSEPHS WITHOUT ANY INCIDENT. A009 RTS ONCE THE PT CARE REPORT WAS COMPLETED.
**Crew Completing this Report:** SALINAS, DAVE - 150712

**EMS Primary Imp.:** Cardiac arrest

| Pt's Medical Information | |
|---|---|
| **Advance Directives:** None | |
| **Medical/Surgical History:** No Past Medical History | **History From:** Health Care Personnel |

| Special Circumstances | |
|---|---|
| | **Therapeutic Hypothermia Initiated:** No |

| Physical Assessment |
|---|
| |

| Transportation Details | |
|---|---|
| **Incident Disposition:** HFD Transport - Assist | |
| **Destination Name:** ST. JOSEPH MED CTR | **Dest. Address:** 1919 LA BRANCH. Houston, TX 77002 |
| **Destination Type:** Hospital-Emergency Department | |
| **Type of Turn-Around Delay:** None/No Delay | |

| Documentation Info |
|---|
| **PCR Report #:** c492970427b14e688cafe6fec9ef0560 |

| Signatures |
|---|
| **Signature Graphic:** |

DS

**Name / Time of Signature:** DAVE - 150712  SALINAS [ EMS Provider In Charge ] @ 01/03/2023 09:30:20

| | | | |
|---|---|---|---|
| **Agency:** Houston Fire Department | **EMS Unit:** A009 | **Incident #:** 2301030224 | **Printed:** 01/03/2023 10:14 |

CONFIDENTIAL

**Reason [ Status ]:** EMS Provider [ Signed ]

**Signature Graphic:**



**Name / Time of Signature:** ANTONIO - 157217  CERDA [ Captain / EO ] @ 01/03/2023 09:30:29

**Reason [ Status ]:** EMS Provider [ Signed ]

| **Agency:** Houston Fire Department | **EMS Unit:** A009 | **Incident #:** 2301030224 | **Printed:** 01/03/2023 10:14 |

CONFIDENTIAL



PILLOW
BLACK MALE
7/3/1991 31 YEARS

**ML23-0044**

Dynasty Memorial M.
FUNERAL HOME / TRANSPORT SERVICE RECEIVING BODY

TXD: 39195153
SIGNED OUT BY                    ID TYPE / ID #

1 / 21 / 23            17:09    AM / PM
DATE                    TIME

CLOTHING RELEASED WITH BODY?  YES  NO

PERSONAL EFFECTS RELEASED WITH BODY?  YES  NO

AFIS# X  7523W103317
DOCUMENT VERIFICATION

TRANSPORTED TO HCIFS BY:

IFS / Agency:
1 / 13 / 23            9:50    AM PM
DATE                    TIME

X-RAYS:  X NO  YES

ANTEMORTEM SPECIMENS: YES / NO    PERSONAL EFFECTS: YES / NO

MEDICAL RECORDS: YES / NO    CLOTHING: YES / NO

Height:
Weight: 201
Temp: 77.0

Checked in by HCIFS Representative

**BODY RELEASE CHECKLIST**

Case Number: 0044

CoD entered in logbook: YES / NO

Is decedent on hold: YES / NO

Is decedent ID positive: YES / NO

Fingerprints taken: YES / NO

Decedent property: YES / NO

Release Form Verification

Name of decedent:

Name of NOK:

Signature of NOK:

FD/Transport personnel ID

ID Type: TXDL
ID #: 39195153

Transit Envelope & Authorization to
Claim Form given to FD by:

HCIFS staff initials:

Date: 1/21/23
Time: 12:00pm

ML23-0044

**Harris County Institute of Forensic Sciences**

JACOBY
PILLOW
BLACK MALE
7/3/1991 31 YEARS

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

Ex. 9 023

000023

**CONFIDENTIAL**

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## Authorization of Next of Kin to Release Decedent/Personal Effects to Funeral Director

In accordance with state law, the Harris County Institute of Forensic Sciences (HCIFS) will perform an inquest or autopsy to determine the cause and manner of death of the decedent. If an autopsy is performed, certain organs and tissue are removed for necessary examination and testing. Upon completion of examination and testing, any organs and tissue kept by the HCIFS will be disposed of in accordance with health and safety guidelines.

**Case number:** 23-0044    **Name of Decedent:** JACoby Pillow

### Priority Class of Next of Kin as defined by Texas Health & Safety Code §711.002

1. PERSON DESIGNATED IN A WRITTEN INSTRUMENT SIGNED BY THE DECEDENT;
2. DECEDENT'S SURVIVING SPOUSE;
3. ANY ONE OF THE DECEDENT'S SURVIVING ADULT CHILDREN;
4. EITHER OF THE DECEDENT'S SURVIVING PARENTS;
5. ANY ONE OF THE DECEDENT'S SURVIVING ADULT SIBLINGS; or
6. ANY ADULT PERSON IN THE NEXT DEGREE OF KINSHIP IN THE ORDER NAMED BY THE LAW TO INHERIT THE ESTATE OF THE DECEDENT

### Release of Decedent/Personal Effects and Next of Kin Acknowledgement

I, Octavia T Wagner (Next of Kin name), bearing the relationship of Sister (relationship to the decedent named above) attest that I am the legal next of kin, as defined above by Texas Health & Safety Code §711.002 and that there is no other person with a priority of right to control the disposition of the decedent's remains listed before me.

I hereby authorize the HCIFS to release the decedent named above and any personal effects in the possession of the HCIFS to Dynasty Memorial Mortuary Funeral Home / Transport Service or its agent upon presentation of this completed document and government-issued photo identification. The transport agent agrees to follow all requirements of Texas Occupations Code §651.401

THIS IS A GOVERNMENTAL RECORD AS DEFINED BY TEXAS PENAL CODE SECTION 37.10. BY SIGNING THIS DOCUMENT, I REPRESENT THAT I AM THE NEXT OF KIN AND THERE IS NO OTHER PERSON WITH A PRIORITY OF RIGHT TO CONTROL THE DISPOSITION OF THE REMAINS LISTED BEFORE ME. I AGREE TO INDEMNIFY AND HOLD HARMLESS HARRIS COUNTY, ITS OFFICERS, AGENTS AND EMPLOYEES FROM ALL CLAIMS OF ANY CHARACTER, TYPE OR DESCRIPTION, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, AND/OR WILLFUL AND MALICIOUS CONDUCT AND RELEASE ANY PERSON WHO ACTS IN RELIANCE ON THIS DOCUMENT FROM ANY LIABILITY, AND ACKNOWLEDGE THAT I AM LIABLE FOR ALL DAMAGES THAT RESULT, DIRECTLY OR INDIRECTLY, FROM MY REPRESENTATIONS AND SIGNATURE. ANY DISPUTE AMONG THE DECEDENT'S NEXT OF KIN CONCERNING THE RIGHT TO CONTROL THE DISPOSITION OF DECEDENT'S REMAINS MUST BE RESOLVED AMONG THOSE PERSONS BY A COURT OF COMPETENT JURISDICTION. THIS INDEMNITY AND RELEASE IS BINDING ON ME, MY FAMILY, ESTATE, HEIRS AND ASSIGNS.

Next of Kin Signature: _____    Date: 1/20/23

Next of Kin Contact Number: 210-286-0461

Next of Kin Address: 503 Hosea St · Brenham Tx 77833

\*\*\*\*\*\*\*\*\*\*

Witness Name: Sherree Wagner

Witness Signature: _____    Date: 1-20-23

Witness Contact Number: 210 209-1331

Witness Address: 5742 Bypass Trail SAT 78244

*Revised 01/2020*

JACOBY M. PILLOW [DIC]    **Ex. 9 024**
PLAINTIFF [SPN 03175416]                    000024



HARRIS COUNTY
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

# Funeral Director's
# Authorization to Claim Form

**Date:** 1/21/23

**HCIFS Medicolegal (ML) Case Number:** 23-00441

**Name of Decedent:** Jacoby Pillow

I have visually inspected the body of the above-named decedent and have compared the name and HCIFS medicolegal (ML) case number of the decedent to all of the following:

      1) Identification Tag
      2) Autopsy Information and Release Form
      3) Transit Envelope

Further, I have found all three documents to correspond to the body I am authorized to claim from the Harris County Institute of Forensic Sciences.

I have received the following items with this decedent: (check all that apply)

☑ Clothing        ☐ Property        ☐ Other _____

_Fernando C._
Signature of Representative

_Dynasty M._
Name of Firm

_Fernando Castillo_
Printed Name of Representative

_TXD: 39195153_
ID Type & ID Number

\*\*\*\*\*\*\*\*\*\*

Reviewed and Signed by: _____
(HCIFS Representative)

_1/21/23_
Date

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

Ex. 9 025

000025

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

PROPERTY OF: Pillow, Jacoby          DATE: 1·3·23     ML#: 23·0044

INVENTORIED BY HCIFS STAFF: A.J. Sinclair          TITLE: Transport / Driver

WITNESSED BY OFFICER: Trevion Belize          AGENCY: _____ SIGNATURE: _____
(Law Enforcement)          (Print Name)

WITNESSED BY STAFF: _____          AGENCY: _____ SIGNATURE: _____
(Health Care Facility)          (Print Name)

**PROPERTY IS ITEMIZED AS FOLLOWS:**

☑ **NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | Jewelry | | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | | Visa | _____ |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | | Master Card | _____ |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | | American Express | _____ |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | | Discover | _____ |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | | Dept Store | _____ |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | | Gas Card | _____ |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | | Gift Cards | _____ |

CURRENCY:   0 $100   0 $50   0 $20   0 $10   0 $5   0 $2   0 $1   $ 0 Total Coins

TOTAL CURRENCY: _____ 0 _____          ☐ FOREIGN CURRENCY

Other: _____

_____

_____

_____

_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License     ☐ Cell Phone(s)

☐ Other: _____

_____

*Signature of law enforcement receiving property*          *Agency*

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____ DATE: _____ TIME: _____

Property bag received by Control Desk Employee: _____ DATE: _____ TIME: _____

## PROPERTY RELEASE

Released by:

_____          _____          _____          DATE: _____
Printed Name          Signature          Title

Received by:

_____          _____          _____          DATE: _____
Printed Name          Signature          Relation/Funeral Home/Officer

White - Transit Employee     Yellow - Investigations     Green - Funeral Home     Pink - Law Enforcement/ Hospital          *Revised 9/2019*

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]          Ex. 9 026          000026

CONFIDENTIAL

**Luis A. Sanchez, M.D.**
Chief Medical Examiner



(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

*CRMH*
*1/6/22*

## Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, Texas 77054-2098

☒ Primary COD/MOD

☐ Release from Pending

☐ Amendment (s)

Case Number     ML23-0044

Decedent    JACOBY        M        PILLOW

DOD          1/3/2023   9:12:00AM

EDR# _____

#35.   Part 1 Cause of Death     Ⓟ _____

_____

#36.   Part 2 Other Conditions _____

_____

(Autopsy), **Partial Autopsy** or **External Examination**     (Please circle one)

Did Tobacco Use Contribute to Death

    Yes   Ⓝo   Probably   Previously   Unknown     (Please circle one)

Was Decedent Pregnant     (Please circle one)

    ~~Not Pregnant within Past Year.~~

    Pregnant At Time of Death

~~NA~~   ~~Not Pregnant, But Pregnant Within 42 Days of Death~~

    ~~Not Pregnant, But Pregnant 43 days to 1 Year Before Death~~     Certified in TER _____

    Unknown if pregnant within the past year                          Initial/Date

Manner of Death ___Ⓟ_____

Describe How Injury Occured _____

**Identification**

Ⓨ̲E̲S̲  Positively identified via fingerprints

☐   Accept presumptive or tentative identification as positive

☐   Pursue supplemental identification

| **Body Ready For Release** | | |
|---|---|---|
| *Luis Rivo* MR | | 1/5/23 |
| Medical Examiner  or Anthropologist | | Date |
| **Body Hold for** ☐ **Pathology** ☐ **Anthropology** | | |
| | | |
| Medical Examiner | | Date |

*Luis Rivo* MR          1/5/23
Medical Examiner                    Date

*AV*

File:   \\hcmeosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  1/5/2023    11:19:15AM

CauseOfDeathSelectedCase v2021-12-09

JACOBY M. PILLOW [DIC]          **Ex. 9 027**
PLAINTIFF [SPN 03175416]

000027

CONFIDENTIAL

Luis A. Sanchez, M.D.
Chief Medical Examiner



(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

## Harris County Institute of Forensic Sciences
### 1861 Old Spanish Trail
### Houston, Texas 77054-2098

☐ Primary COD/MOD

☐ Release from Pending

☐ Amendment (s)

Case Number    ML23-0044

Decedent    JACOBY                PILLOW

DOD            1/3/2023  9:12:00AM

EDR# _____

#35.  Part 1 Cause of Death _____

_____

#36.  Part 2 Other Conditions _____

_____

**Autopsy**, **Partial Autopsy** or **External Examination**    (Please circle one)

Did Tobacco Use Contribute to Death

     Yes   No   Probably   Previously   Unknown    (Please circle one)

Was Decedent Pregnant    (Please circle one)

    Not Pregnant within Past Year.

    Pregnant At Time of Death

    Not Pregnant, But Pregnant Within 42 Days of Death

    Not Pregnant, But Pregnant 43 days to 1 Year Before Death    Certified in TER _____

    Unknown if pregnant within the past year                     Initial/Date

Manner of Death_____

Describe How Injury Occurred_____

**Identification**                           A. NUNEZ  3:37p  1-4-23  NM

   NO   Positively identified via fingerprints

☐ Accept presumptive or tentative identification as positive

☑ Pursue supplemental identification

||||||||||||||||||||||||||||||||||

| **Body Ready For Release** |
|---|

_____

Medical Examiner  or Anthropologist        Date

**Body Hold for** ☒ **Pathology** ☐ **Anthropology**

_____  1/4/23

Medical Examiner              Date

_____

Medical Examiner                   Date

File:    \\hcmcosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  1/3/2023    2:06:34PM

CauseOfDeathSelectedCase v2021-12-09

**CONFIDENTIAL**

Today's Date/Time:    1/3/2023 1:49:30 PM

**Case Number:**    ML23-0044

| OCDI Research Required? For "Yes" call (832) 677-6561 | Yes |
| --- | --- |
| | No (FSRA) |

**MORGUE PERSONNEL ONLY (these are not editable)**

DTS Unit:

Type of Death        UNDETERMINED

Autopsy Assistant:

Priority        Low Priority

AA(2):

Select Priority Type:    Hospital

Date/Time Dispatched:

**DISPATCHED BY:**    Michele Flores

Date/Time Enroute:

DATE/TIME MORGUE
CONTROL INFORMED:

Date/Time Arrived:

Date/Time Departed
Scene:

**SCENE:**    Scene Made        **FI III Scene**        Yes

Scene Not Made                No

**PLACE OF DEATH**

Place of Death    Christus St Joseph Hospital                        Key Map#:    493 U

(Name of Apartment complex, Business, Hospital, etc.)

Street Address:    1401 Saint Joseph Parkway

City:    Houston

State:    TX

Zip Code:    77002

**Type of Scene: (Select One)**

Scene Type    Hospital

**Records/Evidence:**

| **RX Medication** No | **RX Qty:** | **First Blood** No | **Clothing** Yes | **Medical Records** Yes | **X-Ray (For HCIFS Only)** No |
| --- | --- | --- | --- | --- | --- |

Medical Record #:    SJ30088806

| Deceased Name: | JACOBY PILLOW | Apx Weight | 151-200 | Apx. Height | 5 | Feet | 9 | inches |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Race: | BLACK | Gender: | MALE | Age: | 31 | Age Units: | YEARS |
| --- | --- | --- | --- | --- | --- | --- | --- |

Reporting Agency:    ST. JOSEPH HOSPITAL            Agency Case #:    HPD 0010433-23

Officer At Scene:    HALEY CHRISTIE - RN            Contact Ph#:    713-757-7557

HCIFS Investigator responding to scene:

Investigator  Ph#:

Special
Instructions/Notes:    MRN: SJ30088806

Revised 10/22/2015

CONFIDENTIAL

Today's Date/Time:  1/3/2023 1:49:30 PM

**Case Number:**  ML23-0044

| OCDI Research Required? For "Yes" call (832) 677-6561 | Yes<br>No (FSRA) |
|---|---|

**MORGUE PERSONNEL ONLY (these are not editable)**

DTS Unit:

Type of Death          UNDETERMINED

Autopsy Assistant:

Priority          Low Priority

AA(2):

Select Priority Type:      Hospital

Date/Time Dispatched:

**DISPATCHED BY:**    Michele Flores

Date/Time Enroute:

DATE/TIME MORGUE
CONTROL INFORMED:

Date/Time Arrived:

**SCENE:**    Scene Made      **FI III Scene**      Yes

Date/Time Departed
Scene:

Scene Not Made      No

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLACE OF DEATH**

Place of Death      Christus St Joseph Hospital                                  Key Map#:      493 U

(Name of Apartment complex, Business, Hospital, etc.)

Street Address:    1401 Saint Joseph Parkway

City:          Houston

State:          TX

Zip Code:        77002

**Type of Scene:
(Select One)**

Scene Type      Hospital

**Records/Evidence:**

**RX Medication** No    **RX Qty:**      **First Blood** No    **Clothing** Yes    **Medical Records** Yes    X-Ray (For HCIFS Only)    No

Medical Record #:    SJ30088806

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Deceased Name: | JACOBY PILLOW | Apx Weight | 151-200 | Apx. Height | 5 | Feet | 9 | inches |
|---|---|---|---|---|---|---|---|---|

Race:    BLACK          Gender:      MALE                  Age:      31      Age Units:      YEARS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reporting Agency:      ST. JOSEPH HOSPITAL              Agency Case #:    HPD 0010433-23

Officer At Scene:      HALEY CHRISTIE - RN              Contact Ph#:      713-757-7557

HCIFS Investigator responding to scene:

Investigator  Ph#:

Special
Instructions/Notes:      MRN: SJ30088806

Revised 10/22/2015

CONFIDENTIAL

HARRIS COUNTY
INSTITUTE
OF FORENSIC SCIENCES
SCIENCE · SERVICE · INTEGRITY

POSTMORTEM EVIDENCE SUBMISSION FORM

ML/OC #: ML23-0044
POLICE AGENCY/AGENCY #: HPD/00104133-23
EVIDENCE COLLECTION DATE: 1/5/23

DECEDENT: Jacoby Pillow
TIME: 1:35PM          BY: Prico

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|--------|-----|------------------------------|
| 1      | 1   | Samples received from Stomach |
|        |     |                              |
|        |     |                              |
|        |     |                              |
|        |     |                              |
|        |     |                              |
|        |     |                              |
|        |     |                              |
|        |     |                              |

EVIDENCE COLLECTION:
___ GUNSHOT RESIDUE STUBS          ___ DNA BLOODSTAIN CARD
___ BAGS FROM HANDS                ___ SCALP HAIR
___ SEXUAL ASSAULT KIT             ___ DRUG CHEMISTRY SAMPLES
___ FINGERNAIL SCRAPINGS AND CLIPPINGS KIT

CLOTHING EVIDENCE:
___ SHORTS      ___ SHIRT      ___ SWEATER       ___ UNDERWEAR
___ PANTS       ___ BELT       ___ BLOUSE        ___ SWEATSHIRT
___ SKIRT       ___ BRA        ___ JACKET        ___ FOOTWEAR
___ JEANS       ___ HAT        ___ SOCK
OTHER:

OUTSIDE EVIDENCE CONTAINER:   ☐ CARDBOARD BOX   ☒ PLASTIC BAG
                              ☐ OTHER:

CHAIN-OF-CUSTODY

| FROM | TO | DATE | TIME |
|------|-----|------|------|
| Prico J. Trevino | Bruellero JT Temp Refr | 1/5/23 | 11:35AM See note |
|      |     |      |      |
|      |     |      |      |

ML23-0044          ML23-0044
ZC1H061M0P075M
Harris County Institute of Forensic Science

Form #: MOF15-02          White-Evidence Tech   Yellow-Receiving Office          Rev: 1          Date:06/20

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]
Ex. 9 031

000031

CONFIDENTIAL

Case: ML23-0044 User: elguzman 1/6/2023

# POSTMORTEM EVIDENCE SUBMISSION FORM

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

ML/OC #: ML23-0044

POLICE AGENCY/AGENCY #: HPD/000143-23-22

EVIDENCE COLLECTION DATE: 1/5/23

DECEDENT: Dorothy Pillow

TIME: 1:35PM    BY: Pico

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|--------|-----|------------------------------|
| 1 | 1 | Panties removed from Decedent |

GUNSHOT RESIDUE STUBS _____
BAGS FROM HANDS _____
SEXUAL ASSAULT KIT _____
FINGERNAIL SCRAPINGS AND CLIPPINGS KIT _____

DNA BLOODSTAIN CARD _____
SCALP HAIR _____
DRUG CHEMISTRY SAMPLES _____

## CLOTHING EVIDENCE:

| | | | |
|---|---|---|---|
| SHORTS ___ | SHIRT ___ | SWEATER ___ | UNDERWEAR ___ |
| PANTS ___ | BELT ___ | BLOUSE ___ | SWEATSHIRT ___ |
| SKIRT ___ | BRA ___ | JACKET ___ | FOOTWEAR ___ |
| JEANS ___ | HAT ___ | SOCK ___ | |

OTHER: _____

OUTSIDE EVIDENCE CONTAINER:  ☐ CARDBOARD BOX  ☒ PLASTIC BAG  ☐ OTHER: _____

## CHAIN-OF-CUSTODY

| FROM | TO | DATE | TIME |
|------|-----|------|------|
| Pico Trevino | Bradley Previt | 1/5/23 | 11:30a |
| J Trevino | Temp Ref. | 1/6/23 | Sue Moy 11:34 |

ZCM1461N00DN3X
Case# ML23-0044
Recip 0002
Date 01/06/2023

ML23-0044
Drug Chemistry

Form #: MOF15-02

White-Evidence Tech    Yellow-Receiving O

Rev.:1

Date:06/20    HNJ

County Auditor's Form 161E
Harris County, TX (REV. 03/01/2020)



## HARRIS COUNTY, TEXAS

### ADMINISTRATION - CLERICAL

### Official Receipt

**DATE:** 01/24/2023     Dynasty Memorial Funeral Home          **RECEIPT:** 000000147016
FS

**Case#** ML23-0044                                                    **TOTAL AMOUNT: $ 20**

**Description:**

| ITEM ID | DESCRIPTION | UNIT PRICE | NUMBER OF UNITS | LINE TOTAL |
|---------|-------------|------------|-----------------|------------|
| 107255 | CREMATION WAIVER FEE - HCIFS 100027010202421501 Jacoby M. Pillow | $20 | 1 | $20 |

                                                          **TOTAL PAYMENT DUE:  $ 20**

| PAYMENT METHOD | AMOUNT | Desc/Check/MO/Auth No |
|----------------|--------|------------------------|
| CC | $ 20 | MasterCard: 152438 |

                                                          **PAYMENT TOTAL:  $ 20**

                                                          **CHANGE DUE:      $ 0**

USER ID:     161459
2023-JAN-24 10.24.39.000000 AM

JACOBY M. PILLOW [DIC]                    Ex. 9 033
PLAINTIFF [SPN 03175416]
                                                                      000033

CONFIDENTIAL

**Luis A. Sanchez, M.D.**
Chief Medical Examiner



(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

## Harris County Institute of Forensic Sciences
### 1861 Old Spanish Trail
### Houston, Texas 77054-2098

☐  Primary COD/MOD

☐  Release from Pending

☐  Amendment (s)

Case Number    ML23-0044

Decedent   JACOBY                    PILLOW

DOD           1/3/2023   9:12:00AM

EDR# _____

#35.   Part 1 Cause of Death _____

_____

#36.   Part 2 Other Conditions _____

_____

**Autopsy**, **Partial Autopsy** or **External Examination**      (Please circle one)

Did Tobacco Use Contribute to Death

        Yes   No   Probably   Previously   Unknown        (Please circle one)

Was Decedent Pregnant                              (Please circle one)

        Not Pregnant within Past Year.

        Pregnant At Time of Death

        Not Pregnant, But Pregnant Within 42 Days of Death

        Not Pregnant, But Pregnant 43 days to 1 Year Before Death        Certified in TER _____

        Unknown if pregnant within the past year                          Initial/Date

Manner of Death _____

Describe How Injury Occurred _____

**Identification**                                          ANUNEZ  3:37p  1-4-23  NN
   NO    Positively identified via fingerprints

☐    Accept presumptive or tentative identification as positive

☑    Pursue supplemental identification

|||||||||||||||||||||||||||

| **Body Ready For Release** |||
| --- | --- | --- |
| Medical Examiner  or  Anthropologist | | Date |

**Body Hold for** ☒ **Pathology** ☐ **Anthropology**

_Medical Examiner_                    1/4/23
                                      Date

Medical Examiner                                  Date

**RECEIVED**

'JAN 0 5 2023

Institute of Forensic Sciences
Administrative Services

File:   \\hcmeosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  1/3/2023     2:06:34PM

**Ex. 9 034**

CauseOfDeathSelectedCase v2021-12-09

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000034

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

**PROPERTY OF:** *Pillow, Jacoby*   **DATE:** 1·3·23   **ML#:** 23·0044

**INVENTORIED BY HCIFS STAFF:** A.J. Sinclair   **TITLE:** Transport/Driver

**WITNESSED BY OFFICER:** Trevon Baker
(Law Enforcement)   (Print Name)   **AGENCY:**   **SIGNATURE:**

**WITNESSED BY STAFF:**
(Health Care Facility)   (Print Name)   **AGENCY:**   **SIGNATURE:**

### PROPERTY IS ITEMIZED AS FOLLOWS:

☑ **NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa | |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card | |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express | |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover | |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store | |
| ☐ Social Security Card | ☐ Lighter(s)/ Cigarettes | * | Gas Card | |
| ☐ ID/ Driver's License | | * | Gift Cards | |

**CURRENCY:** ___ $100 ___ $50 ___ $20 ___ $10 ___ $5 ___ $2 ___ $1   $ ___ Total Coins

**TOTAL CURRENCY:** _____   ☐ FOREIGN CURRENCY

Other:_____

_____

_____

_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License   ☐ Cell Phone(s)

☐ Other:_____

_____
*Signature of law enforcement receiving property*   *Agency*

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by:_____   DATE: ____   TIME: ____

Property bag received by Control Desk Employee:_____   DATE: ____   TIME: ____

## PROPERTY RELEASE

Released by:

_____   _____   _____   DATE: ____
Printed Name   Signature   Title

Received by:

_____   _____   _____   DATE: ____
Printed Name   Signature   Relation/Funeral Home/Officer

White - Control Envelope   Yellow - Investigation Section   Green - Funeral Home   Pink - Law Enforcement/ Hospital   *Revised 9/2019*

**Ex. 9 035**

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000035

Case: ML23-0044 User: elguzman 1/6/2023

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

## POSTMORTEM EVIDENCE SUBMISSION FORM

ML/OC #: ML23-0044

POLICE AGENCY/AGENCY #: HPD/00043323-23

EVIDENCE COLLECTION DATE: 1/5/23

DECEDENT: Dorothy Pillow

TIME: 1:35PM    BY: PMD

**EVIDENCE COLLECTION:**

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|--------|-----|------------------------------|
| 1 | 1 | Bandages, medical from decedent |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Evidence collection checklist (left margin):
- GUNSHOT RESIDUE STUBS
- BAGS FROM HANDS
- SEXUAL ASSAULT KIT
- FINGERNAIL SCRAPINGS AND CLIPPINGS KIT
- DNA BLOODSTAIN CARD
- SCALP HAIR
- DRUG CHEMISTRY SAMPLES

**CLOTHING EVIDENCE:**
- SHORTS ___ SHIRT ___ SWEATER
- PANTS ___ BELT ___ BLOUSE ___ UNDERWEAR
- SKIRT ___ BRA ___ JACKET ___ SWEATSHIRT
- JEANS ___ HAT ___ SOCK ___ FOOTWEAR

**OTHER:** ___

**OUTSIDE EVIDENCE CONTAINER:** ☐ CARDBOARD BOX ☐ OTHER: ___ ☒ PLASTIC BAG

## CHAIN-OF-CUSTODY

| FROM | TO | DATE | TIME |
|------|----|----|------|
| PMD | Brantway ST | 1/5/23 | 800 doe |
| J. Trevino | Temp Refr | 1/5/23 | 11:33A |
| J. Trevino | C. Walker | 2/11/23 | 9:20AM |
| | | | |

ML23-0044    ML23-0044
2C1HO6IMOPO75M
Harris County Institute of Forensic Science

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]
Ex. 9 036
000036


# Verification Check List

**Case No.** _MR3 0044_

| | | | | | |
|---|---|---|---|---|---|
| | **POSTMORTEM REPORT** | | | **TOXICOLOGY REPORT** | |
| **Item** | **Description** | **RPD** | **Item** | **Description** | **RPD** |
| | *ALL FACTUAL INFORMATION SHOULD BE COMPARED WITH INFORMATION LISTED IN JUSTICE TRAX (JT)* | | | | |
| 1 | All case numbers should be referenced - Check to ensure case number is consistent on all pages. | | 1 | Check to ensure a toxicology report is attached. | |
| 2 | Date Check - Compare coversheet date with date of autopsy or external examination from page 2. Check for date of death on cover page to insure timeframe is correct | | 2 | Check to make sure case number and name match the autopsy/external examination. | |
| 3 | Name of decedent - Should be present and consistent on cover page and every page following, including headers. | | 3 | Check for the Records Stamp in the lower right-hand corner. | |
| 4 | COD/MOD - Verify against JT. Check for compatibility of cause and manner of death.  For ex. COD: hypertensive cardiovascular MANNER: Homicide. *(This should raise a flag) | | 4 | Verify Toxicologist's signature and verify Pathologist's initials. | |
| 5 | Signatures - Follows: A report prepared by a fellow requires two signatures; his/her own and supervising forensic pathologist.  For homicide or undetermined MOD, a third signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner.  Forensic Pathologist: A report prepared by the pathologist requires one signature-his/her own.  For homicide or undetermined MOD, a second signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. | | 5 | Check page numbering at the bottom right-hand corner to ensure that all pages are included. | |
| 6 | Accuracy (if report is verified after it is signed) - Verify date signed by doctor. | | | | |
| 6 | pay special attention to the year. | 8/9/23 | | | |
| 7 | Date of Death - On Page 2, Under History: Compare the DOD with the date of the autopsy/external examination also on page 2, for any discrepancies. | ✓ | | | |
| 8 | Body Diagrams - If body diagrams are included, indicatethe number of pages. If there are no diagrams enter 0.  DO NOT LEAVE BLANK | ✓ | | | |
| 8 | One Last Look - Take one last look at the entire report to ensure nothing obvious is outstanding with formatting, like exceptionally large spaces between paragraphs or words, unjustified paragraphs, etc. | ✓ | | | |
| 9 | Verify Contents of Case Jacket - Go through entire contents of case jacket to | | | | |
| 10 | verify that all contents belong with the case. | | | | |

**ACTION:**

Any inconsistencies require you to contact the Transcription Leader or the Records Coordinator.

Date: _[signature]_            Date: _[signature]_

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

Ex. 9 037

000037

CONFIDENTIAL



# REQUEST FOR TOXICOLOGY EXAMINATION
## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

## PATHOLOGIST INFORMATION

Case #: _ML23-0044_

Staff Pathologist: _Bayman_

Fellow/Resident: _Rico_

## DECEDENT INFORMATION

Age: _31_　Race: _B_　Sex: _M_　Length: _60in_　Weight: _201b_

Comments/Postmortem Findings: _____

## CIRCUMSTANCES

Cause _____ P _____　Manner _____ (P) _____

Pending Tox? Y / N

_____Delayed death _____Decomposed _____Embalmed

## SAMPLES SUBMITTED

**BLOOD TUBES:**
_____Autopsy/External
_____Procurement agency
_____Hospital

*Source*
_X_Femoral
_X_Heart
_____Aorta
_____Iliac
_____Subclavian
_____Clot
_____Other:_____
_____Other:_____

**SOLID TISSUE:**
_X_Liver
_X_Brain
_____Spleen
_____Muscle
_____Other:_____

**HEADSPACE VIALS:**
_____Room air vial
_____Blood
_____Lung
_____Adipose
_____Brain
_____Other:_____

**OTHER FLUIDS:**
_X_Vitreous Humor
_X_Urine
_X_Bile
_X_Stomach Contents
_____Other:_____

**OTHER:**
_____
_____
_____
_____
_____

## LABORATORY TEST REQUESTS

_____HOLD: No testing is necessary at this time

**SCREENS:**
_____Alcohol
_____ELISA (stimulants)
_X_ELISA (full screen)
_____Chemistries　　　　Expedite
_____Carboxyhemoglobin　←
_____Acetaminophen
_____Acidic screen
_____Basic screen
_____TOF screen
_____GHB screen

**OUTSOURCED TESTS:**
_____Metabolic screen
_____Hb electrophoresis
_____T3, T4, TSH, FT4
_____HIV
_____Hepatitis A, B, C
_____Insulin and C-peptide
_____Hb a1c
_____Synthetic cannabinoids
_____Cyanide
_____Salicylates
_____Ethylene glycol
_____Other: _____

**PANELS:**
_____Homicide panel　　　_____DFSA panel
_____Driver panel　　　　_____Infant panel
_____WAW panel　　　　_X_In custody panel

_____Drug quantitation in Stomach Contents is necessary

**OTHER SPECIFIED DRUGS OR TESTS:**
_____
_____
_____
_____

## CHAIN OF CUSTODY

Relinquished by: _Tavas Rico_　　　　　_Tavas Rico_　　　　　_1/5/23_
　　　　　　　Printed name　　　　　　　Signature　　　　　　　Date

Sealed bag received by:_____　_____　_____
　　　　　　　Printed name　　　　　　　Signature　　　　　　　Date

Form#: TOX06.02Y
Date: 04/21
Rev#: 9

Ex. 9 038

Procedure: TOX07.1009
Approved By: Director, Forensic Toxicology

PRODUCED BY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]
000036

CONFIDENTIAL

# POSTMORTEM EVIDENCE SUBMISSION FORM

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE · SERVICE · INTEGRITY

ML/OC #: MB-0044

POLICE AGENCY/AGENCY #: HPD/010140323-23

EVIDENCE COLLECTION DATE: 1/5/23

DECEDENT: Treesby Pillow

TIME: 1:36 PM          BY: Rico

CLOTHING EVIDENCE:

____ SHORTS        ____ SHIRT        ____ SWEATER
____ PANTS         ____ BELT         ____ BLOUSE        ____ UNDERWEAR
____ SKIRT         ____ BRA          ____ JACKET        ____ SWEATSHIRT
____ JEANS         ____ HAT          ____ SOCK          ____ FOOTWEAR

OTHER: ____

OUTSIDE EVIDENCE CONTAINER:  ☐ CARDBOARD BOX   ☑ PLASTIC BAG
                             ☐ OTHER: ____

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|--------|-----|------------------------------|
| 1 | 1 | Bandages recovered from stomach |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

____ GUNSHOT RESIDUE STUBS          ____ DNA BLOODSTAIN CARD
____ BAGS FROM HANDS                ____ SCALP HAIR
____ SEXUAL ASSAULT KIT             ____ DRUG CHEMISTRY SAMPLES
____ FINGERNAIL SCRAPINGS AND CLIPPINGS KIT

| CHAIN-OF-CUSTODY | | | |
|------|-----|------|------|
| FROM | TO | DATE | TIME |
| Rico | Evidence | 1/5/23 | See log |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Form #: MOF15-02          White-Evidence Tech   Yellow-Receiving Officer   Pink-Submitting HCIFS Staff          Rev.: 1          Date: 06/20

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]          Ex. 9 039

CONFIDENTIAL

## Harris County Institute of Forensic Sciences

| Case Number: M23-0044 | Decedent's Name: Jacoby Pillow |
| Examiner: Jesus Rico / Beyman | Date: 1/4/23 | Page: I of I |

**Body Cavities:**

Pericardial: Ø

Right Pleural: Ø

Left Pleural: Ø

Peritoneal: ball



RCA    N2

LCx    N

LAD    N

**Organ Weights/Description:**

Brain: 1330 g

Heart: 400 g    TV: 12.2    PV: 7.4    MV: 10.6
AV: 7.4    LV: 1.2    S: 1.0    RV: 0.3

Right Lung: 640 g  ⓒ

Left Lung: 590 g  ⓒ

Liver: 1540 g !

Bile: 2 ml

Spleen: 180 g

Endocrine: NL

Pancreas: NL

Right Kidney: 140 g    NL

Left Kidney: 150 g    NL

GI: NL    over w/ fat and plastic

Gastric: 2 Baggies; 100 ml tan fluid

Appendix: present

Bladder: congested mucosa

Urine: +30 clear
+70

**Notes:**

Neck: Dissected anterior N2

Genitalia: NL

Uterus, ovaries, fallopian tubes: N/A

Testes, prostate: NL

Ribs: NL

Vertebrae: NL

Pelvis: NL

Extremities: NL

| Section: Pathology | Authorized by: DA Wolf |
| Form Title: Autopsy Diagram – Organ Weight Sheet | Form No.: PAT. 026 |
| Rev.: | Rev. date: 11/5/13 |

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

Ex. 9 040

000040

CONFIDENTIAL

**HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES**
1861 Old Spanish Trail, Houston, TX 77054-2001
Phone: 832-927-5005   FAX: 832-927-2876

# DRUG CHEMISTRY REPORT

January 25, 2023

**LABORATORY NUMBER:** ML23-0044

**SERVICE REQUEST:** 0002

**Deceased:** JACOBY M PILLOW

**CASE PATHOLOGIST:**   Jesus Rico, M.D.          **OFFENSE NUMBER:**   ML23-0044
Forensic Pathology Fellow
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

**_SUBMISSION INFORMATION:_**

**On 01/05/2023, the following submissions were received from M.D. Jesus Rico**

Submission 999 -   Plastic Bag

**_Case Activity Dates:_**

Processing start date:   1/09/2023        Analysis end date:   1/25/2023

**_EVIDENCE DESCRIPTIONS AND RESULTS OF ANALYSIS:_**

**Item 1 (Contained within Submission 999)** Processed date: 1/09/2023

(1) Plastic jar containing Item 1A and (1) knotted plastic bag containing:
-- (1) piece of plastic containing a brown liquid residue
-- (1) piece of foil containing a wet brown substance
-- (1) piece of foil containing (1) piece of plastic containing a brown substance
**Gross Weight: 22.864 ± 0.037 grams (95.45% Level of Confidence)**

**No Analysis Performed**

Analytical Methods:       None

**Item 1A (Contained within Submission 999)** Processed date: 1/09/2023

(1) Piece of foil containing Item 1B and (1) piece of plastic containing a brown substance
**Gross Weight: 2.184 ± 0.037 grams (95.45% Level of Confidence)**

**No Analysis Performed**

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025
accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback on our Satisfaction Survey

HCIFSDCAII 2022-09-09

EX. 9 041

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

000041

LABORATORY NUMBER: ML23-0044　　　　CONFIDENTIAL
January 25, 2023　　　　SERVICE REQUEST: 0002

Analytical Methods:　　None

## Item 1B (Contained within Submission 999)　Processed date: 1/09/2023

(1) Piece of plastic containing a brown substance

**Net Weight: 1.702 ± 0.037 grams (95.45% Level of Confidence)**

### Delta-9-Tetrahydrocannabinol

Administrative threshold testing for delta-9-tetrahydrocannabinol was not performed due to the lack of available testing methods.

Analytical Methods:　　GC-FID　(Gas Chromatograph – Flame Ionization Detector)
　　　　　　　　　　　　GC-MS　(Gas Chromatograph – Mass Spectrometer)

INSTITUTE OF FORENSIC SCIENCES

JAN 2 5 REC'D

RECEIVED
RECORDS CUSTODIAN

Evidence Disposition: All evidence items will be retained within the laboratory and will be stored at room temperature.

Kristen Head, M.S., ABC-DA
Forensic Chemist 2

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback on our Satisfaction Survey

Page 2 of 2

HCIFSDCAII 2022-09-09

JACOBY M. PILLOW [DIC]
PLAINTIFF [SPN 03175416]

EX. 9 042

000042

**CONFIDENTIAL**

1. ML22-4314 AUTOPSY REPORT
2. ML22-4314 HCIFS MISC
3. ML22-4314 INVESTIGATOR REPORT

CONFIDENTIAL

HARRIS COUNTY
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

## Case No. ML22-4314

## October 13, 2022

## ON THE BODY OF

## Alan Christopher Kerber

CAUSE OF DEATH:   Asphyxia due to upper airway obstruction by foreign object (tube of toothpaste)

MANNER OF DEATH:   Suicide

DATE OF DEATH:   October 12, 2022

_____     1-26-23
Ana E. Lopez, M.D.                              MMDDYY
Assistant Medical Examiner

ALAN CHIRSTOPHER KERBER [DICK] ML22-4314
COMPARATOR [02998562]
Ex. 9 0044
AR 000002

CONFIDENTIAL

Alan Christopher Kerber
ML22-4314
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Alan Christopher Kerber

HISTORY:   This 34-year-old White male was found unresponsive, slumped over the toilet in his single jail cell.   He was pronounced dead in the jail medical clinic, at 5:37 a.m. on October 12, 2022.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Ana E. Lopez, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, commencing at 10:52 a.m. on October 13, 2022.

CLOTHING AND PERSONAL EFFECTS:   When first viewed, the decedent is clad in a cut, orange jail shirt, orange jail pants, orange socks, orange boxers, and orange sandals. The body is lying in a white body transport bag.   Harris County Institute of Forensic Sciences morgue identification bands are around the right wrist and right ankle.   A jail identification band is around the left wrist.

EVIDENCE OF MEDICAL INTERVENTION:   An oral airway device is in the mouth. Defibrillator pads are on the right upper chest and left lateral chest.

EXTERNAL APPEARANCE:   The body is that of a well-developed, well-nourished, adult White male, whose appearance is compatible with the stated age of 34 years.   The body weighs 212 pounds and measures 69 inches in length.   The body is cool, subsequent to refrigeration.   Rigor is fully developed, and the posterior lividity is fixed.   The body is well preserved and is not embalmed.

The scalp hair is 1 inch long, brown, and straight.   The ears are unremarkable.   The face is red and mottled.   The irides are brown, and the corneae are clear.   There are no petechiae of the bulbar or palpebral conjunctivae.   The nose is unremarkable, and the nasal septum is intact.   There is a mustache and a beard.   The teeth are natural and in fair condition.   There are no petechiae of the gingiva or buccal mucosa.   The frenula are intact.   The neck has no palpable adenopathy or jugular venous distention.

The chest is symmetrical.   The abdomen is soft and slightly protuberant.   Striae are on the abdomen.   The external genitalia, anus, and perineum are unremarkable.   The

CONFIDENTIAL

Alan Christopher Kerber
ML22−4314
−3−

extremities are well−developed and symmetrical.   The fingernails are short, clean and intact.   The back and buttocks are unremarkable.

IDENTIFYING MARKS AND SCARS:   A cross−hatch tattoo is on the left ventral forearm. A linear design tattoo is on the right ventral wrist.

EVIDENCE OF INJURY:

Focal red contusions are on the left lower lip and buccal mucosa.   Focal red contusions are on the buccal mucosa of the right corner of the mouth.   The upper airway is obstructed by a tube of freshmint® toothpaste, which measures 9 by 2.5 by 1.3 centimeters, and consists of a clear plastic tube with 0.6 ounce of clear, liquid gel toothpaste.   The oropharyngeal mucosa has multiple contusions.   The tube of toothpaste rests over the epiglottis.   Frothy edema fluid in the upper and lower airways.

Confluent red contusions with interspersed, 1/4 inch red abrasions are on the right knee. A 1/4 inch red abrasion is on the right lateral lower leg.   A 2 by 1−1/4 inch red contusion is on the inferior left knee.   A 2−1/2 by 1−1/2 inch red contusion is just below the left knee.

INTERNAL EXAMINATION:

BODY CAVITIES:   The thoracic and abdominal organs are in their normal anatomic positions.   The body cavities contain no adhesions or abnormal collections of fluid. The subcutaneous fat of the abdominal wall measures 2.5 centimeters in thickness.

CARDIOVASCULAR SYSTEM:   The aorta, its major branches, and the great veins are normally distributed.   The intimal surface of the aorta is free of atherosclerosis.   The pericardial sac is smooth, glistening, and unremarkable.   The heart weighs 585 grams. The epicardial surface is smooth and glistening.   The coronary arteries arise from the usual sites and are normally located over the surface of the heart.   The proximal segment of the left anterior descending has severe atherosclerosis, with 75 percent eccentric stenosis by a yellow, atherosclerotic plaque.   The left circumflex and right coronary are free of atherosclerosis.   There are no thrombi in the atria or ventricles. The foramen ovale is closed.   The atrial and ventricular septa are intact.   The cardiac valves are unremarkable, and have the following circumferences:   Tricuspid 13

CONFIDENTIAL

Alan Christopher Kerber

ML22-4314

-4-

centimeters, pulmonic 8.5 centimeters, mitral 11.5 centimeters, and aortic 7 centimeters. The myocardium is dark red-brown and firm, and there are no focal abnormalities. The left ventricle measures 1.4 centimeters, the interventricular septum measures 1.5 centimeters, and the right ventricle measures 0.3 centimeter.

RESPIRATORY SYSTEM: See previous description of the upper airway injuries under the EVIDENCE OF INJURY section. The pleural surfaces have mild anthracosis. The pulmonary arteries contain no emboli. The right lung weighs 880 grams, and the left lung weighs 700 grams. The major bronchi have frothy edema fluid. Sectioning of the lungs discloses a red-purple, moderately congested and edematous parenchyma.

HEPATOBILIARY SYSTEM: The liver weighs 2780 grams and is covered by a diffusely nodular capsule. The parenchyma is yellow-brown and cirrhotic, with diffuse parenchymal nodularity and increased interstitial fibrosis. The gallbladder contains 30 milliliters of bile and no calculi. The extrahepatic biliary ducts are unremarkable.

DIGESTIVE SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains 30 milliliters of brown fluid, without solid food particles. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are unremarkable. The small intestinal and colonic contents are normal. The appendix is present. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 235 grams, and the left kidney weighs 225 grams. The subcapsular surfaces are smooth and slightly lobulated. The cortices are of normal thickness. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains 10 milliliters of urine. The mucosa is gray, smooth, and unremarkable. The prostate gland and seminal vesicles are unremarkable. The testicles are unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and on sectioning.

RETICULOENDOTHELIAL SYSTEM: The 560-gram spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red, and has no masses or nodules. The lymph nodes are unremarkable.

CONFIDENTIAL

Alan Christopher Kerber
ML22-4314
-5-

MUSCULOSKELETAL SYSTEM:   Left anterior ribs 4, 5 and 6, and right anterior rib 6 are fractured, indicative of cardiopulmonary resuscitation efforts.   There are no fractures of the clavicles, sternum, pelvis, or vertebral column.   The diaphragm is intact.   There is no muscular atrophy.

Dissection of the skin and subcutaneous tissue of the posterior torso and extremities shows focal subcutaneous tissue hemorrhages over the elbows, and focal subcutaneous tissue hemorrhages in the knees, corresponding to the cutaneous contusions.   There are no deep muscular hemorrhages.

NECK:   A layered anterior neck dissection shows no hemorrhages in the strap muscles or sternocleidomastoid muscles.   There are no hemorrhages in the cervical prevertebral fascia.   The hyoid bone and the laryngeal cartilages are intact and have no fractures. The tongue is unremarkable and has no bite marks or intramuscular contusions.

HEAD:   The scalp, subscalpular area, and skull are unremarkable.   The dura and dural sinuses are unremarkable.    There are no epidural, subdural, or subarachnoid hemorrhages.   The leptomeninges are thin, delicate, and without exudates.   The cranial nerves and blood vessels are unremarkable.   The brain weighs 1400 grams. The cerebral hemispheres are symmetrical and have a normal gyral pattern.   Coronal sectioning shows that the gray cortical ribbon and deep white matter are well delineated. There are no hemorrhages or focal lesions.   The ventricular system is of normal size and shape, and contains minimal clear cerebrospinal fluid.   The basal ganglia and hippocampi are symmetrical and without lesions.   Sections through the brainstem and cerebellum are unremarkable.

TOXICOLOGY:   Bile, urine, blood, vitreous humor, liver, gastric contents and brain are retained for toxicological analysis.   A urine drug screen is negative.

HISTOLOGY:   Section code:   A:   Left anterior descending coronary artery; B:   Left ventricle; C:   Septum and right ventricle; D:   Right lung; E:   Left lung; F:   Liver and pancreas; G:   Kidneys; H:   Cerebral cortex; I:   Hippocampus.

EVIDENCE:   The tube of toothpaste removed from the airway is submitted as evidence.

CONFIDENTIAL

Alan Christopher Kerber
ML22-4314
-6-

## PATHOLOGICAL FINDINGS

1. Asphyxia due to upper airway obstruction by tube of freshmint® toothpaste (9 by 2.5 by 1.3 centimeters)
   a. Oropharyngeal contusions
   b. Contusions on the left lower lip, right corner of the mouth, and buccal mucosa
   c. Pulmonary edema and congestion (right lung – 880 grams; left lung – 700 grams)
2. Depression with suicidal ideations and recent threats to harm self
3. Anxiety
4. Atherosclerotic and hypertensive cardiovascular disease
   a. Cardiomegaly (585 grams) with concentric left ventricular hypertrophy
   b. Coronary artery atherosclerosis
      i. 75 percent stenosis, left anterior descending coronary artery
5. Chronic ethanolism
   a. Hepatic cirrhosis and steatohepatitis
6. Contusions and abrasions on the knees

CONFIDENTIAL

Alan Christopher Kerber
ML22-4314
-7-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Ana E. Lopez, M.D.                                                            ML22-4314
Assistant Medical Examiner

## MICROSCOPIC EXAMINATION

Heart – Sections of the left anterior descending show fibrointimal atherosclerosis with myxoid change, foamy macrophages and focal calcifications.  Sections of the myocardium show scattered myocyte hypertrophy.

Lungs – Congestion and edema.

Liver – Cirrhosis (parenchymal nodules separated by fibrous bands containing chronic inflammation and bile duct proliferation) and steatosis; focal, scattered lobular inflammation.

Pancreas – Diffuse autolysis.

Kidneys – No histopathologic abnormalities.

Brain – No histopathologic abnormalities.

**CONFIDENTIAL**

## Harris County Institute of Forensic Sciences

| Case Number: ML22-4314 | | Page: 1 of 1 |
| Decedent's Name: Alan Christopher Kerber | Length: 69" | Weight: 212 lbs. |
| Examiner: Ana C. [signature] | Date: 10-13-22 | Time: 10:52AM |



- cut, orange jail shirt
- orange jail pants
- orange socks
- orange sandals
- orange boxers

Brown

purple-red contus. @ lower lip + B.M.
focal red contus. on B.M.
oral airway device
Y @ IV/B
nat teeth/fair cond.

~ 1"; BROWN; straight

~ 1"; BROWN straight

face-red + mottled

defib. pads

cross-hatch tattoo @ dorsal FVA

soft; sl. protuberant

Linear design tattoo

HCIFS

Jail ID Band

punct. red areas FNS-
@ dorsal hand short clean intact

2x1¼" red contus. wt @

2½ x 1½" red contus. wt @ knee

Confluent red contus. wt intersp. - ; ¼" drk. red areas.

¼" red areas.
@ Lat. Lower leg        HCIFS

ALAN CHIRSTOPHER KERBER [DIC] COMPARATOR [02998562]    Ex. 9 ML22-4314    AR 000009

<span style="color:red">CONFIDENTIAL</span>

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

### October 27, 2022

**LABORATORY NUMBER: ML22-4314**

**SERVICE REQUEST: 0001**



---

**Deceased: ALAN CHRISTOPHER KERBER**

---

**Submitted By:**                                          **Submission Date:** October 13, 2022

Ana E. Lopez, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

---

## RESULTS:

### 001-A - Blood (femoral)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | G. Behnke |
| Acetone | None Detected | Headspace GC/FID | G. Behnke |
| Isopropanol | None Detected | Headspace GC/FID | G. Behnke |
| Methanol | None Detected | Headspace GC/FID | G. Behnke |

### 001-B - Blood (femoral)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | A. Griffin |
| Fentanyl | None Detected | Immunoassay - ELISA | A. Griffin |
| Methadone | None Detected | Immunoassay - ELISA | A. Griffin |
| Oxycodone | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Griffin |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | A. Griffin |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | A. Griffin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzodiazepines | None Detected | Immunoassay - ELISA | A. Griffin |
| Opiates | None Detected | Immunoassay - ELISA | A. Griffin |
| Cannabinoids | None Detected | Immunoassay - ELISA | A. Griffin |

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

*jh*

<span style="color:red">ALAN CHIRSTOPHER KERBER [DICE</span> **Ex. 9 05**22-4314          <span style="color:red">AR 000010</span>
<span style="color:red">COMPARATOR [02998562]</span>

CONFIDENTIAL

**LABORATORY NUMBER: ML22-4314**                    **DATE: October 27, 2022**

**SERVICE REQUEST: 0001**

INSTITUTE OF FORENSIC SCIENCES

OCT 27 REC'D

RECEIVED
RECORDS CUSTODIAN

Josie Hollowell, B.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
October 27, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
October 27, 2022

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Page 2 of 2

CONFIDENTIAL



KM / MR

Harris County Institute of Forensic Sciences

**ALAN KERBER**
WHITE          MALE
10/4/1988      34 YEARS

ML22-4314

*KLEIN / ALL FAITHS MORTUARY*
FUNERAL HOME / TRANSPORT SERVICE RECEIVING BODY

*Lowell Bowler*          *TX DL 05934270*
SIGNED OUT BY                    ID TYPE / ID #

10 / 14 / 22          4:23   AM ⓅⓂ
DATE                    TIME

CLOTHING RELEASED WITH BODY?   ⓎⒺⓈ   NO

PERSONAL EFFECTS RELEASED WITH BODY?   YES   ⓃⓄ

AFIS# X  7522102214
DOCUMENT VERIFICATION  MR

**Harris County, Institute of Forensic Sciences**

ML22-4314
ALAN
KERBER
WHITE
10/4/1988          MALE
34 YEARS

**BODY RELEASE CHECKLIST**

Case Number: 4314

CoD entered in logbook: ⓎⒺⓈ / NO
Is decedent on hold: YES / ⓃⓄ
Is decedent ID positive: ⓎⒺⓈ / NO
Fingerprints taken: ⓎⒺⓈ / NO
Decedent property: YES / ⓃⓄ

**Release Form Verification**
Name of decedent:
Name of NOK:
Signature of NOK:

**FD/Transport personnel ID**
ID Type: TDL
ID #: 05934270

Transit Envelope & Authorization to
Claim Form given to FD by:

HCIFS staff initials: KM   Date: 10/14/22   Time: 2:14 pm

TRANSPORTED TO HCIFS BY: A.G

Signature

TRANSPORTED TO HCIFS: Agency: IFS

10 / 12 / 22          12:30   AM ⓅⓂ
DATE                    TIME

Height: 6.9
Weight: 212
Temp: 82.0

X-RAYS:   ☒ NO   ☐ YES

MEDICAL RECORDS: YES / ⓃⓄ

ANTEMORTEM SPECIMENS: YES / ⓃⓄ

PERSONAL EFFECTS: YES / ⓃⓄ

CLOTHING: ⓎⒺⓈ / NO

A.Goble
Checked in by HCIFS Representative

**CONFIDENTIAL**



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

## Authorization of Next of Kin to Release Decedent/Personal Effects to Funeral Director

In accordance with state law, the Harris County Institute of Forensic Sciences (HCIFS) will perform an inquest or autopsy to determine the cause and manner of death of the decedent. If an autopsy is performed, certain organs and tissue are removed for necessary examination and testing. Upon completion of examination and testing, any organs and tissue kept by the HCIFS will be disposed of in accordance with health and safety guidelines.

Case number: ____22-4314____    Name of Decedent: __ALAN CHRISTOPHER KERBER__

### Priority Class of Next of Kin as defined by Texas Health & Safety Code §711.002

1. PERSON DESIGNATED IN A WRITTEN INSTRUMENT SIGNED BY THE DECEDENT;
2. DECEDENT'S SURVIVING SPOUSE;
3. ANY ONE OF THE DECEDENT'S SURVIVING ADULT CHILDREN;
4. EITHER ONE OF THE DECEDENT'S SURVIVING PARENTS;
5. ANY ONE OF THE DECEDENT'S SURVIVING ADULT SIBLINGS; or
6. ANY ADULT PERSON IN THE NEXT DEGREE OF KINSHIP IN THE ORDER NAMED BY THE LAW TO INHERIT THE ESTATE OF THE DECEDENT

### Release of Decedent/Personal Effects and Next of Kin Acknowledgement

I, ____DAVID MASTRANGELO____, bearing the relationship of ____FATHER____
    (Next of Kin name)                         (relationship to the decedent named above)
attest that I am the legal next of kin, as defined above by Texas Health & Safety Code §711.002 and that there is no other person with a priority of right to control the disposition of the decedent's remains listed before me.

I hereby authorize the HCIFS to release the decedent named above and any personal effects in the possession of the HCIFS to ____KLEIN____ Funeral Home / Transport Service or its agent upon presentation of this completed document and government-issued photo identification. The transport agent agrees to follow all requirements of Texas Occupations Code §651.401

THIS IS A GOVERNMENTAL RECORD AS DEFINED BY TEXAS PENAL CODE SECTION 37.10. BY SIGNING THIS DOCUMENT, I REPRESENT THAT I AM THE NEXT OF KIN AND THERE IS NO OTHER PERSON WITH A PRIORITY OF RIGHT TO CONTROL THE DISPOSITION OF THE REMAINS LISTED BEFORE ME. I AGREE TO INDEMNIFY AND HOLD HARMLESS HARRIS COUNTY, ITS OFFICERS, AGENTS AND EMPLOYEES FROM ALL CLAIMS OF ANY CHARACTER, TYPE OR DESCRIPTION, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, AND/OR WILLFUL AND MALICIOUS CONDUCT AND RELEASE ANY PERSON WHO ACTS IN RELIANCE ON THIS DOCUMENT FROM ANY LIABILITY, AND ACKNOWLEDGE THAT I AM LIABLE FOR ALL DAMAGES THAT RESULT, DIRECTLY OR INDIRECTLY, FROM MY REPRESENTATIONS AND SIGNATURE. ANY DISPUTE AMONG THE DECEDENT'S NEXT OF KIN CONCERNING THE RIGHT TO CONTROL THE DISPOSITION OF DECEDENT'S REMAINS MUST BE RESOLVED AMONG THOSE PERSONS BY A COURT OF COMPETENT JURISDICTION. THIS INDEMNITY AND RELEASE IS BINDING ON ME, MY FAMILY, ESTATE, HEIRS AND ASSIGNS.

Next of Kin Signature: _____*D.D Mastrangelo*_____    Date: __Oct. 14, 2022__

Next of Kin Contact Number: _____909.953.4142_____

Next of Kin Address: ____67 N Whistling Swan Pl, The Woodlands, TX 77389____

· · · · · · · · · ·

Witness Name: _____JAIDYN TURNER_____

Witness Signature: ____*Jaidyn Turner*____    Date: _10-14-2022_

Witness Contact Number: _____281-351-7233_____

Witness Address: _____1400 W MAIN ST, TOMBALL, TX 77375_____

ALL FAITHS MORTUARY    FAX    15:19 FRI 10/14/2022    RECEIVED    10/14/2022 02:10PM 2812125225

**CONFIDENTIAL**



HARRIS COUNTY
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

# Funeral Director's
# Authorization to Claim Form

**Date:** _10·14·22_

**HCIFS Medicolegal (ML) Case Number:** _ML22-4314_

**Name of Decedent:** _ALAN KERBER_

I have visually inspected the body of the above-named decedent and have compared the name and HCIFS medicolegal (ML) case number of the decedent to all of the following:

    1)  Identification Tag
    2)  Autopsy Information and Release Form
    3)  Transit Envelope

Further, I have found all three documents to correspond to the body I am authorized to claim from the Harris County Institute of Forensic Sciences.

I have received the following items with this decedent: (check all that apply)

[X] Clothing      [ ] Property      [ ] Other_____

_Ronald Fenter_
Signature of Representative

_RONALD FENTER_
Printed Name of Representative

_ALL FAITHS MORTUARY_
Name of Firm

_TX DL D5934270_
ID Type & ID Number

**\*\*\*\*\*\*\*\*\*\***

Reviewed and Signed by: _Ken ____ (HCIFS Representative)_    _10 / 14 / 22_  Date

WHITE – Transit Envelope    YELLOW– Funeral Home    Revised 01/2020

ALAN CHIRSTOPHER KERBER [DICP] Ex. 9 06622-4314    AR 000014
COMPARATOR [02998562]

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
## CONFIDENTIAL
## PROPERTY INVENTORY

**PROPERTY OF:** Alan Kerber    **DATE:** 10/12/22    **ML#:** 22-4314

| | |
|---|---|
| INVENTORIED BY HCIFS STAFF: S. Wainman | TITLE: FI |
| WITNESSED BY OFFICER: (Law Enforcement) (Print Name) | AGENCY: ___ SIGNATURE: ___ |
| WITNESSED BY STAFF: A. Giddon (Health Care Facility) (Print Name) | AGENCY: HeIFS SIGNATURE: _____ |

### PROPERTY IS ITEMIZED AS FOLLOWS:

**☑ NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa | |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card | |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express | |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover | |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store | |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gas Card | |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | Gift Cards | |

CURRENCY: _____ $100 _____ $50 _____ $20 _____ $10 _____ $5 _____ $2 _____ $1    $ _____ Total Coins

**TOTAL CURRENCY:** _____    ☐ FOREIGN CURRENCY

Other: _____

_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License    ☐ Cell Phone(s)

☐ Other: _____

_____    _____
*Signature of law enforcement receiving property*    *Agency*

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____ DATE: _____ TIME: _____

Property bag received by Control Desk Employee: _____ DATE: _____ TIME: _____

## PROPERTY RELEASE

Released by: _____

| Printed Name | Signature | Title | DATE: _____ |
|---|---|---|---|

Received by: _____

| Printed Name | Signature | Relation/Funeral Home/Officer | DATE: _____ |
|---|---|---|---|

ALAN CHIRSTOPHER KERBER - DC EX 9.0BT 22-4314    AR 000015
COMPARATOR [02998562]
White - HCIFS Copy/Evidence    Yellow - Family/Next of Kin    Pink - Law Enforcement/ Hospital
Revised 9/2019

CONFIDENTIAL

# POSTMORTEM EVIDENCE SUBMISSION FORM

HARRIS COUNTY
INSTITUTE
OF FORENSIC SCIENCES
SCIENCE · SERVICE · INTEGRITY

ML/OC# 22-4314

POLICE AGENCY/AGENCY #: HPD 1378154-22

EVIDENCE COLLECTION DATE: 10-13-22

DECEDENT: Alan Kerber

TIME: 12:30P     BY: AL/KM

CLOTHING EVIDENCE:

| | | |
|---|---|---|
| SHORTS | SHIRT | SWEATER |
| PANTS | BELT | BLOUSE |
| SKIRT | BRA | JACKET |
| JEANS | HAT | SOCK |
| | | UNDERWEAR |
| | | SWEATSHIRT |
| | | FOOTWEAR |

EVIDENCE:
GUNSHOT RESIDUE STUBS ____ DNA BLOODSTAIN CARD
BAGS FROM HANDS ____ SCALP HAIR
SEXUAL ASSAULT KIT
FINGERNAIL SCRAPINGS AND CLIPPINGS KIT
OTHER:

OUTSIDE EVIDENCE CONTAINER:   ☐ CARDBOARD BOX   ☑ PLASTIC BAG
☐ OTHER:

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|---|---|---|
| | | Tube of tooth/nail in upper airway |

CHAIN-OF-CUSTODY

| FROM | TO | DATE | TIME |
|---|---|---|---|
| A.E. Lopez | Evidence Rm/5T | 10-13-22 So Pork | |
| J. Trevino | New HPD Cases | 10/13/22 | 4:37p |
| J. Loutrou | Ben HPD | 10/14/22 | 1231 |
| D. Gutz | K.Terns | 4/24/12 | 8:35a |

ML22-4314
ZCG1X6G80ZOLTL
Harris County Institute of Forens

ML22-4314   ML22-4314

Form #: MOF15-02

White-Evidence Tech   Yellow-Receiving Officer   F

Rev:0

ALAN CHIRSTOPHER KERBER [DIC]   Ex. 9 0822-4314   AR 000016
COMPARATOR [02998562]

# DTS Dispatch V3.25.1
**CONFIDENTIAL**

Today's Date/Time:    10/12/2022 8:31:42 AM

**Case Number:**    ML22-4314

| OCDI Research Required? For "Yes" call (832) 677-6561 | ☐ Yes ☐ No (FSRA) |
| --- | --- |

**MORGUE PERSONNEL ONLY (these are not editable)**

| | |
| --- | --- |
| Type of Death | UNDETERMINED |
| Priority | High Priority |
| Select Priority Type: | Scene |
| **DISPATCHED BY:** | Sara Wainman |
| DATE/TIME MORGUE CONTROL INFORMED | 10/12/2022 8:31:58 AM |

| | |
| --- | --- |
| DTS Unit: | AG/SW |
| Autopsy Assistant: | 9033 |
| AA(2): | |
| Date/Time Dispatched: | 10/12/2022 8:31:58 AM |
| Date/Time Enroute: | |
| Date/Time Arrived: | |
| Date/Time Departed Scene: | |

**SCENE:** ☐ Scene Made    **FI III Scene** ☐ Yes
☐ Scene Not Made    ☐ No

## PLACE OF DEATH

| | |
| --- | --- |
| Place of Death | |
| | (Name of Apartment complex, Business, Hospital, etc.) |
| Street Address: | 701 N SAN JACINTO ST |
| City: | HOUSTON |
| State: | TX |
| Zip Code: | 77002 |

Key Map#:

**Type of Scene: (Select One)**

Scene Type

## Records/Evidence:

| RX Medication | No | RX Qty: | | First Blood | No | Clothing | Yes | Medical Records | No | X-Ray (For HCIFS Only) | No |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Medical Record #:

| Deceased Name: | ALAN KERBER | Apx Weight | 201-250 | Apx. Height | Feet | inches |
| --- | --- | --- | --- | --- | --- | --- |
| Race: WHITE | Gender: MALE | Age: 34 | Age Units: YEARS | | | |

| Reporting Agency: | HPD HOMICIDE | Agency Case #: |
| --- | --- | --- |
| Officer At Scene: | OFC. WALKER | Contact Ph#: |

HCIFS Investigator responding to scene:    Sara Wainman

Investigator  Ph#:

Special Instructions/Notes:

Revised 10/22/2015

ALAN CHIRSTOPHER KERBER [DIC] ML22-4314    AR 000017
COMPARATOR [02998562]    Ex. 9 059

# DTS Dispatch V3.25.1
**CONFIDENTIAL**

Today's Date/Time:   10/12/2022 8:31:42 AM

**Case Number:**   ML22-4314

| OCDI Research Required? For "Yes" call (832) 677-6561 | ☐ Yes ☐ No (FSRA) |
|---|---|

**MORGUE PERSONNEL ONLY (these are not editable)**

| | |
|---|---|
| DTS Unit: | |
| Autopsy Assistant: | |
| AA(2): | |
| Date/Time Dispatched: | 10/12/2022 8:31:58 AM |
| Date/Time Enroute: | |
| Date/Time Arrived: | |
| Date/Time Departed Scene: | |

Type of Death        UNDETERMINED

Priority        High Priority

Select Priority Type:   Scene

**DISPATCHED BY:**   Sara Wainman

DATE/TIME MORGUE CONTROL INFORMED:   10/12/2022 8:31:58 AM

SCENE:   ☐ Scene Made      FI III Scene    ☐ Yes
        ☐ Scene Not Made                  ☐ No

## PLACE OF DEATH

Place of Death                                                    Key Map#:

            (Name of Apartment complex, Business, Hospital, etc.)

Street Address:   701 N SAN JACINTO ST

City:   HOUSTON

State:   TX

Zip Code:   77002

**Type of Scene: (Select One)**

Scene Type

**Records/Evidence:**

| RX Medication | No | RX Qty: | First Blood | No | Clothing | Yes | Medical Records | No | X-Ray (For HCIFS Only) | No |
|---|---|---|---|---|---|---|---|---|---|---|

Medical Record #:

| Deceased Name: | ALAN KERBER | | Apx Weight | 201-250 | | Apx. Height | | Feet | | inches |
|---|---|---|---|---|---|---|---|---|---|---|

| Race: | WHITE | | Gender: | MALE | | | Age: | 34 | Age Units: | YEARS |
|---|---|---|---|---|---|---|---|---|---|---|

Reporting Agency:   HPD HOMICIDE                    Agency Case #:

Officer At Scene:   OFC. WALKER                     Contact Ph#:

HCIFS Investigator responding to scene:   Sara Wainman

Investigator Ph#:

Special Instructions/Notes:

Revised 10/22/2015

ALAN CHIRSTOPHER KERBER [DIC] ML22-4314        AR 000018
COMPARATOR [02998562]
Ex. 9 060

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

**PROPERTY OF:** Alan Kerber          **DATE:** 10/12/22     **ML#:** 22-4314

| | |
|---|---|
| **INVENTORIED BY HCIFS STAFF:** S. Wainman | **TITLE:** FI |
| **WITNESSED BY OFFICER:** (Law Enforcement) | **AGENCY:** ___ **SIGNATURE:** ___ |
| **WITNESSED BY STAFF:** A. Giddon (Health Care Facility) (Print Name) | **AGENCY:** HCIFS **SIGNATURE:** _____ |

**PROPERTY IS ITEMIZED AS FOLLOWS:**

## ☑ NO PROPERTY TAKEN / NO CURRENCY TAKEN

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa | |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card | |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express | |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover | |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store | |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gas Card | |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | Gift Cards | |

**CURRENCY:** ___ $100 ___ $50 ___ $20 ___ $10 ___ $5 ___ $2 ___ $1 $ ___ Total Coins

**TOTAL CURRENCY:** _____ ☐ FOREIGN CURRENCY

Other: _____
_____
_____
_____
_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License     ☐ Cell Phone(s)

☐ Other: _____

_____ _____
*Signature of law enforcement receiving property*     *Agency*

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____ DATE: _____ TIME: _____

Property bag received by Control Desk Employee: _____ DATE: _____ TIME: _____

## PROPERTY RELEASE

Released by:

_____ _____ _____ DATE: _____
Printed Name                  Signature                  Title

Received by:

_____ _____ _____ DATE: _____
Printed Name                  Signature                  Relation/Funeral Home/Officer

**ALAN CHIRSTOPHER KERBER [DIC] Ex. 9 ML22-4314          AR 000019
COMPARATOR [02998562]**

**CONFIDENTIAL**

# Verification Check List

Case No. __ML22-4314__

| Item | Description | RPD | Item | Description | RPD |
|------|-------------|-----|------|-------------|-----|
| | **POSTMORTEM REPORT** | | | **TOXICOLOGY REPORT** | |
| | ALL FACTUAL INFORMATION SHOULD BE COMPARED WITH INFORMATION LISTED IN JUSTICETRAX (JT) | | 1 | Check to ensure a toxicology report is attached. | |
| 1 | All case numbers should be referenced - Check to ensure case number is consistent on all pages. | ✓ | 2 | Check to make sure case number and name match the autopsy/external examination. | |
| 2 | Date Check - Compare coversheet date with date of autopsy or external examination from page 2.  Check for date of death on cover page to insure timeframe is correct. | ✓ | 3 | Check for the Records Stamp in the lower right-hand corner. | |
| 3 | Name of decedent - Should be present and consistent on cover page and every page following, including headers | ✓ | 4 | Verify Toxicologist's signature and verify Pathologists initials. | |
| 4 | COD/MOD - Verify against JT: Check for compatibility of cause and manner of death.  For ex: COD: hypertensive cardiovascular MANNER: Homicide. \(This should raise a Flag\) | ✓ | 5 | Check page numbering at the bottom right-hand corner to ensure that all pages are included. | |
| 5 | Signatures - Fellows: A report prepared by a fellow requires two signatures; his/her own and supervising forensic pathologist.  For homicide or undetermined MOD, a third signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner.  Forensic Pathologist: A report prepared by the pathologist requires one signature-his/her own.  For homicide or undetermined MOD, a second signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. | 1/26/23 ✓ | | | |
| 6 | Accuracy (if report is verified after it is signed) - Verify date signed by doctor, pay special attention to the year. | ✓ | | | |
| 7 | Date of Death - On Page 2, Under History: Compare the DOD with the date of the autopsy/external examination also on page 2, for any discrepancies. | ✓ | | | |
| 8 | Body Diagrams - If body diagrams are included, indicate the number of pages. If there are no diagrams enter 0.  DO NOT LEAVE BLANK | 1 | | | |
| 9 | One Last Look - Take one last look at the entire report to ensure nothing obvious is outstanding (like formatting, like exceptionally large spaces between paragraphs or words, unjustified paragraphs, etc. | ✓ | | | |
| 10 | Verify Contents of Case Jacket - Go through entire contents of case jacket to verify that all contents belong with the case. | ✓ | | | |

**ACTION:** Date: MC 1/26/23

Any inconsistencies require you to contact the Transcription Leader or the Records Coordinator.

Date: MC 1/26/23

(Revised 03-25-2013)

ALAN CHRISTOPHER KERBER [DICE] ML22-4314          AR 000020
COMPARATOR [02998562]
Ex. 9 002

**CONFIDENTIAL**



**HARRIS COUNTY**
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

Reviewed: _OK_ PL 1/28

☑ **RELEASE FROM PENDING**     **CASE NUMBER:** ML 22-4314

☐ **AMENDMENT(S)**     **DECEDENT:** Alan Christopher Kerber

☐ **INQUEST ONLY**     **DOD:** 10·12·22

**EDR #:** _____

Part 1 Cause of Death: _Asphyxia due to_ Upper airway obstruction by foreign object (tube of toothpaste)

Part 2 Other Conditions: _____

_____

_____

Please Circle your Selection

(Autopsy)   or   Inquest   or   External

┌─────────────────────────┐
│  **Certified in TxEVER** │
│                          │
│  initials _____  │
│                          │
│  date _____  │
└─────────────────────────┘

Autopsy Findings Available Prior to Completion of Cause of Death

(Yes)   or   No

Did Tobacco Use Contribute to Death

Yes   (No)   Probably   Previously   Unknown

IF FEMALE:

☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

Manner of Death: _Suicide_

Describe How Injury Occurred: _Choked self by inserting tube of toothpaste into airway_

_____      _1-25-23_
**Medical Examiner**                **Date**

White- DC                                          Canary – Transcription

CONFIDENTIAL

Harris County Institute of Forensic Sciences

| Case Number: | ML22-4314 | Decedent's Name: | Alan Christopher Kerber |
|---|---|---|---|
| Examiner: | Anna O. Dudz | Date: 10-18-22 | Page: of |

**BodyCavities:**

Pericardial:

Right Pleural:

Left Pleural:

Peritoneal:

clear



RCA    75%    LCx

LAD

**Organ Weights/Description:**

Brain: 1400

Heart: 585    TV: 13    PV: 8.5    MV: 11.5

AV: 7.0    LV: 1.4    S: 1.5    RV: 0.3

Right Lung: 880

Left Lung: 760

Liver: 2780

Bile: 30mL

Spleen: 560

Endocrine:

Pancreas:

Right Kidney: 235

Left Kidney: 275

GI:

Gastric: 30mL Brown fld

Appendix: ⊕

Bladder: 10 mL

Urine: SnPg fat= 2.5cm

**Notes:**

A- LAD          H - C.C.
B-LV          I - hippo
C- Septum/RV
D- RL
E-LL
F-LiJ/Panc.
G-kid (s)

Neck: upper airway obstruction
by tube of toothpaste
0.6 oz    9x2.5x1.3cm
Genitalia: nl    tube

Uterus, ovaries, fallopian tubes:

Testes, prostate: nl

Ribs: CPR fxs | L 4,5,6
R 6

Vertebrae: nl

Pelvis: nl

Extremities: nl.

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Organ Weight Sheet | Form No.: PAT. 026 |
| Rev.: | Eff. Date: 4/5/13 |

ALAN CHIRSTOPHER KERBER [DIC] Ex. 9 004    ML22-4314    AR 000022
COMPARATOR [02998562]

**CONFIDENTIAL**

Luis A. Sanchez, M.D.
Chief Medical Examiner



AL

(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

## Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, Texas 77054-2098

RM
10/14/22

☑ Primary COD/MOD

☐ Release from Pending

☐ Amendment (s)

Case Number    ML22-4314

Decedent    ALAN        CHRISTC  KERBER

DOD          10/12/2022  5:37:00AM

EDR# _____

#35.  Part 1 Cause of Death ⓟ _____
_____
_____

#36.  Part 2 Other Conditions _____
_____

**Autopsy, Partial Autopsy** or **External Examination**    (Please circle one)
Did Tobacco Use Contribute to Death
    Yes  No  Probably  Previously  Unknown    (Please circle one)
Was Decedent Pregnant                          (Please circle one)
    Not Pregnant within Past Year.
    Pregnant At Time of Death
    Not Pregnant, But Pregnant Within 42 Days of Death
    Not Pregnant, But Pregnant 43 days to 1 Year Before Death    Certified in TER _____
    Unknown if pregnant within the past year                          Initial/Date
Manner of Death____ⓟ_____
Describe How Injury Occurred_____

**Identification**
    NO  Positively identified via fingerprints
☑  Accept presumptive or tentative identification as positive   S Jacic  10/13/22 @ 1pm
☐  Pursue supplemental identification                                          JC

||||||||||||||||||

| **Body Ready For Release** | |
| --- | --- |
| Alva C. Lopy    10-13-22 | Ana M. Lopy    10-13-22 |
| Medical Examiner or Anthropologist    Date | Medical Examiner    Date |
| **Body Hold for** ☐ **Pathology** ☐ **Anthropology** | |
| Medical Examiner    Date | |

AV

File:    \\hcmeosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  10/12/2022  2:12:34PM

CauseOfDeathSelectedCase v2021-12-09

**CONFIDENTIAL**



# REQUEST FOR TOXICOLOGY EXAMINATION
## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

### PATHOLOGIST INFORMATION

Case #: _ML22-4511_

Staff Pathologist: _G Kimg_

Fellow/Resident: _____

### DECEDENT INFORMATION

Age: _34_   Race: _W_   Sex: _M_   Length: _C09"_   Weight: _212lb_

Comments/Postmortem Findings: _fol cardiac_
_respiratory Ht depression_
_tube of toothpaste obstructing_
_airway_

### CIRCUMSTANCES

Cause _CP Toxicologic_   Manner _P_
Pending Tox?   Y / N

_____Delayed death   _____Decomposed   _____Embalmed

### SAMPLES SUBMITTED

**BLOOD TUBES:**
_✓_ Autopsy/External
_____Procurement agency
_____Hospital

*Source*
_✓_ Femoral
_____Heart
_____Aorta
_____Iliac
_____Subclavian
_____Clot
_____Other:_____
_____Other:_____

**SOLID TISSUE:**
_✓_ Liver
_✓_ Brain
_____Spleen
_____Muscle
_____Other:_____

**HEADSPACE VIALS:**
_____Room air vial
_____Blood
_____Lung
_____Adipose
_____Brain
_____Other:_____

**OTHER FLUIDS:**
_✓_ Vitreous Humor
_✓_ Urine
_✓_ Bile
_✓_ Stomach Contents
_____Other:_____

**OTHER:**
_____
_____
_____
_____

### LABORATORY TEST REQUESTS

_____**HOLD:** No testing is necessary at this time

**SCREENS:**
_____Alcohol
_____ELISA (stimulants)
_____ELISA (full screen)
_____Chemistries        Expedite
_____Carboxyhemoglobin
_____Acetaminophen
_____Acidic screen
_____Basic screen
_____TOF screen
_____GHB screen

**OUTSOURCED TESTS:**
_____Metabolic screen
_____Hb electrophoresis
_✓_ T3, T4, TSH, FT4
_____HIV
_____Hepatitis A, B, C
_____Insulin and C-peptide
_____Hb a1c
_____Synthetic cannabinoids
_____Cyanide
_____Salicylates
_____Ethylene glycol
_____Other:_____

**PANELS:**
_____Homicide panel        _____DFSA panel
_____Driver panel          _____Infant panel
_____WAW panel             _✓_ In custody panel

_____Drug quantitation in Stomach Contents is necessary

**OTHER SPECIFIED DRUGS OR TESTS:**
_____
_____
_____
_____

### CHAIN OF CUSTODY

Relinquished by: _N.F. Hope_        _Guer @ Kimg_        _13-22_
                 Printed name              Signature              Date

Sealed bag received by:_____   _____   _____
                        Printed name          Signature           Date

ALAN CHIRSTOPHER KERBER [DIGI
COMPARATOR [02998562]

Rev. Ex. 9 06622-4314

Page 06002.07.1009
Approved By:  Director, Forensic Toxicology

**CONFIDENTIAL**

# POSTMORTEM EVIDENCE SUBMISSION FORM

HARRIS COUNTY
INSTITUTE
OF FORENSIC SCIENCES
SCIENCE · SERVICE · INTEGRITY

ML/OC# 22-12844

POLICE AGENCY/AGENCY #: HPD 1878/5411-22

EVIDENCE COLLECTION DATE: 10-13-22

DECEDENT: Alan Kerber

TIME: 1230P    BY: JL/KM

CLOTHING EVIDENCE:

| | | |
|---|---|---|
| ___ SHORTS | ___ SHIRT | ___ SWEATER | ___ UNDERWEAR |
| ___ PANTS | ___ BELT | ___ BLOUSE | ___ SWEATSHIRT |
| ___ SKIRT | ___ BRA | ___ JACKET | ___ FOOTWEAR |
| ___ JEANS | ___ HAT | ___ SOCK | |

OTHER: _____

OUTSIDE EVIDENCE CONTAINER: ☐ CARDBOARD BOX   ☐ PLASTIC BAG   ☐ OTHER: _____

___ GUNSHOT RESIDUE STUBS   ___ DNA BLOODSTAIN CARD
___ BAGS FROM HANDS   ___ SCALP HAIR
___ SEXUAL ASSAULT KIT
___ FINGERNAIL SCRAPINGS AND CLIPPINGS KIT

| ITEM # | QTY | FULL DESCRIPTION OF EVIDENCE |
|---|---|---|
| | | Tube of toothpick in vial, autopsy |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### CHAIN-OF-CUSTODY

| FROM | TO | DATE | TIME |
|---|---|---|---|
| ME Inves. | Evidence Rm. | 10-13-22 | 5:44 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

White-Evidence Tech    Yellow-Receiving Officer    Pink-Submitting HCIFS Staff

Form #: MOF15-02    Rev.:0    Date: 04/15

ALAN CHRISTOPHER KERBER [DIC] COMPARATOR [02998562]

Ex. 9 0772-4314

AR 000025

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
**CONFIDENTIAL**
*INVESTIGATOR DEATH REPORT*

**ML22-4314** MEDICAL LEGAL **DECEDENT: ALAN CHRISTOPHER KERBER**          Page 1 of 3

## DECEDENT INFORMATION

**DECEDENT FIRST: ALAN**          **MIDDLE:** CHRISTOPHER          **LAST: KERBER**          **TITLE:**

**RACE: WHITE**          **SEX:** MALE          **DOB: October 04, 1988**          **AGE:** 34 YEARS
**DRIVERS LICENSE:**          **MARITAL STATUS:** SINGLE          **HOME PHONE:**
**RESIDENT ADDRESS:**          **CITY:** HOUSTON          **STATE:** TX   **ZIP:**
**IDENTIFICATION:** PRESUMPTIVE          **HEIGHT:** 69 in.          **WEIGHT:** 212.00 Lbs.
**REASON FOR INITIAL ID STATUS:** Photo on wristband comparison made; Jail staff ID'd

## DEATH INVESTIGATION

**INVESTIGATOR:** SARA WAINMAN, FORENSIC INVESTIGATOR          **DATE TIME M.E. NOTIFIED:** 10/12/2022
**INVESTIGATION TYPE: SCENE INVESTIGATION**          **COMPANION CASE:**
**REPORTEE:** OFC. WALKER
**REPORTING AGENCY:** HPD
**POLICE REPORT #** HPD: 1378154-22
**OFFICER(s):** OFC. WALKER          **LEAD TIME REQUESTED:** CALL POST EXAM
**MANNER APPEARS TO BE: UNDETERMINED**          **TRAUMA: NO TRAUMA**
**CASE SUMMARY:**   IN CUSTODY DEATH of a 34y/o WM who was found unresponsive slumped over the toilet in his single jail cell with blood on the floor and wall. Hx of depression, suicidal ideations, and EtOH abuse.

**DATE & TIME OF DEATH: 10/12/22  5:37 am**          **TYPE OF SCENE:** HARRIS COUNTY JAIL
**PLACE OF DEATH:** 701 N SAN JACINTO ST HOUSTON HARRIS  TX
**LOCATION AND POSITION OF BODY:** SUPINE
**PLACE OF INJURY:**
**PLACE OF INJURY - TYPE OF SCENE:**
**TYPE OF VEHICLE INVOLVED:**
**# VEHICLE(s) INVOLVED:** 0
**DECEDENT'S POSITION IN VEHICLE:**
**FOUND DEATH BY:**
**LAST KNOWN ALIVE DATE & TIME:**          **LAST SEEN ALIVE BY:**
**NOTES REGARDING WHILE AT WORK DEATH:**

*[handwritten stamp:]* NAME: Ofc. Walker  PHONE: 832·314·4302  LEAD TIME: post exam  **OFFICER TO BE PRESENT**  RELATIONSHIP TO DECEDENT:

## HOSPITAL INFORMATION

**Name of Terminal Hospital:**          **Date/Time of Death:** 10/12/2022  5:37:00AM

**Medical Rcord #:**          **First Blood or Cord/Placenta:** N/A

**Transported From:**          **Method :**

**CPR In Progress:**          **Admitting DX:**

**Pronounced Dead By:** HFD          **Date/Time of Death of Initial Hospitalization:**

**Name of Initial Hospital:**

## MEDICAL AND SOCIAL HISTORY

**TOBACCO: YES**          **ALCOHOL: YES**          **DRUGS:** No

**NOTE REGARDING MEDICAL HISTORY:** Depression

*[handwritten notes across bottom, partially illegible]* Explained to not take to save. CALLED ... Spoke w/ Deputy ... who says ... there is video of ... Dt. in his cell ... & he will ... reviewit. (AEI)

CONFIDENTIAL

| NEXT OF KIN (NOK) | | |
|---|---|---|
| NAME OF NOK - FIRST: DAVID/ JANTRA | MIDDLE: | LAST: MASTRANGELO/ PALMER |
| RELATIONSHIP TO DECEDENT: FATHER/MOTHER | | NOK HOME PHONE: 909-953-4142 |
| NOK ADDRESS: | CITY: HOUSTON | STATE: TX   ZIP: |
| HOW NOTIFIED: | NOTIFIED BY: HCSO CHAPLAIN | |

| MEDICATION | | | | | |
|---|---|---|---|---|---|
| Drug | Date Filled | No Left | Qty | Dosage | Physician |
| | | | | | |

## INVESTIGATIVE INFORMATION

### Case Synopsis

IN CUSTODY DEATH of a 34y/o WM who was found unresponsive slumped over the toilet in his single jail cell with blood on the floor and wall. Hx of depression, suicidal ideations, and EtOH abuse.

### Decedent Physical Exam

The decedent was originally found slumped over the toilet in his jail cell. Upon HCIFS arrival the decedent was observed supine on a hospital bed in the jail medical clinic. His lower extremities were extended. His upper extremities were abducted and extended. His head was facing upward. His eyes were congested and oral frenulum was intact. There was medical intervention noted of the mouth. Lividity was easy to blanch and rigor was easy to break. Axillary temp was 87.8'F. The decedent was clad in an orange jail uniform, underwear, socks, and shoes. No trauma was observed on scene. No property was collected.

### Scene Observation

FI S. Wainman arrived on scene at 9:05 AM. The scene was the Harris County jail facility located at 701 N. San Jacinto. The decedent was located in the jail clinic, which was in the basement of the building. He was on a hospital bed. The decedent's cell was located on the 6th floor of the jail (6E1B). The cell was single occupancy. The door was a sliding metal door with an observation window. Upon entering the cell, a combined toilet/sink was against the wall to the left. What appeared to be blood was located on the floor directly in front of the sink. Additional areas of apparent blood were located on the floor and on the wall directly across from the sink. Toiletries were located on top of the sink. A comb was on the floor. On a stone desk near the bed were two Styrofoam cups, one of which contained a toothbrush. A mattress was on top of a stone slab. Two Styrofoam boxes of food were located on the mattress, along with court paperwork. A blanket was on the floor. According to Ofc. Walker with HPD, there was a camera located within the cell. Ambient temperature on 10/12/2022 at 9:30 AM was 74.2F with 57% humidity. The scene was exited at 9:50 AM.

### Narrative

According to Ofc. Walker with HPD, the decedent had been at the Harris County Jail since 10/09/22 for arson and burglary of a habitation. The decedent was in a quarantine cell alone and was LKA ~0324 when the guards were doing rounds. Around 0500 the guards found the decedent unresponsive in his jail cell, slumped over the toilet. The decedent was taken to the medical clinic and HFD was dispatched at 0520. HFD arrived on scene and confirmed death at 0537. Ofc. Walker reported that there was a camera in the decedent's jail cell that captured the decedent walking around his jail cell, appearing to be talking, then getting on the ground near the toilet before going unresponsive. Ofc. Walker requests a call post exam to discuss findings.

Per the decedent's mother the decedent had no PMH but hx of depression. The decedent was an alcoholic and tobacco smoker, but no illicit drug use. The decedent spoke to his parents about harming himself ~2 weeks ago, but had no suicidal attempts.
Prior to 10/09/22 the decedent was on parole and his neighbor reportedly accused him of theft. The decedent self-reported to his parole officer that he committed a violation and was sent back to jail. The decedent reportedly was 'scared and anxious' since self-reporting the violation

ML22-1315 AUTOPSY REPORT
ML22-1315 INVESTIGATOR REPORT
ML22-1315 MED RECS (1)
ML22-1315 MED RECS (2)
ML22-1315 HCIFS MISC

CONFIDENTIAL



**HARRIS COUNTY**
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

### Case No. ML22–1315

### March 31, 2022

### ON THE BODY OF

### Evan Lee

**CAUSE OF DEATH:** Blunt head trauma with subdural hemorrhage

**MANNER OF DEATH:** Homicide

**DATE OF DEATH:** March 22, 2022

_____    2/10/23
Roger P. Milton Jr., M.D.                          MMDDYY
Assistant Medical Examiner

Reviewed by:

_____    2/14/23
Hannah C. Jarvis, MBBS                            MMDDYY
Assistant Deputy Chief Medical Examiner

EVAN ERMAYNE LEE [DIC]    **Ex. 9 072**
PLAINTIFF [SPN 02388442]    000002

CONFIDENTIAL

Evan Lee
ML22-1315
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Evan Lee

HISTORY:   This 31-year-old Black male was transported from the Baker Street Jail to Ben Taub General Hospital, Houston, Texas, arriving at 3:19 a.m. on March 18, 2022 with altered mental status.   He was subsequently pronounced dead at 5:40 p.m. on March 22, 2022.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Roger P. Milton Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 12:00 p.m. on March 31, 2022.

CLOTHING:   The body is received in a plastic body transport bag and is otherwise unclad.   The decedent's head is lying on a foam rubber pad.   Identifying morgue bands are on the left ankle and wrist.   An electronic morgue monitoring device is on the left ankle.

EVIDENCE OF MEDICAL INTERVENTION:   An endotracheal tube is in the mouth.   A nasogastric tube is in the right naris.   Intravascular catheters are in the anterosuperior right side of the chest, the right antecubital fossa, the anterolateral aspect of the right arm, the left antecubital fossa, and the bilateral inguinal regions.   A penile urethral catheter is in place, attached to a urine collection device containing 30 milliliters of clear yellow urine.   The left arm has a blood pressure cuff in place.   The eyelids are taped shut.   Multiple electrocardiogram electrodes are on the right and left sides of the back. A bandage is on the sacral region.   The lateral left elbow region is bandaged.   A vertically oriented sutured incision on the anterior torso is consistent with organ recovery.   A rectal tube is in place containing 500 milliliters of watery brown fecal material.   An identifying hospital band is on the right wrist.   LifeGift blood and urine samples and a hospital blood sample in a white top tube accompany the body.

EXTERNAL APPEARANCE:   The body is that of a well-developed, well-nourished, Black male.   The decedent measures 66-1/2 inches in length and weighs 157 pounds, appearing compatible with the stated age of 31 years.   Rigor mortis is immobile in the extremities.   Livor mortis is fixing on the posterior surfaces of the body, except in areas exposed to pressure.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000003

Evan Lee
ML22-1315
-3-

The head is symmetrical and covered with curly black hair measuring up to 1-1/2 inches in length on the top of the head with cornrows measuring up to 4 inches in length.   The irides are brown. Sparse, faint petechial hemorrhages are in the right and left palpebral conjunctivae.   There is mild scleral icterus.   The nose is symmetrical, without acute trauma.   The nasal skeleton and septum are palpably intact.   The ears are symmetrical, without acute trauma.   Punctate piercings are in the earlobes.   The lips and oral mucosal surfaces are atraumatic.   The frenula are intact.   There are no petechial hemorrhages of the oral mucosa.   The teeth are natural and in fair condition.   Facial hair consists of a beard and mustache.

The neck is symmetrical, without acute trauma.    A tattoo is on the left mastoid region.

The chest and abdomen are symmetrical, without palpable masses or apparent surgical scars.   The anterolateral left side of the chest has sparse curvilinear and horizontally oriented linear scars measuring 1/2 by 1/8 inch to 1-1/2 by 1/8 inch.   Sparse scars on the right side of the abdomen measure 1-1/2 by 1/8 inch and 1-1/4 by 1/16 inch.

The genitalia are those of a normally developed adult male with patchy drying of the skin of the scrotum and penis.

The lower extremities are symmetrical, without palpable edema.   There is mild to moderate well-healed scarring of the right and left lower extremities.   Tattoos are on the right and left legs.   The anterior distal left leg has a 1-1/2 by 3/8 inch cluster of 1/16 to 1/8 inch scabs.   The anterior left ankle has vertically oriented scabs measuring 1/8 by 1/16 inch and 1/4 by 1/16 inch.   The dorsal aspect of the left foot has sparse punctate scabs with green-purple ecchymosis.   The lateral left ankle has a 3/16 inch scab.   The lateral left heel region has a 5/8 by 3/8 inch red-purple ecchymosis, consistent with early pressure sore formation.   The lateral left heel region has a 1/4 by 1/16 inch scab.   The right ankle has sparse 1/4 by 1/32 inch to 3/8 by 1/16 inch scabs.

The upper extremities are symmetrical.   The anterior right forearm has a 2 by 1/2 inch cluster of confluent red ecchymosis with associated punctate scabs.   The distal dorsal right arm has a 5/8 by 3/16 inch scab.   The dorsal proximal right forearm has a 1-1/2 by 1/16 inch cluster of scabs.   The dorsal right wrist has sparse 1/8 to 3/16 inch scabs and a curvilinear 3/4 by up the 3/16 inch scab.   The cuticle adjacent to the right third fingernail has a 1/8 inch red-purple ecchymosis.   The anterior left forearm has a 6 by

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000004

Evan Lee
ML22-1315
-4-

1-1/4 inch cluster of confluent skin slippage and reddish-gray discoloration, consistent with ischemic changes.   The anterolateral left wrist has a 1-3/4 inch cluster of red-purple ecchymosis with punctate scabs.   The lateral left elbow region has a 5/8 by 3/16 inch cluster of scabs.   The proximal dorsomedial left forearm has a 2 by 1 inch purple contusion with two 1/16 by 1/8 inch scabs.   Linear scabs of the dorsomedial left arm measure 3/4 by 1/16 inch and 1-1/4 by 1/16 inch.   The left thumb and the distal aspect of the left second finger have dark reddish-purple discoloration, consistent with ischemic changes.   The dorsal aspect of the left third finger has a 1/16 inch scab.   The appropriate numbers of digits are on the hands.   The fingernails are atraumatic.

The back is symmetrical.   The sacral region has two 1-3/8 inch vertically oriented linear scabs.   The lateral right side of the back has a 6 by 2 inch cluster of punctate to 1-1/2 by 1/32 inch scabs.

INTERNAL EXAMINATION:   The soft tissue overlying the anterior aspects of the chest and abdomen is free of focal hemorrhages.   The abdominal fat layer at the level of the umbilicus measures 1 inch in maximum thickness.   The abdominal and thoracic cavities contain moderately abundant blood-tinged watery fluid, consistent with organ recovery. The peritoneal, serosal, and pleural surfaces are free of exudation.   Reflection of the skin and subcutaneous tissue of the back and the upper and lower extremities reveals no apparent focal soft tissue hemorrhages.

HEART:   The heart weighs 330 grams and has mild epicardial adipose tissue.   The epicardium is smooth, glistening, and intact.   The coronary arteries arise from the usual sites and are normally located over the surface of the heart.   The left anterior descending coronary artery has 99 percent eccentric luminal narrowing.   The right coronary artery has 95 percent eccentric luminal narrowing.   The circumflex coronary artery has 50 percent eccentric luminal narrowing.   There is mild calcification of the coronary vessels.   The myocardium is red-brown and firm, without focal lesions or fibrosis.   The free wall of the left ventricle and the interventricular septum measure 1.5 centimeters.   The free wall of the right ventricle measures 0.3 centimeter.   The cardiac chambers have the usual sizes and positional relationships.   The cardiac valve cusps and leaflets are normal in number and configuration.   The tricuspid valve measures 11 centimeters.    The pulmonic and aortic valves measure 6.5 centimeters and 6 centimeters, respectively.   The mitral valve measures 8.5 centimeters.   The cardiac

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000005

Evan Lee
ML22-1315
-5-

chambers have the usual sizes and positional relationships. The aorta has sparse intimal thickening along its length.

LUNGS: The right and left lungs each weigh 200 grams. The pleural surfaces have mild anthracotic pigment deposition. The lungs appear collapsed. The bronchi contain minimal blood-tinged fluid. The pink-tan bronchial mucosa is unremarkable. The pulmonary parenchyma has no apparent congestion or edema. The lower lobe of the right lung has a 5 by 4 by 3 centimeter region of patchy congestion. The pulmonary vasculature is free of thrombi or emboli.

LIVER: The liver is remotely absent due to organ recovery.

SPLEEN: The spleen weighs 120 grams. A segment of spleen is absent, consistent with organ recovery. The remaining splenic capsule is smooth and glistening. The remaining splenic parenchyma is red-brown, without focal lesions.

ADRENALS: The adrenal glands are remotely absent due to organ recovery. A small segment of unremarkable adrenal gland is in the left-sided adipose tissue of the abdomen. The segment is unremarkable, without cortical lesions or nodules. The red-brown medulla is unremarkable.

PANCREAS: A segment of pancreas remains in the abdominal cavity due to organ recovery. The segment is unremarkable, with a pale tan parenchyma, without apparent fibrosis or additional lesions.

GENITOURINARY TRACT: The kidneys are remotely absent due to organ recovery. The urinary bladder contains no urine. The pink-tan bladder mucosa is unremarkable. The prostate gland and testes are unremarkable.

GASTROINTESTINAL TRACT: The esophagus has a pink-tan to gray, smooth mucosa. The stomach contains 150 milliliters of green mucoid fluid. The tan gastric mucosa has preserved rugal folds. The pylorus is stapled, and a segment of small intestine is absent, due to organ recovery. The small and large intestines are otherwise unremarkable, without serosal exudation. The small and large intestines contain greenish to yellow-tan, mildly mucoid fluid, without foreign material. The small and

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000006

CONFIDENTIAL

Evan Lee
ML22-1315
-6-

large intestinal mucosal surfaces are unremarkable.   The appendix is at its usual location at the tip of the cecum and is unremarkable.

BONES:  The central sternum is separated, consistent with organ recovery.   The axial and appendicular skeletons are otherwise intact.

NECK:  The strap musculature of the anterior aspect of the neck is reflected in a layered fashion and is free of focal hemorrhages.   The hyoid bone, thyroid and cricoid cartilages are intact and unremarkable.   The tongue is free of intramuscular hemorrhages.   The laryngeal mucosa is pink-tan, without petechial hemorrhages or edema.   The upper airway is widely patent.   The thyroid gland has a firm, red-brown, homogeneous parenchyma, without focal lesions.   The cervical spine is intact, without subluxations or fractures.   The paraspinal musculature is unremarkable.

HEAD:  There are no scalp or subgaleal hemorrhages.   The calvarium is free of fractures.   The brain weighs 1600 grams.   There is marked gyral flattening and narrowing of the sulci, with uncal notching and cerebellar tonsillar coning.   The vessels at the base of the brain are intact and widely patent.   The left cerebral hemisphere has patchy surrounding liquid and clotted subdural hemorrhage measuring approximately 75 milliliters.   There is minimal patchy subdural hemorrhage surrounding the right cerebral convexity, measuring approximately 5 milliliters.   The brain is submitted for neuropathological evaluation; see attached Report of Neuropathology Consultation. The basilar skull is free of fractures.   The atlanto-occipital articulation is stable.

TOXICOLOGY:   LifeGift blood and urine samples, a hospital blood sample, vitreous humor, urine, and stomach contents are submitted.

HISTOLOGY:  Portions of tissues are retained in formalin and submitted in histology cassettes as follows:  A and B – Heart; C – Right lung; D – Left lung.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
000007

CONFIDENTIAL

Evan Lee
ML22-1315
-7-

## PATHOLOGICAL FINDINGS

I. Blunt head trauma with subdural hemorrhage (see attached Report of Neuropathology Consultation)
   A. Seventy-five milliliters of liquid and clotted blood surrounding the left cerebral hemisphere (base and convexity)
   B. Minimal right cerebral convexity subdural hemorrhage, approximately 5 milliliters
   C. Cerebral edema with bilateral uncal and tonsillar herniation
      1. Left occipital cortical infarct associated with left uncal herniation
      2. Duret's hemorrhages (midbrain and pons)
   D. Delayed death (approximately 4.5 days) with organ recovery
      1. Focal pulmonary infarct (right lower lobe)
II. Right occipital artery/transverse sinus fistula (no evidence of significant hemorrhage)
III. Atherosclerotic and hypertensive cardiovascular disease
   A. 99 percent luminal narrowing of the left anterior descending coronary artery
   B. 95 percent luminal narrowing of the right coronary artery
   C. 50 percent luminal narrowing of the circumflex coronary artery
   D. Clinical history of hypertension
   E. Hypertensive cerebral arteriopathy, mild (see attached Report of Neuropathology Consultation)
IV. Diabetes mellitus, clinical history
V. History of schizophrenia and bipolar disorder

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000008

CONFIDENTIAL

Evan Lee
ML22-1315
-8-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Roger P. Milton Jr., M.D.                                    ML22-1315
Assistant Medical Examiner

<u>MICROSCOPIC EXAMINATION</u>

HEART – Myocyte hypertrophy; patchy myocyte hypereosinophilia; mild to moderate perivascular fibrosis; mild, patchy interstitial fibrosis; severe coronary atherosclerosis

LUNGS – Patchy congestion; patchy to confluent atelectasis with patchy abundant intra-alveolar macrophages and sparse, patchy intra-alveolar fibrin; focal pulmonary infarct (right lower lobe)

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000009

CONFIDENTIAL

## Harris County Institute of Forensic Sciences

| Case Number: 22 - 1315 | | Page: 1 of 1 |
|---|---|---|
| Decedent's Name: Evan Lee | Length: 6ft.5 | Weight: 157 |
| Examiner: RAHill | Date: 3/31/22 | Time: 12:00p |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 080
000010

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

**May 23, 2022**

**LABORATORY NUMBER:** ML22-1315

**SERVICE REQUEST:** 0001



---

**Deceased: EVAN  LEE**

---

**Submitted By:**

Roger Milton, Jr., M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

**Submission Date:** March 31, 2022

---

## *RESULTS:*

| 001-A - Blood (hospital) |
|---|

| **Analyte** | **Result** | **Analytical Method** | **Analyst** |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | A. Greenwood |
| Acetone | None Detected | Headspace GC/FID | A. Greenwood |
| Isopropanol | None Detected | Headspace GC/FID | A. Greenwood |
| Methanol | None Detected | Headspace GC/FID | A. Greenwood |
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Alfentanil | None Detected | LC/MS/MS | F. Chavez |
| Butyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Carfentanil | None Detected | LC/MS/MS | F. Chavez |
| Cyclopropyl/Crotonyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluorofentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluoroisobutyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Furanyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Methoxyacetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Norcarfentanil | None Detected | LC/MS/MS | F. Chavez |
| Norfentanyl | None Detected | LC/MS/MS | F. Chavez |

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

*HCIFSToxAll PCReq v:2022-03-08*

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 081

000011

CONFIDENTIAL

**LABORATORY NUMBER: ML22-1315**                    **DATE: May 23, 2022**

**SERVICE REQUEST: 0001**

**001-A - Blood (hospital)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Sufentanil | None Detected | LC/MS/MS | F. Chavez |
| U-47700 | None Detected | LC/MS/MS | F. Chavez |
| U-48800 | None Detected | LC/MS/MS | F. Chavez |
| U-49900 | None Detected | LC/MS/MS | F. Chavez |
| Valeryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |

**001-K-01 - Sonicated Clot**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | A. Greenwood |
| Acetone | None Detected | Headspace GC/FID | A. Greenwood |
| Isopropanol | None Detected | Headspace GC/FID | A. Greenwood |
| Methanol | None Detected | Headspace GC/FID | A. Greenwood |
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Alfentanil | None Detected | LC/MS/MS | F. Chavez |
| Butyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Carfentanil | None Detected | LC/MS/MS | F. Chavez |
| Cyclopropyl/Crotonyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluorofentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluoroisobutyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Furanyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Methoxyacetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Norcarfentanil | None Detected | LC/MS/MS | F. Chavez |
| Norfentanyl | None Detected | LC/MS/MS | F. Chavez |
| Sufentanil | None Detected | LC/MS/MS | F. Chavez |
| U-47700 | None Detected | LC/MS/MS | F. Chavez |
| U-48800 | None Detected | LC/MS/MS | F. Chavez |
| U-49900 | None Detected | LC/MS/MS | F. Chavez |
| Valeryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

Medical Examiner's Initials and Date _____

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

HCIFSToxAll PCReq v2022-03-08

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 082

000012

CONFIDENTIAL

**LABORATORY NUMBER: ML22-1315**                    **DATE: May 23, 2022**
**SERVICE REQUEST: 0001**

INSTITUTE OF FORENSIC SCIENCES

MAY **2 3** REC'D

RECEIVED
RECORDS CUSTODIAN _____

Linda Alvarado, B.S., C(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2 / Specialist
May 23, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
May 23, 2022

Medical Examiner's Initials and Date _____

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

EVAN ERMAYNE LEE [DIC]                    **Ex. 9 083**
PLAINTIFF [SPN 02388442]                                        000013

CONFIDENTIAL

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 OLD SPANISH TRAIL

HOUSTON, TEXAS 77054

Kent Heck, M.D.                                                        ML22-1315

Forensic Neuropathologist

### REPORT OF NEUROPATHOLOGY CONSULTATION

------------------------------------------------------------------------

CASE NUMBER:            ML22-1315

NAME:                   Evan Lee

PATHOLOGIST:            Roger P. Milton Jr., M.D.

ANALYSIS COMPLETED:     4/20/22

------------------------------------------------------------------------

GROSS EXAMINATION:  After fixation in 20 percent formalin, the brain weighs 1565.9 grams with dura attached.  The inner surface of the left dural leaf was covered by hematoma that measures 14.7 by 0.1 centimeter.  There is right dusky discoloration of the right dural leaf.  The superior sagittal sinus is thrombosed throughout its extent and into draining sinuses.  The underlying leptomeninges are gray, mildly fibrotic and discolored, consistent with leptomeningeal fibrosis.  This results in a semi translucent appearance and cloudiness, but no exudates or hemorrhages are seen within the subarachnoid space.  There is underlying diffuse cerebral edema characterized by severe flattening of cerebral gyri and obliteration secondary to compression of sulci.  There is bilateral uncal herniation and tonsillar herniation.  The brain is dusky brown throughout.  The occipital poles have hemorrhages along bilateral tips.  No definite contusions are seen elsewhere.   A region of vascular ectasia is seen within the tentorial dura that measures approximately 0.4 centimeters in diameter and has thromboses present.  It lies along the inferior occipital surface on the right.   The cranial nerves are intact.  The circle of Willis is intact without aneurysms, thromboses, or malformations present.  The brainstem and cerebellum are diffusely swollen, but appropriately sized in relation to cerebral hemispheres.   The spinal cord is not examined.

Multiple coronal sections reveal a diffusely swollen and mildly thickened cerebral cortex, which has a blurry margin between the underlying centrum ovale and subcortical white matter.  The corpus callosum is disrupted centrally.  The centrum ovale is severely swollen and compresses slit-like ventricles which are otherwise unobstructed.  The deep gray nuclei including basal ganglia, thalami, and hippocampi are symmetric, diffusely swollen and are under fixated as compared to the surrounding brain.  There is some central friability of the deep gray nuclei but they are otherwise intact.   No

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000014

Evan Lee
Report of Neuropathology Consultation
ML22-1315
-2-

intraparenchymal hemorrhages are noted.  The septum is midline and appropriately formed.  Axial sections of brainstem confirm anteroposterior elongation of the mid brain with a slit–like anteroposterior deformation of the cerebral aqueduct.  It is patent and leads into the fourth ventricle, which is normally sized and lined by smooth glistening ependyma.  The brainstem is otherwise ruddy and discolored brown–gray.  Duret's hemorrhages are noted within the midbrain and upper pons and are linearly and transversely oriented.  The cranial nerve nuclei are intact.  The substantia nigra and locus coerulei are normally pigmented.  The cerebral peduncles and pyramidal system are of normal calibers and symmetric throughout.  There is normal placement of cranial nerve nuclei.  Sagittal and parasagittal sections of the cerebellum confirm a dusky discoloration of the cerebellar cortex.  It is well demarcated from underlying cerebellar white matter which is gray–white and discolored.  No focal infarcts or hemorrhages are noted.  The dentate nuclei are normally formed.

H&E stained sections:
    X1.  Right tentorial dural fistula and superior sagittal sinus
    X2.  Left dural leaf
    X3.  Left frontal cortex
    X4.  Left cingulate gyrus
    X5.  Left temporal lobe
    X6.  Right hippocampus
    X7.  Right basal ganglia
    X8.  Left cerebellar hemisphere
    X9.  Pons
    X10. Left visual cortex

MICROSCOPIC DESCRIPTION:  The dural fistula has peripheral granulation tissue that is richly neovascularized, and more central fibrin is present that is severely stenosing.  The left dural is lined with blood clot and minimal fibrin along its inner surface.  No organizational changes are noted.  Each section of gray matter confirms near complete neuronal necrosis with some parenchymal fibrinoid necrosis and neutrophil margination.  A few intravascular fibrin thrombi are concomitant.  Small amounts of neutrophilic inflammation reside in the overlying subarachnoid space suprajacent to the regions of acute infarction of cortex.  There is complete neuronal necrosis of the stratum pyramidale of the hippocampus, with extension of necrosis into the subiculum and

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000015

Evan Lee
Report of Neuropathology Consultation
ML22-1315
-3-

entorhinal cortex. Vacuolation of the subcortical white matter is an accompaniment. Purkinje neuronal necrosis is widespread as well. Acute extravasation of blood into Virchow-Robin spaces, as well as the pontine parenchyma is mostly in the posterior basis pontis and tegmentum. The visual cortex contains acute neuronal necrosis. The underlying subcortical and periventricular white matter are severely edematous, rarefied and fragmented. There is mild hyaline thickening of the arteries and arterioles of the leptomeninges and intraparenchymal basal ganglia vessels.

DIAGNOSES:
1. Acute left dural hematoma
2. Extensive global hypoxic/ischemic brain injury
3. Severe diffuse cerebral edema with bilateral uncal and tonsillar herniation
4. Superior sagittal sinus and right dural fistula organizing fibrin thrombosis
5. Severe acute left visual cortical infarction, secondary to posterior cerebral artery compression during left uncal herniation
6. Mild cerebral arterial and arteriolar hyaline thickening, consistent with hypertensive cerebral arteriopathy

COMMENT: The left acute subdural hematoma is anatomically unrelated to the right dural fistula. The left subdural hematoma is acute without organizational changes. Therefore, it is unlikely to have arisen a week or more prior to death.

---------------------------------------      5/4/22

Kent Heck, M.D.                                   MMDDYY
Forensic Neuropathologist

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 086

000016

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

CONFIDENTIAL

## ✠ *INVESTIGATOR DEATH REPORT*

**ML22-1315**  MEDICAL LEGAL  **DECEDENT: EVAN  LEE**                Page 1 of 4

| DECEDENT INFORMATION |
| --- |

**DECEDENT FIRST: EVAN**          **MIDDLE:**        **LAST: LEE**              **TITLE:**

**RACE: BLACK**            **SEX:** MALE      **DOB: November 09, 1990**   **AGE:** 31 YEARS
**DRIVERS LICENSE:**            **MARITAL STATUS:** UNKNOWN   **HOME PHONE:**
**RESIDENT ADDRESS:**                **CITY:** HOUSTON       **STATE:** TX  **ZIP:**
**IDENTIFICATION: PRESUMPTIVE**        **HEIGHT:**  0.0 **in.**  **WEIGHT:**    0.00 **Lbs.**
**REASON FOR INITIAL ID STATUS:** Decedent name/DOB provided to hospital staff by HCSO

| DEATH INVESTIGATION |
| --- |

**INVESTIGATOR:** JULIANE YOUNG, FORENSIC INVESTIGATOR    **DATE TIME M.E. NOTIFIED:** 3/22/2022
**INVESTIGATION TYPE: PHONE INTERVIEW**        **COMPANION CASE:**
**REPORTEE:** GILBERTO VEGA, RN
**REPORTING AGENCY:** BEN TAUB GENERAL HOSPITAL
**POLICE REPORT #** DPS: CASE # NOT YET ASSIGNED      **LEAD TIME REQUESTED:** POST-EXAM CALL
**MANNER APPEARS TO BE: UNDETERMINED**        **TRAUMA: OTHER**
**CASE SUMMARY:**  In custody: Brain death of 31y/o BM who was involved in a physical altercation (3/9/22) while in jail. Transported
3/18/22 for AMS and was dx with an acute left SDH and right dural AV fistula. Declared brain dead ~4.5 days after
hospital arrival. LifeGift involved.

**DATE & TIME OF DEATH:** 3/22/22  5:40 pm          **TYPE OF SCENE:** HOSPITAL - NEUROSURGICAL ICU
**PLACE OF DEATH:** BEN TAUB GENERAL HOSPITAL HOUSTON HARRIS  TX
**LOCATION AND POSITION OF BODY:**
**PLACE OF INJURY:** 1200 BAKER ST HOUSTON HARRIS TX      ┌─────────────────────────────────┐
**PLACE OF INJURY - TYPE OF SCENE:** HARRIS COUNTY JAIL    **NAME:** DPS: Ranger Ellison
**TYPE OF VEHICLE INVOLVED:**  N/A              **PHONE:** 936.520.6527
**DECEDENT'S POSITION IN VEHICLE:** N/A           **LEAD TIME:** Post-exam call
**FOUND DEATH BY:**                      └─────────────────────────────────┘
**LAST KNOWN ALIVE DATE & TIME:**            **RELATIONSHIP TO DECEDENT:** ~~OFFICER PRESENT~~ **PRESENT** *jy*
**NOTES  REGARDING WHILE AT WORK DEATH:** N/A      **LAST SEEN ALIVE BY:**

| HOSPITAL INFORMATION |
| --- |

**Name of Terminal Hospital:** BEN TAUB GENERAL HOSPITAL                **Date/Time of Death:**
                                    3/22/2022  5:40:00PM
**Medical Rcord #:** MR# 040457976    **First Blood or Cord/Placenta:** ANTEMORTEM SPECIMENS REQUESTED

**Transported From:** OUTSIDE HOSPITAL    **Method :** MEDIC / SQUAD

**CPR In Progress:** NO        **Admitting DX:** ACUTE LEFT SDH, RIGHT DURAL AV FISTULA

**Pronounced Dead By:** DR. HIMANSHU SHARMA        **Date/Time of Death of Initial Hospitalization:**
**Name of Initial Hospital:** St. Joseph Medical Center        3/18/22  3:19

| MEDICAL AND SOCIAL HISTORY |
| --- |

**TOBACCO: UNKNOWN**        **ALCOHOL:** UNKNOWN      **DRUGS:** Unknown
**COVID-19 VACCINE STATUS:**            **VACCINE TYPE:**
**LAST VACCINE DATE:**
**NOTE REGARDING MEDICAL HISTORY:** HTN, DM w/ DKA, hypothyroidism, schizophrenia, bipolar disorder

ML22-1313 MEDICAL LEGAL DECEDENT: EVAN LEE

CONFIDENTIAL

| NEXT OF KIN (NOK) | | |
|---|---|---|

**NAME OF NOK - FIRST:**          **MIDDLE:**      **LAST:**

**RELATIONSHIP TO DECEDENT:**

**NOK ADDRESS:**          **NOK HOME PHONE:**

         **CITY:** HOUSTON    **STATE:** TX   **ZIP:**

**HOW NOTIFIED:**          **NOTIFIED BY:**

| MEDICATION | | | | | |
|---|---|---|---|---|---|
| Drug | Date Filled | No Left | Qty | Dosage | Physician |
| | | | | | |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

HCIFS Investigators Report

Ex. 9.088

Date Printed: 3/23/2022
IR 8 with 8000 content v12212020

Case 4:23-cv-02886   Document 270-9   Filed 12/23/25 in TXSD    Page 89 of 375
CONFIDENTIAL

| INVESTIGATIVE INFORMATION |
|---|

## Case Synopsis

In custody; Brain death of 31y/o BM who was involved in a physical altercation (3/9/22) while in jail. Transported 3/18/22 for AMS and was dx with an acute left SDH and right dural AV fistula. Declared brain dead ~4.5 days after hospital arrival. LifeGift involved.

## Decedent Physical Exam

HOSPITAL DEATH

## Scene Observation

HOSPITAL DEATH

The decedent was initially transported to St. Joseph Medical Center from 1200 Baker St, Houston, TX 77002 HFD dispatched 3/18/22 02:03

## Narrative

Per Gilberto Vega, RN of Ben Taub General Hospital (BTGH), DPS Ranger Ellison (936-520-6527), and medical records, the decedent was a 31y/o BM with PMH of HTN, DM w/ DKA, hypothyroidism, bipolar disorder, and schizophrenia. Social hx was unconfirmed; however, records indicate a positive UDS in 06/2020 for cannabinoids. The decedent was an inmate of Harris County jail located at 1200 Baker St. He was reported to have been involved in a physical altercation with another inmate on ~3/9/22. Following the altercation, the decedent was assessed at the jail clinic and had no reported injuries or deficits, and subsequently returned to his cell. On the early morning of 3/18/22, the decedent was found to be altered and disoriented, unable to answer questions. Upon assessment at the jail clinic, he was noted to have a GCS of 12 and visible orbital bruising, noted to appear old, with pinpoint pupils. HFD responded (dispatched 02:03) and transported the decedent to St. Joseph Medical Center, arriving at 03:19. Upon ER arrival, the decedent was noted to be AAOx2, and had no documented external trauma. A head CT revealed an acute left convexity SDH (max 13mm thick) with mild underlying mass effect, and a chest xray was negative. He was transferred to BTGH for neuro evaluation and a higher level of care, arriving at 09:38 on 3/18/22. Upon arrival to BTGH, the decedent had GCS of 11. A UDS and COVID-19 test in the ER resulted negative. A head CT again demonstrated the acute 8mm wide hyperdense left hemispheric SDH with subtle uncal herniation, relatively unchanged from prior imaging. Repeat head imaging was stable and also showed a 7mm right cerebral convexity low-density SDH. No c-spine trauma was noted. The decedent was admitted to Neuro ICU for monitoring. Due to no obvious trauma, vascular imaging was pursued for concerns of underlying vascular lesion.

*Continued in Supplement 1

## SUPPLEMENTAL INFORMATION

### Supplemental Report 1

Report taken by JULIANE YOUNG, FORENSIC INVESTIGATOR on
Information obtained from *Continued from Narrative
   *Continued from Narrative

On 3/19, the decedent underwent a diagnostic cerebral angiogram which revealed a small right dural AV fistula coming off of a branch of the right occipital artery, draining into the transverse sinus. No surgical intervention was indicated. On 3/20/22, the decedent became acutely unresponsive, tachycardic (140s), and hypertensive (190s). He entered afib w/ RVR, desaturated, and required emergent intubation for airway protection, and lost brainstem reflexes. A continuous EEG was initiated for concern of seizure activity, but revealed no seizures. Subsequent head imaging on 3/21/22 showed the left SDH to be grossly unchanged from prior, along with a slight interval increase in size of the right subdural collection to 9mm. A CTA of the neck revealed loss of gray-white matter differentiation, diffuse bilateral cerebral hemisphere hypointensity with relative hyperdensity of the thalami and sulci effacement, which, in combination with lack of opacification of the ICAs, indicated diffuse cerebral lack of perfusion and ischemia, consistent with brain death. The decedent underwent brain death assessment via Apnea test on 3/22/22. He was declared brain dead ~4.5days after hospital arrival, at 17:40 on 3/22/22, by Dr. Himanshu Sharma. The decedent remains on a ventilator at the time of report, pending LifeGift involvement.

DPS (Ranger Ellison) is investigating. At this time, no case number has been assigned; however, Ranger Ellison will contact HCIFS to provide case number when available. The circumstances of the altercation on ~3/9/22 are currently unknown. It is currently unclear how the decedent was initially found on 3/18/22 and if the decedent resided in a shared vs. private jail cell. The investigation is ongoing. Ranger Ellison (936-520-6527) requests a call post-exam.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]    HCIFS Investigators Report    Date Printed: 3/23/2022
IR 8 with Document v12212020

Ex. 9.090

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
### 1861 OLD SPANISH TRAIL
### HOUSTON, TEXAS 77054-2001
### *SUPPLEMENTAL REPORT*

## ML22-1315 - MEDICAL LEGAL

| DECEDENT FIRST | MIDDLE | LAST | TITLE |
|---|---|---|---|
| EVAN | | LEE | |

| INVESTIGATOR | | DATE AND TIME OF REPORT | |
|---|---|---|---|
| JULIANE YOUNG, FORENSIC INVESTIGATOR | | 3/23/2022 7:40:00 AM | |

| SUPPLEMENTAL INFORMATION OBTAINED | PHONE | AGENCY |
|---|---|---|
| Law Enforcement | | |

**SUPPLEMENTAL INFORMATION**

HCSO case #2203-08992 - Primary: Sgt R. Lomeli (832-444-8472)

DPS case # not yet assigned - Primary: Ranger S. Ellison (936-520-6527)

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
## 1861 OLD SPANISH TRAIL
## HOUSTON, TEXAS 77054-2001
### *SUPPLEMENTAL REPORT*

## ML22-1315 - MEDICAL LEGAL

| DECEDENT FIRST | MIDDLE | LAST | TITLE |
|---|---|---|---|
| EVAN | | LEE | |

| INVESTIGATOR | DATE AND TIME OF REPORT |
|---|---|
| KAYLA HANDY, DISPATCHER | 3/24/2022 6:56:00 PM |

| SUPPLEMENTAL INFORMATION OBTAINED | PHONE | AGENCY |
|---|---|---|
| Ranger Shane Ellsion | 936-520-6527 | Texas Rangers |

**SUPPLEMENTAL INFORMATION**

Per Ranger Ellison with the Texas Rangers, after an interview with other inmates, it was brought to his attention that the decedent in January 22 (while incarcerated), the decedent was witnessed to become unresponsive after taking 'K2' . He was seen at the clinic in the jail. Ranger Ellison is in the process of trying to obtain the records during that time. Ranger Ellison also stated that the decedent along with other inmates were taking or inhaling a roach spray.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 092

000022

CONFIDENTIAL

ML22-1315



| Houston Methodist Hospital | | | |
|---|---|---|---|
| HOUSTON **Methodist** LEADING MEDICINE | | ED Arrival Date/Time: | 3/27/2022 |
| | | Admit Date/Time: | |
| | | Hospital Acct: | 4012155762 |
| | | MRN: | 020109708 |
| | | Contact Serial #: | 2100121862621 |

### ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | Inpatient | Unit: | HMH WT11 |
| Adm Diagnosis: | LIFEGIFT DONOR | Bed: | Room/bed info not found |
| Adm Provider: | Doctor, Donor | Att Provider: | |

### PATIENT

| | | | | |
|---|---|---|---|---|
| Name: | Evan E Lee | | DOB: | 11/9/1990 (31 yrs) |
| Address: | ATWr | | Sex: | Male |
| City: | ARCOLA TX 77583 | | SSN: | xxx-xx-2171 |
| Marital Status: | Single | Race: Black | Religion: | Catholic |
| Preferred Language: | English | | Ethnicity: | Not Hispanic or Latino |
| PCP: | Oberoi, Asra, MD | | Pt Phone: | 903-805-3230 |
| Employer: | | | Status: | Disabled |

### EMERGENCY CONTACT

| Contact Name | Relationship to Patient | Mobile Phone | Home Phone | Work Phone |
|---|---|---|---|---|
| 1. Lee, Jacilet | Parent | 281-536-1373 | | |
| 2. Lee, Timothy | Parent | 832-496-8157 | | |

### GUARANTOR

| | | | | |
|---|---|---|---|---|
| Guarantor: | | | DOB: | 1/1/1900 |
| Address: | 2510 Westridge St: Attn: | | Sex: | Unknown |
| | Houston,TX 77054 | United States of America | | |
| Rel. to Patient: | Other | | Home Phone: | 713-523-4438 |
| Employer: | UNKNOWN | | Status: | UNKNOWN |

### COVERAGE

**PRIMARY INSURANCE**

| | | | | |
|---|---|---|---|---|
| Payor: | LIFEGIFT | | Plan: | LIFEGIFT |
| Address: | 2510 Westridge St | | Phone: | 713-523-4438 |
| City: | Houston | State: Texas | Zip: | 77054-1508 |
| Group Number: | | | Group Name: | |
| Subsc Name: | | | Financial Class: | Commercial |
| Subsc Address: | 2510 WESTRIDGE ATTn: | | | |
| City: | HOUSTON | State: Texas | Zip: | 77054 |
| Subscriber ID: | | | Subscriber DOB: | 01/01/1900 |
| Rel. To Subsc: | Organ Donor | | Auth #: | |

**SECONDARY INSURANCE**

| | | | | |
|---|---|---|---|---|
| Payor: | N/A | | Plan: | N/A |
| Address: | | | Phone: | |
| City: | | State: | Zip: | |
| Group Number: | N/A | | Group Name: | N/A |
| Subsc Name: | N/A | | Financial Class: | |
| Subsc Address: | | | | |
| City: | | State: | Zip: | |
| Subscriber ID: | N/A | | Subscriber DOB | |
| Rel. To Subsc: | N/A | | Auth #: | |

| Contact Serial # (2100121862621) | March 27, 2022 | Chart ID (No chart ID available) |
|---|---|---|
| | | No chart ID available |

EVAN ERMONE LEE [DIC]
PLAINTIFF (SPN 02388442)

Ex. 9 093

000023

CONFIDENTIAL

St. Joseph Medical Center
1401 St. Joseph Parkway
Houston, TX 77702

Emergency Department Document
Signed

Patient: Lee,Evan                          Medical Record#: SJ30060751
DOB: 11/09/1990                            Acct:JM0006523062
Age/Sex: 31 / M                            Admit/Reg Date: 03/18/22
Loc: SJMED  Room:                          Report Number: HIM0318-00151
Attending Dr: Lars Thestrup MD

Altered Mental Status HPI

General
Nursing note reviewed: Yes
Source: patient
Mode of arrival: ambulatory
Limitations: no limitations
Primary Care Provider: Pcp-None,Md

History of Present Illness
ED complaint: altered mental status
Onset (ago): unknown
Timing confirmed by: other (Jail personnel)
Severity: moderate
Consistency of symptoms: constant
Context: unknown
Associated symptoms: denies other symptoms

General
Chief Complaint: Abdominal Pain
Stated Complaint: AMS

History of Present Illness
HPI narrative:

31-year-old male brought in from jail with altered mental status.  No history of trauma.  Denies any
further.  Seen by initial physician found to be A O x2.  Labs and CT ordered.  Took over care at
about 06:00.  Advise CT positive by CT tech. (Thestrup,Lars)

Related Data
                                    Allergies

Allergy/AdvReac Type Severity Reaction Status Date / Time

No Known Drug Allergies Allergy   Verified 03/18/22 04:38

Review of Systems
All Other Systems (except as marked in HPI): Reviewed and Negative

Family/Social History

Social History
Smoking Status: Unknown if ever smoked
. How Often Do You Have a Drink Containing Alcohol: a. Never

Physical Exam
General Appearance: NAD, WD/WN, Cooperative, Ambulatory
Head: Atraumatic, Normocephalic
Eyes: EOMI, Sclera normal
Ears: Hearing grossly intact, External ear normal
Nose: Normal, No nasal discharge
Mouth/Throat: Mucosa moist, Teeth normal
Neck: Supple, FROM w/o pain
Chest: Atraumatic, No deformity
Respiratory: No respiratory distress, Lungs clear, No accessory muscle use
Cardiovascular: RRR, Normal, No murmurs, No S3, No gallops
Abdominal: Soft, Non-tender, Non-distended, No guarding, No Rebound tenderness

EVAN ERMAYNE [ ]
PLAINTIFF [SPN 02588442]
Ex. 9 094
000024

kin Warm, Dry, No Rashes
sych: Calm, No SI/HI, Normal affect
euro: Motor grossly normal, A O X 2
iage Vital Signs:

epsis Action Taken by Nursing    03/18/22 05:09

ain Description    03/18/22 05:09

ain Intensity  8   03/18/22 05:09

ain Scale Used  Numeric (1-10)   03/18/22 05:09

esults/Orders

Results and Orders
esult diagrams:

03/18/22 04:45

03/18/22 04:45

Results and Orders
ab Testing   Results

3/18/22 04:45: WBC 10.7 H, RBC 4.82, Hgb 13.3 L, Hct 41.1, MCV 85.30, MCH 27.6, MCHC 32.40, RDW
oeff of Var 11.9, Plt Count 275.0, MPV 11.0, Immature Gran % (Auto) 0.3, Neut % (Auto) 76.8 H,
ymph % (Auto) 14.4, Mono % (Auto) 8.0, Eos % (Auto) 0.4, Baso % (Auto) 0.1, Neut # (Auto) 8.2 H,
ymph # (Auto) 1.53, Mono # (Auto) 0.85, Eos # (Auto) 0.04, Baso # (Auto) 0.01, Immature Gran #
Auto) 0.03, Absolute Nucleated RBC 0, Nucleated RBC % (auto) 0
3/18/22 04:45: Sodium 139.0, Potassium 3.8, Chloride 101, Carbon Dioxide 30, Anion Gap 8, BUN 25 H,
reatinine 1.09 H, Estimated Creat Clear 98.19, Est GFR (African Amer) > 60, Est GFR (Non-Af Amer) >
0, BUN/Creatinine Ratio 23 H, Glucose 77, Calculated Osmolality 290.9, Calcium 9.3, Total Bilirubin
.1, AST 24, ALT 14, Alkaline Phosphatase 106, Total Protein 7.2, Albumin 4.2, Globulin 3.0,
lbumin/Globulin Ratio 1.4
3/18/22 04:45: Lactic Acid 1.5
3/18/22 04:45: Troponin I High Sens < 2.50
3/18/22 06:23: Troponin I High Sens < 2.50
3/18/22 07:45: Troponin I High Sens 2.86
3/18/22 07:45: PT 11.2, INR 1.1

edications Ordered:

iscontinued Medications

odium Chloride ()  1,000 mls @ 999 mls/hr IV .Q1H1M ONE
 Stop: 03/18/22 07:23
 Last Admin: 03/18/22 06:39 Dose:  Not Given
 Documented by: CEL07
odium Chloride ()  1,000 mls @ 999 mls/hr IV .Q1H1M ONE
 Stop: 03/18/22 05:44
 Last Admin: 03/18/22 06:39 Dose:  Not Given
 Documented by: CEL07
abetalol HCl (Labetalol 100 Mg/20 Ml Inj)  20 mg IV ONCE ONE
 Stop: 03/18/22 08:01
 Last Admin: 03/18/22 08:03  Dose: 20 mg
 Documented by: DSD03
abetalol HCl (Labetalol 20 Mg/4 Ml Syr)  20 mg IV ONCE ONE
 Stop: 03/18/22 08:28

KG Orders:
KG Orders

3/18/22 04:41
KG Electrocardiogram Stat

adiology Orders:
adiology Orders

3/18/22 04:39
T head/brain w/o contrast

EVAN ERMAYNE LEE [DIC]
MOADNSTAFF [SPN 02388442]

CONFIDENTIAL

D Provider Radiology Interpretation:

lms visualized, interpreted by radiologist, abnormal see report.  (Thestrup,Lars)

DM/COURSE
                        Vital Signs

ulse Rate  94 H  03/18/22 07:24

espiratory Rate  16  03/18/22 07:24

lood Pressure  198/122 H  03/18/22 07:24

2 Sat by Pulse Oximetry  98   03/18/22 07:24

ulse Rate  94 H  03/18/22 07:24

espiratory Rate  16  03/18/22 07:24

lood Pressure  198/122 H  03/18/22 07:24

2 Sat by Pulse Oximetry  98   03/18/22 07:24

MDM
edical Decision Making Narrative:

3/18/22 06:59
atient with acute subdural discussed with Dr. Murphy with Neurosurgery, states go ahead and
ransfer patient
3/18/22 07:44
ISCUSSED WITH DR. KHAN AT BEEN TOP NURSE SURGERY, STATES TRANSFER TO THE ER.  ALSO AGREES WITH PLAN
O PROVIDE LABETALOL TO IMPROVE BLOOD PRESSURE. (Thestrup,Lars)

ritical Care Time
ritical Care Time: Yes
otal Critical Care Time: 35
ttestation:
pon my evaluation, this patient had a high probability of imminent or life-threatening
eterioration due to
ltered mental status and subdural, which required my direct attention, intervention, and
anagement. I have personally provided
5 minutes of critical care time exclusive of time spent on separately billable procedures. Times
cludes reviewing radiology results, discussion with consultants, and monitoring for potential
ecompensation. Interventions were performed as documented above.  (Thestrup,Lars)

ischarge Plan

Discharge
linical Impression:
Subdural hematoma

isposition: Xfer Acute Care Non-Steward
ondition: Critical
eferrals:
cp-None,Md, MD [Primary Care Provider] -
rint Language: English

Transfer Info
id you call another Steward hospital or the 5000 line?: No
eason Patient Sent to Other Facility(Select All That Apply): Consultant recommendation
ervice: Neurosurgery
ransfer Facility: Harris Health Ben Taub Hosp.

Discharge Data
EVAN ERMAYNE LEE [DIC]                    **Ex. 9 096**
ime Seen by Provider 03/18[22 08:02388442]

                                                                           000026

CONFIDENTIAL

ictated By: Lars Thestrup, MD
igned By: Thestrup,Lars MD 03/21/22 1154

D/DT: 03/18/22 0657
D/TT: 03/18/22 0657        Transcriptionist: THELA

:: PCPNO*

cp-None,Md MD

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000027

St Joseph Medical Center

Steward Health Care
1401 St. Joseph Parkway
Houston, TX 77702
713-757-1000

CONFIDENTIAL

Patient Name: Lee,Evan
Address: 1200 Baker St
City/State/Zip: HOUSTON,TX 77002
Phone: (999)999-9999
DOB/Age/Sex: 11/09/1990/31/M

Medical Record#: SJ30060751
Account#: JM0006523062
Attending Dr: Lars Thestrup MD
Insurance: Legal Harris County
Self Pay

Admit/Reg Date: 03/18/22
Location: SJMED/

Ordering Dr: Soliman Guirges, DO
PCP: Pcp-None,Md MD
Date of Service: 03/18/22

Order (s): CT head/brain wo con
CPT Code: 70450
Reason for Exam: ams

Report Number: IMG0318-00048

EXAMINATION:
CT head/brain wo con

CLINICAL INDICATION:
Male, 31 years old with ams

TECHNIQUE:
Axial CT images from the skull base to the vertex without
intravenous contrast. Coronal and sagittal reformatted images
were created from the data set.
One or more of the following dose reduction techniques were used:
Automated exposure control, adjustment of the mA and/or kV
according to patient size, and/or iterative reconstruction.

COMPARISON:
None

FINDINGS:

There is abnormal hyperdensity along the left convexity
compatible with acute subdural collection. Maximum thickness of
.3 mm with mild underlying mass effect. There is no significant
compression of the lateral ventricle. No intracranial hematoma
seen.

Mild mucosal thickening of the right ethmoid and maxillary
sinuses. No air-fluid level seen in the calvarium is otherwise
intact.

IMPRESSION: Acute left convexity subdural hematoma with mild
underlying mass effect.

Findings were called to Dr. Thestrup by the Radiology on call
services at 659 am


******************FOR INTERNAL CODING PURPOSES
ONLY****************
RESULT CODE: CVR

Electronically signed by: Phebe Chen MD 3/18/2022 7:00 AM CDT
Workstation: 109-0273Z00


Dictated By: Phebe C Chen, MD 03/18/22 0651
Signed By: Chen,Phebe C MD 03/18/22 0651
D/TT: 03/18/22 0651    Tech: SVCRPACS

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02588442]

Ex. 9 098

000028

CONFIDENTIAL

Steward Health Care
1401 St. Joseph Parkway
Houston, TX 77702
713-757-1000

Patient Name: Lee,Evan
Address: 1200 Baker St
City/State/Zip: HOUSTON,TX 77002
Phone: (999)999-9999
DOB/Age/Sex: 11/09/1990/31/M

Medical Record#: SJ30060751
Account#: JM0006523062
Attending Dr: Soliman Guirges DO
Insurance: Legal Harris County
Self Pay

Admit/Reg Date: 03/18/22
Location: SJMED/

Ordering Dr: Soliman Guirges, DO
PCP: Pcp-None,Md MD
Date of Service: 03/18/22

Order (s): XR chest 1V
CPT Code: 71045
Reason for Exam: AMS

Report Number: IMG0318-00044

AFTER HOURS SERVICE ON: 3/18/2022 5:59 AM CDT

AP Portable Chest

Location Code M12

HISTORY: AMS

FINDINGS:

Inspiration is shallow.  There are no infiltrates. There are no
pleural effusions. There is no pneumothorax. Cardiac silhouette
and mediastinum appear within normal limits.

IMPRESSION:

No active pulmonary findings.

Electronically signed by:  Mohammad Alobaidi MD  3/18/2022 5:59
AM CDT Workstation: 109-93730VN

Dictated By: Mohammad T Alobaidi, MD   03/18/22 0547

Signed By: Alobaidi,Mohammad T MD  03/18/22 0547

D/TT: 03/18/22 0547     Tech: GPS02

c: GUISO01; PCPNO*

cp-None,Md MD; Soliman Guirges, DO

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000029

CONFIDENTIAL

Steward Health Care
1401 St. Joseph Parkway
Houston, TX 77702
713-757-1000

Patient Name: Lee,Evan                     Medical Record#: SJ30060751
Address: 1200 Baker St                         Account#: JM0006523062
City/State/Zip: HOUSTON,TX 77002                  Attending Dr: Lars Thestrup MD
Phone: (999)999-9999                      Insurance: Legal Harris County
DOB/Age/Sex: 11/09/1990/31/M                          Self Pay

Admit/Reg Date: 03/18/22                 Ordering Dr: Soliman Guirges, DO
Location: SJMED/                           PCP: Pcp-None,Md MD
                                   Date of Service: 03/18/22

Order (s): EKG Electrocardiogram
CPT Code: 93005                      Report Number: CA0318-00066
Reason for Exam: AMS

Sinus rhythm
Borderline T wave abnormalities
Borderline ST elevation, anterior leads
Summary: Borderline ECG

Dictated By: Lamin Bangura, MD   03/18/22 0430
Signed By: Bangura,Lamin MD  03/18/22 1143

D/TT: 03/18/22 0430     Tech: SVCCPACS

:: GUISO01; PCPNO*

cp-None,Md MD; Soliman Guirges, DO

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 100

000030

# Clinical Summary
CONFIDENTIAL

| | | | |
|---|---|---|---|
| Patient | Evan Lee | | |
| Date of birth | November 9, 1990 | Sex | Male |
| Race | Black or African American | Ethnicity | Not Hispanic or Latino |
| Preferred Language | English | | |
| Contact info | Primary Home:<br>17014 Quail Glen Dr<br>507 ROSEN AVE<br>507 ROSEN AVE<br>MISSOURI<br>CITY, TX 77489, USA<br>Tel: +1-832-496-8157 | Patient IDs | HMP274676Q<br>1.2.840.114350.1.13.430.2.7.3.688884.100<br>020109708 EMRN |

| | |
|---|---|
| Document Id | EPC |
| Document Created: | March 22, 2022, 23:34:28, EST |
| Performer (primary care physician) | Asra Oberoi, MD |
| Contact info | Work Place:<br>2626 S LOOP W<br>SUITE 430<br>HOUSTON, TX 77054, USA<br>Tel: +1-713-776-9000 |
| Author | Epic - Version 9.9 |
| Contact info | Address and Telecom information not available |
| Emergency contact (Unknown role) | Jacilet Lee |
| Contact info | Address not available<br>Tel: +1-281-536-1373 |
| Emergency contact (Unknown role) | Timothy Lee |
| Contact info | Address not available<br>Tel: +1-832-496-8157 |
| Legal authenticator | signed at March 22, 2022, 23:34:28, EST |
| Contact info | Address and Telecom information not available |
| Document maintained by | Houston Methodist |
| Contact info | Work Place:<br>6565 Fannin St.<br>Houston, TX 77030, USA |

## Table of Contents

- Allergies
- Medications
- Active Problems
- Surgical History
- Medical History
- Social History
- Obstetrics History
- Last Filed Vital Signs
- Plan of Treatment
- Results
- Advance Directives
- Care Teams

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000031

Allergies

CONFIDENTIAL

## Medications

| Medication | Sig | Dispensed | Refills | Start Date | End Date | Status |
|---|---|---|---|---|---|---|
| insulin GLARGINE (LANTUS) 100 unit/mL injection (vial) | Inject under the skin 2 (two) times a day. Takes 14 in AM, 18 in PM | | 0 | | | Active |
| amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth daily. | | 0 | | | Active |
| lisinopriL (PRINIVIL) 20 mg tablet | Take 20 mg by mouth daily. | | 0 | | | Active |
| levothyroxine (SYNTHROID) 25 mcg tablet | Take 25 mcg by mouth daily. | | 0 | | | Active |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth daily. Default OP ins | | 0 | | | Active |
| hydroCHLOROthiazide (HYDRODIURIL) 25 MG tablet | Take 25 mg by mouth daily. | | 0 | | | Active |
| aspirin (ECOTRIN) 81 MG enteric coated tablet | Take 81 mg by mouth daily. | | 0 | | | Active |

## Active Problems

| Problem | Noted Date |
|---|---|
| Intractable vomiting with nausea | 10/15/2020 |
| Diabetic ketoacidosis without coma associated with type 1 diabetes mellitus | 08/09/2020 |
| Intractable vomiting | 08/08/2020 |

## Surgical History

| Surgery | Date | Site/Laterality | Comments |
|---|---|---|---|
| NO PAST SURGERIES | | | |

## Medical History

| Medical History | Date | Comments |
|---|---|---|
| Diabetes mellitus (HCC) | | |
| Hypertension | | |
| Hypothyroidism | | |

## Social History

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Current Some Day Smoker | Cigarettes | | | |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Standard Drinks/Week | Comments |
|---|---|---|
| Not Currently | 0 (1 standard drink = 0.6 oz or 14 gm) | |

Ex. 9 102

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02886442]

000032

| How often do you have a drink containing alcohol? | Never 10/15/2020 |
| How many drinks containing alcohol do you have on a typical day when you are drinking? | Not asked |
| How often do you have six or more drinks on one occasion? | Not asked |
| Comment: | Not asked |

**CONFIDENTIAL**

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| Job Start Date | Occupation | Industry |
|---|---|---|
| Not on file | Not on file | Not on file |

## Obstetrics History

## Last Filed Vital Signs

Not on file

## Plan of Treatment

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| COVID-19 VACCINE (1) | 11/09/1995 | | |
| DIABETES: RETINAL EYE EXAM | 11/09/2000 | | |
| DIABETIC FOOT EXAM | 11/09/2000 | | |
| URINE MICROALBUMIN | 11/09/2000 | | |
| HEPATITIS C SCREENING | 11/09/2008 | | |
| INFLUENZA VACCINE | 08/01/2021 | | |

## Results

Not on file after 03/22/2021

## Advance Directives

For more information, please contact: 713-441-2401

### Latest Code Status on File

| Code Status | Date Activated | Date Inactivated | Comments |
|---|---|---|---|
| Full Code | 10/15/2020 7:43 AM | 10/16/2020 9:38 PM | |
| Code Status decision reached by: | | Patient | |
| Full Code | 8/8/2020 8:38 PM | 8/11/2020 6:55 PM | |
| Code Status decision reached by: | | Patient | |

## Care Teams

| Team Member | Relationship | Specialty | Start Date | End Date |
|---|---|---|---|---|
| **Oberoi, Asra, MD** | PCP - General | Internal Medicine | 8/8/20 | |

2626 S LOOP W

SUITE 430

HOUSTON, TX 77054

713-776-9000 (Work)

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000033

CONFIDENTIAL

Page 1 of 1

**LIFEGIFT**

DONATE LIFE Texas

*We offer hope.*

| LEE, EVAN E | SOP Form # | PO17-F1 |
|---|---|---|
| MRN: 040457976   HAR: 965057829098 | Effective Date | 12/05/2014 |
| DOB: 11/9/1990 (31 yrs)   Sex: Male | Supersedes Date | 01/23/2014 |
| Service Date: 3/18/22 | Rev # | .011 |

**MEDICAL EXAMINER WORKSHEET**

ML22-1315

Harris County: Investigators Desk: (713) 796-6740          Fax: (713) 796-9334
Lubbock County: Phone: (806) 687-9434     Fax: (806) 775-7908

Recovery Coordinator: Simone Jackson

Date: 3-26-22    Time: _____    Pager: 346-213-6896

Hospital: Ben Taub    LifeGift #: 2022-03-2203

Donor Name: Lee, Evan    Date of Birth: 11-09-1990

Age: 31    Sex: M    Race: B    Ht: 5'10"    Wt: 163lb

Admit Date: 3-18-22    Attending MD: Gopinata, Shankar P.

Street Address where Injury Occurred: SEE REPORTS

Transportation Agency: HFD

Police Agency: HPD

Date/Time of Brain Death: 3-22-22 / 1740    (Brain Death) / Cardiac Death

Authorization Granted By: Shiloh Lee    Relationship: mother

**Authorized Organs * For Transplant:** ☑Heart    ☑Lungs    ☑Liver and vessels    ☑Kidneys
☑Intestines  ☐ Pancreas/islets cells and vessels  ☑
Spleen/Nodes

**Authorized Tissues:** ☑Eyes/Corneas    ☑Skin (☑Full Thickness ☑Dermal) ☑Bone    ☑Heart Valves
☑Saph/Fem Veins ☑Adrenal Glands ☑Dura Mater

**Pre-Transfusion Blood Available:** ☐ Yes ☐ No    ☐ Not Applicable
**Authorized Organs and Special Grafts recovered for Research:** _____

History of Admission: SEE REPORTS
_____

**Hospital Course**
Urine Drug Screen Results: NEGATIVE

DPL Done: ☐ Yes  ☑No  Results: _____
CXR and/or CT Scan Reports: SEE ATTACHMENTS

OR Procedures: SEE ATTACHMENTS

Additional Comments: N/A
_____

Recovery Site: HOUSTON METHODIST -TMC
Investigator: _____ Time Called: _____    ME/JP County: HARRIS
Pathologist: _____ Time Responded: _____
Release for Organs: ☐ Yes ☐ No  Time Released: _____
Restrictions: _____    Pre-Autopsy release Tissue: ☐ Yes ☐ No
Doctor External Examination: _____

EVAN ERMAYNE LEE [DIC]
[Continued _ _ _ _ _ _ _
PLAINTIFF [SPN 02388442]

Ex. 9 104

000034

CONFIDENTIAL

| BEN TAUB GENERAL HOSPITAL | | Patient Name: | LEE, EVAN E |
|---|---|---|---|
| | | Hospital Account: | 965057829098 |
| | | CSN | 177844626 |
| | | MRN | 040457976 |
| | | Admit Date: | 3/18/2022 |
| | | Expected Date: | 3/18/2022 |
| | | Date Printed: | March 27, 2022 |

**ENCOUNTER**

| Patient Class | I | Unit | BT 4CNI NEURO I* |
|---|---|---|---|
| Service | BT Neurosurgery | Room | 4C00 |
| Admitting Provider | Lifegift, Md, MD | Bed | 05 |
| Attending Provider | Lifegift, Md, MD | Anticipated Dx | Subdural bleed |
| EC Arrival Date/Time | 3/18/2022/9:38 AM | Mother's MRN | N/A |
| Dept | | Appt Date | 3/18/2022 |

**PATIENT INFORMATION**

| Address | ATW ARCOLA TX 77583 | Sex | Male |
|---|---|---|---|
| | | DOB | 11/9/1990 (31 yrs) |
| County | BRAZORIA [15] | Patients Ph: | H: 903-805-3230 W: 713-000-0000 |
| Language | English [1] | Religious Pref: | Catholic |
| Marital Status | Single [1] | PCP | Pcp, Patient Does Not H* |
| Race | Black/African American [* | Ethnicity | Not Hispanic, Latino/a o* |
| Emergency Contact | LEE, JACKIE Mother | Emergency Ph: | H: (281)536-1373 W: (713)000-0000 |

**GUARANTOR**

| Guarantor | LEE,EVAN E | DOB | 11/9/1990 |
|---|---|---|---|
| Address | ATW ARCOLA, TX 77583 | Rel | Self |
| | | Phone | H: 903-805-3230 W: 713-000-0000 |

**COVERAGE**

| Primary Payor | HCHD SELF-PAY | Primary Plan: | SELF-PAY UNSCREENED |
|---|---|---|---|
| Group Number | | Subscriber | LEE,EVAN E |
| Pt Rel to Subs | Self | Subs DOB | 11/09/1990 |
| Status | | Subs ID | 040457976 |
| | | | |
| Secondary Payor | | Secondary Plan: | |
| Group Number | | Subscriber | |
| Pt Rel to Subs | | SubsDOB | |
| Status | | Subs ID | |



Signature_____

## PACS Images

(Link Unavailable) Show images for CTA Head w Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ☏ CTA Head w Contrast: Patient Communication

📧 Not Released                    ✗ Not seen

# Results

CTA Head w Contrast (Order 377617425)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 11:37 AM | Edited Result - FINAL | Open |

### CTA Head w Contrast

Order. 377617425

Status: **Edited Result - FINAL**  Visible to patient: **No** (not released) Next appt: **None** Dx: Trauma

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Moron, Fanny E, MD | 3/21/2022 | |
| ☎713-798-4417 | | |
| Brito-Orama, Sebastian E, ResidentMD | 3/21/2022 | |
| ☎713-873-2170 | | |

Addenda
The case was reviewed with the neurology resident, new information about
severe hypertensive crises and lost of brain stem reflexes and no motor
responses since the night before.

Head CT findings: Loss of gray-white matter differentiation, diffuse
bilateral cerebral hemispheres hypointensity with relative hyperdensity
of the thalami and sulci effacement, in combination with lack of
opacification of the internal carotid arteries is indicative of diffuse
cerebral lack of perfusion and ischemia, which is consistent with the
clinical diagnosis of brain death.

The findings were discussed with the neurology resident Dr. Shou PGY 3
on 3/21/2022 at 11:30 AM.

Signed By: Fanny Moron MD, 3/21/2022 11:37 AM

Signed by Moron, Fanny E, MD on 3/21/2022 11:37
Narrative & Impression
Exam: CTA HEAD W CONTRAST, CTA NECK W AND W/O CONTRAST

History:
Small dural fistula at the right coming off the a small branch of the Rt
occipital artery draining into the transverse sinus seen on 4 vessel
angiogram 3/19/2022. Episode of hypertension and tachycardia with

subsequent decline in mental status.

Comparison studies:
Multiple head CTs which date back to 5/6/2008, the most recent is on
3/20/2022. Conventional angiogram 3/19/2022

Technique:
Axial images through the neck and intracranial regions during the
injection of IV contrast. A head CT without and with contrast where
obtained as well. For optimization of anatomic evaluation, multiplanar
reconstruction, maximum intensity projections, and advanced 3-D off-line
postprocessing were obtained on a dedicated stand-alone workstation
under the direct supervision of the interpreting physician.
IV Contrast  100 cc of Omnipaque.
Radiation dose: Total DLP: 3610 mGy*cm
Estimated Effective Dose: DLP x 0.031 mSv
Image quality: Lack of intravenous contrast within the cervical and
intracranial internal carotid arteries may be related to proton
starvation given metal overlying the scalp versus inadequate timing of
contrast injection.

FINDINGS:

Extra-axial:
An acute 5 mm left hemispheric SDH has decreased in size from 9 mm and
is no longer associated with to uncal or subfalcine herniations when
compared to the most recent head CT on 3/20/2022.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.
No enhancing abnormalities.

Dural sinuses:  No abnormal densities.
Sellar/Suprasellar region: Intact.
Skull base and craniocervical junction: Intact.

Neck and Intracranial CTAs:

Suboptimal visualization of contrast from the extracranial internal
carotids (cervical segment) to the intracranial arteries.

If present, stenosis at the carotid bulbs is measured based on NASCET
criteria,
i.e. area of maximal stenosis compared to the cervical ICA distal to the
bulb.

Aortic arch and major branches:
Patent. No abnormalities.

Common carotid arteries:
Patent. No abnormalities.

Carotid bulbs:
Patent. No (0%) stenosis by NASCET criteria.

EVAN ERMAYNE LEE [DJC]
Lee, Evan E (MR # 040457976) Printed by Meave, Alexander at 3/27/22 4:40 PM
PLAINTIFF [SPN 02388442]
Ex. 9 107
Page 2 of 5
000037

Lee, Evan E (MRN 040457976)        CONFIDENTIAL

Internal carotid arteries:
Not well seen, however both arteries are patent on angiogram from 3/19/2022.
Mild calcified atheromatous plaque in the carotid siphons.

Anterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Middle cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Vertebral arteries:
Patent. No abnormalities.

Basilar artery:
Patent. No abnormalities.

Posterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Normal Variants:
Acom: Not seen.
Pcoms: Patent on the right, not seen on the left.
Vertebral arteries: Co-dominant.

Cervical spine:
Mildly degenerated discs from C4-C5 to C6-C7.

Incidental findings:
Endotracheal tube with its tip approximately 1.3 cm from the carina.
NG tube with its tip out of view.
Right upper lung atelectasis.
Chronic depression of the medial orbital walls and opacification of the right ethmoidal air cells, likely related to trauma.

Chronic findings:
Mild degenerated discs from C4-C5 to C6-C7.

IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  Slightly smaller left subdural hematoma compared to CT on 3/20/2022.
3.  No enhancing abnormalities.

Neck and intracranial CTAs:

1.  Suboptimal evaluation of the cervical/intracranial internal carotid arteries due to technical limitations, however both arteries are patent on angiogram from 3/19/2022.

2.  No major arterial branch occlusion or stenosis.

3.  Please see dictation of DSA on 3/19/2022 for further detail on small right occipital dural AV fistula, which is beyond the resolution of this

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

CTA.

Dictated By: Sebastian Brito-Orama MD, 3/21/2022 10:12 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Fanny Moron MD, 3/21/2022 11:02 AM

Specimen Collected: 03/21/22 08:42          Last Resulted: 03/21/22 11:37

🗐 Order Details   ⚡ View Encounter   🔖 Lab and Collection Details   🖂 Routing
                                              🕘 Result History - Result Edited

### Result Care Coordination

👤 Patient Communication

📧 Not Released                                      ✖ Not seen

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Moron, Fanny E, MD | Mar 21, 2022 | Moron, Fanny E, MD | Mar 21, 2022 | 11:02 AM | | Mar 21, 2022 |
| Brito-Orama, Sebastian E, ResidentMD | Mar 21, 2022 | | | | | Mar 21, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

Specimen ID:   16834822
Collected:   3/21/2022  8:42 AM          Resulting Agency:  SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#031925 Moron, Fanny E, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/21/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Lee, Evan E (MR # 040457976) Printed by Meave, Alexander at 3/27/22 4:40 PM        000039

Lee, Evan E (MRN 040457976)   CONFIDENTIAL

## Order Report

CTA Head w Contrast (Order #377617425) on 3/21/22

No screening form exists for this order.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

## PACS Images

(Link Unavailable) Show images for CTA Neck w and w/o Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ⚕ CTA Neck w and w/o Contrast: Patient Communication

📇 Not Released                                          ✖ Not seen

# Results

CTA Neck w and w/o Contrast (Order 377617426)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 11:37 AM | Edited Result - FINAL | Open |

## CTA Neck w and w/o Contrast

Order: 377617426

Status: **Edited Result - FINAL**  Visible to patient: **No (not released)** Next appt: **None** Dx: **Trauma**

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Moron, Fanny E, MD | 3/21/2022 | |
| ☎713-798-4417 | | |
| Brito-Orama, Sebastian E, ResidentMD | 3/21/2022 | |
| ☎713-873-2170 | | |

Addenda
The case was reviewed with the neurology resident, new information about
severe hypertensive crises and lost of brain stem reflexes and no motor
responses since the night before.

Head CT findings: Loss of gray-white matter differentiation, diffuse
bilateral cerebral hemispheres hypointensity with relative hyperdensity
of the thalami and sulci effacement, in combination with lack of
opacification of the internal carotid arteries is indicative of diffuse
cerebral lack of perfusion and ischemia, which is consistent with the
clinical diagnosis of brain death.

The findings were discussed with the neurology resident Dr. Shou PGY 3
on 3/21/2022 at 11:30 AM.

Signed By: Fanny Moron MD, 3/21/2022 11:37 AM

Signed by Moron, Fanny E, MD on 3/21/2022 11:37
Narrative & Impression
Exam: CTA HEAD W CONTRAST, CTA NECK W AND W/O CONTRAST

History:
Small dural fistula at the right coming off the a small branch of the Rt
occipital artery draining into the transverse sinus seen on 4 vessel
angiogram 3/19/2022. Episode of hypertension and tachycardia with

Lee, Evan E (MRN 040457976)                    CONFIDENTIAL

subsequent decline in mental status.

Comparison studies:
Multiple head CTs which date back to 5/6/2008, the most recent is on
3/20/2022. Conventional angiogram 3/19/2022

Technique:
Axial images through the neck and intracranial regions during the
injection of IV contrast. A head CT without and with contrast where
obtained as well. For optimization of anatomic evaluation, multiplanar
reconstruction, maximum intensity projections, and advanced 3-D off-line
postprocessing were obtained on a dedicated stand-alone workstation
under the direct supervision of the interpreting physician.
IV Contrast  100 cc of Omnipaque.
Radiation dose: Total DLP: 3610 mGy*cm
Estimated Effective Dose: DLP x 0.031 mSv
Image quality: Lack of intravenous contrast within the cervical and
intracranial internal carotid arteries may be related to proton
starvation given metal overlying the scalp versus inadequate timing of
contrast injection.

FINDINGS:

Extra-axial:
An acute 5 mm left hemispheric SDH has decreased in size from 9 mm and
is no longer associated with to uncal or subfalcine herniations when
compared to the most recent head CT on 3/20/2022.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.
No enhancing abnormalities.

Dural sinuses:  No abnormal densities.
Sellar/Suprasellar region: Intact.
Skull base and craniocervical junction: Intact.

Neck and Intracranial CTAs:

Suboptimal visualization of contrast from the extracranial internal
carotids (cervical segment) to the intracranial arteries.

If present, stenosis at the carotid bulbs is measured based on NASCET
criteria,
i.e. area of maximal stenosis compared to the cervical ICA distal to the
bulb.

Aortic arch and major branches:
Patent. No abnormalities.

Common carotid arteries:
Patent. No abnormalities.

Carotid bulbs:
Patent. No (0%) stenosis by NASCET criteria.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Lee, Evan E (MR # 040457976) Printed by Meave, Alexander at 3/27/22 4:40 PM          Page 2 of 5
000042

Internal carotid arteries:
Not well seen, however both arteries are patent on angiogram from
3/19/2022.
Mild calcified atheromatous plaque in the carotid siphons.

Anterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Middle cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Vertebral arteries:
Patent. No abnormalities.

Basilar artery:
Patent. No abnormalities.

Posterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Normal Variants:
Acom: Not seen.
Pcoms: Patent on the right, not seen on the left.
Vertebral arteries: Co-dominant.

Cervical spine:
Mildly degenerated discs from C4-C5 to C6-C7.

Incidental findings:
Endotracheal tube with its tip approximately 1.3 cm from the carina.
NG tube with its tip out of view.
Right upper lung atelectasis.
Chronic depression of the medial orbital walls and opacification of the
right ethmoidal air cells, likely related to trauma.

Chronic findings:
Mild degenerated discs from C4-C5 to C6-C7.

IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  Slightly smaller left subdural hematoma compared to CT on 3/20/2022.
3.  No enhancing abnormalities.

Neck and intracranial CTAs:

1.  Suboptimal evaluation of the cervical/intracranial internal carotid
arteries due to technical limitations, however both arteries are patent
on angiogram from 3/19/2022.

2.  No major arterial branch occlusion or stenosis.

3.  Please see dictation of DSA on 3/19/2022 for further detail on small
right occipital dural AV fistula, which is beyond the resolution of this

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 113
Lee, Evan E (MRN 040457976) Printed by Meave, Alexander at 3/27/22 4:40 PM
000043
Page 3 of 5

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

CTA.

Dictated By: Sebastian Brito-Orama MD, 3/21/2022 10:12 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Fanny Moron MD, 3/21/2022 11:02 AM

Specimen Collected: 03/21/22 08:42          Last Resulted: 03/21/22 11:37

⊕ Order Details   ⚕ View Encounter   ⚕ Lab and Collection Details   ⤴ Routing
                                        ⟲ Result History - Result Edited

## Result Care Coordination
⌖ Patient Communication

⧉ Not Released                              ✖ Not seen

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Moron, Fanny E, MD | Mar 21, 2022 | Moron, Fanny E, MD | Mar 21, 2022 | 11:02 AM | | Mar 21, 2022 |
| Brito-Orama, Sebastian E, ResidentMD | Mar 21, 2022 | | | | | Mar 21, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information
Specimen ID:   16834823
Collected:    3/21/2022 8:42 AM          Resulting Agency: SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#031925 Moron, Fanny E, MD |

## ⚷ Encounter
View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/21/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

EVAN ERMAYNE LEE [DIC]    Ex. 9 114
Lee, Evan E (MR #040457976) Printed by Meave, Alexander at 3/27/22 4:40 PM    000044    Page 4 of 5
PLAINTIFF [SPN 02388442]

## Order Report

CTA Neck w and w/o Contrast (Order #377617426) on 3/21/22

No screening form exists for this order.

EVAN LEE MAXINE LEE (SPN )
PLAINTIFF [SPN 02388442]

Ex. 9.115
000045

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

## PACS Images

(Link Unavailable) Show images for CT Head Without Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## CT Head Without Contrast: Patient Communication

🖥 Not Released                                    ✖ Not seen

# Results

CT Head Without Contrast (Order 377459246)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 10:30 AM | Final result | Open |

### CT Head Without Contrast

Order: 377459246

Status: **Final result**  Visible to patient: **No (not released)** Next appt: **None** Dx: Trauma

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Diaz-Marchan, Pedro J, MD | 3/18/2022 | |
| ☎ 713-798-4417 | | |

Narrative & Impression
Exam: CT HEAD W/O CONTRAST, CT C-SPINE W/O CONTRAST

History:
Facial trauma
Trauma

Additional history:
31-year-old male presenting as transfer from St. Joseph's reportedly
found down with subdural hematoma

Comparison studies:
Head CTs on 5/6/2008 and 3/18/2022

Technique:
Axial scans obtained from skull base to the vertex and cervical regions
without IV contrast.
Coronal and sagittal reconstructions obtained from the axial data.

Radiation Dose:
Total DLP: 2068 mGy*cm

FINDINGS:

Head CT:

Scalp/Skull:
No abnormalities.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 023388442]

Lee, Evan E (MRN # 040457976) Printed by Meave Alexander at 3/27/22 4:41 PM    000046    Page 1 of 4

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

```
Extra-axial:
An acute 8 mm wide hyperdense left hemispheric subdural hematoma exerts
subtle mass effect on the underlying brain, minimally effaces the left
lateral ventricle and results in subtle uncal herniation (series 602,
image 15) and 3 mm subfalcine shift from left to right from left to
right. (series 602, image 22). Otherwise, no masses or additional fluid
collections.

Brain sulci: Appropriate for patient's age..
Ventricles:  Normal in size and configuration. No hydrocephalus.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.

Dural sinuses:
Normal in density.

Sellar/Suprasellar regions:
No abnormalities.

Cervicomedullary junction:
The cerebellar tonsils are above the foramen magnum. No Chiari I
malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Cervical spine CT:

Alignment:
Normal lordosis..
No lateral curvature. No subluxation..

Cervicomedullary junction:
Cerebellar tonsils above the foramen magnum. No Chiari I malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Soft tissues:
No prevertebral soft tissue swelling, masses or calcifications.

Postsurgical changes:
None.

Vertebrae:
Normal in height and density.
No fractures, lytic or sclerotic lesions.

Degenerative changes:
*  Mildly degenerated discs from C4 to C7.
*  No significant spinal canal stenosis in spite of subtle disc
osteophyte complexes.
*  Patent foramina.
```

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

Incidental findings:
None.

IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  No changes compared to the head CT on 3/18/2022 at 0642 hours.
3.  An acute left hemispheric subdural hematoma continues to result in subtle uncal herniation and 3 mm subfalcine shift from left to right.

Cervical Spine:
1.  No acute abnormalities.
2.  Specifically, no fractures.
3.  Cannot adequately assess for ligament, spinal cord or vascular injuries.
4.  Mild degenerative changes

Signed By: Pedro Diaz-Marchan MD, 3/18/2022 10:30 AM

Specimen Collected: 03/18/22 10:25         Last Resulted: 03/18/22 10:30

🔍 Order Details   🔀 View Encounter   ⚗ Lab and Collection Details   ✉ Routing   🕐 Result History

### Result Care Coordination
📞 Patient Communication

📭 Not Released                              ✖ Not seen

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | 10:30 AM | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: | 16831432 | |
|---|---|---|
| Collected: | 3/18/2022 10:25 AM | Resulting Agency: SMS |

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MR #040457976) Printed by Meave, Alexander at 3/27/22 4:41 PM          Page 3 of 4

000048

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#007532 Diaz-Marchan, Pedro J, MD |

## ৩ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT Head Without Contrast (Order #377459246) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

## PACS Images
(Link Unavailable) Show images for CT Chest w Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## CT Chest w Contrast: Patient Communication

📧 Not Released                                    ✖ Not seen

# Results
CT Chest w Contrast (Order 377462100)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 12:03 PM | Final result | Open |

## CT Chest w Contrast
Order: 377462100

Status: **Final result**  Visible to patient: No (not released) Next appt: **None** Dx: Trauma

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Strax, Richard, MD | 3/18/2022 | |
| 📞713-798-4438 | | |
| Santa Cruz, John R, ResidentMD | 3/18/2022 | |
| 📞713-873-3907 | | |

Narrative & Impression
EXAM: CT Chest, Abdomen and Pelvis WITH contrast
INDICATION: Abdominal trauma
Additional history: 31-year-old male code 2000 down in jail, CT head
with subdural hematoma.
COMPARISON: None available
TECHNIQUE: Chest, abdomen and pelvis were scanned utilizing a
multidetector helical scanner from the lung apex to the pubic symphysis
after administration of IV contrast. Coronal and sagittal reformations
were obtained. Trauma protocol was performed. Scan was performed during
arterial phase through the chest, abdomen and pelvis and early portal
venous and delayed phases through the abdomen and pelvis. No oral
contrast was given.
IV CONTRAST: 150 mL of Omnipaque 300
ORAL CONTRAST: Water

COMPLICATIONS: None

RADIATION DOSE:
Total DLP: 1658 mGy*cm
Estimated effective dose: (DLP x 0.015 x size factor) mSv
CTDIvol has been reviewed. It is below the limits set by the Radiation
Protocol Committee (RPC).

FINDINGS:

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

The examination is suboptimal due to motion artifact at multiple levels.

LINES and TUBES: None.

LUNGS AND AIRWAYS:  The lungs are unremarkable.  Airways are normal.

PLEURA: The pleural spaces are clear.

HEART AND MEDIASTINUM: There are few, diminutive air foci just posterior to the manubrium and in the soft tissues anterior to the manubrium. The thyroid gland is normal.  No mediastinal, hilar or axillary lymphadenopathy.  The heart is normal in size. There is no pericardial effusion.  Aorta and coronary arteries are unremarkable. The pulmonary artery and aorta caliber are unremarkable.

HEPATOBILIARY: The liver is unremarkable in attenuation. No hepatic masses. No biliary ductal dilation.

GALLBLADDER: No radio-opaque stones or sludge. No wall thickening.

SPLEEN: No splenomegaly.

PANCREAS: No focal masses or ductal dilatation.

ADRENALS: No adrenal nodules.

KIDNEYS/URETERS: The kidneys enhance symmetrically. No stones. No hydronephrosis. No cystic or solid lesions.

GI TRACT:
Stomach: Unremarkable.
Small Bowel: Unremarkable.
Large Bowel: Unremarkable. Large volume of retained stool.
Appendix: Normal.

PELVIC ORGANS/BLADDER: Unremarkable.

LYMPH NODES: No lymphadenopathy.

VESSELS: Unremarkable.

PERITONEUM / RETROPERITONEUM: No free air or significant fluid.

BONES: Unremarkable. No focal suspicious osseous lesions.

SOFT TISSUES: Unremarkable.

IMPRESSION
IMPRESSION:
1.  There are few, diminutive air foci just posterior to the manubrium and in the soft tissues anterior to the manubrium without radiographic evidence of sternal or clavicular injury. This may represent an occult sternal injury or transient disruption of the clavicular notch. Careful correlation with clinical findings suggested.
2.  Otherwise, no acute abnormalities in the chest, abdomen, or pelvis.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's
interpretation.

Dictated By: John Santa Cruz MD, 3/18/2022 11:38 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Richard Strax MD, 3/18/2022 12:03 PM

Specimen Collected: 03/18/22 10:25          Last Resulted: 03/18/22 12:03

📑 Order Details   ⌄ View Encounter   ⋓ Lab and Collection Details   ⇱ Routing
                                        🕘 Result History · Result Edited

### Result Care Coordination
🔾 Patient Communication

🖳 Not Released                              ✖ Not seen

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Strax, Richard, MD | Mar 18, 2022 | Strax, Richard, MD | Mar 18, 2022 | 12:03 PM | | Mar 18, 2022 |
| Santa Cruz, John R, ResidentMD | Mar 18, 2022 | | | | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: | 16831488 | |
|---|---|---|
| Collected. | 3/18/2022 10:25 AM | Resulting Agency: SMS |

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#049102 Strax, Richard, MD |

## 𝒱 Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)                       CONFIDENTIAL

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Badawood, Lojain M, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT Chest w Contrast (Order #377462100) on 3/18/22

No screening form exists for this order.

EVAN ERMAYNE LEE [DIC]
Lee, Evan E (MR # 040457976) Printed by Meave, Alexander at 3/27/22 4:41 PM
PLAINTIFF [SPN 02388442]
Ex. 9 123
000053
Page 4 of 4

Lee, Evan E (MRN 040457976)                CONFIDENTIAL

## PACS Images

(Link Unavailable) Show images for CT C-Spine w/o Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ☌ CT C-Spine w/o Contrast: Patient Communication

🖷 Not Released                                    ✘ Not seen

# Results

CT C-Spine w/o Contrast (Order 377459247)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 10:30 AM | Final result | Open |

## CT C-Spine w/o Contrast

Order: 377459247

Status: Final result   Visible to patient: No (not released) Next appt: None Dx: Trauma

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Diaz-Marchan, Pedro J, MD | 3/18/2022 | |
| ☎ 713-798-4417 | | |

Narrative & Impression
Exam: CT HEAD W/O CONTRAST, CT C-SPINE W/O CONTRAST

History:
Facial trauma
Trauma

Additional history:
31-year-old male presenting as transfer from St. Joseph's reportedly
found down with subdural hematoma

Comparison studies:
Head CTs on 5/6/2008 and 3/18/2022

Technique:
Axial scans obtained from skull base to the vertex and cervical regions
without IV contrast.
Coronal and sagittal reconstructions obtained from the axial data.

Radiation Dose:
Total DLP: 2068 mGy*cm

FINDINGS:

Head CT:

Scalp/Skull:
No abnormalities.

Extra-axial:
An acute 8 mm wide hyperdense left hemispheric subdural hematoma exerts
subtle mass effect on the underlying brain, minimally effaces the left
lateral ventricle and results in subtle uncal herniation (series 602,
image 15) and 3 mm subfalcine shift from left to right from left to
right. (series 602, image 22). Otherwise, no masses or additional fluid
collections.

Brain sulci: Appropriate for patient's age..
Ventricles:  Normal in size and configuration. No hydrocephalus.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.

Dural sinuses:
Normal in density.

Sellar/Suprasellar regions:
No abnormalities.

Cervicomedullary junction:
The cerebellar tonsils are above the foramen magnum. No Chiari I
malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Cervical spine CT:

Alignment:
Normal lordosis..
No lateral curvature. No subluxation..

Cervicomedullary junction:
Cerebellar tonsils above the foramen magnum. No Chiari I malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Soft tissues:
No prevertebral soft tissue swelling, masses or calcifications.

Postsurgical changes:
None.

Vertebrae:
Normal in height and density.
No fractures, lytic or sclerotic lesions.

Degenerative changes:
*  Mildly degenerated discs from C4 to C7.
*  No significant spinal canal stenosis in spite of subtle disc
osteophyte complexes.
*  Patent foramina.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 023388442]

Lee, Evan E (MRN 040457976)        CONFIDENTIAL

Incidental findings:
None.


IMPRESSION
IMPRESSION:


Head CT:

1.  No new acute intracranial abnormalities.
2.  No changes compared to the head CT on 3/18/2022 at 0642 hours.
3.  An acute left hemispheric subdural hematoma continues to result in
subtle uncal herniation and 3 mm subfalcine shift from left to right.


Cervical Spine:
1.  No acute abnormalities.
2.  Specifically, no fractures.
3.  Cannot adequately assess for ligament, spinal cord or vascular
injuries.
4.  Mild degenerative changes


Signed By: Pedro Diaz-Marchan MD, 3/18/2022 10:30 AM


Specimen Collected: 03/18/22 10:25          Last Resulted: 03/18/22 10:30


⤵ Order Details    ⤳ View Encounter    ⬙ Lab and Collection Details    ⤴ Routing    ⟳ Result History

## Result Care Coordination

⌕ Patient Communication

🖥 Not Released                              ✖ Not seen


## Authentication Information

| Reading Radiologist | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | 10:30 AM | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

Specimen ID:    16831431
Collected:    3/18/2022 10:25 AM          Resulting Agency:  SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)                    CONFIDENTIAL

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#007532 Diaz-Marchan, Pedro J, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT C-Spine w/o Contrast (Order #377459247) on 3/18/22

No screening form exists for this order.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 127
000057

Lee, Evan E (MRN 040457976)        CONFIDENTIAL

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ♟︎○ CT ABDOMEN & PELVIS CONTRAST: Patient Communication

🖳 Not Released                    ✘ Not seen

# Results

CT ABDOMEN & PELVIS CONTRAST (Order 377459248)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 12:03 PM | Final result | Open |

### CT ABDOMEN & PELVIS CONTRAST

Order: 377459248

Status: **Final result**   Visible to patient: **No** (not released) Next appt: **None** Dx: Trauma

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Strax, Richard, MD | 3/18/2022 | |
| ☎713-798-4438 | | |
| Santa Cruz, John R, ResidentMD | 3/18/2022 | |
| ☎713-873-3907 | | |

Narrative & Impression
EXAM: CT Chest, Abdomen and Pelvis WITH contrast
INDICATION: Abdominal trauma
Additional history: 31-year-old male code 2000 down in jail, CT head
with subdural hematoma.
COMPARISON: None available
TECHNIQUE: Chest, abdomen and pelvis were scanned utilizing a
multidetector helical scanner from the lung apex to the pubic symphysis
after administration of IV contrast. Coronal and sagittal reformations
were obtained. Trauma protocol was performed. Scan was performed during
arterial phase through the chest, abdomen and pelvis and early portal
venous and delayed phases through the abdomen and pelvis. No oral
contrast was given.
IV CONTRAST: 150 mL of Omnipaque 300
ORAL CONTRAST: Water

COMPLICATIONS: None

RADIATION DOSE:
Total DLP: 1658 mGy*cm
Estimated effective dose: (DLP x 0.015 x size factor) mSv
CTDIvol has been reviewed. It is below the limits set by the Radiation
Protocol Committee (RPC).

FINDINGS:

The examination is suboptimal due to motion artifact at multiple levels.

Lee, Evan E (MRN 040457976)      CONFIDENTIAL

LINES and TUBES: None.

LUNGS AND AIRWAYS:  The lungs are unremarkable.  Airways are normal.

PLEURA: The pleural spaces are clear.

HEART AND MEDIASTINUM: There are few, diminutive air foci just posterior
to the manubrium and in the soft tissues anterior to the manubrium. The
thyroid gland is normal.  No mediastinal, hilar or axillary
lymphadenopathy.  The heart is normal in size. There is no pericardial
effusion.  Aorta and coronary arteries are unremarkable. The pulmonary
artery and aorta caliber are unremarkable.

HEPATOBILIARY: The liver is unremarkable in attenuation. No hepatic
masses. No biliary ductal dilation.

GALLBLADDER: No radio-opaque stones or sludge. No wall thickening.

SPLEEN: No splenomegaly.

PANCREAS: No focal masses or ductal dilatation.

ADRENALS: No adrenal nodules.

KIDNEYS/URETERS: The kidneys enhance symmetrically. No stones. No
hydronephrosis. No cystic or solid lesions.

GI TRACT:
Stomach: Unremarkable.
Small Bowel: Unremarkable.
Large Bowel: Unremarkable. Large volume of retained stool.
Appendix: Normal.

PELVIC ORGANS/BLADDER: Unremarkable.

LYMPH NODES: No lymphadenopathy.

VESSELS: Unremarkable.

PERITONEUM / RETROPERITONEUM: No free air or significant fluid.

BONES: Unremarkable. No focal suspicious osseous lesions.

SOFT TISSUES: Unremarkable.

IMPRESSION
IMPRESSION:
1.  There are few, diminutive air foci just posterior to the manubrium
and in the soft tissues anterior to the manubrium without radiographic
evidence of sternal or clavicular injury. This may represent an occult
sternal injury or transient disruption of the clavicular notch. Careful
correlation with clinical findings suggested.
2.  Otherwise, no acute abnormalities in the chest, abdomen, or pelvis.


If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's

interpretation.

Dictated By: John Santa Cruz MD, 3/18/2022 11:38 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Richard Strax MD, 3/18/2022 12:03 PM

Specimen Collected: 03/18/22 10:25          Last Resulted: 03/18/22 12:03

🗐 Order Details   ⚷ View Encounter   ⚕ Lab and Collection Details   ✉ Routing
⟲ Result History - Result Edited

## Result Care Coordination

📞 Patient Communication

📧 Not Released                              ✖ Not seen

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Strax, Richard, MD | Mar 18, 2022 | Strax, Richard, MD | Mar 18, 2022 | 12:03 PM | | Mar 18, 2022 |
| Santa Cruz, John R, ResidentMD | Mar 18, 2022 | | | | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

Specimen ID:   16831420
Collected:   3/18/2022 10:25 AM          Resulting Agency: SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#049102 Strax, Richard, MD |

## ⚷ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

## Order Report

CT ABDOMEN & PELVIS CONTRAST (Order #377459248) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MRN 040457976)    CONFIDENTIAL

## PACS Images

(Link Unavailable) Show images for PLACE CATH CAROTD ART

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ⚕ PLACE CATH CAROTD ART: Patient Communication

📧 Not Released                                    ✖ Not seen

# Results

PLACE CATH CAROTD ART (Order 377539751)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 12:43 PM | Final result | Open |

### PLACE CATH CAROTD ART

Order: 377539751

Status: **Final result**  Visible to patient: **No** (not released)  Next appt: None

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Amaresh, Amar, MD | 3/21/2022 | |
| ☎ 713-873-6057 | | |
| Shoujaa, Adham B, ResidentMD | 3/21/2022 | |
| ☎ 713-873-2170 | | |

Narrative & Impression
Procedure: 6 vessel Cerebral Angiogram
Date and Time: 3/19/2022 3:02 PM
History: concern for dAVF

Preoperative diagnosis: concern for dAVF
Post operative diagnosis: concern for dAVF

Comparison studies:    Head CT on 3/18/2022

CPT codes:
PLACE CATH CAROTD ART, MODERATE SEDATION, ADDL, MODERATE SEDATION, ADDL,
MODERATE SEDATION, ADDL, MODERATE SEDATION, INITIAL, MODERATE SEDATION,
ADDL, PLACE CATH VERTEBRAL ART, PLACE CATHETER EXTERNAL CAROTID ARTERY,
PLACE CATH CAROTD ART, PLACE CATH VERTEBRAL ART, MODERATE SEDATION,
ADDL, MODERATE SEDATION, ADDL, PLACE CATHETER EXTERNAL CAROTID ARTERY,
IR U/S GUIDANCE FOR VASCULAR ACCESS

Primary operator: Adham Shoujaa MD
Assistants: None
Staff: Dr. Amar Amaresh

Antibiotics: None, Antibiotics administered by slow infusion by the IR
nurse 30 minutes prior to the procedure.

checked and there was no spasm or dissection seen associated with this injection.

Following completion of procedure, the catheter was removed and the catheter sheath was removed. Hemostasis was acquired with 5 French Mynx Device. A sterile dressing was then applied. There were no immediate complications. Patient remained neurologically intact following the procedure.

Dr. Amar Amaresh was present throughout the procedure.


FINDINGS:
Right Common Carotid Artery (R CCA): Right carotid bifurcation without aneurysm or hemodynamically significant stenosis.

Left Common Carotid Artery (L CCA): Left carotid bifurcation without aneurysm or hemodynamically significant stenosis.

Right Subclavian Artery: Right subclavian is without significant stenosis.

Left Subclavian Artery: Left subclavian is without significant stenosis.


Right External Carotid Artery (R ECA): Biplane DSA angiogram demonstrated a small fistula at the right side which is being supplied by a small transmastoid branch of the occipital artery with opacification of the transverse sinus with some stasis of the contrast within the transverse sinus.

Left External Carotid Artery (L ECA): Normal vascular anatomy is present. No dural fistula or aneurysm seen.

Right Internal Cerebral Artery (R ICA): Normal vascular anatomy is present without evidence of aneurysm, early venous filling structure, or arteriovenous malformation. Prominent P-comm seen.

Right Vertebral Artery (R Vert): Right vertebral artery is the dominant vessel. Rt PICA, bilateral AICA, superior cerebellar and posterior cerebral arteries have a normal appearance without evidence of aneurysm, early venous filling structure, or arteriovenous malformation.

Left Internal Cerebral Artery (L ICA): Normal vascular anatomy is present without evidence of aneurysm, early venous filling structure, or arteriovenous malformation.

Left Vertebral Artery (L Vert): Left vertebral artery is small in caliber. Normal vascular anatomy is present without evidence of aneurysm, early venous filling structure, or arteriovenous malformation.


INTERVENTION:
None.

Lee, Evan E (MRN 040457976)     CONFIDENTIAL

```
IMPRESSION
IMPRESSION:
1.  No arteriovenous malformation, aneurysm, or dural fistula on the
left.
2.  Small dural fistula seen at the right side which is being supplied
by a small transmastoid branch of the right occipital artery with venous
drainage into the right transverse sinus.


A "PRELIMINARY" report was made available via EPIC at the time of
dictation by the resident indicated below. If described as  "FINALIZED"
it indicates the attending/staff radiologist below has reviewed the
images and agrees with the report.

Dictated By: Adham Shoujaa MD, 3/19/2022 4:29 PM

I have reviewed the study and agree with the findings in this report.

Signed By: Amar Amaresh MD, 3/21/2022 12:43 PM
```

Specimen Collected: 03/19/22 15:02      Last Resulted: 03/21/22 12:43

🗐 Order Details    ⤷ View Encounter    ⩗ Lab and Collection Details    ↱ Routing    ↻ Result History

## Result Care Coordination

   🗩 Patient Communication

🖅 Not Released                 ✘ Not seen

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Amaresh, Amar, MD | Mar 21, 2022 | Amaresh, Amar, MD | Mar 21, 2022 | 12:43 PM | | Mar 21, 2022 |
| Shoujaa, Adham B, ResidentMD | Mar 21, 2022 | | | | | Mar 21, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Hospital Performed |

## Collection Information

Specimen ID: 16833242
Collected: 3/19/2022 3:02 PM        Resulting Agency: SMS

## Order Providers

EVAN ERMAYNE LEE [DIC]       **Ex. 9 134**
PLAINTIFF [SPN 023588442]

Lee, Evan E (MRN 040457976)          CONFIDENTIAL

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#442349 Amaresh, Amar, MD | None | ID#442349 Amaresh, Amar, MD |

## Encounter

View Encounter

## All Reviewers List

Gopinath, Shankar P, MD on 3/24/2022 08:59

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/19/2022 | 4C Neuro ICU (4CNI) BT | Ho, Trung D | Amaresh, Amar, MD |

## Order Report

PLACE CATH CAROTD ART (Order #377539751) on 3/19/22

No screening form exists for this order.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

## PACS Images

(Link Unavailable) Show images for XRAY CHEST 1 VIEW

## Patient Information

| Patient Name | Legal Sex | DOB |
| --- | --- | --- |
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 🔗 XRAY CHEST 1 VIEW: Patient Communication

📠 Not Released                              ✖ Not seen

# Results

XRAY CHEST 1 VIEW (Order 377600103)

## Result Information

| Result Date and Time | Status | Provider Status |
| --- | --- | --- |
| 3/20/2022 11:14 PM | Final result | Open |

### XRAY CHEST 1 VIEW

Order: 377600103

Status: **Final result**   Visible to patient: **No (not released)** Next appt: **None** Dx: Trauma

#### Details

| Reading Physician | Reading Date | Result Priority |
| --- | --- | --- |
| Tudor, James, MD | 3/20/2022 | |
| 📞713-873-2000 | | |
| Rose, Nicholas B, ResidentMD | 3/20/2022 | |
| 📞713-873-2170 | | |

Narrative & Impression
EXAM: XRAY CHEST 1 VIEW

INDICATION: post intubation

COMPARISON: Chest CT 3/18/2022, chest radiograph 9/19/2014

FINDINGS:

TUBES and LINES: ET tube projects over the lower thoracic trachea.

LUNGS/PLEURA: Lungs are not well inflated. Right upper lobe atelectasis.
No pleural effusion or pneumothorax.

HEART AND MEDIASTINUM: The cardiac silhouette size is normal.

BONES AND SOFT TISSUES: No acute osseous lesion. Soft tissues are
unremarkable.

UPPER ABDOMEN: No free air under the diaphragm. Gaseous distention of
the stomach.

IMPRESSION
IMPRESSION:

Lee, Evan E (MRN 040457976)                    CONFIDENTIAL

1.  Right upper lobe atelectasis

2.  Prominent gaseous distention of the stomach.

3. ET tube projects over the lower thoracic trachea.

If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's
interpretation.

Dictated By: Nicholas Rose MD, 3/20/2022 10:24 PM

I have reviewed the study and agree with the findings in this report.

Signed By: James Tudor MD, 3/20/2022 11:14 PM

Specimen Collected. 03/20/22 22:15          Last Resulted: 03/20/22 23:14

⤵ Order Details    ⤳ View Encounter    ⚕ Lab and Collection Details    ⇲ Routing

⟲ Result History - Result Edited

## Result Care Coordination

⚲ Patient Communication

🔲 Not Released                              ✕ Not seen

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Tudor, James, MD | Mar 20, 2022 | Tudor, James, MD | Mar 20, 2022 | 11:14 PM | | Mar 20, 2022 |
| Rose, Nicholas B, ResidentMD | Mar 20, 2022 | | | | | Mar 20, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: | 16834458 | |
|---|---|---|
| Collected: | 3/20/2022 10:15 PM | Resulting Agency: SMS |

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#439814 Tudor, James, MD |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]          **Ex. 9 137**          Printed by Meave, Alexander at 3/27/22 4:43 PM     000067      Page 2 of 3

## ☊ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/20/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

XRAY CHEST 1 VIEW (Order #377600103) on 3/20/22

No screening form exists for this order.

PLAINTIFF [SPN 02388442]
000068

Lee, Evan E (MRN 040457976)          CONFIDENTIAL          Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

**Sharma, Himanshu, ResidentMD**          H&P   ⚠ 📖          Date of Service: 3/18/2022  9:50 AM
Resident                                  Addendum
BT Neurosurgery

## Neurosurgery History & Physical

**Location:** Shock room
**Time of page:9:41 AM**
**Time patient seen: 9:47 AM**
**Disposition: 10:07 (time of scan)**

**Informant:** Emergency Medical Services
**Reason for Consult:** Acute trauma

**History Present Illness:**
31y.o. male presenting as transfer from St. Joseph's reportedly found down with
subdural hematoma.

**Past Medical History:**  Per chart review, bipolar vs. Schizoaffective, diabetes (type 1),
hypertension, hyperlipidemia

**Past Surgical History:**  unknown

**Medications:**  unknown

**Allergies:**  unknown

**Family History:** unknown

**Social History:**  unknown

**Exam**
Vitals: Heart Rate 70s, Blood Pressure 140s, Respiratory Rate 16

General:
Head & Neck:              No scalp lacerations, C-collar in place
Cardiovascular:           Tachycardiac, regular rhythm
Pulmonary:                Unlabored respirations
Abdomen:                  Non-distended
Extremities:              Warm, well perfused

Eyes- eyes open spontaneously (4)
          Pupils- 3 mm and reactive bilaterally
Verbal- Incomprhensible noises (2)

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

**Ex. 9 139**

Motor- Localizing left upper, withdrawing bilateral lowers, right upper with minimal movement (5)

Total Glasgow Coma Scale:  11

**Labs:**
Labs pending

**Imaging:**
Pending

**Assessment/Plan:**
31y.o. male presenting as a transfer from OSH reportedly found down with subdural hematoma, GCS 11

-CTH and CT C spine stat
-Further recommendations pending imaging

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 18, 2022 9:53 AM

**Addendum:**
CT head with 1.1 cm left sided acute subdural hematoma with very mild local mass effect and minimal midline shift. POCT glucose 46. Will admit to NICU for close neuromonitoring, repeat CT Head in 4 hours

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 18, 2022 10:19 AM

**Addendum:**
Outside disc with patient uploaded and reviewed; CTH overall stable from prior imaging obtained at 6:42 AM


Electronically signed by Sharma, Himanshu, ResidentMD at 3/18/2022 10:41 AM


ED to Hosp-Admission (Current) on 3/18/2022        *Note shared with patient*

# Lee, Evan E

MRN: 040457976

McGinnis, John, ResidentMD          Discharge Summary  ⚠ 💌
Resident                            Addendum
BT Neurosurgery

Date of Service: 3/22/2022  7:21 PM

## Neurosurgery Death Summary

**Date of Admission:** 3/18/2022
**Time of Death:** 3/22/2022 17:40 (time)

**Admitting Diagnosis:** Left acute subdural hematoma; right sided dural AV fistula
**Discharge Diagnosis:** Left acute subdural hematoma; right sided dural AV fistula; brain death
**Admitting Attending:** Shankar P. Gopinath, MD
**Discharge Attending:** Shankar P. Gopinath, MD

**Procedures:**
3/19 diagnostic cerebral angiogram

**Consults:**
IP CONSULT TO INTERVENTIONAL RADIOLOGY

**History of Present Illness:**
Evan E Lee is an 31y.o. male with history of hypertension, type 1 diabetes, found down in jail with no collateral history. GCS 11 on arrival, with possible right upper extremity focal seizure activity. CT head showed a 1.1 cm left-sided acute subdural with minimal midline shift, glucose of 46. He was admitted to the neuro ICU for close monitoring. Interval imaging demonstrated stability of the subdural hematoma and exam remained reassuring, thus conservative management was pursued.

Due to no clear history of trauma, nor external signs of trauma, vascular imaging was pursued for concerns for underlying vascular lesion. He underwent a diagnostic cerebral angiogram showing a small right dural arteriovenous fistula coming off a branch of the right occipital artery, draining into the transverse sinus. No clear vasculare lesion on the left side was identified.

Neurological exam remained poorer than expected, oriented to person only and localizing/mimicking.

The evening of 3/20, he became acutely unresponsive, hypertensive to 190s, tachycardic to 140s, diaphoretic, though without gaze deviation. He was minimally withdrawing in all extremities, only groaning to pain. There was concern for seizure activity, which was treated empirically. He entered atrial fibrillation with rapid ventricular response on EKG and subsequently had a desaturation event. He was emergently

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]    00007 1

Lee, Evan E (MRN 040457976)          CONFIDENTIAL              Encounter Date: 03/18/2022

intubated for airway protection and stabilized. Afterwhich, CT head was obtained which remained largely stable. Continuous EEG was initiated for concern for seizure activity but showed minimal electrical activity and no seizures. Exam remained poor, thus CTA was performed to rule out acute large vessel occlusion. MRI was ordered, but unable to be obtained as the patient required high dose pressor support, precluding stability for transport to MRI.  Unfortunately, despite aggressive resuscitation and evaluation, his exam progressed to brain death.

His neurological and clinical status was discussed with family, who was notified that brain death testing would be performed. Brain death testing, including apnea test, was performed on 3/22 and its results were consistent with brain death.

**Exam on Admission:**
Vitals: Heart Rate 70s, Blood Pressure 140s, Respiratory Rate 16

General:
Head & Neck:                    No scalp lacerations, C-collar in place
Cardiovascular:         Tachycardiac, regular rhythm
Pulmonary:              Unlabored respirations
Abdomen:                Non-distended
Extremities:            Warm, well perfused

Eyes- eyes open spontaneously (4)
         Pupils- 3 mm and reactive bilaterally
Verbal- Incomprhensible noises (2)
Motor- Localizing left upper, withdrawing bilateral lowers, right upper with minimal movement (5)

Total Glasgow Coma Scale:  11

**Exam on Discharge:**
Eyes closed
Pupils 5 and fixed
Intubated, not overbreathing the ventilator
No motor response to noxious stimuli
Absent corneal reflexes
Absent gag
Absent cough
Absent oculocephalic reflex
No eye movements with cold calorics

JP McGinnis, MD, PhD
Neurosurgery Resident
03/22/22 7:42 PM

Cosigned by: Cruz-Navarro, Jovany, MD at 3/23/2022  7:27 AM
Electronically signed by Cruz-Navarro, Jovany, MD at 3/23/2022  7:27 AM

ED to Hosp-Admission (Current) on 3/18/2022          *Note shared with patient*

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

# Lee, Evan E

MRN: 040457976

**Sharma, Himanshu, ResidentMD**
Resident
BT Neurosurgery
Date of Service: 3/22/2022  5:16 PM

Progress Notes  ⚠ 🔖
Attested Addendum

Attestation signed by Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM

## TEACHING PHYSICIAN PROCEDURE NOTE

I was present for this entire procedure: apnea test with the resident, Dr. Sharma on this date: 3/22/2022.

Results for LEE, EVAN E (MRN 040457976) as of 3/22/2022 18:51

|  | 3/22/2022 17:12 | 3/22/2022 17:24 | 3/22/2022 17:34 |
|---|---|---|---|
| pH, Art POC | 7.33 (L) | 7.39 | 7.10 (LL) |
| pCO2,Art POC | 43.2 | 40.5 | 85.3 (HH) |
| pO2, Arterial POC | 104 | 266 (H) | 316 (H) |
| HCO3, Art POC | 23 | 24 | 27 (H) |
| TCO2, ART POC | 24 | 26 | 29 |
| % Sat, Art POC | 98 | 100 | 100 |
| Base Def Art POC | -3 | -1 | -3 |
| Allen Test | INA | INA | INA |
| Sample Type | IART | IART | IART |
| Site | ARTLIN | ARTLIN | ARTLIN |
| O2 Delivery Device | IVENT | IVENT | NASCAN |
| FiO2 | 40 | 100 |  |
| MODE | SIMV | SIMV |  |
| f | 14 | 14 |  |
| Vt | 430 | 430 |  |
| Pressure Support | 10 | 10 |  |
| PEEP | 5 | 5 |  |
| FLOW |  |  | 10 |

Neurologic exam and apnea test consistent with brain death.

Time of death: 5:40 PM on March 22nd, 2022.

Jovany Cruz-Navarro, MD
March 22, 2022 6:52 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02986442]

Lee, Evan E (MRN 040457976) Printed by Meave, Alexander [166457] at 3/27/22 4:44 PM Page 1 of 2

000074

CONFIDENTIAL

Neurosurgery Note

**Patient identity confirmed using name, date of birth, and MRN.**

Patient's exam as follows:

Pupils 5mm, non reactive bilaterally
No corneal reflex bilaterally
No cough, gag
No oculocephalic reflex
No vestibulo-ocular reflex bilaterally
No movement in any extremity to stimulus
Patient is not breathing above the ventilator

Exam is consistent with brain death. Patient has a mechanism consistent with this exam (severe traumatic brain injury). Patient is normothermic, normotensive, no extreme electrolyte abnormalities.

Will proceed with apnea test.

Apnea test initiated at 17:20. Patient pre-oxygenated on 100% FiO2 for at least 10 minutes prior to testing.

Baseline:
Ph 7.33 PCO2 43.2, PO2 104

Starting ABG:
Ph 7.39   PCO2 40.5   PO2 266

ABG at 10 minutes:
Ph 7.10   PCO2 85.3   PO2 316

Apnea test confirms increase in PCO2 of 20 mmHg and PCO2>60 mmHg. Patient without dropping saturations, hypoxia, or hemodynamic instability throughout the apnea test. Apnea test is consistent with brain death.

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 22, 2022 5:38 PM

Cosigned by: Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM
Electronically signed by Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM

ED to Hosp-Admission (Current) on 3/18/2022        *Note shared with patient*

EVAN ERMAYNE LEE [PHC]
PLAINTIFF [SPN 02388442]
Ex. 9 145
000075

# Lee, Evan E

MRN: 040457976

**Badawood, Lojain M, ResidentMD**
Resident
BT Surgery Acute Care
Date of Service: 3/18/2022 9:54 AM

Consults ⚠ 💌
Addendum

## BT ACUTE CARE SURGERY
## TRAUMA CODE 2

**HPI:** Evan E Lee is a 31y.o. male w/ no known PMHx who presents to the BTEC as a Code 2 s/p being found down in jail. Unknown circumstances, no external signs of trauma, taken to St. Joseph's initially, CT head showed subdural hematoma. GCS 11-13, mental status changing per EMS
Initially hypertensive to 190's, given labetalol x2
EMS intervention prior to arrival included: see Ambulance Run Sheet

**PMH:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Allergic | 2004 |
| • Bipolar 2 disorder | 2007 |
| • Diabetes | 1992 |
| *type 1 since age 2* | |
| • Tobacco abuse | 2002 |

**PSH:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX MOUTH SURGERY | | 2000 |
| *Mouth Surgery* | | |
| • PICC PLACEMENT BY PICC TEAM | | 7/11/2014 |

**SOC:UTO dt AMS**

**MEDS:**
No outpatient medications have been marked as taking for the 3/18/22 encounter (Hospital Encounter).

**ALL:**
**Allergies as of 03/18/2022 - Fully Assessed 01/31/2022**

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)    CONFIDENTIAL    Encounter Date: 03/18/2022

| Allergen | Reaction | Noted |
|---|---|---|
| • Amlodipine | | 06/11/2009 |
| • Peanut | | 06/11/2009 |

**Visit Vitals**
Smoking Status        Current Every Day Smoker

**PHYSICAL EXAM:**
**Gen:** moving all extremities, localizing to pain, VSS NAD
**GCS:**  Eyes: Spontaneous= 4; Motor: Localizes pain= 5; Verbal: Incomprehensible speech= 2
     **GCS Total:** 11
**C/T/L-Spine:** Absent TTP, no obvious stepoffs or deformities
**HEENT:**
- No lacerations / abrasions / hematomas
- PERRL, EOMI
- Nares w/o blood or obvious deformity / stepoff / crepitus
- Oropharynx clear w/o blood
- B/L TMs / ears w/o blood or drainage
**Neck**: C- collar intact. Trachea appears midline, no external signs of neck trauma, no lacerations or abrasions
**Chest**: No obvious abrasions, no chest wall tenderness, no obvious deformities / stepoffs / crepitus, no c/f flail chest
**CV**: Regular rate and rhythm
**Lungs**: CTAB
**Abd**: NT/ND, soft, no rebound/guarding
**Pelvis**: stable
**Genitals**: No external signs of trauma, no blood at urethral meatus
**Rectal**: Sphincter tone intact, no gross blood. + stool incontinence
**Ext**: no gross deformities
**Vasc**:
- BUE 2+ Radial
- BLE 2+ Fem / DP / PT

**A/P:** Evan E Lee is a 31y.o. male w/ PMHx unknown presenting to BTEC as Code 2 s/p found down in jail, tx from St Joe's for subdural, primary survey w/ ABCs intact  and GCS 15, secondary survey notable for no external signs of trauma

- Shock room CXR to assess for mediastinal/lung injury
- Pelvic XR to assess for fractures / malalignment
- CT Head/C-Spine to assess for intracranial/neck injury
- CT C|A|P
- Consult(s): NA
- Anticipated procedures: NA

- Dr. Arsalan present for Code 2

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02806742]
**Ex. 9 147**
Printed by Meave  Alexander [166457] at 3/27/22 4:45 PM 000073 Page 2 of 4

Lee, Evan E (MRN 040457976)                    CONFIDENTIAL                    Encounter Date: 03/18/2022

**Lojain Badawood MD**
Emergency Medicine PGY2
Harris Health ID: 440411
9:54 AM March 18, 2022
Baylor College of Medicine

--------------------
**ADDENDUM**
--------------------

Imaging Results:
    Head CT:

1. No new acute intracranial abnormalities.
2. No changes compared to the head CT on 3/18/2022 at 0642 hours.
3. An acute left hemispheric subdural hematoma continues to result in subtle uncal herniation and 3 mm subfalcine shift from left to right.

Cervical Spine:
1. No acute abnormalities.
2. Specifically, no fractures.
3. Cannot adequately assess for ligament, spinal cord or vascular injuries.
4. Mild degenerative changes

CTCAP:
1. There are few, diminutive air foci just posterior to the manubrium and in the soft tissues anterior to the manubrium without radiographic evidence of sternal or clavicular injury. This may represent an occult sternal injury or transient disruption of the clavicular notch. Careful correlation with clinical findings suggested.
2. Otherwise, no acute abnormalities in the chest, abdomen, or pelvis.

-Admitted to NSGY ICU

We have left the patient in the care of the EC team to follow up on remaining studies, final reads, and consults as well as to perform repeat assessment prior to deciding on disposition. Please call us if there are questions about the management or new findings disclosed on imaging/repeat assessment. Also, if the patient is being admitted to another service, please let our team know, so that we may assess the patient, confirm suitability to go to another service, and complete a tertiary survey (repeat assessment) in 12-24 hours. Thank you.

Cosigned by: Vera, Roberto M, MD at 3/18/2022  4:59 PM

Electronically signed by Vera, Roberto M, MD at 3/18/2022  4:59 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 023588442]
**Ex. 9 148**

ED to Hosp-Admission (Current) on 3/18/2022    *Note shared with patient*

# Lee, Evan E

MRN: 040457976

---

**Sharma, Himanshu, ResidentMD**
Resident
BT Neurosurgery

Progress Notes ⚠ 🖾
Addendum

Date of Service: 3/18/2022 10:29 AM

---

### Neurosurgery ICU Progress Note
### 3/18/2022

**Patient:**      **Evan E Lee**
**MRN:**         **040457976**
**Bed:**          **BT CRITICAL CARE 04/CC 04**
**Admit Date: 3/18/2022  9:43 AM Hospital LOS: 0 days**

**Patient identity confirmed using name, date of birth, and MRN.**

**Problem List:**
**Left acute subdural hematoma**
**Type 1 diabetes mellitus**
**Hypertension**

Events Timeline:
**3/18 - Admitted to NICU**

Interval Events:
No acute events since admission

Vitals:

**Vitals:**

|  | 03/18/22 0945 | 03/18/22 0950 | 03/18/22 0955 | 03/18/22 1015 |
|---|---|---|---|---|
| BP: | 143/91 | (!) 153/100 | (!) 149/96 |  |
| Pulse: | 87 | 91 | 88 | 88 |
| Resp: | 18 | 18 | 18 | 18 |
| Temp: |  | 98.2 °F (36.8 °C) |  |  |
| SpO2: | 97% | 98% | 97% | 95% |
| Weight: | 176 lb 5.9 oz (80 kg) |  |  |  |
| Height: | 5' 10" (1.778 m) |  |  |  |

Temp  Avg: 98.2 °F (36.8 °C)  Min: 98.2 °F (36.8 °C)  Max: 98.2 °F (36.8 °C)
Pulse  Avg: 88.5  Min: 87  Max: 91
Systolic (24hrs), Avg:148 , Min:143 , Max:153

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Diastolic (24hrs), Avg:96, Min:91, Max:100

Resp  Avg: 18  Min: 18  Max: 18
SpO2  Avg: 96.8 %  Min: 95 %  Max: 98 %

Intake/Output Summary (Last 24 hours) at 3/18/2022 1029
Last data filed at 3/18/2022 0945

| | Gross per 24 hour |
|---|---|
| Intake | 0 ml |
| Output | 200 ml |
| **Net** | **-200 ml** |

## Physical Examination:
**General:**   No acute distress, C-collar in plce
**Pulmonary:** Respirations unlabored
**CV:**        Normal rate, regular rhythm
**Abd:**       Non-distended

**Neuro:**
**E -**   Eyes open spontaneously
          **Pupils:** 3 mm and bilaterally reactive

**V -**   Confused, refuses to answer orientation questions, intermittently following
          commands to stick out tongue

**M -**   Briskly moving all four extremities purposefully, volitionally refusing to follow in
          his extremities.

## Labs:
**CBC:**
**WBC**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 03/18/2022 | 10.3 | 4.5 - 12.0 10*3/uL | Final |
| 12/13/2014 | 6.5 | 4.5 - 12.0 K/uL | Final |

**Hemoglobin**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 03/18/2022 | 11.7 (L) | 14.0 - 18.0 g/dL | Final |
| 12/13/2014 | 12.3 (L) | 14.0 - 18.0 g/dL | Final |

**Hematocrit**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 03/18/2022 | 35.1 (L) | 40.0 - 54.0 % | Final |
| 12/13/2014 | 38.9 (L) | 40.0 - 54.0 % | Final |

**BMP:**

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

## CO2

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 24 | 21 - 32 mmol/L | Final |

## Chloride

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 94 (L) | 98 - 107 mmol/L | Final |

## Sodium

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 133 (L) | 136 - 145 mmol/L | Final |

## Potassium

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 4.4 | 3.50 - 5.10 mmol/L | Final |

## BUN

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 22 (H) | 7 - 18 mg/dL | Final |

## Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 0.8 | 0.6 - 1.3 mg/dL | Final |

## Glucose

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/20/2014 | 394 (H) | 70 - 99 mg/dL | Final |

## PT/INR:
No results found for: INR, PT, PTT

## Medications
Scheduled:
- levETIRAcetam (KEPPRA) infusion    2,000 mg    Intravenous    once
- dextrose 50 %
- hydroCHLOROthiazide    25 mg    Oral    daily
- insulin glargine    26 Units    Subcutaneous    2x daily
- isosorbide mononitrate    30 mg    Oral    qam
- lisinopriL    20 mg    Oral    daily
- metoprolol succinate    50 mg    Oral    daily
- famotidine    20 mg    IV Push    q12h
- docusate sodium    200 mg    Oral    2x daily

Lee, Evan E (MRN 040457976)          CONFIDENTIAL          Encounter Date: 03/18/2022

| | | | |
|---|---|---|---|
| • polyethylene glycol 3350 | 17 g | Oral | qam |
| • levETIRAcetam (KEPPRA) infusion | 1,000 mg | Intravenous | q12h |

**PRN:**
Insert and maintain peripheral IV **AND** saline, acetaminophen, ondansetron, glucose, dextrose 50 %, insulin regular (HumuLIN R) injection, insulin regular (HumuLIN R) injection

**Imaging:**
**CT Head** with 8 mm left acute subdural hematoma with mild local mass effect, minimal midline shift

**Assessment/Plan:** Evan E Lee is an 31y.o. male with history of hypertension, type 1 diabetes, found down in jail with no collateral history. GCS 11 on arrival, with possible right upper extremity focal seizure activity

**Neuro:**
**# Subdural hematoma**
**# Seizure**
- Monitor neuro exam
- Pain and nausea control
- Repeat CT Head at 4 hours
- Keppra 2g load followed by 1 g BID

**CV:**
- Maintain normotension; SBP < 180
- Continue home antihypertensives given hypertension > 180 on arrival

**Pulmonary:**
- Aggressive pulmonary toilet
- Encourage incentive spirometry

**Heme/ID:**
- Monitor for fever and leukocytosis
- Defer lovenox for dvt ppx due to intracranial bleeding risk

**Renal:**
- Monitor BUN, Cr, and Urine Output
- Voiding spontaneously

**FEN/GI:**
**#Diabetes, Type 1**
- NPO + mIVF (D5W-NS +K)
- Scheduled insulin + Insulin sliding scale
- Appreciate endocrinology recommendations

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

- Replete electrolytes PRN
- Continue bowel regimen

**Proph: SCD, pepcid, defer lovenox**

**Consult: Endocrinology**

**Justification for ICU care:**
**Trauma and/or critical care management**

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 18, 2022 10:29 AM

Electronically signed by Sharma, Himanshu, ResidentMD at 3/18/2022 11:17 AM

ED to Hosp Admission (Current) on 3/18/2022          *Note shared with patient*

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 154
Lee, Evan E (MRN 040457976) Printed by Meave, Alexander [166457] at 3/27/22 4:45 PM   Page 5 of 5
000084

Lee, Evan E (MRN 040457976)          CONFIDENTIAL          Encounter Date: 03/18/2022

## Lee, Evan E

MRN: 040457976

**Williams-Perez, Sophia, ResidentMD**          Progress Notes  ⚠ 📧
Resident                                        Signed
BT Surgery Acute Care

Date of Service: 3/18/2022 11:40 PM

### ACS Brief Progress Note

Evan E Lee is a 31y.o. M w/ PMH T1DM, HTN, bipolar disorder, schizophrenia presenting to BTEC on 3/18/22 as Code 2 s/p being found down in jail. Unknown circumstances, no external signs of trauma, taken to St. Joseph's initially, CT head showed subdural hematoma. GCS 11-13, mental status changing per EMS. Transferred to BT 2/2 SDH and for higher level of care. Repeat CTH here at 1024 demonstrated acute 8mm wide hyperdense L hemispheric SDH with subtle uncal herniation that was unchanged when compared to imaging from St. Joseph's. Second repeat at 1605 demonstrated stable findings. Pt is admitted to NICU for close neuro monitoring.

CT c/a/p obtained upon arrival demonstrated "few, diminutive air foci just posterior to the manubrium and in the soft tissues anterior to the manubrium without radiographic evidence of sternal or clavicular injury." Initial eval in EC reported no chest wall tenderness. Went to bedside to re-assess for any evolving injury at ~2300 on 3/18. Patient was minimally interactive with exam, kept head covered by blanket and readjusting blanket, mumbling little speech in response to questions. Performed sternal rub and patient did not verbally complain or react to the noxious stimuli, notably did continue to readjust throughout exam and did say a few inaudible words but did not overtly appear to have pain with sternal palpation/rub.

Unable to complete full tertiary assessment at this time 2/2 patient low interaction. Will attempt later.

**Sophia Williams-Perez, MD**
PGY-1 General Surgery
Baylor College of Medicine
HHI: 441282

Electronically signed by Williams-Perez, Sophia, ResidentMD at 3/19/2022 12:29 AM

ED to Hosp-Admission (Current) on 3/18/2022     *Note shared with patient*

EVAN ERMAYNE LEE [DIC]          **Ex. 9 155**
PLAINTIFF [SPN 025884426] Printed by Meave, Alexander [166457] at 3/27/22 4:46 PM     Page 1 of 1
000083

# Lee, Evan E

MRN: 040457976

---

**Sharma, Himanshu, ResidentMD**          Progress Notes  ⚠ 📖
Resident                                  Addendum
BT Neurosurgery

Date of Service: 3/20/2022 10:03 PM

Brief Neurosurgery Progress Note

Informed that patient had acute decrease in mental status, becoming unresponsive, with minimal movements during the day.

On exam, patient noted to be hypertensive to 190s, tachycardic to 140s, and newly diaphoretic, though not febrile. Pupils 2 mm and sluggishly reactive without gaze deviation, minimal withdrawal to stimulus in all 4 extremities, groans to pain only. Notably, hypertension during day, not responsive to IV antihypertensives.  Rhythm transitioned from sinus tachycardia to Afib with RVR on EKG. Labetalol and ativan given, with good response in tachycardia, hypertension, diaphoresis. Respiratory rate decreased with concomitant decrease in mentation and ability to protect airway. Anesthesia paged, and patient intubated at bedside. Patient taken to CT for STAT CT Head which demonstrated unchanged findings from prior. Patient loaded with Keppra, and cEEG ordered, discussed with neurology who approved EEG to be placed overnight. Will continue to monitor

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 20, 2022 10:15 PM

Electronically signed by Sharma, Himanshu, ResidentMD at 3/24/2022 11:26 AM

ED to Hosp-Admission (Current) on 3/18/2022          *Note shared with patient*

EVAN ERMAYNE LEE [DIC]          Ex. 9 156
PLAINTIFF [SPN 02388442]          000080

# Lee, Evan E

**Kengen, Abhishek, ResidentMD**          Procedures
Resident                                   Cosign Needed
BT Neurology

Date of Service: 3/21/2022  1:18 AM

## VIDEO EEG Baseline report for Ben Taub Hospital

NAME: Lee, Evan
DATE OF EEG: 3/21/2022
DATE OF REPORT: 3/21/2022
MRN: 040457976
EEG: 22-220
Start time: 12:12 am
Stop time: 12:33 am
ICD-10: R56.9
CPT Code: baseline

HISTORY: 31 years old male with T1DM, HTN, Bipolar disorder, Schizophrenia.  He was found down in jail and imaging at an outside hospital showed a subdural hematoma.

MEDICATIONS THAT COULD AFFECT THE EEG: Levetiracetam

TECHNICAL SUMMARY: This is a Nihon Kohden digital Video-EEG recorded with 32 input channels reviewed with bipolar and referential montages using the modified combinatorial system nomenclature.


DESCRIPTION OF RECORD:

BACKGROUND: The background is severely suppressed (<5 uV), there is no apparent posterior dominant rhythm. Reactivity and state changes are absent.

SLEEP: Stage 2 sleep was not seen.

VIDEO EVENTS: No seizures or other events were seen.

HV: Hyperventilation was not performed.

PHOTIC STIMULATION: Photic stimulation was done from 1-33 Hz.  Photic driving was not observed.  There were no photo paroxysmal responses seen.

ELECTROCARDIOGRAM EVENTS: Normal Sinus Rhythm

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000087

IMPRESSION: Abnormal coma EEG
          Background suppression, unreactive

CLINICAL CORRELATION: This video EEG is an abnormal coma EEG with severe
background suppression indicating severe degree of encephalopathy due to global
cerebral dysfunction secondary to unclear etiology likely toxic, metabolic or medication
induced. An EEG without epileptiform discharges does not exclude the possibility of
epilepsy.  If the clinical suspicion of epilepsy remains, consider additional EEG
recordings.


Abhishek Kengen
Clinical Neurophysiology fellow
Electronically signed by Kengen, Abhishek, ResidentMD at 3/21/2022  1:19 AM


ED to Hosp Admission (Current) on 3/18/2022

Lee, Evan E (MRN 040457976)                    CONFIDENTIAL                    Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

---

**Seo, Jung M, ResidentMD**
Resident
BT Neurology

Progress Notes ⚠️ 📧
Attested Addendum

Date of Service: 3/21/2022  2:30 AM

---

Attestation signed by Pleitez, Milvia Y, MD at 3/26/2022  3:20 PM

I personally interviewed and examined Evan E Lee with the resident, Dr. Shou.  I have reviewed the care provided by the resident, including the patient's medical history, the resident's findings on the physical examination, pertinent labs, pertinent radiologic findings and the patient's diagnosis and treatment  plan.  I agree with the resident's findings, assessment and plan as documented. The case was discussed in detail with the resident and the neurology team.

---

**Neurology Consult Note**
**History & Physical**

Patient Name: Evan E Lee        Age: 31y.o.        Sex: male
MRN: 040457976
Date of Admission: 3/18/2022  9:43 AM
Hospital Day: 4 (LOS 3)
Date of Consultation: 3/21/2022
Requesting Service: Neurosurgery
Reason for Consult: **AMS**

## SUBJECTIVE

### History of Present Illness

Evan E Lee is a 31y.o. with DM, HTN, bipolar disorder, schizophrenia who was found down in jail and found on imaging to have SDH. Initially when he was admitted on 3/18, per the notes he was awake but altered - made incomprehensible noises and was moving all extremities spontaneous (GCS 11). He was found down in jail for unclear reasons but was admitted to NICU due to SDH seen on CT non-con. He was doing about the same until 10pm on 3/20 (Sunday) when he suddenly became hypertensive to 190s, tachycardic to 140s, diaphoretic, drastic neuro exam change with pupils pinpoint, very sluggish reactive and minimal withdrawal to stimulus in all 4 extremities. He went into Afib w/RVR and labetalol and Ativan were given for his symptoms with improvement in vitals and overall symptoms. His RR decreased with worsening mentation so he was intubated for airway protection and taken to CT for STAT CTH non-con which demonstrated unchanged findings from prior. He was loaded with Keppra and cEEG was ordered. Neurology was consulted for further assistance. On exam, he was found to be unresponsive to any stimuli even though he was not on any sedation while being intubated.

### Review of Systems

Unable to obtain ROS as patient is intubated and is comatose

---

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Allergic | 2004 |
| • Bipolar 2 disorder | 2007 |
| • Diabetes | 1992 |
|    *type 1 since age 2* | |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
**Ex. 9** 159
000089

- Tobacco abuse                                                              2002

**Past Surgical History:**
Procedure                                          Laterality        Date
- HX MOUTH SURGERY                                                   2000
  *Mouth Surgery*
- PICC PLACEMENT BY PICC TEAM                                        7/11/2014


**Allergies**
Allergen                                          Reactions
- Amlodipine
- Peanut

**Current Facility-Administered Medications on File Prior to Encounter**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • [MAR Hold - Suspended Admission] Insulin glargine (Semglee) 100 unit/mL injection | 10 Units | Subcutaneous | Q12H (Insulin) - Non KOP (Nurse-administered) | Culpepper, Chantal, MD | | 10 Units at 03/18/22 0300 |
| • [MAR Hold - Suspended Admission] Insulin REGULAR (NovoLIN R, HUMULIN R) 100 unit/mL injection | 3 Units | Subcutaneous | Q12H (Insulin) - Non KOP (Nurse-administered) | Culpepper, Chantal, MD | | 3 Units at 03/18/22 0300 |

**Current Outpatient Medications on File Prior to Encounter**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 mg tablet | Take 1 tablet by mouth daily. | 30 tablet | 0 |
| • isosorbide mononitrate (IMDUR) 30 mg extended release tablet | Take 1 tablet by mouth every morning. | 30 tablet | 0 |
| • insulin glargine (LANTUS) 100 unit/mL injection | Inject 20 Units under the skin 2 times daily. | 40 mL | 1 |
| • INSULIN SYRINGE 1mL/30GX5/16" (ULTRA COMFORT) syringe-needle | Use to inject insulin Use q day as directed. Use a new syringe each time. | 10 Box | 12 |
| • metoprolol (TOPROL XL) 50 mg extended release tablet | Take 1 tablet by mouth daily. | 30 tablet | 1 |
| • hydrochlorothiazide (HYDRODIURIL) 25 mg tablet | Take 1 tablet by mouth daily. | 90 tablet | 1 |
| • insulin lispro (HUMALOG) 100 unit/mL injection | Inject 10 Units under the skin 2 times daily. | 30 mL | 1 |
| • metFORMIN (GLUCOPHAGE) 500 mg tablet | Take 1 tablet by mouth 2 times daily (with meals). | 30 tablet | 0 |
| • ENALAPRIL MALEATE OR | Take by mouth. | | |
| • blood glucose meter (PRECISION XTRA GLUCOMETER) | Use as directed. | 1 Kit | 0 |
| • blood glucose (PRECISION XTRA TEST STRIPS) test strips | Check your blood glucose level 3 times a day. | 50 Each | 3 |

EVAN ERMAYNE LEE [DJC]
PLAINTIFF [SPN 02388442]

000090

| | | | |
|---|---|---|---|
| • LANCETS | Check your blood glucose level 3 times a day. | 1 Box | 1 |
| • insulin glargine (LANTUS SOLOSTAR) 100 unit/mL (3 mL) InPn | Inject 26 Units under the skin 2 times daily. | 220 mL | 0 |
| • insulin lispro, Human, (HUMALOG KWIKPEN) 100 unit/mL pen | Inject 10 Units under the skin 2 times daily. | 84 mL | 0 |
| • clotrimazole (LOTRIMIN) 1 % topical cream | Apply to affected area 2 times daily. | 30 g | 0 |

**Social History**

Tobacco Use
 • Smoking status:         Current Every Day Smoker
      Packs/day:          0.25
      Years:              10.00
      Pack years:         2.50
      Types:              Cigarettes
 • Smokeless tobacco:      Never Used
Substance Use Topics
 • Alcohol use:            No
      *Comment: occassionally drinks beer*
 • Drug use:               No
      *Comment: denies*

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Hypertension | Mother | ##Mo1 | |
| • Other | Mother | ##Mo1 | |
| • Diabetes | Father | ##Fa1 | |
| • Hypertension | Father | ##Fa1 | |

**Scheduled Meds:**

| | | | |
|---|---|---|---|
| • NIFEdipine | 30 mg | Oral | daily |
| • sodium chloride | 2 g | Oral | 3x daily with meals |
| • insulin REGULAR | 4 Units | Subcutaneous | ac |
| • norepinephrine in 0.9 % NaCl | | | |
| • chlorhexidine | 15 mL | Mouth | q12h (RT) |
| • levETIRAcetam (KEPPRA) infusion | 1,000 mg | Intravenous | q12h |
| • lisinopriL | 40 mg | Oral | daily |
| • heparin (porcine) | | | |
| • iodixanoL | | | |
| • iodixanoL | | | |
| • lidocaine 1 % (buffered with Na bicarbonate 8.4 %) | | | |
| • isosorbide mononitrate | 30 mg | Oral | qam |
| • metoprolol succinate | 50 mg | Oral | daily |
| • famotidine | 20 mg | IV Push | q12h |
| • docusate sodium | 200 mg | Oral | 2x daily |
| • polyethylene glycol 3350 | 17 g | Oral | qam |

Lee, Evan E (MRN 040457976)    **CONFIDENTIAL**    Encounter Date: 03/18/2022

- niCARdipine in 0.9 % NaCl
- insulin glargine        15 Units        Subcutaneous        qpm

**Continuous Infusions:**
- infusion builder              75 mL/hr at 03/21/22 0028
- NORepinephrine                8 mcg/min (03/21/22 0100)
- niCARdipine in 0.9 % NaCl     Stopped (03/20/22 2045)

**PRN Meds:**
insulin regular (HumuLIN R) injection, labetaloL, hydrALAZINE, Insert and maintain peripheral IV **AND** saline, acetaminophen, ondansetron, glucose, dextrose 50 %, insulin regular (HumuLIN R) injection

## OBJECTIVE

**Vital Signs last 24 hrs**
**Vitals:**

|         | 03/21/22 0130 | 03/21/22 0145 | 03/21/22 0200 | 03/21/22 0204 |
|---------|---------------|---------------|---------------|---------------|
| BP:     |               |               |               |               |
| Pulse:  | 83            | 82            | 82            | 81            |
| Resp:   | 16            | 16            | 16            | 16            |
| Temp:   |               |               |               |               |
| TempSrc: |              |               |               |               |
| SpO2:   | 100%          | 100%          |               | 100%          |
| Weight: |               |               |               |               |
| Height: |               |               |               |               |

**Physical Exam**
**General**: lying in bed, unresponsive to any stimuli not on any sedation
**Cardiovascular:** RRR
**Respiratory:** intubated
**Gastrointestinal:** soft, ND
**Extremities:** no peripheral edema
**Skin:** warm, dry, no rash

**Neurological Exam**
**Mental Status:**
Unable to assess due to comatose state

**Cranial Nerves:**
Unable to fully assess due to comatose state
Absent corneal reflex
Pupils are pinpoint and non-reactive to light bilaterally
Absent oculocephalic reflex
Absent cough reflex
No response to pain in all 4 stimuli

**Motor:**
Unable to assess due to comatose state but no flexor/extensor posturing seen on exam

**Sensory:** unable to assess due to comatose state

**Reflexes:**

|       | Biceps | BR | Patellar | Achilles | Babinski |
|-------|--------|-----|----------|----------|----------|
| Left  | 2+     | 2+  | 2+       | 2+       | Down     |
| Right | 2+     | 2+  | 2+       | 2+       | Down     |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 040457976)    CONFIDENTIAL    Encounter Date: 03/18/2022

**Cerebellar:** unable to assess due to comatose state
**Romberg:** unable to assess due to comatose state
**Gait:** unable to assess due to comatose state

---

Labs
Reviewed in EPIC.

Imaging
Reviewed in EPIC.

3/18/22 CTH non-con
1.  No new acute intracranial abnormalities. No changes when compared to same day CT head from 10:03 AM.
2.  Unchanged mixed density, mostly dense, subdural hematoma along the left cerebral convexity that measures up to 1.3 cm in maximum thickness, with stable mild mass effect on the underlying sulci and stable 5 mm rightward subfalcine shift
3.  Unchanged predominantly low density subdural hematoma, with focal dense component anteriorly (image 26 of series 602), along the right cerebral convexity that measures up to 7 mm in thickness, without significant regional mass effect.
4.  Right-sided paranasal sinus disease.
5.  Mild diffuse cerebral volume loss appears advanced for patient's stated age.

3/21/22 CTH non-con
1.  Slight interval increase in size of low-density subdural collection along right cerebral convexity that now measures up to 9 mm in thickness (previously 7 mm), with unchanged dense focus anteriorly. Associated slight increase in mass effect on underlying cerebral sulci.
2.  Grossly unchanged size of mixed density subdural hematoma along the left cerebral convexity that measures up to 1.3 cm in maximum thickness, with stable mild mass effect on the underlying sulci, and minimally changed 4 mm rightward subfalcine shift.
3.  No other changes when compared to CT head from 3/18/2022.
Persistent findings:
1.  Right-sided paranasal sinus disease.
2.  Evolving mid parietal scalp hematoma with generalized soft tissue edema throughout the visualized scalp.
3.  Mild diffuse cerebral volume loss appears advanced for patient's stated age.

**ASSESSMENT & PLAN**
Evan E Lee is a 31y.o. male with DM, HTN, bipolar disorder, schizophrenia admitted 3/18 after being found down in jail under unclear circumstances, found to SDH. Neurology consulted for worsening mental status and concern for seizures.

Recommendations
# Seizures
# Comatose state
# Subdural hematomas
- Unclear as to exact etiology of his comatose state and neurologic exam findings (absent corneal/oculocephalic/cough reflexes, no response in all extremities to pain or stimuli, no spontaneous movements, no pupillary response to light)
- Repeat CTH non-con from 3/18 -> 3/20, from when his mental status and neuro exam changed, did not show any markedly changes/differences
- Labs largely unremarkable, does not offer a clear explanation for his findings
- Obtain repeat CTH non-con and CTA head/neck about 4-6 hours after more recent one on 3/20 given absence of brainstem reflex on neuro exam done this evening

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 023888442]

Lee, Evan E (MRN 040457976) Printed by Meave, Alexander [166457] at 3/27/22 4:48 PM Page 5 of 6
000093

- Pending overnight EEG
- Agree with primary team's decision to continue keppra 1000mg BID for now given prior seizures
- Remainder of care per neurosurgery service

**Case discussed with Dr. Shou, Neuro PGY-3**
**To be formally staffed in AM.**

Signed
Jung Seo, MD
PGY-2 Internal Medicine Resident
Neurology Consult Service

---

## ADDENDUM 03/21/22

Patient undergoing bedside CVC placement at time of encounter this AM.
Interval CTH/CTA completed in AM.
On my read there is loss of gray-white differentiation and diffuse sulcal effacement, CTA non-filling beyond ICAs. Findings suggestive of anoxic brain injury.

Recommendations
#c/f Anoxic brain injury
Etiology undetermined. Pending official CTH/CTA read. At this time neurological prognosis is guarded given imaging findings and exam w/o brainstem reflexes or motor response. Non-reactive low voltage cEEG corroborates anoxic brain injury.
- please obtain MRI brain w/wo contrast as etiology of anoxic brain injury is not determined. Can consider hypertensive crisis. Per radiology, unlikely to be related to small SDH that has been stable.
- discontinue cEEG

**Case discussed with Dr. Pleitez**

Leonard Shou, PGY-3
BCM Neurology
#437281

Cosigned by: Pleitez, Milvia Y, MD at 3/26/2022 3:20 PM
Electronically signed by Pleitez, Milvia Y, MD at 3/26/2022 3:20 PM

ED to Hosp-Admission (Current) on 3/18/2022 *Note shared with patient*

EVAN ERMAYNE LEE [DIC] **Ex. 9 164**
PLAINTIFF [SPN 023388442]
Lee, Evan E (MRN 040457976) Printed by Meave, Alexander [166457] at 3/27/22 4:48 PM Page 6 of 6
000094

# Lee, Evan E

MRN: 040457976

---

**Goethe, Eric A, ResidentMD**
Resident
BT Neurosurgery

Progress Notes  ⚠ 📧
Attested Addendum

Date of Service: 3/22/2022  6:12 AM

---

Attestation signed by Cruz-Navarro, Jovany, MD at 3/22/2022  3:28 PM

**TEACHING PHYSICIAN NOTE**

I was present for the key portions of the resident's history and physical examination of Evan E Lee.

I reviewed the nursing notes, laboratory results, radiology results, radiology images, and resident's note and agree with the findings as documented in the resident's note.

I discussed the case with the resident and agree with the diagnosis of:

Left acute subdural hematoma
Type 1 diabetes mellitus
Hypertension
Right sided dural AV fistula

and plan as outlined in the resident's progress note.

Jovany Cruz-Navarro, MD
March 22, 2022 3:27 PM

---

### Neurosurgery ICU Progress Note
### 3/22/2022

**Patient:      Evan E Lee**
**MRN:          040457976**
**Bed:          4C00/05**
**Admit Date: 3/18/2022  9:43 AM Hospital LOS: 4 days**

**Patient identity confirmed using name, date of birth, and MRN.**

**Problem List:**
**Left acute subdural hematoma**
**Type 1 diabetes mellitus**
**Hypertension**
**Right sided dural AV fistula**

**Events Timeline:**
**3/18 - Admitted to NICU**

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 165
000095

### 3/19 - angiogram

Interval Events:
No events. Pending MRI but too hemodynamically unstable for transport. Exam remains poor.

Vitals:

Vitals:

|  | 03/22/22 0515 | 03/22/22 0530 | 03/22/22 0545 | 03/22/22 0600 |
|---|---|---|---|---|
| BP: |  |  |  |  |
| Pulse: | 87 | 87 | 88 | 89 |
| Resp: | 14 | 14 | 14 | 14 |
| Temp: | 98.7 °F (37.1 °C) | 98.8 °F (37.1 °C) | 99 °F (37.2 °C) | 99.2 °F (37.3 °C) |
| TempSrc: |  |  |  |  |
| SpO2: | 99% | 100% | 100% | 100% |
| Weight: |  |  |  |  |
| Height: |  |  |  |  |

Temp  Avg: 97 °F (36.1 °C)  Min: 88.2 °F (31.2 °C)  Max: 99.4 °F (37.4 °C)
Pulse  Avg: 85.4  Min: 66  Max: 95
No data recorded.

No data recorded.

Resp  Avg: 13.9  Min: 11  Max: 17
SpO2  Avg: 99.5 %  Min: 95 %  Max: 100 %

Intake/Output Summary (Last 24 hours) at 3/22/2022 0612
Last data filed at 3/22/2022 0600
|  | Gross per 24 hour |
|---|---|
| Intake | 6336.4 ml |
| Output | 5960 ml |
| **Net** | **376.4 ml** |

Physical Examination:
**General:**   No acute distress
**Pulmonary:** Intubated
**CV:**   Normal rate, regular rhythm; MAP 66 on 29 norepi
**Abd:**   Non-distended

Neuro:
**E -**   Eyes closed
     **Pupils:** 3 mm and bilaterally nonreactive

**V -**   Intubated

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000096

**M -    No movement to noxious stimuli**
No corneals or cough reflex

**Labs:**
**CBC:**
**WBC**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 12.9 (H) | 4.5 - 12.0 10*3/uL | Preliminary |
| 12/13/2014 | 6.5 | 4.5 - 12.0 K/uL | Final |

**Hemoglobin**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 9.5 (L) | 14.0 - 18.0 g/dL | Preliminary |
| 12/13/2014 | 12.3 (L) | 14.0 - 18.0 g/dL | Final |

**Hematocrit**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 30.2 (L) | 40.0 - 54.0 % | Preliminary |
| 12/13/2014 | 38.9 (L) | 40.0 - 54.0 % | Final |

**BMP:**
**$CO_2$**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 23 | 21 - 31 mmol/L | Final |
| 09/20/2014 | 24 | 21 - 32 mmol/L | Final |

**Chloride**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 129 (H) | 98 - 107 mmol/L | Final |
| 09/20/2014 | 94 (L) | 98 - 107 mmol/L | Final |

**Sodium**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 159 (H) | 136 - 145 mmol/L | Final |
| 09/20/2014 | 133 (L) | 136 - 145 mmol/L | Final |

**Potassium**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 03/22/2022 | 4.3 | 3.5 - 5.1 mmol/L | Final |
| 09/20/2014 | 4.4 | 3.50 - 5.10 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/20/2014 | 22 (H) | 7 - 18 mg/dL | Final |

**Urea Nitrogen**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|

CONFIDENTIAL

| 03/22/2022 | 21.0 | | 7.0 - 25.0 mg/dL | Final |

**Creatinine**

| Date | Value | | Ref Range | Status |
|------|-------|---|-----------|--------|
| 03/22/2022 | 1.3 | | 0.7 - 1.3 mg/dL | Final |
| 09/20/2014 | 0.8 | | 0.6 - 1.3 mg/dL | Final |

**Glucose**

| Date | Value | | Ref Range | Status |
|------|-------|---|-----------|--------|
| 03/22/2022 | 163 (H) | | 70 - 110 mg/dL | Final |
| 09/20/2014 | 394 (H) | | 70 - 99 mg/dL | Final |

**PT/INR:**

**INR**

| Date | Value | | Ref Range | Status |
|------|-------|---|-----------|--------|
| 03/18/2022 | 1.1 | | Refer to INR ranges | Final |

Comment:
*2.0 - 3.0 for moderate intensity anticoagulation*
*2.5 - 3.5 for high intensity anticoagulation*

**PT**

| Date | Value | | Ref Range | Status |
|------|-------|---|-----------|--------|
| 03/18/2022 | 14.0 | | 11.7 - 14.5 Seconds | Final |

**PTT**

| Date | Value | | Ref Range | Status |
|------|-------|---|-----------|--------|
| 03/18/2022 | 18.4 (L) | | 23.9 - 36.0 Seconds | Final |

Comment:
*Repeated to verify result.*

**Medications**

Scheduled:

| | | | |
|---|---|---|---|
| • potassium phosphate infusion | 30 mmol | Intravenous | once |
| • insulin regular (HumuLIN R) injection | 0-6 Units | Subcutaneous | q4h |
| • vancomycin infusion orderable | 15 mg/kg | Intravenous | q8h (NS) |
| • metroNIDAZOLE infusion | 500 mg | Intravenous | q8h |

EVAN LEE MAYNE LEE (5)(C)
PLAINTIFF [SPN 02388442]
Ex. 9 168
000098

CONFIDENTIAL

| | | | |
|---|---|---|---|
| • ceFEPime (MAXIPIME) 1 g MINIBAG PLUS infusion | 1 g | Intravenous | q6h (NS) |
| • sennosides-docusate sodium | 2 tablet | Per NG Tube | daily |
| • NIFEdipine | 30 mg | Oral | daily |
| • sodium chloride | 2 g | Oral | 3x daily with meals |
| • norepinephrine in 0.9 % NaCl | | | |
| • chlorhexidine | 15 mL | Mouth | q12h (RT) |
| • levETIRAcetam (KEPPRA) infusion | 1,000 mg | Intravenous | q12h |
| • lisinopriL | 40 mg | Oral | daily |
| • heparin (porcine) | | | |
| • iodixanoL | | | |
| • iodixanoL | | | |
| • lidocaine 1 % (buffered with Na bicarbonate 8.4 %) | | | |
| • isosorbide mononitrate | 30 mg | Oral | qam |
| • metoprolol succinate | 50 mg | Oral | daily |
| • famotidine | 20 mg | IV Push | q12h |
| • polyethylene glycol 3350 | 17 g | Oral | qam |
| • niCARdipine in 0.9 % NaCl | | | |
| • insulin glargine | 15 Units | Subcutaneous | qpm |

PRN:
labetaloL, hydrALAZINE, Insert and maintain peripheral IV **AND** saline, acetaminophen, ondansetron, glucose, dextrose 50 %, insulin regular (HumuLIN R) injection

Imaging:
CT Head with 8 mm left acute subdural hematoma with mild local mass effect, minimal midline shift

Assessment/Plan: Evan E Lee is an 31y.o. male with history of hypertension, type 1 diabetes, found down in jail with no collateral history. GCS 11 on arrival, with possible right upper extremity focal seizure activity

EVAN LEE MAYNE 040415996
PLAINTIFF [SPN 02388442]
Ex. 9.169
000099

**Neuro:**
**# Subdural hematoma**
**# Seizure**
**# right dural AV fistula**
- Monitor neuro exam
- Pain and nausea control
- s/p angiogram 3/19
- Keppra 1 g BID
- **brain death testing today**

**CV:**
**#hypertension (resolved)**
- Maintain normotension; SBP < 160
- Levophed as needed to maintain MAP > 65
- echo 3/21 with normal EF

**Pulmonary:**
- Aggressive pulmonary toilet
- Intubated
- Plan for bronchoscopy today

**Heme/ID:**
- Monitor for fever and leukocytosis
- Pan-culture 3/21; no growth thus far
- Vancomycin: 3/21-
- Cefepime: 3/21-
- Flagyl: 3/21-

**Renal:**
- Monitor BUN, Cr, and Urine Output
- Insert foley for strict I/O

**#hypernatremia**
- urinalysis, urine electrolytes
- aggressive fluid resuscitation

**FEN/GI:**
**#Diabetes, Type 1**
- regular diet
- Scheduled insulin + Insulin sliding scale
- Appreciate endocrinology recommendations
- Replete electrolytes PRN
- Continue bowel regimen

**Proph: SCD, pepcid, defer lovenox**

**Consult: Endocrinology, neuro IR, acute care surgery**

**Justification for ICU care:**

PLAINTIFF [SPN 02388442]
EX. 170
000100

**Trauma and/or critical care management**
**Ventilator management**

Eric A. Goethe MD
BCM Neurosurgery
03/22/22

Cosigned by: Cruz-Navarro, Jovany, MD at 3/22/2022  3:28 PM
Electronically signed by Cruz-Navarro, Jovany, MD at 3/22/2022  3:28 PM

ED to Hosp-Admission (Current) on 3/18/2022      *Note shared with patient*

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
EX: 9 171
000101

CONFIDENTIAL



EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 172

000102

## PACS Images
(Link Unavailable) Show images for Xray Chest 1 View

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 👁 Xray Chest 1 View: Patient Communication

📩 Not Released        ✖ Not seen

# Results

Xray Chest 1 View (Order 378153332)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/26/2022 10:47 PM | Final result | Open |

## Xray Chest 1 View

Order: 378153332

Status: **Final result**  Visible to patient: **No (not released)** Next appt: **None**

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Thomas, Desencia E, MD<br>📞713-873-6233 | 3/26/2022 | |
| Sellers, Cortland M, ResidentMD<br>📞713-873-2170 | 3/26/2022 | |

Donor ID: AJCZ252
DOB: 11/09/1990 Donor Init: EEL
Local ID: 2022032203

Donor ID Band

Narrative & Impression
EXAMINATION: XRAY CHEST 1 VIEW, 2043 hours
INDICATION: Organ Donor
COMPARISON: Chest radiograph 3/22/2022 3:43 AM

FINDINGS:

TUBES/LINES:
*  ETT terminates approximately 2.0 cm above the carina.
*  Subdiaphragmatic Dobbhoff tube courses inferiorly and off the
inferior edge of the image.
*  Right subclavian CVC terminates in the distal SVC.

LUNGS AND PLEURA: Low lung volumes. Small right pleural effusion with
right basilar atelectasis.  No pneumothorax.

HEART/MEDIASTINUM: Normal for technique.

MUSCULOSKELETAL: No fractures. No suspicious osseous lesion.

UPPER ABDOMEN: No free air.

SOFT TISSUES: Unremarkable.

MEASUREMENTS FOR LIFE GIFT:

Exe 9/173
PLAINTIFF [SPN 02388442]
000103

```
*  Length of Right Lung: 15.3 cm
*  Length of Left Lung: 17.2 cm
*  Aortic Knob Width: 21.5 cm
*  Diaphragm Width: 29.2 cm
*  Distance from RCPA to LCPA: 29.7 cm
```

IMPRESSION
IMPRESSION:

1.  Life gift measurements as above. Of note, this radiograph is taken
with poor inspiration.
2.  Small right pleural effusion with right basilar atelectasis.
3.  Lines and tubes as above.

If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's
interpretation.

Dictated By: Cortlandt Sellers MD, 3/26/2022 10:43 PM

I have reviewed the study and agree with the findings in this report.

Signed By: Desencia Thomas, 3/26/2022 10:47 PM


Specimen Collected: 03/26/22 20:51          Last Resulted: 03/26/22 22:47

🗐 Order Details  ⅴ View Encounter  🖊 Lab and Collection Details  🖂 Routing
🕘 Result History - Result Edited

## Result Care Coordination

🩺 Patient Communication

🖃 Not Released                    ✖ Not seen

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist. | Signed Date: | Signing Time: | Transcribed by: | Reading Time. |
|---|---|---|---|---|---|---|
| Thomas, Desencia E, MD | Mar 26, 2022 | Thomas, Desencia E, MD | Mar 26, 2022 | 10:47 PM | | Mar 26, 2022 |
| Sellers, Cortlandt M, ResidentMD | Mar 26, 2022 | | | | | Mar 26, 2022 |

# Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

# Collection Information

EVAN ERMR#02886797(DOB)
Ex. 9 174
PLAINTIFF [SPN 02388442]
000104

Specimen ID:    16846263
Collected:    3/26/2022  8:51 PM          Resulting Agency:  SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#700700 Lifegift, Md, MD | None | ID#434276 Thomas, Desencia E, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/26/2022 | 4C Neuro ICU (4CNI) BT | Meave, Alexander (auto-released) | Lifegift, Md, MD |

## Order Report

Xray Chest 1 View (Order #378153332) on 3/26/22

No screening form exists for this order.

EVAN LEE RMAYNE [EE [PIC]
PLAINTIFF [SPN 02388442]

Ex. 9 175
000105

# TRANSTHORACIC ECHO (TTE)

TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol

| | |
|---|---|
| Collected: | 03/21/22 1216 |
| Lab status: | Final |
| Resulting lab: | SMS |
| Value: | |

```
              Transthoracic
              Echo Report

              LEE, EVAN

              Age:    31    Gender:    M

              DOB:    11/09/1990

              MRN:    040457976

              Exam Date:    03/21/2022
                            12:16

              Exam Location: Ben Taub
              Echo

              Ordering Phys:    GOPINATH, SHANKAR P

              Referring Phys:    022833, GOPINATH

              Reading Phys:    Steven Assalita

              Fellow Phys:    Henry Zheng, M.D.

              Fellow Phys:

              Sonographer:    Jean L Payne

              Reason For Exam:

              Indications:    Encounter for screening for
                              cardiovascular disorders

              ICD-9 Codes:    Z13.6

              Exam Type:    TRANSTHORACIC ECHO (TTE)

              Procedure CPT:    93306

              Addtional CPT:
```

Donor ID: AJCZ252
DOB: 11/09/1990  Donor Init: EEL
Local ID: 2022032203

Donor ID Band

```
Ht (in):    70      BSA:   1.91      HR:    91

Rhythm:    Sinus rhythm

Wt (lb):    163     BP:   106   /    60

Technical Quality:        Adequate

History:    31M with subdural hematoma.

MEASUREMENTS
Normal ranges based on 95% confidence intervals for adults, some
normal patients may fall
outside of this range especially
when indexing for BSA


2D ECHO
LV Diastolic Diameter PLAX        2.9 cm               4.2-5.8
(M) / 3.8-5.2 (F)
LV Systolic Diameter PLAX         2.3 cm               2.5-4.0
(M) / 2.2-3.5 (F)
LV Fractional Shortening PLAX     22.4 %
IVS Diastolic Thickness           1 cm                 0.6-1.0
(M) / 0.6-0.9 (F)
LVPW Diastolic Thickness          1.3 cm               0.6-1.0
(M) / 0.6-0.9 (F)
LV Relative Wall Thickness        0.78                 <= 0.42
LVOT Diameter                     1.8 cm
Aortic Root Diameter              2.7 cm
LA Systolic Diameter LX           2 cm
LA Ao Ratio                       0.74
LV Diastolic Volume MOD 4C        37.9 cm³
LV Systolic Volume MOD 4C         12 cm³
LV Ejection Fraction MOD 4C       68.3 %
LV Stroke Volume MOD 4C           25.9 cm³
LV Cardiac Output MOD 4C          2359 cm³/min
LV Cardiac Index MOD 4C           1232 cm³/min·m²
LV Diastolic Volume MOD 2C        42.5 cm³
LV Systolic Volume MOD 2C         8.3 cm³
LV Ejection Fraction MOD 2C       80.5 %
LV Stroke Volume MOD 2C           34.2 cm³
LV Cardiac Output MOD 2C          3116 cm³/min
LV Cardiac Index MOD 2C           1628 cm³/min·m²
RV Diastolic Basal Diameter       3 cm                 2.5 - 4.1
cm
LV Mass by linear method          99.3 g
LV Mass by linear method Index    51.9 g/m²
RA Volume                         15.2 cm³
```

EVAN ERMAYNE LEE [RIC]
PLAINTIFF [SPN 02388442]

Ex. 9 177

000107

CONFIDENTIAL

```
RA Volume Index                       8 cm³/m²

DOPPLER
AV Peak Velocity                      129 cm/s
AV Peak Gradient                      6.7 mmHg
LVOT Peak Velocity                    112 cm/s
LVOT Peak Gradient                    5 mmHg
LVOT Mean Velocity                    73.6 cm/s
LVOT Mean Gradient                    3 mmHg
LVOT Velocity Time Integral           15.5 cm
LVOT Stroke Volume                    39.4 cm³
AV Area Cont Eq pk                    2.2 cm²
Mitral E Point Velocity               62.6 cm/s
Mitral A Point Velocity               63.5 cm/s
Mitral E to A Ratio                   0.99
TR Peak Velocity                      226 cm/s
TR Peak Gradient                      20.4 mmHg
LV E' Lateral Velocity                6.5 cm/s
Mitral E to LV E' Lateral Ratio       9.6
LV E' Septal Velocity                 7.6 cm/s
Mitral E to LV E' Septal Ratio        8.2
```

```
FINDINGS

Left Ventricle
The left ventricle is normal in size. Mild concentric LVH. LV
systolic function
is hyperdynamic. LVEF >65%. There are no regional wall motion
abnormalities.
Impaired LV relaxation, normal LV filling pressures.

Right Ventricle
Right ventricle not well visualized. Grossly normal right
ventricular size.
Normal RV systolic function.

Right Atrium
Right atrium not well visualized. Grossly normal right atrial
size.

Left Atrium
Left atrium not well visualized. Grossly normal left atrial size.
IAS

Mitral Valve
Structurally normal mitral valve without significant stenosis or
prolapse.
```

Lee Evan ERMAYNE LEE [DIO]
EVAN ERMAYNE LEE [DIO]
PLAINTIFF [SPN 02388442]
Exh. 9 178
000108

CONFIDENTIAL

There is no mitral regurgitation.

Aortic Valve
Aortic valve is not well visualized in the short axis to discern the number of
cusps. No aortic valve stenosis or sclerosis.

Tricuspid Valve
Structurally normal tricuspid valve without significant stenosis. There is
trace tricuspid regurgitation.  Insufficient TR jet to estimate pulmonary
artery systolic pressure.

Pulmonic Valve
Pulmonic valve not well visualized.

Pericardium
Trace pericardial effusion.

Aorta
Normal aortic root for body surface area.

IVC
IVC 1.54 cm. Patient intubated.

CONCLUSIONS
Technically difficult exam.

Mild concentric LVH. LV systolic function is hyperdynamic. LVEF >65%. Normal LV
filling pressures.
Grossly normal right ventricular size. Normal RV systolic function.
Grossly normal left atrial size.
No significant valvular pathology
Trace pericardial effusion.

Steven Assalita
(Electronically Signed)
Final Date:        21 March 2022
                   15:21

2D ECHO
LV Diastolic Diameter PLAX        2.9 cm            4.2-5.8
(M) / 3.8-5.2 (F)
LV Systolic Diameter PLAX         2.3 cm            2.5-4.0
(M) / 2.2-3.5 (F)
LV Fractional Shortening PLAX     22.4 %

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
000109
Exc. 9-179

Lee, Evan E (MR # 040457976)

CONFIDENTIAL

```
     IVS Diastolic Thickness          1 cm                        0.6-1.0
(M) / 0.6-0.9 (F)
     LVPW Diastolic Thickness         1.3 cm                      0.6-1.0
(M) / 0.6-0.9 (F)
     LV Relative Wall Thickness       0.78                        <= 0.42
     LVOT Diameter                    1.8 cm
     Aortic Root Diameter             2.7 cm
     LA Systolic Diameter LX          2 cm
     LA Ao Ratio                      0.74
     LV Diastolic Volume MOD 4C       37.9 cm³
     LV Systolic Volume MOD 4C        12 cm³
     LV Ejection Fraction MOD 4C      68.3 %
     LV Stroke Volume MOD 4C          25.9 cm³
     LV Cardiac Output MOD 4C         2359 cm³/min
     LV Cardiac Index MOD 4C          1232 cm³/min·m²
     LV Diastolic Volume MOD 2C       42.5 cm³
     LV Systolic Volume MOD 2C        8.3 cm³
     LV Ejection Fraction MOD 2C      80.5 %
     LV Stroke Volume MOD 2C          34.2 cm³
     LV Cardiac Output MOD 2C         3116 cm³/min
     LV Cardiac Index MOD 2C          1628 cm³/min·m²
     RV Diastolic Basal Diameter      3 cm                        2.5 - 4.1
cm
     LV Mass by linear method         99.3 g
     LV Mass by linear method Index   51.9 g/m²
     RA Volume                        15.2 cm³
     RA Volume Index                  8 cm³/m²

     DOPPLER
     AV Peak Velocity                 129 cm/s
     AV Peak Gradient                 6.7 mmHg
     LVOT Peak Velocity               112 cm/s
     LVOT Peak Gradient               5 mmHg
     LVOT Mean Velocity               73.6 cm/s
     LVOT Mean Gradient               3 mmHg
     LVOT Velocity Time Integral      15.5 cm
     LVOT Stroke Volume               39.4 cm³
     AV Area Cont Eq pk               2.2 cm²
     Mitral E Point Velocity          62.6 cm/s
     Mitral A Point Velocity          63.5 cm/s
     Mitral E to A Ratio              0.99
     TR Peak Velocity                 226 cm/s
     TR Peak Gradient                 20.4 mmHg
     LV E' Lateral Velocity           6.5 cm/s
     Mitral E to LV E' Lateral Ratio  9.6
     LV E' Septal Velocity            7.6 cm/s
     Mitral E to LV E' Septal Ratio   8.2
```

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

EX. 9 180

000110

## PACS Images

(Link Unavailable) Show images for TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

# Results

TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol (Order 377632712)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 3:21 PM | Final result | Ordered |

### TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol

Order: 377632712

Status: **Final result**  Visible to patient. **No** (not released) Next appt: **None** Dx: **Trauma**

| Component | 6 d ago |
|---|---|
| **TRANSTHORACIC ECHO (TTE)** | |

Transthoracic
Echo Report

LEE, EVAN

Age:    31    Gender:    M

DOB:    11/09/1990

MRN:    040457976

Exam Date:    03/21/2022
              12:16

Exam Location: Ben Taub
Echo

Ordering Phys:      GOPINATH, SHANKAR P

Referring Phys:     022833, GOPINATH

Reading Phys:       Steven Assalita

Fellow Phys:        Henry Zheng, M.D.

Fellow Phys:

Sonographer:        Jean L Payne

Reason For Exam:

Indications:          Encounter for screening for
                      cardiovascular disorders

ICD-9 Codes:     Z13.6

Exam Type:       TRANSTHORACIC ECHO (TTE)

Procedure CPT:     93306

Addtional CPT:

Ht (in):    70     BSA:   1.91        HR:    91

Rhythm:    Sinus rhythm

Wt (lb):    163     BP:    106    /    60

Technical Quality:       Adequate

History:    31M with subdural hematoma.

MEASUREMENTS
Normal ranges based on 95% confidence intervals for adults,
some normal patients may fall
outside of this range especially
when indexing for BSA

2D ECHO
LV Diastolic Diameter PLAX          2.9 cm
4.2-5.8 (M) / 3.8-5.2 (F)
LV Systolic Diameter PLAX           2.3 cm
2.5-4.0 (M) / 2.2-3.5 (F)
LV Fractional Shortening PLAX       22.4 %
IVS Diastolic Thickness             1 cm
0.6-1.0 (M) / 0.6-0.9 (F)
LVPW Diastolic Thickness            1.3 cm
0.6-1.0 (M) / 0.6-0.9 (F)
LV Relative Wall Thickness          0.78          <=
0.42
LVOT Diameter                       1.8 cm
Aortic Root Diameter                2.7 cm
LA Systolic Diameter LX             2 cm
LA Ao Ratio                         0.74
LV Diastolic Volume MOD 4C          37.9 cm³
LV Systolic Volume MOD 4C           12 cm³
LV Ejection Fraction MOD 4C         68.3 %

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9-182
000112

```
LV Stroke Volume MOD 4C            25.9 cm³
LV Cardiac Output MOD 4C           2359 cm³/min
LV Cardiac Index MOD 4C            1232 cm³/min·m²
LV Diastolic Volume MOD 2C         42.5 cm³
LV Systolic Volume MOD 2C          8.3 cm³
LV Ejection Fraction MOD 2C        80.5 %
LV Stroke Volume MOD 2C            34.2 cm³
LV Cardiac Output MOD 2C           3116 cm³/min
LV Cardiac Index MOD 2C            1628 cm³/min·m²
RV Diastolic Basal Diameter        3 cm                      2.5
- 4.1 cm
LV Mass by linear method           99.3 g
LV Mass by linear method Index     51.9 g/m²
RA Volume                          15.2 cm³
RA Volume Index                    8 cm³/m²


DOPPLER
AV Peak Velocity                   129 cm/s
AV Peak Gradient                   6.7 mmHg
LVOT Peak Velocity                 112 cm/s
LVOT Peak Gradient                 5 mmHg
LVOT Mean Velocity                 73.6 cm/s
LVOT Mean Gradient                 3 mmHg
LVOT Velocity Time Integral        15.5 cm
LVOT Stroke Volume                 39.4 cm³
AV Area Cont Eq pk                 2.2 cm²
Mitral E Point Velocity            62.6 cm/s
Mitral A Point Velocity            63.5 cm/s
Mitral E to A Ratio                0.99
TR Peak Velocity                   226 cm/s
TR Peak Gradient                   20.4 mmHg
LV E' Lateral Velocity             6.5 cm/s
Mitral E to LV E' Lateral Ratio    9.6
LV E' Septal Velocity              7.6 cm/s
Mitral E to LV E' Septal Ratio     8.2


FINDINGS


Left Ventricle
The left ventricle is normal in size. Mild concentric LVH.
LV systolic function
is hyperdynamic. LVEF >65%. There are no regional wall
motion abnormalities.
Impaired LV relaxation, normal LV filling pressures.


Right Ventricle
Right ventricle not well visualized. Grossly normal right
ventricular size.
```

PLAINTIFF [SPN 02388442]

000113

Normal RV systolic function.

Right Atrium
Right atrium not well visualized. Grossly normal right
atrial size.

Left Atrium
Left atrium not well visualized. Grossly normal left atrial
size.
IAS

Mitral Valve
Structurally normal mitral valve without significant
stenosis or prolapse.
There is no mitral regurgitation.

Aortic Valve
Aortic valve is not well visualized in the short axis to
discern the number of
cusps. No aortic valve stenosis or sclerosis.

Tricuspid Valve
Structurally normal tricuspid valve without significant
stenosis. There is
trace tricuspid regurgitation.  Insufficient TR jet to
estimate pulmonary
artery systolic pressure.

Pulmonic Valve
Pulmonic valve not well visualized.

Pericardium
Trace pericardial effusion.

Aorta
Normal aortic root for body surface area.

IVC
IVC 1.54 cm. Patient intubated.

CONCLUSIONS
Technically difficult exam.

Mild concentric LVH. LV systolic function is hyperdynamic.
LVEF >65%. Normal LV
filling pressures.
Grossly normal right ventricular size. Normal RV systolic
function.

EVAN ERMAYNE LEE [DJC]
PLAINTIFF [SPN 02388442]
EX. 9 184
000114

CONFIDENTIAL

Grossly normal left atrial size.
No significant valvular pathology
Trace pericardial effusion.


Steven Assalita
(Electronically Signed)
Final Date:        21 March 2022
                   15:21


2D ECHO
LV Diastolic Diameter PLAX          2.9 cm
4.2-5.8 (M) / 3.8-5.2 (F)
LV Systolic Diameter PLAX           2.3 cm
2.5-4.0 (M) / 2.2-3.5 (F)
LV Fractional Shortening PLAX       22.4 %
IVS Diastolic Thickness             1 cm
  0.6-1.0 (M) / 0.6-0.9 (F)
LVPW Diastolic Thickness            1.3 cm
0.6-1.0 (M) / 0.6-0.9 (F)
LV Relative Wall Thickness          0.78            <=
0.42
LVOT Diameter                       1.8 cm
Aortic Root Diameter                2.7 cm
LA Systolic Diameter LX             2 cm
LA Ao Ratio                         0.74
LV Diastolic Volume MOD 4C          37.9 cm³
LV Systolic Volume MOD 4C           12 cm³
LV Ejection Fraction MOD 4C         68.3 %
LV Stroke Volume MOD 4C             25.9 cm³
LV Cardiac Output MOD 4C            2359 cm³/min
LV Cardiac Index MOD 4C             1232 cm³/min·m²
LV Diastolic Volume MOD 2C          42.5 cm³
LV Systolic Volume MOD 2C           8.3 cm³
LV Ejection Fraction MOD 2C         80.5 %
LV Stroke Volume MOD 2C             34.2 cm³
LV Cardiac Output MOD 2C            3116 cm³/min
LV Cardiac Index MOD 2C             1628 cm³/min·m²
RV Diastolic Basal Diameter         3 cm            2.5
- 4.1 cm
LV Mass by linear method            99.3 g
LV Mass by linear method Index      51.9 g/m²
RA Volume                           15.2 cm³
RA Volume Index                     8 cm³/m²


DOPPLER
AV Peak Velocity                    129 cm/s
AV Peak Gradient                    6.7 mmHg
LVOT Peak Velocity                  112 cm/s
LVOT Peak Gradient                  5 mmHg

EVAN ERMAYNE LEE [DIC]          EX: 9 185
PLAINTIFF [SPN 02388442]

000115

| | |
|---|---|
| LVOT Mean Velocity | 73.6 cm/s |
| LVOT Mean Gradient | 3 mmHg |
| LVOT Velocity Time Integral | 15.5 cm |
| LVOT Stroke Volume | 39.4 cm³ |
| AV Area Cont Eq pk | 2.2 cm² |
| Mitral E Point Velocity | 62.6 cm/s |
| Mitral A Point Velocity | 63.5 cm/s |
| Mitral E to A Ratio | 0.99 |
| TR Peak Velocity | 226 cm/s |
| TR Peak Gradient | 20.4 mmHg |
| LV E' Lateral Velocity | 6.5 cm/s |
| Mitral E to LV E' Lateral Ratio | 9.6 |
| LV E' Septal Velocity | 7.6 cm/s |
| Mitral E to LV E' Septal Ratio | 8.2 |

Resulting Agency    SMS

Specimen Collected: 03/21/22 12:16          Last Resulted: 03/21/22 15:21

🔲 Order Details   🜕 View Encounter   ⬚ Lab and Collection Details   ⇶ Routing   ⟳ Result History

## Result Care Coordination

○ Patient Communication

🖳 Not Released                              ✖ Not seen

## Lab and Collection

TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol (Order:
377632712) - 3/21/2022

## Authentication Information:

| | | | |
|---|---|---|---|
| Reported by: | N/A | Reading Date: | N/A |
| Staffed by: | | | |
| Approved by: | N/A | Signed Date: | N/A |
| Transcribed by: | Steven Assalita | Date: | N/A |

## Priority and Order Details

| | |
|---|---|
| Priority | Class |
| Routine | Normal |

## Collection Information

Specimen ID:   340385
Collected:   3/21/2022 12:16 PM          Resulting Agency: SMS

## Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| ID#022833 Gopinath, Shankar P, MD | None |

## ⟁ Encounter

View Encounter

EVAN ERMAYNE LEE [DIC]          EX. 9 186
PLAINTIFF [SPN 02388442]
000116

## Order Report

TRANSTHORACIC ECHO (TTE) with ultrasound enhancing agent if Needed Per Protocol (Order #377632712) on 3/21/22

No screening form exists for this order.

Lee, Evan E (MRN 02388442) Encounter Date: 12/22/2021

# Lee, Evan E

MRN: 02388442

---

**Shepherd, Kelvin, MD**   Progress Notes   Date of Service: 3/18/2022  2:00 AM
Physician   Signed
HCSOJ Primary Care

---

## SUBJECTIVE

### HPI

This is a 31y.o. male with H/O
**Patient Active Problem List**
Diagnosis
- DM (diabetes mellitus) type 1 with ketoacidosis
- DKA (diabetic ketoacidoses)
- Leukocytosis
- Metabolic acidosis
- Bipolar 2 disorder
- Diabetes mellitus type 1
- Uncontrolled diabetes mellitus
- Homeless
- Patient nonadherence
- T wave inversion in EKG
- Uncontrolled hypertension
- Increased anion gap metabolic acidosis
- Polydipsia
- Polyuria
- Diastolic heart failure
- HTN (hypertension)
- Bipolar disorder, unspecified
- Essential (primary) hypertension
- Legal problem
- Problem related to primary support group
- Axis V diagnosis
- Bipolar disorder, unspecified
- Essential (primary) hypertension
- Other hyperlipidemia

Presents to clinic with the following chief complaint:

> 1. Altered mental status: patient presents with confusion. Alert but not
>    oriented. GCS=12. Found wandering and not able to give a history. He has
>    facial bruising but no documented recent altercations. Unclear if he might
>    have used any drugs.

EVAN ERMAYNE LEE [DIC]          **Ex. 9 188**
PLAINTIFF [SPN 02388442]

Lee, Evan E (MRN 02388442) Encounter Date: 12/22/2021

## ✅ Travel Screening

| Question | Response |
|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 14 days? | No |
| Do you have any of the following new or worsening symptoms? | None of these |
| Have you traveled internationally or domestically in the last month? | No |

**Travel History**                                            Travel since 02/18/22

   No documented travel since 02/18/22

Review of Systems
Constitutional: Negative.
HENT: SEE ABOVE
Eyes: SEE ABOVE.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Endo/Heme/Allergies: Negative.
Neuro: see above.

## Current Medications:

No outpatient medications have been marked as taking for the 12/22/21 encounter (Hospital Encounter).

## Past Medical History:
### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Allergic | 2004 |
| • Bipolar 2 disorder | 2007 |
| • Diabetes | 1992 |
| *type 1 since age 2* | |
| • Tobacco abuse | 2002 |

## Past Surgical History:
### Past Surgical History:

EVAN ERMAYNE LEE [DIC]          **Ex. 9 189**
PLAINTIFF [SPN 02388442]
000119

| Procedure | Laterality | Date |
|---|---|---|
| • HX MOUTH SURGERY | | 2000 |
| *Mouth Surgery* | | |
| • PICC PLACEMENT BY PICC TEAM | | 7/11/2014 |

**Social History:**
**Social History**

Tobacco Use
- Smoking status:  Current Every Day Smoker
  - Packs/day:  0.25
  - Years:  10.00
  - Pack years:  2.50
  - Types:  Cigarettes
- Smokeless tobacco:  Never Used
Substance Use Topics
- Alcohol use:  No
  - *Comment: occassionally drinks beer*
- Drug use:  No
  - *Comment: denies*

**Current Facility-Administered Medications**
Medication
- lisinopriL (PRINIVIL, ZESTRIL) tablet 40 mg
- Insulin glargine (Semglee) 100 unit/mL injection
- Insulin REGULAR (NovoLIN R, HUMULIN R) 100 unit/mL injection

**OBJECTIVE:**

Blood pressure 122/64, pulse **(!) 104**, temperature 97.7 °F (36.5 °C), resp. rate 18, height 5' 7" (1.702 m), weight 151 lb (68.5 kg), SpO2 99 %.

**Physical Exam:**

**General:** Alert, cooperative,not oriented
**Head:** Normocephalic, without obvious abnormality
**Eyes:** orbital bruising (appears to be old), pinpoint pupils
**Ears:** No otorrhea
**Nose:** Nares normal. Septum midline. Mucosa normal. No drainage or sinus tenderness.
**Throat:** Lips, mucosa, and tongue normal. Teeth and gums normal.
**Neck:** Supple, symmetrical, trachea midline, no adenopathy
**Lungs:** Clear to auscultation bilaterally, no wheezing, rales, crackles
**Heart:** Regular rate and rhythm, S1, S2 normal, systolic murmur S4 gallop.
**Abdomen:** Soft, non-tender. Bowel sounds normal. No masses, No organomegaly.
**Musculoskeletal:** abnormal ataxic gait

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 190

CONFIDENTIAL

Lee, Evan E (MRN 02388442) Encounter Date: 12/22/2021

**Extremities:** Extremities normal, atraumatic, no cyanosis or edema.
**Pulses:** 2+ and symmetric all extremities.

## ASSESSMENT/PLAN:

**1. Disorientation/altered mental status**
Unable to give a history. Likely drug ingestion but unable to rule out head trauma

- Special Needs Advisement for cervical collar as a precaution
- transfer to the ER by HFD

RTC PRN

**Kelvin D. Shepherd, D.O., M.Ed.**
**Clinical Associate Professor**
**University of Houston–College of Medicine**
**Harris County Sheriff's Office**

**Emergency Center Transfer Documentation:**

HCSO Staff provider Approval
Contacted HCSO Provider for ER Transfer: Approved
Approved by HCSO Staff Provider: Kelvin Shepherd, DO

Transfer
Route of transfer: Houston Fire Department (must notate reason below)
Reason for calling ambulance instead of Van or HFD instead of ambulance: Patient presenting with altered mental status and unable to give a history. Possibly head trauma vs ingestion of unknown substance

HCSO ER Transfer
Presentation: 31 yo male found confused and ataxic with facial bruising but no documented history of altercation. Not able to give a history. Alert but not oriented. Has pin point pupils and GCS 12. Needing escalation in care. Please evaluate and advise.
Sexual assault: No

**Patient Address:**
507 Rosen

CONFIDENTIAL

Lee, Evan E (MRN 02388442) Encounter Date: 12/22/2021

Ja09ja09 2h1 02g
Arcola TX 77583

*In our effort to provider greater continuity of care, copies of the original clinical notes or ER face sheet, with the results of any laboratory or radiological test, are required PRIOR to the inmate's return. We also ask that consultants DO NOT WRITE PRESCRIPTIONS, providing only thier written suggested medications on the return documents.

Electronically signed by Shepherd, Kelvin, MD at 3/18/2022  2:06 AM

Suspended Admission on 12/22/2021

Lee, Evan E (MRN 02388442) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 192
https://epiccarelink.memhealth.org/EpicCareLink/common/epic_main.asp
000122
5/5

CONFIDENTIAL

Lee, Evan E (MRN 02388442) Encounter Date: 12/22/2021

# Lee, Evan E

MRN: 02388442

---

**Neal Davenport, Shamarian, LVN**　　Progress Notes　　Date of Service: 3/18/2022  1:50 AM
Licensed Vocational Nurse　　　　　Signed
HCSOJ General Population

Patient c/o AMS. Patient AA&Ox0, respirations even/ unlabored, ambulate to clinic with gait unsteady, no signs of acute distress. Per Pod D.O., Patient stated he had food poison. Patient unable to hold a full sentence, gets stuck on one word and stutters. Patient placed on stretcher, Provider called immediately for further eval.

| | 03/18/22 0144 |
|---|---|
| **Vitals** | |
| BP | 122/64 |
| BP Method | Automatic |
| BP Location | Left arm |
| Temp | 97.7 °F (36.5 °C) |
| Temperature source | Tympanic |
| Pulse | (!) 104 |
| Resp | 18 |
| SpO2 | 99 % |
| O2 Saturation (%) type | Room Air |
| Height | 5' 7" (1.702 m) |
| Weight | 151 lb (68.5 kg) |
| Weight method | Measured |
| BMI (Calculated) | 23.7 |

BSFS: 157

Electronically signed by Neal Davenport, Shamarian, LVN at 3/18/2022  1:55 AM

Suspended Admission on 12/22/2021

Lee, Evan E (MRN 02388442) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:16 PM

CONFIDENTIAL

# ED to Hosp-Admission

3/18/2022

Evan E Lee
MRN: 040457976

## Patient Demographics and Encounter Information

### Patient Demographics

| Patient Name | Legal Sex | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Lee, Evan E | Male | 11/9/1990 | xxx-xx-2171 | 507 ROSEN JA11JA11 501 01J ARCOLA TX 77583 | 903-805-3230 (Home) *Preferred* 713-000-0000 (Work) 832-496-8157 (Mobile) |

### Code Status Information

| Code Status | Comments |
|---|---|
| Full Code | (none) |

### ED Arrival Information

| Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|
| 3/18/2022  9:38 AM | ESI 2 | Ambulance/Local | EMS | BT Neurosurgery | Emergency |

Arrival complaint

Acute sub hemarage, GCE 13 code 2 transfer form St Joseph

## Chief Complaint

| Complaint | Comment |
|---|---|
| Altered Mental Status | acute subdural hemorrhage, GCS 13, Going to CC |

## Events

### ED Arrival at 3/18/2022 0938
Unit: Emergency Center BT

### Admission at 3/18/2022 0943
| Unit: Emergency Center BT | Room: BT CRITICAL CARE HW | Bed: CC- HW |
|---|---|---|
| Patient class: Emergency | Service: BT Neurosurgery | |

### ED Roomed at 3/18/2022 0943
| Unit: Emergency Center BT | Room: BT CRITICAL CARE HW | Bed: CC- HW |
|---|---|---|
| Patient class: Emergency | Service: BT Neurosurgery | |

### Transfer In at 3/18/2022 0953
| Unit: Emergency Center BT | Room: BT CRITICAL CARE 04 | Bed: CC 04 |
|---|---|---|
| Patient class: Emergency | Service: BT Neurosurgery | |

### ED Transfer at 3/18/2022 0953
| Unit: Emergency Center BT | Room: BT CRITICAL CARE 04 | Bed: CC 04 |
|---|---|---|
| Patient class: Emergency | Service: BT Neurosurgery | |

### Patient Update at 3/18/2022 1018
| Unit: Emergency Center BT | Room: BT CRITICAL CARE 04 | Bed: CC 04 |
|---|---|---|
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Pt Class Change at 3/18/2022 1018

EVAN ERMAYNE LEE [DIC]    EX. 9 194
PLAINTIFF [GPV 02886-12]    000124

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

CONFIDENTIAL

| | | |
|---|---|---|
| Unit: Emergency Center BT | Room: BT CRITICAL CARE 04 | Bed: CC 04 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer In at 3/18/2022 1050

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C15 | Bed: 01 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Admit from ED at 3/18/2022 1050

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C15 | Bed: 01 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer Out at 3/18/2022 1457

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C15 | Bed: 01 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer In at 3/18/2022 1457

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C00 | Bed: 05 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer Out at 3/19/2022 1236

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C00 | Bed: 05 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer In at 3/19/2022 1236

| | | |
|---|---|---|
| Unit: BT INTERVENTIONAL RADIOLOGY | Room: IR SP PROC | Bed: NONE |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer Out at 3/19/2022 1604

| | | |
|---|---|---|
| Unit: BT INTERVENTIONAL RADIOLOGY | Room: IR SP PROC | Bed: NONE |
| Patient class: Inpatient | Service: BT Neurosurgery | |

### Transfer In at 3/19/2022 1604

| | | |
|---|---|---|
| Unit: 4C Neuro ICU (4CNI) BT | Room: 4C00 | Bed: 05 |
| Patient class: Inpatient | Service: BT Neurosurgery | |

## EC Clinical Impression

| Diagnosis | Comment | Added By | Time Added | Team Role | ED Provider? |
|---|---|---|---|---|---|
| **Trauma** | | Ukraintsev, Dmitri, ResidentMD | 3/18/2022 9:45 AM | | |
| **Subdural hematoma** | | Lehnhardt, Kris, MD | 3/18/2022 9:59 AM | Attending Provider | Y |
| **Tobacco user** | | Gboboh, Olabisi | 3/19/2022 5:19 AM | Registered Nurse | |

## Admission Information

### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| Gopinath, Shankar P, MD | Gopinath, Shankar P, MD | Emergency | Confirmed Admission |

| Admission Date/Time | Discharge Date | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 03/18/22  09:43 AM | | BT Neurosurgery | Incomplete |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME43] at 3/22/22 11:20 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [GPN 0256342]
EX. 9 195
000125

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCMF42]
CONFIDENTIAL

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| BEN TAUB GENERAL HOSPITAL | BT 4CNI NEURO ICU | 4C00/05 | Source, External Referral, Physician |

Point of Origin
Non Healthcare Facility
Point of Origin

## Treatment Team

Treatment Team

# Documentation and Orders

## ≈ Hospital Problems

Reviewed: 3/20/2022 11:10 AM by Nong, Alice

| | ICD-10-CM | Priority | Class | Noted - Resolved | POA |
|---|---|---|---|---|---|
| **Trauma** | T14.90XA | | | 3/18/2022 - Present | Yes |
| | | | | Entered by Ukraintsev, Dmitri, ResidentMD | |
| **SDH (subdural hematoma)** | S06.5X9A | | | 3/18/2022 - Present | Yes |
| | | | | Entered by Sharma, Himanshu, ResidentMD | |

## Allergies as of 3/22/2022

Review status set to Fully Assessed by Vega, Gilberto, RN at 8:26 PM

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| **Amlodipine** | **Not Specified** | 06/11/2009 | | |
| **Peanut** | **Not Specified** | 06/11/2009 | | |

## Medication Review for this Encounter

History

## Note Information

Progress Notes          All Except Progress Notes          All Notes

## H&P Notes

H&P Notes

## Procedure Notes

Procedure Notes

## Consult Notes

Consult Notes

## Discharge Summary Note

Discharge Summary

## Nursing/Allied Health Comprehensive Assessment

Assessment Data

## Nursing/Allied Health Vital Signs

EVAN ERMAYNE LEE [DIC]          EX. 9 196
PLAINTIFFS [DPS-0236142]

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AHCME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

Vital Signs

## Nursing/Allied Health Screenings

Screenings

## Nursing/Allied Health Interventions

Interventions

## Nursing/Allied Health LDA

LDA

## All Flowsheet Templates (all recorded)

Anticipated Discharge Date
CARE PLAN MINI-FLOWSHEET DATA
CCM Intervention
Communication
Complex Assess
Complex Vital Signs
Custom Formula Data
Data
Determination of Neurological Death
Dysphagia Screen
Follow-up
GCS
Handoff Report
Handoff Report; Receiving
Handoff Report; Sending
Handoff Transfer
Healthcare Directives
Homicide/Suicide
Hospital Review
Individual Plan Of Care
Intake and Output
Intake and Output
Kinder Fall Risk Assessment
Lines, Drains, Airways, Wounds
MSE Initiated
Neuro Vitals
Pain Assessments
Patient Belongings
Patient Interventions
Post Cath Lab Angiogram Documentation
Post Cerebral Angiogram
Post Mortem Checklist
Pre Arrival Info Triage
Pre Hospital Treatment
Pre-arrival notification
Predictive Model Scores
Primary Survey
Procedure Intra
Procedure Pre Assessment
QLP /Treatment Team Communication

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:20 PM

EVAN ERMAYNE LEE [DIC]     Ex. 9 197
PLAINTIFF [SPN 02368442]

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

    Restraint Summary
    Restraints, NON-VIOLENT
    RT Procedures
    RT Vent Adult/Pedi
    Screenings
    Secondary Survey
    Security Restraints
    Security Restraints
    Spiritual Care Interventions
    Tetanus Status
    Transport
    Trauma Mechanism of Injury
    Triage Plan
    Triage Vitals
    Universal Protocol
    UP Time Out
    Vital Signs
    Workload Acuity Scores

## Restraint Orders
Restraint Orders

## Precaution Orders
Precaution Orders

## Order Information
Orders Report      Results Report      MAR Report

## MAR History
MAR History

## Isolation
No Isolation

## Care Plan Details
Care Plan Report Details

## Care Plan Event Log
Care Plan Event Log

## Patient Education Details
Patient Education Details

## Learning Assessment
Learning Assessment

## Documents on File

| | Status | Date Received | Description |
|---|---|---|---|
| **Documents for the Patient** | | | |
| **HCHD Acknowlegment** | Received | 11/20/10 | |
| **HCHD Speak Up** | Received | 11/20/10 | |
| **Patient ID** | Received | 11/20/10 | |

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

|  | Status | Date Received | Description |
|---|---|---|---|
| Insurance Card/ Coverage Proof | Received | 07/12/14 | |
| HIM ROI Authorization | | | |
| Out Of County Notification | | | |
| Patient ID | Received | 12/13/14 | |
| HIE Authorization All | Received | 09/19/14 | |
| HIM ROI Authorization | (Expired) | 10/09/14 | Authorization for batch MOLINA HEALTH CARE OCTOBER 9,2014 |
| Consent Form | | | DISCLOSURE OF PHI FORM |
| HIM ROI Authorization | Received | 08/30/21 | |
| Insurance Verification Form | Not Received | 03/18/22 | pt altered and confused |
| TCPA Form | Withdrawn | 03/18/22 | pt altered and confused |
| HIE Authorization All | Withdrawn | 03/18/22 | pt altered and confused |
| DRP Attestation | Unable to Obtain Signature | 03/18/22 | pt altered and confused |
| External Patient Consent | | | |
| External Billing | | | |
| External ED Note | | | V.S. - Intervention - MethOD |
| External ED Note | | | Method Quicklook |
| External ED Note | | | Phy Documentation - MEDHOST |
| External ED Note | | | Summary-MEDHOST |
| External ED Note | | | Phy Documentation - MEDHOST |
| External ED Note | | | Summary-MEDHOST |
| External Consult Note | | | Hospital Encounter |
| External Progress Note | | | Hospital Encounter |
| External ED Note | | | V.S. - Intervention - MethOD |
| External Driver's License | | | Nov 22 2014 18:57:58:379 GMT |
| External After Visit Summary | | | Rx Savings Offers |
| External After Visit Summary | | | ED After Visit Summary |
| External Billing | | | Pro Biller's Enc Summary |
| External Billing | | | Pro Biller's Enc Summary |
| External After Visit Summary | | | Rx Savings Offers |
| External After Visit Summary | | | AVS-Discharge Instructions (For Patient) |
| External Driver's License | | | Aug 15 2014 14:26:29:170 GMT |
| External Misc Administration | | | covid-19 |
| External Cardiology Imaging | | | ECG 12 lead |
| External Cardiology Imaging | | | ECG 12 lead |
| External Cardiology Imaging | | | ECG 12 lead |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02586442]

Ex. 9 199

000129

Lee, EVAN E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AHCME542]

CONFIDENTIAL

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

| | Status | Date Received | Description |
|---|---|---|---|
| External Cardiology Imaging | | | Hospital Encounter |
| External Misc Clinical | | | Hospital Encounter |
| External Cardiology Imaging | | | Hospital Encounter |
| External ROI / HIM Consent | | | |
| External Cardiology Imaging | | | ECG 12 lead |
| External Billing | | | Pro Biller's Enc Summary |
| External After Visit Summary | | | Rx Savings Offers |
| External After Visit Summary | | | AVS-Discharge Instructions (For Patient) |
| External Cardiology Imaging | | | Hospital Encounter |
| HIM Release of Information Output | | 08/13/21 | Requested records |
| HIM Release of Information Output | | 08/31/21 | Requested records |
| Patient Photo | | | Photo of Patient |
| Patient Photo | | | Photo of Patient |
| Patient Photo | | | Photo of Patient |
| Documents for the Encounter | | | |
| Out Of County Notification | Not Received | | |
| MEDSURG MOD SEDAT ECONSENT | Received | 03/19/22 | |
| MEDSURG ECONSENT | Received | 03/21/22 | |
| MEDSURG ECONSENT | Received | 03/21/22 | |

## EC Encounter Summary Report- For Additional EC Visit Information

EC Encounter Summary Report

## EC Trauma Summary Report

EC Trauma Summary Report

## Perioperative Report

Perioperative Encounter Report

## Delivery Summary Report

Delivery Summary Report

# Discharge Documentation and Orders

## AVS Print Information

Not yet printed.

## Discharge Medications

Discharge Medications List for this encounter

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME542] at 3/22/22 11:20 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02596442]

**Ex. 9 200**

000130

## Discharge Orders

Discharge Orders

## Hospital Account

| Acct Number | Financial Class |
|---|---|
| 965057829098 | None |

### Primary Payer

| Payer | Patient Insurance ID | Group Number |
|---|---|---|
| HARRIS COUNTY PRISONER | 040457976 | None |

| Plan | Plan Number | Plan Address | Plan Phone | PreAuth Phone |
|---|---|---|---|---|
| HARRIS COUNTY PRISONER | 90011 | 2525 Holly Hall Houston, TX 77054 | 713-566-6000 | None |

## Encounter Charges

Encounter Charges

## Order Reconciliation History

### Transfer Reconciliation started on Fri Mar 18, 2022 10:28 AM

- Transfer completed by Sharma, Himanshu, ResidentMD on Fri Mar 18, 2022 10:28 AM
- Orders released by Sharma, Himanshu, ResidentMD on Fri Mar 18, 2022 10:28 AM
- Orders reviewed by Sharma, Himanshu, ResidentMD on Fri Mar 18, 2022 10:28 AM

### Admission Reconciliation started on Fri Mar 18, 2022  9:38 AM

- Admission status changed by Nguyen, Kendra on Fri Mar 18, 2022  3:34 PM
- Previous admission reconciliation generated by Epic, User on Fri Mar 18, 2022 10:53 AM
- Prior-to-admission orders reconciled by Sharma, Himanshu, ResidentMD on Fri Mar 18, 2022 10:28 AM
- Admission status changed by Sharma, Himanshu, ResidentMD on Fri Mar 18, 2022 10:18 AM
- Previous admission reconciliation generated by Epic, User on Fri Mar 18, 2022  9:38 AM
- Admission FAM list generated by Epic, User on Fri Mar 18, 2022  9:38 AM
- Admission med list generated by Epic, User on Fri Mar 18, 2022  9:38 AM

### Discharge Reconciliation started on Fri Mar 18, 2022  9:38 AM

- Pre-discharge orders reconciled by Martinez, Julian A, ResidentMD on Mon Mar 21, 2022  9:31 AM

## Scanned Information

### 🗎 Encounter-Level Documents - 03/18/2022:

[Media Unavailable] Electronic signature on 3/21/2022 2:19 PM: Central Line Re-Positioning - E-signed
[Media Unavailable] Electronic signature on 3/21/2022 10:07 AM: Central Line Placement - E-signed
[Media Unavailable] Electronic signature on 3/19/2022 11:43 AM: Image guided cerebral angiogram with all possible interventions - E-signed

### 🗎 Order-Level Documents:

There are no order-level documents.

### 🗎 Patient-Level Documents:

Scan on 8/31/2021 10:04 AM by Darrett, Shinequa
Scan on 10/21/2014 12:50 PM by Ward, Andrea: DISCLOSURE OF PHI FORM
[Media Unavailable] Electronic signature on 9/19/2014 12:39 PM - 1 of 30 e-signatures recorded
Scan on 3/6/2014 7:11 AM by Johnson, Antoinnisha

EVAN ERMAYNE LEE [DIC]                    Ex. 9 201
PLAINTIFF [GPN 0298612]                                    000131

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

Scan on 3/5/2014 8:08 PM by Gonzalez, Claudia

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:20 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

**Ex. 9 202**

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

**Williams-Perez, Sophia, ResidentMD**     Progress Notes ⚠ 🖎
Resident                                    Signed
BT Surgery Acute Care
Date of Service: 3/18/2022 11:40 PM

**ACS Brief Progress Note**

Evan E Lee is a 31y.o. M w/ PMH T1DM, HTN, bipolar disorder, schizophrenia presenting to BTEC on 3/18/22 as Code 2 s/p being found down in jail. Unknown circumstances, no external signs of trauma, taken to St. Joseph's initially, CT head showed subdural hematoma. GCS 11-13, mental status changing per EMS. Transferred to BT 2/2 SDH and for higher level of care. Repeat CTH here at 1024 demonstrated acute 8mm wide hyperdense L hemispheric SDH with subtle uncal herniation that was unchanged when compared to imaging from St. Joseph's. Second repeat at 1605 demonstrated stable findings. Pt is admitted to NICU for close neuro monitoring.

CT c/a/p obtained upon arrival demonstrated "few, diminutive air foci just posterior to the manubrium and in the soft tissues anterior to the manubrium without radiographic evidence of sternal or clavicular injury." Initial eval in EC reported no chest wall tenderness. Went to bedside to re-assess for any evolving injury at ~2300 on 3/18. Patient was minimally interactive with exam, kept head covered by blanket and readjusting blanket, mumbling little speech in response to questions. Performed sternal rub and patient did not verbally complain or react to the noxious stimuli, notably did continue to readjust throughout exam and did say a few inaudible words but did not overtly appear to have pain with sternal palpation/rub.

Unable to complete full tertiary assessment at this time 2/2 patient low interaction. Will attempt later.

**Sophia Williams-Perez, MD**
PGY-1 General Surgery
Baylor College of Medicine
HHI: 441282

Electronically signed by Williams-Perez, Sophia, ResidentMD at 3/19/2022 12:29 AM

ED to Hosp-Admission (Current) on 3/18/2022     *Note shared with patient*

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:17 PM

CONFIDENTIAL

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

---

| **Lewis, Lara, RN**<br>Registered Nurse | ED Notes ⚠️ 📝<br>Addendum | Date of Service: 3/18/2022 9:57 AM |

The EM attending physician was present upon arrival of the trauma patient, and initiated evaluation at that time.

**Assessment & Plan:**
31y.o. male presents as code 2 Unknown mechanism, found jail. Pt brought from St. Joseph Hospital after subdural hematoma located on CT scan for neurosurgery. On arrival GCS 11 - Sugar found to be 46 (dextrose given). Pt taken to scanner to rescan for evolving injury. Pt unable to verify name/dob, HCSO at bedside with patient. Pt placed in soft c-collar by MD. For additional information please refer to trauma narrator.

**Primary survey:**
A: intact
B: breath sounds equal bilaterally
C: central and distal pulses intact
D: patient moving all extremities
E: patient exposed and log rolled with spinal precautions as indicated
F: deferred FAST exam

Diagnostics:
Films: Chest X-ray
CTs: Head, C-spine, maxillofacial and abdomen-pelvis

Consults: NSGY

Disposition: pending imaging, trauma surgery recs and consultant recs

Electronically signed by Lewis, Lara, RN at 3/18/2022 10:08 AM

ED to Hosp-Admission (Current) on 3/18/2022    *Note shared with patient*

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:16 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFFS 000263-42
https://epiccarelink.memorialhermann.org/EpicCareLink/common/epic_main.asp
**Ex. 9 204**
000134
1/1

CONFIDENTIAL

# Lee, Evan E

MRN: 040457976

**Shoujaa, Adham B, ResidentMD**
Resident
BT Radiology

Brief Op Note ⚠ 💌
Attested

Date of Service: 3/19/2022  2:54 PM

---

Attestation signed by Amaresh, Amar, MD at 3/19/2022  3:40 PM

Brief op notes:

Procedure:

6 vessel cerebral angiogram:
-Biplane cerebral angiogram of the Rt ICA, Rt ECA, Rt vertebral artery, Lt ICA, Lt ECA, Lt vertebral artery by the Rt CFA approach.

No aneurysm, AVM or dural fistula seen at the left side.
Small dural fistula at the right coming off the a small branch of the Rt occipital artery draining into the transverse sinus.
Closure of the Rt CFA arteriotomy site using a 5 Fr closure device.
Detail report to follow.

Amar Amaresh, MD
Staff physician

## INTERVENTIONAL RADIOLOGY BRIEF OP NOTE

Pre-op diagnosis: Left subdural hematoma.
Post-op diagnosis: left subdural hematoma status post cerebral angiogram.

Procedure(s): Image guided cerebral angiogram.

Findings/Outcomes:
- Successful image guided cerebral angiogram.
- For further details, please refer to the full operative report in the "Imaging" section.

Resident: Adham Shoujaa MD.
Attending: Ama, MD.
Specimens removed: None.
Implants/grafts: None.
EBL: Less than 5 cc.
Blood products administered: None.
Fluoro time: see dictation
Total air Kerma: see dictation
Cumulative DAP: see dictation.

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

Contrast material: see dictation
Medications administered: 50 mcg Fentanyl IV, 0.5 mg Midazolam IV, and 10 mL buffered
Lidocaine 1% SC.
Monitored sedation time: 110 minutes.

_____

Adham Shoujaa, MD
PGY-3 Resident
Department of Radiology
Baylor College of Medicine
x37337 (M-F, 0700-1700)
x39995 (weekends and after hours)

Cosigned by: Amaresh, Amar, MD at 3/19/2022 3:40 PM

Electronically signed by Amaresh, Amar, MD at 3/19/2022 3:40 PM

ED to Hosp-Admission (Current) on 3/18/2022        *Note shared with patient*

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:17 PM

Lee, Evan E (MRN 040457976)

# Results

Urine Drug Screen (Accession 22BT-077C1506) (Order 377458939)

## Collection Information

| Specimen ID: | 22BT-077C1506 | Urine<br>Voided, urine<br>Non-blood Collection | Collected: | 3/18/2022 11:20 AM<br>NGUYEN, KENDRA | Resulting Agency: | BEN TAUB LABORATORY<br>1504 Taub Loop<br>Houston TX 77030 |
|---|---|---|---|---|---|---|
| | | | Received: | 3/18/2022 1:54 PM | | |

## Urine Drug Screen

Status: **Final result**   Visible to patient: **No (not released)**     Order: 377458939

### 0 Result Notes

ⓘ Newer results are available.

| Component<br>Ref Range & Units | 4 d ago<br>(3/18/22) | 4 d ago<br>(3/18/22) |
|---|---|---|
| **pH, Ur** | 6.0 | 6.0 ᴿ |
| **Opiate, Ur**<br>Negative | Negative | |
|   Comment: Calibrated Standard: Morphine | | |
|   Positive if urine level > or = 300 ng/mL | | |
| **Amphetamine**<br>Negative | Negative | |
|   Comment: Calibrated Standard: D-Methamphetamine | | |
|   Positive if urine level > or = 1000 ng/mL | | |
| **Barbiturate**<br>Negative | Negative | |
|   Comment: Calibrated Standard: Secobarbital | | |
|   Positive if urine level is > or = 200 ng/mL | | |
| **Benzodiazepine**<br>Negative | Negative | |
|   Comment: Calibrated Standard: Lormethazepam | | |
|   Positive if urine level is > or = 200 ng/mL | | |
| **Cocaine**<br>Negative | Negative | |
|   Comment: Calibrated Standard: Benzoylecgonine | | |
|   Positive if urine level > or = 300 ng/mL | | |
| **PCP**<br>Negative | Negative | |
|   Comment: Calibrated Standard: Phencyclidine | | |
|   Positive if urine level > or = 25 ng/mL | | |
| **Cannabinoid**<br>Negative | Negative | |
|   Comment: Calibrated Standard: 11 nor-delta(9)-THC carboxylic acid | | |
|   Positive if urine level > or = 50 ng/mL | | |

EVAN ERMAYNE LEE [DIC]
PLAINTIFFS [CP's 0238042]
Ex. 9 207
000137

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AHCM542]

CONFIDENTIAL

| | | |
|---|---|---|
| Resulting Agency | BTLAB | BTLAB |
| Specimen Collected: 03/18/22 11:20 AM | | Last Resulted: 03/18/22 2:32 PM |

🔲 Order Details   ⚲ View Encounter   🗋 Lab and Collection Details   📤 Routing   ⟳ Result History

R=Reference range differs from displayed range

### Result Care Coordination

⚲ Patient Communication

🔲 Not Released                                                  ✕ Not seen                                          Back to Top

## Professional Charges

CPT Codes:  Not Applicable

HAR Number: 965057833626

## Result Read / Acknowledged

No acknowledgement history exists for this order.

## Official CAP/CLIA/Joint Commission Regulatory Result Report

Urine Drug Screen (Order #377458939) on 3/18/22

## Lab Component SmartPhrase Guide

Urine Drug Screen (Order #377458939) on 3/18/22

## ⚲ Urine Drug Screen: Patient Communication

🔲 Not Released                                                  ✕ Not seen

| Related Result Highlights | |
|---|---|
| 🔬 **Urinalysis** Final result | 3/18/2022 |

| Other Results from 3/18/2022 | |
|---|---|
| 🧪 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🧪 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **Basic Metabolic Panel** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT ABG POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT ABG POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT ABG POC docked device** Final result | 3/22/2022 |
| 🔬 **Sodium** Final result | 3/22/2022 |
| 🔬 **Blood Gas, Arterial** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **Basic Metabolic Panel** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🧪 **Vancomycin, Trough** Final result | 3/22/2022 |
| 🔬 **Basic Metabolic Panel** Final result | 3/22/2022 |
| 🔬 **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| 🔬 **Sodium, Urine, Random** Final result | 3/22/2022 |

EVAN ERMAYNE LEE [DIC]

PLAINTIFF (GPN 0236142)

EX. 9 208

000138

# Results

Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA (Accession 22BT-077E0203) (Order 377463283)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| Coronavirus, CoVID-19, NAA | **Normal** | Final result |

Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA (Order 377463283)

## Linked Results

| Procedure | Abnormality | Status |
|---|---|---|
| Coronavirus, CoVID-19, NAA | **Normal** | Final result |

Coronavirus, CoVID-19, NAA (Order 377463285)

## Collection Information

| Specimen ID: | 22BT-077E0203 | **Nasal/Nasopharyngeal Swab Nasopharynx** | Collected: | 3/18/2022 10:27 AM LEWIS, LARA | Resulting Agency: | BEN TAUB LABORATORY |
|---|---|---|---|---|---|---|
| | | | Received: | 3/18/2022 10:44 AM | | 1504 Taub Loop Houston TX 77030 |

---

### ⚕ Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA

Order: 377463283

Collected: **3/18/2022 10:27 AM** Status: **Final result** Visible to patient: **No (not released)**

Specimen Information: Nasopharynx; Nasal/Nasopharyngeal Swab

**0 Result Notes**

Specimen Collected: 03/18/22 10:27 AM      Last Resulted: 03/18/22 11:11 AM

🗐 Order Details    ⚕ View Encounter    🗐 Lab and Collection Details    ✉ Routing    🕓 Result History

**Result Care Coordination**

🗨 Patient Communication

☑ Not Released          ✗ Not seen          Back to Top

---

### ⚕ Coronavirus, CoVID-19, NAA

Order: 377463285 - Part of Panel Order 377463283

Collected: **3/18/2022 10:27 AM** Status: **Final result** Visible to patient: **No (not released)**

Specimen Information: Nasopharynx; Nasal/Nasopharyngeal Swab

**0 Result Notes**

| Component | | |
|---|---|---|
| Ref Range & Units | | |
| **COVID-19 (SARS-COV-2)** | Not Detected | |
| Not Detected | | |

Comment: INTERPRETATION: No detectable levels of SARS-CoV-2 Coronavirus (COVID-19) were present in this patient's sample by this test. A not detected result does not exclude the possibility of active infection with this virus due to other factors that may affect the results such as a poorly collected sample, viral titers below the limit of detection of the assay, and the infrequent possibility of inhibitors in the sample. This result should be interpreted in conjunction with clinical, radiographic, and other laboratory findings and should not be used as the sole indicator of active infection with SARS-CoV-2 Coronavirus (COVID-19).

EVAN ERMAYNE LEE [DIC]      EX. 9 209      PLAINTIFF'S [CPN 0236342]

000139

Lee, Evan E (MRN 040457976)

Resulting Agency                          BTLAB

### Narrative                                                         Performed by: BTLAB

```
COMMENT: This cobas real-time reverse transcriptase polymerase chain reaction (RT-PCR) test
rapidly detects SARS-CoV-2 (COVID-19) virus from nasopharyngeal and nasal swab specimens. In
accordance with the FDA's guidance document "Policy for Diagnostic Tests for Coronavirus Disease-
2019 during the Public Health Emergency", this test was developed, and its performance
characteristics were verified by the Harris Health Ben Taub Hospital molecular diagnostics
laboratory and is authorized for clinical diagnostic use. This laboratory is certified under the
Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity
clinical laboratory testing.
```

Specimen Collected: 03/18/22 10:27 AM          Last Resulted: 03/18/22 11:11 AM

⊕ Order Details   ↳ View Encounter   ⋓ Lab and Collection Details   ⇄ Routing   ↺ Result History

### Result Care Coordination

&#x1F464;° Patient Communication

☑ Not Released                              ✕ Not seen                        Back to Top

## Professional Charges

CPT Codes:  Not Applicable

HAR Number: 965057833626

## Result Read / Acknowledged

### Coronavirus, CoVID-19, NAA (Order 377463285)
No acknowledgement history exists for this order.

## Official CAP/CLIA/Joint Commission Regulatory Result Report
Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA (Order #377463283) on 3/18/22

## Lab Component SmartPhrase Guide
Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA (Order #377463283) on 3/18/22

## &#x1F464;° Patient Communication

### Coronavirus (CoVID-19), +/- Influenza A/B and/or RSV viral RNA

☑ Not Released                              ✕ Not seen

### Coronavirus, CoVID-19, NAA

☑ Not Released                              ✕ Not seen

| Related Result Highlights | |
|---|---|
| ⚗ **Coronavirus, CoVID-19, NAA** Final result | 3/20/2022 |

| Other Results from 3/18/2022 | |
|---|---|
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **Basic Metabolic Panel** Final result | 3/22/2022 |
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT ABG POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT ABG POC docked device** Final result | 3/22/2022 |
| ⚗ **POCT ABG POC docked device** Final result | 3/22/2022 |

EVAN ERMAYNE LEE [DIC]

DEFENDANTS RESPONSE ED003344/2

Ex. 9 210

000140

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AHCME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

| | |
|---|---|
| **Sodium** Final result | 3/22/2022 |
| **Blood Gas, Arterial** Final result | 3/22/2022 |
| **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| **Basic Metabolic Panel** Final result | 3/22/2022 |
| **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| **Vancomycin, Trough** Final result | 3/22/2022 |
| **Basic Metabolic Panel** Final result | 3/22/2022 |
| **POCT GLUCOSE POC docked device** Final result | 3/22/2022 |
| **Sodium, Urine, Random** Final result | 3/22/2022 |

(i) **Warning: Additional results from 3/18/2022 are available but are not displayed in this report.**

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:19 PM

Printed 3/22/22 11:19 PM

EVAN ERMAYNE LEE [DIC]

Ex. 9 211

000141

3/22/2022   Case 4:23-cv-02886   Document 270-9   Filed 12/23/25 in TXSD   Page 212 of 375
Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [KIRQ1E42]
CONFIDENTIAL

Lee, Evan E (MRN 040457976)

## PACS Images
Show images for CT Head Without Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## ⚕ CT Head Without Contrast: Patient Communication

☑ Not Released                    ✖ Not seen

# Results

CT Head Without Contrast (Order 377459246)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 10:30 AM | Final result | Open |

## CT Head Without Contrast

Order: 377459246

Status: **Final result**  Visible to patient: **No (not released)**  Next appt: **None** Dx: **Trauma**

0  Result Notes

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Diaz-Marchan, Pedro J, MD | 3/18/2022 | |
| 📞 713-798-4417 | | |

Narrative & Impression
Exam: CT HEAD W/O CONTRAST, CT C-SPINE W/O CONTRAST

History:
Facial trauma
Trauma

Additional history:
31-year-old male presenting as transfer from St. Joseph's reportedly
found down with subdural hematoma

Comparison studies:
Head CTs on 5/6/2008 and 3/18/2022

Technique:
Axial scans obtained from skull base to the vertex and cervical regions
without IV contrast.
Coronal and sagittal reconstructions obtained from the axial data.

Radiation Dose:
Total DLP: 2068 mGy*cm

FINDINGS:

Head CT:

EVAN ERMAYNE LEE [DIC]          EX. 9 212
PLAINTIFF [SPN 0200412]          000142

Lee, Evan E (MRN 040457976)

Scalp/Skull:
No abnormalities.

Extra-axial:
An acute 8 mm wide hyperdense left hemispheric subdural hematoma exerts
subtle mass effect on the underlying brain, minimally effaces the left
lateral ventricle and results in subtle uncal herniation (series 602,
image 15) and 3 mm subfalcine shift from left to right from left to
right. (series 602, image 22). Otherwise, no masses or additional fluid
collections.

Brain sulci: Appropriate for patient's age..
Ventricles:  Normal in size and configuration. No hydrocephalus.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.

Dural sinuses:
Normal in density.

Sellar/Suprasellar regions:
No abnormalities.

Cervicomedullary junction:
The cerebellar tonsils are above the foramen magnum. No Chiari I
malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Cervical spine CT:

Alignment:
Normal lordosis..
No lateral curvature. No subluxation..

Cervicomedullary junction:
Cerebellar tonsils above the foramen magnum. No Chiari I malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Soft tissues:
No prevertebral soft tissue swelling, masses or calcifications.

Postsurgical changes:
None.

Vertebrae:
Normal in height and density.
No fractures, lytic or sclerotic lesions.

Degenerative changes:
*  Mildly degenerated discs from C4 to C7.
*  No significant spinal canal stenosis in spite of subtle disc
osteophyte complexes.
*  Patent foramina.

Incidental findings:
None.

EVAN ERMAYNE LEE [DIC]
PLAINTIFFS CPN 02388412]
EX. 9 213
000143

Lee, Evan E (MRN 040457976)

CONFIDENTIAL

```
IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  No changes compared to the head CT on 3/18/2022 at 0642 hours.
3.  An acute left hemispheric subdural hematoma continues to result in
subtle uncal herniation and 3 mm subfalcine shift from left to right.

Cervical Spine:
1.  No acute abnormalities.
2.  Specifically, no fractures.
3.  Cannot adequately assess for ligament, spinal cord or vascular
injuries.
4.  Mild degenerative changes

Signed By: Pedro Diaz-Marchan MD, 3/18/2022 10:30 AM
```

Specimen Collected: 03/18/22 10:25 AM      Last Resulted: 03/18/22 10:30 AM

⚕ Order Details    ⚕ View Encounter    ⚖ Lab and Collection Details    ✉ Routing    ⟲ Result History

## Result Care Coordination

🔊 Patient Communication

⬜ Not Released                 ✖ Not seen               Back to Top

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | 10:30 AM | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: 16831432 | Collected: 3/18/2022 10:25 AM | Resulting Agency: SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#007532 Diaz-Marchan, Pedro J, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|

EVAN ERMAYNE LEE [DIC]      EX. 9 214

Lee, Evan E (MRN 040457976)

CONFIDENTIAL

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT Head Without Contrast (Order #377459246) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [DIP № 02566442]
https://epiccarelink.harrishealth.org/EpicCareLink/common/epic_main.asp
Ex. 9 215
000145
21/32

Lee, Evan E (MRN 040457976)

CONFIDENTIAL

## PACS Images
Show images for CT Head Without Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 🔎 CT Head Without Contrast: Patient Communication

🖊 Not Released            ✖ Not seen

# Results

CT Head Without Contrast (Order 377464097)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 5:22 PM | Final result | Open |

### CT Head Without Contrast

Order: 377464097

Status: **Final result**   Visible to patient: **No (not released)**   Next appt: **None** Dx: **Trauma**

0 Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Venkataraman, Guhanand, MD | 3/18/2022 | |
| 📞 713-873-2100 | | |

Narrative & Impression
```
Exam : Head CT without contrast
History: Cerebral hemorrhage suspected Trauma

Comparison studies:
CT head 3/18/2022 at 10:03 AM and outside institution CT head 3/18/2022
at 6:42 AM.

Technique:
Axial scans were obtained from skull base to the vertex.
Coronal and sagittal reconstructions obtained from the axial data.

Dose modulation, iterative reconstruction, and/or weight based
adjustment of the mA/kV was utilized to reduce the radiation dose to as
low as reasonably achievable

IV Contrast: None
Complications: None

Radiation Dose:
Total DLP: 1799 mGy*cm.
Estimated Effective Dose: DLP x 0.0021 mSv

FINDINGS:

See impression.
```

EVAN ERMAYNE LEE [DIC]    EX. 9 216    000146

Lee, Evan E (MRN 040457976)

IMPRESSION
IMPRESSION:

1.  No new acute intracranial abnormalities. No changes when compared to
same day CT head from 10:03 AM.
2.  Unchanged mixed density, mostly dense, subdural hematoma along the
left cerebral convexity that measures up to 1.3 cm in maximum thickness,
with stable mild mass effect on the underlying sulci and stable 5 mm
rightward subfalcine shift
3.  Unchanged predominantly low density subdural hematoma, with focal
dense component anteriorly (image 26 of series 602), along the right
cerebral convexity that measures up to 7 mm in thickness, without
significant regional mass effect.
4.  Right-sided paranasal sinus disease.
5.  Mild diffuse cerebral volume loss appears advanced for patient's
stated age.

Signed By: Guhanand Venkataraman MD, 3/18/2022 5:22 PM

Specimen Collected: 03/18/22  4:05 PM          Last Resulted: 03/18/22  5:22 PM

🔖 Order Details   🔧 View Encounter   🔬 Lab and Collection Details   📤 Routing   🔄 Result History

## Result Care Coordination

📡 Patient Communication

🖼 Not Released                           ✖ Not seen                     Back to Top

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Venkataraman, Guhanand, MD | Mar 18, 2022 | Venkataraman, Guhanand, MD | Mar 18, 2022 | 5:22 PM | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| Timed | Hospital Performed |

## Collection Information

| Specimen ID: 16832364 | Collected: 3/18/2022  4:05 PM | Resulting Agency:  SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#441063 Venkataraman, Guhanand, MD |

## 🩺 Encounter

View Encounter

EVAN ERMAYNE LEE [DIC]          EX. 9 217
EVAN ERMAYNE LEE [DIC]                    000147

3/22/2022    Lee, Evan E (MR#040457976) Printed by BERTHELOT, CAROLYN [AHGME42]    CONFIDENTIAL

Lee, Evan E (MRN 040457976)

## Order Information

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

CT Head Without Contrast (Order #377464097) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]
**Ex. 9 218**

Lee, Evan E (MRN 040457976)

## PACS Images

Show images for CT C-Spine w/o Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## CT C-Spine w/o Contrast: Patient Communication

☑ Not Released                  ✖ Not seen

# Results

CT C-Spine w/o Contrast (Order 377459247)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 10:30 AM | Final result | Open |

### CT C-Spine w/o Contrast

Order: 377459247

Status: **Final result**   Visible to patient: **No (not released)**   Next appt: **None**   Dx: **Trauma**

💬 0   Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Diaz-Marchan, Pedro J, MD | 3/18/2022 | |
| 📞 713-798-4417 | | |

Narrative & Impression
Exam: CT HEAD W/O CONTRAST, CT C-SPINE W/O CONTRAST

History:
Facial trauma
Trauma

Additional history:
31-year-old male presenting as transfer from St. Joseph's reportedly
found down with subdural hematoma

Comparison studies:
Head CTs on 5/6/2008 and 3/18/2022

Technique:
Axial scans obtained from skull base to the vertex and cervical regions
without IV contrast.
Coronal and sagittal reconstructions obtained from the axial data.

Radiation Dose:
Total DLP: 2068 mGy*cm

FINDINGS:

Head CT:

EVAN ERMAYNE LEE [DIC]
CARINA TANIS [DIC]        EX. 5 219

000149

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [APSME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

```
Scalp/Skull:
No abnormalities.

Extra-axial:
An acute 8 mm wide hyperdense left hemispheric subdural hematoma exerts
subtle mass effect on the underlying brain, minimally effaces the left
lateral ventricle and results in subtle uncal herniation (series 602,
image 15) and 3 mm subfalcine shift from left to right from left to
right. (series 602, image 22). Otherwise, no masses or additional fluid
collections.

Brain sulci: Appropriate for patient's age..
Ventricles:  Normal in size and configuration. No hydrocephalus.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.

Dural sinuses:
Normal in density.

Sellar/Suprasellar regions:
No abnormalities.

Cervicomedullary junction:
The cerebellar tonsils are above the foramen magnum. No Chiari I
malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Cervical spine CT:

Alignment:
Normal lordosis..
No lateral curvature. No subluxation..

Cervicomedullary junction:
Cerebellar tonsils above the foramen magnum. No Chiari I malformation.

Skull base/craniocervical junction:
No bone abnormalities. Patent foramen magnum.

Soft tissues:
No prevertebral soft tissue swelling, masses or calcifications.

Postsurgical changes:
None.

Vertebrae:
Normal in height and density.
No fractures, lytic or sclerotic lesions.

Degenerative changes:
*  Mildly degenerated discs from C4 to C7.
*  No significant spinal canal stenosis in spite of subtle disc
osteophyte complexes.
*  Patent foramina.

Incidental findings:
None.
```

EVAN ERMAYNE LEE [DIC]

**EX. 5 220**

000150

23/32

3/22/2022

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [ARGME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

```
IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  No changes compared to the head CT on 3/18/2022 at 0642 hours.
3.  An acute left hemispheric subdural hematoma continues to result in
subtle uncal herniation and 3 mm subfalcine shift from left to right.

Cervical Spine:
1.  No acute abnormalities.
2.  Specifically, no fractures.
3.  Cannot adequately assess for ligament, spinal cord or vascular
injuries.
4.  Mild degenerative changes

Signed By: Pedro Diaz-Marchan MD, 3/18/2022 10:30 AM
```

Specimen Collected: 03/18/22 10:25 AM          Last Resulted: 03/18/22 10:30 AM

⚛ Order Details   ⚷ View Encounter   🖿 Lab and Collection Details   ⇗ Routing   ⟳ Result History

## Result Care Coordination

🔑 Patient Communication

🖳 Not Released                         ✗ Not seen                    Back to Top

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | Diaz-Marchan, Pedro J, MD | Mar 18, 2022 | 10:30 AM | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: 16831431 | Collected: 3/18/2022 10:25 AM | Resulting Agency: SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#007532 Diaz-Marchan, Pedro J, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|

EVAN ERMAYNE LEE [DIC]
EX. 9 221
000151

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [APGME42]
CONFIDENTIAL

Lee, Evan E (MRN 040457976)

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT C-Spine w/o Contrast (Order #377459247) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]

Case 4:23-cv-02886    Document 270-9    Filed 12/22/25 in TXSD    Page 223 of 375
Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [KHSME42]
CONFIDENTIAL

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 🔬 CT ABDOMEN & PELVIS CONTRAST: Patient Communication

🖊 Not Released                                    ✖ Not seen

# Results

CT ABDOMEN & PELVIS CONTRAST (Order 377459248)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 12:03 PM | Final result | Open |

### CT ABDOMEN & PELVIS CONTRAST                            Order: 377459248

Status: **Final result**  Visible to patient: **No (not released)** Next appt: **None** Dx: **Trauma**

0  Result Notes

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Strax, Richard, MD | 3/18/2022 | |
| 📞 713-798-4438 | | |
| Santa Cruz, John R, ResidentMD | 3/18/2022 | |
| 📞 713-873-3907 | | |

Narrative & Impression
EXAM: CT Chest, Abdomen and Pelvis WITH contrast
INDICATION: Abdominal trauma
Additional history: 31-year-old male code 2000 down in jail, CT head
with subdural hematoma.
COMPARISON: None available
TECHNIQUE: Chest, abdomen and pelvis were scanned utilizing a
multidetector helical scanner from the lung apex to the pubic symphysis
after administration of IV contrast. Coronal and sagittal reformations
were obtained. Trauma protocol was performed. Scan was performed during
arterial phase through the chest, abdomen and pelvis and early portal
venous and delayed phases through the abdomen and pelvis. No oral
contrast was given.
IV CONTRAST: 150 mL of Omnipaque 300
ORAL CONTRAST: Water

COMPLICATIONS: None

RADIATION DOSE:
Total DLP: 1658 mGy*cm
Estimated effective dose: (DLP x 0.015 x size factor) mSv
CTDIvol has been reviewed. It is below the limits set by the Radiation
Protocol Committee (RPC).

FINDINGS:

The examination is suboptimal due to motion artifact at multiple levels.

EVAN ERMAYNE LEE [DIC]    EX. 5 223
000153

Lee, Evan E (MRN 040457976)

LINES and TUBES: None.

LUNGS AND AIRWAYS:  The lungs are unremarkable.  Airways are normal.

PLEURA: The pleural spaces are clear.

HEART AND MEDIASTINUM: There are few, diminutive air foci just posterior
to the manubrium and in the soft tissues anterior to the manubrium. The
thyroid gland is normal.  No mediastinal, hilar or axillary
lymphadenopathy.  The heart is normal in size. There is no pericardial
effusion.  Aorta and coronary arteries are unremarkable. The pulmonary
artery and aorta caliber are unremarkable.

HEPATOBILIARY: The liver is unremarkable in attenuation. No hepatic
masses. No biliary ductal dilation.

GALLBLADDER: No radio-opaque stones or sludge. No wall thickening.

SPLEEN: No splenomegaly.

PANCREAS: No focal masses or ductal dilatation.

ADRENALS: No adrenal nodules.

KIDNEYS/URETERS: The kidneys enhance symmetrically. No stones. No
hydronephrosis. No cystic or solid lesions.

GI TRACT:
Stomach: Unremarkable.
Small Bowel: Unremarkable.
Large Bowel: Unremarkable. Large volume of retained stool.
Appendix: Normal.

PELVIC ORGANS/BLADDER: Unremarkable.

LYMPH NODES: No lymphadenopathy.

VESSELS: Unremarkable.

PERITONEUM / RETROPERITONEUM: No free air or significant fluid.

BONES: Unremarkable. No focal suspicious osseous lesions.

SOFT TISSUES: Unremarkable.

IMPRESSION
IMPRESSION:
1.  There are few, diminutive air foci just posterior to the manubrium
and in the soft tissues anterior to the manubrium without radiographic
evidence of sternal or clavicular injury. This may represent an occult
sternal injury or transient disruption of the clavicular notch. Careful
correlation with clinical findings suggested.
2.  Otherwise, no acute abnormalities in the chest, abdomen, or pelvis.


If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's
interpretation.

Dictated By: John Santa Cruz MD, 3/18/2022 11:38 AM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [GPV 0236012]

Lee, Evan E (MRN 040457976)

I have reviewed the study and agree with the findings in this report.

Signed By: Richard Strax MD, 3/18/2022 12:03 PM

Specimen Collected: 03/18/22 10:25 AM        Last Resulted: 03/18/22 12:03 PM

🗎 Order Details     🐾 View Encounter     📎 Lab and Collection Details     ↪ Routing

↺ Result History - Result Edited

## Result Care Coordination

🔲 Patient Communication

☒ Not Released                 ✗ Not seen                 Back to Top

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Strax, Richard, MD | Mar 18, 2022 | Strax, Richard, MD | Mar 18, 2022 | 12:03 PM | | Mar 18, 2022 |
| Santa Cruz, John R, ResidentMD | Mar 18, 2022 | | | | | Mar 18, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: 16831420 | Collected: 3/18/2022 10:25 AM | Resulting Agency: SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#049102 Strax, Richard, MD |

## 🩺 Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Ukraintsev, Dmitri, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT ABDOMEN & PELVIS CONTRAST (Order #377459248) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC] PLAINTIFF [U 0235412]

**Ex. 9 225**

3/22/2022                    Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AROME42]
                                              CONFIDENTIAL

Lee, Evan E (MRN 040457976)

## PACS Images

Show images for CT Chest w Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## CT Chest w Contrast: Patient Communication

☑ Not Released                              ✖ Not seen

# Results

CT Chest w Contrast (Order 377462100)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/18/2022 12:03 PM | Final result | Open |

### CT Chest w Contrast

Order: 377462100

Status: **Final result**   Visible to patient: **No (not released)** Next appt: **None** Dx: **Trauma**

### 0  Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Strax, Richard, MD | 3/18/2022 | |
| 📞713-798-4438 | | |
| Santa Cruz, John R, ResidentMD | 3/18/2022 | |
| 📞713-873-3907 | | |

Narrative & Impression
EXAM: CT Chest, Abdomen and Pelvis WITH contrast
INDICATION: Abdominal trauma
Additional history: 31-year-old male code 2000 down in jail, CT head
with subdural hematoma.
COMPARISON: None available
TECHNIQUE: Chest, abdomen and pelvis were scanned utilizing a
multidetector helical scanner from the lung apex to the pubic symphysis
after administration of IV contrast. Coronal and sagittal reformations
were obtained. Trauma protocol was performed. Scan was performed during
arterial phase through the chest, abdomen and pelvis and early portal
venous and delayed phases through the abdomen and pelvis. No oral
contrast was given.
IV CONTRAST: 150 mL of Omnipaque 300
ORAL CONTRAST: Water

COMPLICATIONS: None

RADIATION DOSE:
Total DLP: 1658 mGy*cm
Estimated effective dose: (DLP x 0.015 x size factor) mSv

EVAN ERMAYNE LEE [DIC]                    Ex. 9 226

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

CTDIvol has been reviewed. It is below the limits set by the Radiation
Protocol Committee (RPC).

FINDINGS:

The examination is suboptimal due to motion artifact at multiple levels.

LINES and TUBES: None.

LUNGS AND AIRWAYS:  The lungs are unremarkable.  Airways are normal.

PLEURA: The pleural spaces are clear.

HEART AND MEDIASTINUM: There are few, diminutive air foci just posterior
to the manubrium and in the soft tissues anterior to the manubrium. The
thyroid gland is normal.  No mediastinal, hilar or axillary
lymphadenopathy.  The heart is normal in size. There is no pericardial
effusion.  Aorta and coronary arteries are unremarkable. The pulmonary
artery and aorta caliber are unremarkable.

HEPATOBILIARY: The liver is unremarkable in attenuation. No hepatic
masses. No biliary ductal dilation.

GALLBLADDER: No radio-opaque stones or sludge. No wall thickening.

SPLEEN: No splenomegaly.

PANCREAS: No focal masses or ductal dilatation.

ADRENALS: No adrenal nodules.

KIDNEYS/URETERS: The kidneys enhance symmetrically. No stones. No
hydronephrosis. No cystic or solid lesions.

GI TRACT:
Stomach: Unremarkable.
Small Bowel: Unremarkable.
Large Bowel: Unremarkable. Large volume of retained stool.
Appendix: Normal.

PELVIC ORGANS/BLADDER: Unremarkable.

LYMPH NODES: No lymphadenopathy.

VESSELS: Unremarkable.

PERITONEUM / RETROPERITONEUM: No free air or significant fluid.

BONES: Unremarkable. No focal suspicious osseous lesions.

SOFT TISSUES: Unremarkable.

IMPRESSION
IMPRESSION:
1.  There are few, diminutive air foci just posterior to the manubrium
and in the soft tissues anterior to the manubrium without radiographic
evidence of sternal or clavicular injury. This may represent an occult
sternal injury or transient disruption of the clavicular notch. Careful
correlation with clinical findings suggested.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]
CAIN TATE [0149-020014]
Ex. 9 227

Lee, Evan E (MRN 040457976)

2.   Otherwise, no acute abnormalities in the chest, abdomen, or pelvis.

If the report is "FINALIZED" it indicates that the attending/staff
radiologist has reviewed the images and agrees with the resident's
interpretation.

Dictated By: John Santa Cruz MD, 3/18/2022 11:38 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Richard Strax MD, 3/18/2022 12:03 PM

Specimen Collected: 03/18/22 10:25 AM          Last Resulted: 03/18/22 12:03 PM

▣ Order Details   ⤶ View Encounter   ⬚ Lab and Collection Details   ↱ Routing

↻ Result History - Result Edited

## Result Care Coordination

Patient Communication
_____
☒ Not Released                              ✕ Not seen              Back to Top

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Strax, Richard, MD | Mar 18, 2022 | Strax, Richard, MD | Mar 18, 2022 | 12:03 PM | | Mar 18, 2022 |
| Santa Cruz, John R, ResidentMD | Mar 18, 2022 | | | | | Mar 18, 2022 |

# Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

# Collection Information

| Specimen ID: 16831488 | Collected: 3/18/2022 10:25 AM | Resulting Agency: SMS |
|---|---|---|

# Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#435738 Lehnhardt, Kris, MD | None | ID#049102 Strax, Richard, MD |

## ☊ Encounter
View Encounter

# Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]

Lee, Evan E (MRN 040457976)

CONFIDENTIAL

| Date | Department | Released By | Authorizing |
|------|-----------|-------------|-------------|
| 3/18/2022 | 4C Neuro ICU (4CNI) BT | Badawood, Lojain M, ResidentMD (auto-released) | Lehnhardt, Kris, MD |

## Order Report

CT Chest w Contrast (Order #377462100) on 3/18/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]

PLAINTIFF LEE 000159[2]

Ex. 9 229

https://epiccarelink.nmhealth.org/EpicCareLink/common/epic_main.asp

000159

32/32

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [ARCME42]    CONFIDENTIAL

Lee, Evan E (MRN 040457976)

## PACS Images

Show images for CT Head Without Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 👤 CT Head Without Contrast: Patient Communication

🖾 Not Released                              ✗ Not seen

# Results                          CT Head Without Contrast (Order 377599031)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 12:55 AM | Final result | Open |

### CT Head Without Contrast                                    Order: 377599031

Status: **Final result**    Visible to patient: **No (not released)**   Next appt: **None** Dx: **Trauma**

### 0  Result Notes

### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Venkataraman, Guhanand, MD | 3/20/2022 | |
| 📞 713-873-2100 | | |
| Rose, Nicholas B, ResidentMD | 3/20/2022 | |
| 📞 713-873-2170 | | |

Narrative & Impression
Exam : Head CT without contrast
History: Cerebral hemorrhage suspected Trauma

Comparison studies:
CT head 3/18/2022 and outside institution CT head 3/18/2022

Technique:
Axial scans were obtained from skull base to the vertex.
Coronal and sagittal reconstructions obtained from the axial data.

Dose modulation, iterative reconstruction, and/or weight based
adjustment of the mA/kV was utilized to reduce the radiation dose to as
low as reasonably achievable

IV Contrast: None
Complications: None

FINDINGS:

See impression.

EVAN ERMAYNE LEE [DIC]
EVAN ERMAYNE LEE [DIC]    EX. 9 230    000160

Lee, Evan E (MRN 040457976)

IMPRESSION
IMPRESSION:

1.  Slight interval increase in size of low-density subdural collection
along right cerebral convexity that now measures up to 9 mm in thickness
(previously 7 mm), with unchanged dense focus anteriorly. Associated
slight increase in mass effect on underlying cerebral sulci.
2.  Grossly unchanged size of mixed density subdural hematoma along the
left cerebral convexity that measures up to 1.3 cm in maximum thickness,
with stable mild mass effect on the underlying sulci, and minimally
changed 4 mm rightward subfalcine shift.
3.  No other changes when compared to CT head from 3/18/2022.

Persistent findings:
1.  Right-sided paranasal sinus disease.
2.  Evolving mid parietal scalp hematoma with generalized soft tissue
edema throughout the visualized scalp.
3.  Mild diffuse cerebral volume loss appears advanced for patient's
stated age.

Dictated By: Nicholas Rose MD, 3/20/2022 9:47 PM

I have reviewed the study and agree with the findings in this report.

Signed By: Guhanand Venkataraman MD, 3/21/2022 12:55 AM

Specimen Collected: 03/20/22 9:38 PM        Last Resulted: 03/21/22 12:55 AM

⌕ Order Details    ⤳ View Encounter    🔲 Lab and Collection Details    ↗ Routing
🕘 Result History - Result Edited

## Result Care Coordination
🗣 Patient Communication

☑ Not Released                    ✗ Not seen              Back to Top

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Venkataraman, Guhanand, MD | Mar 20, 2022 | Venkataraman, Guhanand, MD | Mar 21, 2022 | 12:55 AM | | Mar 20, 2022 |
| Rose, Nicholas B, ResidentMD | Mar 20, 2022 | | | | | Mar 20, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

Specimen ID: 16834444          Collected: 3/20/2022 9:38 PM   Resulting Agency: SMS

## Order Providers

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AHSME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#441063 Venkataraman, Guhanand, MD |

## Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/20/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

CT Head Without Contrast (Order #377599031) on 3/20/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]
AHSME6 [B02830041?]

Ex. 9 232

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

## PACS Images

Show images for CTA Neck w and w/o Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 📞 CTA Neck w and w/o Contrast: Patient Communication

☑ Not Released                                    ✖ Not seen

# Results

CTA Neck w and w/o Contrast (Order 377617426)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 11:37 AM | Edited Result - FINAL | Open |

### CTA Neck w and w/o Contrast

Order: 377617426

Status: **Edited Result - FINAL**   Visible to patient: **No (not released)** Next appt: **None** Dx: **Trauma**

0 Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Moron, Fanny E, MD | 3/21/2022 | |
| 📞 713-798-4417 | | |
| Brito-Orama, Sebastian E, ResidentMD | 3/21/2022 | |
| 📞 713-873-2170 | | |

Addenda
The case was reviewed with the neurology resident, new information about
severe hypertensive crises and lost of brain stem reflexes and no motor
responses since the night before.

Head CT findings: Loss of gray-white matter differentiation, diffuse
bilateral cerebral hemispheres hypointensity with relative hyperdensity
of the thalami and sulci effacement, in combination with lack of
opacification of the internal carotid arteries is indicative of diffuse
cerebral lack of perfusion and ischemia, which is consistent with the
clinical diagnosis of brain death.

The findings were discussed with the neurology resident Dr. Shou PGY 3
on 3/21/2022 at 11:30 AM.

Signed By: Fanny Moron MD, 3/21/2022 11:37 AM

Signed by Moron, Fanny E, MD on 3/21/2022 11:37 AM
Narrative & Impression
Exam: CTA HEAD W CONTRAST, CTA NECK W AND W/O CONTRAST

History:
Small dural fistula at the right coming off the a small branch of the Rt

EVAN ERMAYNE LEE [DIC]

EX. 5-233

000163

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AR3ME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

occipital artery draining into the transverse sinus seen on 4 vessel
angiogram 3/19/2022. Episode of hypertension and tachycardia with
subsequent decline in mental status.

Comparison studies:
Multiple head CTs which date back to 5/6/2008, the most recent is on
3/20/2022. Conventional angiogram 3/19/2022

Technique:
Axial images through the neck and intracranial regions during the
injection of IV contrast. A head CT without and with contrast where
obtained as well. For optimization of anatomic evaluation, multiplanar
reconstruction, maximum intensity projections, and advanced 3-D off-line
postprocessing were obtained on a dedicated stand-alone workstation
under the direct supervision of the interpreting physician.
IV Contrast  100 cc of Omnipaque.
Radiation dose: Total DLP: 3610 mGy*cm
Estimated Effective Dose: DLP x 0.031 mSv
Image quality: Lack of intravenous contrast within the cervical and
intracranial internal carotid arteries may be related to proton
starvation given metal overlying the scalp versus inadequate timing of
contrast injection.

FINDINGS:

Extra-axial:
An acute 5 mm left hemispheric SDH has decreased in size from 9 mm and
is no longer associated with to uncal or subfalcine herniations when
compared to the most recent head CT on 3/20/2022.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.
No enhancing abnormalities.

Dural sinuses:  No abnormal densities.
Sellar/Suprasellar region: Intact.
Skull base and craniocervical junction: Intact.

Neck and Intracranial CTAs:

Suboptimal visualization of contrast from the extracranial internal
carotids (cervical segment) to the intracranial arteries.

If present, stenosis at the carotid bulbs is measured based on NASCET
criteria,
i.e. area of maximal stenosis compared to the cervical ICA distal to the
bulb.

Aortic arch and major branches:
Patent. No abnormalities.

Common carotid arteries:
Patent. No abnormalities.

Carotid bulbs:
Patent. No (0%) stenosis by NASCET criteria.

Internal carotid arteries:
Not well seen, however both arteries are patent on angiogram from
3/19/2022.
Mild calcified atheromatous plaque in the carotid siphons.

Lee, Evan E (MRN # 040457976) Printed by Berthelot, Carolyn at 3/22/22 3:11:15 PM

EVAN ERMAYNE LEE [DIC]     EX. 5 234
Memorial Health System     DEF 002 084142

Lee, Evan E (MRN 040457976)

Anterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Middle cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Vertebral arteries:
Patent. No abnormalities.

Basilar artery:
Patent. No abnormalities.

Posterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Normal Variants:
Acom: Not seen.
Pcoms: Patent on the right, not seen on the left.
Vertebral arteries: Co-dominant.

Cervical spine:
Mildly degenerated discs from C4-C5 to C6-C7.

Incidental findings:
Endotracheal tube with its tip approximately 1.3 cm from the carina.
NG tube with its tip out of view.
Right upper lung atelectasis.
Chronic depression of the medial orbital walls and opacification of the
right ethmoidal air cells, likely related to trauma.

Chronic findings:
Mild degenerated discs from C4-C5 to C6-C7.

IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  Slightly smaller left subdural hematoma compared to CT on 3/20/2022.
3.  No enhancing abnormalities.

Neck and intracranial CTAs:

1.  Suboptimal evaluation of the cervical/intracranial internal carotid
arteries due to technical limitations, however both arteries are patent
on angiogram from 3/19/2022.

2.  No major arterial branch occlusion or stenosis.

3.  Please see dictation of DSA on 3/19/2022 for further detail on small
right occipital dural AV fistula, which is beyond the resolution of this
CTA.

Dictated By: Sebastian Brito-Orama MD, 3/21/2022 10:12 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Fanny Moron MD, 3/21/2022 11:02 AM

CONFIDENTIAL

Lee, Evan E (MRN 040457976)
Specimen Collected: 03/21/22  8:42 AM          Last Resulted: 03/21/22 11:37 AM

    ⊡ Order Details    ⤷ View Encounter    ᶙ Lab and Collection Details    ⤴ Routing
    ↺ Result History - Result Edited

## Result Care Coordination

🔓 Patient Communication

🖉 Not Released                                  ✖ Not seen                        Back to Top

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Moron, Fanny E, MD | Mar 21, 2022 | Moron, Fanny E, MD | Mar 21, 2022 | 11:02 AM | | Mar 21, 2022 |
| Brito-Orama, Sebastian E, ResidentMD | Mar 21, 2022 | | | | | Mar 21, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

| Specimen ID: 16834823 | Collected: 3/21/2022  8:42 AM | Resulting Agency: SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#031925 Moron, Fanny E, MD |

## ☿ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/21/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

CTA Neck w and w/o Contrast (Order #377617426) on 3/21/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

## PACS Images
Show images for CTA Head w Contrast

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 👤 CTA Head w Contrast: Patient Communication

📋 Not Released        ✖ Not seen

# Results

CTA Head w Contrast (Order 377617425)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/21/2022 11:37 AM | Edited Result - FINAL | Open |

### CTA Head w Contrast

Order: 377617425

Status: **Edited Result - FINAL**   Visible to patient: **No (not released)** Next appt: **None** Dx: **Trauma**

0 Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Moron, Fanny E, MD | 3/21/2022 | |
| 📞 713-798-4417 | | |
| Brito-Orama, Sebastian E, ResidentMD | 3/21/2022 | |
| 📞 713-873-2170 | | |

Addenda
The case was reviewed with the neurology resident, new information about severe hypertensive crises and lost of brain stem reflexes and no motor responses since the night before.

Head CT findings: Loss of gray-white matter differentiation, diffuse bilateral cerebral hemispheres hypointensity with relative hyperdensity of the thalami and sulci effacement, in combination with lack of opacification of the internal carotid arteries is indicative of diffuse cerebral lack of perfusion and ischemia, which is consistent with the clinical diagnosis of brain death.

The findings were discussed with the neurology resident Dr. Shou PGY 3 on 3/21/2022 at 11:30 AM.

Signed By: Fanny Moron MD, 3/21/2022 11:37 AM

Signed by Moron, Fanny E, MD on 3/21/2022 11:37 AM
Narrative & Impression
Exam: CTA HEAD W CONTRAST, CTA NECK W AND W/O CONTRAST

History:
Small dural fistula at the right coming off the a small branch of the Rt

EVAN ERMAYNE LEE [DIC]
PLAINTIFFS [CPS 002398-12]

EX. 9 237

000167

4/32

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

occipital artery draining into the transverse sinus seen on 4 vessel
angiogram 3/19/2022. Episode of hypertension and tachycardia with
subsequent decline in mental status.

Comparison studies:
Multiple head CTs which date back to 5/6/2008, the most recent is on
3/20/2022. Conventional angiogram 3/19/2022

Technique:
Axial images through the neck and intracranial regions during the
injection of IV contrast. A head CT without and with contrast where
obtained as well. For optimization of anatomic evaluation, multiplanar
reconstruction, maximum intensity projections, and advanced 3-D off-line
postprocessing were obtained on a dedicated stand-alone workstation
under the direct supervision of the interpreting physician.
IV Contrast  100 cc of Omnipaque.
Radiation dose: Total DLP: 3610 mGy*cm
Estimated Effective Dose: DLP x 0.031 mSv
Image quality: Lack of intravenous contrast within the cervical and
intracranial internal carotid arteries may be related to proton
starvation given metal overlying the scalp versus inadequate timing of
contrast injection.

FINDINGS:

Extra-axial:
An acute 5 mm left hemispheric SDH has decreased in size from 9 mm and
is no longer associated with to uncal or subfalcine herniations when
compared to the most recent head CT on 3/20/2022.

Parenchyma:
No abnormal densities.
No masses, acute hemorrhage, acute or chronic cortical insults.
No enhancing abnormalities.

Dural sinuses:  No abnormal densities.
Sellar/Suprasellar region: Intact.
Skull base and craniocervical junction: Intact.

Neck and Intracranial CTAs:

Suboptimal visualization of contrast from the extracranial internal
carotids (cervical segment) to the intracranial arteries.

If present, stenosis at the carotid bulbs is measured based on NASCET
criteria,
i.e. area of maximal stenosis compared to the cervical ICA distal to the
bulb.

Aortic arch and major branches:
Patent. No abnormalities.

Common carotid arteries:
Patent. No abnormalities.

Carotid bulbs:
Patent. No (0%) stenosis by NASCET criteria.

Internal carotid arteries:
Not well seen, however both arteries are patent on angiogram from
3/19/2022.
Mild calcified atheromatous plaque in the carotid siphons.

EVAN ERMAYNE LEE [DIC]    EX. 9-238

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [ARSME42]

CONFIDENTIAL

Lee, Evan E (MRN 040457976)

Anterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Middle cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Vertebral arteries:
Patent. No abnormalities.

Basilar artery:
Patent. No abnormalities.

Posterior cerebral arteries:
Patent. No proximal branch occlusion or stenosis.

Normal Variants:
Acom: Not seen.
Pcoms: Patent on the right, not seen on the left.
Vertebral arteries: Co-dominant.

Cervical spine:
Mildly degenerated discs from C4-C5 to C6-C7.

Incidental findings:
Endotracheal tube with its tip approximately 1.3 cm from the carina.
NG tube with its tip out of view.
Right upper lung atelectasis.
Chronic depression of the medial orbital walls and opacification of the
right ethmoidal air cells, likely related to trauma.

Chronic findings:
Mild degenerated discs from C4-C5 to C6-C7.

IMPRESSION
IMPRESSION:

Head CT:

1.  No new acute intracranial abnormalities.
2.  Slightly smaller left subdural hematoma compared to CT on 3/20/2022.
3.  No enhancing abnormalities.


Neck and intracranial CTAs:

1.  Suboptimal evaluation of the cervical/intracranial internal carotid
arteries due to technical limitations, however both arteries are patent
on angiogram from 3/19/2022.

2.  No major arterial branch occlusion or stenosis.

3.  Please see dictation of DSA on 3/19/2022 for further detail on small
right occipital dural AV fistula, which is beyond the resolution of this
CTA.

Dictated By: Sebastian Brito-Orama MD, 3/21/2022 10:12 AM

I have reviewed the study and agree with the findings in this report.

Signed By: Fanny Moron MD, 3/21/2022 11:02 AM

Lee, Evan E (MRN 040457976)

CONFIDENTIAL

Specimen Collected: 03/21/22 8:42 AM      Last Resulted: 03/21/22 11:37 AM

     🗐 Order Details    ⚕ View Encounter    📎 Lab and Collection Details    ⤴ Routing

     🕘 Result History - Result Edited

## Result Care Coordination

   🔓 Patient Communication

⊠ Not Released                  ✖ Not seen                  Back to Top

# Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Moron, Fanny E, MD | Mar 21, 2022 | Moron, Fanny E, MD | Mar 21, 2022 | 11:02 AM | | Mar 21, 2022 |
| Brito-Orama, Sebastian E, ResidentMD | Mar 21, 2022 | | | | | Mar 21, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Hospital Performed |

## Collection Information

Specimen ID: 16834822        Collected: 3/21/2022 8:42 AM    Resulting Agency: SMS

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#031925 Moron, Fanny E, MD |

## 🩺 Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/21/2022 | 4C Neuro ICU (4CNI) BT | Sharma, Himanshu, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

CTA Head w Contrast (Order #377617425) on 3/21/22

No screening form exists for this order.

Lee, Evan E (MR # 040457976) Printed by Berthelot, Carolyn at 3/22/22 11:15 PM

EVAN ERMAYNE LEE [DIC]

Case 4:23-cv-02886    Document 270-9    Filed 12/23/25 in TXSD    Page 241 of 375

Lee, Evan E (MRN 040457976)

## PACS Images
Show images for XRAY CHEST 1 VIEW

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Lee, Evan E (040457976) | Male | 11/9/1990 |

## 👤 XRAY CHEST 1 VIEW: Patient Communication

🗹 Not Released                              ✖ Not seen

# Results
XRAY CHEST 1 VIEW (Order 377696041)

## Result Information

| Result Date and Time | Status | Provider Status |
|---|---|---|
| 3/22/2022 9:29 AM | Final result | Open |

### XRAY CHEST 1 VIEW
Order: 377696041

Status: **Final result**   Visible to patient: **No (not released)**   Next appt: **None** Dx: **Trauma**

0 Result Notes

#### Details

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| Bray, Collin D, MD | 3/22/2022 | |
| 📞 713-873-6051 | | |

Narrative & Impression
EXAM: XRAY CHEST 1 VIEW

INDICATION: intubated

COMPARISON: 3/21/2022. Chest x-ray 3/21/2022 12:14 PM

FINDINGS:

TUBES and LINES: ET tube projects over the lower thoracic trachea.
Subdiaphragmatic Dobbhoff tube courses out of the field-of-view. Right
subclavian central line, tip now over the SVC.

LUNGS/PLEURA: Lungs are well inflated. Unchanged aeration of the right
upper lobe. . No pleural effusion or pneumothorax.

HEART AND MEDIASTINUM: The cardiac silhouette size is normal. The
remainder of the mediastinal silhouette is unremarkable.

BONES AND SOFT TISSUES: No acute osseous lesion. Soft tissues are
unremarkable.

UPPER ABDOMEN: No free air under the diaphragm. Resolved gaseous
distention of the stomach.

IMPRESSION

EVAN ERMAYNE LEE [DIC]
EXAM 4:23-cv-02886

EX. 9 241

000171

Lee, Evan E (MRN 040457976)

**CONFIDENTIAL**

IMPRESSION:

1. Residual bandlike opacity in the right upper lung zone, subsegmental atelectasis.
2. Right subclavian central line, tip now over the SVC. No pneumothorax.
3. Stable lines and tubes as described above.


Signed By: Collin Bray MD, 3/22/2022 9:29 AM


Specimen Collected: 03/22/22 3:49 AM       Last Resulted: 03/22/22 9:29 AM

🗐 Order Details    🎋 View Encounter    📑 Lab and Collection Details    📤 Routing    ↻ Result History

### Result Care Coordination

🔎 Patient Communication

🖉 Not Released             ✖ Not seen            Back to Top

## Authentication Information

| Reading Radiologist: | Reading Date: | Signing Radiologist: | Signed Date: | Signing Time: | Transcribed by: | Reading Time: |
|---|---|---|---|---|---|---|
| Bray, Collin D, MD | Mar 22, 2022 | Bray, Collin D, MD | Mar 22, 2022 | 9:29 AM | | Mar 22, 2022 |

## Priority and Order Details

| Priority | Class |
|---|---|
| Timed | Hospital Performed |

## Collection Information

| Specimen ID: 16836717 | Collected: 3/22/2022 3:49 AM | Resulting Agency: SMS |
|---|---|---|

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| ID#022833 Gopinath, Shankar P, MD | None | ID#025587 Bray, Collin D, MD |

## ⚕ Encounter

View Encounter

## Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 3/21/2022 | 4C Neuro ICU (4CNI) BT | Goethe, Eric A, ResidentMD (auto-released) | Gopinath, Shankar P, MD |

## Order Report

XRAY CHEST 1 VIEW (Order #377696041) on 3/21/22

No screening form exists for this order.

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [GPM-025642]

**Ex. 9 242**

# Lee, Evan E

MRN: 040457976

**Sharma, Himanshu, ResidentMD**     Progress Notes
Resident                             Signed
BT Neurosurgery
Date of Service: 3/20/2022 10:03 PM

### Brief Neurosurgery Progress Note

Informed that patient had acute decrease in mental status, becoming unresponsive, with minimal movements during the day.

On exam, patient noted to be hypertensive to 190s, tachycardic to 140s, and newly diaphoretic, though not febrile. Pupils 2 mm and sluggishly reactive without gaze deviation, minimal withdrawal to stimulus in all 4 extremities, groans to pain only. Notably, hypertension during day, not responsive to IV antihypertensives, IVs found to not be working.  Rhythm transitioned from sinus tachycardia to Afib with RVR on EKG. Labetalol and ativan given, with good response in tachycardia, hypertension, diaphoresis. Respiratory rate decreased with concomitant decrease in mentation and ability to protect airway. Anesthesia paged, and patient intubated at bedside. Patient taken to CT for STAT CT Head which demonstrated unchanged findings from prior. Patient loaded with Keppra, and cEEG ordered, discussed with neurology who approved EEG to be placed overnight. Will continue to monitor

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 20, 2022 10:15 PM

Electronically signed by Sharma, Himanshu, ResidentMD at 3/20/2022 10:15 PM

ED to Hosp-Admission (Current) on 3/18/2022     *Note shared with patient*

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:18 PM

CONFIDENTIAL

Lee, Evan E (MRN 040457976) DOB: 11/09/1990 Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

**ED to Hosp-Admission**
3/18/2022 - present (4 days)
Status: Current
BEN TAUB GENERAL HOSPITAL

Last attending: Gopinath, Shankar P, MD • Treatment team

## Discharge Summary

McGinnis, John, ResidentMD (Resident) • BT Neurosurgery

Cosign Needed

### Neurosurgery Death Summary

**Date of Admission:** 3/18/2022
**Time of Death:** 3/22/2022 17:40 (time)

**Admitting Diagnosis:** Left acute subdural hematoma; right sided dural AV fistula
**Discharge Diagnosis:** Left acute subdural hematoma; right sided dural AV fistula; brain death
**Admitting Attending:** Shankar P. Gopinath, MD
**Discharge Attending:** Shankar P. Gopinath, MD

**Procedures:**
3/19 diagnostic cerebral angiogram

**Consults:**
IP CONSULT TO INTERVENTIONAL RADIOLOGY

**History of Present Illness:**
Evan E Lee is an 31y.o. male with history of hypertension, type 1 diabetes, found down in jail with no collateral history. GCS 11 on arrival, with possible right upper extremity focal seizure activity. CT head showed a 1.1 cm left-sided acute subdural with minimal midline shift, glucose of 46. He was admitted to the neuro ICU for close monitoring. Interval imaging demonstrated stability of the subdural hematoma and exam remained reassuring, thus conservative management was pursued.

Due to no clear history of trauma, nor external signs of trauma, vascular imaging was pursued for concerns for underlying vascular lesion. He underwent a diagnostic cerebral angiogram showing a small right dural arteriovenous fistula coming off a branch of the right occipital artery, draining into the transverse sinus. No clear vasculare lesion on the left side was identified.

Neurological exam remained poorer than expected, oriented to person only and localizing/mimicking.

The evening of 3/20, he became acutely unresponsive, hypertensive to 190s, tachycardic to 140s, diaphoretic, though without gaze deviation. He was minimally withdrawing in all extremities, only groaning to pain. There was concern for seizure activity, which was treated

EVAN ERMAYNE LEE [DIC]

000174

CONFIDENTIAL

Lee, Evan E (MRN 040457976) DOB: 11/09/1990 Encounter Date: 03/18/2022

empirically. He entered atrial fibrillation with rapid ventricular response on EKG and subsequently had a desaturation event. He was emergently intubated for airway protection and stabilized. Afterwhich, CT head was obtained which remained largely stable. Continuous EEG was initiated for concern for seizure activity but showed minimal electrical activity and no seizures. Exam remained poor, thus CTA was performed to rule out acute large vessel occlusion. MRI was ordered, but unable to be obtained as the patient required high dose pressor support, precluding stability for transport to MRI.  Unfortunately, despite aggressive resuscitation and evaluation, his exam progressed to brain death.

His neurological and clinical status was discussed with family, who was notified that brain death testing would be performed. Brain death testing, including apnea test, was performed on 3/22 and its results were consistent with brain death.

**Exam on Admission:**
Vitals: Heart Rate 70s, Blood Pressure 140s, Respiratory Rate 16

General:
Head & Neck:              No scalp lacerations, C-collar in place
Cardiovascular:      Tachycardiac, regular rhythm
Pulmonary:           Unlabored respirations
Abdomen:             Non-distended
Extremities:         Warm, well perfused

Eyes- eyes open spontaneously (4)
        Pupils- 3 mm and reactive bilaterally
Verbal- Incomprhensible noises (2)
Motor- Localizing left upper, withdrawing bilateral lowers, right upper with minimal movement (5)

Total Glasgow Coma Scale:  11

**Exam on Discharge:**
Eyes closed
Pupils 5 and fixed
Intubated, not overbreathing the ventilator
No motor response to noxious stimuli
Absent corneal reflexes
Absent gag
Absent cough
Absent oculocephalic reflex
No eye movements with cold calorics

JP McGinnis, MD, PhD
Neurosurgery Resident
03/22/22 7:42 PM

## Other Notes

All notes

Lee, Evan E (MRN 040457976) Printed by BERTHELOT, CAROLYN [AROME42]
CONFIDENTIAL

Lee, Evan E (MRN 040457976) DOB: 11/09/1990 Encounter Date: 03/18/2022

 **H&P**
Sharma, Himanshu,
ResidentMD
**BT Neurosurgery** •
3/18/2022

 **Consults**
Tetlay, Maryam, Fellow(MD)
**Endocrinology Consult** •
3/18/2022

Badawood, Lojain M,
ResidentMD
**BT Surgery** Acute Care •
3/18/2022

 **Procedures**
Procedure note 3/21/2022
Procedure note 3/21/2022
Procedure note [Cosign
Needed] 3/21/2022
Procedure note 3/19/2022

## Additional Orders and Documentation

 **Results**
Imaging

 **Meds**

**Orders**
Procedures

 **Flowsheets**

**Encounter Info:** History, Allergies, Education, Care Plan, Detailed Report, Travel Screening

## Media
From this encounter

[Media Unavailable] Electronic signature on 3/21/2022 2:19 PM: Central Line Re-Positioning - E-signed
[Media Unavailable] Electronic signature on 3/21/2022 10:07 AM: Central Line Placement - E-signed
[Media Unavailable] Electronic signature on 3/19/2022 11:43 AM: Image guided cerebral angiogram with all
possible interventions - E-signed

## Hospital Problem List

Trauma

SDH (subdural hematoma)

## Care Timeline

03/18 ⏱ Admitted to 4C Neuro ICU (4CNI) BT from ED 1050

## Discharge

Discharge Orders
Saline lock IV

## Expected Medication List at Discharge

blood sugar diagnostic **Check your blood glucose level 3 times a day**

blood-glucose meter **Use as directed.**

clotrimazole 1 % **Topical 2 TIMES DAILY**

enalapril maleate **Take by mouth.**

hydrochlorothiazide **25 mg Oral DAILY**

**insulin glargine,hum.rec.anlog**
    26 Units Subcutaneous 2 TIMES DAILY
    20 Units Subcutaneous 2 TIMES DAILY

EVAN ERMAYNE LEE [DIC]
EVAN ERMAYNE LEE [DIC]
Ex. 9 246
000176

LEE, EVAN E (MRN#040457976) Printed by BERTHELOT, CAROLYN [AROME42]
CONFIDENTIAL

Lee, Evan E (MRN 040457976) DOB: 11/09/1990 Encounter Date: 03/18/2022

insulin lispro

     10 Units Subcutaneous 2 TIMES DAILY

     10 Units Subcutaneous 2 TIMES DAILY

isosorbide mononitrate **30 mg Oral EVERY MORNING**

lancets **Check your blood glucose level 3 times a day**

lisinopril **20 mg Oral DAILY**

metformin HCl **500 mg Oral 2 TIMES DAILY WITH MEALS**

metoprolol succinate **50 mg Oral DAILY**

syringe and needle,insulin,1mL **1 mL 30 gauge x 5/16 Use q day as directed**

## CDI Queries

| Sender | Recipient | Type | Subject | Created | Status | Outcome | Responding Provider | Response Note |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Erin | Sharma, Himanshu, ResidentMD | | RE: CDI QUERY-LAB CLARIFICATION | 03/22/2022 04:10 PM | Response Received | | | |

## Payor Communication History

No communications have been sent for this encounter.

Printed by Berthelot, Carolyn at 3/22/22 11:13 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [GPN 02306142]
Ex. 9 247
000177

CONFIDENTIAL

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

# Lee, Evan E

MRN: 040457976

**Sharma, Himanshu, ResidentMD**
Resident
BT Neurosurgery
Date of Service: 3/22/2022  5:16 PM

Progress Notes  ⚠ 📖
Attested Addendum

---

Attestation signed by Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM

**TEACHING PHYSICIAN PROCEDURE NOTE**

I was present for this entire procedure: apnea test with the resident, Dr. Sharma on this date: 3/22/2022.

Results for LEE, EVAN E (MRN 040457976) as of 3/22/2022 18:51

| | 3/22/2022 17:12 | 3/22/2022 17:24 | 3/22/2022 17:34 |
|---|---|---|---|
| pH, Art POC | 7.33 (L) | 7.39 | 7.10 (LL) |
| pCO2,Art POC | 43.2 | 40.5 | 85.3 (HH) |
| pO2, Arterial POC | 104 | 266 (H) | 316 (H) |
| HCO3, Art POC | 23 | 24 | 27 (H) |
| TCO2, ART POC | 24 | 26 | 29 |
| % Sat, Art POC | 98 | 100 | 100 |
| Base Def Art POC | -3 | -1 | -3 |
| Allen Test | INA | INA | INA |
| Sample Type | IART | IART | IART |
| Site | ARTLIN | ARTLIN | ARTLIN |
| O2 Delivery Device | IVENT | IVENT | NASCAN |
| FiO2 | 40 | 100 | |
| MODE | SIMV | SIMV | |
| f | 14 | 14 | |
| Vt | 430 | 430 | |
| Pressure Support | 10 | 10 | |
| PEEP | 5 | 5 | |
| FLOW | | | 10 |

Neurologic exam and apnea test consistent with brain death.

Time of death: 5:40 PM on March 22nd, 2022.

Jovany Cruz-Navarro, MD
March 22, 2022 6:52 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [GPX-0296042]

**Ex. 9 248**

000178

1/2

Lee, Evan E (MRN 040457976) Encounter Date: 03/18/2022

Neurosurgery Note

**Patient identity confirmed using name, date of birth, and MRN.**

Patient's exam as follows:

Pupils 5mm, non reactive bilaterally
No corneal reflex bilaterally
No cough, gag
No oculocephalic reflex
No vestibulo-ocular reflex bilaterally
No movement in any extremity to stimulus
Patient is not breathing above the ventilator

Exam is consistent with brain death. Patient has a mechanism consistent with this exam (severe traumatic brain injury). Patient is normothermic, normotensive, no extreme electrolyte abnormalities.

Will proceed with apnea test.

Apnea test initiated at 17:20. Patient pre-oxygenated on 100% FiO2 for at least 10 minutes prior to testing.

Baseline:
Ph 7.33 PCO2 43.2, PO2 104

Starting ABG:
Ph 7.39   PCO2 40.5   PO2 266

ABG at 10 minutes:
Ph 7.10   PCO2 85.3   PO2 316

Apnea test confirms increase in PCO2 of 20 mmHg and PCO2>60 mmHg. Patient without dropping saturations, hypoxia, or hemodynamic instability throughout the apnea test. Apnea test is consistent with brain death.

Himanshu Sharma, M.D. Ph.D
BCM Neurosurgery
March 22, 2022 5:38 PM

Cosigned by:  Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM
Electronically signed by Cruz-Navarro, Jovany, MD at 3/22/2022  6:55 PM

ED to Hosp-Admission (Current) on 3/18/2022      *Note shared with patient*

Lee, Evan E (MRN 040457976) Printed by Berthelot, Carolyn [AHCME42] at 3/22/22 11:19 PM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02368442]
https://epicarelink.harrishealth.org/EpicCarelink/common/epic_main.asp
Ex. 9 249
000179
2/2

AV / DS

LEE
BLACK          MALE
11/9/1990      31 YEARS

# ML22-1315

Leal Funeral Home @

FUNERAL HOME / TRANSPORT SERVICE RECEIVING BODY

Eva Pro @ 18694610

SIGNED OUT BY                    ID TYPE / ID #

04,07,2022          1407  AM (PM)
DATE                    TIME

CLOTHING RELEASED WITH BODY?    YES   (NO)

PERSONAL EFFECTS RELEASED WITH BODY?   YES   (NO)

AFIS#  X  7522033OS89

DOCUMENT VERIFICATION          DS

## Harris County Institute of Forensic Sciences

ML22-1315

EVAN
LEE
BLACK          MALE
11/9/1990      31 YEARS

**Case Number:** 1315

**BODY RELEASE CHECKLIST**

FD/Transport personnel ID
ID Type: Texas DL
ID #: 186-74610

**Release Form Verification**
Name of decedent:
Name of NOK:
Signature of NOK:

CoD entered in logbook: YES / (NO)
Is decedent on hold: YES / (NO)
Is decedent ID positive: (YES) / NO
Fingerprints taken: YES / NO
Decedent property: YES / (NO)

**Transit Envelope & Authorization to Claim Form given to FD by:**
HCIFS staff initials: AN
Date: 4-7-22
Time: 2:55pm

**TRANSPORTED TO HCIFS BY:** KSSJ & SWENTON
Signature

**IFS / Agency:** 3/30/22
DATE

8:50 AM (PM)
TIME

Height: 66.5
Weight: 157
Temp: 82.4

**ANTEMORTEM SPECIMENS:** (YES) NO
**MEDICAL RECORDS:** (YES) NO
**PERSONAL EFFECTS:** YES / (NO)
**CLOTHING:** YES / (NO)

**X RAYS:** (✓) NO   ☐ YES

Checked in by HCIFS Representative

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000180



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE SERVICE INTEGRITY

Luis A. Sanchez, M D
Executive Director &
Chief Medical Examiner

## Authorization of Next of Kin to Release Decedent/Personal Effects to Funeral Director

In accordance with state law, the Harris County Institute of Forensic Sciences (HCIFS) will perform an inquest or autopsy to determine the cause and manner of death of the decedent. If an autopsy is performed, certain organs and tissue are removed for necessary examination and testing. Upon completion of examination and testing, any organs and tissue kept by the HCIFS will be disposed of in accordance with health and safety guidelines

Case number: **ML 22-1315**    Name of Decedent: **EVAN E. Lee**

### Priority Class of Next of Kin as defined by Texas Health & Safety Code §711.002

1. PERSON DESIGNATED IN A WRITTEN INSTRUMENT SIGNED BY THE DECEDENT,
2. DECEDENT'S SURVIVING SPOUSE;
3. ANY ONE OF THE DECEDENT'S SURVIVING ADULT CHILDREN;
4. EITHER OF THE DECEDENT'S SURVIVING PARENTS;
5. ANY ONE OF THE DECEDENT'S SURVIVING ADULT SIBLINGS; or
6. ANY ADULT PERSON IN THE NEXT DEGREE OF KINSHIP IN THE ORDER NAMED BY THE LAW TO INHERIT THE ESTATE OF THE DECEDENT

### Release of Decedent/Personal Effects and Next of Kin Acknowledgement

I, **Jacilet G. Lee**, bearing the relationship of **Mother**
(Next of Kin name)    (relationship to the decedent named above)
attest that I am the legal next of kin, as defined above by Texas Health & Safety Code §711.002 and that there is no other person with a priority of right to control the disposition of the decedent's remains listed before me.

I hereby authorize the HCIFS to release the decedent named above and any personal effects in the possession of the HCIFS to **Leal F.H.** Funeral Home / Transport Service or its agent upon presentation of this completed document, a current state-issued funeral director or embalmer license and valid government-issued identification.

THIS IS A GOVERNMENTAL RECORD AS DEFINED BY TEXAS PENAL CODE SECTION 37.10. BY SIGNING THIS DOCUMENT, I REPRESENT THAT I AM THE NEXT OF KIN AND THERE IS NO OTHER PERSON WITH A PRIORITY OF RIGHT TO CONTROL THE DISPOSITION OF THE REMAINS LISTED BEFORE ME. I AGREE TO INDEMNIFY AND HOLD HARMLESS HARRIS COUNTY, IT'S OFFICERS, AGENTS AND EMPLOYEES FROM ALL CLAIMS OF ANY CHARACTER, TYPE OR DESCRIPTION, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, AND/OR WILLFUL AND MALICIOUS CONDUCT AND RELEASE ANY PERSON WHO ACTS IN RELIANCE ON THIS DOCUMENT FROM ANY LIABILITY, AND ACKNOWLEDGE THAT I AM LIABLE FOR ALL DAMAGES THAT RESULT, DIRECTLY OR INDIRECTLY, FROM MY REPRESENTATIONS AND SIGNATURE. ANY DISPUTE AMONG THE DECEDENT'S NEXT OF KIN CONCERNING THE RIGHT TO CONTROL THE DISPOSITION OF DECEDENT'S REMAINS MUST BE RESOLVED AMONG THOSE PERSONS BY A COURT OF COMPETENT JURISDICTION. THIS INDEMNITY AND RELEASE IS BINDING ON ME, MY FAMILY, ESTATE, HEIRS AND ASSIGNS.

Next of Kin Signature: _____    Date: **4-1-2022**

Next of Kin Contact Number: **281 536 1373**

Next of Kin Address: **P.O. Box 2234 Missouri City, TX 77459**

Witness Name **MARY E. JOHNSON**

Witness Signature: _____    Date **4-1-22**

Witness Contact Number: **281-536-1373**

Witness Address: **507 Rosen Ave    Arcola, TX 77503**

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000181



**HARRIS COUNTY**
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## Funeral Director's
## Authorization to Claim Form

**Date:** 4/7/2022

**HCIFS Medicolegal (ML) Case Number:** ML 22-1315

**Name of Decedent:** Evan Lee

I have visually inspected the body of the above-named decedent and have compared the name and HCIFS medicolegal (ML) case number of the decedent to all of the following:

1) Identification Tag
2) Autopsy Information and Release Form
3) Transit Envelope

Further, I have found all three documents to correspond to the body I am authorized to claim from the Harris County Institute of Forensic Sciences.

I have received the following items with this decedent: (check all that apply)

☐ Clothing          ☐ Property          ☒ Other _White cloth_

_____          _LeAH FH_____
Signature of Representative          Name of Firm

_ERIkA StoneLan_          _18694610_____
Printed Name of Representative          ID Type & ID Number

**\*\*\*\*\*\*\*\*\*\***

Reviewed and Signed by: _____  4 / 7 / 22
          (HCIFS Representative)          Date

WHITE – Transit Envelope     YELLOW– Funeral Home          Revised 01/2020

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

000182

CONFIDENTIAL

*Luis A. Sanchez, MD*
*Chief Medical Examiner*

*1885 Old Spanish Trail*
*Houston, TX 77054*
*713-796-9292*
*Fax: 713-796-6799*

## Harris County Institute of Forensic Sciences
## Chain of Custody Form
## Organ and Tissue Organizations

**This Chain of Custody form must accompany all decedents transported pre-autopsy for organ and/or tissue recovery. The form is also required for all specimens delivered to the HCIFS separately from the decedent, including blood, urine, and vitreous humor.**

**Agency Name:** _L fFGAT_          **ML** _21_ - _1315_

| Received From:  Print Name Below | | |
|---|---|---|
| JAMES DENTON | | |
| **Place Signature Below:** | **Date:** | **Time:** |
| | 3/30/22 | 2050 |
| **Received By:  Print Name Below** | | |
| J. Sanchez | | |
| **Place Signature Below:** | **Date:** | **Time:** |
| | 3/30/22 | 8:50pm |
| **List of Specimens Delivered with Decedent:** | | |
| Red 2   CLEAR 1<br>GRAY 4<br>PURPLE 2 | | |
| **List of Specimens Delivered Separately:** | | |
| | | |

**The specimens listed on this chain of custody form are received sealed and have been hand-delivered to the HCIFS.**

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 253

000183

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
## PROPERTY INVENTORY

**PROPERTY OF:** _EVAN LEE_          **DATE:** 3/30/22   **ML#:** 22-1315

INVENTORIED BY HCIFS STAFF: D. NAVARRO          TITLE: FT

WITNESSED BY OFFICER: _____     AGENCY: _____   SIGNATURE: _____
(Law Enforcement)                    (Print Name)

WITNESSED BY STAFF: JAMES DENTON     AGENCY: LFG ft   SIGNATURE: _____
(Health Care Facility)               (Print Name)

### PROPERTY IS ITEMIZED AS FOLLOWS:

☒ **NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | | |
|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | Jewelry | Credit/ Bank Cards   # of Cards |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa _____ |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card _____ |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express _____ |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover _____ |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store _____ |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gas Card _____ |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | Gift Cards _____ |

CURRENCY: Ø $100   Ø $50   Ø $20   Ø $10   Ø $5   Ø $2   Ø $1   $ Ø   Total Coins

TOTAL CURRENCY: _____Ø_____   ☐ FOREIGN CURRENCY

Other:_____

_____

_____

_____

### *Released to Law Enforcement at Scene:*

☐ ID/ Driver's License     ☐ Cell Phone(s)

☐ Other:_____

_____   _____
*Signature of law enforcement receiving property*   *Agency*

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box  by:_____   DATE: _____   TIME: _____

Property bag received by Control Desk Employee:_____   DATE: _____   TIME: _____

## PROPERTY RELEASE

Released by:

_____     _____     _____   DATE: _____
Printed Name          Signature              Title

Received by:

_____     _____     _____   DATE: _____
Printed Name          Signature              Relation/Funeral Home/Officer

EVAN ERMAYNE LEE [DIC] PLAINTIFF [SPN 02388442]

Ex. 9 254

000184

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

**PROPERTY OF:** _EVAN LEE_     **DATE:** 3/30/22   **ML#:** 22-1315

**INVENTORIED BY HCIFS STAFF:** D. NAVARRO     **TITLE:** FT

**WITNESSED BY OFFICER:** _____
(Law Enforcement)          (Print Name)     **AGENCY:** _____   **SIGNATURE:** _____

**WITNESSED BY STAFF:** JAMES DENTON     **AGENCY:** LFSG FT  **SIGNATURE:** _____
(Health Care Facility)          (Print Name)

### PROPERTY IS ITEMIZED AS FOLLOWS:

### ☒ NO PROPERTY TAKEN / NO CURRENCY TAKEN

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | * | Visa | _____ |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Master Card | _____ |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | American Express | _____ |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | Discover | _____ |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Dept Store | _____ |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Gas Card | _____ |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gift Cards | _____ |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | | |

**CURRENCY:** Ø $100  Ø $50  Ø $20  Ø $10  Ø $5  Ø $2  Ø $1   $ ___ Ø Total Coins

**TOTAL CURRENCY:** ___ Ø    ☐ FOREIGN CURRENCY

**Other:** _____

_____

_____

_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License   ☐ Cell Phone(s)

☐ Other: _____

_____

_Signature of law enforcement receiving property_    * Agency

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box  by: _____   **DATE:** _____   **TIME:** _____

Property bag received by Control Desk Employee: _____   **DATE:** _____   **TIME:** _____

## PROPERTY RELEASE

Released by:

_____   _____   _____   **DATE:** _____
Printed Name          Signature          Title

Received by:

_____   _____   _____   **DATE:** _____
Printed Name          Signature          Relation/Funeral Home/Officer

White - Transit Envelope     Yellow - Investigation     Green - HCA Funeral Home     Pink - Law Enforcement/ Hospital

Revised 9/2019

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]          **Ex. 9 255**          000185

**Luis A. Sanchez, M.D.**
Chief Medical Examiner

(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

## Harris County Institute of Forensic Sciences
### 1861 Old Spanish Trail
### Houston, Texas 77054-2098

☑ Primary COD/MOD

Case Number    ML22-1315

Decedent    EVAN                    LEE

☐ Release from Pending

DOD            3/22/2022  5:40:00PM

☐ Amendment (s)

EDR# _____

#35.   Part 1 Cause of Death _____ *Pending* _____

_____

#36.   Part 2 Other Conditions _____

_____

**Autopsy,** Partial Autopsy **or** External Examination    (Please circle one)

Did Tobacco Use Contribute to Death

Yes   No   Probably   Previously   (Unknown)    (Please circle one)

Was Decedent Pregnant    (Please circle one)

Not Pregnant within Past Year.  N/A

Pregnant At Time of Death

Not Pregnant, But Pregnant Within 42 Days of Death

Not Pregnant, But Pregnant 43 days to 1 Year Before Death    Certified in TER _____

Unknown if pregnant within the past year    Initial/Date

Manner of Death _____ *Pending* _____

Describe How Injury Occurred _____

**Identification**

NO   Positively identified via fingerprints

☑ Accept presumptive or tentative identification as positive

☐ Pursue supplemental identification    D. Navarro  3/31/22  4:34 PmSS

MAR 31 '22 PM4:20

| **Body Ready For Release** |
| --- |
| _signature_    3/31/22 |
| Medical Examiner  or Anthropologist    Date |

_signature_    3/31/22
Medical Examiner                            Date

**Body Hold for** ☐ **Pathology** ☐ **Anthropology**

Medical Examiner                            Date

File:    C:\Users\juyoung\AppData\Local\Temp\CauseOfDeath Selected Case_01.rpt
Date Printed:  3/23/2022    7:09:49AM

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 256

000186

CauseOfDeathSelectedCase v2021-12-09

**Harris County Institute of Forensic Sciences**

CONFIDENTIAL

| | | |
|---|---|---|
| Case Number: 22-1315 | Decedent's Name: Evan Lee | |
| Examiner: [signature] MD | Date: 3/21/22 | Page: of |



RCA 95 50 LCx
LAD 99

**Body Cavities:**

Pericardial:
Right Pleural: Bloody watery fl
Left Pleural:
Peritoneal:

**Organ Weights/Description:**

Brain: 1680 w/c Ed
— (L) 75 l/c| c|θ
Tnmi Pnt SDH ≤1mm
ml A / ant RV

Heart: 330  TV: 11  PV: 6.5  MV: 8.5
AV: 6.0  LV: 1.5  S: 1.5  RV: .3
⊖ m / spnt th. A

Right Lung: 200 ) collapsed ⊖ C/ε.
Left Lung: 280 ) ncc (8<4x) fnd 7. infant.
Liver: LG ⊖
Bile: LG

Spleen: 120  sec. LG
Endocrine: sp. Ad (L) ⊖
Pancreas: segment abscent LG
Right Kidney: LG
Left Kidney: LG
GI: S/KG wat₂ to sl. thick grn/yell ⊖ m.
Gastric: 150 green mucud fl
Appendix: (+)          (+) R
Bladder: ⊖
Urine: ⊖

**Notes:**

— ⊖ Fx / ⊖ sc/sy hm
⊖ F/ay —

Neck: ant / pnt ⊖

Genitalia:
Uterus, ovaries, fallopian tubes:

Testes, prostate:

Ribs: Sternal sep.

Vertebrae:

Pelvis:

Extremities:

| | |
|---|---|
| Section: Pathology | Authorized by: DA Wolf |
| Form Title: Autopsy Diagram – Organ Weight Sheet | Form No.: PAT. 026 |
| Rev.: | Rev. date: 11/5/13 |

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 257
000187

CONFIDENTIAL



# REQUEST FOR TOXICOLOGY EXAMINATION
## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

## PATHOLOGIST INFORMATION

Case #: 22-1315

Staff Pathologist: RD Milton T

Fellow/Resident: _____

## DECEDENT INFORMATION

Age: 31   Race: B   Sex: M   Length: 66.5   Weight: 157

Comments/Postmortem Findings: SDH / ASCVD / HTN

_____

_____

## CIRCUMSTANCES

Cause: Pend t      Manner: Pend t

Pending Tox? Y / N

_____Delayed death   _____Decomposed   _____Embalmed

## SAMPLES SUBMITTED

### BLOOD TUBES:
✓ Autopsy/External
✓ Procurement agency
✓ Hospital

*Source*
_____Femoral
_____Heart
_____Aorta
_____Iliac
_____Subclavian
_____Clot
✓ Other: SD Hemorrhage
_____Other: Vitreous

### SOLID TISSUE:
_____Liver
_____Brain
_____Spleen
_____Muscle
_____Other:_____

### HEADSPACE VIALS:
_____Room air vial
_____Blood
_____Lung
_____Adipose
_____Brain
_____Other:

### OTHER FLUIDS:
✓ Vitreous Humor
✓ Urine
✓ Bile
✓ Stomach Contents
_____Other:_____

### OTHER:
_____
_____
_____
_____

## LABORATORY TEST REQUESTS

_____**HOLD:** No testing is necessary at this time

### SCREENS:
_____Alcohol
_____ELISA (stimulants)
_____ELISA (full screen)
_____Chemistries
_____Carboxyhemoglobin   Expedite ←
_____Acetaminophen
_____Acidic screen
_____Basic screen
_____TOF screen
_____GHB screen

### OUTSOURCED TESTS:
_____Metabolic screen
_____Hb electrophoresis
_____T3, T4, TSH, FT4
_____HIV
_____Hepatitis A, B, C
_____Insulin and C-peptide
_____Hb a1c
_____Synthetic cannabinoids
_____Cyanide
_____Salicylates
_____Ethylene glycol
_____Other: _____

### PANELS:
_____Homicide panel        _____DFSA panel
_____Driver panel          _____Infant panel
_____WAW panel          ✓ In custody panel

_____Drug quantitation in Stomach Contents is necessary

### OTHER SPECIFIED DRUGS OR TESTS:
_____
_____
_____
_____

## CHAIN OF CUSTODY

Relinquished by: RD Milton T

Printed name        Signature        Date 3/31/22

Sealed bag received by: _____

Printed name        Signature        Date

GERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]

Ex. 9 258

CONFIDENTIAL



HARRIS COUNTY
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

Reviewed: _12/16/22_

☑ **RELEASE FROM PENDING**  **CASE NUMBER:** 22-1315

☐ **AMENDMENT(S)**  **DECEDENT:** Evan Lee

☐ **INQUEST ONLY**  **DOD:** 5-22-22

**EDR #:** _____

Part 1 Cause of Death: Blunt head trauma with subdural hemorrhage

Part 2 Other Conditions: _____

Please Circle your Selection

(Autopsy)  or  Inquest  or  External

Autopsy Findings Available Prior to Completion of Cause of Death

(Yes)  or  No

Did Tobacco Use Contribute to Death

Yes  (No)  Probably  Previously  Unknown

IF FEMALE:

☐ Not pregnant within past year       ~ N/A
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

Manner of Death: Homicide

Describe How Injury Occurred: ~~Assault~~ Inflicted

Medical Examiner _____   Date 12/16/22

White- DC                                Canary – Transcription

┌─────────────────────────────┐
│   Certified in TxEVER        │
│                              │
│   initials _____   │
│                              │
│   date _____       │
└─────────────────────────────┘

CONFIDENTIAL

(Revised 03-25-2013)

# Verification Check List

Case No.  M22 - 131

## POST-MORTEM REPORT

**ALL FACTUAL INFORMATION SHOULD BE COMPARED WITH INFORMATION LISTED IN JUSTICE TRAX (JT)**

| Item | Description | RPD |
|---|---|---|
| 1 | All case numbers should be rechecked - Check to ensure case number is consistent on all pages. | ✓ |
| 2 | Date Check - Compare coversheet date with date of autopsy or external examination from page 2. Check for date of death on cover page to insure timeframe is correct. | ✓ |
| 3 | Name of decedent - Should be present and consistent on cover page and every page following, including headers. | ✓ |
| 4 | COD/MOD - Verify against JT. Check for compatibility of cause and manner of death. For ex: COD: hypertensive cardiovascular MANNER: Homicide. (This should raise a flag) | ✓ |
| 5 | Signatures - Fellows: A report prepared by a fellow requires two signatures, his/her own and supervising forensic pathologist. For homicide or undetermined MOD, a third signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. Forensic Pathologist: A report prepared by the pathologist; requires one signature-his/her own. For homicide or undetermined MOD, a second signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. | 2/10/23 ✓ |
| 6 | Accuracy (if report is verified after it is signed) - Verify date signed by doctor. pay special attention to the year. | |
| 7 | Date of Death - On Page 2, Under History: Compare the DOD with the date of the autopsy/external examination also on page 2, for any discrepancies. | |
| 8 | Body Diagrams - If body diagrams are included, indicate the number of pages. If there are no diagrams enter 0. "DO NOT LEAVE BLANK" | |
| 9 | One Last Look - Take one last look at the entire report. Ensure nothing obvious is outstanding with formatting, like exceptionally large spaces between paragraphs or words, unjustified paragraphs, etc. | |
| 10 | Verify Contents of Case Jacket - Go through entire contents of case jacket to verify that all contents belong with the case. | ✓ |

**ACTION:**
Any inconsistencies require you to contact the Transcription Leader or the Records Coordinator

Date: _____   Date: _____

## TOXICOLOGY REPORT

| Item | Description | RPD |
|---|---|---|
| 1 | Check to ensure a toxicology report is attached | ✓ |
| 2 | Check to make sure case number and name match the autopsy/external examination. | ✓ |
| 3 | Check for the Records Stamp in the lower right-hand corner. | ✓ |
| 4 | Verify Toxicologist's signature and verify Pathologist's initials. | |
| 5 | Check page numbering at the bottom right-hand corner to ensure that all pages are included. | ✓ |

Date: _____

EVAN ERMAYNE LEE [DIC]
PLAINTIFF [SPN 02388442]
Ex. 9 260
000190

ML23-2638 AUTOPSY REPORT
ML23-2638 INVESTIGATOR REPORT
ML23-2638 MED RECS
ML23-2638 HCIFS MISC

CONFIDENTIAL



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML23–2638

July 3, 2023

## ON THE BODY OF

Ramon Akeno Warren Thomas

CAUSE OF DEATH: Sudden death associated with cardiac hypertrophy

MANNER OF DEATH: Natural

DATE OF DEATH:  July 1, 2023

_____     12-04-23

Rafael A. Garcia, M.D.                                              MMDDYY
Assistant Medical Examiner

RAMON AKENO WARREN THOMAS [Exh. 9 262]
PLAINTIFF [SPN 028663401]

000002

Ramon Akeno Warren Thomas
ML23-2638
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Ramon Akeno Warren Thomas

HISTORY: This 30-year-old Black man was transported to the Ben Taub General Hospital, and was pronounced dead on July 1, 2023 at 10:44 p.m. Identification is confirmed via fingerprint comparison.

Per investigative information, the decedent was incarcerated and had been in the Harris County Jail since April 19, 2023. Reportedly on the morning of July 1, 2023, the decedent's mother received a phone call from the decedent who was asking her to send him and another inmate money, which was not a usual behavior. The decedent was in a cell with approximately six (6) other male inmates. The same day at approximately 9:35 p.m., an inmate called out for a guard due to the decedent being witnessed to have seizure-like activity while laying in his bunk. The decedent was moved from the top bunk to the floor, and then transported to the jail clinic, where 911 was called at 9:45 p.m. CPR was initiated and the decedent was transported to the hospital with CPR in progress. Despite resuscitative measures, death was pronounced approximately four (4) minutes after hospital arrival (anamnestic).

AUTOPSY: The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Rafael A. Garcia, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at approximately 10:00 a.m. on July 3, 2023.

CLOTHING AND PERSONAL EFFECTS: When first viewed, the decedent is unclad. Accompanying the body is one orange jumpsuit composed of one short-sleeved top and one pair of pants (each exhibiting the printed black inscription "L COUNTY JAIL"), and one pair of orange boxer underwear exhibiting the printed black inscription "L." The jumpsuit and the underwear have been previously cut open on their frontal aspects (consistent with EMS artifacts). The clothing items are photographed.

EXTERNAL APPEARANCE: The body is that of a well-developed, overweight, 196 pound, 70 inch (body mass index: 28.1 kg/m²) adult Black man, whose appearance is consistent with the given age of 30 years. The curly black scalp hair is short measuring up to approximately 1-1/2 inches. The black mustache and beard are short measuring up to approximately 1 inch. There are no palpable facial fractures. The eyes have brown

RAMON AKENO WARREN THOMAS [Ex. 9 263
PLAINTIFF [SPN 028663401]

000003


Ramon Akeno Warren Thomas
ML23-2638
-3-

irides; the conjunctivae are free of petechiae, hemorrhage or jaundice.   The oral cavity has natural teeth in good condition, and is atraumatic.   A small irregular area of skin hyperpigmentation is on the glabella.

The torso and extremities are normally developed and symmetrical.   The abdomen is slightly protuberant.   A small area of irregular skin hyperpigmentation measuring less than 1/4 inch is on the left epigastrium.   The extremities are free of scars overlying subcutaneous veins.   The atraumatic fingernails are short (at the level of the fingertips). The atraumatic external genitalia are that of an adult uncircumcised man.   The testes are descended and free of palpable masses. The anus is unremarkable.

There are no discernible tattoos.

Harris County Medical Examiner morgue identification bands are around the distal left forearm and the left ankle.   A blue medical examiner morgue tracking device encircles the left great toe.   A white-blue hospital band is around the left wrist, and a yellow tag is attached to the left great toe; each have the decedent's identifying information including name, date of birth, and medical record number (# 079943533).   A red "ALLERGY ALERT" bracelet is around the left forearm.   In addition, a white jail identification band is around the distal right forearm.

SCARS:
– A small circular, hyperpigmented and slightly hypertrophic scar, and another irregular and slightly hypertrophic scar are on the left abdominal flank (measuring up to approximately 9/16 inch).
– An 11/16 inch irregular hypopigmented scar is on the dorsal-ulnar aspect of the right hand; and a 3/8 to 7/16 inch irregular and slightly hypertrophic scar is on the right 5th knuckle.
– A 3/8 inch oblique linear scar is on the dorsal aspect of the left hand (just proximal to the 3rd knuckle).
– A 2-1/4 inch near horizontal and roughly fusiform scar involves the anterior and lateral aspects of the right knee.
– Two irregular and hypopigmented scars involve the inferior aspect of the left knee and the lateral aspect of the proximal-mid left leg (measuring up to 1-1/8 inches).

RAMON AKENO WARREN THOMAS [Exc] **264**
PLAINTIFF [SPN 028663401]

000004


Ramon Akeno Warren Thomas
ML23-2638
-4-

EVIDENCE OF THERAPEUTIC INTERVENTION: Extending from the mouth is an endotracheal tube strapped in place; defibrillator pads (2) are attached to the skin of the right upper chest and the lateral left lower chest; a white-blue blood pressure cuff device is in place wrapped around the distal aspect of the left arm; intravascular catheters (2) are on the dorsal aspect of the right wrist and the left antecubital fossa; and attached to the ulnar aspect of the left hand is a pulse oximeter device.

A 5 inch patterned area with circular and concentric red-purple marks (ecchymoses) associated with one small orange-brown abrasion measuring less than 1 inch involves the central-inferior and right lower aspects of the chest. Internally, there are fractures of bilateral ribs associated with minimal hemorrhage of the surrounding soft tissues (right anterior rib 3 and left anterior ribs 2 and 4; consistent with status post resuscitative efforts).

POSTMORTEM CHANGES: There is moderate symmetrical rigor mortis of the upper and lower extremities, neck and jaw.  Livor mortis is red-purple, unfixed and posterior, sparing pressure points. The body is cold subsequent to refrigeration.

There are no discernible injuries.

INTERNAL EXAMINATION:
BODY CAVITIES: The organs are in their normal situs.  The pleural, pericardial and peritoneal cavities contain no abnormal fluid accumulations or adhesions.

HEAD (CENTRAL NERVOUS SYSTEM): The scalp has no contusion.  The skull has no fracture.  There is no epidural, subdural or subarachnoid hemorrhages.  The brain weighs 1445 grams, and is normal in size and shape.  When first viewed, the cerebral hemispheres have moderate flattening of the gyri and narrowing of the sulci.  The brain and dura are formalin fixed prior to neuropathologic examination (see separate Report of Neuropathology Consultation).

NECK: The cervical vertebrae, hyoid bone, tracheal and laryngeal cartilages, and paratracheal soft tissues are free of trauma.  Layer wise examination of the anterior neck strap muscles reveal no focal hemorrhages.  The upper airway is patent.  The tongue is unremarkable.   A posterior neck dissection is negative for trauma.

RAMON AKENO WARREN THOMAS [SPN 028663401]
PLAINTIFF [SPN 028663401]



Ramon Akeno Warren Thomas
ML23-2638
-5-

CARDIOVASCULAR SYSTEM: The heart weighs 420 grams, and has a normal distribution of right dominant coronary arteries with up to approximately 20-30 percent atherosclerotic stenosis of the proximal left anterior descending artery.   The left circumflex and right coronary arteries are patent.   There are no recent thrombi.   The myocardium is homogeneous, dark red and firm, and is free of hemorrhage or softening. There is slight to moderate right ventricular dilatation.   The left ventricular wall and the interventricular septum measure up to 1.4 to 1.5 centimeters; and the right ventricular wall measures up to 0.3 to 0.4 centimeter in thickness.   The endocardial surfaces and four cardiac valves are unremarkable and free of vegetations or thrombi.   The following circumferential valve measurements are obtained: tricuspid valve: 10.0 centimeters; pulmonic valve: 6.5 centimeters; mitral valve: 10.2 centimeters; aortic valve: 6.2 centimeters.   The aorta has no atherosclerosis.   The venae cavae and pulmonary arteries have no thrombus or embolus. *Note: Gross photographs of the heart and the area of focal coronary artery atherosclerosis are reviewed in consultation with Dr. L. Maximilian Buja, Cardiovascular Pathology consultant for the Harris County Institute of Forensic Sciences.*

RESPIRATORY SYSTEM: The right lung weighs 840 grams; the left lung weighs 1010 grams.   The parenchyma is congested with a slight amount of frothy white fluid exuding from the cut surfaces, and is free of masses, consolidation, or focal lesions.   The bronchial tree and vasculature are unremarkable and free of obstruction or thrombi.

LIVER, GALLBLADDER, AND PANCREAS: The liver weighs 1610 grams, and has an intact capsule.   The parenchyma is brown, and is free of focal lesions or nodularity.   The gallbladder contains approximately 5 milliliters of dark green bile fluid without gallstones.   The pancreas is unremarkable in lobulation, color and texture.

SPLEEN AND LYMPHATIC SYSTEM: The spleen weighs 165 grams, and has an intact capsule.   The color and consistency of the red and white pulp are unremarkable.   There are no enlarged lymph nodes.   The bone marrow, where viewed, is unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are each normal in color, size and consistency.

GENITOURINARY SYSTEM: The right kidney weighs 170 grams; the left kidney weighs 205 grams.   Each kidney has a smooth red-brown subcapsular surface with an

RAMON AKENO WARREN THOMAS [EX. 9 266
PLAINTIFF [SPN 028663401]


000006

Ramon Akeno Warren Thomas
ML23-2638
-6-

unremarkable architecture and vasculature.   The ureters maintain uniform caliber into
a bladder containing 20 milliliters of clear yellow urine.   The prostate gland is not
enlarged.   The testes are unremarkable.

GASTROINTESTINAL SYSTEM: The esophagus and gastroesophageal junction are
unremarkable.   The stomach contains approximately 200 milliliters of a pasty, brown-
tan-white, partially digested and unrecognizable food material.   No pills or capsules are
visible in the gastric contents or within the intestinal lumens.   The gastric mucosa has
no focal lesions.   The serosal surfaces of the small and large intestines are smooth and
glistening.   The vermiform appendix is present and unremarkable.

MUSCULOSKELETAL SYSTEM:   The vertebrae, clavicles, sternum, and pelvis are free of
fracture.   The musculature, where viewed, is normal in distribution and appearance.
The cervical spinal column is stable on internal palpation. Subcutaneous dissection of
the torso and the extremities reveal a focal area of hemorrhage on the left antecubital
fossa (consistent with the ecchymosis associated with the intravascular line previously
described on this location).

RADIOLOGY: Postmortem radiographs of the entire body are taken and retained.   No
projectiles are visible on the x-rays.

TOXICOLOGY: Samples retained are liver, stomach contents, bile, urine, vitreous fluid
and blood. A urine drug screen performed at the time of autopsy appears negative
(including a negative fentanyl screen).

HISTOLOGY: Representative samples of heart, lungs, liver, spleen and kidney are
submitted for microscopic examination.

RAMON AKENO WARREN THOMAS [Exc]
PLAINTIFF [SPN 028663401]

Exc 9 267



Ramon Akeno Warren Thomas
ML23-2638

-7-

## PATHOLOGICAL FINDINGS

I. Sudden death associated with cardiac hypertrophy (see COMMENT below)
   A. Slight cardiac biventricular hypertrophy (left ventricle and interventricular septum: 1.4 to 1.5 centimeters; right ventricle: 0.3 to 0.4 centimeter) associated with slight to moderate right ventricular dilatation (heart weight: 420 grams)
   B. Myocardium with multifocal areas of hypertrophy of the cardiac myocytes (moderate to marked) associated with slight increase of perivascular and interstitial fibrosis, and a focal small area with apparent replacement fibrosis
   C. See microscopic examination below

II. Additional findings
   A. Autopsy findings:
      1. Overweight (body mass index: 28.1 kg/m²)
      2. Focal coronary artery atherosclerosis, slight (proximal left anterior descending artery; up to 20-30 percent stenosis)
      3. Pulmonary congestion and edema
      4. Cerebral edema, moderate (1445 grams)
      5. Healed central pontine myelinolysis
         a. See separate Report of Neuropathology Consultation
      6. Status post terminal resuscitative efforts (CPR) with few bilateral anterior rib fractures
   B. History of schizoaffective disorder, bipolar type (see COMMENT below)
   C. History of substance abuse (see COMMENT below)
      1. History of ethanol use
      2. History of polysubstance abuse (including cocaine, ecstasy [3,4-methylenedioxymethamphetamine; MDMA], opiates, marijuana and synthetic cannabinoids)
      3. History of substance-induced mood/psychotic disorder
      4. Postmortem toxicology negative for the illicit drugs tested (including fentanyl and a synthetic cannabinoid panel)
      5. See separate HCIFS and NMS toxicology reports

RAMON AKENO WARREN THOMAS [Exc] Exc 9 268
PLAINTIFF [SPN 028663401]

000008



CONFIDENTIAL

Ramon Akeno Warren Thomas
ML23-2638
-8-


COMMENT: The decedent was witnessed to exhibit seizure-like activity terminally, however, he does not have a history of seizures or epilepsy. At autopsy, the heart has features of hypertensive cardiomyopathy characterized by the presence of slight gross biventricular hypertrophy and, microscopically, presence of enlargement of the cardiac myocyte nuclei, slight increased perivascular and interstitial fibrosis, and a focal small area of apparent replacement fibrosis. Hypertensive cardiomyopathy can present as sudden cardiac death via abnormal heart rhythm (dysrhythmia/arrhythmia).

The decedent has a history of illicit drug use and schizoaffective disorder (bipolar type). The postmortem toxicology was negative for the illicit drugs tested (including common drugs of abuse, fentanyl, and a synthetic cannabinoid panel). Chronic use of stimulant drugs (e.g. cocaine and amphetamine derivatives) is associated with cardiac hypertrophy that may provide a substrate facilitating the development of myocardial ischemia and/or arrhythmias. In addition, sudden cardiac death is a significant cause for increased mortality in people with schizophrenia and schizoaffective disorders.

This case was discussed at the HCIFS Quality Assurance (QA) and Peer Review Conference on November 17, 2023.

RAMON AKENO WARREN THOMAS [Exc] Exc 269
PLAINTIFF [SPN 028663401]

000009



CONFIDENTIAL

Ramon Akeno Warren Thomas
ML23-2638
-9-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Rafael A. Garcia, M.D.                                          ML23-2638
Assistant Medical Examiner

MICROSCOPIC EXAMINATION

Summary: 18 H&E-stained slides are examined: A: heart; B: right lung; C: left lung; D: liver, kidney; E: brain

HEART (A, D, and G through L): A total of 16 sections of myocardium are examined (including sections of right and left ventricles and the interventricular septum). There are multifocal areas with moderate to marked hypertrophy of the cardiac myocytes, and there is focal slight increased perivascular and interstitial fibrosis. In addition, there is a focal small area of apparent replacement fibrosis. There are no intra-myocardial acute or chronic inflammatory cell aggregates. There is no apparent myocardial disarray. *Note: Photomicrographs of the myocardium are reviewed in consultation with Dr. L. Maximilian Buja, Cardiovascular Pathology consultant for the Harris County Institute of Forensic Sciences.*

LUNG (B, C): Vascular congestion of the alveolar walls. There is diffuse intra-alveolar extravasation of red blood cells. Focal intra-alveolar edema. Focal slight anthracotic pigment deposition. Multifocal areas with dilatation of the alveolar spaces. There is no acute pneumonia.

LIVER (E): Sinusoidal congestion. There is no steatosis or bridging fibrosis.

SPLEEN (E): Congestion. Thickening of the arteries.

KIDNEY (F): There is slight to moderate thickening of the arteries.

RAMON AKENO WARREN THOMAS [EXC] 270
PLAINTIFF [SPN 028663401]

RAG

000010

CONFIDENTIAL



| Harris County Institute of Forensic Sciences | | |
|---|---|---|
| Case Number: M177-2638 | Page: | of |
| Decedent's Name: Ramon Akeno Warren Thomas | Length: 70" | Weight: 196 lbs |
| Examiner: Oliveria | Date: 7/3/23 | Time: 10:00 AM |



Curly black scalp ha.
Short
Black mt+b
Br irides
Not feet

scar

ET tube strapped in place

Defib pods

postmorn marks

BP cuff

IV

sli prot.

RAED oliery bracelet
HCIFS
white-blue hosp

white
hosp band

umx

attachng
pulse ox
device

scar

HCIFS

Yellow
tape.

Blue
track

Clothing:
orange jumpsuit
Cut open.
orange boxer
underwear

IV

| Section:  Pathology | Authorized by:  Deputy Chief Medical Examiner |
|---|---|
| Form Title:  Autopsy Diagram – Adult Male, Front/ Back | Form No.:  PAT-1 |
| Rev.: 1 | Rev. date:  1/23/23 |

RAMON AKENO WARREN THOMAS [EXG] Exg 271
PLAINTIFF [SPN 028663401]

000011

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

### July 19, 2023

**LABORATORY NUMBER: ML23-2638**

**SERVICE REQUEST: 0001**



---

**Deceased: RAMON AKENO WARREN THOMAS**

**Pathologist:**

Rafael Garcia, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

---

## *SUBMISSION INFORMATION:*

**On 07/03/2023  the following items were received from Rafael Garcia, M.D.:**

001 - Plastic Bag

001-A - Blood (femoral, screw cap)

001-B - Blood (heart, screw cap)

001-C - Blood (femoral, red top)

001-D - Blood (femoral, lavender top)

001-E - Vitreous Humor (red top)

001-F - Urine (red top)

001-G - Bile (red top)

001-H - Stomach contents (jar)

001-I - Liver (jar)

---

## *ANALYSIS DATES:*      07/05/2023 - 07/14/2023

---

## *RESULTS:*

### 001-A - Blood (femoral, screw cap)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | K. Watson |
| Acetone | None Detected | Headspace GC/FID | K. Watson |
| Isopropanol | None Detected | Headspace GC/FID | K. Watson |
| Methanol | None Detected | Headspace GC/FID | K. Watson |

### 001-B - Blood (heart, screw cap)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | A. Holguin |
| Fentanyl | None Detected | Immunoassay - ELISA | A. Holguin |

Medical Examiner's Initials and Date   *RPG*   7/19/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback on our Satisfaction Survey

JCS

RAMON AKENO WARREN THOMAS [DOJ] Ex. 9 272
PLAINTIFF [SPN 028663401]

000012

CONFIDENTIAL

**LABORATORY NUMBER: ML23-2638**          **DATE: July 19, 2023**

**SERVICE REQUEST: 0001**

| 001-B - Blood (heart, screw cap) |

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Methadone | None Detected | Immunoassay - ELISA | A. Holguin |
| Oxycodone | None Detected | Immunoassay - ELISA | A. Holguin |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Holguin |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | A. Holguin |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | A. Holguin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Holguin |
| Benzodiazepines | None Detected | Immunoassay - ELISA | A. Holguin |
| Opiates | None Detected | Immunoassay - ELISA | A. Holguin |
| Cannabinoids | None Detected | Immunoassay - ELISA | A. Holguin |

Only those items listed in the results section were tested.

OUTSOURCED TESTING

Blood (heart) was sent to NMS Labs on 07/06/23 for synthetic cannabinoids analysis.

The results will be delivered directly to the case pathologist.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCE

JUL 1 9 REC'D

RECORDS CUSTODIAN

Joshua Sandoval, B.S.
Case Reviewer
Toxicologist 1
July 18, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
July 19, 2023

Medical Examiner's Initials and Date    RAG 7/19/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback on our Satisfaction Survey

Exp 273

JCS

RAMON AKENO WARREN THOMAS [DOB]
PLAINTIFF [SPN 028663401]

000013

CONFIDENTIAL



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued**   07/13/2023 14:34

| | |
|---|---|
| **Patient Name** | THOMAS, RAMON |
| **Patient ID** | ML23-2638 |
| **Chain** | NMSCP272883 |
| **DOB** | 08/07/1992 |
| **Sex** | Male |
| **Workorder** | 23261311 |

**To:**   **98574**
Harris County Institute of Forensic Sciences
Attn: Toxicology Department
1861 Old Spanish Trail
Houston, TX  77054

**Page 1 of 2**

### Positive Findings:

| |
|---|
| **None Detected** |

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 9560B | Synthetic Cannabinoids Screen, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Plastic Tube | 3 mL | Not Given | Heart Blood | ML23-2638 |

All sample volumes/weights are approximations.
Specimens received on 07/07/2023.

RAM 7/14/23

NMS v.26.0



CONFIDENTIAL

**CONFIDENTIAL**    **Workorder**    23261311
                     **Chain**         NMSCP272883
                     **Patient ID**    ML23-2638

**Page 2 of 2**

**Detailed Findings:**

**Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 23261311 was electronically signed on 07/13/2023 13:20 by:

*Sharana D. Cook*

Sharana D. Cook, M.S.
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 9560B - Synthetic Cannabinoids Screen, Blood - Heart Blood

 -Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 4-fluoro-BINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | ADMB-CHMINACA | 0.10 ng/mL |
| 4-fluoro-MDMB-BINACA | 0.10 ng/mL | ADMB-FUBINACA | 1.0 ng/mL |
| 5-fluoro-MDMB-PICA / 5-fluoro-EMB-PICA | 0.10 ng/mL | APP-BINACA | 0.10 ng/mL |
| 5-fluoro-MDMB-PINACA / 5-fluoro-EMB-PINACA | 0.20 ng/mL | FUBINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PICA 3,3-dimethylbutanoic acid | 5.0 ng/mL | FUBINACA 3-methylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | MDMB-4en-PINACA | 0.10 ng/mL |
| 5-fluoro-PINACA 3-methylbutanoic acid | 5.0 ng/mL | MMB-FUBINACA | 0.10 ng/mL |

INSTITUTE OF FORENSIC SCIENCES

JUL 1 4 REC'D

RECEIVED
RECORDS CUSTODIAN

*RAG 7/14/23*

NMS v.26.0

CONFIDENTIAL

## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
### 1861 OLD SPANISH TRAIL
### HOUSTON, TEXAS 77054

Kent Heck, M.D.                                                ML23-2638
Forensic Neuropathologist

### REPORT OF NEUROPATHOLOGY CONSULTATION
--------------------------------------------------------------------------

| | |
|---|---|
| CASE NUMBER: | ML23-2638 |
| NAME: | Ramon Akeno Warren Thomas |
| PATHOLOGIST: | Rafael A. Garcia, M.D. |
| ANALYSIS COMPLETED: | 7/27/23 |

--------------------------------------------------------------------------

**GROSS EXAMINATION:**  After fixation in 20 percent formalin, the brain weighs 1332.4 grams.  The dura is unremarkable without exudates or hemorrhage along its inner or outer surfaces.  The superior sagittal sinus and its draining tributaries are patent without thrombi.  There is a mild degree of diffuse parasagittal cerebral convexity leptomeningeal fibrosis present, but no exudates or hemorrhage are present within the subarachnoid space.   The underlying gyri are normally formed, symmetrical and without atrophy or swelling.   The cranial nerves are intact.   Circle of Willis is without atherosclerosis, thrombi, aneurysms, or malformations.   There is no evidence of uncal or tonsillar herniation.   The brainstem and cerebellum are of an appropriate size in relation to cerebral hemispheres.   The spinal cord and pituitary were not submitted for evaluation.

Multiple coronal sections reveal a continuous cortical ribbon which is well demarcated from the underlying centrum ovale.   The ventricles are slit-like, normally formed and patent throughout.   The centrum ovale is of normal caliber and without lesions or hemorrhage.   The corpus callosum is intact without distortion and is continuous from one hemisphere to the next.   The septum pellucidum is midline without cavum, fenestration, or disruption.   The fornices are of normal calibers.  Basal ganglia and thalami are symmetric, normally formed without discoloration, cavitations, or hemorrhages.   The hippocampi are normally rotated and formed without atrophy, hemorrhage, or cavitation.   Axial sections of brainstem confirm a rounded open cerebral aqueduct continuous into the fourth ventricle lined by smooth glistening ependyma.    The pyramidal structures are symmetric, normally formed and appropriately myelinated.   The brainstem nuclei are appropriately placed and formed, and there is adequate pigmentation of the substantia nigra and locus coeruleus. Sagittal and parasagittal sections of the cerebellum confirm normal arborization of the cerebellar vermis and hemispheres.   There is distinct demarcation between cerebellar cortex and underlying cerebellar white matter.   The dentate nuclei are centrally placed, undulatory and normally formed.

Ramon Akeno Warren Thomas
Report of Neuropathology Consultation
ML23-2638
-2-

**H&E stained sections:**
- X1. Right amygdala
- X2. Left basal ganglia
- X3. Left frontal lobe
- X4. Left hippocampus
- X5. Right hippocampus
- X6. Right parietal lobe
- X7. Left cerebellar hemisphere
- X8. Midbrain
- X9. Pons
- X10. Medulla
- Luxol fast blue X5, X8 and X9

**MICROSCOPIC DESCRIPTION:** A few bland neuroepithelial rests are present in gray matter of the amygdala, as well as in the periventricular white matter. The pyramidal and granular neuronal complement of the hippocampi are adequate. The cerebellum is appropriately developed and laminated. The left frontal lobe has prominent basal cortical neurons that are tightly satellited by oligodendroglial cells. There is a central upper pontine region of gliosis and pallor with loss of myelinated bands. Stains for Luxol fast blue confirm demyelination and myelin fragmentation is this central region of pontobulbar fibers (X8). The lower pons has intact pyramidal tract white matter. No macrophage influx is identified, and gliosis is established. Luxol fast blue performed on the right lateral geniculate nucleus confirms partial representation of the nucleus in section (X5) with loss of myelin and associated pallor. No definite demyelination is noted in the left lateral geniculate nuclei.

**DIAGNOSES:**
1. Healed central pontine myelinolysis
2. Lower neocortical perineuronal oligodendroglial satellitosis
3. Remnant amygdalar and subventricular neuroepithelial rests

_____     10/19/23
Kent Heck, M.D.                    MMDDYY
Forensic Neuropathologist

RAMON AKENO WARREN THOMAS [Exp 277
PLAINTIFF [SPN 028663401]

000017

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

CONFIDENTIAL

*INVESTIGATOR DEATH REPORT*

**ML23-2638** MEDICAL LEGAL **DECEDENT: RAMON AKENO WARREN THOMAS** Page 1 of 4

## DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| **DECEDENT FIRST: RAMON** | **MIDDLE: AKENO WARREN** | **LAST: THOMAS** | **TITLE:** |

**RACE: BLACK**  **SEX:** MALE  **DOB: August 07, 1992**  **AGE:** 30 YEARS
**DRIVERS LICENSE:**  **MARITAL STATUS:** SINGLE  **HOME PHONE:**
**RESIDENT ADDRESS:**  **CITY:** HOUSTON  **STATE:** TX  **ZIP:**
**IDENTIFICATION: PRESUMPTIVE**  **HEIGHT:** 0.0 in.  **WEIGHT:** 0.00 Lbs.
**REASON FOR INITIAL ID STATUS:** ID provided by HCSO and confirmed by decd's mother

## DEATH INVESTIGATION

**INVESTIGATOR:** MADELYN DECHANT, FORENSIC INVESTIGATOR
**INVESTIGATION TYPE: PHONE INTERVIEW**  **DATE TIME M.E. NOTIFIED:** 7/1/2023
**REPORTEE:** RN ALYSSA MAKI  **COMPANION CASE:**
**REPORTING AGENCY:** BEN TAUB GENERAL HOSPITAL ER
**POLICE REPORT #** 2307-00344 HCSO  **LEAD TIME REQUESTED:** CALL POST EXAM
**MANNER APPEARS TO BE: UNDETERMINED**  **TRAUMA: NO TRAUMA**
**CASE SUMMARY:**  *In Custody death* Hospital death of a 30 y/o BM who was found with seizure like activity in bed by other inmates. Transported to ER and pronounced 4 minutes after arrival. Texas Ranger investigation ongoing.

**DATE & TIME OF DEATH: 7/1/23 10:44 pm**  **TYPE OF SCENE:** HOSPITAL
**PLACE OF DEATH:** BEN TAUB GENERAL HOSPITAL
**LOCATION AND POSITION OF BODY:**
**PLACE OF INJURY:** 1200 BAKER ST HOUSTON HARRIS TX
**PLACE OF INJURY - TYPE OF SCENE:** JAIL
**TYPE OF VEHICLE INVOLVED:** N/A
**DECEDENT'S POSITION IN VEHICLE:** N/A
**FOUND DEATH BY:**  **RELATIONSHIP TO DECEDENT:**
**LAST KNOWN ALIVE DATE & TIME:**  **LAST SEEN ALIVE BY:**
**NOTES REGARDING WHILE AT WORK DEATH:** n/a

*[handwritten box:]* NAME: Ranger Parker  PHONE: 281-920-1034  LEAD TIME: Call post exam  **OFFICER TO BE PRESENT**

## HOSPITAL INFORMATION

**Name of Terminal Hospital:** BEN TAUB GENERAL HOSPITAL  **Date/Time of Death:** 7/1/2023 10:44:00PM

**Medical Rcord #:** 079943533  **First Blood or Cord/Placenta:** NOT DRAWN

**Transported From:** COUNTY JAIL  **Method:** HFD M19

**CPR In Progress:** YES  **Admitting DX:**

**Pronounced Dead By:** DR. AMIT PADAKI  **Date/Time of Death of Initial Hospitalization:**

**Name of Initial Hospital:** Ben Taub General Hospital  7/1/23 22:40

## MEDICAL AND SOCIAL HISTORY

**TOBACCO: NO**  **ALCOHOL: NO**  **DRUGS:** History of illicit drug use
**COVID-19 VACCINE STATUS:**  **VACCINE TYPE:**
**LAST VACCINE DATE:**
**NOTE REGARDING MEDICAL HISTORY:** unspecified psychiatric problems

*[handwritten:]* smuggle something thigh. Mail use paper burned paper in cell smoking something

RAMON AKENO WARREN THOMAS PLAINTIFF [SPN 028663401]  S00018

MEDICAL EXAMINERS - LEGAL DOCUMENT - DECEDENT: RAMON AKENO WARREN THOMAS

CONFIDENTIAL

| NEXT OF KIN (NOK) |
|---|

**NAME OF NOK - FIRST:** DIANE      **MIDDLE:**      **LAST:** BAILEY

**RELATIONSHIP TO DECEDENT:** PARENTS

**NOK ADDRESS:**      **NOK HOME PHONE:** 832-512-4703

**CITY:** HOUSTON      **STATE:** TX      **ZIP:**

**HOW NOTIFIED:** Over the Phone      **NOTIFIED BY:** CHAPLAIN N. YOUNG

| MEDICATION | | | | | |
|---|---|---|---|---|---|
| Drug | Date Filled | No Left | Qty | Dosage | Physician |
|  |  |  |  |  |  |

Ex. 9.279

NCME [Investigators Report]

Date Printed: 7/2/2023

IR 8 with RX Supplements v12212020

MEDICAL EXAMINER LEGAL DISTRICT DECEDENT: RAMON AKENO WARREN THOMAS

CONFIDENTIAL

| INVESTIGATIVE INFORMATION |
| --- |

## Case Synopsis

*In Custody death* Hospital death of a 30 y/o BM who was found with seizure like activity in bed by other inmates. Transported to ER and pronounced 4 minutes after arrival. Texas Ranger investigation ongoing.

## Decedent Physical Exam

Hospital death

## Scene Observation

Hospital death

Transported from 1200 Baker St, Houston, TX, 77002
911 called at 2145 on 07/01/23

## Narrative

Per Texas Ranger Parker and RN Alyssa at Ben Taub General Hospital ER, the decd was a 30 y/o BM with a hx of unspecified psychiatric problems and polysubstance abuse (Kush). The decd was placed into HCSO custody on 04/19/23. At this time, the decd had no known altercations and no medical events. On the morning of 07/01/23, the decd's mother received a phone call from the decd who was asking her to send him and another inmate money, which was not usual behavior for the decd. She said she did not know why he was asking for money and did not know the other inmate who was also asking for money. The decd was in a cell with ~6 other male inmates. At ~2135, an inmate called out for a guard due to the decd being witnessed to have seizure like activity while laying in his bunk. He was moved from the top bunk to the floor, and then transported to the in jail clinic, where 911 was called at 2145 and CPR was initiated. The HFD run sheet noted the decd had blood coming from his nose and mouth. M19 transported the decd to Ben Taub General Hospital, arriving at 2240 with CPR in progress. Despite resuscitative measures, death was pronounced at 2244 by Dr. Amit Padaki. No external trauma was noted. No labs, UDS/BAC or imaging was performed.

Texas Ranger Parker will be the primary investigator. There was not surveillance within the cell but possibly within the common areas outside of the cell. Jail clinic staff reported that they observed a 'small bump' of the decd's head, but this was unable to be confirmed as ER staff denied any signs of trauma. Ranger Parker requested a call post exam.

CONFIDENTIAL
MIR record view    ML23-2638

HFD-EMS
500 Jefferson St.
16th Floor
Houston, TX 77002
Work: (832) 394-6800

## Incident Details

| | | | |
|---|---|---|---|
| **Inc # / Disp.:** | 2307011045 / Cardiac Arrest | **@ PSAP:** | 07/01/2023 21:45:44 |
| **EMS Unit:** | M019 | **Initial Disp. Code:** FECAD1 | **@ Dispatch:** | 07/01/2023 21:46:34 |
| **EMS Shift:** | D | **Final Disp. Code:** FECAD1 | **Unit Notified:** | 07/01/2023 21:47:05 |
| **Street:** | 1200 BAKER ST (@ ) | **En Route:** | 07/01/2023 21:47:56 |
| **City:** | HOUSTON, TX 77002 (Key 493M) | **@ Scene:** | 07/01/2023 21:56:07 |
| | | **Arrived at Patient:** | 07/01/2023 22:00:00 |
| **Disposition:** | HFD Transport - In Charge | **Left Scene:** | 07/01/2023 22:26:03 |
| **Destination:** | BEN TAUB, Priority One | **@ Hospital:** | 07/01/2023 22:37:19 |
| | | **Care Transfer:** | 07/01/2023 22:38:00 |
| **Pt.:** | Ramon Thomas, 30 Years old Male | **In Service:** | 07/02/2023 00:03:50 |

## Crew

WATKINS, DUSTIN - 153609 [ Cred. Paramedic ] In Charge Caregiver
HEUGEL, BRANDON - 156523 [ Cred. Paramedic ] Engineer/Operator

## Patient Demographics

| | | | |
|---|---|---|---|
| **Name:** | Ramon Thomas | **Date of Birth:** | 08/07/1992 |
| **A/R/G:** | 30 Years Old Black or African American Male | | |
| **Pt. Address:** | 1200 BAKER ST, . HOUSTON, TX 77002. HARRIS County, | | |
| **Driver's Lic. #:** | | **No DL# because:** ID was never asked for. | |
| **SSN:** | | **No SSN because:** SSN was never asked for. | |
| **Primary Method of Payment:** | Unknown | **Work-Related:** No | |

## Response / Scene Information

| | | | |
|---|---|---|---|
| **Response to Scene:** | Emergent (Immediate Response) | **Location Type:** | Prison/Jail |
| | | **Barriers to Care:** | None Noted |
| **# Pt's at Scene:** | Single | | |
| **Type of Scene Delay:** | On-Scene Treatment > 20 min | | |

## Clinical Info / Narrative

**Complaint**
Cardiac arrest

| | | | |
|---|---|---|---|
| | | **ETOH/Drug Indicators:** Unable to Complete | |
| **Primary Symptom:** | Cardiac arrest | **Began:** | 07/01/2023 21:43:00 |
| | | **Activity:** | Activity, unspecified |
| **Possible Injury:** | No | **Cardiac Arrest:** | Yes, PRIOR to HFD Arrival |

**Narrative:** Chief complaint - Cardiac arrest

History – Medic 19 arrived on location to the jail. Patient was found in the jail clinic, lying supine on a backboard and on jail clinic's hospital bed. Patient had an 18 ga IV placed in the right hand by with 1,000 mL of fluid going that was done by the jail staff. E-09 was doing CPR on patient, E-09 placed i-Gel and bagging with BVM. E-09 stated when they made patient contact CPR was being done by jail clinic staff. Staff said they found patient in his cell, unresponsive, not breathing, and no pulses felt at around 21:40 and they started CPR at 21:43. Staff said patient has a history of drug use so they gave a total of 3 narcans and 1 epi. Staff said they also shocked patient once with their AED prior to any HFD units making location. Staff said patient was last seen alive and normal at around 20:40 today. E-09 said when they first got to patient he had blood coming from his nose but when they started CPR dark red blood started coming from both the nose and mouth. When we made patient contact patient had heavy bleeding from the mouth and nose. No obvious trauma seen anywhere on patient. No other information from jail staff.

Assessment – Cardiac arrest. Patient's skin was normal and dry. Pupils equal but non-reactive.
Head: Dark red blood coming from nose and mouth. No dcap-btls seen or felt.
Neck: no dcap-btls seen or felt. No JVD seen. Patient's trachea was midline.
Chest: no dcap-btls seen or felt.
Back: no dcap-btls seen or felt.
Abdomen: no dcap-btls seen or felt. Abdomen soft and non-distended with no discoloration.
Lower extremities: no dcap-btls seen or felt.
Upper extremities: no dcap-btls seen or felt.

Treatment - Call ran per EMS cardiac protocol. Patient's airway, and ET tube after it was placed, was constantly suctioned throughout the call and throughout transport.

Disposition - Patient transported to hospital priority 1. Patient unchanged during transport. When arrived at hospital patient was taken to room in ER. Verbal report given to ER RN and patient care was transferred to ER RN. Shortly after patient transfer to ER RN ER doctor pronounced patient dead.
**Crew Completing this Report:** WATKINS, DUSTIN - 153609

**EMS Primary Imp.:** Cardiac arrest

## Pt's Medical Information

| | | | |
|---|---|---|---|
| **Advance Directives:** | None | | |
| **Med/Surg Hist.:** | DEPRESSION; ANXIETY DISORDER; OTHER DRUG USE | **History From:** | Health Care Personnel |

**Current Medications**

**Medication**
Unable to Complete

| | | | |
|---|---|---|---|
| **Agency:** | Houston Fire Department | **EMS Unit:** M019 | **Incident #:** 2307011045 | **Printed:** 07/02/2023 00:03 |

CONFIDENTIAL

## Special Circumstances

| | | | |
|---|---|---|---|
| **Resuscitation Attempted By EMS:** | Attempted Ventilation; Initiated Chest Compressions | **Cardiac Arrest Etiology:** | Cardiac (Presumed) |
| **Arrest Witnessed By:** | Not Witnessed | | |
| **Who Provided CPR Prior to EMS Arrival:** | Other Healthcare Professional | | |
| | | **Cardiac Rhythm on Arrival at Destination:** | Asystole |
| **AED Use Prior to EMS Arrival:** | Yes, with Defibrillation | **Who Used AED Prior to EMS Arrival:** | Other Healthcare Professional |
| **First Monitored Arrest Rhythm of the Patient:** | Asystole | **Type of CPR Provided:** | Compressions - Continuous; Ventilation - BVM |
| **Any Return of Spontaneous Circulation:** | No | | |
| **Date/Time Resuscitation Discontinued:** | 07/01/2023 22:38:00 | **Reason CPR/Resuscitation Discontinued:** | Protocol Completed/Care Transfer |
| **End of EMS Cardiac Arrest Event:** | Pronounced in ED | | |

## Vitals

| Time | HR | RR | ETCO2 |
|---|---|---|---|
| 22:05:36 | 176 | 10 Assisted (BVM/CPAP) | 32 |
| 22:07:49 | | 0 Assisted (BVM/CPAP) | 8 |
| 22:15:36 | 102 | 51 Assisted (BVM/CPAP) | 32 |
| 22:25:24 | 101 | 10 Assisted (BVM/CPAP) | 22 |
| 22:25:36 | 101 | 0 Assisted (BVM/CPAP) | 48 |
| 22:29:55 | 101 | 8 Assisted (BVM/CPAP) | 37 |
| 22:36:28 | 101 | 9 Assisted (BVM/CPAP) | 29 |

### Trauma Info

| Time | Pain Scale |
|---|---|
| 22:05:36 | Numeric (0-10) |
| 22:07:49 | Numeric (0-10) |
| 22:15:36 | Numeric (0-10) |
| 22:25:24 | Numeric (0-10) |
| 22:25:36 | Numeric (0-10) |
| 22:29:55 | Numeric (0-10) |
| 22:36:28 | Numeric (0-10) |

## Physical Assessment

### Assessment Summary

07/01/2023 22:01:00

**Detailed Findings**

| Location | Description | Details |
|---|---|---|
| Face | Bleeding Uncontrolled | |
| Eye Bilateral: | 3-mm Non-Reactive | |
| Left: | 3-mm Non-Reactive | |
| Right: | 3-mm Non-Reactive | |
| Heart | Absent | |

**Normal Findings**

Skin ;

**Not Done**

## Treatments

### Medications

| Time | Med | Dose | Route | Response | Crew |
|---|---|---|---|---|---|
| 22:04:00 | Epi 1:10,000 | 1 Milligrams (mg) | Intravenous (IV) | Unchanged | WATKINS, DUSTIN - 153609 |
| 22:10:00 | Epi 1:1,000 | 1 Milligrams (mg) | Intravenous (IV) | Unchanged | WATKINS, DUSTIN - 153609 |
| 22:17:00 | Epi 1:1,000 | 1 Milligrams (mg) | Intravenous (IV) | Unchanged | WATKINS, DUSTIN - 153609 |

**Agency:** Houston Fire Department    **EMS Unit:** M019    **Incident #:** 2307011045    **Printed:** 07/02/2023 00:03

RAMON AKENO WARREN THOMAS [DOB] Exh 9 282
PLAINTIFF [SPN 028663401]

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22:23:00 | Epi 1:1,000 | 1 Milligrams (mg) | | | Intravenous (IV) | | | WATKINS, DUSTIN - 153609 |
| 22:29:00 | Epi 1:1,000 | 1 Milligrams (mg) | | | Intravenous (IV) | | | WATKINS, DUSTIN - 153609 |
| 22:29:00 | Sodium Bicarbonate | 50 Milliequivalents (mEq) | | | Intravenous (IV) | Unchanged | | WATKINS, DUSTIN - 153609 |
| 22:34:00 | Sodium Bicarbonate | 50 Milliequivalents (mEq) | | | Intravenous (IV) | Unchanged | | WATKINS, DUSTIN - 153609 |
| 22:35:00 | Epi 1:1,000 | 1 Milligrams (mg) | | | Intravenous (IV) | | | WATKINS, DUSTIN - 153609 |

## Procedures

| Time | Procedure | Size | Blade | Attempts | Success | Response | Crew |
|---|---|---|---|---|---|---|---|
| 22:00:55 | ECG Monitoring/Pads | | | 1 | Yes | | WATKINS, DUSTIN - 153609 |
| 22:01:00 | CPR (LUCAS/Mechanical Device) | | | 1 | Yes | Unchanged | WATKINS, DUSTIN - 153609 |
| 22:03:00 | Suction Airway | | | 10 | Yes | Unchanged | WATKINS, DUSTIN - 153609 |
| 22:07:00 | Intubation (Orotracheal) | 75 | Video Device Mac 4 | 1 | Yes | Unchanged | WATKINS, DUSTIN - 153609 |
| 22:07:08 | Bagged Ventilations (via Tube/I-Gel) | | | 1 | Yes | Unchanged | WATKINS, DUSTIN - 153609 |

## Airway Confirmation

| Time | Waveform | ETCO2 | Gastric Sounds | L BS | R BS | L Chest rise | R Chest rise | Secured | Depth |
|---|---|---|---|---|---|---|---|---|---|
| 22:03:00 | | | | Yes | Yes | | | | @ |
| 22:07:00 | Yes | 53 | No | Yes | Yes | Yes | Yes | Tube Tamer | 25 @ Teeth |
| 22:07:08 | Yes | 53 | No | Yes | Yes | Yes | Yes | | @ |

## ECG / Monitor

### Monitor

| Time | Event Type |
|---|---|
| 22:00:37 | Power On |
| 22:00:55 | ECG-Monitor / Pads |

### Vitals

| Time | ECG Type |
|---|---|
| 22:05:36 | Monitor Vitals |
| 22:07:49 | Monitor Vitals |
| 22:15:36 | Monitor Vitals |
| 22:25:24 | Monitor Vitals |
| 22:25:36 | Monitor Vitals |
| 22:29:55 | Monitor Vitals |
| 22:36:28 | Monitor Vitals |

**Time:** 07/01/2023 22:00:37
**File Name:** Physio_20230701220037.png



| Agency: | Houston Fire Department | EMS Unit: M019 | Incident #: 2307011045 | Printed: 07/02/2023 00:03 |
|---|---|---|---|---|

RAMON AKENO WARREN THOMAS [DK] Exc 9 283
PLAINTIFF [SPN 028663401]

CONFIDENTIAL





| Agency: | Houston Fire Department | EMS Unit: M019 | Incident #: 2307011045 | Printed: 07/02/2023 00:03 |

RAMON AKENO WARREN THOMAS [DOC]
PLAINTIFF [SPN 028663401]

Ex. 9 284

CONFIDENTIAL

Time: 07/01/2023 22:07:49
File Name: Physio_20230701220749.png



Time: 07/01/2023 22:15:36
File Name: Physio_20230701221536.png



Agency: Houston Fire Department     EMS Unit: M019     Incident #: 2307011045     Printed: 07/02/2023 00:03

RAMON AKENO WARREN THOMAS [EXC] Exc 9 285
PLAINTIFF [SPN 028663401]

CONFIDENTIAL





Agency: Houston Fire Department     EMS Unit: M019     Incident #: 2307011045     Printed: 07/02/2023 00:03

RAMON AKENO WARREN THOMAS [Exc] Ex. 9 286
PLAINTIFF [SPN 028663401]

000026





**Transportation Details**

Incident Disposition: HFD Transport - In Charge
Destination Name: BEN TAUB                                    Dest. Address: 1502 TAUB LOOP, Houston, TX 77030
Destination Type: Hospital-Emergency Department                                                        Reason: Protocol
# Pts in This Unit: 1            Transport Method: Ambulance or Medic

Agency: Houston Fire              EMS Unit: M019              Incident #: 2307011045              Printed: 07/02/2023 00:03
            Department

RAMON AKENO WARREN THOMAS [Exc]
PLAINTIFF [SPN 028663401]

CONFIDENTIAL

| | | | |
|---|---|---|---|
| | **Transport Mode from Scene:** Emergent | | |
| **Patient secured to stretcher with safety belts:** YES | | **Stretcher side rails upright position, locked, and secure?:** YES | |
| | **Type of Transport Delay:** None/No Delay | | |
| **Moved from Unit:** Stretcher **CAD Hosp. Code:** 1015024 | | | **Pt. Condition @ Dest.:** Unchanged |
| | **Type of Turn-Around Delay:** Equipment/Supply Restock; Documentation; Clean-up | | |

## Patient Belongings

**Belongings:** None

## Documentation Info

| **Hospital MRN #** | **# Type** |
|---|---|
| 079943533 | Patient Encounter Number |
| | **PCR Report #:** 120f7ae50abe4bd89c0537dfa17d4f8f |

**Telemetry Personnel Name:** Stauffer, Sundown

## Signatures

**Paragraph Text:**
PT. UNABLE TO SIGN, NO OTHER SIGNEES
My signature indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that no guardian nor authorized representative was available or willing to sign on the patient's behalf. I am signing on behalf of the patient to authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to the patient by HFD. My signature is not an acceptance of financial responsibility for the services rendered.

IN CHARGE
I acknowledge I have provided the above assessments/treatments for this patient.

**Signature Graphic:**

**Name / Time of Signature:** DUSTIN - 153609  WATKINS [ EMS Provider In Charge ] @ 07/01/2023 23:05:24

**Reason [ Status ]:** EMS Provider; Patient Unable/Refused to Sign [ Signed ]

**Paragraph Text:** CREW STATEMENT
Captain or E/O:  I certify this record is completed in accordance with HFD guidelines and standards.

**Signature Graphic:**

**Name / Time of Signature:** BRANDON - 156523  HEUGEL [ Captain / EO ] @ 07/01/2023 23:05:47

**Reason [ Status ]:** EMS Provider [ Signed ]

**Paragraph Text:**
HIPAA Compliance Officer; c/o Houston Fire Department; 500 Jefferson St.; Houston, TX 77002

I understand that my personal health information will be used by the Houston Fire Department in the following ways:

 For my treatment
 For health care operations
 When required by law
 To obtain payment from me and my insurance carriers for services
 For other purposes not listed here which may reasonably be required to carry out the treatment, payment, operations, and legal disclosure functions that you may deem reasonably necessary or advisable and required or permitted under any applicable laws. Such additional uses and disclosures will not be made without my authorization unless in emergency circumstances or allowed or required by law.

By signing this form I consent and authorize the Houston Fire Department to use and disclose my PHI in accordance with the terms stated above. I hereby acknowledge receipt of Notice of Privacy Rights to my health information.

AUTHORIZATION FOR BILLING
I authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to me by The Houston Fire Department (HFD) now, in the past, or in the future, until such time as I revoke this authorization in writing. I understand that I am financially responsible for the services and supplies provided to me by HFD, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. Payment of insurance benefits due me may be paid directly to HFD or its billing agent. I agree to immediately remit to HFD any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to HFD. I authorize HFD to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of

| **Agency:** Houston Fire Department | **EMS Unit:** M019 | **Incident #:** 2307011045 | **Printed:** 07/02/2023 00:03 |
|---|---|---|---|

RAMON AKENO WARREN THOMAS [Exp] **Exp 288**
PLAINTIFF [SPN 028663401]

CONFIDENTIAL

medical, insurance, billing or other relevant information about me to release such information to HFD and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by HFD, now, in the past, or in the future. I also authorize HFD to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information. HFD may disclose my Protected Health Information (PHI) to a collection agency for purposes of collecting any past due bill owed by me for EMS Services. Copies of this consent will be just as effective as originals for all purposes. I need not sign this form to ensure health care treatment.

**Reason [ Status ]:** Permission to Treat; Permission to Transport; HIPAA acknowledgement/Release; Authorization for Billing [ Not Signed - Unconscious ]

**Paragraph Text:**
HOSPITAL/OTHER EMS AGENCY RECEIVING AGENT
The patient named on this record was received by this facility/agency on the date and at the time indicated.
If the patient is unable to sign, I am authorizing the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to the patient by the Houston Fire Department. My signature is not an acceptance of financial responsibility for the services rendered.

**Signature Graphic:**

**Name / Time of Signature:** Melissa  RN [ Healthcare Provider ] @ 07/01/2023 23:27:08

**Reason [ Status ]:** Transfer of Patient Care [ Signed ]

| | | | |
|---|---|---|---|
| **Agency:** Houston Fire Department | **EMS Unit:** M019 | **Incident #:** 2307011045 | **Printed:** 07/02/2023 00:03 |

RAMON AKENO WARREN THOMAS [Exc] 289
PLAINTIFF [SPN 028663401]

Thomas, Ramon Akeno Warren (MRN 079943533)CONFIDENTIAL          Encounter Date: 07/01/2023

*AME Copy*          ML23- 26398

## Patient Demographics

| Patient Name | Legal Sex | DOB | Address (Temporary) | Phone (Permanent) |
|---|---|---|---|---|
| Thomas, Ramon Akeno Warren | Male | 8/7/1992 | 1200 Baker Street Houston TX 77002 | 713-675-4426 (Home) *Preferred* 713-000-0000 (Work) 832-512-4703 (Mobile) |

## ⚡ Mechanism of Injury (last 2 days) before discharge

None

## ED Arrival Information

| Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|
| 7/1/2023 22:39 | ESI 1 | Ambulance/HFD | EMS | BT Emergency Medicine | Emergency |

Arrival complaint
CPR in progress from jail

## 🗒 ED Notes, ED Triage Notes, ED Provider Notes

**Maki, Alyssa**  7/2/2023 03:12
ME # ML23-2638

**Maki, Alyssa**  7/2/2023 03:12
Patient transported to the mourge via transporter Edwin and Officer Hewitt.

**Maki, Alyssa**  7/2/2023 00:04
Received patient as a CODE 1 traumatic arrest from medic 19 and Officer Hewitt 1604, found down at the jail at 2143 (with no clear idea on exact time he was down initially) and was given 6 epi, 2 bicarb, 2 narcan, 1 shock in route. The patient had an ET tube placed in route, and had pink frothy sputum coming up the tube. The patient arrived at the ED at 2240, and 2 minutes of CPR was performed, with no pulse and asystole found at the pulse check at 2242. The patient had another round of CPR performed at 2242, with no pulse and asystole again at 2244. MD Cole at bedside with ultrasound, with no cardiac activity noted. Time of death pronounced at 2244 by MD Padaki.

Forensics was informed at 2331, Tiffany

Original note by Maki, Alyssa at 7/2/2023 00:00

**Maki, Alyssa**  7/2/2023 00:00
Received patient as a CODE 1 traumatic arrest from medic 19 and Officer Hewitt 1604, found down at the jail at 2143 (with no clear idea on exact time he was down initially) and was given 6 epi, 2 bicarb, 2 narcan, 1 shock in route. The patient had an ET tube placed in route, and had pink frothy sputum coming up the tube. The patient arrived at the ED at 2240, and 2 minutes of CPR was performed, with no pulse and asystole found at the pulse check at 2242. The patient had another round of CPR performed at 2242, with no pulse and asystole again at 2244. MD Cole at bedside with ultrasound, with no cardiac activity noted. Time of death pronounced at 2244 by

RAMON AKENO WARREN THOMAS **Exc 9 290**
PLAINTIFF [SPN 028663401]

Thomas, Ramon Akeno Warren (MRN 079943533)  CONFIDENTIAL    Encounter Date: 07/01/2023

MD Padaki.

Addendum to note by Maki, Alyssa at 7/2/2023 00:04

**Padaki, Amit S, MD**  7/1/2023 22:59
**TEACHING PHYSICIAN NOTE**

I personally examined Ramon Akeno Warren Thomas, performed the key portions of the history and physical examination and was directly involved in his care.

I reviewed the past medical records and resident's note and agree with the findings as documented in the resident's note..

I discussed the case with the resident and agree with the diagnosis of:
1.   **Cardiac arrest**

and plan: as below.

Amit S Padaki, MD
July 1, 2023 10:50 PM

Resident: Dr. Cole

---

HPI: 30-year-old man, PMH including reported drug use, who presents from the jail in cardiac arrest.

Pt arrives intubated and unresponsive.  Per EMS, pt was last seen normal ~ 2045. He was found down ~ 2143 with blood around his mouth. CPR started by jail staff. No response to  epinephrine and narcan x 3. AED applied, pt shocked x 1, unclear rhythm at that time.

EMS arrival at 2156. Pt received an additional 6 doses epinephrine, 2 amps bicarb without improvement. Lucas placed for compressions, pt intubated with 7.5 ETT, ETCO2 > 30.

Fingerstick 330s.

Pt arrives to the ED at approximately 2238.

PE:
GENERAL APPEARANCE: Unresponsive
HEAD: NCAT
EYES: Pupils fixed
ENT: MMM, ETT with pink frothy secretion
NECK: Supple
CARDIOVASCULAR: Pulseless
RESPIRATORY: Apneic
GASTROINTESTINAL: Soft
MUSCULOSKELETAL: Cool

Thomas, Ramon Akeno Warren (MRN 079943533) Printed by Martinez, Arthur [185625] at 7/2/2023...    000004

Thomas, Ramon Akeno Warren (MRN 079945533)CONFIDENTIAL          Encounter Date: 07/01/2023

SKIN: No rashes
NEURO: GCS 3
PSYCHIATRIC: Unresponsive

A/P: In total, pt arrived at approximately 55 minutes of known downtime.  Unclear downtime before that.  He had received multiple rounds of epinephrine, Narcan, bicarb, and was intubated in the field.

Pt moved from EMS stretcher to hospital bed and Lucas restarted for compressions; RT provided breaths via BVM.   ETCO2 verified by RT.  At first pulse check, monitor showed asystole and bedside cardiac ultrasound showed cardiac standstill. At second pulse check, there was again asystole and cardiac standstill.

With over one hour of CPR and unclear down time even before that, asystole on monitor and standstill on ultrasound, I did not think pt had any realistic chance of survival with good neurologic recovery.

Decision made to stop resuscitation. ToD 2244.

ED DIAGNOSIS: Acute cardiac arrest
PLAN: Deceased, ToD 2244

PROCEDURES:  CPR, performed by ED staff under my supervision


Padaki, Amit S, MD
07/01/23 2259

**Khan, Samantha O, RN**  7/1/2023 22:42
    CPR in progress from jail. To SR

## Prehospital Treatment

| Date and Time | Ambulance Service | Type of Ambulance | Unit Number | Transferring Facility | Time admitted to other facility: | Time transferred from other facility: | Pre hospital Treatment | Medication PTA | User |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/23 2239 | Yes | ground | HFD M-19 | -- | -- | -- | CPR | -- | SOK |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 07/01/23 2239 | Patient arrived in ED | KHAN, SAMANTHA O | -- |
| 07/01/23 2239 | Triage Started | KHAN, SAMANTHA O | -- |
| 07/01/23 2242 | Trauma Code 1 Called | KHAN, SAMANTHA O | -- |
| 07/01/23 2242 | Triage Completed | KHAN, SAMANTHA O | -- |

Thomas, Ramon Akeno Warren (MRN 079943533)    CONFIDENTIAL    Encounter Date: 07/01/2023

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 07/01/23 2247 | Assign Resident | BROWN, CIAURA ELAINE | Cole, Taylor A, ResidentMD assigned as Resident |
| 07/01/23 2247 | Assign Provider | BROWN, CIAURA ELAINE | -- |
| 07/01/23 2249 | Assign Attending | PADAKI, AMIT SHRIDAR | Padaki, Amit S, MD assigned as Attending |
| 07/01/23 2249 | Assign Provider | PADAKI, AMIT SHRIDAR | -- |
| 07/01/23 2312 | Patient roomed in ED | MARIONEAUX, TRANG | To room BT CRITICAL CARE HW |
| 07/01/23 2314 | Assign Attending | PADAKI, AMIT SHRIDAR | -- |
| 07/01/23 2314 | Assign Provider | PADAKI, AMIT SHRIDAR | -- |
| 07/02/23 0300 | Patient transferred | MAGHIRANG, MELISSA RAE | From room BT CRITICAL CARE HW to room BT OTF |
| 07/02/23 0439 | Patient discharged | MAKI, ALYSSA | -- |

## Events

### ED Arrival at 7/1/2023 2239
Unit: Emergency Center BT

### Admission at 7/1/2023 2312
Unit: Emergency Center BT    Room: BT CRITICAL CARE HW    Bed: CC- HW
Patient class: Emergency    Service: BT Emergency Medicine

### ED Roomed at 7/1/2023 2312
Unit: Emergency Center BT    Room: BT CRITICAL CARE HW    Bed: CC- HW
Patient class: Emergency    Service: BT Emergency Medicine

### Transfer In at 7/2/2023 0300
Unit: Emergency Center BT    Room: BT OTF    Bed: OTF
Patient class: Emergency    Service: BT Emergency Medicine

### ED Transfer at 7/2/2023 0300
Unit: Emergency Center BT    Room: BT OTF    Bed: OTF
Patient class: Emergency    Service: BT Emergency Medicine

### Discharge at 7/2/2023 0439
Unit: Emergency Center BT    Room: BT OTF    Bed: OTF
Patient class: Emergency    Service: BT Emergency Medicine

### Discharge at 7/2/2023 0439
Unit: Emergency Center BT    Room: BT OTF    Bed: OTF
Patient class: Emergency    Service: BT Emergency Medicine

## ED Treatment Team

| Provider | Role | From | To |
|---|---|---|---|
| Padaki, Amit S, MD | Attending Provider | 07/01/23 2249 | -- |
| Cole, Taylor A, ResidentMD | Resident | 07/01/23 2247 | -- |
| Maki, Alyssa | Registered Nurse | 07/01/23 2255 | -- |

## Treatment Team

| Provider | Role | Contact |
|---|---|---|

## Additional Team Members

Thomas, Ramon Akeno Warren (MRN 079943533) Printed by Martinez, Arthur [185625] at 7/2/2023...    000693

Thomas, Ramon Akeno Warren (MRN 079945533) CONFIDENTIAL          Encounter Date: 07/01/2023

| Provider | Role | Contact |
|---|---|---|
| Maki, Alyssa | Registered Nurse | — |
| Cole, Taylor A, ResidentMD | Resident | 37202 |

## Complex Vitals (last 2 days) before discharge

| Date/Time | O2 Device | Who |
|---|---|---|
| 07/01/23 2240 | ET Tube | AM |
| 07/01/23 2241 | ET Tube | AM |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Expired | -- | -- |

## Airway (last 2 days) before discharge

| Date/Time | Assessments | Spine Precautions Maintained | Who |
|---|---|---|---|
| 07/01/23 2240 | Vomitus or Other Secretions | No | AM |

## Breathing (last 2 days) before discharge

None

## Circulation (last 2 days) before discharge

None

## Disability (last 2 days) before discharge

| Date/Time | Responsiveness | Level of Consciousness | Loss of Consciousness? | Eye Opening | Verbal Response | Motor Response | Total Score | Who |
|---|---|---|---|---|---|---|---|---|
| 07/01/23 2240 | Unresponsive | UTA | Unknown | 1 | 1 | 1 | 3 | AM |

## Head and Face (last 2 days) before discharge

None

## Neck (last 2 days) before discharge

None

## Chest (last 2 days) before discharge

None

## Abdomen (last 2 days) before discharge

None

## Pelvis (last 2 days) before discharge

None

## Extremities (last 2 days) before discharge

None

## Back (last 2 days) before discharge

None

RAMON AKENO WARREN THOMAS [SPN 028663401] PLAINTIFF Ex. 9 294

Thomas, Ramon Akeno Warren (MRN 079945533) Printed by Martinez, Arthur [185625] at 7/2/2023...          000094

Thomas, Ramon Akeno Warren (MRN 079945333)    CONFIDENTIAL    Encounter Date: 07/01/2023

## Note Information

Progress Notes                    All Except Progress Notes              All Notes

## Allergies (Fully Assessed on: 07/01/23)

| Agent | Severity | Comments |
|---|---|---|
| **Abilify [Aripiprazole]** | | |
| **Iodine** | | |
| **Olanzapine** | **Critical** | |
| **Risperidone** | | |
| **Risperidone** | **Critical** | |

## ↻ Medical History

### Past Medical History

| Diagnosis | Date | Comments |
|---|---|---|
| **Patient denies medical problems [Z78.9]** | | |
| **Anxiety [F41.9]** | | |
| **Depression [F32.A]** | | |
| **Substance abuse [F19.10]** | | |

## ✎ Surgical History

### Past Surgical History

| | Laterality | Date | Comments |
|---|---|---|---|
| **PATIENT DENIES HISTORY OF SURGICAL PROCEDURE [E100088]** | | | |

## ☥ Social History

### Tobacco History

Smoking Status
**Former**

Smokeless Tobacco Use
**Never**

Tobacco Comments
**UTA**

### Alcohol History

Alcohol Use Status
**Not Currently**

### Drug Use

| Drug Use Status | Types | Comment |
|---|---|---|
| **Yes** | **Cocaine "Crack", Hydrocodone, MDMA (Ecstacy), Marijuana, Other** | **Other: Kush;  daily abuse of substances with access** |

### Sexual Activity

Sexually Active
**Not Currently**

Comment
**UTA**

RAMON AKENO WARREN THOMAS, Exc 9.295
PLAINTIFF [SPN 028663401]

Thomas, Ramon Akeno Warren (MRN 079945533)    CONFIDENTIAL    Encounter Date: 07/01/2023

**Activities of Daily Living**
**Not Asked**

**Intake/Output**
None

**Intake/Output**
None

Thomas, Ramon Akeno Warren (MRN 079945533) Printed by Martinez, Arthur [185625] at 7/2/2023...

RAMON AKENO WARREN THOMAS **Ex. 9.296**
PLAINTIFF [SPN 028663401]    000036

CONFIDENTIAL



**ML23-2638**

THOMAS
BLACK    MALE
8/7/1992    30 YEARS

FUNERAL HOME / TRANSPORT SERVICE RECEIVING BODY

SIGNED OUT BY

DATE         ID TYPE / ID #

TIME    AM PM

CLOTHING RELEASED WITH BODY?    YES    NO

PERSONAL EFFECTS RELEASED WITH BODY?    YES    NO

AFIS# X 75230702652
DOCUMENT VERIFICATION _____ KM

**Harris County Institute of Forensic Sciences**

ML23-2638

RAMON
THOMAS
BLACK
8/7/1992
MALE
30 Y

BODY RELEASE CHECKLIST

Case Number: ML23-2638

Release Form Verification

Name of decedent:

Name of NOK:

Signature of NOK:

Signature of NOK:

FD/Transport personnel ID

ID Type:

ID #:

CoD entered in logbook: YES / NO

Is decedent on hold: YES / NO

Is decedent ID positive: YES / NO

Fingerprints taken: YES / NO

Decedent property: YES / NO

Transit Envelope & Authorization to
Claim Form given to FD by:

HCIFS staff initials: _____ JT

Date: 7-31-23

Time: 11:51a

TRANSPORTED TO HCIFS BY:

IFS / Agency: Carnes

DATE: 7/2/23    TIME: 4:24   AM/PM

Signature: James Dishoop

ANTEMORTEM SPECIMENS: YES / NO

MEDICAL RECORDS: YES / NO

Checked in by HCIFS Representative

X RAYS:
☐ NO
☒ YES

PERSONAL EFFECTS: YES / NO

CLOTHING: YES / NO

Height: 70
Weight: 196
Temp: 71

### HARRIS COUNTY
## INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

### Authorization of Next of Kin to Release Decedent/Personal Effects to Funeral Director

In accordance with state law, the Harris County Institute of Forensic Sciences (HCIFS) will perform an inquest or autopsy to determine the cause and manner of death of the decedent. If an autopsy is performed, certain organs and tissue are removed for necessary examination and testing. Upon completion of examination and testing, any organs and tissue kept by the HCIFS will be disposed of in accordance with health and safety guidelines.

Case number: ML 23 - 2638   Name of Decedent: Ramon Akeno Warren Thomas

### Priority Class of Next of Kin as defined by Texas Health & Safety Code §711.002

1. PERSON DESIGNATED IN A WRITTEN INSTRUMENT SIGNED BY THE DECEDENT;
2. DECEDENT'S SURVIVING SPOUSE;
3. ANY ONE OF THE DECEDENT'S SURVIVING ADULT CHILDREN;
4. EITHER OF THE DECEDENT'S SURVIVING PARENTS;
5. ANY ONE OF THE DECEDENT'S SURVIVING ADULT SIBLINGS; or
6. ANY ADULT PERSON IN THE NEXT DEGREE OF KINSHIP IN THE ORDER NAMED BY THE LAW TO INHERIT THE ESTATE OF THE DECEDENT

### Release of Decedent/Personal Effects and Next of Kin Acknowledgement

I, Dianne Bailey, bearing the relationship of Mother
(Next of Kin name)                                                    (relationship to the decedent named above)
attest that I am the legal next of kin, as defined above by Texas Health & Safety Code §711.002 and that there is no other person with a priority of right to control the disposition of the decedent's remains listed before me.

I hereby authorize the HCIFS to release the decedent named above and any personal effects in the possession of the HCIFS to ___Afcare FH___ Funeral Home / Transport Service or its agent upon presentation of this completed document and government-issued photo identification. The transport agent agrees to follow all requirements of Texas Occupations Code §651.401

THIS IS A GOVERNMENTAL RECORD AS DEFINED BY TEXAS PENAL CODE SECTION 37.10. BY SIGNING THIS DOCUMENT, I REPRESENT THAT I AM THE NEXT OF KIN AND THERE IS NO OTHER PERSON WITH A PRIORITY OF RIGHT TO CONTROL THE DISPOSITION OF THE REMAINS LISTED, BEFORE ME. I AGREE TO INDEMNIFY AND HOLD HARMLESS HARRIS COUNTY, ITS OFFICERS, AGENTS AND EMPLOYEES FROM ALL CLAIMS OF ANY CHARACTER, TYPE OR DESCRIPTION, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, AND/OR WILLFUL AND MALICIOUS CONDUCT AND RELEASE ANY PERSON WHO ACTS IN RELIANCE ON THIS DOCUMENT FROM ANY LIABILITY, AND ACKNOWLEDGE THAT I AM LIABLE FOR ALL DAMAGES THAT RESULT, DIRECTLY OR INDIRECTLY, FROM MY REPRESENTATIONS AND SIGNATURE. ANY DISPUTE AMONG THE DECEDENT'S NEXT OF KIN CONCERNING THE RIGHT TO CONTROL THE DISPOSITION OF DECEDENT'S REMAINS MUST BE RESOLVED AMONG THOSE PERSONS BY A COURT OF COMPETENT JURISDICTION. THIS INDEMNITY AND RELEASE IS BINDING ON ME, MY FAMILY, ESTATE, HEIRS AND ASSIGNS.

Next of Kin Signature: _____   Date: 7-8-23
Next of Kin Contact Number: 832-512-4203 # 1321
Next of Kin Address: 2600 West Hollow Dr Hou Tx 7702

**********

Witness Name: Juan Adeeya
Witness Signature: _____ #11686   Date: 7-8-23
Witness Contact Number: 832-909-9300
Witness Address: 5710 Faindale Ln Hou Tx 7208

Revised 01/2020

RAMON AKENO WARREN THOMAS
PLAINTIFF [SPN 028663401]

000038



**HARRIS COUNTY**
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## Funeral Director's
## Authorization to Claim Form

Date: _7/31/23_

HCIFS Medicolegal (ML) Case Number: _MC 23- 2638_

Name of Decedent: _RAMON Thomas_

I have visually inspected the body of the above-named decedent and have compared the name and HCIFS medicolegal (ML) case number of the decedent to all of the following:

1) Identification Tag
2) Autopsy Information and Release Form
3) Transit Envelope

Further, I have found all three documents to correspond to the body I am authorized to claim from the Harris County Institute of Forensic Sciences.

I have received the following items with this decedent: (check all that apply)

☑ Clothing          ☐ Property          ☐ Other_____

_Jose Artega_                              _Artega_
Signature of Representative                Name of Firm

_J Artega_                                 _111610_
Printed Name of Representative             ID Type & ID Number

**\*\*\*\*\*\*\*\*\*\***

Reviewed and Signed by: _____        _7 / 31 / 23_
(HCIFS Representative)                           Date

WHITE – Transit Envelope    YELLOW– Funeral Home            Revised 01/2020

RAMON AKENO WARREN THOMAS [Ex. 9 299]
PLAINTIFF [SPN 028663401]

000039

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
CONFIDENTIAL

## PROPERTY INVENTORY

**PROPERTY OF:** _Thomas, Ramon_  **DATE:** _7-2-23_  **ML#:** _23-2638_

| | |
|---|---|
| INVENTORIED BY HCIFS STAFF: _James Dekker_ | TITLE: _Driver_ |
| WITNESSED BY OFFICER: _A. ODGH_ (Law Enforcement) (Print Name) | AGENCY: _BTGH_  SIGNATURE: |
| WITNESSED BY STAFF: (Health Care Facility) (Print Name) | AGENCY:  SIGNATURE: |

**PROPERTY IS ITEMIZED AS FOLLOWS:**

☒ **NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | * _____ | Visa | _____ |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * _____ | Master Card | _____ |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * _____ | American Express | _____ |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * _____ | Discover | _____ |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * _____ | Dept Store | _____ |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * _____ | Gas Card | _____ |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * _____ | Gift Cards | _____ |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * _____ | | |

CURRENCY: ☒ $100  ☒ $50  ☒ $20  ☒ $10  ☒ $5  ☒ $2  ☒ $1  $ ☒ Total Coins

**TOTAL CURRENCY:** _____  ☐ FOREIGN CURRENCY

Other:_____

_____

_____

_____

_____

| *Released to Law Enforcement at Scene:* |
|---|
| ☐ ID/ Driver's License   ☐ Cell Phone(s) |
| ☐ Other:_____ |
| |
| *Signature of law enforcement receiving property*   *Agency* |

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by:_____  DATE:_____  TIME:_____

Property bag received by Control Desk Employee:_____  DATE:_____  TIME:_____

## PROPERTY RELEASE

Released by:

_____  _____  _____  DATE:_____
Printed Name   Signature   Title

Received by:

_____  _____  _____  DATE:_____
Printed Name   Signature   Relation/Funeral Home/Officer

White - Toxicology/Property   Yellow - Investigations   Green - Funeral Home   Pink - Law Enforcement/ Hospital

RAMON AKENO WARREN THOMAS [DCD]
PLAINTIFF [SPN 028663401]

EX. 9-300

000040

Revised 9/2019

# DTS Dispatch V3.25.1

CONFIDENTIAL

| Today's Date/Time: | 7/2/2023 12:40:29 PM | Case Number: | ML23-2638 |
|---|---|---|---|

**OCDI Research Required?**
**For "Yes" call (832) 677-6561**

☐ Yes
☐ No (FSRA)

**MORGUE PERSONNEL ONLY (these are not editable)**

DTS Unit: **CARNES**

| Type of Death | UNDETERMINED |
|---|---|
| Priority | High Priority |
| Select Priority Type: | Hospital |

Autopsy Assistant:

AA(2):

Date/Time Dispatched:

**DISPATCHED BY:** Michele Flores

Date/Time Enroute:

DATE/TIME MORGUE
CONTROL INFORMED:

Date/Time Arrived:

**SCENE:** ☐ Scene Made    **FI III Scene** ☐ Yes
☐ Scene Not Made    ☐ No

Date/Time Departed
Scene:

## PLACE OF DEATH

| Place of Death | Ben Taub General Hospital | Key Map#: | 533 E |
|---|---|---|---|
| | (Name of Apartment complex, Business, Hospital, etc.) | | |
| Street Address: | 1504 Taub Loop | | |
| City: | Houston | | |
| State: | TX | | |
| Zip Code: | 77030 | | |

## Type of Scene:
**(Select One)**

| Scene Type | Hospital |
|---|---|

## Records/Evidence:

| RX Medication | No | RX Qty: | | First Blood | No | Clothing | Yes | Medical Records | Yes | X-Ray (For HCIFS Only) | Yes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Record #: | 079943533 | | | | | | | | | | |

| Deceased Name: | RAMON THOMAS | Apx Weight | 200 | Apx. Height | Feet | inches |
|---|---|---|---|---|---|---|

| Race: | BLACK | Gender: | MALE | Age: | 30 | Age Units: | YEARS |
|---|---|---|---|---|---|---|---|

| Reporting Agency: | BEN TAUB GENERAL HOSPITAL ER | Agency Case #: | 2307-00344 HCSO |
|---|---|---|---|
| Officer At Scene: | RN ALYSSA MAKI | Contact Ph#: | 713-873-3770 |

HCIFS Investigator responding to scene:

Investigator  Ph#:

Special
Instructions/Notes:

Revised 10/22/2015

# DTS Dispatch v3.25.1

CONFIDENTIAL

Today's Date/Time: 7/2/2023 12:40:29 PM

**Case Number:** ML23-2638

**OCDI Research Required?**
**For "Yes" call (832) 677-6561**

☐ Yes
☐ No (FSRA)

**MORGUE PERSONNEL ONLY** (these are not editable)

DTS Unit:

Type of Death          UNDETERMINED

Autopsy Assistant:

Priority               High Priority

AA(2):

Select Priority Type:  Hospital

Date/Time Dispatched:

DISPATCHED BY:         Michele Flores

Date/Time Enroute:

DATE/TIME MORGUE
CONTROL INFORMED:

Date/Time Arrived:

SCENE: ☐ Scene Made    **FI III Scene**  ☐ Yes

Date/Time Departed
Scene:

☐ Scene Not Made                        ☐ No

## PLACE OF DEATH

Place of Death        Ben Taub General Hospital                    Key Map#:    533 E

                      (Name of Apartment complex, Business, Hospital, etc.)

Street Address:       1504 Taub Loop

City:                 Houston

State:                TX

Zip Code:             77030

## Type of Scene:
**(Select One)**

Scene Type            Hospital

## Records/Evidence:

| RX Medication | No | RX Qty: | | First Blood | No | Clothing | Yes | Medical Records | Yes | X-Ray (For HCIFS Only) | Yes |

Medical Record #:     079943533

Deceased Name:  RAMON THOMAS          Apx Weight   200      Apx. Height       Feet       inches

Race:  BLACK        Gender:   MALE          Age:  30    Age Units:  YEARS

Reporting Agency:   BEN TAUB GENERAL HOSPITAL ER          Agency Case #:   2307-00344 HCSO

Officer At Scene:   RN ALYSSA MAKI                        Contact Ph#:    713-873-3770

HCIFS Investigator responding to scene:

Investigator  Ph#:

Special
Instructions/Notes:

Revised 10/22/2015

RAMON AKENO WARREN THOMAS [Exc] 9 302
PLAINTIFF [SPN 028663401]

000042

CONFIDENTIAL



## HARRIS COUNTY
# INSTITUTE OF FORENSIC SCIENCES
#### SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

Reviewed: Gumpeni, Pramod (IFS)  *Digitally signed by Gumpeni, Pramod (IFS) Date: 2023.11.29 09:25:14 -06'00'*

☑ **RELEASE FROM PENDING**

☐ **AMENDMENT(S)**

**CASE NUMBER:** ML23-2638

**DECEDENT:** Ramon Akeno Warren Thomas

**DOD:** 7/1/2023

**EDR #:**

Part 1 Cause of Death:

Sudden death associated with cardiac hypertrophy

Part 2 Other Conditions:

Please Select your Selection

◉ Autopsy    ◯ Partial Autopsy    ◯ External

**Certified in TxEVER**

Initials

Date

Autopsy Findings Available Prior to Completion of Cause of Death

◉ Yes    or    ◯ No

Did Tobacco Use Contribute to Death

◯ Yes    ◯ No    ◯ Probably    ◯ Previously    ◉ Unknown

IF FEMALE:

◯ Not pregnant within past year
◯ Pregnant at time of death
◯ Not pregnant, but pregnant within 42 days of death
◯ Not pregnant, but pregnant 43 days to 1 year before death
◯ Unknown if pregnant within the past year

Manner of Death: Natural

Describe How Injury Occurred:

Garcia, Rafael (IFS)  *Digitally signed by Garcia, Rafael (IFS) Date: 2023.11.18 09:51:18 -06'00'*

Medical Examiner Signature                    Fellow Signature

RAMON AKENO WARREN THOMAS Exh 9 303
PLAINTIFF [SPN 028663401]

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

**PROPERTY OF:** _Thomas, Ramon_          **DATE:** _7-2-23_   **ML#:** _23-2638_

| | | | |
|---|---|---|---|
| INVENTORIED BY HCIFS STAFF: _James Dekker_ | | TITLE: _Driver_ |
| WITNESSED BY OFFICER: _A. ODGH_ <br> (Law Enforcement)   (Print Name) | AGENCY: _BIGH_ | SIGNATURE: |
| WITNESSED BY STAFF: <br> (Health Care Facility)   (Print Name) | AGENCY: | SIGNATURE: |

### PROPERTY IS ITEMIZED AS FOLLOWS:

**☒ NO PROPERTY TAKEN / NO CURRENCY TAKEN**

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa | |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card | |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express | |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover | |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store | |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gas Card | |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | Gift Cards | |

CURRENCY: ⊘ $100   ⊘ $50   ⊘ $20   ⊘ $10   ⊘ $5   ⊘ $2   ⊘ $1   $ ⊘ Total Coins

**TOTAL CURRENCY:** ⊘          ☐ FOREIGN CURRENCY

Other: _____

| |
|---|
| ***Released to Law Enforcement at Scene:*** |
| ☐ ID/ Driver's License    ☐ Cell Phone(s) |
| ☐ Other: |
| *Signature of law enforcement receiving property*     *Agency* |

### PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____   DATE: _____   TIME: _____

Property bag received by Control Desk Employee: _____   DATE: _____   TIME: _____

### PROPERTY RELEASE

Released by:

_____   _____   _____   DATE: _____
Printed Name                     Signature                     Title

Received by:

_____   _____   _____   DATE: _____
Printed Name                     Signature                     Relation/Funeral Home/Officer

White - Victim Services    Yellow - Administrative Control    Gold - Funeral Home    Pink - Law Enforcement/ Hospital

*Revised 9/2019*

RAMON AKENO WARREN THOMAS [EXP]
PLAINTIFF [SPN 028663401]

Exp. 304

000044

CONFIDENTIAL



## Harris County Institute of Forensic Sciences

| Case Number: M23-2638 | Decedent's Name: Ramon Akeno Warren Thomas | |
|---|---|---|
| Examiner: DGarcia | Date: 7/3/23 | Page: of |

**BodyCavities:**

Pericardial:

Right Pleural:

Left Pleural:

Peritoneal:

RCA    O

O    LCx

~10-20

LAD

**Organ Weights/Description:**

Brain: 1445    ØroH    Øskullfx.
Brain/dura saves for NP exam

Heart: 420    TV:10.0  PV:6.5  MV:10.2
AV:6.2  LV:1.4-1.5  S:1.3  RV:0.3-0.4
Lv dilat    1.4-1.5

Right Lung: 840    mlk congestion
Left Lung: 1010    s/ fluid
Liver: 1610.
Bile: 5 cc
Spleen: 165
Endocrine:
Pancreas: OK
Right Kidney: 170  } smooth
Left Kidney: 205
GI:
Gastric: ~200 ml partly brown-tan -white part digest
Appendix: +
Bladder:
Urine: 20 cc    UOS

**Notes:**

Neck: OK
Øinjs

Genitalia:

Uterus, ovaries, fallopian tubes:

Testes, +2
prostate: OK

ant
Ribs: 6x5  R3  L3,4
s/p CPR

Vertebrae:
OK

Pelvis:

Extremities:

| Section: Pathology | Authorized by: Deputy Chief Medical Examiner |
|---|---|
| Form Title: Autopsy Diagram - Organ Weight Sheet | Form No.: PAT-26 |
| Rev.: 1 | Rev. date: 1/23/23 |

RAMON AKENO WARREN THOMAS [DEC] **Exc 9 305**
PLAINTIFF [SPN 028663401]

000045



# REQUEST FOR TOXICOLOGY EXAMINATION
## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

### PATHOLOGIST INFORMATION

Case #: _M123-2638_

Staff Pathologist: _DiGiacia_

Fellow/Resident: _____

### DECEDENT INFORMATION

Age: _30_  Race: _B_  Sex: _M_  Length: _70"_  Weight: _196lb_

Comments/Postmortem Findings: _____
_found in bed — seizure like activity (jail cell)_

### CIRCUMSTANCES

Cause _Pending_  Manner _Pending_
Pending Tox? Y / N

_____Delayed death  _____Decomposed  _____Embalmed

### LABORATORY TEST REQUESTS

_____HOLD: No testing is necessary at this time

**SCREENS:**
_____Alcohol
_____ELISA (stimulants)
_____ELISA (full screen)
_____Chemistries
✓ Carboxyhemoglobin   Expedite
_____Acetaminophen
_____Acidic screen
_____Basic screen
_____GHB screen

**OUTSOURCED TESTS:**
_____Metabolic screen
_____Hb electrophoresis
_____T3, T4, TSH, FT4
_____HIV
_____Hepatitis A, B, C
_____Insulin and C-peptide
_____Hb a1c
✓ Synthetic cannabinoids
_____Cyanide
_____Salicylates
_____Ethylene glycol
_____Other: _____

**PANELS:**
_____Homicide panel        _____DFSA panel
_____Driver panel          _____Infant panel
_____WAW panel             ✓ In custody panel

_____Drug quantitation in Stomach Contents is necessary

### SAMPLES SUBMITTED

**BLOOD TUBES:**
_____Autopsy/External
_____Procurement agency
_____Hospital
*Source*
✓ Femoral
✓ Heart
_____Aorta
_____Iliac
_____Subclavian
_____Clot
_____Other: _____
_____Other: _____

**SOLID TISSUE:**
✓ Liver
_____Brain
_____Spleen
_____Muscle
_____Other: _____

**HEADSPACE VIALS:**
_____Room air vial
_____Blood
_____Lung
_____Adipose
_____Brain
_____Other: _____

**OTHER FLUIDS:**
✓ Vitreous Humor
✓ Urine
✓ Bile
✓ Stomach Contents
_____Other: _____

**OTHER:**
_____
_____
_____
_____

**OTHER SPECIFIED DRUGS OR TESTS:**
_Hx of Kush use_
_____
_____
_____

### CHAIN OF CUSTODY

Relinquished by: _Rafael Leavric, MD_      _Rafael San_      _7/3/23_
                  Printed name                Signature        Date

Sealed bag received by: _____  _____  _____
                         Printed name        Signature        Date

RAMON AKENO WARREN THOMAS Exc 9 306
[AR01[2022 [SPN 028663401]

CONFIDENTIAL

**Luis A. Sanchez, M.D.**
Chief Medical Examiner





R6

(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867

## Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, Texas 77054-2098

☑ Primary COD/MOD

☐ Release from Pending

☐ Amendment (s)

Case Number    ML23-2638

Decedent   RAMON          AKENO   THOMAS

DOD           7/1/2023  10:44:00PM

EDR# _____

#35.  Part 1 Cause of Death   _Pending_____

_____

#36.  Part 2 Other Conditions   _Pending_____

_____

**Autopsy** **Partial Autopsy** or **External Examination**     (Please circle one)

Did Tobacco Use Contribute to Death
        Yes   No   Probably   Previously   (Unknown)     (Please circle one)

Was Decedent Pregnant                              (Please circle one)
        Not Pregnant within Past Year.

N/A    Pregnant At Time of Death
        Not Pregnant, But Pregnant Within 42 Days of Death
        Not Pregnant, But Pregnant 43 days to 1 Year Before Death     Certified in TER _____
        Unknown if pregnant within the past year   _Pending_              Initial/Date

Manner of Death _____

Describe How Injury Occurred _____

**Identification**
   NO   Positively identified via fingerprints   V. Zarate @ 12:48pm 7/3/23 JA

☐   Accept presumptive or tentative identification as positive
☑   Pursue supplemental identification

|||  Body Ready For Release   _7/3/23_       _Rafael Sour_         _7/3/07_
_____
Medical Examiner  or  Anthropologist     Date        Medical Examiner          Date
**Body Hold for** ☐ **Pathology** ☐ **Anthropology**

_____
Medical Examiner                         Date

File:    \\hcmeosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  7/2/2023       8:30:02AM

CauseOfDeathSelectedCase v2021-12-09

# Verification Check List

Case No. _____



| Item | Description | RPD | Item | Description | RPD |
|---|---|---|---|---|---|
| | **POSTMORTEM REPORT** | | | **TOXICOLOGY REPORT** | |
| | **ALL FACTUAL INFORMATION SHOULD BE COMPARED WITH INFORMATION LISTED IN JUSTICE TRAX (JT)** | | | | |
| 1 | All case numbers should be referenced - Check to ensure case number is consistent on all pages. | | 1 | Check to ensure a toxicology report is attached | |
| 2 | Date Check - Compare coversheet date with date of autopsy or external examination from page 2. Check for date of death on cover page to insure timeframe is correct. | | 2 | Check to make sure case number and name match file autopsy/external examination. | |
| 3 | Name of decedent - Should be present and consistent on cover page and every page following, including headers. | | 3 | Check for the Records Stamp in the lower right-hand corner. | |
| 4 | COD/MOD - Verify against JT. Check for compatibility of cause and manner of death. For ex: COD: hypertensive cardiovascular MANNER: Homicide. *(This should raise a flag) | | 4 | Verify Toxicologist's signature and verify Pathologist's initials. | |
| 5 | Signatures - Fellows - A report prepared by a fellow requires two signatures, his/her own and supervising forensic pathologist. For homicide or undetermined MOD, a third signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. Forensic Pathologist: A report prepared by the pathologist requires one signature-his/her own. For homicide or undetermined MOD, a second signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. | | 5 | Check page numbering at the bottom right-hand corner to ensure that all pages are included. | |
| 6 | Accuracy (if report is verfied after it is signed) - Verify date signed by doctor, pay special attention to the year. | | | | |
| 7 | Date of Death - On Page 2, Under History: Compare the DOD with the date of the autopsy/external examination also on page 2, for any discrepancies. | | | | |
| 8 | Body Diagrams - If body diagrams are included, indicate the number of pages. If there are no diagrams enter 0. **DO NOT LEAVE BLANK** | | | | |
| 9 | One Last Look - Take one last look at the entire report to erase anything obvious or words, unjustified paragraphs, etc. | | | | |
| 10 | Verify Contents of Case Jacket - Go through entire contents of case jacket to verify that all contents belong with the case. | | | | |
| | **ACTION:** Any inconsistencies require you to contact the Transcription Leader or the Records Coordinator. | Date: | | | Date: |

(Revised 03-25-2013)

000048

ML22-4153 AUTOPSY REPORT
ML22-4153 INVESTIGATOR REPORT
ML22-4153 MED RECS
ML22-4153 HCIFS MISC

HARRIS COUNTY
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML22-4153

October 2, 2022

## ON THE BODY OF

Bryan Johnson

CAUSE OF DEATH:   Immunoglobulin G4 aortitis/arteritis

MANNER OF DEATH:   Natural

DATE OF DEATH:   October 1, 2022

12/22/22

Marianne E. Beynon, M.D.          MMDDYY
Assistant Medical Examiner

BRYAN JOHNSON [DIC]          Ex. 9 310
PLAINTIFF [SPN 02315844]                              000002

CONFIDENTIAL

Bryan Johnson
ML22-4153
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Bryan Johnson

HISTORY:  By report, the decedent, a 34-year-old Black male, was an inmate at the Harris County Jail who complained of difficulty breathing prior to becoming unresponsive.   He was transported to Ben Taub General Hospital, arriving at 12:13 p.m. on October 1, 2022, and was pronounced dead at 2:12 p.m. on the same day.   The decedent was identified by fingerprint comparison.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Marianne E. Beynon, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 10:50 a.m. on October 2, 2022.

EXTERNAL APPEARANCE:

CLOTHING:   When first viewed, the decedent is unclad.

The body is lying in a white body transport bag.   Harris County morgue identification bands encircle the left wrist and ankle.   A Harris County morgue tracking device encircles the left ankle.

Accompanying the decedent in the body transport bag is a plastic bag containing multiple tubes of hospital blood (one purple top and one yellow top).

The body is that of a normally-developed Black male who weighs 217 pounds, is 72 inches in length (body mass index of 29.4 kilograms per square meter), and appears compatible with the reported age of 34 years.   The body is cool, subsequent to refrigeration.   Rigor mortis is well developed and symmetrical.   Unfixed faint red-brown lividity extends over the posterior surfaces of the body except in areas exposed to pressure.

The scalp hair is black, curly, and measures up to 3/8 inch.   The facial hair consists of a black, curly mustache and beard.   The irides are brown.   The corneas are clear.   The sclerae are off-white to pink and congested.   The conjunctivae and oral mucosa have no petechial hemorrhages.   Scant translucent yellow mucoid material exudes from the

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000003

Bryan Johnson
ML22-4153
-3-

nares.  The external auditory canals and oral cavity are free of foreign material and abnormal secretions.  The nasal septum is palpably intact.  The lips are unremarkable. The teeth are natural and in fair condition.

The neck is symmetrical and without evidence of injury.  The chest is symmetrical.  The abdomen is protuberant.  The surface of the back is free of lesions.  The external genitalia are those of a normal adult male.  The upper and lower extremities are well developed and symmetrical.  The scrotum is slightly enlarged, more prominent on the right side.  The right lower extremity is slightly inverted at the knee.

IDENTIFYING MARKS AND SCARS:   A 1-1/2 inch oblique, linear scar is adjacent to the left knee.

EVIDENCE OF MEDICAL INTERVENTION:   An endotracheal tube is in the mouth and is fastened with a strap encircling the head.  Concentric, circular, red-brown abraded contusions are on the medial chest and upper abdomen.  A central line catheter is in the left femoral region.  A Foley catheter is in the urethra.  A blood pressure cuff encircles the left arm.  Intravenous catheters are in the left antecubital fossa, anterior right wrist, and bilateral dorsal hands.  A puncture mark covered with gauze is in the right antecubital fossa.  Internally, the bilateral anterior ribs two through seven are fractured.  The sternum is fractured at the level of the third ribs.  The anterior mediastinal soft tissue has focal hemorrhage.

EVIDENCE OF INJURY:   None.

INTERNAL EXAMINATION:

BODY CAVITIES:   The pleural cavities and pericardial sac contain abundant serous fluid. The bilateral pleural cavities are involved by marked fibrous adhesions.   There is a right inguinal hernia containing a portion of the cecum which is involved by dense fibrous adhesions.  The herniated intestine has no gross evidence of ischemia or obstruction. Otherwise, all internal organs are in their normal anatomic positions.  The serous surfaces, where not involved by fibrous adhesions, are smooth and glistening.

HEAD:  The scalp has no hemorrhage.  The calvaria is unremarkable.  The dura mater and falx cerebri are intact.   There is no epidural, subdural, or subarachnoid

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]
000004

Bryan Johnson
ML22-4153

-4-

hemorrhage. The brain weighs 1380 grams and has a normal shape. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical. The structures at the base of the brain, including the cranial nerves and blood vessels, are intact. The cerebral cortical ribbon is well demarcated from the white matter. The deep nuclei and ventricles, cerebellum, brainstem, and proximal cervical spinal cord have the standard configuration with no lesions. The remaining spinal cord is not examined.

NECK: The anterior muscles of the neck have no hemorrhage. The tongue mucosa is intact with no hemorrhage in the musculature. The hyoid bone and thyroid and cricoid cartilages are intact. The laryngeal mucosa is tan and glistening with no edema. The epiglottis is thin with no edema. The atlanto-occipital articulation is stable. No cervical fractures are palpated.

CARDIOVASCULAR SYSTEM: The heart weighs 810 grams and has a smooth, glistening epicardial surface with a moderate amount of epicardial fat. The coronary artery system has patent ostia and a right-dominant distribution. The coronary arteries have thickened, white, firm walls with resulting diffuse greater than 99 percent stenosis of all major coronary arteries. The myocardium is tan-pink and firm with no discrete lesions. The atrial and ventricular septa are intact. The chambers of the heart are dilated. The wall thickness of the left ventricle is 1.5 centimeters, the right ventricle 0.7 centimeter, and the interventricular septum 1.7 centimeters. The endocardial surfaces are smooth and without hemorrhage. The four cardiac valves are thin, freely mobile, and measure as follows: tricuspid valve 13 centimeters, pulmonic valve 8 centimeters, mitral valve 11.8 centimeters, and aortic valve 8 centimeters. The aorta and its major branches arise normally and follow their usual distribution, with no significant atherosclerosis. The aortic intimal surface has diffuse cobblestone patterning. The exterior surface of the aortic root and aortic arch are thickened, white-gray, and firm, with similar appearance to the coronary arteries. The venae cavae and their major tributaries return to the heart in their usual distribution and are free of thrombi.

RESPIRATORY SYSTEM: The 1440 gram right lung and 1090 gram left lung have normal lobation. The pleural surfaces are smooth and glistening with marked anthracotic pigment deposition and dense fibrous adhesions. The parenchyma is markedly edematous, congested, and consolidated, with no discrete masses or hemorrhage. The

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000005

Bryan Johnson
ML22-4153

-5-

bronchi are unremarkable.   The pulmonary arterial vasculature has no thromboemboli or significant atherosclerosis.

HEPATOBILIARY SYSTEM:   The 2120 gram liver has a smooth, glistening, intact capsule covering congested, red-brown, soft parenchyma with no focal lesions and no visible or palpable fibrosis.   The gallbladder contains 10 milliliters of green-brown, mucoid bile without stones.   The mucosa is velvety and unremarkable.   The extrahepatic biliary tree has no evidence of calculi.

GASTROINTESTINAL SYSTEM:   The esophagus is lined by gray-white, smooth mucosa. The gastric mucosa exhibits the usual rugal folds and the lumen contains 100 milliliters of tan-white, pasty, partially digested food, with no alcoholic odor, granular material, intact pills, or pill fragments.   The small intestine is unremarkable.   The portion of the cecum located within the right inguinal hernia is pink and mildly congested.   The remainder of the colon is unremarkable.   The appendix is not identified.   The pancreas has a pink-tan, lobulated appearance and the ducts are clear.

GENITOURINARY SYSTEM:   The right and left kidneys weigh 220 and 270 grams, respectively.   The renal capsules are smooth, thin, and semitransparent.   The underlying cortical surfaces are finely granular and red-brown.   The cortices are sharply delineated from the red-purple medullary pyramids.   The calyces, pelves, and ureters are unremarkable.   The urinary bladder contains no urine.   The mucosa is pink-white and unremarkable.   The testes, prostate gland, and seminal vesicles are unremarkable.

RETICULOENDOTHELIAL SYSTEM:   The 380 gram spleen has a smooth, intact capsule covering dark red-purple, soft parenchyma.   The white pulp is unremarkable.   The pulmonary hilar and thoracic periaortic lymph nodes are enlarged.

ENDOCRINE SYSTEM:   The thyroid gland has a normal shape and size with uniform red-brown, rubbery parenchyma.   The parathyroid glands are inconspicuous.   The adrenal cortices are golden-yellow and uniformly thin, while the medullae are thin and gray. The pituitary gland is unremarkable.

MUSCULOSKELETAL SYSTEM:   See EVIDENCE OF MEDICAL INTERVENTION.   The vertebrae, clavicles, and pelvis are without fracture or developmental anomaly.   The musculature is normally distributed and unremarkable.   The diaphragm is intact.

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000006

Bryan Johnson
ML22-4153
-6-

TOXICOLOGY:   A urine drug screen performed on the pericardial fluid is negative for all tested analytes.   Blood, vitreous fluid, bile, and stomach contents are submitted.

MICROBIOLOGY:   A nasopharyngeal swab rapid screen is equivocal for the presence of COVID-19.   A nasopharyngeal swab is submitted to the Houston Department of Health and Human Services for COVID-19 testing; see separate report.

HISTOLOGY:   The following sections are submitted:   Cassette A-B - Heart; Cassette C - Left lung; Cassette D - Right lung; Cassette E - Liver, kidneys, and pulmonary hilar lymph node; Cassette F - Brain; Cassette G - Aorta and coronary artery sections.

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000007

Bryan Johnson
ML22-4153
-7-

PATHOLOGICAL FINDINGS

I. Immunoglobulin G4 aortitis/arteritis
   A. See cardiovascular gross and microscopic descriptions
   B. Cardiomegaly (heart, 810 grams) with biventricular hypertrophy and dilation
   C. Marked pulmonary edema and congestion (combined lungs, 2530 grams)
   D. Pulmonary hilar and thoracic periaortic lymphadenopathy
   E. Pleural and pericardial serous effusions
   F. Clinical history of progressive shortness of breath, per report
II. Additional pathologic findings:
   A. Clinical history of asthma; prescribed albuterol inhaler, per report
   B. Right inguinal hernia containing portion of cecum, with no evidence of obstruction or ischemia
   C. Severe bilateral pleural adhesions
   D. Possible physical altercation in jail on August 5, 2022, with complaints of pain in wrists, right cheek, and right leg, per report
      1. No acute fractures noted on X-rays, per report
   E. Clinical history of left arm fracture in 2011 and chronic left hand and right knee pain, per report
   F. SARS-CoV-2 RNA detected (real-time RT-PCR, Houston Department of Health and Human Services)
      1. No histologic features of COVID-19 infection; see Microscopic Description
   G. Negative postmortem toxicology testing; see TOXICOLOGY REPORT
   H. Normal hemoglobin electrophoresis; see separate report

*COMMENT:  This case was presented and reviewed at the weekly Harris County Institute of Forensic Sciences quality assurance and peer review conference on November 16, 2022.*

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000008 MCA 12/22/22

Bryan Johnson
ML22-4153
-8-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Marianne E. Beynon, M.D.                                            ML22-4153
Assistant Medical Examiner

MICROSCOPIC EXAMINATION

7 H&E–stained slides are reviewed.   In addition, special stains (Trichrome and elastin) and immunohistochemical stains (CD138, IgG, IgG4, and spirochete red), with appropriate controls, were performed by the Department of Pathology and Laboratory Medicine at UT McGovern Medical School at Houston.

HEART – Marked myocyte hypertrophy; mural arteriosclerosis with patchy perivascular chronic inflammation; patchy pericardial chronic inflammation and fibrosis

AORTA AND CORONARY ARTERIES – Lymphoplasmacytic aortitis/arteritis with inflammatory infiltrates predominantly located in the media and adventitia of the vessels; immunohistochemical staining for CD138 highlights plasma cell population; IgG4 shows greater than 100 IgG4 positive plasma cells per high power field HPF; IgG/IgG4 plasma cell ratio is greater than 80 percent; morphologic and immunohistochemical features are consistent with diagnosis of IgG4 aortitis/arteritis

Obliterative phlebitis of small vessels in the adventitia; marked intimal fibrotic thickening, as well as dense fibrosis of the media and dense, notably storiform fibrosis of the adventitia (highlighted by Trichrome stain); significant loss and fragmentation of the medial elastic fibers in association with inflammatory aggregates, and marked destruction of the internal elastic lamina of the coronary arteries (highlighted by elastin stain); no granulomatous reaction or giant cells; no treponemal organisms identified by Spirochete red immunohistochemical stain

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 317

000009 MEB 12/22/22

Bryan Johnson
ML22-4153

-9-

LUNGS – Mild subpleural anthracotic pigment deposition; intra-alveolar pigment-laden macrophages; arteriosclerosis; patchy intra-alveolar hemorrhage, status-post cardiopulmonary resuscitation

LIVER – Sinusoidal congestion; glycogenated hepatocyte nuclei

KIDNEYS – Rare sclerotic glomeruli; mild arterio- and arteriolosclerosis; patchy interstitial inflammation consisting predominantly of lymphocytes with rare eosinophils

LYMPH NODE – Follicular hyperplasia; numerous plasma cells

BRAIN – No significant pathologic change

*COMMENT:  The gross images and histologic sections of the heart, coronary arteries, and aorta were reviewed in consultation with cardiovascular pathologist L. Maximilian Buja, M.D. on November 11, 2022.  The evaluation by the above consultant is incorporated into the autopsy report.*

------------------------------------------    12/22/22
   Marianne E. Beynon, M.D.                    MMDDYY
   Assistant Medical Examiner

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000010

CONFIDENTIAL

## Harris County Institute of Forensic Sciences



| Case Number: ML22-4153 | | Page: 1 of 1 |
|---|---|---|
| Decedent's Name: BRYAN JOHNSON | Length: 72 | Weight: 217 |
| Examiner: BEYNON | Date: 10/2/22 | Time: 10:50 A |

BAG W/ 1 PU TOP + 1 YEL TOP BLD                                   UNCLAD



FR BR UNF

MUC SLT YEL
MAT FR NARES

ET W/ STR

R BR ABS/
CH + UP
ABD

BP CUFF

PUNCT
W/ GAUZE

IV

PROT

IV

CLINE

FOLEY W/
EMPTY
RES

SCROTAL ED

IV

IV

SLT INVERTED
R LEG @
KNEE

1½ SC

FAIR NAT

BLK CURLY
3/8"

BLK CURLY
M + B

BRN
CLE
OFF WHT - PI
CONG
∅

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 319

000011

CONFIDENTIAL

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005    FAX: 832-927-2876

## TOXICOLOGY REPORT

### October 26, 2022

**LABORATORY NUMBER: ML22-4153**

**SERVICE REQUEST: 0001**



---

**Deceased: BRYAN  JOHNSON**

---

**Submitted By:**                    **Submission Date:** October 02, 2022

Marianne Beynon, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

---

## RESULTS:

### 001-A - Blood (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | C. Mendralla |
| Acetone | None Detected | Headspace GC/FID | C. Mendralla |
| Isopropanol | None Detected | Headspace GC/FID | C. Mendralla |
| Methanol | None Detected | Headspace GC/FID | C. Mendralla |

### 001-B - Serum (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |

### 001-F - Vitreous Humor

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Sodium | 144.6 ± 8.7 mEq/L | Ion Selective Electrode | A. Griffin |
| Potassium | 9.9 ± 0.4 mEq/L | Ion Selective Electrode | A. Griffin |
| Chloride | 128.3 ± 5.2 mEq/L | Ion Selective Electrode | A. Griffin |
| Glucose | 17 ± 2 mg/dL | Amperometry | A. Griffin |

Medical Examiner's Initials and Date ___ MEB 10/30/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

TB

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

**Ex. 9 320**

*HCIFSToxAll PCReq v2022-08-24*

000012

CONFIDENTIAL

**LABORATORY NUMBER: ML22-4153**                    **DATE: October 26, 2022**
**SERVICE REQUEST: 0001**

| 001-F - Vitreous Humor | | | |
|---|---|---|---|
| **Analyte** | **Result** | **Analytical Method** | **Analyst** |
| Urea Nitrogen | 15 ± 5 mg/dL | Ion Selective Electrode | A. Griffin |
| Ketones | None Detected | Color Test | A. Griffin |

Uncertainty of Measurement: The uncertainty value for ethanol represents an expanded uncertainty expressed at the 99.73% level of confidence. The uncertainty values for all other analytes represent an expanded uncertainty expressed at the 95.45% level of confidence.

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCES

OCT 2 7 REC'D

RECEIVED
RECORDS CUSTODIAN _____

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1
October 24, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
October 26, 2022

Medical Examiner's Initials and Date _____ MEB 10|30|22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.
We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Page 2 of 2

*HCIFSToxAll PCReq v2022-08-24*

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 321

000013

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
## INVESTIGATOR DEATH REPORT

**CONFIDENTIAL**

**ML22-4153** MEDICAL LEGAL **DECEDENT: BRYAN JOHNSON**

Page 1 of 4

| DECEDENT INFORMATION | | | |
|---|---|---|---|
| **DECEDENT FIRST: BRYAN** | **MIDDLE:** | **LAST: JOHNSON** | **TITLE:** |
| **RACE:** BLACK | **SEX:** MALE | **DOB:** August 19, 1988 | **AGE:** 34 YEARS |
| **DRIVERS LICENSE:** | **MARITAL STATUS:** SINGLE | **HOME PHONE:** | |
| **RESIDENT ADDRESS:** UNKNOWN | | **CITY:** HOUSTON | **STATE:** TX **ZIP:** |
| **IDENTIFICATION:** PRESUMPTIVE | | **HEIGHT:** 0.0 in. | **WEIGHT:** 0.00 Lbs. |
| **REASON FOR INITIAL ID STATUS:** Viewed at jail and at hospital by jail staff | | | |

### DEATH INVESTIGATION

**INVESTIGATOR:** JERIN MCKIVER, FORENSIC INVESTIGATOR
**DATE TIME M.E. NOTIFIED:** 10/1/2022
**INVESTIGATION TYPE: PHONE INTERVIEW**          **COMPANION CASE:**
**REPORTEE:** REBECCA ARISMENDI, RN
**REPORTING AGENCY:** BEN TAUB GENERAL HOSPITAL
**POLICE REPORT #** HPD: 1325679-22 / HCSO: 2210-00174          **LEAD TIME REQUESTED:** CALL POST EXAM
**MANNER APPEARS TO BE: UNDETERMINED**          **TRAUMA: NO TRAUMA**
**CASE SUMMARY:**   During Police Intervention: 34 y/o b/m who was an inmate at the Harris County Jail and had complaints of difficulty breathing prior to going unresponsive while being escorted to the jail clinic; transported to the hospital where he was pronounced 1 hour and 59 minutes after arrival with no diagnoses made

**DATE & TIME OF DEATH:** 10/1/22  2:12 pm          **TYPE OF SCENE:** HOSPITAL - ER
**PLACE OF DEATH:** BEN TAUB GENERAL HOSPITAL HOUSTON HARRIS   TX
**LOCATION AND POSITION OF BODY:**
**PLACE OF INJURY:**
**PLACE OF INJURY - TYPE OF SCENE:**
**TYPE OF VEHICLE INVOLVED:**
**DECEDENT'S POSITION IN VEHICLE:**
**FOUND DEATH BY:**
**LAST KNOWN ALIVE DATE & TIME:**
**NOTES REGARDING WHILE AT WORK DEATH:**

**RELATIONSHIP TO DECEDENT:**
**LAST SEEN ALIVE BY:**

*[Red stamp:]* NAME: Det. O. Flores   PHONE: 832 610 7927   LEAD TIME: Call Post Exam   OFFICER TO BE PRESENT

### HOSPITAL INFORMATION

**Name of Terminal Hospital:** BEN TAUB GENERAL HOSPITAL          **Date/Time of Death:** 10/1/2022  2:12:00PM

**Medical Rcord #:** 073420946          **First Blood or Cord/Placenta:** SPECIMEN SAMPLES REQUESTED

**Transported From:** COUNTY JAIL          **Method:** HFD ENGINE 9

**CPR In Progress:** YES          **Admitting DX:** NONE

**Pronounced Dead By:** DR. REGINALD SEVERE          **Date/Time of Death of Initial Hospitalization:**
**Name of Initial Hospital:** Ben Taub General Hospital          10/1/22  12:13

### MEDICAL AND SOCIAL HISTORY

**TOBACCO:** YES          **ALCOHOL:** NO          **DRUGS:** History of illicit drug use
**COVID-19 VACCINE STATUS:**          **VACCINE TYPE:**

**LAST VACCINE DATE:**

**NOTE REGARDING MEDICAL HISTORY:** possible asthma, left radius shaft fracture (12/2011), and chronic left knee pain

MIAZZ-4153 MEDICAL LEGAL DECEDENT: BRYAN JOHNSON Page 2 of 4

CONFIDENTIAL

## NEXT OF KIN (NOK)

**NAME OF NOK - FIRST:** AMANDA / JIMMY    **MIDDLE:**    **LAST:** HARRIS / JOHNSON JR

**RELATIONSHIP TO DECEDENT:** PARENTS

**NOK ADDRESS:** 17103 IMPERIAL VALLEY DRIVE APT. 249    **NOK HOME PHONE:** 281-961-4132

**CITY:** HOUSTON    **STATE:** TX    **ZIP:** 77060

**HOW NOTIFIED:** Phone    **NOTIFIED BY:** CHAPLAIN YOUNG

## MEDICATION

| Drug | Date Filled | No Left | Qty | Dosage | Physician |
|------|-------------|---------|-----|--------|-----------|
|      |             |         |     |        |           |

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

HCIFS Investigators Report

Date Printed: 10/1/2022
IR 8 with POI Supplement v12212020

| INVESTIGATIVE INFORMATION |
| --- |

### Case Synopsis

During Police Intervention: 34 y/o b/m who was an inmate at the Harris County Jail and had complaints of difficulty breathing prior to going unresponsive while being escorted to the jail clinic; transported to the hospital where he was pronounced 1 hour and 59 minutes after arrival with no diagnoses made

### Decedent Physical Exam

Hospital Death

### Scene Observation

Hospital Death

HFD Engine 9 was dispatched to the Harris County Jail, 701 N. San Jacinto Street, Houston, TX 77002, at 11:28am on 10/01/2022

### Narrative

According to Rebecca Arismendi (ER Nurse) with Ben Taub General Hospital, HCHD records, Sgt. M. Dupont with HCSO, and Detective V. Praxedes with Houston Police Department SIU, the decedent was a 34 y/o b/m with past medical history of asthma, left radius shaft fracture (12/2011), and chronic left knee pain. However, his mother denied any history of asthma and stated that the decedent had not dealt with breathing issues until after an incident at the jail on 08/05/2022. He had no familial history, and there was no history of deaths in his family occurring at a younger age. He had a history of tobacco and marijuana (unknown if synthetic) use. His mother denied any history of alcohol use. On 07/10/2022, he was booked into the Harris County Jail at 1200 Baker Street for possession of weapons and evading arrest. Sgt. Dupont was unsure if the decedent had recent altercations while in the jail; however, HCHD records showed a jail clinic note from 08/05/2022 that stated "reported altercation with injury to both wrist, right cheek, and right leg", but it did not specify an approximate time when the altercation occurred that date or what the circumstances surrounding the incident were. His mother reported to this FIS that during the incident on 08/05/2022, the decedent was involved in a physical altercation with ~3 jail guards inside his cell. HCHD records showed that he received multiple x-rays which were unremarkable. However, his mother reported that following the incident, the decedent began having complaints of difficulty breathing. The following day, 08/06/2022, he was transferred to the Harris County Jail location at 701 N. San Jacinto Street. While there he was in general population with ~24 inmates.

Continued on Supplement 1

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9.324

HCIFS Investigators Report

Date Printed: 10/1/2022
IR 8 with supplement v12212020

CONFIDENTIAL

| SUPPLEMENTAL INFORMATION |
| --- |

### Supplemental Report 1

Report taken by JERIN MCKIVER, FORENSIC INVESTIGATOR SUPER. on
Continued from Narrative

HCHD records also showed he presented to the jail clinic on 08/16/2022 with complaints of right knee pain and left hand pain; however, there was no mention in his records on if he had been in another altercation or not. His mother last spoke with him over the phone ~2 days ago and he had complaints of worsening breathing. On the morning of 10/01/2022, the decedent was on the phone in his cell block when he had complaints of difficulty breathing. He used his inhaler which did not help his complaints, and as he was becoming less responsive, other inmates notified staff there who contacted jail medics. As the medics were escorting the decedent to the clinic, the decedent went unresponsive while in the elevator. He arrived to the clinic where CPR was initiated. HFD Engine 9 was dispatched at 11:28am and the decedent was intubated on scene. HFD transported him with CPR in progress to BTGH and he arrived to the ER at 12:13pm with an admitting temperature of 96.3 F. No UDS, BAC, COVID-19, or radiology was completed. He had a pH of 6.78, glucose of 259, and lactic acid of 10.2. Specimen samples have been requested. While in the ER he continued to lose and gain pulses but remained unresponsive until he was pronounced at 2:12pm by Dr. Reginald Severe. There were no signs of trauma noted and no diagnoses made.

HPD SIU is the primary agency investigating the decedent's death, and their case number is 1325679-22. The HCSO case number is 2210-00174, and the jail report number is 22-1001-426. Detective O. Flores with HPD SIU would like to receive a phone call after the exam.

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

HCIFS Investigators Report       Ex. 9-325

Date Printed: 10/1/2022
IR 8 with RXS Supplement v12212020
000017

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                   Encounter Date: 10/01/2022

## BEN TAUB GENERAL HOSPITAL

| | |
|---|---|
| Patient Name: | JOHNSON, BRYAN MARQUIS |
| Hospital Account: | 9650621024O9 |
| CSN | 186012762 |
| MRN | 073420946 |
| Admit Date: | 10/1/2022 |
| Expected Date: | |
| Date Printed: | October 1, 2022 |

### ENCOUNTER

| Dept | | Appt Date | 10/1/2022 |
|---|---|---|---|

### PATIENT INFORMATION

| | | | |
|---|---|---|---|
| Address | 1200 Baker Street<br>Houston TX 77002 | Sex | Male |
| | | DOB | 8/19/1988 (34 yrs) |
| County | HARRIS COUNTY [62] | Patients Ph: | H: 832-704-1532<br>W: 832-704-1532 |
| Language | English [1] | Religious Pref: | Christian |
| Marital Status | Single [1] | PCP | |
| Race | Black/African American [* | Ethnicity | Not Hispanic, Latino/a o* |
| Emergency Contact | LOWE, SYDNEY Sister | Emergency Ph: | H: (832)475-5929<br>W: |

### GUARANTOR

| Guarantor | JOHNSON,BRYAN MARQUIS | DOB | 8/19/1988 |
|---|---|---|---|
| Address | 906 GREENS ROAD APT 88<br>HOUSTON, TX 77060 | Rel | Self |
| | | Phone | H: 832-704-1532<br>W: 832-704-1532 |

### COVERAGE

| Primary Payor | HARRIS COUNTY PRISO* | Primary Plan: | HARRIS COUNTY PRISONER |
|---|---|---|---|
| Group Number | | Subscriber | JOHNSON,BRYAN MARQU* |
| Pt Rel to Subs | Self | Subs DOB | 08/19/1988 |
| Status | | Subs ID | 073420946 |
| | | | |
| Secondary Payor | | Secondary Plan: | |
| Group Number | | Subscriber | |
| Pt Rel to Subs | | SubsDOB | |
| Status | | Subs ID | |

### CSN



### Patient Information

| Patient Name | Acct | MRN | Legal Sex | DOB Age |
|---|---|---|---|---|

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]                    **Ex. 9 326**
PLAINTIFF [SPN 02315844]

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022

## Patient Information (continued)

| Johnson, Bryan Marquis | 965062102409 | 073420946 | Male | 8/19/1988 (Dcsd. 34 y.o.) |
|---|---|---|---|---|

### PCP

Primary Care Provider
None Specified

### ED Arrival Information

| Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|
| 10/1/2022 12:13 | ESI 1 | Ambulance/HFD | EMS | BT MICU 1 | Emergency |

Arrival complaint
witnessed cardiac arrest

### Triage Plan

| Date and Time | Acuity | EC Service | EC Destination | Trauma Activation | User |
|---|---|---|---|---|---|
| 10/01/22 1215 | 1 | -- | Critical Care A | -- | BCS |

### Chief Complaint

| Complaint | Comment |
|---|---|
| **Cardiac Arrest** | Per report, witnessed cardiac arrest |

### ED Notes, ED Triage Notes, ED Provider Notes

Eltigani, Yasien, ResidentMD 10/1/2022 17:51

**Cosign Required**

## History

### Chief Complaint
Patient presents with
- Cardiac Arrest
  *Per report, witnessed cardiac arrest*

34 y/o man with PMH asthma presenting as Code 1 from jail after being found down, in PEA. Pt reportedly had some chest pain and then was found down. Bystander CPR was started and EMS brought pt to BT ED, already intubated and was being bagged.

Received 4 of Epi en route, 4 more in the ED. 2 of bicarb given, 1 of calcium. ROSC was achieved briefly, however pt lost pulse again and CPR was resumed. Pt started on Epi drip, MICU consulted. Pt continued to be in PEA. Was hypoxic, pH 6.78, bicarb 17, K 5, gluc 200s, trop 0.04. POCUS negative for tension pneumo or tamponade.

ROSC re-achieved 12:45PM.

Pt started on fent, versed, norepi drips.

Another push epi, bolus of NS given due to hypotension. Epi drip increased to 4.

TPA administered @ 12:55PM.

CPR restarted at 12:56PM due to absence of cardiac motion on U/S.

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022
**ED Notes, ED Triage Notes, ED Provider Notes (continued)**

2nd dose TPA administered 1312.

L femoral central line placed 1314.

Another 5 of epi administered. Pt remained in PEA. CPR continued.

ROSC re-achieved 1324.

Pt remained with faint pulses evidenced by U/S, unable to obtain BP. Ordered dobutamine drip. Consulted CCU for dobutamine drip and possible need for cath lab at 1358, per CCU fellow, low likelihood of this being MI, however will discuss with internationalists. Pending call back.

R radial A-line placed 1400.

Cardiac activity lost 1412. Time of death 1412.


History provided by:  **EMS personnel**

**Medical History**
   No past medical history documented.


**Surgical History**
   None


**Family Medical History**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Hypertension | Mother | | |


**Social History**
Tobacco History
   **Smoking Status**          **Smoking Frequency**      **Smoking Tobacco Type**
   **Current Some Day**        **For 0.5 years**          **Cigarettes**
   **Smoker**
   **Smokeless Tobacco Use**
   **Never Used**

Alcohol History
   **Alcohol Use Status**
   **No**

Drug Use
   **Drug Use Status**
   **No**

Sexual Activity
   **Sexually Active**
   **Not Asked**

Activities of Daily Living
   **Not Asked**


Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]                    **Ex. 9 328**
PLAINTIFF [SPN 02315844]

000020

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022
**ED Notes, ED Triage Notes, ED Provider Notes (continued)**

Review of Systems
Unable to perform ROS: Acuity of condition

**Physical Exam**
BP (!) 147/97  | Pulse 97  | Temp (!) 96.4 °F (35.8 °C)  | Resp 19  | SpO2 (!) 70%
**Physical Exam**
Constitutional:
  Appearance: He is toxic-appearing.
  Interventions: He is intubated.
HENT:
  Head: No right periorbital erythema or left periorbital erythema.
  Jaw: No tenderness.
  Nose: No nasal deformity or signs of injury.
  Right Nostril: No epistaxis or septal hematoma.
  Left Nostril: No epistaxis or septal hematoma.
  Mouth/Throat:
  Lips: Pink.
  Mouth: Mucous membranes are moist. No injury or angioedema.
  Comments: **ETT visualized through cords**
Eyes:
  Pupils:
  Right eye: Pupil is not reactive.
  Left eye: Pupil is not reactive.
Neck:
  Vascular: No JVD.
  Trachea: No abnormal tracheal secretions.
Cardiovascular:
  Rate and Rhythm: Tachycardia present.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: He is intubated.
  Breath sounds: Rhonchi and rales present.
Chest:
  Chest wall: No mass, lacerations or crepitus.
Abdominal:
  Palpations: There is no hepatomegaly or splenomegaly.
  Comments: **R inguinal mass**
Musculoskeletal:
  Cervical back: Neck supple.
  Right lower leg: No edema.
  Left lower leg: No edema.
Skin:
  General: Skin is cool and dry.
  Capillary Refill: Capillary refill takes more than 3 seconds.
  Coloration: Skin is pale.
  Findings: No signs of injury.

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]                    Ex. 9 329
PLAINTIFF [SPN 02315844]
                                                                           000021

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022
ED Notes, ED Triage Notes, ED Provider Notes (continued)

Neurological:
  Mental Status: He is unresponsive.

**Procedures**

**Central Line Insertion**

Date/Time: **10/1/2022 5:38 PM**
Performed by: **Eltigani, Yasien, ResidentMD**
Authorized by: **Severe, Reginald P, MD**

Consent:
  Consent obtained:  **Emergent situation**
Pre-procedure details:
  Hand hygiene: **Hand hygiene performed prior to insertion**
  Sterile barrier technique: **All elements of maximal sterile technique followed**
  Skin preparation:  **ChloraPrep**
Procedure details:
  Location:  **L femoral**
  Site selection rationale:  **Mass in R groin, being actively coded**
  Patient position:  **Flat**
  Procedural supplies:  **Double lumen**
  Catheter size:  **7 Fr**
  Landmarks identified: **yes**
  Ultrasound guidance: **yes**
  Sterile ultrasound techniques: **Sterile gel and sterile probe covers were used**
  Number of attempts:  **2**
  Successful placement: **yes**
Post-procedure details:
  Post-procedure:  **Dressing applied and line sutured**
  Assessment:  **Blood return through all ports and free fluid flow**
Additional documentation::
  **No specimens removed**
  Estimated blood loss (ml):  **10**
  **No prosthetic devices, grafts, tissues, transplants or devices implanted**
**Arterial Line placement**

Date/Time: **10/1/2022 5:38 PM**
Performed by: **Eltigani, Yasien, ResidentMD**
Authorized by: **Severe, Reginald P, MD**

Consent:
  Consent obtained:  **Emergent situation**
Indications:
  Indications: **hemodynamic monitoring**
Pre-procedure details:
  Skin preparation:  **2% Chlorhexidine**
Anesthesia (see MAR for exact dosages):
  Anesthesia method:  **None**
Procedure details:

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]                           **Ex. 9 330**
PLAINTIFF [SPN 02315844]                                      000022

Johnson, Bryan Marquis (MRN 073420946)                                Encounter Date: 10/01/2022
ED Notes, ED Triage Notes, ED Provider Notes (continued)

Location: **R radial**
Needle gauge: **20 G**
Placement technique: **Ultrasound guided**
Number of attempts: **1**
Post-procedure details:
  Post-procedure: **Biopatch applied, secured with tape, sutured and sterile dressing applied**
  CMS: **Unable to assess**
Additional documentation::
  **No specimens removed**
  Estimated blood loss (ml): **0**
  **No prosthetic devices, grafts, tissues, transplants or devices implanted**

## ED Course

### MDM
Number of Diagnoses or Management Options
PEA (Pulseless electrical activity)
Diagnosis management comments: Assessment:
34y.o. male presented to EC with CPR in progress and being bagged. He was intubated en route and had IV access. CPR continued as above until time of death called 2:12PM. TPA given due to concern for PE causing low oxygen saturations and PEA arrest multiple times. POCUS confirmed no tamponade, DVT, pneumothorax. Toxic ingestion considered. No hypothermia, significant electrolyte abnormalities. No evidence of trauma.

Plan:
Labs:
- CBC, BMP, LFTs, lactate, troponin,
Imaging and other workup:
- Not obtained due to critical condition. Was pending CT when he expired
Intervention:
- epinephrine, norepinephrine, dobutamine, fentanyl
Consultation:
- MICU
Disposition:
- Deceased

Yasien Eltigani, MD, MPH
Emergency Medicine, PGY-2
Baylor College of Medicine
HHID# 441643
October 1, 2022 2:43 PM

**Clinical Impression**

1.    **PEA (Pulseless electrical activity)**

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 331

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022
**ED** Notes, ED Triage Notes, ED Provider Notes (continued)

Eltigani, Yasien, ResidentMD
Resident
10/01/22 1751

Qasim, Zaara Y. ResidentMD 10/1/2022 17:24
**Cosign Required**

**History**

Chief Complaint
Patient presents with
- Cardiac Arrest
  *Per report, witnessed cardiac arrest*

34 y/o man with PMH asthma presenting as Code 1 from jail after being found down, in PEA. Pt reportedly had some chest pain and then was found down. Bystander CPR was started and EMS brought pt to BT ED, already intubated and was being bagged.

Received 4 of Epi en route, 4 more in the ED. 2 of bicarb given, 1 of calcium. ROSC was achieved briefly, however pt lost pulse again and CPR was resumed. Pt started on Epi drip, MICU consulted. Pt continued to be in PEA. Was hypoxic, pH 6.78, bicarb 17, K 5, gluc 200s, trop 0.04. POCUS negative for tension pneumo or tamponade.

ROSC re-achieved 12:45PM.

Pt started on fent, versed, norepi drips.

Another push epi, bolus of NS given due to hypotension. Epi drip increased to 4.

TPA administered @ 12:55PM.

CPR restarted at 12:56PM due to absence of cardiac motion on U/S.

2nd dose TPA administered 1312.

L femoral central line placed 1314.

Another 5 of epi administered. Pt remained in PEA. CPR continued.

ROSC re-achieved 1324.

Pt remained with faint pulses evidenced by U/S, unable to obtain BP. Ordered dobutamine drip. Consulted CCU for dobutamine drip and possible need for cath lab at 1358, per CCU fellow, low likelihood of this being MI, however will discuss with internationalists. Pending call back.

R radial A-line placed 1400.

Cardiac activity lost 1412. Time of death 1412.

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 332

000024

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                      Encounter Date: 10/01/2022
**ED Notes, ED Triage Notes, ED Provider Notes (continued)**

## Medical History
No past medical history documented.

## Surgical History
None

## Family Medical History

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Hypertension | Mother | | |

## Social History
Tobacco History

| **Smoking Status** | **Smoking Frequency** | **Smoking Tobacco Type** |
|---|---|---|
| **Current Some Day Smoker** | **For 0.5 years** | **Cigarettes** |

**Smokeless Tobacco Use**
**Never Used**

Alcohol History
**Alcohol Use Status**
**No**

Drug Use
**Drug Use Status**
**No**

Sexual Activity
**Sexually Active**
**Not Asked**

Activities of Daily Living
**Not Asked**

Review of Systems

## Physical Exam
There were no vitals available at the time this note was initiated.
Physical Exam

## Procedures
Procedures

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

**Ex. 9 333**

000025

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022
**ED Notes, ED Triage Notes, ED Provider Notes (continued)**

**ED Course**

MDM

**Clinical Impression**

1.      **PEA (Pulseless electrical activity)**

Qasim, Zaara Y, ResidentMD
Resident
10/01/22 1724

        Deleted by Qasim, Zaara Y, ResidentMD at 10/1/2022 17:26
        Arismendi, Rebecca Jean, RN 10/1/2022 16:51

Investigating Officers name:

Jesse Sauceda badge # 290 Unit #10S23

Victorina Praxedes, HPD
832-6273753

Officers have been given M.E. information.

        Arismendi, Rebecca Jean, RN 10/1/2022 16:30

Medical Examiner's case number:

ML22-4153

Jerin McKiver
832-927-5001

**Per M.E, please call back when investigating officer arrives and when the patient goes to the morgue.**

        West, Jenna 10/1/2022 15:48

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM
BRYAN JOHNSON [DIC]                          Ex. 9 334
PLAINTIFF [SPN 02315844]                                                    000026

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                  Encounter Date: 10/01/2022

**ED Notes, ED Triage Notes, ED Provider Notes (continued)**

Officer Overbeck @ SR 2 door pending jail investigators.

West, Jenna 10/1/2022 14:54

___

Pt was intubated and CPR continued on pt from the start @ 1214 and until 1220 where ROSC was achieved and pt had ST rhythm on cardiac monitor. Pt again had no pulses @ 1230 and rhythm of PEA so CPR was resumed. Pt achieved ROSC again @ 1245 where pt had pulses returned & ST on cardiac monitor. Pt was given TPA 50mg @ 1257 and another 50mg of TPA administered at 1312 and CPR was resumed after loss of pulses, until 1324 pt achieved ROSC once again and rhythm was ST on the cardiac monitor. Pt was getting prepared for transfer to ICU when pt loss pulses once again and TOD was called per MD Severe @ 1412.

Arismendi, Rebecca Jean, RN 10/1/2022 14:41

___

Called M.E. at this time. States will call back with M.E number.

West, Jenna 10/1/2022 14:38

___

Pt is 34 y/o M w/pmh of asthma BIB ambulance in custody, pt had a witnessed cardiac arrest @ county jail and CPR in progress in ambulance x4 round of epinephrine were administered en route to this EC. Pt had no pulse on arrival and CPR was initiated after no pulse was found on pt.

Arismendi, Rebecca Jean, RN 10/1/2022 14:37

___

Life gift called, pt not a candidate per Valerie Daniels. Reference # 2022-10-0058

Clardy, Meredith, RN 10/1/2022 14:31

___

Notified jail ward desk at 713-566-5072, and BTGH House Supervisor S. Green-Blaber

Franco, Azaleah 10/1/2022 13:32

___

Karletha (fiance) phone number: 346-310-2589

Please call for updates

**Vitals**

| Date and Time | Temp | Pulse | Resp | BP | Position | SpO2 | Weight | Glucose Level | EKG Performed? | Immunizations up-to-date? | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/22 1324 | 96.4 °F (35.8 °C) ❗ | 47 ❗ | 20 | 89/41 | -- | 77 % ❗ | -- | -- | -- | -- | JW |
| 10/01/22 1323 | -- | -- | 22 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1322 | -- | -- | 22 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 | -- | -- | 19 | -- | -- | -- | -- | -- | -- | -- | JW |

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 335

000027

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022

**Vitals (continued)**

| Date and Time | Temp | Pulse | Resp | BP | Position | SpO2 | Weight | Glucose Level | EKG Performed? | Immunizations up-to-date? | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1321 | | | | | | | | | | | |
| 10/01/22 1320 | -- | -- | 22 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1319 | -- | -- | 24 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1318 | -- | -- | 22 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1317 | -- | -- | 19 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1316 | -- | -- | 22 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1315 | -- | -- | 20 | -- | -- | 79 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1314 | -- | -- | 22 | -- | -- | 79 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1313 | -- | -- | 22 | -- | -- | 78 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1312 | -- | -- | — | -- | -- | 80 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1311 | -- | -- | — | -- | -- | 72 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1310 | -- | -- | 20 | -- | -- | 76 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1309 | -- | -- | 22 | -- | -- | 75 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1308 | -- | -- | 22 | -- | -- | 71 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1307 | -- | -- | 22 | -- | -- | 70 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1306 | -- | -- | 24 | -- | -- | 74 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1305 | -- | -- | 22 | -- | -- | 72 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1304 | -- | -- | 18 | -- | -- | 70 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1303 | -- | -- | 22 | -- | -- | 77 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1302 | -- | -- | 22 | -- | -- | 80 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1301 | -- | -- | 22 | -- | -- | 92 % | -- | -- | -- | -- | JW |
| 10/01/22 1300 | -- | -- | 20 | -- | -- | 90 % | -- | -- | -- | -- | JW |
| 10/01/22 1259 | -- | -- | 19 | -- | -- | 98 % | -- | -- | -- | -- | JW |
| 10/01/22 1258 | -- | -- | 20 | -- | -- | 98 % | -- | -- | -- | -- | JW |
| 10/01/22 1257 | 96.4 °F (35.8 °C) ! | -- | — | -- | -- | 92 % | -- | -- | -- | -- | JW |
| 10/01/22 1245 | -- | 97 | 22 | 147/97 ! | -- | 82 % ! | -- | -- | -- | -- | JW |

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022 9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 336

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                          Encounter Date: 10/01/2022

**Vitals (continued)**

| Date and Time | Temp | Pulse | Resp | BP | Position | SpO2 | Weight | Glucose Level | EKG Performed? | Immunizations up-to-date? | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/22 1244 | -- | -- | 20 | -- | -- | 80 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1243 | -- | -- | 20 | -- | -- | 78 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1242 | -- | -- | 24 | -- | -- | 77 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1241 | -- | -- | 20 | -- | -- | 77 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1240 | -- | -- | 24 | -- | -- | 72 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1239 | -- | -- | 19 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1238 | -- | -- | -- | -- | -- | 85 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1237 | -- | -- | 20 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1236 | -- | -- | 20 | -- | -- | -- | -- | -- | -- | -- | JW |
| 10/01/22 1234 | -- | -- | 22 | -- | -- | 83 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1233 | -- | -- | -- | -- | -- | 90 % | -- | -- | -- | -- | JW |
| 10/01/22 1232 | -- | -- | 20 | -- | -- | 91 % | -- | -- | -- | -- | JW |
| 10/01/22 1231 | -- | -- | 22 | -- | -- | 90 % | -- | -- | -- | -- | JW |
| 10/01/22 1230 | **96.5 °F (35.8 °C) !** | -- | 24 | -- | -- | 83 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1220 | **96.5 °F (35.8 °C) !** | 128 ! | 22 | 147/97 ! | -- | 82 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1219 | -- | -- | 20 | -- | -- | 81 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1218 | -- | -- | 22 | -- | -- | 71 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1217 | -- | -- | 24 | -- | -- | 59 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1216 | -- | -- | 24 | -- | -- | 67 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1215 | **96.3 °F (35.7 °C) !** | -- | 22 | -- | -- | 68 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1214 | **96.3 °F (35.7 °C) !** | -- | 22 | -- | -- | 69 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1212 | **96.3 °F (35.7 °C) !** | -- | 22 | -- | -- | 69 % ! | -- | -- | -- | -- | JW |
| 10/01/22 1210 | -- | 102 ! | 20 | -- | -- | -- | -- | -- | -- | -- | BM |

Johnson, Bryan Marquis (MRN 073420946) Printed by Martinez, Mathew T [114850] at 10/1/2022  9:54 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 337

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                                      Encounter Date: 10/01/2022

**Allergies (Fully Assessed on: 10/01/22)**

**No Known Allergies**

## Medical History

No past medical history documented.

## Surgical History

None

## Social History

Tobacco History

| **Smoking Status** | **Smoking Frequency** | **Smoking Tobacco Type** |
| --- | --- | --- |
| **Current Some Day Smoker** | **For 0.5 years** | **Cigarettes** |
| **Smokeless Tobacco Use** | | |
| **Never Used** | | |

Alcohol History

**Alcohol Use Status**
**No**

Drug Use

**Drug Use Status**
**No**

Sexual Activity

**Sexually Active**
**Not Asked**

Activities of Daily Living

**Not Asked**

## Previous ED Visits

None

## ED Events

| Date/Time | Event | User | Comments |
| --- | --- | --- | --- |
| 10/01/22 1213 | Patient arrived in ED | SMITH, BRENDA C | -- |
| 10/01/22 1214 | Triage Started | SMITH, BRENDA C | -- |
| 10/01/22 1215 | Triage Completed | SMITH, BRENDA C | -- |
| 10/01/22 1216 | Patient roomed in ED | WEST, JENNA | To room BT CRITICAL CARE 02 |
| 10/01/22 1224 | MSE Completed | QASIM, ZAARA YAASMEEN | -- |
| 10/01/22 1332 | Time Bed Assigned | JOHNSON, KIZZIE | -- |
| 10/01/22 1336 | Assign Resident | QASIM, ZAARA YAASMEEN | Eltigani, Yasien, ResidentMD assigned as Resident |
| 10/01/22 1336 | Assign Provider | QASIM, ZAARA YAASMEEN | -- |
| 10/01/22 1455 | Patient transferred | FRANCO, AZALEAH | From room BT CRITICAL CARE 02 to room BT OTF |
| 10/01/22 1934 | Remove Resident | ELTIGANI, YASIEN | Eltigani, Yasien, ResidentMD removed as Resident |
| 10/01/22 1944 | Patient discharged | MENDOZA, MONICA | -- |

BRYAN JOHNSON [DIC]          **Ex. 9 338**
PLAINTIFF [SPN 02315844]                                        000030

Johnson, Bryan Marquis (MRN 073420946)                                    Encounter Date: 10/01/2022



Harris County Hospital District
EMERGENCY CENTER DISPOSITION
Centro de Emergencia Disposición

| TO BE COMPLETED BY PHYSICIAN | |
| --- | --- |
| FINAL DIAGNOSIS/ DIAGNÓSTICO FINAL | MEDICATIONS/ MEDICAMENTOS |
| | |
| | |
| | |
| | |
| | |

DISPOSITION TO:
DATE/TIME: ☐ HOME ☐ AMA ☐ LWBS ☐ EXPIRED ☐ OR ☐ TRANSFER TO:

CONDITION AT DISPOSITION: ☐ ADMIT ☐ OBSERVATION
☐ GOOD ☐ FAIR ☐ POOR ☐ CRITICAL    SERVICE _____ UNIT _____

ACTIVITY/ACTIVIDAD                          DIET/DIETA
☐ Normal/ Normal ☐ Other/ Otra        ☐ Normal/ Normal ☐ Other/ Otra

DISPOSITION INSTRUCTIONS/ INSTRUCCIONES DE ALTA
Follow up with your primary care doctor or return to the ER for worsening symptoms or any other concerns/ Continuar tratamiento con su médico de cabecera, si los síntomas empeoran o tiene algún otro síntoma, regrese al Centro de Emergencia.

FOLLOW-UP/CONTINUAR SU TRATAMIENTO
☐ Routine primary care appointments- Patient instructed to call PARC 713-526-4243 for the appointment
☐ Non-emergent specialty clinic referral is needed for diagnosis _____
for _____ Specialty Clinic. Patient instructed to call PARC 713-526-4243 in 7 days for appointment date/time.
☐ Primary care appointment within _____ days. Appointment to be scheduled with: CHP or BT Med Clinic
☐ Specialty _____ clinic appointment on date: _____ time: _____
Per Dr. _____ ID # _____
       ☐ Overbook this appointment for the requested date
       ☐ May schedule the appointment within 48 hours of requested date/time.

☐ EC Faculty Signature/ID# _____ Date/Time _____

☐ Appointment confirmed by Cashier.          ☐ Email sent to Follow Up Appointment Mailgroup by Cashier.
Cashier Signature _____ ID# _____

| TO BE COMPLETED BY NURSING | | |
| --- | --- | --- |

DISCHARGE STATUS
☐ Ambulatory with : ☐ Self ☐ Friends
☐ Wheel Chair ☐ Family ☐ Ambulance

Refer Imminent Death within 1 hour of INTUBATED patient with GCS<4 include any of the following triggers: LIFE GIFT  Referral criteria 713-737-8111
CHECK ALL THAT APPLY
( ) Brain Injury / GSW          ( ) CPR / Anoxia / Drug Overdose      ( ) MVA / JCH / Stroke / Brain Trauma
( ) Withdraw of Support / DNR   ( ) Unsurvivable Injury / Poor Prognosis  ( ) Death      NO CRITERIA MET ( ) Initial

Instructions/Prescriptions given to:
☐ Patient        ☐ Family        ☐ Friend
       ☐ Diagnosis specific standardized discharge instructions (Micromedex) given to the patient by RN

☐ Nurse's Signature/ID # _____ Date/Time _____

☐ The above instructions/prescriptions have been    Patient's Signature/Firma de Paciente    Date/Time Fecha/ hora:
explained to me and I understand them/
Me explicaron y entendí las indicaciones y recetas mencionadas anteriormente.

☐ Interpreter used for disposition instructions.    Interpreter Signature:    Date/Time:

Patient ID

Harris County Hospital District

EMERGENCY ROOM DISPOSITION RECORD

MEDICAL RECORD

BRYAN JOHNSON [DIC]              Ex. 9 339
PLAINTIFF [SPN 02315844]                              000031



CONFIDENTIAL
Hospital / Service PCR

00 Jefferson St.
6th Floor
Houston, TX 77002
Work: (832) 394-6800

| Incident Details | |
|---|---|
| **Inc # / Disp.:** 2210010471 / Cardiac Arrest | **@ PSAP:** 10/01/2022 11:28:58 |
| **EMS Unit:** AS017    **Initial Disp. Code:** FECAD1 | **@ Dispatch:** 10/01/2022 11:29:49 |
| **EMS Shift:** C | **Unit Notified:** 10/01/2022 11:29:59 |
| **Street:** 701 N SAN JACINTO ST @ | **En Route:** 10/01/2022 11:30:55 |
| **City:** HOUSTON, TX 77002 (Key 493M) | **@ Scene:** 10/01/2022 11:34:20 |
| | **Arrived at Patient:** 10/01/2022 11:36:00 |
| **Disposition:** HFD Transport - Assist | **Left Scene:** 10/01/2022 11:59:38 |
| **Destination:** BEN TAUB | **@ Hospital:** 10/01/2022 12:13:24 |
| | **In Service:** 10/01/2022 12:41:37 |
| **Pt.:** UNKNOWN UNKNOWN, 37 Years old Male | **Care Transfer:** |

| Crew | |
|---|---|
| GENT, ROGER - 119516 [ Cred. Paramedic ] Supervisor | |
| GENT, ROGER - 119516 [ Cred. Paramedic ] Supervisor | |

| Patient Demographics |
|---|
| **Name:** UNKNOWN UNKNOWN |
| **A/R/G:** 37 Years Old Male |

| Response / Scene Information | |
|---|---|
| **Response to Scene:** Emergent (Immediate Response) | **Location Type:** Prison/Jail |
| | **Barriers to Care:** Unconscious |
| **# Pt's at Scene:** Single | |
| **Type of Scene Delay:** None/No Delay | |

| Clinical Info / Narrative | |
|---|---|
| **ETOH/Drug Indicators:** None of the Above Reported | |
| **Possible Injury:** No | **Cardiac Arrest:** Yes, PRIOR to HFD Arrival |

**Narrative:** cardiac arrest with engine 9, ambulance 9, and medic 27. patient is a 34 year old African American male found in care of clinic staff at the Harris County Jail. Staff in the clinic stated the patient was brought into the clinic in cardiac arrest. Jailers stated they were called to the patient's cell after the patient complained of difficulty breathing. The jailers stated the patient appeared to have trouble breathing when they arrived. They stated the patient was talking to them. The patient collapsed in front of them and that's when they brought him to the clinic.
upon our arrival patient was put on lucas device for mechanical cpr.
igel #4 in place. assisted ventilations with BVM.
iv established and epi given.
medic 27 on location. for additional info on therapies and drugs see medic 27's record
telemetry was contacted and hospital notified.
patient was transported to Ben Taub hospital.
patient care transferred to e/r staff w/o incident.
Returned to service after cleaning the equipment and resupplying the units

**Crew Completing this Report:** GENT, ROGER - 119516

**EMS Primary Imp.:** Cardiac arrest

| Pt's Medical Information | |
|---|---|
| **Medical/Surgical History:** ASTHMA | **History From:** Health Care Personnel |

| Special Circumstances | |
|---|---|
| | **Therapeutic Hypothermia Initiated:** No |

| Physical Assessment |
|---|

| Transportation Details | |
|---|---|
| **Incident Disposition:** HFD Transport - Assist | |
| **Destination Name:** BEN TAUB | **Dest. Address:** 1502 TAUB LOOP, Houston, TX 77030 |
| **Destination Type:** Hospital-Emergency Department | |
| **Type of Turn-Around Delay:** Clean-up | |

| Documentation Info |
|---|
| **PCR Report #:** 3cc5765adc494cd9967645b26975d6cf |

| Signatures |
|---|
| **Signature Graphic:** |

| **Agency:** Houston Fire Department | **EMS Unit:** AS017 | **Incident #:** 2210010471 | **Printed:** 10/01/2022 16:09 |

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 340

000032

**CONFIDENTIAL**

**Name / Time of Signature:** ROGER - 119516  GENT [ EMS Provider In Charge ] @ 10/01/2022 11:44

**Reason [ Status ]:** EMS Provider [ Signed ]

**Agency:** Houston Fire Department     **EMS Unit:** AS017     **Incident #:** 2210010471     **Printed:** 10/01/2022 16:09

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

**Ex. 9 341**



CONFIDENTIAL

500 Jefferson St.
6th Floor
Houston, TX 77002
Work: (832) 394-6800

## Incident Details

| | | | |
|---|---|---|---|
| **Inc # / Disp.:** | 2210010471 / Cardiac Arrest | **@ PSAP:** | 10/01/2022 11:28:58 |
| **EMS Unit:** | E009 | **Initial Disp. Code:** FECAD1 | **@ Dispatch:** | 10/01/2022 11:29:49 |
| **EMS Shift:** | C | | **Unit Notified:** | 10/01/2022 11:29:59 |
| **Street:** | 701 N SAN JACINTO ST @ | | **En Route:** | 10/01/2022 11:30:54 |
| **City:** | HOUSTON, TX 77002 (Key 493M) | | **@ Scene:** | 10/01/2022 11:37:10 |
| | | | **Arrived at Patient:** | 10/01/2022 11:42:42 |
| **Disposition:** | HFD Transport - Assist | | **Left Scene:** | 10/01/2022 12:03:20 |
| **Destination:** | BEN TAUB | | **@ Hospital:** | 10/01/2022 12:14:52 |
| | | | **In Service:** | 10/01/2022 12:30:00 |
| **Pt.:** | , old Male | | **Care Transfer:** | |

## Crew

MEDRANO, ABRAHAM - 172718 [ Not Credentialed ] Secondary Caregiver
GONZALEZ, JAMES - 120318 [ Cred. EMT ] Officer
MATA, JULIO - 116966 [ Cred. EMT ] Engineer/Operator
ELLIOTT, RICHARD - 165280 [ Cred. EMT ] In Charge Caregiver

## Patient Demographics

**A/R/G:** Old Black or African American Male
**Pt. Address:** 701 N SAN JACINTO ST, . HOUSTON, TX 77002. HARRIS County,

## Response / Scene Information

**Response to Scene:** Emergent (Immediate Response)
**# Pt's at Scene:** Single                                  **Initial Acuity:** Cardiac Arrest (Black)

## Clinical Info / Narrative

**ETOH/Drug Indicators:** Unable to Complete

**Narrative:** E009 AOSTF ~40YOBM IN THE CARE OF M027 AND JAIL MEDICAL STAFF AT JAIL. PT CC WITNESSED CARDIAC ARREST BY JAIL STAFF. CPR WAS PERFORMED PRIOR TO HFD ARRIVAL. UPON E009 ARRIVAL, PT WAS GIVEN COMPRESSIONS VIA LUCAS DEVICE AND PT WAS VENTILATED VIA BVM AT 10-12 RESPIRATIONS/MINUTE. MEDIC STARTED AN IV ON PT LEFT A/C. E009 OBTAINED BGL OF 301. PT IN ASYSTOLE ON SCENE, NEVER GETTING PULSES BACK AT JAIL. UNKNOWN PT PMX &DRUG ALLERGIES. PT LOADED ONTO MEDIC STRETCHER W/ LUCAS DEVICE, RAILS UP, AND SAFETY STRAPS SECURED. PT TRANSPORTED TOBEN TAUB W/ E009 IN CHARGE DRIVING SUPERVISOR VEHICLE. FOR FURTHER INFO, PLEASE SEE MEDIC REPORT. E009 RTS.
**Crew Completing this Report:** ELLIOTT, RICHARD - 165280

## Special Circumstances

**Therapeutic Hypothermia Initiated:** No

## Physical Assessment

## Transportation Details

**Incident Disposition:** HFD Transport - Assist
**Destination Name:** BEN TAUB
**Destination Type:** Hospital-Emergency Department           **Dest. Address:** 1502 TAUB LOOP. Houston, TX 77030
**Type of Turn-Around Delay:** None/No Delay

## Documentation Info

**PCR Report #:** 302802758d354642864e424cd19b4193

## Signatures

**Signature Graphic:**

**Name / Time of Signature:** RICHARD - 165280  ELLIOTT [ EMS Provider In Charge ] @ 10/01/2022 12:24:22

**Reason [ Status ]:** EMS Provider [ Signed ]

**Signature Graphic:**

**Name / Time of Signature:** JAMES - 120318  GONZALEZ [ Captain / EO ] @ 10/01/2022 12:24:31

| | | | |
|---|---|---|---|
| **Agency:** Houston Fire Department | **EMS Unit:** E009 | **Incident #:** 2210010471 | **Printed:** 10/01/2022 16:09 |

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

**Ex. 9 342**

000034

CONFIDENTIAL

Reason [ Status ]: EMS Provider [ Signed ]

**Agency:** Houston Fire Department    **EMS Unit:** E009    **Incident #:** 2210010471    **Printed:** 10/01/2022 16:09

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000035

Case 4:23-cv-02886 Document 270-9 Filed 12/23/25 in TXSD Page 344 of 375
Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] Page 1 of 1
CONFIDENTIAL

Johnson, Bryan Marquis (MRN 02315844)                    Encounter Date: 06/08/2022

# Johnson, Bryan Marquis

MRN: 02315844



**Alzubaidy, Layth H, MD**          Progress Notes          Date of Service: 10/1/2022 12:01 PM
Resident                           Signed
HCSOJ General Population

### Critical Care Note:

Patient is a 34M with hx of asthma, who arrived on a stretcher after collapsing in elevator. Per nursing and detention officers verbal report, patient was being brought down to clinic for evaluation of shortness of breath, and was observed diaphoretic with increased work of breathing, then collapsed in elevator and was momentarily responsive to sternal rub but became unresponsive. Upon arrival to clinic at around 11:29 AM, he was unresponsive GCS 3, non obstructed airway but not breathing, no pulse, pupils dilated, skin warm to touch except for distal extremities.

CPR immediately initiation, along with masking, HFD called. BG was 300s. We had difficulty establishing IV access. Pads placed with asystole, CPR continued for three rounds before HFD arrived at 11:39 AM, and assumed care, patient was placed on Lucas for compressions, intubated, and rhythm was asystole, IV access established by HFD, one push of epinephrine given. Patient was taken by HFD to ER (BT).

Given history of asthma and lack of other medical hx, as well as witnessed diaphoresis/SOB, this could possibly be hypoxia-induced cardiac arrest.

**Layth Alzubaidy, M.D.**

Electronically signed by Alzubaidy, Layth H, MD at 10/1/2022 12:08 PM

Suspended Admission on 6/8/2022

| Care Timeline |
| --- |
| 06/08  Φ  Admitted 2143 |

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:15 PM

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946) Printed by WEATHERS, JENNI [AHC9344] Page 1 of 2

Johnson, Bryan Marquis (MRN 073420946)                    Encounter Date: 10/01/2022

# Johnson, Bryan Marquis

MRN: 073420946

| | | |
|---|---|---|
| **West, Jenna**<br>Registered Nurse | ED Notes ⚠ 💬<br>Signed | Date of Service: 10/1/2022 12:12 PM |

Pt is 34 y/o M w/pmh of asthma BIB ambulance in custody, pt had a witnessed cardiac arrest @ county jail and CPR in progress in ambulance x4 round of epinephrine were administered en route to this EC. Pt had no pulse on arrival and CPR was initiated after no pulse was found on pt.

Electronically signed by West, Jenna at 10/1/2022  2:38 PM

ED on 10/1/2022   *Note shared with patient*

## Clinical Impressions

◆ PEA (Pulseless electrical activity)

## Disposition

🏥 Hospitalization 📄

## Care Timeline

| Time | Event |
|---|---|
| 1213 | Arrived |
| 1214 | **Code** start |
| 1215 | 0.9 % sodium chloride 1000 mL |
| 1219 | POCT TROPONIN I POC docked device |
| 1221 | POCT CREATININE POC docked device ⚠ |
| 1223 | Basic Metabolic Panel |
| 1224 | CBC/Diff ⚠ |
| | Lactic Acid 💀 |
| | Lipase |
| | Liver Profile ⚠ |
| | PT/INR/PTT ⚠ |
| | Troponin I ⚠ |
| | CBC/Diff ⚠ |
| 1225 | epinephrine HCl in 0.9 % NaCl 2 mcg/min |
| 1226 | POCT BMP POC docked device ⚠ |
| | POCT VBG POC docked device ⚠ |
| 1228 | fentanyl citrate-0.9 % NaCl/PF 50 mcg/hr |
| 1240 | 0.9 % sodium chloride 1000 mL |
| 1243 | rocuronium bromide 100 mg |

CONFIDENTIAL

| | | |
|---|---|---|
| 1250 | | norepinephrine bit/0.9 % NaCl 2 mcg/min |
| 1252 | | midazolam HCl in 0.9 % NaCl/PF 1 mg/hr |
| 1257 | | alteplase No dose recorded |
| 1329 | | **Admitted (ED Boarder)** |
| 1351 | | 12 Lead EKG |
| 1352 | | POCT ABG POC docked device |
| 1400 | | dobutamine HCl in dextrose 5 % 20 mcg/kg/min |

Johnson, Bryan Marquis (MRN 073420946) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:15 PM

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44]

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 02315844)                    Encounter Date: 06/08/2022

# Johnson, Bryan Marquis

MRN: 02315844

**Paler, Gloria, RN**          Progress Notes      Date of Service: 10/1/2022 12:18 PM
Registered Nurse             Signed
HCSOJ General Population

| | 10/01/22 1147 |
|---|---|
| **Emergency Response** | |
| Emergency response | Security request for pending transport |
| Transport by | Stretcher |
| Nursing diagnosis | Ineffective breathing pattern;Potential of injury/infection/trauma;Impaired physical mobility |
| Comments | Emergency call for pt. with difculty breathing. Upon arrival in the cell pt. was standing, sweating and assisted by 2 officer to the  stretcher; Pt  assisted to his left side and  taken to clinic. Pt noted holding  his inhaler  and alert but not responding verbally. And while in elevator pt was not responding  verbally but responded to sternal rub and blinked his eyes. Arrived in clinic and Provider was immediately notified of the pt status, attempted to obtain vitals, pt become unresponsive with no pulse, CPR initiated and HFD called @ 1129. |
| Plan | Health monitoring initiated;Refer to clinic provider |

Electronically signed by Paler, Gloria, RN at 10/1/2022 12:19 PM

Suspended Admission on 6/8/2022

| **Care Timeline** |
|---|
| 06/08 ⬥ Admitted 2143 |

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:15 PM

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                    Encounter Date: 10/01/2022

# Johnson, Bryan Marquis

MRN: 073420946

| Franco, Azaleah | ED Notes ⚠ 👤 | Date of Service: **10/1/2022**  **1:30 PM** |
| EMT Intermediate | Signed | |

Karletha (fiance) phone number: 346-310-2589

### Please call for updates

Electronically signed by Franco, Azaleah at 10/1/2022  1:32 PM

ED on 10/1/2022    *Note shared with patient*

## Clinical Impressions

◆ PEA (Pulseless electrical activity)

## Disposition

🏥 Hospitalization 📄

## Care Timeline

| 1213 | Arrived |
| 1214 | Code start |
| 1215 | 0.9 % sodium chloride 1000 mL |
| 1219 | POCT TROPONIN I POC docked device |
| 1221 | POCT CREATININE POC docked device ⓘ |
| 1223 | Basic Metabolic Panel |
| 1224 | CBC/Diff ⓘ |
| | Lactic Acid ⚾ |
| | Lipase |
| | Liver Profile ⓘ |
| | PT/INR/PTT ⓘ |
| | Troponin I ⓘ |
| | CBC/Diff ⓘ |
| 1225 | epinephrine HCl in 0.9 % NaCl 2 mcg/min |
| 1226 | POCT BMP POC docked device ⓘ |
| | POCT VBG POC docked device ⓘ |
| 1228 | fentanyl citrate-0.9 % NaCl/PF 50 mcg/hr |
| 1240 | 0.9 % sodium chloride 1000 mL |
| 1243 | rocuronium bromide 100 mg |
| 1250 | norepinephrine bit/0.9 % NaCl 2 mcg/min |

BRYAN JOHNSON [DIC]
TEAL(PINT) [DFN:025138047]

Ex. 9 348

Case 4:23-cv-02886 Document 270-9 Filed 12/29/25 in TXSD Page 349 of 375
Johnson, Bryan Marquis (MRN 073420946) Printed by McKiver, Jerin [AHCME44] at Page 2 of 2
CONFIDENTIAL

| 1252 | midazolam HCl in 0.9 % NaCl/PF 1 mg/hr |
| 1257 | alteplase No dose recorded |
| 1329 | Admitted (ED Boarder) |
| 1351 | 12 Lead EKG |
| 1352 | POCT ABG POC docked device |
| 1400 | dobutamine HCl in dextrose 5 % 20 mcg/kg/min |

Johnson, Bryan Marquis (MRN 073420946) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:16 PM

BRYAN JOHNSON [DIC]
PLAINTIFF [GP N 025138844]

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 073420946)                    Encounter Date: 10/01/2022

# Johnson, Bryan Marquis

MRN: 073420946

---

**West, Jenna**          ED Notes  ⚠ 🖼        Date of Service: **10/1/2022  2:12 PM**
Registered Nurse         Signed

Pt was intubated and CPR continued on pt from the start @ 1214 and until 1220 where ROSC was achieved and pt had ST rhythm on cardiac monitor. Pt again had no pulses @ 1230 and rhythm of PEA so CPR was resumed. Pt achieved ROSC again @ 1245 where pt had pulses returned & ST on cardiac monitor. Pt was given TPA 50mg @ 1257 and another 50mg of TPA administered at 1312  and CPR was resumed after loss of pulses, until 1324 pt achieved ROSC once again and rhythm was ST on the cardiac monitor. Pt was getting prepared for transfer to ICU when pt loss pulses once again and TOD was called per MD Severe @ 1412.

Electronically signed by West, Jenna at 10/1/2022  2:54 PM

ED on 10/1/2022    *Note shared with patient*

---

## Clinical Impressions

◆ PEA (Pulseless electrical activity)

## Disposition

🏥 Hospitalization 📄

## Care Timeline

1213 ⏺ **Arrived**
1214 ⏺ **Code** start
1215 ⏺ 0.9 % sodium chloride 1000 mL
1219 ⏺ POCT TROPONIN I POC docked device
1221 ⏺ POCT CREATININE POC docked device ⚠
1223 ⏺ Basic Metabolic Panel
1224 ⏺ CBC/Diff ⚠
     ⏺ Lactic Acid 🔬
     ⏺ Lipase
     ⏺ Liver Profile ⚠
     ⏺ PT/INR/PTT ⚠
     ⏺ Troponin I ⚠
     ⏺ CBC/Diff ⚠
1225 ⏺ epinephrine HCl in 0.9 % NaCl 2 mcg/min
1226 ⏺ POCT BMP POC docked device ⚠

Case 4:23-cv-02386 Document 270-9 Filed 12/29/25 in TXSD Page 351 of 375
CONFIDENTIAL

| | POCT VBG POC docked device ⚠ |
|---|---|
| 1228 | fentanyl citrate-0.9 % NaCl/PF 50 mcg/hr |
| 1240 | 0.9 % sodium chloride 1000 mL |
| 1243 | rocuronium bromide 100 mg |
| 1250 | norepinephrine bit/0.9 % NaCl 2 mcg/min |
| 1252 | midazolam HCl in 0.9 % NaCl/PF 1 mg/hr |
| 1257 | alteplase No dose recorded |
| 1329 | **Admitted** (ED Boarder) |
| 1351 | 12 Lead EKG |
| 1352 | POCT ABG POC docked device ☠ |
| 1400 | dobutamine HCl in dextrose 5 % 20 mcg/kg/min |

Johnson, Bryan Marquis (MRN 073420946) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:16 PM

Encounter Date: 06/08/2022

# Johnson, Bryan Marquis

MRN: 02315844

| **Becher, Emily, NP** | Progress Notes | Date of Service: 6/10/2022 11:44 PM |
|---|---|---|
| Nurse Practitioner | Signed | |
| HCSOJ General Population | | |

## Progress Note

**Name:** Bryan Marquis Johnson
**DOB:** 8/19/1988
**MRN /SPN:** 02315844

No Known Allergies

Vitals
BP: 128/71 (06/10/22 2135)
Temp: 97.8 °F (36.6 °C) (06/10/22 2135)
Pulse: 88 (06/10/22 2135)
Resp: 18 (06/10/22 2135)
SpO2: 98 % (06/10/22 2135)
Height: 6' (182.9 cm) (06/10/22 2135)
Height Source (stated or measured): Stated (06/10/22 2135)
Weight: 193 lb (87.5 kg) (06/10/22 2135)
Weight method: Measured (06/10/22 2135)
BMI (Calculated): 26.2 (06/10/22 2135)

**Subjective:**

Bryan Marquis Johnson is a 33y.o. male

**HPI: Pt presents for new house evaluation. Pt reports history of chronic left knee pain and asthma. Pt states he treats these conditions with ibuprofen and an albuterol inhaler, respectively.**

**Pt denies daily use of etoh, benzodiazepines, or opiate-based medications.**

Chief Complaint: Chronic knee pain (06/10/22 2132)

No past medical history on file.
No past surgical history on file.

**Objective:**

**Nursing note reviewed**: Yes

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.

Case 4:23-cv-02886  Document 270-9  Filed 12/23/25 in TXSD  Page 453 of 875
CONFIDENTIAL

Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for joint pain.
Skin: Negative.
Neurological: Negative.

**Physical Exam**
HENT:
  Head: Normocephalic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Musculoskeletal:
  Cervical back: Normal range of motion.
  Comments: **Pt with ataxic gait, favoring left leg. Left leg with bowing.**
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: He is alert.

**Assessment and Plan:**

**Patient Active** Problem List
Diagnosis
  • Arm pain
  • Radius shaft fracture

**Visit Diagnosis:**

Patient General Condition: Good
Patient General Status : Good

**1. Asthma, unspecified asthma severity, unspecified whether complicated, unspecified whether persistent**

- albuterol (VENTOLIN HFA,PROVENTIL HFA,PROAIR HFA) inhaler 2 Puff
- Peak Flow; Standing
- Appt Request to HCSOJ - Chronic Care; Standing
- Pulse Oximetry, Spot - Nursing; Standing
- Pulse Checks; Standing
- Peak Flow
- Appt Request to HCSOJ - Chronic Care

Case 4:23-cv-02886 Document 270-9 Filed 12/23/25 in TXSD Page 354 of 375
Johnson, Bryan Marquis (MRN 02315844) Printed by McKIVER, JERIN [AHCME44] Page 3 of 3
CONFIDENTIAL

- Pulse Oximetry, Spot - Nursing
- Pulse Checks

**2. Chronic pain of left knee**

- ibuprofen (MOTRIN) tablet 800 mg
- ibuprofen (MOTRIN) tablet 800 mg

**Required Documentation:**
Established / Usual treatment plan and protocol followed: Yes
Treatment plan shared with patient: Yes

BECHER, EMILY, NP

Electronically signed by Becher, Emily, NP at 6/10/2022 11:51 PM

Suspended Admission on 6/8/2022

---

### Care Timeline

06/08 ◌ **Admitted** 2143

---

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:17 PM

BRYAN JOHNSON [DIC]
HEALTH#1 [GPN 02315844]
Ex. 9 354
https://epiccarelink.harrishealth.org/epiccarelink/common/link.asp?ReportFrame=1
000046
10/1/2022

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 02315844)

Johnson, Bryan Marquis (MRN 02315844)                              Encounter Date: 06/08/2022

# Johnson, Bryan Marquis

MRN: 02315844

| **Dangerfield, Charles, PA** | Progress Notes | Date of Service: 8/5/2022  8:44 PM |
|---|---|---|
| Physician Assistant | Signed | |
| HCSOJ General Population | | |

## Progress Note

**Name:**  Bryan Marquis Johnson
**DOB:**   8/19/1988
**MRN /SPN:** 02315844

No Known Allergies

Vitals
BP: 145/64 (08/05/22 1712)
BP Method: Automatic (08/05/22 1712)
BP Location: Right arm (08/05/22 1712)
Temp: 97.9 °F (36.6 °C) (08/05/22 1712)
Temperature source: Tympanic (08/05/22 1712)
Pulse: (!) **121** (08/05/22 1712)
Resp: 20 (08/05/22 1712)
SpO2: 98 % (08/05/22 1712)
O2 Saturation (%) type: Room Air (08/05/22 1712)
Height: 5' 11" (180.3 cm) (08/05/22 1712)
Height Source (stated or measured): Stated (08/05/22 1712)
Weight: 200 lb 9.6 oz (91 kg) (08/05/22 1712)
Weight method: Measured (08/05/22 1712)
BMI (Calculated): 28 (08/05/22 1712)

**Subjective:**

Bryan Marquis Johnson is a 33y.o. male

**HPI: Status post altercation twice today. Denies LOC. Left forearm pain and swelling. Right knee and leg pain.**

Chief Complaint: REPORTED ALTERCATION WITH INJURY TO BOTH WRIST, RIGHT CHEEK, AND RIGHT LEG (08/05/22 1709)

No past medical history on file.
No past surgical history on file.

**Objective:**

**Nursing note reviewed**: Yes

Review of Systems
Constitutional: Negative for chills and malaise/fatigue.
Musculoskeletal: Positive for joint pain.
Neurological: Negative for loss of consciousness.

Case 4:23-cv-02886   Document 270-9   Filed 12/23/25 in TXSD   Page 356 of 375
CONFIDENTIAL

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: Normal appearance. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
  Head: Normocephalic and atraumatic. No raccoon eyes, Battle's sign or contusion.
  Right Ear: Tympanic membrane normal.
  Left Ear: Tympanic membrane normal.
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
Musculoskeletal:
  Left elbow: Tenderness present in medial epicondyle.
  Left forearm: Tenderness and bony tenderness present.
  Right wrist: Swelling, tenderness and bony tenderness present. No deformity or snuff box tenderness. Decreased range of motion.
  Left wrist: Swelling, tenderness and bony tenderness present. No deformity or snuff box tenderness. Decreased range of motion.
  Cervical back: Normal range of motion and neck supple. No spinous process tenderness.
  Right knee: Bony tenderness present. Decreased range of motion. Tenderness present. No patellar tendon tenderness.
Skin:
  General: Skin is warm and dry.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
  Cranial Nerves: No cranial nerve deficit.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior is cooperative.


**Assessment and Plan:**

**Patient Active Problem List**
Diagnosis
  • Arm pain
  • Radius shaft fracture


**Visit Diagnosis**:
#S/p altercation x 2 today. No LOC.
#Left forearm/wrist/hand injury
#Right wrist injury.

BRYAN JOHNSON [DIC]

#Right knee injury.
- Analgesics.
- Xray Rt hand, forearm/wrist/hand, right knee
- RTC clinic after xray for xray review.

Patient General Condition: Fair
Patient General Status : Stable

**Required Documentation:**
Established / Usual treatment plan and protocol followed: Yes
Treatment plan shared with patient: Yes

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • albuterol (VENTOLIN HFA,PROVENTIL HFA,PROAIR HFA) inhaler 2 Puff | 2 Puff | Inhalation | 2x daily prn - KOP (self-administered ) | Becher, Emily, NP | | |

DANGERFIELD, CHARLES, PA

Electronically signed by Dangerfield, Charles, PA at 8/5/2022  9:05 PM

Suspended Admission on 6/8/2022

---

**Care Timeline**

06/08 ⏺ Admitted 2143

---

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:18 PM

CONFIDENTIAL

Johnson, Bryan Marquis (MRN 02315844)                    Encounter Date: 06/08/2022

# Johnson, Bryan Marquis

MRN: 02315844

---

**Anazodo, Nwachukwu, NP**          Progress Notes          Date of Service: 8/16/2022 10:33 AM
Nurse Practitioner                            Signed
HCSOJ General Population

---

HPI: Patient is a 33 y/o male who presents to the CC clinic for Asthma. Reported having the HX of Asthma as a child. Denies any family HX of Asthma. Last asthma attack was 3 months ago. Patient compliant with his medication. Denies any wheezing or SOB.

Chief Complaint: CC Asthma (08/16/22 1022)

No past medical history on file.

No past surgical history on file.

OBJECTIVE

Vitals
BP: 120/67 (08/16/22 1023)
BP Method: Automatic (08/16/22 1023)
BP Location: Right arm (08/16/22 1023)
Temp: **(!) 96.7 °F (35.9 °C)** (08/16/22 1023)
Temperature source: Oral (08/16/22 1023)
Pulse: 86 (08/16/22 1023)
Resp: 18 (08/16/22 1023)
SpO2: 98 % (08/16/22 1023)
O2 Saturation (%) type: Room Air (08/16/22 1023)
Height: 5' 11" (180.3 cm) (08/16/22 1023)
Height Source (stated or measured): Measured (08/16/22 1023)
Weight: 199 lb (90.3 kg) (08/16/22 1023)
Weight method: Measured (08/16/22 1023)
Peak Flow: 250 L/min (08/16/22 1023)
BMI (Calculated): 27.8 (08/16/22 1023)

ASSESSMENT:

**Asthma**

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 358

000000

Case 4:23-cv-02886 Document 70-9 Filed 12/23/25 in TXSD Page 359 of 375
CONFIDENTIAL

History: Patient is a 33 y/o male with HX of Asthma, DX as a child. Patient with no family HX of Asthma. Pt is compliant with medication. .Patient encourage to continue with healthy lifestyle. Patient verbalized understanding
Subjective
Uses Inhaler: 1 x;weeks
Physical Exam
General: Alert;Oriented x 3;No acute distress
Lungs: Respirations unabored - even rhythm;Breath sounds present all fields;Clear breath sound throughout
HEENT: Mucosa pink and moist
Heart: Regular rate and rhythm;Perepheral pulses present;Capillary refill less then 3 seconds
Severity Classification: Mild - use of beta-agonist inhaler <2-3 days/week, use of <1 beta agonist inhaler canister/month.


No Known Allergies

Review of Systems
Constitutional: Negative.
HENT: Negative.
Cardiovascular: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for joint pain.
Skin: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Negative.


**Physical Exam**
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
Musculoskeletal:

BRYAN JOHNSON [DIC]
TEAMNFPT [GP N 0251584/4]
Ex. 9 359
https://epiccarelink.harrishealth.org/epiccarelink/common/link.asp?ReportFrame=1
000001
06/1/2022

Case 4:23-cv-02886 Document 270-9 Filed 12/23/25 in TXSD Page 360 of 375
CONFIDENTIAL

General: Normal range of motion.
Comments: **RT leg and LT hand pain level 6/10**
Skin:
  General: Skin is warm.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.

Assessment/Plan:

Asthma
Peak flow& O2 sat x 3 days
 RT leg/LT hand pain
Gen Clinic Referral

Patient General Condition: Good

Patient General Status: Stable

**Required Documentation:**
Established / Usual treatment plan and protocol followed: Yes
Treatment plan shared with patient: Yes
Electronically signed by Anazodo, Nwachukwu, NP at 8/16/2022 10:46 AM

Suspended Admission on 6/8/2022

---

**Care Timeline**

06/08 🕐 Admitted 2143

---

Johnson, Bryan Marquis (MRN 02315844) Printed by McKiver, Jerin [AHCME44] at 10/1/2022 4:18 PM

BRYAN JOHNSON [DIC]
TEAM NP1 [GPN 02315844]

Ex. 9 360

https://epiccarelink.harrishealth.org/epiccarelink/common/link.asp?ReportFrame=1
000062
10/1/2022

**CONFIDENTIAL**

BRYAN
**JOHNSON**
BLACK          MALE
8/19/1988      34 YEARS

## ML22-4153

_McDuffie_
FUNERAL HOME / TRANSPORT SERVICE RECEIVING BODY

_Dwight McDuffie 38821378_
SIGNED OUT BY                    ID TYPE / ID #

10 , 5 , 22          12:24  AM (PM)
DATE                 TIME

CLOTHING RELEASED WITH BODY?      YES  (NO)

PERSONAL EFFECTS RELEASED WITH BODY?   YES  (NO)

AFIS#  X _7522100 2074_

DOCUMENT VERIFICATION      _JA_

---

**TRANSPORTED TO HCIFS BY:** _JMills, Carnes_
Signature

**IFS / Agency:** _Carnes_

DATE _10.2.22_     TIME _12.16_  (AM) PM

**X RAYS:**
(X) NO
☐ YES

**ANTEMORTEM SPECIMENS:** YES (NO)

**MEDICAL RECORDS:** YES (NO)

Checked in by HCIFS Representative

**PERSONAL EFFECTS:** YES / (NO)

**CLOTHING:** YES (NO)

**Height:** _72_
**Weight:** _217_
**Temp:** _80.00_

---

FD/Transport personnel ID
ID Type: _Tx DL_
ID #: _38821378_

Release Form Verification

Name of decedent:

Name of NOK:

Signature of NOK:  ✓

**BODY RELEASE CHECKLIST**

Case Number:  _4153_

CoD entered in logbook: (YES) / NO
Is decedent on hold: YES / (NO)
Is decedent ID positive: (YES) / NO
Fingerprints taken: (YES) / NO
Decedent property: YES / (NO)

Transit Envelope & Authorization to
Claim Form given to FD by:

HCIFS staff initials: _AV_
Date: _M/5/22_
Time: _12:24pm_

---

**Harris County Institute of Forensic Sciences**

## ML22-4153

**BRYAN**
**JOHNSON**
BLACK          MALE
8/19/1988      34 YEARS

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000053



**HARRIS COUNTY**
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## Authorization of Next of Kin to Release Decedent/Personal Effects to Funeral Director

In accordance with state law, the Harris County Institute of Forensic Sciences (HCIFS) will perform an inquest or autopsy to determine the cause and manner of death of the decedent. If an autopsy is performed, certain organs and tissue are removed for necessary examination and testing. Upon completion of examination and testing, any organs and tissue kept by the HCIFS will be disposed of in accordance with health and safety guidelines.

**Case number:** ___ML22-4153___    **Name of Decedent:** _____Bryan Johnson_____

### Priority Class of Next of Kin as defined by Texas Health & Safety Code §711.002

1. PERSON DESIGNATED IN A WRITTEN INSTRUMENT SIGNED BY THE DECEDENT;
2. DECEDENT'S SURVIVING SPOUSE;
3. ANY ONE OF THE DECEDENT'S SURVIVING ADULT CHILDREN;
4. EITHER OF THE DECEDENT'S SURVIVING PARENTS;
5. ANY ONE OF THE DECEDENT'S SURVIVING ADULT SIBLINGS; or
6. ANY ADULT PERSON IN THE NEXT DEGREE OF KINSHIP IN THE ORDER NAMED BY THE LAW TO INHERIT THE ESTATE OF THE DECEDENT

### Release of Decedent/Personal Effects and Next of Kin Acknowledgement

I, _____Amanda L. Harris_____, bearing the relationship of _____Mother_____
     (Next of Kin name)                                                                              (relationship to the decedent named above)
attest that I am the legal next of kin, as defined above by Texas Health & Safety Code §711.002 and that there is no other person with a priority of right to control the disposition of the decedent's remains listed before me.

I hereby authorize the HCIFS to release the decedent named above and any personal effects in the possession of the HCIFS to ___McDuffie's Mortuary, Inc.___ Funeral Home / Transport Service or its agent upon presentation of this completed document and government-issued photo identification. The transport agent agrees to follow all requirements of Texas Occupations Code §651.401

THIS IS A GOVERNMENTAL RECORD AS DEFINED BY TEXAS PENAL CODE SECTION 37.10. BY SIGNING THIS DOCUMENT, I REPRESENT THAT I AM THE NEXT OF KIN AND THERE IS NO OTHER PERSON WITH A PRIORITY OF RIGHT TO CONTROL THE DISPOSITION OF THE REMAINS LISTED BEFORE ME. I AGREE TO INDEMNIFY AND HOLD HARMLESS HARRIS COUNTY, ITS OFFICERS, AGENTS AND EMPLOYEES FROM ALL CLAIMS OF ANY CHARACTER, TYPE OR DESCRIPTION, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, GROSS NEGLIGENCE, AND/OR WILLFUL AND MALICIOUS CONDUCT AND RELEASE ANY PERSON WHO ACTS IN RELIANCE ON THIS DOCUMENT FROM ANY LIABILITY, AND ACKNOWLEDGE THAT I AM LIABLE FOR ALL DAMAGES THAT RESULT, DIRECTLY OR INDIRECTLY, FROM MY REPRESENTATIONS AND SIGNATURE. ANY DISPUTE AMONG THE DECEDENT'S NEXT OF KIN CONCERNING THE RIGHT TO CONTROL THE DISPOSITION OF DECEDENT'S REMAINS MUST BE RESOLVED AMONG THOSE PERSONS BY A COURT OF COMPETENT JURISDICTION. THIS INDEMNITY AND RELEASE IS BINDING ON ME, MY FAMILY, ESTATE, HEIRS AND ASSIGNS.

Next of Kin Signature: _Amanda Harris_    Date: __10/05/2022__

Next of Kin Contact Number: _____(832) 704-1532_____

Next of Kin Address: ___17103 Imperial Valley Dr. #249 Houston, Texas 77060___

**********

Witness Name: _Michael White_

Witness Signature: _Michael White_    Date: __10/05/2022__

Witness Contact Number: _337-298-1760_

Witness Address: _5914 Darkwood Drive Houston, TX. 77088_

Revised 01/2020



HARRIS COUNTY
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

# Funeral Director's
## Authorization to Claim Form

**Date:** _10-5-22_

**HCIFS Medicolegal (ML) Case Number:** _ML22-4153_

**Name of Decedent:** _BRYAN JOHNSON_

I have visually inspected the body of the above-named decedent and have compared the name and HCIFS medicolegal (ML) case number of the decedent to all of the following:

        1) Identification Tag

        2) Autopsy Information and Release Form

        3) Transit Envelope

Further, I have found all three documents to correspond to the body I am authorized to claim from the Harris County Institute of Forensic Sciences.

I have received the following items with this decedent: (check all that apply)

☐ Clothing        ☐ Property        ☐ Other_____

_Dwight McDuffie_
Signature of Representative

_McDuffie_
Name of Firm

_Dwight McDuffie_
Printed Name of Representative

_38821378_
ID Type & ID Number

\*\*\*\*\*\*\*\*\*\*

Reviewed and Signed by: _____
(HCIFS Representative)

_10 / 5 / 22_
Date

WHITE – Transit Envelope    YELLOW – Funeral Home    Revised 01/2020

**Ex. 9 363**

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000055

# HARRIS COUNTY INSTITUTE of FORENSIC SCIENCES
CONFIDENTIAL
## PROPERTY INVENTORY

073420946

PROPERTY OF: _Bryan Johnson_  DATE: _10-1-22_  ML#: _22-4153_

INVENTORIED BY HCIFS STAFF: _Mike Donahoo_   TITLE: _Driver_

WITNESSED BY OFFICER: _Gaines Alexandria_  AGENCY: _BTGH_  SIGNATURE: _Sarret Alex_
(Law Enforcement)     (Print Name)

WITNESSED BY STAFF: _____  AGENCY: _____  SIGNATURE: _____
(Health Care Facility)     (Print Name)

### PROPERTY IS ITEMIZED AS FOLLOWS:

☒ NO PROPERTY TAKEN / NO CURRENCY TAKEN

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | | | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Visa | _____ |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | Master Card | _____ |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | American Express | _____ |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Discover | _____ |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Dept Store | _____ |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gas Card | _____ |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | Gift Cards | _____ |

CURRENCY: ⊘ $100  ⊘ $50  ⊘ $20  ⊘ $10  ⊘ $5  ⊘ $2  ⊘ $1   $ ⊘ Total Coins

TOTAL CURRENCY: ⊘   ☐ FOREIGN CURRENCY

Other: _____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License     ☐ Cell Phone(s)

☐ Other: _____

_____   _____
Signature of law enforcement receiving property     Agency

## PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____  DATE: _____  TIME: _____

Property bag received by Control Desk Employee: _____  DATE: _____  TIME: _____

## PROPERTY RELEASE

Released by:

_____  _____  _____  DATE: _____
Printed Name     Signature     Title

Received by:

_____  _____  _____  DATE: _____
Printed Name     Signature     Relation/Funeral Home/Officer

White - Transit Envelope    Yellow - Investigation/Assigned Group    Gold - Funeral Home    Pink - Law Enforcement/ Hospital     Revised 9/2019

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex 9-364

000056

Luis Sanchez M.D.
Chief Medical Examiner

**Harris County Institute of Forensic Science**

1861 Old Spanish Trail
Houston, Texas 77054

**Forensic Investigators (832) 927-5001**
**Fax: (713) 437-4299**

# Fax

| | | | |
|---|---|---|---|
| **To:** | BTGH Lab | **Phone:** | 713 873 3255/Weekends 713-873-3922 |
| **Attention:** | 1st Blood Request | **Fax:** | 7138735373 / Blood Bank: 7138736619 |
| **ML#:** | 22-4153 | **DOD:** | 10/01/2022 |
| **Decedent:** | Johnson, Bryan | **DOB:** | 08/19/1988 |

### XX Stat Request XX

In accordance with the Texas Code of Criminal Procedures, Article 49.25, an investigation is conducted into the death of the below named decedent whose remains have come under the jurisdiction of the Harris County Medical Examiner. Authorization is hereby given to release any and all medical records and pertinent information associated with this decedent as indicated below. Release of protected health information to the Medical Examiner is authorized under the federal Health Insurance Portability and Accountability Act (HIPAA) at 45 CFR 164.512 (g) (1) and under the federal Confidentiality of Alcohol and Drug Treatment Act at 42 CFR 2.15 (b).

Please fax or mail all requested information to the Investigative Division at the above fax and address.

DATE:  Saturday, October 01, 2022  5:28 PM

**Requested By:**  Jerin McKiver, BA, D-ABMDI, Forensic Investigator Supervisor, 832-927-5001

| | Hospital Records: | Doctor's Office: | Police/EMS/Fire: |
|---|---|---|---|
| | Admission Records | MD Notes | Police Report |
| DOS: | | DOS: | Case # |
| | D/C Summary (if on file) | Medication Sheet | Scene Photos |
| | Operative Reports | Last 5 visits | EMS Run sheet |
| | History & Physical | | Accident Report |
| | Emergency Room: | | Case # |
| | Lab Results | | |
| XXX | Lab Samples (antemortem samples, including 1st blood, urine, stomach contents, etc.) | *Please provide the earliest blood samples on decedent listed above – MRN:* 073420946 | |
| | Dental X-rays & charts | | |
| | X-rays & Radiology Reports | | |
| | Diagnostic Tests: | | |
| | U/S          CT | *Thank you in advance for your assistance!* | |
| | Other: | | |



1 Gold

1 Lav

CONFIDENTIAL



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

Reviewed: _dk PM 12/19/22_

| | | |
|---|---|---|
| ☑ | **RELEASE FROM PENDING** | **CASE NUMBER:** _ML22-4153_ |
| ☐ | **AMENDMENT(S)** | **DECEDENT:** _JOHNSON, JAYLAN_ |
| ☐ | **INQUEST ONLY** | **DOD:** _6/1/22_ |
| | | **EDR #:** _____ |

Part 1 Cause of Death:____ IgG4 AORDITIS/ARIGIITIS ____

_____

_____

Part 2 Other Conditions:_____

_____

_____

<u>Please Circle your Selection</u>

Autopsy    or    Inquest    or    External

Autopsy Findings Available Prior to Completion of Cause of Death

　　　Yes    or    No

Did Tobacco Use Contribute to Death

　　　Yes    No    Probably    Previously    Unknown

IF FEMALE:

| | |
|---|---|
| ☐ | Not pregnant within past year |
| ☐ | Pregnant at time of death |
| ☐ | Not pregnant, but pregnant within 42 days of death |
| ☐ | Not pregnant, but pregnant 43 days to 1 year before death |
| ☐ | Unknown if pregnant within the past year |

N/A

┌─────────────────────────────┐
│   Certified in TxEVER        │
│                              │
│ initials _____    │
│                              │
│ date _____    │
└─────────────────────────────┘

Manner of Death:_____ NATURAL _____

Describe How Injury Occurred:_____

_____

_____

_____    _6/11/22_
Medical Examiner                    Date

White- DC                                    Canary – Transcription

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]
000058

County Auditor's Form 161E
Harris County, TX (REV. 03/01/2020)



**HARRIS COUNTY, TEXAS**

**ADMINISTRATION - CLERICAL**

224153

## Official Receipt

**DATE:** 10/24/2022     McDuffie's Mortuary          **RECEIPT:** 000000135991
FS
                     ,

**Case#** ML22-4153                              **TOTAL AMOUNT: $ 20**

**Description:**

| ITEM ID | DESCRIPTION | UNIT PRICE | NUMBER OF UNITS | LINE TOTAL |
|---------|-------------|------------|-----------------|------------|
| 107255 | CREMATION WAIVER FEE - HCIFS 100027010202421501 ML22-4153 Bryan Johnson | $20 | 1 | $20 |

**TOTAL PAYMENT DUE:  $ 20**

| PAYMENT METHOD | AMOUNT | Desc/Check/MO/Auth No |
|----------------|--------|------------------------|
| CC | $ 20 | Visa: 077015 |

**PAYMENT TOTAL: $ 20**

**CHANGE DUE:     $ 0**

USER ID.     124113
            2022-OCT-24 02.36.40.000000 PM

**HARRIS COUNTY**
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## Request for Outside Laboratory Testing

| Testing Facility | Ben Taub General Hospital<br>1504 Taub Loop<br>Houston, TX 77030 | | |
|---|---|---|---|
| **Date Sent:** | 10.4.2022 | | |
| **Doctor:** | DR. MARIANNE BEYNON | **Contact #:**<br>**(for sample issues)** | 713-438-8844 |
| **Sample ID:**<br>**(ML #)** | ML22.4153 | **DOB:**<br>**(Required)** | 8.19.1988 |

| Source Submitted: | Pathology Use: | | |
|---|---|---|---|
| ✔ Blood | AFB | | |
| Serum | Blood Culture | | |
| CSF | CSF | | |
| Spleen | Tissue Culture ( □Spleen, □Lung, □Other: | | ) |
| Lung | Swabs      (Source: | | ) |
| Other: | Fungal      (Source: | | ) |
| Other: | Other: 1) | 2) | |
| | **Toxicology Use:** | | |
| | Hepatitis A, B, C | | |
| | HIV | | |
| | TFT (T3, T4, TSH, FT4) | | |
| | Insulin and C-Peptide | | |
| | HbA1c | | |
| | ✔ Hemoglobin Electrophoresis | | |
| | Salicylates | | |
| | Other: 1) | 2) | |

**Section II: Specimen Chain of Custody**

Notes:

| | Printed Name | Signature | Date/Time |
|---|---|---|---|
| Relinquished by: | Eliseo Guzman | *[signature]* | 10/4/22  3:20p |
| Received by: | C. Berthelot | *[signature]* | 10/4/22  1520 |
| Delivered by: | S. Doucle | *[signature]* | 10/4/02  6:30p |
| Received by: | *[signature]* | *[signature]* | 10/4/22 630p |

Please fax results to:  **Pathology Fax #: (713) 437-4311, Attn: Case Management**
Concerns or questions follow by email: MEOCasemanagement@ifs.hctx.net

Form #:  FEF.011          Rev.:  5          Procedure #: FE.0014
Date: 7/21                              Approved by: Forensic Evidence Manager

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]          **Ex. 9 368**
                                                              000060

# DTS Dispatch V3.25.1
CONFIDENTIAL

| | |
|---|---|
| Today's Date/Time: | 10/1/2022 8:23:17 PM |

**Case Number:** ML22-4153

**OCDI Research Required?**
For "Yes" call (832) 677-6561

☐ Yes
☐ No (FSRA)

| MORGUE PERSONNEL ONLY (these are not editable) | |
|---|---|
| DTS Unit: | |
| Autopsy Assistant: | |
| AA(2): | |
| Date/Time Dispatched: | 10/1/2022 8:23:54 PM |
| Date/Time Enroute: | |
| Date/Time Arrived: | |
| Date/Time Departed Scene: | |

| | |
|---|---|
| Type of Death | UNDETERMINED |
| Priority | Low Priority |
| **Select Priority Type:** | Hospital |
| **DISPATCHED BY:** | Jerin McKiver |
| DATE/TIME MORGUE CONTROL INFORMED: | 10/1/2022 8:23:54 PM |

**SCENE:** ☐ Scene Made    ☑ Scene Not Made

**FI III Scene** ☐ Yes    ☐ No

## PLACE OF DEATH

| | | |
|---|---|---|
| Place of Death | | Key Map#: |
| | (Name of Apartment complex, Business, Hospital, etc.) | |
| Street Address: | BEN TAUB GENERAL HOSPITAL | |
| City: | HOUSTON | |
| State: | TX | |
| Zip Code: | 77030 | |

### Type of Scene: (Select One)

| | |
|---|---|
| Scene Type | Hospital |

### Records/Evidence:

| RX Medication | No | RX Qty: | | **First Blood** | Yes | **Clothing** | No | **Medical Records** | Yes | X-Ray (For HCIFS Only) | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Record #: | 073420946 | | | | | | | | | | |

| Deceased Name: | BRYAN JOHNSON | | **Apx Weight** | 190 | | Apx. Height | Feet | inches |
|---|---|---|---|---|---|---|---|---|

| Race: | BLACK | Gender: | MALE | Age: | 34 | Age Units: | YEARS |
|---|---|---|---|---|---|---|---|

| Reporting Agency: | BEN TAUB GENERAL HOSPITAL | Agency Case #: | |
|---|---|---|---|
| Officer At Scene: | REBECCA ARISMENDI, RN | Contact Ph#: | 713-873-3770 |

HCIFS Investigator responding to scene:

Investigator Ph#:

Special Instructions/Notes:

Revised 10/22/2015

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 369

# DTS Dispatch V3.25.1

**CONFIDENTIAL**

Today's Date/Time: 10/1/2022 8:23:17 PM

**Case Number:** ML22-4153

**OCDI Research Required?**
**For "Yes" call (832) 677-6561**

☐ Yes
☐ No (FSRA)

| | MORGUE PERSONNEL ONLY (these are not editable) | |
|---|---|---|
| DTS Unit: | | |
| Autopsy Assistant: | | |
| AA(2): | | |
| Date/Time Dispatched: | 10/1/2022 8:23:54 PM | |
| Date/Time Enroute: | | |
| Date/Time Arrived: | | |
| Date/Time Departed Scene: | | |

Type of Death: UNDETERMINED

Priority: Low Priority

Select Priority Type: Hospital

**DISPATCHED BY:** Jerin McKiver

DATE/TIME MORGUE CONTROL INFORMED: 10/1/2022 8:23:54 PM

SCENE: ☐ Scene Made    FI III Scene    ☐ Yes
☑ Scene Not Made    ☐ No

## PLACE OF DEATH

Place of Death                                          Key Map#:

(Name of Apartment complex, Business, Hospital, etc.)

Street Address: BEN TAUB GENERAL HOSPITAL

City: HOUSTON

State: TX

Zip Code: 77030

## Type of Scene: (Select One)

Scene Type    Hospital

## Records/Evidence:

| RX Medication | No | RX Qty: | First Blood | Yes | Clothing | No | Medical Records | Yes | X-Ray (For HCIFS Only) | No |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical Record #: | 073420946 | | | | | | | | | |

| Deceased Name: | BRYAN JOHNSON | | Apx Weight | 190 | | Apx. Height | | Feet | | inches |
|---|---|---|---|---|---|---|---|---|---|---|

Race: BLACK          Gender: MALE                Age: 34    Age Units: YEARS

Reporting Agency: BEN TAUB GENERAL HOSPITAL                Agency Case #:

Officer At Scene: REBECCA ARISMENDI, RN                Contact Ph#: 713-873-3770

HCIFS Investigator responding to scene:

Investigator Ph#:

Special Instructions/Notes:

Revised 10/22/2015

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000062

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

**CONFIDENTIAL**

## PROPERTY INVENTORY

**PROPERTY OF:** BRYAN JOHNSON   **DATE:** 10-1-22   **ML#:** 22-4153

INVENTORIED BY HCIFS STAFF: MIKE DomHoo   TITLE: Driver

WITNESSED BY OFFICER: Gaines Alexandria   AGENCY: BTGH   SIGNATURE: Gaines Alex
(Law Enforcement)   (Print Name)

WITNESSED BY STAFF: _____   AGENCY: _____   SIGNATURE: _____
(Health Care Facility)   (Print Name)

**PROPERTY IS ITEMIZED AS FOLLOWS:**

### ☒ NO PROPERTY TAKEN / NO CURRENCY TAKEN

| | | Jewelry | Credit/ Bank Cards | # of Cards |
|---|---|---|---|---|
| ☐ Wallet/ Purse/ Money Clip | ☐ Cell Phone(s) | * | Visa | |
| ☐ Misc. Papers | ☐ Cell phone case/ holder | * | Master Card | |
| ☐ Eyeglasses/ Sunglasses | ☐ Cosmetics | * | American Express | |
| ☐ Pocket knife/ pocket tool | ☐ Hair Accessories | * | Discover | |
| ☐ Key(s)/ Keyring | ☐ Brush/ Comb(s) | * | Dept Store | |
| ☐ Pen(s)/ Pencil(s) | ☐ Watch | * | Gas Card | |
| ☐ Social Security Card | ☐ Checkbook/ Checks | * | Gift Cards | |
| ☐ ID/ Driver's License | ☐ Lighter(s)/ Cigarettes | * | | |

CURRENCY: ⊘ $100  ⊘ $50  ⊘ $20  ⊘ $10  ⊘ $5  ⊘ $2  ⊘ $1   $_____ Total Coins

**TOTAL CURRENCY:** _____   ☐ FOREIGN CURRENCY

Other: _____
_____
_____
_____
_____

### Released to Law Enforcement at Scene:

☐ ID/ Driver's License   ☐ Cell Phone(s)

☐ Other: _____

_____   _____
*Signature of law enforcement receiving property*   *Agency*

### PROPERTY INTAKE

Property bag delivered to Control Desk/ Drop Box by: _____   DATE: _____   TIME: _____

Property bag received by Control Desk Employee: _____   DATE: _____   TIME: _____

### PROPERTY RELEASE

Released by:

_____   _____   _____   DATE: _____
Printed Name   Signature   Title

Received by:

_____   _____   _____   DATE: _____
Printed Name   Signature   Relation/Funeral Home/Officer

White - Transit Envelope   Yellow - Investigations   Green - Funeral Home   Pink - Law Enforcement/ Hospital

**Ex: 9 371**

Revised 9/2019

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000063

**Luis A. Sanchez, M.D.**
Chief Medical Examiner

MEB
10/3/22

(832) 927-5000
(832) 927-5001
FAX: (832) 927-2867



## Harris County Institute of Forensic Sciences
### 1861 Old Spanish Trail
### Houston, Texas 77054-2098

☒ Primary COD/MOD

☐ Release from Pending

☐ Amendment (s)

Case Number   ML22-4153

Decedent   BRYAN          JOHNSON

DOD          10/1/2022  2:12:00PM

EDR# _____

#35.  Part 1 Cause of Death _____ Ⓟ _____

_____

#36.  Part 2 Other Conditions _____

_____

(Autopsy) **Partial Autopsy** or **External Examination**   (Please circle one)

Did Tobacco Use Contribute to Death
Yes  No  Probably  Previously  (Unknown)   (Please circle one)

Was Decedent Pregnant                  (Please circle one)
Not Pregnant within Past Year.

Pregnant At Time of Death

NA   Not Pregnant, But Pregnant Within 42 Days of Death

Not Pregnant, But Pregnant 43 days to 1 Year Before Death        Certified in TER _____

Unknown if pregnant within the past year                              Initial/Date

Manner of Death _____ Ⓟ _____

Describe How Injury Occurred _____

**Identification**
NO   Positively identified via fingerprints   G. Schmidt @ 2:46 pm 10/2/22 JA

☐  Accept presumptive or tentative identification as positive

☑  Pursue supplemental identification

|||||||||||||||||||||||||

**Body Ready For Release**

_____  10/2/22        _____  10/2/22
Medical Examiner or Anthropologist   Date          Medical Examiner            Date

**Body Hold for** ☐ **Pathology** ☐ **Anthropology**

_____  _____
Medical Examiner                    Date

File:   \\hcmeosql1\pathassist\CauseOfDeathSelectedCase.rpt
Date Printed:  10/1/2022   10:35:22PM

MR

CauseOfDeathSelectedCase v2021-12-09

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000064

CONFIDENTIAL



# REQUEST FOR TOXICOLOGY EXAMINATION
## HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

### PATHOLOGIST INFORMATION

Case #:_____

Staff Pathologist:_____

Fellow/Resident:_____

### DECEDENT INFORMATION

Age:_____   Race:_____   Sex:_____   Length:_____   Weight:_____

Comments/Postmortem Findings:_____

_____

_____

### CIRCUMSTANCES

Cause _____   Manner _____

Pending Tox?   Y  /  N

_____Delayed death   _____Decomposed   _____Embalmed

### LABORATORY TEST REQUESTS

_____HOLD: No testing is necessary at this time

**SCREENS:**

_____Alcohol
_____ELISA (stimulants)
_____ELISA (full screen)
_____Chemistries                    Expedite
_____Carboxyhemoglobin  ←
_____Acetaminophen
_____Acidic screen
_____Basic screen
_____TOF screen
_____GHB screen

**OUTSOURCED TESTS:**

_____Metabolic screen
_____Hb electrophoresis
_____T3, T4, TSH, FT4
_____HIV
_____Hepatitis A, B, C
_____Insulin and C-peptide
_____Hb a1c
_____Synthetic cannabinoids
_____Cyanide
_____Salicylates
_____Ethylene glycol
_____Other: _____

### SAMPLES SUBMITTED

**BLOOD TUBES:**
_____Autopsy/External
_____Procurement agency
_____Hospital

*Source*
_____Femoral
_____Heart
_____Aorta
_____Iliac
_____Subclavian
_____Clot
_____Other:_____
_____Other:_____

**SOLID TISSUE:**
_____Liver
_____Brain
_____Spleen
_____Muscle
_____Other:_____

**HEADSPACE VIALS:**
_____Room air vial
_____Blood
_____Lung
_____Adipose
_____Brain
_____Other:_____

**PANELS:**
_____Homicide panel              _____DFSA panel
_____Driver panel                _____Infant panel
_____WAW panel                   _____In custody panel

_____Drug quantitation in Stomach Contents is necessary

**OTHER FLUIDS:**
_____Vitreous Humor
_____Urine
_____Bile
_____Stomach Contents
_____Other:_____

**OTHER:**
_____
_____
_____
_____
_____

**OTHER SPECIFIED DRUGS OR TESTS:**

_____

_____

_____

_____

### CHAIN OF CUSTODY

Relinquished by:_____

                  Printed name                         Signature                    Date

Sealed bag received by:_____

                  Printed name                         Signature                    Date

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

000065



CONFIDENTIAL

Harris County Institute of Forensic Sciences

| Case Number: ML22-4153 | Decedent's Name: BRYAN JOHNSON | | |
|---|---|---|---|
| Examiner: BEYNON | | Date: 10/2/22 | Page: ___ of ___ |

**Body Cavities:**

Pericardial:

Right Pleural: SEV ADH    SEV FL

Left Pleural:

Peritoneal: R IN& HERN, FIBR, W/CECUM INSIDE & ISCH

**Organ Weights/Description:**

Brain: 1380

Heart: 810    TV: 13    PV: 8    MV: 11.8
AV: 8    LV: 1.5    S: 1.7    RV: 0.7
THICKENED COBBLESTONE
AORTA, V. THICK WHT FIRM
LES TISSUE ENCASING
AORT ROOT/ARCH/VALVE

Right Lung: 1440    SEV ANTH, ED, CONG,
Left Lung: 1090    V. FIRM

Liver: 2120    CONG, SOFT
Bile: 10

Spleen: 380
Endocrine:
Pancreas:
Right Kidney: 220    FGRAN
Left Kidney: 270
GI:
Gastric: 100 TANWHT PASTY PO'G
Appendix: Ø'ID'D
Bladder:
Urine: Ø

RCA STEN
WHT FIRM LES THRUOUT
LCx STEN
LAD STEN
ROOM

**Notes:**

Ø UDS PCARD

HILAR & THOR PERIAORT
LAD

Neck:

Genitalia:
Uterus, ovaries, fallopian tubes:

Testes, prostate:

Ribs: ANT B/L 2-7

Vertebrae:

Pelvis:

Extremities:

BRYAN JOHNSON [DIC]
PLAINTIFF [SPN 02315844]

Ex. 9 374

000066

# Verification Check List

Case No. __ 4L22-4153 __

**ALL FACTUAL INFORMATION SHOULD BE COMPARED WITH POSTMORTEM REPORT.**
**INFORMATION LISTED IN JUSTICE TRAX (JT)**

| Item | Description | RPD |
|---|---|---|
| | All case numbers should be referenced - Check to ensure case number is consistent on all pages. | |
| 1 | Date Check - Compare coversheet date with date of autopsy or external examination from page 2. Check for date of death on cover page to insure timeframe is correct. | ✓ |
| 2 | Name of decedent - Should be present and consistent on cover page and every page following, including headers. | ✓ |
| 3 | COD/MOD - Verify against JT. Check for compatibility of cause and manner of death. For ex. COD: hypertensive cardiovascular MANNER: Homicide. \*(This should raise a flag) | ✓✓✓ |
| 4 | Signatures - Fellows: A report prepared by a fellow requires two signatures; his/her own and supervising forensic pathologist. For homicide or undetermined MOD, a third signature is required from the Chief Medical Examiner or Deputy Chief Medical Examiner. Forensic Pathologist: A report prepared by the pathologist requires one signature-his/her own. For homicide or undetermined MOD, a second signature is required from the Chief Medical Examiner or Deputy Chief Medical. | ✓ |
| 5 | Examiner. | |
| 6 | Accuracy (if report is verified after it is signed) - Verify date signed by doctor. | 12/22/22 |
| 7 | Date of Death - On Page 2, Under History: Compare the DOD with the date of the autopsy/external examination also on page 2, for any discrepancies. | |
| 8 | Body Diagrams - If body diagrams are included, indicate the number of pages. If there are no diagrams enter 0. "DO NOT LEAVE BLANK." | |
| 9 | One Last Look - Take one last look at the entire report to ensure nothing obvious is outstanding with formatting, like exceptionally large spaces between paragraphs or words, unjustified paragraphs, etc. | |
| 10 | Verify Contents of Case Jacket - Go through entire contents of case jacket to verify that all contents belong with the case. | |

| ACTION: | Date: | MW  12/28/22 |
|---|---|---|

Any inconsistencies require you to contact the Transcription Leader or the Records Coordinator.

**TOXICOLOGY REPORT**

| Item | Description | RPD |
|---|---|---|
| 1 | Check to ensure a toxicology report is attached. | |
| 2 | Check to make sure case number and name match the autopsy/external examination. | |
| 3 | Check for the Records Stamp in the lower right-hand corner. | |
| 4 | Verify Toxicologist's signature and verify Pathologists initials. | |
| 5 | Check page numbering at the bottom right-hand corner to ensure that all pages are included. | |

| ACTION: | Date: | MW  12/26/27 |
|---|---|---|

(Revised 03-25-2013)