

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML22-1315

March 31, 2022

## ON THE BODY OF

Evan Lee

CAUSE OF DEATH:   Blunt head trauma with subdural hemorrhage

MANNER OF DEATH:   Homicide

DATE OF DEATH:   March 22, 2022

------------------------------------------        -----------------
Roger P. Milton Jr., M.D.                          MMDDYY
Assistant Medical Examiner

Reviewed by:

------------------------------------------        -----------------
Hannah C. Jarvis, MBBS                             MMDDYY
Assistant Deputy Chief Medical Examiner

Evan Lee
ML22-1315
-2-

## POSTMORTEM EXAMINATION ON THE BODY OF

Evan Lee

HISTORY:   This 31-year-old Black male was transported from the Baker Street Jail to Ben Taub General Hospital, Houston, Texas, arriving at 3:19 a.m. on March 18, 2022 with altered mental status.   He was subsequently pronounced dead at 5:40 p.m. on March 22, 2022.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Roger P. Milton Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 12:00 p.m. on March 31, 2022.

CLOTHING:   The body is received in a plastic body transport bag and is otherwise unclad.   The decedent's head is lying on a foam rubber pad.   Identifying morgue bands are on the left ankle and wrist.   An electronic morgue monitoring device is on the left ankle.

EVIDENCE OF MEDICAL INTERVENTION:   An endotracheal tube is in the mouth.   A nasogastric tube is in the right naris.   Intravascular catheters are in the anterosuperior right side of the chest, the right antecubital fossa, the anterolateral aspect of the right arm, the left antecubital fossa, and the bilateral inguinal regions.   A penile urethral catheter is in place, attached to a urine collection device containing 30 milliliters of clear yellow urine.   The left arm has a blood pressure cuff in place.   The eyelids are taped shut.   Multiple electrocardiogram electrodes are on the right and left sides of the back.   A bandage is on the sacral region.   The lateral left elbow region is bandaged.   A vertically oriented sutured incision on the anterior torso is consistent with organ recovery.   A rectal tube is in place containing 500 milliliters of watery brown fecal material.   An identifying hospital band is on the right wrist.   LifeGift blood and urine samples and a hospital blood sample in a white top tube accompany the body.

EXTERNAL APPEARANCE:   The body is that of a well-developed, well-nourished, Black male.   The decedent measures 66-1/2 inches in length and weighs 157 pounds, appearing compatible with the stated age of 31 years.   Rigor mortis is immobile in the extremities.   Livor mortis is fixing on the posterior surfaces of the body, except in areas exposed to pressure.

Evan Lee
ML22-1315
-3-

The head is symmetrical and covered with curly black hair measuring up to 1-1/2 inches in length on the top of the head with cornrows measuring up to 4 inches in length.   The irides are brown. Sparse, faint petechial hemorrhages are in the right and left palpebral conjunctivae.   There is mild scleral icterus.   The nose is symmetrical, without acute trauma.   The nasal skeleton and septum are palpably intact.   The ears are symmetrical, without acute trauma.   Punctate piercings are in the earlobes.   The lips and oral mucosal surfaces are atraumatic.   The frenula are intact.   There are no petechial hemorrhages of the oral mucosa.   The teeth are natural and in fair condition.   Facial hair consists of a beard and mustache.

The neck is symmetrical, without acute trauma.   A tattoo is on the left mastoid region.

The chest and abdomen are symmetrical, without palpable masses or apparent surgical scars.   The anterolateral left side of the chest has sparse curvilinear and horizontally oriented linear scars measuring 1/2 by 1/8 inch to 1-1/2 by 1/8 inch.   Sparse scars on the right side of the abdomen measure 1-1/2 by 1/8 inch and 1-1/4 by 1/16 inch.

The genitalia are those of a normally developed adult male with patchy drying of the skin of the scrotum and penis.

The lower extremities are symmetrical, without palpable edema.   There is mild to moderate well-healed scarring of the right and left lower extremities.   Tattoos are on the right and left legs.   The anterior distal left leg has a 1-1/2 by 3/8 inch cluster of 1/16 to 1/8 inch scabs.   The anterior left ankle has vertically oriented scabs measuring 1/8 by 1/16 inch and 1/4 by 1/16 inch.   The dorsal aspect of the left foot has sparse punctate scabs with green-purple ecchymosis.   The lateral left ankle has a 3/16 inch scab.   The lateral left heel region has a 5/8 by 3/8 inch red-purple ecchymosis, consistent with early pressure sore formation.   The lateral left heel region has a 1/4 by 1/16 inch scab.   The right ankle has sparse 1/4 by 1/32 inch to 3/8 by 1/16 inch scabs.

The upper extremities are symmetrical.   The anterior right forearm has a 2 by 1/2 inch cluster of confluent red ecchymosis with associated punctate scabs.   The distal dorsal right arm has a 5/8 by 3/16 inch scab.   The dorsal proximal right forearm has a 1-1/2 by 1/16 inch cluster of scabs.   The dorsal right wrist has sparse 1/8 to 3/16 inch scabs and a curvilinear 3/4 by up the 3/16 inch scab.   The cuticle adjacent to the right third fingernail has a 1/8 inch red-purple ecchymosis.   The anterior left forearm has a 6 by

Evan Lee
ML22-1315
-4-

1-1/4 inch cluster of confluent skin slippage and reddish-gray discoloration, consistent with ischemic changes.   The anterolateral left wrist has a 1-3/4 inch cluster of red-purple ecchymosis with punctate scabs.   The lateral left elbow region has a 5/8 by 3/16 inch cluster of scabs.   The proximal dorsomedial left forearm has a 2 by 1 inch purple contusion with two 1/16 by 1/8 inch scabs.   Linear scabs of the dorsomedial left arm measure 3/4 by 1/16 inch and 1-1/4 by 1/16 inch.   The left thumb and the distal aspect of the left second finger have dark reddish-purple discoloration, consistent with ischemic changes.   The dorsal aspect of the left third finger has a 1/16 inch scab.   The appropriate numbers of digits are on the hands.   The fingernails are atraumatic.

The back is symmetrical.   The sacral region has two 1-3/8 inch vertically oriented linear scabs.   The lateral right side of the back has a 6 by 2 inch cluster of punctate to 1-1/2 by 1/32 inch scabs.

INTERNAL EXAMINATION:   The soft tissue overlying the anterior aspects of the chest and abdomen is free of focal hemorrhages.   The abdominal fat layer at the level of the umbilicus measures 1 inch in maximum thickness.   The abdominal and thoracic cavities contain moderately abundant blood-tinged watery fluid, consistent with organ recovery. The peritoneal, serosal, and pleural surfaces are free of exudation.   Reflection of the skin and subcutaneous tissue of the back and the upper and lower extremities reveals no apparent focal soft tissue hemorrhages.

HEART:   The heart weighs 330 grams and has mild epicardial adipose tissue.   The epicardium is smooth, glistening, and intact.   The coronary arteries arise from the usual sites and are normally located over the surface of the heart.   The left anterior descending coronary artery has 99 percent eccentric luminal narrowing.   The right coronary artery has 95 percent eccentric luminal narrowing.   The circumflex coronary artery has 50 percent eccentric luminal narrowing.   There is mild calcification of the coronary vessels.   The myocardium is red-brown and firm, without focal lesions or fibrosis.   The free wall of the left ventricle and the interventricular septum measure 1.5 centimeters.   The free wall of the right ventricle measures 0.3 centimeter.   The cardiac chambers have the usual sizes and positional relationships.   The cardiac valve cusps and leaflets are normal in number and configuration.   The tricuspid valve measures 11 centimeters.   The pulmonic and aortic valves measure 6.5 centimeters and 6 centimeters, respectively.   The mitral valve measures 8.5 centimeters.   The cardiac

Evan Lee
ML22-1315
-5-

chambers have the usual sizes and positional relationships. The aorta has sparse intimal thickening along its length.

LUNGS: The right and left lungs each weigh 200 grams. The pleural surfaces have mild anthracotic pigment deposition. The lungs appear collapsed. The bronchi contain minimal blood-tinged fluid. The pink-tan bronchial mucosa is unremarkable. The pulmonary parenchyma has no apparent congestion or edema. The lower lobe of the right lung has a 5 by 4 by 3 centimeter region of patchy congestion. The pulmonary vasculature is free of thrombi or emboli.

LIVER: The liver is remotely absent due to organ recovery.

SPLEEN: The spleen weighs 120 grams. A segment of spleen is absent, consistent with organ recovery. The remaining splenic capsule is smooth and glistening. The remaining splenic parenchyma is red-brown, without focal lesions.

ADRENALS: The adrenal glands are remotely absent due to organ recovery. A small segment of unremarkable adrenal gland is in the left-sided adipose tissue of the abdomen. The segment is unremarkable, without cortical lesions or nodules. The red-brown medulla is unremarkable.

PANCREAS: A segment of pancreas remains in the abdominal cavity due to organ recovery. The segment is unremarkable, with a pale tan parenchyma, without apparent fibrosis or additional lesions.

GENITOURINARY TRACT: The kidneys are remotely absent due to organ recovery. The urinary bladder contains no urine. The pink-tan bladder mucosa is unremarkable. The prostate gland and testes are unremarkable.

GASTROINTESTINAL TRACT: The esophagus has a pink-tan to gray, smooth mucosa. The stomach contains 150 milliliters of green mucoid fluid. The tan gastric mucosa has preserved rugal folds. The pylorus is stapled, and a segment of small intestine is absent, due to organ recovery. The small and large intestines are otherwise unremarkable, without serosal exudation. The small and large intestines contain greenish to yellow-tan, mildly mucoid fluid, without foreign material. The small and

Evan Lee
ML22-1315
-6-

large intestinal mucosal surfaces are unremarkable.  The appendix is at its usual location at the tip of the cecum and is unremarkable.

BONES:  The central sternum is separated, consistent with organ recovery.  The axial and appendicular skeletons are otherwise intact.

NECK:  The strap musculature of the anterior aspect of the neck is reflected in a layered fashion and is free of focal hemorrhages.   The hyoid bone, thyroid and cricoid cartilages are intact and unremarkable.  The tongue is free of intramuscular hemorrhages.  The laryngeal mucosa is pink-tan, without petechial hemorrhages or edema.  The upper airway is widely patent.  The thyroid gland has a firm, red-brown, homogeneous parenchyma, without focal lesions.   The cervical spine is intact, without subluxations or fractures.   The paraspinal musculature is unremarkable.

HEAD:  There are no scalp or subgaleal hemorrhages.  The calvarium is free of fractures.  The brain weighs 1600 grams.  There is marked gyral flattening and narrowing of the sulci, with uncal notching and cerebellar tonsillar coning.  The vessels at the base of the brain are intact and widely patent.  The left cerebral hemisphere has patchy surrounding liquid and clotted subdural hemorrhage measuring approximately 75 milliliters.  There is minimal patchy subdural hemorrhage surrounding the right cerebral convexity, measuring approximately 5 milliliters.  The brain is submitted for neuropathological evaluation; see attached Report of Neuropathology Consultation. The basilar skull is free of fractures.   The atlanto-occipital articulation is stable.

TOXICOLOGY:   LifeGift blood and urine samples, a hospital blood sample, vitreous humor, urine, and stomach contents are submitted.

HISTOLOGY:  Portions of tissues are retained in formalin and submitted in histology cassettes as follows:   A and B – Heart; C – Right lung; D – Left lung.

                    WAGNER 000479

Evan Lee
ML22-1315
-7-

## PATHOLOGICAL FINDINGS

I.  Blunt head trauma with subdural hemorrhage (see attached Report of
    Neuropathology Consultation)
    A.  Seventy-five milliliters of liquid and clotted blood surrounding the left cerebral
        hemisphere (base and convexity)
    B.  Minimal right cerebral convexity subdural hemorrhage, approximately 5
        milliliters
    C.  Cerebral edema with bilateral uncal and tonsillar herniation
        1.  Left occipital cortical infarct associated with left uncal herniation
        2.  Duret's hemorrhages (midbrain and pons)
    D.  Delayed death (approximately 4.5 days) with organ recovery
        1.  Focal pulmonary infarct (right lower lobe)
II.  Right occipital artery/transverse sinus fistula (no evidence of significant
    hemorrhage)
III. Atherosclerotic and hypertensive cardiovascular disease
    A.  99 percent luminal narrowing of the left anterior descending coronary artery
    B.  95 percent luminal narrowing of the right coronary artery
    C.  50 percent luminal narrowing of the circumflex coronary artery
    D.  Clinical history of hypertension
    E.  Hypertensive cerebral arteriopathy, mild (see attached Report of Neuropathology
        Consultation)
IV. Diabetes mellitus, clinical history
V.  History of schizophrenia and bipolar disorder

Evan Lee
ML22-1315
-8-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054


Roger P. Milton Jr., M.D.                                    ML22-1315
Assistant Medical Examiner


### MICROSCOPIC EXAMINATION

HEART - Myocyte hypertrophy; patchy myocyte hypereosinophilia; mild to moderate perivascular fibrosis; mild, patchy interstitial fibrosis; severe coronary atherosclerosis

LUNGS - Patchy congestion; patchy to confluent atelectasis with patchy abundant intra-alveolar macrophages and sparse, patchy intra-alveolar fibrin; focal pulmonary infarct (right lower lobe)

## Harris County Institute of Forensic Sciences

| Case Number: 22 - 1315 | | Page: 1 of 1 |
|---|---|---|
| Decedent's Name: Evan Lee | Length: 66.5 | Weight: 157 |
| Examiner: RAMichaelos | Date: 3/31/22 | Time: 12:00p |



| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

Ex. 10 009

WAGNER 000482

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

**May 23, 2022**

**LABORATORY NUMBER: ML22-1315**

**SERVICE REQUEST: 0001**



---

**Deceased: EVAN LEE**

---

**Submitted By:**                                    **Submission Date:** March 31, 2022

Roger Milton, Jr., M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

---

## _RESULTS:_

### 001-A - Blood (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | A. Greenwood |
| Acetone | None Detected | Headspace GC/FID | A. Greenwood |
| Isopropanol | None Detected | Headspace GC/FID | A. Greenwood |
| Methanol | None Detected | Headspace GC/FID | A. Greenwood |
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Alfentanil | None Detected | LC/MS/MS | F. Chavez |
| Butyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Carfentanil | None Detected | LC/MS/MS | F. Chavez |
| Cyclopropyl/Crotonyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluorofentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluoroisobutyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Furanyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Methoxyacetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Norcarfentanil | None Detected | LC/MS/MS | F. Chavez |
| Norfentanyl | None Detected | LC/MS/MS | F. Chavez |

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Ex. 10 010                                    WAGNER 000483

**LABORATORY NUMBER: ML22-1315**        **DATE: May 23, 2022**
**SERVICE REQUEST: 0001**

### 001-A - Blood (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Sufentanil | None Detected | LC/MS/MS | F. Chavez |
| U-47700 | None Detected | LC/MS/MS | F. Chavez |
| U-48800 | None Detected | LC/MS/MS | F. Chavez |
| U-49900 | None Detected | LC/MS/MS | F. Chavez |
| Valeryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |

### 001-K-01 - Sonicated Clot

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | A. Greenwood |
| Acetone | None Detected | Headspace GC/FID | A. Greenwood |
| Isopropanol | None Detected | Headspace GC/FID | A. Greenwood |
| Methanol | None Detected | Headspace GC/FID | A. Greenwood |
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Acryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Alfentanil | None Detected | LC/MS/MS | F. Chavez |
| Butyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Carfentanil | None Detected | LC/MS/MS | F. Chavez |
| Cyclopropyl/Crotonyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluorofentanyl | None Detected | LC/MS/MS | F. Chavez |
| Fluoroisobutyryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Furanyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Methoxyacetyl Fentanyl | None Detected | LC/MS/MS | F. Chavez |
| Norcarfentanil | None Detected | LC/MS/MS | F. Chavez |
| Norfentanyl | None Detected | LC/MS/MS | F. Chavez |
| Sufentanil | None Detected | LC/MS/MS | F. Chavez |
| U-47700 | None Detected | LC/MS/MS | F. Chavez |
| U-48800 | None Detected | LC/MS/MS | F. Chavez |
| U-49900 | None Detected | LC/MS/MS | F. Chavez |
| Valeryl Fentanyl | None Detected | LC/MS/MS | F. Chavez |

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

Medical Examiner's Initials and Date _____

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

**Ex. 10 011**        **WAGNER 000484**

**LABORATORY NUMBER: ML22-1315**                    **DATE:** May 23, 2022
**SERVICE REQUEST: 0001**

INSTITUTE OF FORENSIC SCIENCES

MAY **2 3** REC'D

RECEIVED
RECORDS CUSTODIAN

Linda Alvarado, B.S., C(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2 / Specialist
May 23, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
May 23, 2022

Medical Examiner's Initials and Date _____

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

Ex. 10 012                                        WAGNER 000485

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Kent Heck, M.D.                                                    ML22-1315
Forensic Neuropathologist


REPORT OF NEUROPATHOLOGY CONSULTATION
------------------------------------------------------------------------

CASE NUMBER:            ML22-1315
NAME:                   Evan Lee
PATHOLOGIST:            Roger P. Milton Jr., M.D.
ANALYSIS COMPLETED:     4/20/22
------------------------------------------------------------------------

GROSS EXAMINATION:  After fixation in 20 percent formalin, the brain weighs 1565.9 grams with dura attached.  The inner surface of the left dural leaf was covered by hematoma that measures 14.7 by 0.1 centimeter.  There is right dusky discoloration of the right dural leaf.  The superior sagittal sinus is thrombosed throughout its extent and into draining sinuses.  The underlying leptomeninges are gray, mildly fibrotic and discolored, consistent with leptomeningeal fibrosis.  This results in a semi translucent appearance and cloudiness, but no exudates or hemorrhages are seen within the subarachnoid space.  There is underlying diffuse cerebral edema characterized by severe flattening of cerebral gyri and obliteration secondary to compression of sulci. There is bilateral uncal herniation and tonsillar herniation.  The brain is dusky brown throughout.  The occipital poles have hemorrhages along bilateral tips.  No definite contusions are seen elsewhere.  A region of vascular ectasia is seen within the tentorial dura that measures approximately 0.4 centimeters in diameter and has thromboses present.  It lies along the inferior occipital surface on the right.   The cranial nerves are intact.  The circle of Willis is intact without aneurysms, thromboses, or malformations present.  The brainstem and cerebellum are diffusely swollen, but appropriately sized in relation to cerebral hemispheres.   The spinal cord is not examined.

Multiple coronal sections reveal a diffusely swollen and mildly thickened cerebral cortex, which has a blurry margin between the underlying centrum ovale and subcortical white matter.  The corpus callosum is disrupted centrally.  The centrum ovale is severely swollen and compresses slit-like ventricles which are otherwise unobstructed.  The deep gray nuclei including basal ganglia, thalami, and hippocampi are symmetric, diffusely swollen and are under fixated as compared to the surrounding brain.  There is some central friability of the deep gray nuclei but they are otherwise intact.   No

Evan Lee
Report of Neuropathology Consultation
ML22-1315
-2-

intraparenchymal hemorrhages are noted. The septum is midline and appropriately formed. Axial sections of brainstem confirm anteroposterior elongation of the mid brain with a slit-like anteroposterior deformation of the cerebral aqueduct. It is patent and leads into the fourth ventricle, which is normally sized and lined by smooth glistening ependyma. The brainstem is otherwise ruddy and discolored brown-gray. Duret's hemorrhages are noted within the midbrain and upper pons and are linearly and transversely oriented. The cranial nerve nuclei are intact. The substantia nigra and locus coerulei are normally pigmented. The cerebral peduncles and pyramidal system are of normal calibers and symmetric throughout. There is normal placement of cranial nerve nuclei. Sagittal and parasagittal sections of the cerebellum confirm a dusky discoloration of the cerebellar cortex. It is well demarcated from underlying cerebellar white matter which is gray-white and discolored. No focal infarcts or hemorrhages are noted. The dentate nuclei are normally formed.

H&E stained sections:
- X1. Right tentorial dural fistula and superior sagittal sinus
- X2. Left dural leaf
- X3. Left frontal cortex
- X4. Left cingulate gyrus
- X5. Left temporal lobe
- X6. Right hippocampus
- X7. Right basal ganglia
- X8. Left cerebellar hemisphere
- X9. Pons
- X10. Left visual cortex

MICROSCOPIC DESCRIPTION: The dural fistula has peripheral granulation tissue that is richly neovascularized, and more central fibrin is present that is severely stenosing. The left dural is lined with blood clot and minimal fibrin along its inner surface. No organizational changes are noted. Each section of gray matter confirms near complete neuronal necrosis with some parenchymal fibrinoid necrosis and neutrophil margination. A few intravascular fibrin thrombi are concomitant. Small amounts of neutrophilic inflammation reside in the overlying subarachnoid space suprajacent to the regions of acute infarction of cortex. There is complete neuronal necrosis of the stratum pyramidale of the hippocampus, with extension of necrosis into the subiculum and

Evan Lee
Report of Neuropathology Consultation
ML22-1315
-3-

entorhinal cortex. Vacuolation of the subcortical white matter is an accompaniment. Purkinje neuronal necrosis is widespread as well. Acute extravasation of blood into Virchow-Robin spaces, as well as the pontine parenchyma is mostly in the posterior basis pontis and tegmentum. The visual cortex contains acute neuronal necrosis. The underlying subcortical and periventricular white matter are severely edematous, rarefied and fragmented. There is mild hyaline thickening of the arteries and arterioles of the leptomeninges and intraparenchymal basal ganglia vessels.

DIAGNOSES:
1. Acute left dural hematoma
2. Extensive global hypoxic/ischemic brain injury
3. Severe diffuse cerebral edema with bilateral uncal and tonsillar herniation
4. Superior sagittal sinus and right dural fistula organizing fibrin thrombosis
5. Severe acute left visual cortical infarction, secondary to posterior cerebral artery compression during left uncal herniation
6. Mild cerebral arterial and arteriolar hyaline thickening, consistent with hypertensive cerebral arteriopathy

COMMENT: The left acute subdural hematoma is anatomically unrelated to the right dural fistula. The left subdural hematoma is acute without organizational changes. Therefore, it is unlikely to have arisen a week or more prior to death.

5/4/22
MMDDYY

Kent Heck, M.D.
Forensic Neuropathologist



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML23-2638

July 3, 2023

## ON THE BODY OF

Ramon Akeno Warren Thomas

CAUSE OF DEATH: Sudden death associated with cardiac hypertrophy

MANNER OF DEATH: Natural

DATE OF DEATH:  July 1, 2023

_____     12-04-23

Rafael A. Garcia, M.D.                                **MMDDYY**
Assistant Medical Examiner

Ramon Akeno Warren Thomas
ML23-2638
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Ramon Akeno Warren Thomas

HISTORY: This 30-year-old Black man was transported to the Ben Taub General Hospital, and was pronounced dead on July 1, 2023 at 10:44 p.m. Identification is confirmed via fingerprint comparison.

Per investigative information, the decedent was incarcerated and had been in the Harris County Jail since April 19, 2023.   Reportedly on the morning of July 1, 2023, the decedent's mother received a phone call from the decedent who was asking her to send him and another inmate money, which was not a usual behavior.  The decedent was in a cell with approximately six (6) other male inmates.  The same day at approximately 9:35 p.m., an inmate called out for a guard due to the decedent being witnessed to have seizure-like activity while laying in his bunk.  The decedent was moved from the top bunk to the floor, and then transported to the jail clinic, where 911 was called at 9:45 p.m. CPR was initiated and the decedent was transported to the hospital with CPR in progress.  Despite resuscitative measures, death was pronounced approximately four (4) minutes after hospital arrival (anamnestic).

AUTOPSY: The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Rafael A. Garcia, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at approximately 10:00 a.m. on July 3, 2023.

CLOTHING AND PERSONAL EFFECTS: When first viewed, the decedent is unclad. Accompanying the body is one orange jumpsuit composed of one short-sleeved top and one pair of pants (each exhibiting the printed black inscription "L COUNTY JAIL"), and one pair of orange boxer underwear exhibiting the printed black inscription "L."  The jumpsuit and the underwear have been previously cut open on their frontal aspects (consistent with EMS artifacts).   The clothing items are photographed.

EXTERNAL APPEARANCE: The body is that of a well-developed, overweight, 196 pound, 70 inch (body mass index: 28.1 kg/m²) adult Black man, whose appearance is consistent with the given age of 30 years.  The curly black scalp hair is short measuring up to approximately 1-1/2 inches.   The black mustache and beard are short measuring up to approximately 1 inch.  There are no palpable facial fractures.  The eyes have brown

WAGNER 001375

Ramon Akeno Warren Thomas
ML23-2638
-3-

irides; the conjunctivae are free of petechiae, hemorrhage or jaundice. The oral cavity has natural teeth in good condition, and is atraumatic. A small irregular area of skin hyperpigmentation is on the glabella.

The torso and extremities are normally developed and symmetrical. The abdomen is slightly protuberant. A small area of irregular skin hyperpigmentation measuring less than 1/4 inch is on the left epigastrium. The extremities are free of scars overlying subcutaneous veins. The atraumatic fingernails are short (at the level of the fingertips). The atraumatic external genitalia are that of an adult uncircumcised man. The testes are descended and free of palpable masses. The anus is unremarkable.

There are no discernible tattoos.

Harris County Medical Examiner morgue identification bands are around the distal left forearm and the left ankle. A blue medical examiner morgue tracking device encircles the left great toe. A white-blue hospital band is around the left wrist, and a yellow tag is attached to the left great toe; each have the decedent's identifying information including name, date of birth, and medical record number (# 079943533). A red "ALLERGY ALERT" bracelet is around the left forearm. In addition, a white jail identification band is around the distal right forearm.

SCARS:
- A small circular, hyperpigmented and slightly hypertrophic scar, and another irregular and slightly hypertrophic scar are on the left abdominal flank (measuring up to approximately 9/16 inch).
- An 11/16 inch irregular hypopigmented scar is on the dorsal-ulnar aspect of the right hand; and a 3/8 to 7/16 inch irregular and slightly hypertrophic scar is on the right 5th knuckle.
- A 3/8 inch oblique linear scar is on the dorsal aspect of the left hand (just proximal to the 3rd knuckle).
- A 2-1/4 inch near horizontal and roughly fusiform scar involves the anterior and lateral aspects of the right knee.
- Two irregular and hypopigmented scars involve the inferior aspect of the left knee and the lateral aspect of the proximal-mid left leg (measuring up to 1-1/8 inches).



WAGNER 001376

Ramon Akeno Warren Thomas
ML23-2638
-4-

EVIDENCE OF THERAPEUTIC INTERVENTION: Extending from the mouth is an endotracheal tube strapped in place; defibrillator pads (2) are attached to the skin of the right upper chest and the lateral left lower chest; a white-blue blood pressure cuff device is in place wrapped around the distal aspect of the left arm; intravascular catheters (2) are on the dorsal aspect of the right wrist and the left antecubital fossa; and attached to the ulnar aspect of the left hand is a pulse oximeter device.

A 5 inch patterned area with circular and concentric red-purple marks (ecchymoses) associated with one small orange-brown abrasion measuring less than 1 inch involves the central-inferior and right lower aspects of the chest. Internally, there are fractures of bilateral ribs associated with minimal hemorrhage of the surrounding soft tissues (right anterior rib 3 and left anterior ribs 2 and 4; consistent with status post resuscitative efforts).

POSTMORTEM CHANGES: There is moderate symmetrical rigor mortis of the upper and lower extremities, neck and jaw. Livor mortis is red-purple, unfixed and posterior, sparing pressure points. The body is cold subsequent to refrigeration.

There are no discernible injuries.

INTERNAL EXAMINATION:
BODY CAVITIES: The organs are in their normal situs. The pleural, pericardial and peritoneal cavities contain no abnormal fluid accumulations or adhesions.

HEAD (CENTRAL NERVOUS SYSTEM): The scalp has no contusion. The skull has no fracture. There is no epidural, subdural or subarachnoid hemorrhages. The brain weighs 1445 grams, and is normal in size and shape. When first viewed, the cerebral hemispheres have moderate flattening of the gyri and narrowing of the sulci. The brain and dura are formalin fixed prior to neuropathologic examination (see separate Report of Neuropathology Consultation).

NECK: The cervical vertebrae, hyoid bone, tracheal and laryngeal cartilages, and paratracheal soft tissues are free of trauma. Layer wise examination of the anterior neck strap muscles reveal no focal hemorrhages. The upper airway is patent. The tongue is unremarkable. A posterior neck dissection is negative for trauma.

WAGNER 001377

Ramon Akeno Warren Thomas
ML23-2638
-5-

CARDIOVASCULAR SYSTEM: The heart weighs 420 grams, and has a normal distribution of right dominant coronary arteries with up to approximately 20-30 percent atherosclerotic stenosis of the proximal left anterior descending artery.   The left circumflex and right coronary arteries are patent.   There are no recent thrombi.   The myocardium is homogeneous, dark red and firm, and is free of hemorrhage or softening. There is slight to moderate right ventricular dilatation.   The left ventricular wall and the interventricular septum measure up to 1.4 to 1.5 centimeters; and the right ventricular wall measures up to 0.3 to 0.4 centimeter in thickness.   The endocardial surfaces and four cardiac valves are unremarkable and free of vegetations or thrombi.   The following circumferential valve measurements are obtained: tricuspid valve: 10.0 centimeters; pulmonic valve: 6.5 centimeters; mitral valve: 10.2 centimeters; aortic valve: 6.2 centimeters.   The aorta has no atherosclerosis.   The venae cavae and pulmonary arteries have no thrombus or embolus. *Note: Gross photographs of the heart and the area of focal coronary artery atherosclerosis are reviewed in consultation with Dr. L. Maximilian Buja, Cardiovascular Pathology consultant for the Harris County Institute of Forensic Sciences.*

RESPIRATORY SYSTEM: The right lung weighs 840 grams; the left lung weighs 1010 grams.   The parenchyma is congested with a slight amount of frothy white fluid exuding from the cut surfaces, and is free of masses, consolidation, or focal lesions.   The bronchial tree and vasculature are unremarkable and free of obstruction or thrombi.

LIVER, GALLBLADDER, AND PANCREAS: The liver weighs 1610 grams, and has an intact capsule.   The parenchyma is brown, and is free of focal lesions or nodularity.   The gallbladder contains approximately 5 milliliters of dark green bile fluid without gallstones.   The pancreas is unremarkable in lobulation, color and texture.

SPLEEN AND LYMPHATIC SYSTEM: The spleen weighs 165 grams, and has an intact capsule.   The color and consistency of the red and white pulp are unremarkable.   There are no enlarged lymph nodes.   The bone marrow, where viewed, is unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are each normal in color, size and consistency.

GENITOURINARY SYSTEM: The right kidney weighs 170 grams; the left kidney weighs 205 grams.   Each kidney has a smooth red-brown subcapsular surface with an

WAGNER 001378

Ramon Akeno Warren Thomas
ML23–2638
–6–

unremarkable architecture and vasculature. The ureters maintain uniform caliber into a bladder containing 20 milliliters of clear yellow urine. The prostate gland is not enlarged. The testes are unremarkable.

GASTROINTESTINAL SYSTEM: The esophagus and gastroesophageal junction are unremarkable. The stomach contains approximately 200 milliliters of a pasty, brown–tan–white, partially digested and unrecognizable food material. No pills or capsules are visible in the gastric contents or within the intestinal lumens. The gastric mucosa has no focal lesions. The serosal surfaces of the small and large intestines are smooth and glistening. The vermiform appendix is present and unremarkable.

MUSCULOSKELETAL SYSTEM: The vertebrae, clavicles, sternum, and pelvis are free of fracture. The musculature, where viewed, is normal in distribution and appearance. The cervical spinal column is stable on internal palpation. Subcutaneous dissection of the torso and the extremities reveal a focal area of hemorrhage on the left antecubital fossa (consistent with the ecchymosis associated with the intravascular line previously described on this location).

RADIOLOGY: Postmortem radiographs of the entire body are taken and retained. No projectiles are visible on the x–rays.

TOXICOLOGY: Samples retained are liver, stomach contents, bile, urine, vitreous fluid and blood. A urine drug screen performed at the time of autopsy appears negative (including a negative fentanyl screen).

HISTOLOGY: Representative samples of heart, lungs, liver, spleen and kidney are submitted for microscopic examination.

WAGNER 001379

Ramon Akeno Warren Thomas
ML23–2638
–7–

### PATHOLOGICAL FINDINGS

I.  **Sudden death associated with cardiac hypertrophy (see COMMENT below)**
    A.  Slight cardiac biventricular hypertrophy (left ventricle and interventricular septum: 1.4 to 1.5 centimeters; right ventricle: 0.3 to 0.4 centimeter) associated with slight to moderate right ventricular dilatation (heart weight: 420 grams)
    B.  Myocardium with multifocal areas of hypertrophy of the cardiac myocytes (moderate to marked) associated with slight increase of perivascular and interstitial fibrosis, and a focal small area with apparent replacement fibrosis
    C.  See microscopic examination below

II.  **Additional findings**
    A.  Autopsy findings:
        1.  Overweight (body mass index: 28.1 kg/m²)
        2.  Focal coronary artery atherosclerosis, slight (proximal left anterior descending artery; up to 20–30 percent stenosis)
        3.  Pulmonary congestion and edema
        4.  Cerebral edema, moderate (1445 grams)
        5.  Healed central pontine myelinolysis
          a.  See separate Report of Neuropathology Consultation
        6.  Status post terminal resuscitative efforts (CPR) with few bilateral anterior rib fractures
    B.  History of schizoaffective disorder, bipolar type (see COMMENT below)
    C.  History of substance abuse (see COMMENT below)
        1.  History of ethanol use
        2.  History of polysubstance abuse (including cocaine, ecstasy [3,4–methylenedioxymethamphetamine; MDMA], opiates, marijuana and synthetic cannabinoids)
        3.  History of substance–induced mood/psychotic disorder
        4.  Postmortem toxicology negative for the illicit drugs tested (including fentanyl and a synthetic cannabinoid panel)
        5.  See separate HCIFS and NMS toxicology reports



WAGNER 001380

Ramon Akeno Warren Thomas
ML23-2638
-8-


COMMENT: The decedent was witnessed to exhibit seizure-like activity terminally, however, he does not have a history of seizures or epilepsy. At autopsy, the heart has features of hypertensive cardiomyopathy characterized by the presence of slight gross biventricular hypertrophy and, microscopically, presence of enlargement of the cardiac myocyte nuclei, slight increased perivascular and interstitial fibrosis, and a focal small area of apparent replacement fibrosis. Hypertensive cardiomyopathy can present as sudden cardiac death via abnormal heart rhythm (dysrhythmia/arrhythmia).

The decedent has a history of illicit drug use and schizoaffective disorder (bipolar type). The postmortem toxicology was negative for the illicit drugs tested (including common drugs of abuse, fentanyl, and a synthetic cannabinoid panel). Chronic use of stimulant drugs (e.g. cocaine and amphetamine derivatives) is associated with cardiac hypertrophy that may provide a substrate facilitating the development of myocardial ischemia and/or arrhythmias. In addition, sudden cardiac death is a significant cause for increased mortality in people with schizophrenia and schizoaffective disorders.

This case was discussed at the HCIFS Quality Assurance (QA) and Peer Review Conference on November 17, 2023.

WAGNER 001381

Ramon Akeno Warren Thomas

ML23-2638

-9-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 OLD SPANISH TRAIL

HOUSTON, TEXAS 77054


Rafael A. Garcia, M.D.                                                    ML23-2638

Assistant Medical Examiner


### MICROSCOPIC EXAMINATION

Summary: 18 H&E-stained slides are examined: A: heart; B: right lung; C: left lung; D: liver, kidney; E: brain

HEART (A, D, and G through L): A total of 16 sections of myocardium are examined (including sections of right and left ventricles and the interventricular septum). There are multifocal areas with moderate to marked hypertrophy of the cardiac myocytes, and there is focal slight increased perivascular and interstitial fibrosis. In addition, there is a focal small area of apparent replacement fibrosis. There are no intra-myocardial acute or chronic inflammatory cell aggregates. There is no apparent myocardial disarray. *Note: Photomicrographs of the myocardium are reviewed in consultation with Dr. L. Maximilian Buja, Cardiovascular Pathology consultant for the Harris County Institute of Forensic Sciences.*

LUNG (B, C): Vascular congestion of the alveolar walls. There is diffuse intra-alveolar extravasation of red blood cells. Focal intra-alveolar edema. Focal slight anthracotic pigment deposition. Multifocal areas with dilatation of the alveolar spaces. There is no acute pneumonia.

LIVER (E): Sinusoidal congestion. There is no steatosis or bridging fibrosis.

SPLEEN (E): Congestion. Thickening of the arteries.

KIDNEY (F): There is slight to moderate thickening of the arteries.

WAGNER 001382



| Harris County Institute of Forensic Sciences | | |
|---|---|---|
| Case Number: ML23-2638 | | Page:     of |
| Decedent's Name: Ramon Alano Worrod Thomas | Length: 70" | Weight: 196 lbs |
| Examiner: Ronronia | Date: 7/3/23 | Time: 10:00 AM |



Curly black scalp hair
short
Black w/ + b
Br irides
Not feet

scar

ET tube strapped
in place

Defib
pads

potassium
marks

BP cuff

IV

Slprot

RFID oblong
bracelet

HCIFS
white-blue
hosp

white
hosp band

umbx

IV

attaching
pulse ox
device

scar

Clothing:
orange jumpsuit
cut open
orange boxer
underwear

HCIFS

Blue
track

yellow
tape

| Section: Pathology | Authorized by: Deputy Chief Medical Examiner |
|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT-1 |
| Rev.: 1 | Rev. date: 1/23/23 |

WAGNER 001383

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

### July 19, 2023

**LABORATORY NUMBER: ML23-2638**

**SERVICE REQUEST: 0001**



---

**Deceased: RAMON AKENO WARREN THOMAS**

---

**Pathologist:**

Rafael Garcia, M.D.

Assistant Medical Examiner

Harris County Institute of Forensic Sciences

1861 Old Spanish Trail

Houston, TX 77054

---

## *SUBMISSION INFORMATION:*

**On 07/03/2023  the following items were received from Rafael Garcia, M.D.:**

001 - Plastic Bag

001-A - Blood (femoral, screw cap)

001-B - Blood (heart, screw cap)

001-C - Blood (femoral, red top)

001-D - Blood (femoral, lavender top)

001-E - Vitreous Humor (red top)

001-F - Urine (red top)

001-G - Bile (red top)

001-H - Stomach contents (jar)

001-I - Liver (jar)

---

## *ANALYSIS DATES:*     07/05/2023 - 07/14/2023

---

## *RESULTS:*

**001-A - Blood (femoral, screw cap)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | K. Watson |
| Acetone | None Detected | Headspace GC/FID | K. Watson |
| Isopropanol | None Detected | Headspace GC/FID | K. Watson |
| Methanol | None Detected | Headspace GC/FID | K. Watson |

**001-B - Blood (heart, screw cap)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | A. Holguin |
| Fentanyl | None Detected | Immunoassay - ELISA | A. Holguin |

Medical Examiner's Initials and Date  _RPG_  7/19/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.

Refer to certificate and scope of accreditation FT-0076.



**LABORATORY NUMBER: ML23-2638**          **DATE: July 19, 2023**
**SERVICE REQUEST: 0001**

| 001-B - Blood (heart, screw cap) | | | |

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Methadone | None Detected | Immunoassay - ELISA | A. Holguin |
| Oxycodone | None Detected | Immunoassay - ELISA | A. Holguin |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Holguin |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | A. Holguin |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | A. Holguin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Holguin |
| Benzodiazepines | None Detected | Immunoassay - ELISA | A. Holguin |
| Opiates | None Detected | Immunoassay - ELISA | A. Holguin |
| Cannabinoids | None Detected | Immunoassay - ELISA | A. Holguin |

Only those items listed in the results section were tested.

OUTSOURCED TESTING

Blood (heart) was sent to NMS Labs on 07/06/23 for synthetic cannabinoids analysis.

The results will be delivered directly to the case pathologist.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCES

JUL 1 9 REC'D

RECORDS DIVISION

Joshua Sandoval, B.S.
Case Reviewer
Toxicologist I
July 18, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
July 19, 2023

Medical Examiner's Initials and Date ___RAG 7/19/03___

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

JCS



**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**    07/13/2023 14:34

| | |
|---|---|
| **Patient Name** | THOMAS, RAMON |
| **Patient ID** | ML23-2638 |
| **Chain** | NMSCP272883 |
| **DOB** | 08/07/1992 |
| **Sex** | Male |
| **Workorder** | 23261311 |

To:    98574
Harris County Institute of Forensic Sciences
Attn: Toxicology Department
1861 Old Spanish Trail
Houston, TX  77054

**Page 1 of 2**

### Positive Findings:

| None Detected |
|:---:|

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 9560B | Synthetic Cannabinoids Screen, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Plastic Tube | 3 mL | Not Given | Heart Blood | ML23-2638 |

All sample volumes/weights are approximations.
Specimens received on 07/07/2023.

*RAG 7/14/23*

NMS v.26.0

WAGNER 001386



| | | |
|---|---|---|
| **CONFIDENTIAL** | **Workorder** | 23261311 |
| | **Chain** | NMSCP272883 |
| | **Patient ID** | ML23-2638 |

**Page 2 of 2**

**Detailed Findings:**

Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 23261311 was electronically
signed on 07/13/2023 13:20 by:

Sharana D. Cook, M.S.
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 9560B - Synthetic Cannabinoids Screen, Blood - Heart Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 4-fluoro-BINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | ADMB-CHMINACA | 0.10 ng/mL |
| 4-fluoro-MDMB-BINACA | 0.10 ng/mL | ADMB-FUBINACA | 1.0 ng/mL |
| 5-fluoro-MDMB-PICA / 5-fluoro-EMB-PICA | 0.10 ng/mL | APP-BINACA | 0.10 ng/mL |
| 5-fluoro-MDMB-PINACA / 5-fluoro-EMB-PINACA | 0.20 ng/mL | FUBINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PICA 3,3-dimethylbutanoic acid | 5.0 ng/mL | FUBINACA 3-methylbutanoic acid | 5.0 ng/mL |
| 5-fluoro-PINACA 3,3-dimethylbutanoic acid | 5.0 ng/mL | MDMB-4en-PINACA | 0.10 ng/mL |
| 5-fluoro-PINACA 3-methylbutanoic acid | 5.0 ng/mL | MMB-FUBINACA | 0.10 ng/mL |

INSTITUTE OF FORENSIC SCIENCES

JUL 1 4 REC'D

REVIEWED
RECORDED CONCLUSION

RAG 7/14/23

NMS v.26.0

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Kent Heck, M.D.                                                                    ML23-2638
Forensic Neuropathologist

### REPORT OF NEUROPATHOLOGY CONSULTATION

--------------------------------------------------------------------------------
CASE NUMBER:            ML23-2638
NAME:                   Ramon Akeno Warren Thomas
PATHOLOGIST:            Rafael A. Garcia, M.D.
ANALYSIS COMPLETED:     7/27/23
--------------------------------------------------------------------------------

GROSS EXAMINATION:  After fixation in 20 percent formalin, the brain weighs 1332.4 grams.  The dura is unremarkable without exudates or hemorrhage along its inner or outer surfaces.  The superior sagittal sinus and its draining tributaries are patent without thrombi.  There is a mild degree of diffuse parasagittal cerebral convexity leptomeningeal fibrosis present, but no exudates or hemorrhage are present within the subarachnoid space.   The underlying gyri are normally formed, symmetrical and without atrophy or swelling.   The cranial nerves are intact.   Circle of Willis is without atherosclerosis, thrombi, aneurysms, or malformations.   There is no evidence of uncal or tonsillar herniation.   The brainstem and cerebellum are of an appropriate size in relation to cerebral hemispheres.   The spinal cord and pituitary were not submitted for evaluation.

Multiple coronal sections reveal a continuous cortical ribbon which is well demarcated from the underlying centrum ovale.  The ventricles are slit-like, normally formed and patent throughout.  The centrum ovale is of normal caliber and without lesions or hemorrhage.  The corpus callosum is intact without distortion and is continuous from one hemisphere to the next.   The septum pellucidum is midline without cavum, fenestration, or disruption.  The fornices are of normal calibers.  Basal ganglia and thalami are symmetric, normally formed without discoloration, cavitations, or hemorrhages.   The hippocampi are normally rotated and formed without atrophy, hemorrhage, or cavitation.   Axial sections of brainstem confirm a rounded open cerebral aqueduct continuous into the fourth ventricle lined by smooth glistening ependyma.   The pyramidal structures are symmetric, normally formed and appropriately myelinated.   The brainstem nuclei are appropriately placed and formed, and there is adequate pigmentation of the substantia nigra and locus coeruleus. Sagittal and parasagittal sections of the cerebellum confirm normal arborization of the cerebellar vermis and hemispheres.   There is distinct demarcation between cerebellar cortex and underlying cerebellar white matter.   The dentate nuclei are centrally placed, undulatory and normally formed.

**Ex. 10 030**

WAGNER 001388

Ramon Akeno Warren Thomas
Report of Neuropathology Consultation
ML23–2638
–2–

**H&E stained sections:**
- X1. Right amygdala
- X2. Left basal ganglia
- X3. Left frontal lobe
- X4. Left hippocampus
- X5. Right hippocampus
- X6. Right parietal lobe
- X7. Left cerebellar hemisphere
- X8. Midbrain
- X9. Pons
- X10. Medulla
- Luxol fast blue X5, X8 and X9

**MICROSCOPIC DESCRIPTION:** A few bland neuroepithelial rests are present in gray matter of the amygdala, as well as in the periventricular white matter. The pyramidal and granular neuronal complement of the hippocampi are adequate. The cerebellum is appropriately developed and laminated. The left frontal lobe has prominent basal cortical neurons that are tightly satellited by oligodendroglial cells. There is a central upper pontine region of gliosis and pallor with loss of myelinated bands. Stains for Luxol fast blue confirm demyelination and myelin fragmentation is this central region of pontobulbar fibers (X8). The lower pons has intact pyramidal tract white matter. No macrophage influx is identified, and gliosis is established. Luxol fast blue performed on the right lateral geniculate nucleus confirms partial representation of the nucleus in section (X5) with loss of myelin and associated pallor. No definite demyelination is noted in the left lateral geniculate nuclei.

**DIAGNOSES:**
1. Healed central pontine myelinolysis
2. Lower neocortical perineuronal oligodendroglial satellitosis
3. Remnant amygdalar and subventricular neuroepithelial rests

10/19/23

Kent Heck, M.D.                    MMDDYY
Forensic Neuropathologist

Ex. 10 031

WAGNER 001389

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML22-4153

October 2, 2022

## ON THE BODY OF

Bryan Johnson

CAUSE OF DEATH:   Immunoglobulin G4 aortitis/arteritis

MANNER OF DEATH:   Natural

DATE OF DEATH:   October 1, 2022

_____     12/22/22
Marianne E. Beynon, M.D.                    MMDDYY
Assistant Medical Examiner

Ex. 10 032                                    WAGNER 000441

Bryan Johnson
ML22-4153
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Bryan Johnson

HISTORY:  By report, the decedent, a 34-year-old Black male, was an inmate at the Harris County Jail who complained of difficulty breathing prior to becoming unresponsive.   He was transported to Ben Taub General Hospital, arriving at 12:13 p.m. on October 1, 2022, and was pronounced dead at 2:12 p.m. on the same day.   The decedent was identified by fingerprint comparison.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Marianne E. Beynon, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 10:50 a.m. on October 2, 2022.

EXTERNAL APPEARANCE:

CLOTHING:   When first viewed, the decedent is unclad.

The body is lying in a white body transport bag.   Harris County morgue identification bands encircle the left wrist and ankle.   A Harris County morgue tracking device encircles the left ankle.

Accompanying the decedent in the body transport bag is a plastic bag containing multiple tubes of hospital blood (one purple top and one yellow top).

The body is that of a normally-developed Black male who weighs 217 pounds, is 72 inches in length (body mass index of 29.4 kilograms per square meter), and appears compatible with the reported age of 34 years.   The body is cool, subsequent to refrigeration.   Rigor mortis is well developed and symmetrical.   Unfixed faint red-brown lividity extends over the posterior surfaces of the body except in areas exposed to pressure.

The scalp hair is black, curly, and measures up to 3/8 inch.   The facial hair consists of a black, curly mustache and beard.   The irides are brown.   The corneas are clear.   The sclerae are off-white to pink and congested.   The conjunctivae and oral mucosa have no petechial hemorrhages.   Scant translucent yellow mucoid material exudes from the

Bryan Johnson
ML22-4153
-3-

nares.   The external auditory canals and oral cavity are free of foreign material and abnormal secretions.   The nasal septum is palpably intact.   The lips are unremarkable. The teeth are natural and in fair condition.

The neck is symmetrical and without evidence of injury.   The chest is symmetrical.   The abdomen is protuberant.   The surface of the back is free of lesions.   The external genitalia are those of a normal adult male.   The upper and lower extremities are well developed and symmetrical.   The scrotum is slightly enlarged, more prominent on the right side.   The right lower extremity is slightly inverted at the knee.

IDENTIFYING MARKS AND SCARS:   A 1-1/2 inch oblique, linear scar is adjacent to the left knee.

EVIDENCE OF MEDICAL INTERVENTION:   An endotracheal tube is in the mouth and is fastened with a strap encircling the head.   Concentric, circular, red-brown abraded contusions are on the medial chest and upper abdomen.   A central line catheter is in the left femoral region.   A Foley catheter is in the urethra.   A blood pressure cuff encircles the left arm.   Intravenous catheters are in the left antecubital fossa, anterior right wrist, and bilateral dorsal hands.   A puncture mark covered with gauze is in the right antecubital fossa.   Internally, the bilateral anterior ribs two through seven are fractured.   The sternum is fractured at the level of the third ribs.   The anterior mediastinal soft tissue has focal hemorrhage.

EVIDENCE OF INJURY:   None.

INTERNAL EXAMINATION:

BODY CAVITIES:   The pleural cavities and pericardial sac contain abundant serous fluid. The bilateral pleural cavities are involved by marked fibrous adhesions.   There is a right inguinal hernia containing a portion of the cecum which is involved by dense fibrous adhesions.   The herniated intestine has no gross evidence of ischemia or obstruction. Otherwise, all internal organs are in their normal anatomic positions.   The serous surfaces, where not involved by fibrous adhesions, are smooth and glistening.

HEAD:   The scalp has no hemorrhage.   The calvaria is unremarkable.   The dura mater and falx cerebri are intact.   There is no epidural, subdural, or subarachnoid

Bryan Johnson
ML22-4153
-4-

hemorrhage.    The brain weighs 1380 grams and has a normal shape.    The leptomeninges are thin and delicate.    The cerebral hemispheres are symmetrical.    The structures at the base of the brain, including the cranial nerves and blood vessels, are intact.    The cerebral cortical ribbon is well demarcated from the white matter.    The deep nuclei and ventricles, cerebellum, brainstem, and proximal cervical spinal cord have the standard configuration with no lesions.    The remaining spinal cord is not examined.

NECK:  The anterior muscles of the neck have no hemorrhage.    The tongue mucosa is intact with no hemorrhage in the musculature.    The hyoid bone and thyroid and cricoid cartilages are intact.    The laryngeal mucosa is tan and glistening with no edema.    The epiglottis is thin with no edema.    The atlanto-occipital articulation is stable.    No cervical fractures are palpated.

CARDIOVASCULAR SYSTEM:  The heart weighs 810 grams and has a smooth, glistening epicardial surface with a moderate amount of epicardial fat.    The coronary artery system has patent ostia and a right-dominant distribution.    The coronary arteries have thickened, white, firm walls with resulting diffuse greater than 99 percent stenosis of all major coronary arteries.    The myocardium is tan-pink and firm with no discrete lesions. The atrial and ventricular septa are intact.    The chambers of the heart are dilated.    The wall thickness of the left ventricle is 1.5 centimeters, the right ventricle 0.7 centimeter, and the interventricular septum 1.7 centimeters.    The endocardial surfaces are smooth and without hemorrhage.    The four cardiac valves are thin, freely mobile, and measure as follows: tricuspid valve 13 centimeters, pulmonic valve 8 centimeters, mitral valve 11.8 centimeters, and aortic valve 8 centimeters.    The aorta and its major branches arise normally and follow their usual distribution, with no significant atherosclerosis.    The aortic intimal surface has diffuse cobblestone patterning.    The exterior surface of the aortic root and aortic arch are thickened, white-gray, and firm, with similar appearance to the coronary arteries.    The venae cavae and their major tributaries return to the heart in their usual distribution and are free of thrombi.

RESPIRATORY SYSTEM:  The 1440 gram right lung and 1090 gram left lung have normal lobation.    The pleural surfaces are smooth and glistening with marked anthracotic pigment deposition and dense fibrous adhesions.    The parenchyma is markedly edematous, congested, and consolidated, with no discrete masses or hemorrhage.    The

Bryan Johnson
ML22-4153
-5-

bronchi are unremarkable.   The pulmonary arterial vasculature has no thromboemboli or significant atherosclerosis.

HEPATOBILIARY SYSTEM:   The 2120 gram liver has a smooth, glistening, intact capsule covering congested, red-brown, soft parenchyma with no focal lesions and no visible or palpable fibrosis.   The gallbladder contains 10 milliliters of green-brown, mucoid bile without stones.   The mucosa is velvety and unremarkable.   The extrahepatic biliary tree has no evidence of calculi.

GASTROINTESTINAL SYSTEM:   The esophagus is lined by gray-white, smooth mucosa. The gastric mucosa exhibits the usual rugal folds and the lumen contains 100 milliliters of tan-white, pasty, partially digested food, with no alcoholic odor, granular material, intact pills, or pill fragments.   The small intestine is unremarkable.   The portion of the cecum located within the right inguinal hernia is pink and mildly congested.   The remainder of the colon is unremarkable.   The appendix is not identified.   The pancreas has a pink-tan, lobulated appearance and the ducts are clear.

GENITOURINARY SYSTEM:   The right and left kidneys weigh 220 and 270 grams, respectively.   The renal capsules are smooth, thin, and semitransparent.   The underlying cortical surfaces are finely granular and red-brown.   The cortices are sharply delineated from the red-purple medullary pyramids.   The calyces, pelves, and ureters are unremarkable.   The urinary bladder contains no urine.   The mucosa is pink-white and unremarkable.   The testes, prostate gland, and seminal vesicles are unremarkable.

RETICULOENDOTHELIAL SYSTEM:   The 380 gram spleen has a smooth, intact capsule covering dark red-purple, soft parenchyma.   The white pulp is unremarkable.   The pulmonary hilar and thoracic periaortic lymph nodes are enlarged.

ENDOCRINE SYSTEM:   The thyroid gland has a normal shape and size with uniform red-brown, rubbery parenchyma.   The parathyroid glands are inconspicuous.   The adrenal cortices are golden-yellow and uniformly thin, while the medullae are thin and gray. The pituitary gland is unremarkable.

MUSCULOSKELETAL SYSTEM:   See EVIDENCE OF MEDICAL INTERVENTION.   The vertebrae, clavicles, and pelvis are without fracture or developmental anomaly.   The musculature is normally distributed and unremarkable.   The diaphragm is intact.

Bryan Johnson
ML22-4153
-6-

TOXICOLOGY:   A urine drug screen performed on the pericardial fluid is negative for all tested analytes.   Blood, vitreous fluid, bile, and stomach contents are submitted.

MICROBIOLOGY:   A nasopharyngeal swab rapid screen is equivocal for the presence of COVID-19.   A nasopharyngeal swab is submitted to the Houston Department of Health and Human Services for COVID-19 testing; see separate report.

HISTOLOGY:   The following sections are submitted:   Cassette A-B - Heart; Cassette C - Left lung; Cassette D - Right lung; Cassette E - Liver, kidneys, and pulmonary hilar lymph node; Cassette F - Brain; Cassette G - Aorta and coronary artery sections.

Bryan Johnson
ML22-4153
-7-

## PATHOLOGICAL FINDINGS

I. Immunoglobulin G4 aortitis/arteritis
   A. See cardiovascular gross and microscopic descriptions
   B. Cardiomegaly (heart, 810 grams) with biventricular hypertrophy and dilation
   C. Marked pulmonary edema and congestion (combined lungs, 2530 grams)
   D. Pulmonary hilar and thoracic periaortic lymphadenopathy
   E. Pleural and pericardial serous effusions
   F. Clinical history of progressive shortness of breath, per report
II. Additional pathologic findings:
   A. Clinical history of asthma; prescribed albuterol inhaler, per report
   B. Right inguinal hernia containing portion of cecum, with no evidence of obstruction or ischemia
   C. Severe bilateral pleural adhesions
   D. Possible physical altercation in jail on August 5, 2022, with complaints of pain in wrists, right cheek, and right leg, per report
      1. No acute fractures noted on X-rays, per report
   E. Clinical history of left arm fracture in 2011 and chronic left hand and right knee pain, per report
   F. SARS-CoV-2 RNA detected (real-time RT-PCR, Houston Department of Health and Human Services)
      1. No histologic features of COVID-19 infection; see Microscopic Description
   G. Negative postmortem toxicology testing; see TOXICOLOGY REPORT
   H. Normal hemoglobin electrophoresis; see separate report

COMMENT:   *This case was presented and reviewed at the weekly Harris County Institute of Forensic Sciences quality assurance and peer review conference on November 16, 2022.*

Bryan Johnson
ML22-4153
-8-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054

Marianne E. Beynon, M.D.                                              ML22-4153
Assistant Medical Examiner

MICROSCOPIC EXAMINATION

7 H&E-stained slides are reviewed.   In addition, special stains (Trichrome and elastin) and immunohistochemical stains (CD138, IgG, IgG4, and spirochete red), with appropriate controls, were performed by the Department of Pathology and Laboratory Medicine at UT McGovern Medical School at Houston.

HEART – Marked myocyte hypertrophy; mural arteriosclerosis with patchy perivascular chronic inflammation; patchy pericardial chronic inflammation and fibrosis

AORTA AND CORONARY ARTERIES – Lymphoplasmacytic aortitis/arteritis with inflammatory infiltrates predominantly located in the media and adventitia of the vessels; immunohistochemical staining for CD138 highlights plasma cell population; IgG4 shows greater than 100 IgG4 positive plasma cells per high power field HPF; IgG/IgG4 plasma cell ratio is greater than 80 percent; morphologic and immunohistochemical features are consistent with diagnosis of IgG4 aortitis/arteritis

Obliterative phlebitis of small vessels in the adventitia; marked intimal fibrotic thickening, as well as dense fibrosis of the media and dense, notably storiform fibrosis of the adventitia (highlighted by Trichrome stain); significant loss and fragmentation of the medial elastic fibers in association with inflammatory aggregates, and marked destruction of the internal elastic lamina of the coronary arteries (highlighted by elastin stain); no granulomatous reaction or giant cells; no treponemal organisms identified by Spirochete red immunohistochemical stain

Bryan Johnson
ML22-4153
-9-

LUNGS - Mild subpleural anthracotic pigment deposition; intra-alveolar pigment-laden macrophages; arteriosclerosis; patchy intra-alveolar hemorrhage, status-post cardiopulmonary resuscitation

LIVER - Sinusoidal congestion; glycogenated hepatocyte nuclei

KIDNEYS - Rare sclerotic glomeruli; mild arterio- and arteriolosclerosis; patchy interstitial inflammation consisting predominantly of lymphocytes with rare eosinophils

LYMPH NODE - Follicular hyperplasia; numerous plasma cells

BRAIN - No significant pathologic change

*COMMENT: The gross images and histologic sections of the heart, coronary arteries, and aorta were reviewed in consultation with cardiovascular pathologist L. Maximilian Buja, M.D. on November 11, 2022. The evaluation by the above consultant is incorporated into the autopsy report.*

_____    12/22/22
  Marianne E. Beynon, M.D.                    MMDDYY
  Assistant Medical Examiner



## Harris County Institute of Forensic Sciences

| Case Number: ML22-4153 | | Page: 1 of 1 |
| --- | --- | --- |
| Decedent's Name: BRYAN JOHNSON | Length: 72 | Weight: 217 |
| Examiner: BEYNON | Date: 10/2/22 | Time: 10:50 A |

BAG W/ 1 PU TOP & 1 YEL TOP BLD                          UNCLAD



FR BRUNF

MUC SLT YEL MAT FR NARES
ET W/ STR
N BR ABS / CHT UP ABD
BP CUFF
PUNCT W/ GAUZE
PROT
IV
IV
CLINE
IV
IV
SCROTAL ED
FOLEY W/ EMPTY RES
1 1/2 SC
SLT INVERTED R LEG @ KNEE
FAIR NAT
BLK CURLY 3/8"
BLK CURLY M+B
BRN CLE OFF WHT-PI CONE Ø

| Section: Pathology | Authorized by: DA Wolf |
| --- | --- |
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

Ex. 10 041    WAGNER 000450

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail

Houston, TX 77054-2001

Phone: 832-927-5005    FAX: 832-927-2876

## TOXICOLOGY REPORT

### October 26, 2022

**LABORATORY NUMBER: ML22-4153**

**SERVICE REQUEST: 0001**



**Deceased: BRYAN JOHNSON**

**Submitted By:**                                          Submission Date: October 02, 2022

Marianne Beynon, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

## *RESULTS:*

### 001-A - Blood (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | C. Mendralla |
| Acetone | None Detected | Headspace GC/FID | C. Mendralla |
| Isopropanol | None Detected | Headspace GC/FID | C. Mendralla |
| Methanol | None Detected | Headspace GC/FID | C. Mendralla |

### 001-B - Serum (hospital)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | T. Nguyen |
| Fentanyl | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methadone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Oxycodone | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | T. Nguyen |
| Phencyclidine | None Detected | Immunoassay - ELISA | T. Nguyen |
| Benzodiazepines | None Detected | Immunoassay - ELISA | T. Nguyen |
| Opiates | None Detected | Immunoassay - ELISA | T. Nguyen |
| Cannabinoids | None Detected | Immunoassay - ELISA | T. Nguyen |

### 001-F - Vitreous Humor

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Sodium | $144.6 \pm 8.7$ mEq/L | Ion Selective Electrode | A. Griffin |
| Potassium | $9.9 \pm 0.4$ mEq/L | Ion Selective Electrode | A. Griffin |
| Chloride | $128.3 \pm 5.2$ mEq/L | Ion Selective Electrode | A. Griffin |
| Glucose | $17 \pm 2$ mg/dL | Amperometry | A. Griffin |

Medical Examiner's Initials and Date ___MEB 10/30/22___

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

TB

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

**LABORATORY NUMBER: ML22-4153**                    **DATE: October 26, 2022**
**SERVICE REQUEST: 0001**

| 001-F - Vitreous Humor | | | |

| Analyte | Result | Analytical Method | Analyst |
|---------|--------|-------------------|---------|
| Urea Nitrogen | 15 ± 5 mg/dL | Ion Selective Electrode | A. Griffin |
| Ketones | None Detected | Color Test | A. Griffin |

<u>Uncertainty of Measurement:</u> The uncertainty value for ethanol represents an expanded uncertainty expressed at the 99.73% level of confidence. The uncertainty values for all other analytes represent an expanded uncertainty expressed at the 95.45% level of confidence.

Only those items listed in the results section were tested.

<u>Evidence Disposition:</u> All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

INSTITUTE OF FORENSIC SCIENCES

OCT 27 REC'D

RECEIVED
RECORDS CUSTODIAN

Tristan Bridges, M.S.
Case Reviewer
Toxicologist I
October 24, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
October 26, 2022

Medical Examiner's Initials and Date    MGB 10/30/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.
We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx          Page 2 of 2

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No. ML22-4314

October 13, 2022

### ON THE BODY OF

Alan Christopher Kerber

CAUSE OF DEATH:    Asphyxia due to upper airway obstruction by foreign object (tube of toothpaste)

MANNER OF DEATH:    Suicide

DATE OF DEATH:    October 12, 2022

_____    1-26-23
Ana E. Lopez, M.D.                          MMDDYY
Assistant Medical Examiner

Ex. 10 044    WAGNER 000459

Alan Christopher Kerber
ML22–4314
–2–

POSTMORTEM EXAMINATION ON THE BODY OF

Alan Christopher Kerber

HISTORY: This 34–year–old White male was found unresponsive, slumped over the toilet in his single jail cell. He was pronounced dead in the jail medical clinic, at 5:37 a.m. on October 12, 2022.

AUTOPSY: The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Ana E. Lopez, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, commencing at 10:52 a.m. on October 13, 2022.

CLOTHING AND PERSONAL EFFECTS: When first viewed, the decedent is clad in a cut, orange jail shirt, orange jail pants, orange socks, orange boxers, and orange sandals. The body is lying in a white body transport bag. Harris County Institute of Forensic Sciences morgue identification bands are around the right wrist and right ankle. A jail identification band is around the left wrist.

EVIDENCE OF MEDICAL INTERVENTION: An oral airway device is in the mouth. Defibrillator pads are on the right upper chest and left lateral chest.

EXTERNAL APPEARANCE: The body is that of a well–developed, well–nourished, adult White male, whose appearance is compatible with the stated age of 34 years. The body weighs 212 pounds and measures 69 inches in length. The body is cool, subsequent to refrigeration. Rigor is fully developed, and the posterior lividity is fixed. The body is well preserved and is not embalmed.

The scalp hair is 1 inch long, brown, and straight. The ears are unremarkable. The face is red and mottled. The irides are brown, and the corneae are clear. There are no petechiae of the bulbar or palpebral conjunctivae. The nose is unremarkable, and the nasal septum is intact. There is a mustache and a beard. The teeth are natural and in fair condition. There are no petechiae of the gingiva or buccal mucosa. The frenula are intact. The neck has no palpable adenopathy or jugular venous distention.

The chest is symmetrical. The abdomen is soft and slightly protuberant. Striae are on the abdomen. The external genitalia, anus, and perineum are unremarkable. The

Alan Christopher Kerber
ML22–4314
–3–

extremities are well–developed and symmetrical.  The fingernails are short, clean and intact.  The back and buttocks are unremarkable.

IDENTIFYING MARKS AND SCARS:  A cross–hatch tattoo is on the left ventral forearm. A linear design tattoo is on the right ventral wrist.

EVIDENCE OF INJURY:

Focal red contusions are on the left lower lip and buccal mucosa.  Focal red contusions are on the buccal mucosa of the right corner of the mouth.  The upper airway is obstructed by a tube of freshmint® toothpaste, which measures 9 by 2.5 by 1.3 centimeters, and consists of a clear plastic tube with 0.6 ounce of clear, liquid gel toothpaste.  The oropharyngeal mucosa has multiple contusions.  The tube of toothpaste rests over the epiglottis.  Frothy edema fluid in the upper and lower airways.

Confluent red contusions with interspersed, 1/4 inch red abrasions are on the right knee. A 1/4 inch red abrasion is on the right lateral lower leg.  A 2 by 1–1/4 inch red contusion is on the inferior left knee.  A 2–1/2 by 1–1/2 inch red contusion is just below the left knee.

INTERNAL EXAMINATION:

BODY CAVITIES:  The thoracic and abdominal organs are in their normal anatomic positions.  The body cavities contain no adhesions or abnormal collections of fluid. The subcutaneous fat of the abdominal wall measures 2.5 centimeters in thickness.

CARDIOVASCULAR SYSTEM:  The aorta, its major branches, and the great veins are normally distributed.  The intimal surface of the aorta is free of atherosclerosis.  The pericardial sac is smooth, glistening, and unremarkable.  The heart weighs 585 grams. The epicardial surface is smooth and glistening.  The coronary arteries arise from the usual sites and are normally located over the surface of the heart.  The proximal segment of the left anterior descending has severe atherosclerosis, with 75 percent eccentric stenosis by a yellow, atherosclerotic plaque.  The left circumflex and right coronary are free of atherosclerosis.  There are no thrombi in the atria or ventricles. The foramen ovale is closed.  The atrial and ventricular septa are intact.  The cardiac valves are unremarkable, and have the following circumferences:  Tricuspid 13

Alan Christopher Kerber
ML22-4314
-4-

centimeters, pulmonic 8.5 centimeters, mitral 11.5 centimeters, and aortic 7 centimeters. The myocardium is dark red-brown and firm, and there are no focal abnormalities. The left ventricle measures 1.4 centimeters, the interventricular septum measures 1.5 centimeters, and the right ventricle measures 0.3 centimeter.

RESPIRATORY SYSTEM: See previous description of the upper airway injuries under the EVIDENCE OF INJURY section. The pleural surfaces have mild anthracosis. The pulmonary arteries contain no emboli. The right lung weighs 880 grams, and the left lung weighs 700 grams. The major bronchi have frothy edema fluid. Sectioning of the lungs discloses a red-purple, moderately congested and edematous parenchyma.

HEPATOBILIARY SYSTEM: The liver weighs 2780 grams and is covered by a diffusely nodular capsule. The parenchyma is yellow-brown and cirrhotic, with diffuse parenchymal nodularity and increased interstitial fibrosis. The gallbladder contains 30 milliliters of bile and no calculi. The extrahepatic biliary ducts are unremarkable.

DIGESTIVE SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains 30 milliliters of brown fluid, without solid food particles. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are unremarkable. The small intestinal and colonic contents are normal. The appendix is present. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 235 grams, and the left kidney weighs 225 grams. The subcapsular surfaces are smooth and slightly lobulated. The cortices are of normal thickness. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains 10 milliliters of urine. The mucosa is gray, smooth, and unremarkable. The prostate gland and seminal vesicles are unremarkable. The testicles are unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and on sectioning.

RETICULOENDOTHELIAL SYSTEM: The 560-gram spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red, and has no masses or nodules. The lymph nodes are unremarkable.

Alan Christopher Kerber
ML22–4314
–5–

MUSCULOSKELETAL SYSTEM:   Left anterior ribs 4, 5 and 6, and right anterior rib 6 are fractured, indicative of cardiopulmonary resuscitation efforts.   There are no fractures of the clavicles, sternum, pelvis, or vertebral column.   The diaphragm is intact.   There is no muscular atrophy.

Dissection of the skin and subcutaneous tissue of the posterior torso and extremities shows focal subcutaneous tissue hemorrhages over the elbows, and focal subcutaneous tissue hemorrhages in the knees, corresponding to the cutaneous contusions.   There are no deep muscular hemorrhages.

NECK:   A layered anterior neck dissection shows no hemorrhages in the strap muscles or sternocleidomastoid muscles.   There are no hemorrhages in the cervical prevertebral fascia.   The hyoid bone and the laryngeal cartilages are intact and have no fractures. The tongue is unremarkable and has no bite marks or intramuscular contusions.

HEAD:   The scalp, subscalpular area, and skull are unremarkable.   The dura and dural sinuses are unremarkable.     There are no epidural, subdural, or subarachnoid hemorrhages.   The leptomeninges are thin, delicate, and without exudates.   The cranial nerves and blood vessels are unremarkable.   The brain weighs 1400 grams. The cerebral hemispheres are symmetrical and have a normal gyral pattern.   Coronal sectioning shows that the gray cortical ribbon and deep white matter are well delineated. There are no hemorrhages or focal lesions.   The ventricular system is of normal size and shape, and contains minimal clear cerebrospinal fluid.   The basal ganglia and hippocampi are symmetrical and without lesions.   Sections through the brainstem and cerebellum are unremarkable.

TOXICOLOGY:   Bile, urine, blood, vitreous humor, liver, gastric contents and brain are retained for toxicological analysis.   A urine drug screen is negative.

HISTOLOGY:   Section code:   A:   Left anterior descending coronary artery; B:   Left ventricle; C:   Septum and right ventricle; D:   Right lung; E:   Left lung; F:   Liver and pancreas; G:   Kidneys; H:   Cerebral cortex; I:   Hippocampus.

EVIDENCE:   The tube of toothpaste removed from the airway is submitted as evidence.

Alan Christopher Kerber
ML22-4314
-6-

PATHOLOGICAL FINDINGS

1. Asphyxia due to upper airway obstruction by tube of freshmint® toothpaste (9 by 2.5 by 1.3 centimeters)
    a. Oropharyngeal contusions
    b. Contusions on the left lower lip, right corner of the mouth, and buccal mucosa
    c. Pulmonary edema and congestion (right lung – 880 grams; left lung – 700 grams)
2. Depression with suicidal ideations and recent threats to harm self
3. Anxiety
4. Atherosclerotic and hypertensive cardiovascular disease
    a. Cardiomegaly (585 grams) with concentric left ventricular hypertrophy
    b. Coronary artery atherosclerosis
        i.  75 percent stenosis, left anterior descending coronary artery
5. Chronic ethanolism
    a. Hepatic cirrhosis and steatohepatitis
6. Contusions and abrasions on the knees

Alan Christopher Kerber
ML22–4314
–7–

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1861 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054


Ana E. Lopez, M.D.                                                        ML22–4314
Assistant Medical Examiner


MICROSCOPIC EXAMINATION

Heart – Sections of the left anterior descending show fibrointimal atherosclerosis with myxoid change, foamy macrophages and focal calcifications.  Sections of the myocardium show scattered myocyte hypertrophy.

Lungs – Congestion and edema.

Liver – Cirrhosis (parenchymal nodules separated by fibrous bands containing chronic inflammation and bile duct proliferation) and steatosis; focal, scattered lobular inflammation.

Pancreas – Diffuse autolysis.

Kidneys – No histopathologic abnormalities.

Brain – No histopathologic abnormalities.



## Harris County Institute of Forensic Sciences

| Case Number: | ML22-4314 | | Page: | 1 of 1 |
|---|---|---|---|---|
| Decedent's Name: | Alan Christopher Kerber | Length: 69" | Weight: | 212 lbs. |
| Examiner: | Ana C. 25 yefao. | Date: 10-13-22 | Time: | 10:52AM |

- cut, orange jail shirt
- orange jail pants
- orange socks
- orange sandals
- orange boxers

Brown

face-
red +
mottled

purse-lid red contus @ former lip
+ B.M.
focal red contus on B lip
oral airway device
Y⊕M/B
nat teeth/fair cond.

defib pads

- 1" ; BROWN;
straight

R contus motion

cross-hatch
tattoo ® ventral
F/A
soft;
Sl. protuberant

Linear
dense
tattoo

HCIFS

Jail ID
Band

punct
red
areas.       FNS-
⊕ dorsal     short
hand         clean
intact

2x 1¼" red
contus
w/ ⊕

Confluent
red contus .14"
Intersp.··;
¼" drk .red
areas.

2½x 1½" red
contus
w/ ® knee

¼" red
areas.
® Lat. Lower
leg       HCIFS

| Section: Pathology | Authorized by: DA Wolf |
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

Ex. 10 055                WAGNER 000466

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005   FAX: 832-927-2876

## TOXICOLOGY REPORT

### October 27, 2022

**LABORATORY NUMBER: ML22-4314**

**SERVICE REQUEST: 0001**



---

**Deceased: ALAN CHRISTOPHER KERBER**

**Submitted By:**

Ana E. Lopez, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

**Submission Date:** October 13, 2022

---

## RESULTS:

### 001-A - Blood (femoral)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | G. Behnke |
| Acetone | None Detected | Headspace GC/FID | G. Behnke |
| Isopropanol | None Detected | Headspace GC/FID | G. Behnke |
| Methanol | None Detected | Headspace GC/FID | G. Behnke |

### 001-B - Blood (femoral)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Carisoprodol | None Detected | Immunoassay - ELISA | A. Griffin |
| Fentanyl | None Detected | Immunoassay - ELISA | A. Griffin |
| Methadone | None Detected | Immunoassay - ELISA | A. Griffin |
| Oxycodone | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Griffin |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | A. Griffin |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | A. Griffin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Griffin |
| Benzodiazepines | None Detected | Immunoassay - ELISA | A. Griffin |
| Opiates | None Detected | Immunoassay - ELISA | A. Griffin |
| Cannabinoids | None Detected | Immunoassay - ELISA | A. Griffin |

Only those items listed in the results section were tested.

Evidence Disposition: All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.
We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Ex. 10 052    WAGNER-000467

**LABORATORY NUMBER: ML22-4314**                    **DATE: October 27, 2022**
**SERVICE REQUEST: 0001**

INSTITUTE OF FORENSIC SCIENCES

OCT 2 7 REC'D

RECEIVED
RECORDS CUSTODIAN

Josie  Hollowell, B.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
October 27, 2022

Anna  Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
October 27, 2022

Medical Examiner's Initials and Date

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.
We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Ex. 10 053                    WAGNER-000468