EXHIBIT 11 (Confidential)

(Link provided due to file size)

Exhibits - Confidential