# Rounds Activity

| Location | Username | Status | First Scan | Last Scan | Expected | Actual | On Time? | Device | Other Observation Data |
|---|---|---|---|---|---|---|---|---|---|
| JA09 6 C 2 | Robinson Yax | All Clear | 5/16/2023 2:18 PM | 5/16/2023 2:18 PM | 60 | 57 | | F6KZW2R3M939 | |
| JA09 6 C 2 | Robinson Yax | All Clear | 5/16/2023 1:21 PM | 5/16/2023 1:21 PM | 60 | 0 | | F6KZW2R3M939 | |
| JA09 6 C 2 | Delvin Braxton | All Clear | 5/16/2023 7:36 AM | 5/16/2023 7:36 AM | 60 | 51 | ✗ | CCQYL0ANM939 | |
| JA09 6 C 2 | Robinson Yax | All Clear | 5/16/2023 6:45 AM | 5/16/2023 6:45 AM | 60 | 71 | ❗ | F6KZW43GM939 | Inmate disturbance |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/16/2023 5:34 AM | 5/16/2023 5:34 AM | 60 | 58 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/16/2023 4:36 AM | 5/16/2023 4:36 AM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/16/2023 3:43 AM | 5/16/2023 3:43 AM | 60 | 68 | ❗ | F6KZW43GM939 | Rovers responded to fight |
| JA09 6 C 2 | Rodergus Scott | All Clear | 5/16/2023 2:35 AM | 5/16/2023 2:35 AM | 60 | 59 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/16/2023 1:36 AM | 5/16/2023 1:36 AM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/16/2023 12:44 AM | 5/16/2023 12:44 AM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 11:51 PM | 5/15/2023 11:51 PM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 10:58 PM | 5/15/2023 10:58 PM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 10:06 PM | 5/15/2023 10:06 PM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Rodergus Scott | All Clear | 5/15/2023 9:15 PM | 5/15/2023 9:15 PM | 60 | 51 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 8:24 PM | 5/15/2023 8:24 PM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 7:31 PM | 5/15/2023 7:31 PM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Stevie Mosley | All Clear | 5/15/2023 6:39 PM | 5/15/2023 6:39 PM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 5:46 PM | 5/15/2023 5:46 PM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 4:54 PM | 5/15/2023 4:54 PM | 60 | 52 | | F6KZW43GM939 | |

| Location | Username | Status | First Scan | Last Scan | Expected | Actual | On Time? | Device | Other Observation Data |
|---|---|---|---|---|---|---|---|---|---|
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 4:01 PM | 5/15/2023 4:01 PM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 3:09 PM | 5/15/2023 3:09 PM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 2:18 PM | 5/15/2023 2:18 PM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 1:27 PM | 5/15/2023 1:27 PM | 60 | 57 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 12:30 PM | 5/15/2023 12:30 PM | 60 | 45 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 11:44 AM | 5/15/2023 11:44 AM | 60 | 56 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 10:48 AM | 5/15/2023 10:48 AM | 60 | 54 | | F6KZW43GM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 9:54 AM | 5/15/2023 9:54 AM | 60 | 49 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jemall Joseph | All Clear | 5/15/2023 9:05 AM | 5/15/2023 9:05 AM | 60 | 52 | | F6KFW3FTM939 | |
| JA09 6 C 2 | Angela Mcclain | All Clear | 5/15/2023 8:13 AM | 5/15/2023 8:13 AM | 60 | 41 | | F6KD413JM939 | |
| JA09 6 C 2 | Jemall Joseph | All Clear | 5/15/2023 7:32 AM | 5/15/2023 7:32 AM | 60 | 47 | | F6KFW3FTM939 | |
| JA09 6 C 2 | Esmeralda Darjean | All Clear | 5/15/2023 6:45 AM | 5/15/2023 6:45 AM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jimmy Poole | All Clear | 5/15/2023 5:51 AM | 5/15/2023 5:51 AM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Rodrigo Reyes | All Clear | 5/15/2023 5:00 AM | 5/15/2023 5:00 AM | 60 | 42 | | F6KD413JM939 | |
| JA09 6 C 2 | Joshua Bunevich | Supervisor Round | 5/15/2023 4:17 AM | 5/15/2023 4:17 AM | 60 | 31 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Rodrigo Reyes | All Clear | 5/15/2023 3:46 AM | 5/15/2023 3:46 AM | 60 | 52 | | F6KD413JM939 | |
| JA09 6 C 2 | Rodrigo Reyes | All Clear | 5/15/2023 2:54 AM | 5/15/2023 2:54 AM | 60 | 49 | | F6KD413JM939 | |
| JA09 6 C 2 | Rodrigo Reyes | All Clear | 5/15/2023 2:06 AM | 5/15/2023 2:06 AM | 60 | 14 | | F6KD413JM939 | |
| JA09 6 C 2 | Jose Estrada | All Clear | 5/15/2023 1:52 AM | 5/15/2023 1:52 AM | 60 | 51 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Jimmy Poole | All Clear | 5/15/2023 1:01 AM | 5/15/2023 1:01 AM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jimmy Poole | All Clear | 5/15/2023 12:10 AM | 5/15/2023 12:10 AM | 60 | 50 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jimmy Poole | All Clear | 5/14/2023 11:19 PM | 5/14/2023 11:19 PM | 60 | 53 | | F6KZW43GM939 | |

| Location | Username | Status | First Scan | Last Scan | Expected | Actual | On Time? | Device | Other Observation Data |
|---|---|---|---|---|---|---|---|---|---|
| JA09 6 C 2 | Jimmy Poole | All Clear | 5/14/2023 10:27 PM | 5/14/2023 10:27 PM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 9:34 PM | 5/14/2023 9:34 PM | 60 | 36 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 8:59 PM | 5/14/2023 8:59 PM | 60 | 55 | | F6KZW43GM939 | |
| JA09 6 C 2 | D'adrian Stubblefield | All Clear | 5/14/2023 8:04 PM | 5/14/2023 8:04 PM | 60 | 52 | | F6KFW3FTM939 | |
| JA09 6 C 2 | D'adrian Stubblefield | All Clear | 5/14/2023 7:12 PM | 5/14/2023 7:12 PM | 60 | 53 | | F6KFW3FTM939 | |
| JA09 6 C 2 | D'adrian Stubblefield | All Clear | 5/14/2023 6:19 PM | 5/14/2023 6:19 PM | 60 | 57 | | F6KFW3FTM939 | |
| JA09 6 C 2 | D'adrian Stubblefield | All Clear | 5/14/2023 5:22 PM | 5/14/2023 5:22 PM | 60 | 53 | | F6KFW3FTM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 4:30 PM | 5/14/2023 4:30 PM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 3:38 PM | 5/14/2023 3:38 PM | 60 | 49 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 2:50 PM | 5/14/2023 2:50 PM | 60 | 54 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 1:56 PM | 5/14/2023 1:56 PM | 60 | 57 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 12:59 PM | 5/14/2023 12:59 PM | 60 | 58 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 12:01 PM | 5/14/2023 12:01 PM | 60 | 53 | | F6KZW43GM939 | |
| JA09 6 C 2 | D'adrian Stubblefield | All Clear | 5/14/2023 11:08 AM | 5/14/2023 11:08 AM | 60 | 46 | | F6KFW3FTM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 10:22 AM | 5/14/2023 10:22 AM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 9:31 AM | 5/14/2023 9:31 AM | 60 | 52 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 8:39 AM | 5/14/2023 8:39 AM | 60 | 51 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 7:48 AM | 5/14/2023 7:48 AM | 60 | 54 | | F6KZW43GM939 | |
| JA09 6 C 2 | Brice Owens | Supervisor Round | 5/14/2023 6:53 AM | 5/14/2023 6:53 AM | 60 | 42 | | F6KZW43GM939 | |
| JA09 6 C 2 | Syed Shah | All Clear | 5/14/2023 6:12 AM | 5/14/2023 6:12 AM | 60 | 31 | | F6KZW43GM939 | |
| JA09 6 C 2 | Kimbla Johnson | All Clear | 5/14/2023 5:41 AM | 5/14/2023 5:41 AM | 60 | 54 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jose Estrada | All Clear | 5/14/2023 4:47 AM | 5/14/2023 4:47 AM | 60 | 52 | | CCQYL0ANM939 | |

| Location | Username | Status | First Scan | Last Scan | Expected | Actual | On Time? | Device | Other Observation Data |
|---|---|---|---|---|---|---|---|---|---|
| JA09 6 C 2 | Kimbla Johnson | All Clear | 5/14/2023 3:55 AM | 5/14/2023 3:55 AM | 60 | 49 | | F6KZW43GM939 | |
| JA09 6 C 2 | Jose Estrada | All Clear | 5/14/2023 3:06 AM | 5/14/2023 3:06 AM | 60 | 57 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Joshua Bunevich | Supervisor Round | 5/14/2023 2:10 AM | 5/14/2023 2:10 AM | 60 | 4 | | CCQYL0ANM939 | |
| JA09 6 C 2 | Kimbla Johnson | All Clear | 5/14/2023 2:06 AM | 5/14/2023 2:06 AM | 60 | 49 | | F6KZW43GM939 | |
| JA09 6 C 2 | Kimbla Johnson | All Clear | 5/14/2023 1:17 AM | 5/14/2023 1:17 AM | 60 | 46 | | F6KZW43GM939 | |
| JA09 6 C 2 | Kimbla Johnson | All Clear | 5/14/2023 12:31 AM | 5/14/2023 12:31 AM | 60 | 49 | | F6KZW43GM939 | |

# TEXAS COMMISSION ON JAIL STANDARDS

EXECUTIVE DIRECTOR  
Brandon S. Wood



P.O. Box 12985  
Austin, Texas 78711  
Voice: (512) 463-5505  
Fax: (512) 463-3185  
Agency Website: http://www.tcjs.state.tx.us  
E-mail Address: info@tcjs.state.tx.us

June 30, 2025

The Honorable Lina Hidalgo  
Harris County Judge  
1001 Preston, Ste. 911  
Houston, TX 77002-1817

and

Sheriff Ed Gonzalez  
Harris County Sheriff  
1200 Baker Street  
Houston, TX 77002

Dear Judge Hidalgo and Sheriff Gonzalez,

Pursuant to the provisions of V.T.C.A. Government Code, Section 511.011 and Title 37, Texas Administrative Code (Chapter 297, Section 5, Texas Minimum Jail Standards), you are hereby notified that the jail in your county fails to comply with minimum standards established under V.T.C.A. Local Government Code, Chapter 351, and the rules of this Commission, and that appropriate corrective measures must be initiated. A reasonable completion date for corrective measures should be set. Failure to initiate appropriate corrective action may cause a remedial order to be issued and enforced, or other appropriate action taken. ***In accordance with Chapter 297, Section 6, Texas Minimum Jail Standards, please notify this agency in writing within thirty (30) days of receipt of this notice as to actions initiated.***

The attached page(s) indicate minimum standards violated, corrective measures required, and date by which corrective measures must be initiated. Please reference the Inspection Requirements Review and Jail Inspection Report issued on June 23-27, 2025, detailing the specific issues that resulted in the issuance of this notice of non-compliance.

Issued this 30th day of June 2025  
Texas Commission on Jail Standards

By _____  
Brandon S. Wood, Executive Director

BW/cw

---

Judge Bill Stoudt, Longview, Chair                Sheriff Kelly Rowe, Lubbock                Commissioner Ben Perry, Waco  
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair                                                  Duane Lock, Southlake  
Ross Reyes, Melissa                               Patricia M. Anthony, Garland                Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".  
To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas

Ex. 14-005
WAGNER_003525



# Texas Commission on Jail Standards

Harris

Houston

June 23-27, 2025
Date(s) of Inspection

SUBJECT: **Comprehensive Inspection Report**

State Law requires periodic inspections of county jail facilities (VTCA, Local Government Code, Chapter 351, VTCA, Government Code, Chapter 511; Chapter 297.8, Texas Commission on Jail Standards).

☑ The facility was inspected on the date(s) indicated above, and it was determined that deficiencies exist. You are urged: (1) to give these areas of noncompliance your serious and immediate consideration; and (2) to promptly initiate and complete appropriate corrective measures. The Commission is available to discuss or assist you with the appropriate corrective measures required.

Failure to initiate and complete corrective measures following receipt of the Notice of Noncompliance may result in the issuance of a Remedial Order (Chapter 297.8, et seq.).

☐ This facility was inspected on the date(s) indicated above. There were no deficiencies noted and upon review of this report by the Executive Director of the Texas Commission on Jail Standards, a certificate of Compliance may be issued per the requirements of VTCA, Chapter 511 and Texas Minimum Jail Standards.

Authenticated:

**Michael Garrett, TCJS Inspector**
*(signature)*

**Jason Jouett, TCJS Inspector**
*(signature)*

**Ricky Armstrong, Asst. Director**
*(signature)*

**Michael Gravitt, TCJS Inspector**
*(signature)*

**Todd A. Allen, TCJS Inspector**
*(signature)*

Inter-Office Use Only

Received by: *Williamson*     6/30/2025 Date

Reviewed by: *Stephanie Lowe*     6/30/2025 Date

cc: Judge
      Sheriff

Individuals and/or entities regulated by the Texas Commission on Jail Standards shall direct all complaints regarding the commission procedures and functions to the Executive Director at: P.O. Box 12985 Austin, Texas 78711 (512) 463-5505 Fax (512) 463-3185 or at our agency website at www.tcjs.state.tx.us.

**RECEIVED**
By Cathi Williamson at 10:49 am, Jun 30, 2025

Ex. 14 006

WAGNER 003526

Rev. 7/31/24

# TEXAS COMMISSION ON JAIL STANDARDS

| Field | Value | Field | Value |
|---|---|---|---|
| County: | Harris | | |
| Sheriff | Ed Gonzales | Judge: | Lina Hidalgo |
| email | ed.gonzales@sheriff.hctx.net | email | lina.hidalgo@cjo.hctx.net |
| Jail Administrator: | Phillip Bosquez | Inspector: | Michael Garrett, TCJS Inspector |
| email | phillip.bosquez@sheriff.hctx.net | | michael.garrett@tcjs.state.tx.us |

Last Inspection: **August 12-15, 2024**   Compliant: **Yes**   Inspection Date(s): **June 23-27, 2025**
Remedial Order: **Yes**   Effect: **N/A**

**Reportable Incidents** (Previous 12 month History)
- Fires: 12
- Deaths: 13
- Suicides: 0
- Escapes: 2
- Walkaway: 1
- Secured: 1

**Contract Inmates Housed**
- AT Olla — 648
- AT Jefferson — 188
- AT Natchitoches — 285
- AT Tallahatchie — 298

Date Plans Approved: **August 1, 2023**

**1. Facility Name:** Harris County Jail
- Address: 1200 baker St
- City: Houston
- Zip Code: 77002
- State: Tx
- Phone #: (1713) 755-8411
- Fax #: (1713) 755-7541
- Built: 2002   Renovated: N/A   Addition: N/A
- Type: Max
- Number of Variances: 1
- Drill Time: 1min33sec
- Facility Capacity: 4563
- Average Daily Population: 3720.42
- Housing Total this Date: 3685
- Holding Total this Date: 0

**2. Facility Name:** Harris County Jail
- Address: 701 N. SanJacinto
- City: Houston
- Zip Code: 77002
- State: Tx
- Phone #: (1713) 755-6067
- Fax #: (1713) 755-7541
- Built: 1991   Renovated: N/A   Addition: N/A
- Type: Max
- Number of Variances: 1
- Drill Time: 3min57sec
- Facility Capacity: 4235
- Average Daily Population: 3031.83
- Housing Total this Date: 2784
- Holding Total this Date: 0

**3. Facility Name:** Harris County Jail
- Address: 1307 Baker St
- City: Houston
- Zip Code: 77002
- State: Tx
- Phone #: (1713) 755-2400
- Fax #: (1713) 755-2298
- Built: 1998   Renovated: N/A   Addition: 2001
- Type: Max
- Number of Variances: 1
- Drill Time: 1min30sec
- Facility Capacity: 528
- Average Daily Population: 164.75
- Housing Total this Date: 153
- Holding Total this Date: 0

**Housing Capacity: 10022**

| | Cells | Capacity |
|---|---|---|
| Sep Cells | 134 | 134 |
| Single Cells | 950 | 950 |
| M.O. Cells | 52 | 2440 |
| Dorms | 230 | 6498 |
| Neg Press Cells | 27 | 27 |
| Medical Cells | 8 | 113 |

Notes: Negative Pressure Cells and Medical Cells are in the above count.

**Holding Capacity: 1288**

| | Cells | Capacity |
|---|---|---|
| Holding Cells | 314 | 1278 |
| Detoxification Cells | 4 | 4 |
| Violent Cells | 6 | 6 |

**Construction Security Level**
- Minimum Capacity: 1216
- Medium Capacity: 0
- Maximum Capacity: 9350

**Females: 998** (Female Population Today)
- # of Cells: 36
- # of Bunks: 1074

**Contract Inmates**
100 + Capacity (30% + Non - TX)
☐ Yes   ☑ No

Population: Housing **6761** (During Inspection)
Hold/Detox/Violent **0**
Total System Population **6761**

Total Inspection Time **40** hours
Total Average Daily Population **7570.33**

Interview with Court Representative   ☑ Yes   ☐ No

Sheriff [signature]
Jail Administrator [signature]
Commissioners Court Representative [signature]

Ex. 14 007
RECEIVED By Cathi Williamson at 10:49 am, Jun 30, 2025
WAGNER 003527
rev. 7/31/24

Annual Jail Report                                                                                                      pg.2

Inspection Date(s): **June 23-27, 2026**

**4. Facility Name:** Harris County Jail
- Address: 711 N. San Jacinto
- Zip Code: 77002
- City: Houston
- State: Tx
- Phone #: (1713) 755-8420
- Fax #: (1713) 755-4867
- Built: 1991  Renovated: N/A  Addition: 1998
- Type: Min
- Number of Variances: 0
- Drill Time: Test
- Facility Capacity: 144
- Average Daily Population: 131.25
- Housing Total this Date: 139
- Holding Total this Date: 0

**5. Facility Name:** Inmate Processing Center
- Address: 1201 Commerce
- Zip Code: 77002
- City: Houston
- State: Tx
- Phone #: (1713) 755-8050
- Fax #: (1713) 755-4867
- Built: 1991  Renovated: 2011  Addition: N/A
- Type: Max
- Number of Variances:
- Drill Time: 1min54sec
- Facility Capacity: 400
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**6. Facility Name:** Court Holding
- Address: 1201 Franklin
- Zip Code: 77002
- City: Houston
- State: Tx
- Phone #: (1713) 755-6386
- Fax #: (1713) 369-9368
- Built: 2001  Renovated: 2002  Addition: N/A
- Type: Remote Court Holding
- Number of Variances: O
- Drill Time: TEST ONLY
- Facility Capacity: 263
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**7. Facility Name:** Humble Lock Up
- Address: 7900 Will Clayton Parkway
- Zip Code: 77338
- City: Humble
- State: Tx
- Phone #: (1281) 446-3252
- Fax #: (1281) 446-7256
- Built: 2003  Renovated: N/A  Addition: N/A
- Type: Lock-Up
- Number of Variances: 0
- Drill Time: TEST ONLY
- Facility Capacity: 19
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**8. Facility Name:** Clay Road Lock Up
- Address: 16715 Clay Rd
- Zip Code: 77084
- City: Houston
- State: Tx
- Phone #: (1281) 463-4179
- Fax #: (1281) 463-2846
- Built: 1979  Renovated: N/A  Addition: N/A
- Type: Lock-Up
- Number of Variances: 0
- Drill Time: TEST ONLY
- Facility Capacity: 6
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**9. Facility Name:** Cypress Lockup
- Address: 6831 Cypresswood Dr
- Zip Code: 77379
- City: Spring
- State: Tx
- Phone #: (1281) 376-9047
- Fax #: (1281) 379-6153
- Built: 1977  Renovated: N/A  Addition: N/A
- Type: Lock-Up
- Number of Variances: 0
- Drill Time: TEST ONLY
- Facility Capacity: 9
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**10. Facility Name:** Wallisville Lock up
- Address: 14350 Wallisville Rd
- Zip Code: 77049
- City: Houston
- State: Tx
- Phone #: (1713) 455-8071
- Fax #: (1713) 451-8802
- Built: 1988  Renovated: N/A  Addition: N/A
- Type: Lock-Up
- Number of Variances: 0
- Drill Time: TEST ONLY
- Facility Capacity: 12
- Average Daily Population: 0.00
- Housing Total this Date: 0
- Holding Total this Date: 0

**RECEIVED** By Cathi Williamson at 10:49 am, Jun 30, 2025

Annual Jail Report

pg.2

**11. Facility Name**: Joint Processing Center
- Address: 700 North SanJacinto
- City: Houston
- Phone #: (346) 286-1428
- Fax #: (832) 927-0278
- Built: 2018  Renovated: N/A  Addition: N/A
- Type: Lock-Up
- Zip Code: 77002
- State: Tx
- Number of Variances: 0
- Drill Time: 2min33sec
- Facility Capacity: 552
- Average Daily Population: 522.08
- Housing Total this Date: 547
- Holding Total this Date: 209

**12. Facility Name**: _
- Address: _
- City: _
- Phone #: _  Fax #: _
- Built: _  Renovated: _  Addition: _
- Type: _
- Zip Code: _  State: _  Number of Variances: _
- Drill Time: _
- Facility Capacity: _
- Average Daily Population: _
- Housing Total this Date: _
- Holding Total this Date: _

**13. Facility Name**: _
(blank)

**14. Facility Name**: _
(blank)

**15. Facility Name**: _
(blank)

**16. Facility Name**: _
(blank)

**17. Facility Name**: _
(blank)

**18. Facility Name**: _
(blank)

RECEIVED
By Cathi Williamson at 10:49 am, Jun 30, 2025

## TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

*Michael Garrett, TCJS Inspector*

**Facility Name:** Harris                     **Date:** June 23-27, 2025

| Chapter | Title | Comments |
|---|---|---|
| 259 | New Construction | Conducted a walk through inspection of the facility. <u>**Deficiency Noted: Technical Assistance Provided.**</u> While inspecting the medical holding cells at 1200 Baker, the inspection team reviewed admission records of inmates housed in Medical Holding #1 and #2, who were currently waiting to see a medical professional. Those records revealed that 4 of the inmates currently there had not been placed in a housing unit within 48 hours, as stated in Section 259.138 (a). According to the records, the inmates had been assigned a housing location in the computer but were never physically taken to that location and housed. The administration was reminded that inmates can not remain in a holding cell for more than 48 hours. <u>**Follow-up Required**</u> - Within 30 days, Harris County will provide the Inspector with a plan of action that describes how they will ensure inmates are housed within 48 hours. |
| 261 | Existing Construction | Conducted a walk through inspection of the facility. |
| 263 | Life Safety | Inspected life safety equipment and conducted and observed emergency drill. Reviewed documentation. Conducted staff interviews. (1). <u>**Deficiency Noted Technical Assistance Provided-**</u> A review of the quarterly fire hazard inspection checklists revealed that for the 4th quarter of 2024, no checklist was completed. The administration was reminded that the checklist must be completed and any issues found during the inspection must be addressed and corrected, in accordance with TCJS 263.42. <u>**Follow-up Required-**</u> Within 30 days, Harris County will send the Inspector a plan of action that describes how they will ensure the quarterly fire prevention gets completed. Harris County will also send the inspector the completed quarterly fire prevention logs for all facilities by the end of the 3rd quarter of 2025. (2) <u>**Deficiencies noted- see report.**</u> Technical assistance provided – During the on-site inspection conducted on Day 2 (June 24, 2025), fire panels in Building 701, Building 1200, the Inmate Processing Center (IPC), and the Joint Processing Center (JPC) were noted to be in "Trouble" mode. By the morning of Day 4 (June 26, 2025), photographic evidence suggested that all fire panels had returned to "Normal" mode. However, subsequent visual verification later that afternoon revealed: Building 1200: Fire panel was found to be in "Trouble" mode with seven active alarms and IPC: Fire panel was in "Trouble" mode with four active alarms. Inspection staff reiterated the critical requirement that all life safety equipment must remain fully operational, per applicable minimum standards. <u>**Follow-up required:**</u> Staff interviews indicated that Impact Fire is contracted to resolve "Trouble" alarms each Wednesday. A Plan of Action must be submitted within 30 days to the lead inspector. This plan should outline immediate measures for resolving future alarm issues and ensuring continuous compliance. |
| 265 | Admission | Reviewed a random sample of #40 inmate files. Interviewed staff. Reviewed policy. |
| 267 | Release | Reviewed a random sample of #5 inmate files. Interviewed staff. |
| 269 | Records/Procedures | Reviewed policy and documentation. Interviewed staff and reviewed ADA compliance evaluation. |

**RECEIVED**
By Cathi Williamson at 10:49 am, Jun 30, 2025

## TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

| | | |
|---|---|---|
| 271 | Classification | Reviewed a random selection of #40 inmate files. Reviewed staff training records. Reviewed internal classification audits. Reviewed policy. Interviewed staff. <u>Technical Assistance Provided</u> – Day room logs for housing areas 2P1 and 2P2 do not consistently indicate that inmates are provided with at least one hour of access to the day room each day. During the review, the inspection team noted that when day room time was entered, there was no clear return time to a cell to indicate how long access to the day room was granted. In some cases, there was no documentation to show that access to the day room was provided. <u>Follow-up Action Required</u> – Within the next 30 days, the administration will develop a plan of action detailing how day room time will be documented to demonstrate that all inmates are provided with at least one hour of access to the day room each day. The plan of action is to be supplied to the lead inspector. Additionally, the administration will provide day room logs to the lead inspector every week for the next 30 to 60 days. |
| 273 | Health Services | Reviewed a random selection of #40 files. Interviewed staff and inmates. Reviewed training records. Reviewed policy. <u>Technical Assistance Provided</u>-During a walk-through inspection of the 1307 Baker Street facility, the inspection team was approached by an inmate who stated that they had been prescribed a heart-healthy diet by the medical staff but had yet to receive it. Upon investigation, the inspection team found that the inmate had been ordered a heart-healthy diet as of June 6, 2025. The orders for a heart-healthy diet were sent to the dietitian, who failed to send them to the kitchen staff. As of June 24, 2025, the inmate has yet to receive the special diet. Administration was reminded that all orders from a physician shall be followed. <u>Follow-up Required</u> - Within 30 days, Harris County will provide the Inspector with a plan of action detailing how they will ensure prescribed diets are followed and distributed to inmates in the future. |
| 275 | Supervision | Reviewed all #195 officer TCOLE certification records. Reviewed officer documentation. Interviewed staff. <u>Deficiency Noted Technical Assistance Provided</u> - The Investigator examined information from a serious incident report submitted by the Harris County Jail Administration. The investigation revealed that on May 21, 2025, an inmate was left unsupervised in a court holding cell from 3:45 p.m. until 9:30 p.m., for a total of 5 hours and 45 minutes. A Janitor employed by Harris County eventually discovered the inmate. The results of this investigation found that Harris County violated Minimum Jail Standards 275.1, which states that there shall be face-to-face observations by jailers at least every 30 minutes. Administration was reminded of Minimum Standards 275.1. <u>Follow-up Required</u> - Within 30 days, the Jail Administrator will send the Inspector a plan of action detailing how they will prevent this situation from happening in the future. |
| 277 | Personal Hygiene | Conducted a facility walk through. Reviewed facility schedule. |
| 279 | Sanitation | Conducted a facility walk through. Interviewed staff and inmates. Reviewed policy. |
| 281 | Food Service | Conducted walk through inspection in kitchen area. Interviewed staff. Reviewed documentation. |
| 283.1 | Discipline | Reviewed #74 disciplinary hearing records. Interviewed staff and inmates. Reviewed policy. Reviewed inmate rules. <u>Technical Assistance Provided</u> – During the review of inmate discipline reports, the inspection team was unable to determine whether inmates were provided with at least twenty-four hours' written notice prior to a waiver being offered or a hearing being held. Currently, it is left to the officer issuing the discipline to provide notice to the inmate; however, the notice provided does not include a signature, date, or time indicating when the inmate was served. <u>Follow-up Action Required</u> – Within the next 30 days, the administration will develop a plan of action detailing how a twenty-four-hour notice of intended discipline will be provided to an inmate, including the date and time the notice was provided. The plan of action is to be supplied to the lead inspector. |

**RECEIVED**
By Cathi Williamson at 10:49 am, Jun 30, 2025

## TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

| | | |
|---|---|---|
| 283.3 | Grievance | Reviewed #24 inmate grievance/complaints. Reviewed policy. Interviewed staff and inmates. **Technical Assistance Provided** – During the review of inmate grievances, it was determined that grievances are not being handled in accordance with the approved Grievance Operational Plan. Grievances are not being answered by the grievance board; they are being sent to a floor supervisor for investigation and a response to the inmate. Harris County Administration advised that grievances are being handled in accordance with HCSO Policy and Procedure, and that the grievance plan would need to be updated to align with the policy and procedure. **Follow-up Action Required** – Harris County Administration will review and update the grievance plan. The plan is to be submitted to Program Specialist Lupe Moreno for approval and will also be submitted to the lead inspector for review. **Inspectors note:** The approved Harris County Grievance Operational Plan states, "Grievances may be appealed to the Grievance Board." This is in direct conflict with minimum jail standards, which state, "provide a documented appeals process if requested by the inmate by a person or persons not a member of the grievance board;" Harris County Administration was advised to update the Grievance Operational Plan in accordance with minimum jail standards. |
| 285 | Exercise | Walk through of exercise area conducted. Reviewed documentation. Interviewed staff and inmates. **Technical Assistance Provided:** During the walkthrough of the medical infirmary, inmates housed in MD1 and MD2 reported that they had never been offered recreation. However, the recreation call-out Sheet for this area indicates that all inmates in MD1 and MD2 were offered recreation three days per week throughout February and May of 2025. Additionally, another recreation call-out sheet was provided, which included a line drawn through the "attended/no" area and a signature from a registered nurse (RN). A review of the inmates' medical records revealed no documentation or notes explaining why inmates in MD1 and MD2 were restricted from participating in recreation. **Follow-Up Required:** Harris County shall submit a plan of action to the lead inspector within 30 days outlining the process for documenting, in the electronic medical chart, the medical reasons a physician has restricted an inmate's participation in recreation. Furthermore, rosters confirming that both correctional and medical staff assigned to these areas understand the policy shall also be provided. |
| 287 | Education/Library | Reviewed policy and schedule. Interviewed staff and inmates. |
| 289 | Work Assignments | Reviewed policy and schedule. Interviewed staff and inmates. |
| 291.1 | Telephone | Reviewed policy and schedule. Interviewed staff and inmates. |
| 291.2 | Correspondence | Reviewed policy and schedule. Interviewed staff and inmates. |
| 291.3 | Commissary | Reviewed policy and schedule. Interviewed staff and inmates. |
| 291.4 | Visitation | Reviewed policy and schedule. Interviewed staff and inmates. |
| 291.5 | Religious Practices | Reviewed policy and schedule. Interviewed staff and inmates. |
| xxx | Variances | All facility variances were reviewed. |
| xxx | Remedial Orders | Not applicable. |
| xxx | Complaints | Not applicable. |
| xxx | CCQ | All required personnel are trained and certified with the CCQ system and inquiries are being performed on all inmates at intake. |

**RECEIVED**
By Cathi Williamson at 10:49 am, Jun 30, 2025

# TEXAS COMMISSION ON JAIL STANDARDS
## JAIL INSPECTION REPORT

**Facility Name:** Harris                                                                                              **Date:** June 23-27, 2025

*Mike Garrett* (signature)
**Michael Garrett, TCJS Inspector**

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 259.138 | (a) | (a) One or more holding cells shall be provided to hold inmates pending intake, processing, release, or other reason for temporary holding. Inmates shall not be held for more than 48 hours and the cell shall include the following features.<br><br>**The Inspection team discovered that inmates were being held in a holding cell for more than 48 hours.** |
| 2 | 263.42 | | Each facility, after consultation with the local fire department or Texas Commission on Fire Protection, shall have and implement a written plan, approved by the Commission on Jail Standards, for fire prevention and a fire hazard inspection checklist which shall be evaluated no less than each calendar quarter. The facility shall be inspected annually by a local fire official who is certified by the Texas Commission on Fire Protection or who meets the alternative criteria provided in Government Code 419.909 and shall pass the inspection.<br><br>**Records showed that Harris County had not completed the 4th quarter fire prevention inspection as required.** |
| 3 | 263.55 | | All life safety equipment shall be inspected, maintained, and tested by persons qualified to do so (whether under vendor contract, by state or private agency or otherwise) in order that such equipment shall be safe, secure, and fully operative at all times.<br><br>**The inspection team found fire control panels in trouble mode.** |
| 4 | 275.1 | | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020.<br><br>**Harris County exceeded the 30-minute observation requirement when an inmate was left in a court holding cell and they did not conduct a face-to-face observation for 5 hours and 15 minutes.** |

**RECEIVED**
*By Cathi Williamson at 10:49 am, Jun 30, 2025*

# TEXAS COMMISSION ON JAIL STANDARDS
## Technical Assistance

**Facility Name:** Harris  **Date:** June 23-27, 2026

*Mike Garrett* (signature)
**Michael Garrett, TCJS Inspector**

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 259.138 | (a) | (a) One or more holding cells shall be provided to hold inmates pending intake, processing, release, or other reason for temporary holding. Inmates shall not be held for more than 48 hours and the cell shall include the following features. |
| | | | **The Inspection team discovered that inmates were being held in a holding cell for more than 48 hours.** |
| 2 | 263.42 | | Each facility, after consultation with the local fire department or Texas Commission on Fire Protection, shall have and implement a written plan, approved by the Commission on Jail Standards, for fire prevention and a fire hazard inspection checklist which shall be evaluated no less than each calendar quarter. The facility shall be inspected annually by a local fire official who is certified by the Texas Commission on Fire Protection or who meets the alternative criteria provided in Government Code 419.909 and shall pass the inspection. |
| | | | **Records showed that Harris County had not completed the 4th quarter fire prevention inspection as required.** |
| 3 | 263.55 | | All life safety equipment shall be inspected, maintained, and tested by persons qualified to do so (whether under vendor contract, by state or private agency or otherwise) in order that such equipment shall be safe, secure, and fully operative at all times. |
| | | | **The inspection team found fire control panels in trouble mode.** |
| 4 | 271.1 | (12) | (a) Each sheriff/operator shall develop and implement an objective classification plan approved by the Commission by January 1, 1997. The plan shall include principles, procedures, instruments and explanations for classification assessments, housing assignments, reassessments and inmate needs. Plans utilizing an approved objective classification system shall be submitted and approved by the Commission. The following principles and procedures shall be addressed: (12) single cells may be utilized for disciplinary or administrative separation. Inmates in administrative separation shall be provided access to a day room for at least one hour each day. Inmates in disciplinary separation shall be provided a shower every other day. |
| | | | **A review of dayroom logs revealed that the required 1 hour of dayroom was not being offered to some inmates.** |
| 5 | 273.3 | | All medical instructions of designated physicians shall be followed. |
| | | | **The Inspection team found that an inmate was not given a heart-healthy diet as prescribed by the physician** |
| 6 | 275.1 | | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020. |
| | | | **Harris County exceeded the 30-minute observation requirement when an inmate was left in a court holding cell and they did not conduct a face-to-face observation for 5 hours and 15 minutes.** |

**RECEIVED**
*By Cathi Williamson at 10:49 am, Jun 30, 2025*

## TEXAS COMMISSION ON JAIL STANDARDS
### Technical Assistance

| | | | |
|---|---|---|---|
| 7 | 283.1 | 3 (C) | Each sheriff/operator shall develop and implement a written disciplinary plan, approved by the Commission, governing inmate conduct. The plan shall provide for the firm, fair, and consistent application of rules and regulations. Facilities housing contracted TDCJ-ID inmates may adhere to TDCJ-ID disciplinary policies and procedures for these inmates, when they are housed together, and separately from all other inmates. Facilities housing federal inmates may adhere to federal disciplinary policies and procedures for these inmates, when they are housed together, and separately from all other inmates. For purposes of inmate discipline, violations of institutional rules and regulations shall be divided into Minor Infractions and Major Infractions. (3) Disciplinary Due Process Requirements. (C) provisions shall be made for at least twenty-four hours written notice to be given to the inmate of the claimed violation or charges against him/her; |
| | | | **While reviewing inmate disciplinary records, the inspection team found that it was unclear if the inmates were afforded the 24 hours of due process.** |
| 8 | 283.3 | | Every facility shall have and implement a written plan, approved by the Commission, for inmate grievance procedures. This plan shall be an administrative means for the resolution of grievances. It supplements, but does not replace any informal grievance procedure. Each plan shall:<br>(1) provide for the selection of member(s) to constitute a grievance board. In facilities of 50 capacity or less, this may be one person. An inmate may also be a member;<br>(2) provide details on what constitutes grounds for initiation of a grievance:<br>(A) violation of civil rights;<br>(B) criminal act;<br>(C) unjust denial or restriction of inmate privileges;<br>(D) prohibited act by facility staff;<br>(3) provide maximum time limits not to exceed 60 days with interim response not to exceed 15 days for written replies by the grievance board;<br>(4) provide for the expeditious handling of emergency grievances where delay could subject the inmate to personal injury or other damages;<br>(5) provide safeguards to prevent reprisals against the inmate in the resolution of a grievance<br>(6) provide for meaningful relief of a substantiated grievance (i.e., reinstatement of good time, additional visitation privileges);<br>(7) provide a documented appeals process if requested by the inmate by a person or persons not a member of the grievance board;<br>(8) provide for the release of information to inmates and employees only when specifically approved by the sheriff/operator or designee. |
| | | | **The inspection team found that inmate grievances are not being processed in accordance with Harris County's operational plan.** |
| 9 | 285.1 | | Each facility shall have and implement a written plan, approved by the Commission, for inmate physical exercise and physical recreation. Documentation of physical exercise and physical recreation shall be maintained for Commission review. Each inmate shall be allowed one hour of supervised physical exercise or physical recreation at least three days per week. |
| | | | **The inspection team reviewed the medical records of the inmates in the infirmary. Records revealed that none of the inmates were being allowed to go to recreation. There was also no documentation from the physician as to why they could not participate in recreation activities.** |

**RECEIVED**
By Cathi Williamson at 10:49 am, Jun 30, 2025

# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
Brandon S. Wood



P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

## NOTICE OF NON-COMPLIANCE
## HARRIS COUNTY JAIL

### June 30, 2025

Please reference the Inspection Requirements Review and Jail Inspection Report issued on June 23-27, 2025, detailing the specific issues that resulted in the issuance of this notice of non-compliance.

| Minimum Standards Violated: | Corrective Measure Required | Date Corrective Action Must Be Completed |
|---|---|---|
| 259.138(a) | One or more holding cells shall be provided to hold inmates pending intake, processing, release, or other reason for temporary holding. Inmates shall not be held for more than 48 hours and the cell shall include the following features. **The Inspection team discovered that inmates were being held in a holding cell for more than 48 hours.** | Upon receipt of this notice. |
| 263.42 | Each facility, after consultation with the local fire department or Texas Commission on Fire Protection, shall have and implement a written plan, approved by the Commission on Jail Standards, for fire prevention and a fire hazard inspection checklist which shall be evaluated no less than each calendar quarter. The facility shall be inspected annually by a local fire official who is certified by the Texas Commission on Fire Protection or who meets the alternative criteria provided in Government Code 419.909 and shall pass the inspection. **Records showed that Harris County had not completed the 4th quarter fire prevention inspection as required.** | Upon receipt of this notice. |
| 263.55 | All life safety equipment shall be inspected, maintained, and tested by persons qualified to do so (whether under vendor contract, by state or private agency or otherwise) in order that such equipment shall be safe, secure, and fully operative at all times. | Upon receipt of this notice. |

Judge Bill Stoudt, Longview, Chair          Sheriff Kelly Rowe, Lubbock          Commissioner Ben Perry, Waco
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair                                      Duane Lock, Southlake
Ross Reyes, Melissa                         Patricia M. Anthony, Garland         Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

Ex. 14 016                                                                       WAGNER 003536

|  | **The inspection team found fire control panels in trouble mode.** |  |
|---|---|---|
| 275.1 | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020.<br>**Harris County exceeded the 30-minute observation requirement when an inmate was left in a court holding cell and they did not conduct a face-to-face observation for 5 hours and 15 minutes.** | **Upon receipt of this notice.** |