| | |
|---|---|
| **HARRIS COUNTY SHERIFF'S OFFICE** (HCSO logo) | *Detention Command*<br>*Standard Operating Procedures* |

| SUBJECT: | SOP#: | NO. OF PAGES: |
|---|---|---|
| **INMATE OBSERVATION** | CJC- 220 | 15 |
| NOTES: | SUPERSEDES:<br>OCTOBER 29, 2020 | EFFECTIVE DATE:<br>SEPTEMBER 11, 2023 |

### I. Purpose

The purpose of this policy is to describe the methods and practices needed to account for the safety, security, and presence of any inmate in custody of the Harris County Sheriff's Office.

### II. Policy

It is the policy of the Harris County Sheriff's Office to establish procedures of accountability for its staff to ensure the safety and security of any inmate in the custody of the Sheriff. It is essential that related records be accurately completed, and serve as a reliable record of the Sheriff's Office's activity.

### III. Procedure

A. **Definitions**

1. **Close Observation** —

    Reserved for the inmate who is not actively suicidal, but expresses suicidal ideation and/or has a recent prior history of self-destructive behavior and would be considered a low risk for suicide. In addition, an inmate who denies suicidal ideation or does not threaten suicide, but demonstrates other concerning behavior (through actions, current circumstances, or recent history) indicating the potential for self-injury should be placed under close observation. Also includes inmates who are assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior.

2. **Continual Observation** —

    Reserved for the inmate who is actively suicidal, either by threatening or engaging in self-injury and would be considered a high risk for suicide. An assigned staff member on a continual basis with limited interruptions will observe this inmate.

3. **Detoxification Cell -** A cell designed for the temporary holding of intoxicated persons.

4. **Holding Cell -** A cell designed for the temporary holding of inmates:

    a. Visitation booths will not be used as holding cells

**HC_018031**

    b.  Attorney booths will not be used as holding cells

5. **Irregular Pattern** – Refers to observations, which are made in a non-predictable and random pattern.

    All rounds will be made by varying routes and times in order to maintain an irregular schedule and to lessen predictability.

    **Recommendations from Public Integrity Prosecutors with the Harris County District Attorney's Office**: "It is IMPOSSIBLE for a person to round at the EXACT same time every single time they round. That is a red flag that the person may be pre-recording their round times in an effort to get out of doing them."

6. **Observation** – Means to obtain a firsthand evaluation of the inmates' attitudes and temperament, while paying close attention to the physical, mental, and emotional condition of each inmate to detect signs of distress or need for medical, psychological or other special services. (See III, D, (1-12) for additional requirements. **OBSERVATION REQUIRES THE STAFF MEMBER TO ACTUALLY LOOK AT AND EVALUATE EACH INMATE. IF YOU CANNOT SEE THE INMATE, YOU DID NOT COMPLY WITH REQUIREMENTS REGARDING INMATE OBSERVATION!**

7. **Separation Cell** - A special purpose cell designed to accommodate one (1) inmate. The cell minimally contains one (1) bunk, mirror, toilet, lavatory, table, and seat. This cell is used to house inmates requiring protection or whose behavior requires close supervision.

8. **Safety / Violent Cell -** A single occupancy padded cell for the temporary holding of inmates harmful to themselves and/or others (sometimes referred to as a "padded" cell).

B.  **Inmate Observation Schedule**

1.  **Close Observation -** Inmates will be observed by staff at staggered intervals not to exceed every **(30) thirty minutes.** These observations will be documented as they occur.

2.  **Continual Observation** — These observations should be documented at intervals not exceeding **(30) thirty minutes.** These observations will be documented as they occur. All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available use Criminal Justice Command Form **CJCF-219a ~ Daily Observation Log** . See III,(I), below for instructions on completing and posting form CJCF—219a ~ Daily Observation Log.

    a.  **E-Row:** Inmates housed at the 1200 Jail (JA09) / "E-Row."

    b. **Detoxification Cells** – Inmates confined in a holding cell or detoxification cell will be observed on a continual basis. Inmates experiencing **substance** withdrawal, while normally placed in violent cells, due to limited availability may be placed in regular separation cells.

    c. **Safety** / **Violent Cells**

3. **Continual Observation (Actively Suicidal Inmates) -** Actively Suicidal inmates will be observed by an assigned staff member on a continual basis with limited interruptions. The observation will be documented at intervals not to exceed **(30) thirty minutes.** All rounds will be electronically documented using the Corretrak digital observation application.

    a. If Corretrak is not available use Criminal Justice Command Form **CJCF-220 ~ Continual Observation form**. All information should be printed legibly.

    b. See Criminal Justice Command Policy CJC-235 ~ Suicide Prevention Plan regarding clothing/ suicide smocks/suicide blankets/possession of personal property/etc.

4. **Holding Cells / Outlying Jails / Hospital Security** *(Housing Floors, Medical, Classification, Court, Tunnel Control, Basement Control, Z-Cells, etc.).* Inmates placed in a holding cell will be observed at irregular intervals *not to exceed every thirty (30) minutes*. All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available use **Criminal Justice Command Form CJCF-219c ~ Holdover Cell Round Sheet** to document all observations of those inmates temporarily placed in a holding cell.

5. **Administrative Separation** - Inmates housed or placed in a separation cell will be observed at irregular intervals not to exceed every **thirty (30) minutes.** All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available use Criminal Justice Command Form **CJCF-219a ~ Daily Observation Log** . See III,I, below for instructions on completing and posting form CJCF—219a ~ Daily Observation Log.

6. **General Population (701 Jail / 1200 Jail / 711 Jail / 1307 Jail, JPC) -** Inmates confined in General Population dormitory style cellblocks should be observed by facility personnel and times between observations **will not** exceed **sixty (60) minutes.** These observations will be documented as they occur. All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available, use Criminal Justice Command Form **CJCF-220d ~ Pod Control Center Visual Jail Check Log.**

7. **General Population (Single Cell Configuration) -** Inmates confined in single cell cellblocks, classified as General Population[1], will be observed by facility personnel at irregular intervals **not** exceeding **sixty (60) minutes.** (It does not matter if the doors are open or closed, staff must enter the cellblock to complete the round). These observations will be documented as they occur. All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available, use Criminal Justice Command Form **CJCF-220d ~ Pod Control Center Visual Jail Check Log.**

   Note: **All rounds will be made by varying routes and times in order to maintain an irregular schedule and lessen predictability. Rounds will be made in random and irregular patterns. Documented observations will not be made at prescribed and exact times, for example 0600 hrs. / 0630 hrs. / 0700 hrs, etc.).**

8. **Observation of Inmates Placed in Protective Restraints (See CJC-239 Restraints).**

   a. Restraints will be considered "protective restraints" when they are applied as a protective measure to inmates exhibiting behavior indicating that they are a danger to themselves or others.

   b. Staff members will observe inmates placed in restraints for violent behavior at irregular intervals. The observations will be documented and will not exceed **fifteen (15) minute** intervals. These observations will be documented as they occur (This is not applicable to normal operational security procedures (handcuffing after a fight, transportation purposes, etc.). All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available use Criminal Justice **Command CJCF-219a ~ Daily Observation Log**

   c. **CJCF-239 ~ Application of Protective Restraints Observation Log will be located on or near the cell door anytime an inmate is placed in protective restraints.**

C. **Digital Observation Application (Corretrak)**

   1. **Applicability.** In areas, where available, all visual observations will be made via the Corretrak digital observation application. Should Corretrak not be available, or non-functioning, visual observations will be documented as delineated below (III,J)

---

[1] Does not require the inmates to be "locked-down" and all cell doors remain open prior to "lights-out." Staff must enter the housing area and observe each inmate to satisfy the requirements of this policy.

2. **Corretrak Application / Supporting Documents**

    (a) Corretrak User Sign-On

    (b) Corretrak Training Guide

    (c) Jail Housing Forms (Printable)

3. **Equipment (Corretrak IPod)**

    a. The iPod is county equipment and should be treated accordingly. Intentionally damaging or rendering the device inoperable will result in disciplinary action.

    b. If the iPod is damaged, notify a supervisor and complete an information report.

    c. The iPod should be accounted for at the beginning of the shift. If the iPod is missing, notify a supervisor.

    d. The iPod should be plugged in and charging while not in use.

    e. Missing or damaged equipment is not a valid reason to miss rounds. Replacement equipment is available through OMS Support.

4. **User Login**

    a. Employees will not conduct rounds with a Corretrak device they are not properly logged / signed into.

    b. Completing rounds with a device signed into by another employee is falsifying information.

    c. At no time will an inmate be allowed to conduct documented observations.

5. **Late Rounds**: Corretrak provides a pop-up box advising when rounds are late. Users will always enter a free text comment documenting in detail why (fight, medical emergency, etc.) the round is late. If rounds are late a supervisor will be notified.

6. **Alerts:** Always enable audio alerts as part of the sign-on process. Steps to enable audio are covered in the Corretrak Training Guide.

7. **Suspension of Observation Round Location(s):** In the event an entire cellblock, single cell, separation cell, or holding cell is not serviceable, de-populated, or is unoccupied for an extended timespecifically periods

extending beyond 2-4 hours, personnel have the capability of requesting observation rounds be **"suspended"** at a particular and specific identified location using the Corretrak "**Suspend**" option.

   a. Prior to the suspension of any/all observation rounds, all employees must notify and obtain approval from their immediate on-duty supervisor.

   b. The location will be entered and observed prior to requesting a suspension to ensure the location is empty.

   c. The staff member requesting the suspension of the observation round will be required to obtain and enter the approving supervisor's name into the Corretrak device at the time the identified location(s) observations are to be suspended. The following comment will be entered by the suspending personnel:

   *"Observation Rounds Suspended/Location Empty - Authorized by (enter approving supervisor's rank and name)."*

   d. In the event a location has been suspended by staff on a previous shift, the oncoming personnel are required to confirm the area is vacant, and request the continuation of a suspension with their immediate on-duty supervisor and follow the above process.

8. **Connectivity Issues:** The iPod stores a local copy of the rounds data. If there is an issue with the Wi-Fi, continue to complete rounds. The data will sync to the servers when connectivity is restored. The round is only late if the iPod indicates the round is late. The Corretrak Dashboard may be temporary out of sync until the issue is resolved.

9. **OMS Support:** OMS Support is available on all shifts by phone at 346-286-1298 or by email at OMSSupport@sheriff.hctx.net. OMS Support can assist users with account set-up, login issues, and application navigation.

10. **Supervisor Responsibility:** Supervisors will routinely monitor the Corretrak dashboard to ensure compliance with established time parameters.

11. **Falsification of Records:** Any staff member found to have engaged in behavior intended to alter, change, modify, or circumvent making required rounds will be subject to disciplinary action. This includes scanning unapproved QR codes.

D. **Observation of Inmates**

1. At the beginning of each watch, each Pod Control Center's (PCC) personnel will completely fill out the Electronic PCC Pass-On Book and prepare all necessary paperwork. **ALL** fields must be completed. **ALL** activity should be documented throughout the shift.

2. COUNT – In accordance with **Criminal Justice Command Policy CJC-204 ~ Inmate Count Policy**, inmate count will be conducted at the beginning of every watch; each inmate's T-Card will be compared to the same inmate's armband. Other counts may be conducted as deemed necessary.

3. The location and activities of all inmates (court, hospital, and school, etc.) will be accounted for at all times with specific location denoted on the **In/Out Activity Log Sheet.**

4. All non-supervisory personnel will use black or blue ink.

5. Employees will not, under any circumstances, make a false entry on any observation log or "round-sheet."

E. **Observation Instructions – Include, but are not limited to:**

1. Obtain a firsthand evaluation of the inmates' attitudes and temperament by visually observing the inmates.

2. Observe the physical, mental, and emotional condition of each inmate to detect signs of distress or need for medical, psychological, or other special services.

3. Inspect all windows, screens, and walls in the cellblocks and individual cells for any signs of tampering.

4. Ensure all security doors, pan-holes, storage room doors, etc. are properly secured, locked, and functional.

5. As applicable, observation(s) will include both upper and lower level inmate dayroom/housing areas.

6. Ensure sanitary conditions and inspection requirements are followed and comply with **Criminal Justice Command Policy CJC-233 ~ Sanitation Plan**.

7. Ensure inmates are not being subjected to harassment, intimidation, abuse, threats, or assaults by other inmates.

8. Ensure all lights, toilets, showers, telephones, etc., are mechanically sound and in good working order.

9. Inmates will not be allowed to prevent staff members from observing the interior of the cell by any means, to include obscuring the window(s), doors, or other observation areas with paper, cardboard, clothing, etc. While conducting visual observations, any inmate who is preventing observation/view into his/her inmate housing area will be immediately ordered to remove any article or item blocking the staff member's view. If compliance is not immediate, the confronting staff member will remain at the housing cell/area where observation is prevented, call for assistance, and promptly remove all items preventing visual observation of the individual inmate and his/her housing area.

10. Remove anything obscuring or covering lights, windows, doorways, vents, or view of the inmates.

11. Remove any clotheslines and/or items glued or attached to any wall or bunk.

12. Ensure all inmates have proper bedding, clothing, a functional armband, and a permanent or temporary bunk.

F. **Observation of Inmates In General Population Cellblocks**

1. It will be the duty and responsibility of the PCC personnel to continually observe inmates in their housing areas at regular and irregular intervals as prescribed by Departmental policy.

2. Although pod construction and/or cameras allow for continuous, nearly unobstructed view of the inmates and their living areas, PCC personnel will be continually vigilant monitoring all housing areas.

    a. Housing personnel are required to make a minimum of three (3), documented security observation rounds per shift, of inmate living areas inside general population dormitory style cellblocks. These rounds will be documented in the Corretrak application.

    b. Staff will announce their presence when entering a cellblock housing inmates of the opposite gender. For example, when entering a female housing unit a male staff member will state, "Male in the cellblock."

3. **Note: All rounds will be made by varying routes and times in order to maintain an irregular schedule and lessen predictability.**

G. **Criminal Justice Command Form CJCF-219a ~ Daily Observation Log (Printed Observation Log)**

1. CJCF-219a ~ Daily Observation Log will be used to document all observations of inmates housed in separation cells, detoxification cells, or placed on Close Observation if Corretrak is not functional.

2. The form will be located on or near a cell door located from the farthest point of entry into the cellblock.

3. If the cellblock has multiple levels, a Daily Observation Log will be posted on **each level** on or near the cell door located from the farthest point of entry into the cellblock.

    a. Staff members will populate all fields, indicating the:

        i. Date: (ex. 02/14/13):

        ii. Tier: Select One (Upper or Lower);

        iii. Jail/Cellblock: (For example: 701/7B1 or 1200/2K1)

    b. The "Start" field will be legibly printed to indicate the time the round began.

        i. The interval between round "Start" times will not exceed 30 minutes;

        ii. The first round of the shift will be made within 10 minutes after shift change.

        iii. The last round of the watch will be made no sooner than 10 minutes prior to the shift ending.

    c. The "End" field will be legibly printed to indicate the time the round ended.

    d. The employee will legibly print their Employee Identification Number (EIN) in the designated field.

    e. On the back of form CJCF-219a in the "Comment" section, staff members will note any unusual or significant events observed/found during the round and explain in detail why a round was completed late, if it was late (fight, medical emergency, etc.).

    f. If a round is completed late, the employee must notify his/her on-duty supervisor. The supervisor will initial the comment section regarding the late round.

g. On the back of form CJCF-219a, staff members assigned to the respective area will sign the form for their respective watch indicating the information is true and accurate to the best of their knowledge.

H. **Maintenance/Electrical Malfunctions Hindering Documented Inmate Observations**

In the event of an electrical/mechanical or other malfunction preventing the remote operation of one or more doors within the secure perimeter of a jail facility, or any other type of event which prevents or hinders inmate observation, personnel will adhere to the following procedures:

1. Immediately inform the floor/area supervisor.

    a. The floor supervisor will assign additional personnel as needed to operate the affected door(s).

    b. The floor supervisor will generate and distribute a Significant Event Bulletin (SEB) and inform his/her relieving supervisor.

2. Obtain the required key from the Central Security Control (CSC).

    a. If the appropriate key is unavailable in the CSC, it may be obtained from the Emergency Key Box inside the Floor Control Center (FCC).

    b. If the Emergency Key Box glass is broken, notify the Fire Life and Safety Office.

3. Inmate observation rounds must resume as soon as practical. Simply citing a mechanical/electrical failure in the Electronic Pass-on book, incident report, or generation of a Significant Event Bulletin (SEB) does not replace requirements regarding documented face to face visual observations.

4. Personnel will not enter an inmate housing area with the door key in their possession, except inside separation housing locations if all inmates are secured in their individual cells.

5. If it becomes necessary to enter an inmate housing area, personnel assigned to manually operate inmate housing area doors will secure the key inside the FCC prior to entering.

I. **Security Rounds by Supervisor(s)**

1. Floor Supervisors will make a minimum of one (1) security round, per watch, by physically entering each cellblock and pod control center under their span-of-control.

2. Supervisors must either have his/her own Corretrak devise (signed out from floor control) or sign into the pod's Corretrak device before making his/her rounds.

3. The Floor Supervisor will review all PCC Electronic Pass-on books on his/her floor for accuracy, thoroughness, and completeness.

4. Supervisors will ensure rounds made by staff are being conducted in a timely manner and recorded in the Corretrak system or printed observation log. The Observation will be logged in Corretrak or acknowledged on the printed instrument.

5. Supervisors will ensure rounds are being made in varying times and manner and initiate corrective action as necessary.

6. Supervisory personnel will use red ink. No blue or black ink will be used by supervisory personnel while conducting security rounds.

7. The Floor Supervisor's Electronic Pass-On Book will be used to document noteworthy floor occurrences.

8. The Watch Commander and/or Division Commander will conduct a weekly walk-through inspection of inmate housing areas. The Watch Commander and/or Division Commander will sign the Electronic Pass-On Book for all PCCs and FCCs entered.

9. During such inspections, verbal interaction with the inmate population is encouraged.

10. The conditions of living areas will be duly noted.

11. In addition to the specific inmate housing areas, other areas of contact on their assigned floor will include:

    a. Recreation areas

    b. Visitation areas

    c. Office areas

    d. Storage areas

    e. As well as any other area located within the supervisor's area of responsibility.

12. **Prison Rape Elimination Act (PREA) Standard 115.13-Supervision and Monitoring.**

    a. Watch Commanders and/or Division Commanders will also make unannounced inspections for the specific purpose of preventing sexual violence in accordance with **Prison Rape Elimination Act (PREA) Standard 115.13-Supervision and Monitoring**.

    b. The rounds will be documented in Corretrak or on the **CJCF-220d ~ Pod Control Center Visual Jail Check Log**.

13. Harris County Sheriff's Office employees will not use a so-called "Notification" or "Jigger" system, in which they surreptitiously notify one another, or inmates under their control, of the presence of any supervisor making rounds. This does not apply under circumstances requiring notification for a legitimate operational purpose.

J. **Gender Assignments**

The housing of both male and female inmates in a facility will mandate both male and female staff members are on duty at all times to ensure adequate staffing is available for gender specific searches and privacy issues.

K. **Pregnant Inmates**

See **Criminal Justice Command Policy CJC-239 ~ Restraints** regarding required documentation.

L. **Special Consideration**

1. If personnel are unable to make a round at the appropriate time, there will be a notation made in the Corretrak application or the appropriate observation log, Separation Cell Out-Time Log, or the Electronic Pass-On Book as applicable.

2. Employees are cautioned misrepresentation of times on Round Sheets (digital and paper) and/or Department Logs are a violation of Departmental policy, and may be a violation of State law.

M. **Observation/Documentation of Workers**

1. Outside Security Perimeter (TCJS 289.4). Only inmates classified as minimum security should be assigned to work outside the security perimeter and should be supervised by jailers or persons designated by the sheriff.

2. Inmate Workers

    a. Harris County Sheriff's Office divisions, sections, areas, or work sites that have assigned inmates regularly assigned thereto, will document

    face-to-face observations no less than once every sixty (60) minutes. These observations will be documented as they occur. All rounds will be electronically documented using the Corretrak digital observation application. If Corretrak is not available, the Observations will be documented on the "**CJCF-220a ~ Inmate Worker Observation Log.**"

  b. These work assignments include, but are not limited to:

      i. Floorworker

      ii. Dock

      iii. Kitchen

      iv. Laundry

      v. Commissary

      vi. Livestock

      vii. Auto Theft

      viii. Academy

      ix. Precinct Camps

      x. County Records

      xi. Lockwood Purchasing

      xii. Other approved work locations

  c. **CJCF-220a ~ Observation Log** is subject to audit by the Compliance and Inspection Team or upon direction of competent authority.

  d. The **Criminal Justice Command Form CJCF-220a ~ Observation Log** will accompany inmate workers assigned to areas, details, precinct camps, and/or functions. The Observation Log will be returned when the inmates are returned to the jail facility.

  e. Harris County Sheriff's Office personnel releasing/processing inmates for release to their work assignment(s) will ensure the form is tendered and returned from the supervising entity.

  f. The Corretrak application and documented observations are subject to audit by the Compliance and Inspection Team or upon direction of competent authority.

    g. HCSO Personnel will complete the Criminal Justice Command Form CJCF-220b ~ Outside Worker Acknowledgement for all inmates escorted outside the secure perimeter

    h. HCSO Personnel will complete the **Criminal Justice Command Form CJCF-220b ~ Outside Worker Acknowledgement** for all inmates escorted outside the secure perimeter

        i. Inmates will be checked in and out by personnel in order to account for their whereabouts and security while on work assignments.

### N. Policy Violations

1. In accordance with the Harris County Sheriff's Office Department Manual, Policy #301, "Corrective Action and Disciplinary Procedures," violation(s) of this policy may result in disciplinary sanctions based on guidelines set forth in the aforementioned policy **("HCSO Policy #301, "Corrective Action and Disciplinary Procedures")**.

2. Failure to properly document rounds, absent exigent circumstances, in accordance with Departmental policy, are subject to corrective action as set forth below.

3. All corrective action will be documented in "Blue Team." See Departmental Policy #301 (Corrective Actions and Disciplinary Procedures) for additional information.

### O. Document Retention

All logs and records will be forwarded to Special Detail or designated "Document Retention Staff" for archival and maintained in accordance with the Harris County Document Retention Schedule.

## IV. Revision:

This policy has been revised on the below listed dates:
April 17, 2012
March 28, 2013
April 08, 2014
July 17, 2014
September 26, 2014
March 16, 2015
April 20, 2015
February 10, 2016
December 22, 2017
October 17, 2018
June 02, 2020

October 29, 2020 (Technical Assistance)
September 11, 2023