EXHIBIT 20

(Link provided due to file size)

[Exhibits - Non-confidential](#)