**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | DEON LEWIS PETERSON | **Home Phone:** | 004459305 |
| **Address:** | 333 NORMANDY ST | **Work Phone:** | 202102230205 |
| | ATW | | |
| | HARRIS CO, TX  77015 | | |
| **Patient ID:** | 297756-2847001 | **Fax:** | |
| **Birth Date:** | 02/28/1979 | **Status:** | Inactive |
| **Gender:** | Male | **Marital Status:** | Undetermined |
| **Contact By:** | | **Race:** | |
| **Soc Sec No:** | 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 | **Language:** | |
| **Resp Prov:** | | **MRN:** | 0787427 |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | 202108101551 | **Sens Chart:** | No |
| **Home LOC:** | ATW | **SPN:** | 01579098 |

## Problems

ACID REFLUX (ICD-530.81) (ICD10-K21.9)
* (B) EAR WAX IMPACTION
DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)
* (B) EAR WAX IMPACTION
RHINITIS (ICD-472.0) (ICD10-J31.0)
HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)
ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)
RASH (ICD-782.1) (ICD10-R21)
REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)
HYPERTENSION (ICD-401.9) (ICD10-I10)
WART, VIRAL (ICD-078.10) (ICD10-B07.9)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Procedures

## Medications

## Immunizations

(Immunizations from observation terms)
TB-PPD: Yes (06/22/2017)
TB-PPD: Yes (04/20/2021)

## Directives

## Allergies and Adverse Reactions

No known allergies or adverse reactions.

## Services Due

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**05/30/2017 - HCSO IPC CXR: IPC Chest XRay**
**Provider: Saji Chacko, Radiology Tech**
**Location of Care: Health Services (IPC)**

## HCSO Intake Chest Xray

**Orders:**
Added new Test order of CHEST, PA (01CHESTPA) - Signed

**Electronically Signed by Saji Chacko, Radiology Tech on 05/30/2017 at 10:53 PM**
————————————————————————————————————————

**05/30/2017 - Imaging Report: Negative for Tuberculosis.**
**Provider: Marcus L Guice, MD**
**Location of Care: Health Services**
**This document contains external references**

```
Negative for Tuberculosis.


Electronically Signed By: Kaminsky, Stephen, Interpreting Radiologist, MD
Sign Date: 31-MAY-17
                                        ————————————————————————

External Attachment:

   Type:      Image
   Comment:   Scanned Image
```

**Signed before import by Marcus Guice, MD**
**Filed automatically on 05/31/2017 at 12:09 PM**
**Electronically Signed by Earl Labuga, PA on 05/31/2017 at 12:42 PM**
————————————————————————————————————————

**05/30/2017 - External Other: (P) Security Intake Questions**
**Provider: Signature Medical Records**
**Location of Care: Health Services**

```
Patient: DEON LEWIS PETERSON
ID: IntakeQuestions 01579098
Note: All result statuses are Final unless otherwise noted.
```

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
Tests: (1) Security Intake Questions ()
   HCSOT00076            No (R)
   HCSOT00056            No (R)
   HCSOT00082            No (R)
   HCSOT00044            No (R)
   HCSOT00046            No (R)
   HCSOT00062            No (R)
   HCSOT00032            No (R)
   HCSOT00050            No (R)
   HCSOT00034            No (R)
   HCSOT00036            No (R)
   HCSOT00072            No (R)
   HCSOT00040            No (R)
   HCSOT00042            No (R)
   HCSOT00052            No (R)
   HCSOT00038            No (R)
   HCSOT00068            No (R)
   HCSOT00078            No (R)
   HCSOT00111            No (R)
   HCSOT00058            No (R)
   HCSOT00066            No (R)
   HCSOT00030            No (R)
   HCSOT00080            No (R)
   HCSOT00064            No (R)
   HCSOT00060            No (R)
   HCSOT00070            No (R)
   HCSOT00048            No (R)
   HCSOT00074            No (R)
   HCSOT00054            No (R)
   HCSOT00091            No (R)
   HCSOT00092            TCLawson2 (R)
   HCSOT00093            "Result Below..."
      RESULT: 05-30-2017 13:13:55  (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 05/30/2017 11:46 PM
```

_____

```
(1) Order result status: Unknown
Collection or observation date-time: 05/30/2017 23:45:52
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: IntakeQuestions
Filler Order Number:
Lab site:
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Filed automatically (without signature) on 05/30/2017 at 11:46 PM**
_____

**05/31/2017 - HCSO IPC Intake health Screening: IPC INTAKE HEALTH SCREENING**
**Provider: Chikodili O Oji, RN**
**Location of Care: PROC**

**HCSO Vital Signs**
Temperature (deg F): **97.1**  Oral
Pulse Rate (BPM): **75**
Respiration Rate (RPM): **18** BP (mmHg) **111** / **72** BP Site: **Left Arm**
O2 Saturation (%): **98** Peak Flow (L/min): **250 Poor Effort**

**HCSO IPC Intake health screening**

Allergies reviewed by nurse
**Is the patient currently taking medications? Pt states:** Yes
**Current medication(s) patient is taking:** UNK ASTHMA INH

**Current Medical Problems As Stated By patient:**
Asthma
**Recent Trauma that needs medical evaluation:** No
**Recent surgery that needs medical evaluation:** No
**Communicable Illness Symptoms:** No
**Comments** NONE NOTED AT THIS TIME.

**Comments** NONE NOTED AT THIS TIME.

**Lice:** No
**Skin:** Tattoos
**Comments:** MULTIPLE TATTOOS.
**Brace/Prosthesis/Cast/Orthopedic device(s):** No
**Under influence or withdrawing from drugs/alcohol:** No
**History of Substance Use Hospitalization:** No
**History of Detoxification and Outpatient Treatment:** No
**Dental that needs Dental evaluation:** No

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**History of Mental Illness:** No
**State of consciousness:** alert, responsive
**Are you having suicidal ideations or thinking of killing yourself at this time?** No
**Have you had any previous suicide attempts?** No
**Patient has personal medical equipment(DME):** No

## Patient had the following positive findings by interview conducted by security staff on the Mental Development Impairments form
**Entered by user:**
TCLawson2
**Submit Time:**
05-30-2017 13:13:55
**Patient Pregnant:**
No
**Does inmate appear to be under the influence of alcohol or drugs?**
No (05/30/2017 11:45:52 PM)
**Have you had a serious injury/hospitalization in last 90 days?**
No (05/30/2017 11:45:52 PM)
**Are you currently taking prescription medicine?**
No (05/30/2017 11:45:52 PM)
**Any disability/chronic illness (diabetes, hypertension, etc.?**
No (05/30/2017 11:45:52 PM)
**Do you have a history of drug/alcohol abuse?**
No (05/30/2017 11:45:52 PM)
**Do you think you will have withdrawal symptoms from stopping use of medications or other substances (including alcohol or drugs) while you are in jail?**
No (05/30/2017 11:45:52 PM)
**Have you ever had traumatic brain injury, concussion, or loss of consciousness?**
No (05/30/2017 11:45:52 PM)
**Is the inmate unable to answer questions? If yes, note why, notify supervisor and place on suicide watch until form is completed**
No (05/30/2017 11:45:52 PM)
**Are you currently homeless?**
No (05/30/2017 11:45:52 PM)
**1a. Does the arresting/transporting officer believe or has the officer received information that inmate may be at risk of suicide?**
No (05/30/2017 11:45:52 PM)
**1b. Are you thinking of killing or injuring yourself today? If so, how?**
No (05/30/2017 11:45:52 PM)
**1c. Have you ever attempted suicide? If so, when and how?**
No (05/30/2017 11:45:52 PM)
**1d. Are you feeling hopeless or have nothing to look forward to?**
No (05/30/2017 11:45:52 PM)
**2. Do you hear noises, or voices other people do not seem to hear?**
No (05/30/2017 11:45:52 PM)
**3. Do you currently believe that someone can control your mind or that other people can know your**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**thoughts or read your mind?**
No (05/30/2017 11:45:52 PM)
**4. Prior to arrest, did you feel down, depressed, or have little interest or pleasure doing things?**
No (05/30/2017 11:45:52 PM)
**5. Do you have nightmares, flashbacks or repeated thought or feelings related to PTSD or something terrible from your past?**
No (05/30/2017 11:45:52 PM)
**6. Are you worried someone might hurt or kill you? If female, ask if they fear someone close to them.**
No (05/30/2017 11:45:52 PM)
**7. Are you extremely worried you will lose job, position, spouse, significant other, custody of your children due to arrest?**
No (05/30/2017 11:45:52 PM)
**8. Have you ever received services for emotional or mental health problems?**
No (05/30/2017 11:45:52 PM)
**9. Have you been in a hospital for emotional/mental health in the last year?**
No (05/30/2017 11:45:52 PM)
**10. If yes to 8 or 9, do you know your diagnosis, If not, put - Does not know - in comments**
No (05/30/2017 11:45:52 PM)
**11. In school, were you ever told by teachers that you have difficulty learning?**
No (05/30/2017 11:45:52 PM)
**12. Have you lost/gained a lot of weight in the last few weeks without trying? (at least 5 lbs)**
No (05/30/2017 11:45:52 PM)
**13. Does inmate show signs of depression (sadness, irritability, emotional flatness)?**
No (05/30/2017 11:45:52 PM)
**14. Does the inmate display any unusual behavior, or act or talk strange? (cannot focus attention, hearing or seeing things which are not there)?**
No (05/30/2017 11:45:52 PM)
**15. Is inmate incoherent, disoriented or showing signs of mental illness?**
No (05/30/2017 11:45:52 PM)
**16. Inmate has visible signs of recent self-harm (cuts or ligature marks)?**
No (05/30/2017 11:45:52 PM)

## Disposition of Patient:

**TO**
Medical Clinic

## Comments
PT DENIED ANY MH ILLNESS AT THIS TIME.  PT DENIED ANY ACUTE DISTRESS AT THIS TIME.  PT INSTRUCTED ON HOW TO ACCESS MEDICAL AND MENTAL HEALTH SERVICES. PT VERBALIZED UNDERSTANDING.

## Security MH IPC Suicide and Medical Screening review completed:
Yes

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Intake Health Screening completed:**
Yes

**Electronically Signed by Chikodili Oji, RN on 05/31/2017 at 1:10 AM**

_____

**06/10/2017 - External Other: (P) Security Intake Questions**
**Provider: Signature Medical Records**
**Location of Care: Health Services**

```
Patient: DEON LEWIS PETERSON
ID: IntakeQuestions 01579098
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Security Intake Questions ()
   HCSOT00076            No (R)
   HCSOT00056            No (R)
   HCSOT00082            No (R)
   HCSOT00044            No (R)
   HCSOT00046            No (R)
   HCSOT00062            No (R)
   HCSOT00032            No (R)
   HCSOT00050            No (R)
   HCSOT00034            No (R)
   HCSOT00036            Yes (R)
   HCSOT00037            asthma (R)
   HCSOT00072            No (R)
   HCSOT00040            No (R)
   HCSOT00042            No (R)
   HCSOT00052            No (R)
   HCSOT00038            No (R)
   HCSOT00068            No (R)
   HCSOT00078            No (R)
   HCSOT00111            No (R)
   HCSOT00058            No (R)
   HCSOT00066            No (R)
   HCSOT00030            No (R)
   HCSOT00080            No (R)
   HCSOT00064            No (R)
   HCSOT00060            No (R)
   HCSOT00070            No (R)
   HCSOT00048            No (R)
   HCSOT00074            No (R)
   HCSOT00054            No (R)
   HCSOT00091            No (R)
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
HCSOT00092              MATindol (R)
HCSOT00093             "Result Below..."
     RESULT: 06-10-2017 04:05:04  (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 06/10/2017 5:29 PM
_____

(1) Order result status: Unknown
Collection or observation date-time: 06/10/2017 17:28:29
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: IntakeQuestions
Filler Order Number:
Lab site:
```

**Filed automatically (without signature) on 06/10/2017 at 5:29 PM**
_____

**06/10/2017 - HCSO IPC Intake health Screening: IPC INTAKE HEALTH SCREENING**
**Provider: Oghominene A Onokwakpor, LVN**
**Location of Care: Health Services (JA09)**

**HCSO Vital Signs**
Temperature (deg F): **97.5** Oral
Pulse Rate (BPM): **75**
Respiration Rate (RPM): **18** BP (mmHg) **111** / **62** BP Site: **Left Arm**
O2 Saturation (%): **97**

**HCSO IPC Intake health screening**

Allergies: No Known Allergies
Allergies reviewed by nurse
**Is the patient currently taking medications? Pt states:** Yes
**Current medication(s) patient is taking:** INHALER, HCTZ, LISINOPRIL

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Current Medical Problems As Stated By patient:
Asthma
Hypertension
**Recent Trauma that needs medical evaluation:** No
**Recent surgery that needs medical evaluation:** No
**Communicable Illness Symptoms:** No
**Comments** STEADY GAIT
**Comments** NO RESP DISTRESS
**Lice:** No
**Skin:** Tattoos
**Comments:** MULTIPLE
**Brace/Prosthesis/Cast/Orthopedic device(s):** No
**Under influence or withdrawing from drugs/alcohol:** No
**History of Substance Use Hospitalization:** No
**History of Detoxification and Outpatient Treatment:** No
**Dental that needs Dental evaluation:** No
**History of Mental Illness:** No
**State of consciousness:** alert, responsive
**Are you having suicidal ideations or thinking of killing yourself at this time?** No
**Have you had any previous suicide attempts?** No
**Patient has personal medical equipment(DME):** No

## Patient had the following positive findings by interview conducted by security staff on the Mental Development Impairments form
**Entered by user:**
MATindol
**Submit Time:**
06-10-2017 04:05:04
**Patient Pregnant:**
No
**Does inmate appear to be under the influence of alcohol or drugs?**
No (06/10/2017 5:28:29 PM)
**Have you had a serious injury/hospitalization in last 90 days?**
No (06/10/2017 5:28:29 PM)
**Are you currently taking prescription medicine?**
No (06/10/2017 5:28:29 PM)
**Any disability/chronic illness (diabetes, hypertension, etc.?**
Yes (06/10/2017 5:28:29 PM)
**Security Comments:**
asthma (06/10/2017 5:28:29 PM)
**Nurse Comments:** SEE IPC NOTE
**Do you have a history of drug/alcohol abuse?**
No (06/10/2017 5:28:29 PM)
**Do you think you will have withdrawal symptoms from stopping use of medications or other substances (including alcohol or drugs) while you are in jail?**
No (06/10/2017 5:28:29 PM)

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]**     **TEXAS RANGER PACKET**     **TXR 000167**
**PLAINTIFF [01579098]**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Have you ever had traumatic brain injury, concussion, or loss of consciousness?**
No (06/10/2017 5:28:29 PM)
**Is the inmate unable to answer questions? If yes, note why, notify supervisor and place on suicide watch until form is completed**
No (06/10/2017 5:28:29 PM)
**Are you currently homeless?**
No (06/10/2017 5:28:29 PM)
**1a. Does the arresting/transporting officer believe or has the officer received information that inmate may be at risk of suicide?**
No (06/10/2017 5:28:29 PM)
**1b. Are you thinking of killing or injuring yourself today? If so, how?**
No (06/10/2017 5:28:29 PM)
**1c. Have you ever attempted suicide? If so, when and how?**
No (06/10/2017 5:28:29 PM)
**1d. Are you feeling hopeless or have nothing to look forward to?**
No (06/10/2017 5:28:29 PM)
**2. Do you hear noises, or voices other people do not seem to hear?**
No (06/10/2017 5:28:29 PM)
**3. Do you currently believe that someone can control your mind or that other people can know your thoughts or read your mind?**
No (06/10/2017 5:28:29 PM)
**4. Prior to arrest, did you feel down, depressed, or have little interest or pleasure doing things?**
No (06/10/2017 5:28:29 PM)
**5. Do you have nightmares, flashbacks or repeated thought or feelings related to PTSD or something terrible from your past?**
No (06/10/2017 5:28:29 PM)
**6. Are you worried someone might hurt or kill you? If female, ask if they fear someone close to them.**
No (06/10/2017 5:28:29 PM)
**7. Are you extremely worried you will lose job, position, spouse, significant other, custody of your children due to arrest?**
No (06/10/2017 5:28:29 PM)
**8. Have you ever received services for emotional or mental health problems?**
No (06/10/2017 5:28:29 PM)
**9. Have you been in a hospital for emotional/mental health in the last year?**
No (06/10/2017 5:28:29 PM)
**10. If yes to 8 or 9, do you know your diagnosis, If not, put - Does not know - in comments**
No (06/10/2017 5:28:29 PM)
**11. In school, were you ever told by teachers that you have difficulty learning?**
No (06/10/2017 5:28:29 PM)
**12. Have you lost/gained a lot of weight in the last few weeks without trying? (at least 5 lbs)**
No (06/10/2017 5:28:29 PM)
**13. Does inmate show signs of depression (sadness, irritability, emotional flatness)?**
No (06/10/2017 5:28:29 PM)
**14. Does the inmate display any unusual behavior, or act or talk strange? (cannot focus attention, hearing or seeing things which are not there)?**
No (06/10/2017 5:28:29 PM)
**15. Is inmate incoherent, disoriented or showing signs of mental illness?**

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000168

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

No (06/10/2017 5:28:29 PM)
**16. Inmate has visible signs of recent self-harm (cuts or ligature marks)?**
No (06/10/2017 5:28:29 PM)

**Disposition of Patient:**

**TO**
Medical Clinic

**Comments**
PT DENIES ANY MENTAL HEALTH PROBLEMS AT THIS TIME. HX OF HTN, ASTHMA

**Security MH IPC Suicide and Medical Screening review completed:**
Yes

**Intake Health Screening completed:**
Yes

**Electronically Signed by Oghominene A Onokwakpor, LVN on 06/10/2017 at 7:43 PM**
_____

**06/11/2017 - HCSO Provider Progress Note: Provider Progress Note - New House**
**Provider: Elizabeth A Babalola, NP**
**Location of Care: JA07 Medical Clinic**

**HCSO Vitals**
Allergies: No Known Allergies
Height (in): **67** Weight (lbs): **207**
Temperature (deg F): **96.1 Oral**
Pulse Rate (BPM): **63** Respiration Rate (RPM): **18**
BP (mmHg) **114 / 75**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **100**
BMI **32.54**
Reason for Visit: **Asthma, HTN**
**Justina Ebinum, LVN (June 11, 2017 12:57 AM)**

# General Population

DEON PETERSON [DIC]　　　TEXAS RANGER PACKET　　　TXR 000169
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## History of Present Illness
**Reason for visit** New House

## General Population
**Chief Complaint:** 38 y/o male presents for 'New House' evaluation. He reported h/o asthma, and HTN. He c/o swollen Left upper eye lid.
Verified Patient Name and DOB
IPC Note Reviewed
**History of Present Illness:** 38 y/o male presents for 'New House' evaluation. He reported h/o asthma, and HTN. He c/o swollen Left upper eye lid.

## Past Medical History
Past medical history unremarkable
Asthma
Hypertension

## Past Surgical History
Past surgical history unremarkable

## Family History
**Father** Alive

**Mother** Alive

**Brothers** Alive

**Sisters** Alive

## Social History
**Tobacco** No

**Alcohol** No

**Drug Use** No

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Eyes:** Patient complains of eye pain.  Patient denies blurring, diplopia, irritation, discharge, vision loss, photophobia.
**Ears/Nose/Throat:** Patient denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]     TEXAS RANGER PACKET          TXR 000170
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Genitourinary:** Patient denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, impotence, decreased libido.
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.
**Skin:** Patient denies rash, itching, dryness, suspicious lesions.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.
**Endocrine:** Patient denies cold intolerance, heat intolerance, polyphagia, polydipsia, polyuria, weight change.
**Hematologic:** Patient denies abnormal bruising, bleeding, enlarged lymph nodes.
**Alllergic/Immunologic:** Patient denies urticaria, hay fever, persistent infections, HIV exposure.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
    normocephalic and atraumatic.
**Eyes:**
    swelling and erythema of the L upper eyelid noted
**Ears:**
    TM's intact and clear with normal canals with grossly normal hearing.
**Nose:**
    no deformity, discharge, inflammation, or lesions.
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
    soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or masses noted, no tenderness.
**MSK:**
    No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
    no clubbing, cyanosis, edema
**Pulses:**
    pulses unremarkable in all 4 extremities
**Skin:**
    intact without lesions or rashes

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TXR 000171

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page  13

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Glasgow Coma Scale
Glasgow coma scale: **15**

## Problems
New problems:
**HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Plan
## General Population
**OK to DC patient from clinic**

## Medications
**New meds added in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
TOBRAMYCIN-DEXAMETHASONE 0.3-0.1 % SUSP (TOBRAMYCIN-DEXAMETHASONE) Instill 1 drop in
eye twice daily x 7 days. KOP
AZITHROMYCIN 250 MG TABS (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 -
Day 5.

**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
TOBRAMYCIN-DEXAMETHASONE 0.3-0.1 % SUSP (TOBRAMYCIN-DEXAMETHASONE) Instill 1 drop in
eye twice daily x 7 days. KOP
AZITHROMYCIN 250 MG TABS (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 -
Day 5.

## Chronic Clinic
**HTN**
Follow Up **3 week**
**Asthma**
Follow Up **3 week**

**Electronically Signed by Elizabeth A Babalola, NP on 06/11/2017 at 1:12 AM**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**06/11/2017 - Append: Append Provider Progress Note**
**Provider: Elizabeth A Babalola, NP**
**Location of Care: Health Services**

## Problems
Current Problems:
**HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Medications
**First dose now order(s):** Ibuprofen 800mg 1 po x 1 now
**New meds added in EMR:**
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.

**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
TOBRAMYCIN-DEXAMETHASONE 0.3-0.1 % SUSP (TOBRAMYCIN-DEXAMETHASONE) Instill 1 drop in eye twice daily x 7 days. KOP
AZITHROMYCIN 250 MG TABS (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 - Day 5.
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.

**Electronically Signed by Elizabeth A Babalola, NP on 06/11/2017 at 1:14 AM**
————————————————————————————————————————————

**06/11/2017 - Append: HCSO Nurse Orders Noted**
**Provider: Iyabo K Osidele, RN**
**Location of Care: JA07 Medical Clinic**

## Orders noted:
Referrals / Consults (SMO)
**Comments:** ccc asthma and htn f/u in 3 weeks

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000173

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Date to start:** 07/03/2017
**FDN Given**
**PO:** Ibuprofen 800mg 1 po x 1 now
**Date:** 06/11/2017
**Time:** 0120

Electronically Signed by Iyabo Osidele, LVN on 06/11/2017 at 1:32 AM
_____

**06/11/2017 - Append: Documents Routed By Schedulers**
**Provider: Moriah Garcia, LVN**
**Location of Care: Health Services (JA09)**

**Scheduler Orders Noted**

**Document Routed To**
701 Scheduler Proxy

Electronically Signed by Moriah Larkin, LVN on 06/11/2017 at 4:27 AM
_____

**06/11/2017 - Append: Rx Orders Noted**
**Provider: Carine Ndukong Yango, RN**
**Location of Care: JA07 Medical Clinic**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Rx Orders Noted

### KOP
Noted
**Medication:** PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma
for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
TOBRAMYCIN-DEXAMETHASONE 0.3-0.1 % SUSP (TOBRAMYCIN-DEXAMETHASONE) Instill 1 drop in
eye twice daily x 7 days. KOP
AZITHROMYCIN 250 MG TABS (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 -
Day 5.
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.


Order Verified


**Electronically Signed by Carine Ndukong, LVN on 06/11/2017 at 8:21 PM**
_____


**06/12/2017 - Append: KOP Medication Administration Record**
**Provider: Olukemi I Ikwunze, LVN**
**Location of Care: JA07 Medical Clinic**


### KOP Medication Administration Record

PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days -
GTP, LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP - GTP,
TOBRAMYCIN-DEXAMETHASONE 0.3-0.1 % SUSP (TOBRAMYCIN-DEXAMETHASONE) Instill 1 drop in
eye twice daily x 7 days. KOP - GTP, AZITHROMYCIN 250 MG TABS (AZITHROMYCIN) Take 2 tabs po on
Day 1 then 1 tab po daily on Day 2 - Day 5. - GTP, IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet
by mouth twice a day for 30 days. - GTP,


**Electronically Signed by Olukemi Ikwunze, LVN on 06/12/2017 at 2:14 AM**
_____

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**07/08/2017 - Append: Rx Orders Noted**
**Provider: Wilma Hunter, LVN**
**Location of Care: JA07 Transfer Nurse**

## Rx Orders Noted

## Automatic Med Renewal / 365 Day Order
Noted
**Medication:** LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Wilma Hunter, LVN on 07/08/2017 at 3:33 PM**
_____

**07/09/2017 - Append: KOP Medication Administration Record**
**Provider: Peace Kemirembe, LVN**
**Location of Care: Health Services**

## KOP Medication Administration Record

LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,

**Electronically Signed by Peace Kemirembe, LVN on 07/09/2017 at 4:47 AM**
_____

**08/07/2017 - Append: Rx Orders Noted**
**Provider: Amanda L Perea, LVN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

## Automatic Med Renewal / 365 Day Order
Noted

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Medication:** LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Amanda Berumen, LVN on 08/07/2017 at 5:27 PM**
_____

**12/05/2017 - Append: Rx Orders Noted**
**Provider: Olayinka O Akinfe, RN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

## Automatic Med Renewal / 365 Day Order
Noted
**Medication:** LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Olayinka O Akinfe, RN on 12/05/2017 at 5:34 PM**
_____

**12/06/2017 - Append: KOP Medication Administration Record**
**Provider: Tiffany L. Blaylock, LVN**
**Location of Care: Health Services (JA07)**

## KOP Medication Administration Record

LISINOPRIL 10 MG ORAL TABLET (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,

**Electronically Signed by Tiffany L. Westerman, LVN on 12/06/2017 at 2:40 AM**
_____

**06/12/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

*Imported By: Eunice Dean, Clerk 6/12/2017 3:39:13 PM*

_____

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 06/12/2017 at 3:39 PM**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**06/13/2017 - HCSO Patient Care Protocols: HCSO Patient Care Protocols**
**Provider: LaToya N Bush, RN**
**Location of Care: JA07 Chronic Care Clinic**

**Patient Care Protocols**
**Peak Flow**
Order Details: **x 3 days**
**Start Date** 06/27/2017
**O2 Sat**
Order Details: **x 3 days**
**Start Date** 06/27/2017
**Follow-up General Clinic Appointment**
Reason: **currently scheduled**

**Electronically Signed by LaToya Bush, LVN on 06/13/2017 at 4:01 PM**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**06/22/2017 - HCSO HEALTH Assessment Documents: HCSO HEALTH Assessment Documents**
**Provider: Signature Medical Records**

Report run by Darla Price, Med Rec Manager

Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Location of Care: Health Services (JA07)**
**This document contains external references**

**HCSO HEALTH Assessment Documents**

*Imported By: Eunice Dean, Clerk 6/22/2017 5:03:53 PM*

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 06/22/2017 at 10:46 PM**

**06/22/2017 - HCSO Health Assessment: JA07 Health Assessment**
**Provider: Olabimpe Labiyi, RN**
**Location of Care: JA07 Health Assessment**

**HCSO Vital Signs**
Height (in): **67** Weight (lbs): **207** Temperature (deg F): **97.8**  Oral
Pulse Rate (BPM): **69**
Respiration Rate (RPM): **18** BP (mmHg) 110 / 81 BP Site: **Right Arm**
O2 Saturation (%): **100** Peak Flow (L/min): **510**
**BMI**
32.54

**Smoking / Tobacco Use:**
**Tobacco use:** current
**Cigarettes** Yes
**Year started:** 1998
**Packs per day:** 0.5
**Cigar** No
**Smokeless / Chewing** No
**Year started tobacco** 1998

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

I have reviewed the patient's Intake Health Screening.
**HCSO Health Assessment:** 14 DAY
**Patient's Primary Language English:** Yes

Allergies: No Known Allergies
Allergies reviewed by nurse

**Is the patient currently taking medications? Pt states:** Yes

**Current medication(s) patient is taking:** Current Meds:
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.

**\*NOTE\* Past medication history from past chart history :**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.

## Medical History:
**1. Severe headache more than once a week?** No
**2. Recent head trauma / surgery?** No
**3. Seizures or convulsions?** No
**4. Shortness of breath or asthma ?** Yes
**comments** Pt claimed hx of Asthma, O2 sat is 100%. No SOB, CP, Wheezing noted @ this time. Lungs sound clear bilaterally.
**5. Chest pain, heart trouble or hypertension?** Yes
**comments** The patient denies headache, epistaxis, visual disturbances, chest pain, Pt with history of HTN or hypertension medication(s).

**6. Hypoglycemia, diabetes type I or II?** No
**7. GERD, GI bleed, ulcers or appendicitis?** No
**8. Bleeding hemorrhoids or cholelithiasis?** No
**9. Diagnosed with hernia?** No
**10. Passed blood while urinating?** No
**11. Hepatitis type A, B or C?** No
**12. Syphilis, gonorrhea, chlamydia or herpes?** No

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**13. HIV /AIDS?** No
**14. Anemia, Bruising, Anticoagulant use, Blood Transfusion** No
**15. Broken bones?** Yes
**comments** left 5th digit finger
**16. Skin disorder?** No
**17. TST (If Yes, date and result)?** No
**18. Alcohol Use?** No
**19. Drug Use?** No
**20. Tobacco Use?** Yes
**21. Pregnancy?**  No
 I have reviewed past medical history with the patient

## Family History
 Patient Family History Unremarkable

## Mental Health Screening

**1. History of Psychiatric hospitalization?** No
**2. History of outpatient mental health treatment?** No
**3. History of violent behavior?** No
**4. Emotional response to incarceration:** Normal

**History of psychotropic medication**
**Do you take any psychotropic medication(s)? Patient states:** No

**Suicidal status**
**1. Currently have suicidal ideation:** No
**2. Do you have a plan?** No
**3. History of suicidal behavior:** No
**4. History of victimization:** No
**5. History of sex offenses:** No

**Mental Status Exam**

**1. Speech:** productive
2. Appearance:
**a. Neat:** yes **b. Hygiene:** good **C. eye contact:** good
**3. Attention:** ok
**4. Unusual behavior:** no

**5. Consciousness:** alert
**6. Attitude:** cooperative

**7. Emotions:** appropriate
**8. Thought process:** coherent

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

9. Thought content
**a. Do you hear voices?** no **b. Are people out to get you?** no
**c. Do you want to hurt your self?** no **d. Do you want to hurt others?** no
10. Sensorium:
**a. Oriented to:** person, place, time **b. Clear:** yes **c. Memory:** ok **d. Confused:** no

**Mental Retardation Screening**
**1. Highest level of education completed: Pt states -**  GED

**2. Can you read? : Pt states -**  Yes
**3. Can you write? : Pt states -**  Yes
**4. Were you in special classes? : Pt states -**  No
**5. Have you ever been called SLOW? : Pt states -**  No

**Additional Comments:** Pt denies any Mental d/o @ this time. Pt encouraged to submit SCR/RTC PRN to access non emergent care in the MHC. Pt verbalizes understanding.

**HCSO Health Assessment**

**1. Appearance:-** Obese **Ambulatory:** Yes **Wheelchair:** No
**2. Skin:-Icterus:** No **Turgor:** recoil **Sores or Lesions:** No **Rash:** No
**3. Eyes:-Conjunctivae:**moist **Red:** No **Pale:** No **Sclerae:** normal **Glasses / Contacts:** No **Cataract / Glaucoma:** No **Icteric:** No **PERRLA:** Yes
**4. Ears:-Discharges:** No **Infected:** No **Lesions:** No
**5. Nose:-Deviated:** No **Mucosal edema:** No
**6. Throat:-Inflamed:** No **Enlarged tonsils:** No
**7. Neck:-Stiff:** No **Enlarged Thyroid:** No **Palpable Lymph Nodes:** No **Mass:** No
**8. Mouth:-Caries:** No **Gingivae:** No **Teeth present:** Yes **Lesions:** No **Other/Comments:** Yes **Comments:** 4 missing teeth noted
**9. Heart:-Murmur:** No **Irregular:** No
**10. Lungs:-Rales:** No **Wheezes:** No
**11. Abdomen:-Tender:** No **Hard:** No **Bowel Sounds:** Yes **Enlarged Liver:** No **Mass:** No **Lesions:** No **Ostomy:** No
**Ostomy Type:** No

**12. Genitourinary:-Burning:** No **Difficulty starting:** No **Urgency:** No **Incontinence:** No **Itching:** No **Nocturia:** No **Urostomy:** No **Flank Pain:** No **Foley:** No
**13. Extremities:-Varicosities:** No **Extremities Full ROM:** Yes
**14. Breast:-**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Physical Findings:
Does patient have any of the following...
**1. Bruises:** No
**2. Lacerations:** No
**3. Incisions:** No
**4. Decubitus:** No
**5. Dryness:** No
**6. Scars:** No
**7.  Abnormal color:** No
**8. Tattoos with any signs/symptoms of redness, swelling, drainage or odor:** No
**9. Body piercing with any signs/symptoms of redness, swelling, drainage or odor:** No
**10. Skin tear / Duoderm / Op-site:** No
**13. Other:**
**Additional Comments:** Pt c/o of athlete's foot x 2 weeks, 1% Tolnaftate cream given with instructions. Patient encouraged to submit SCR/RTC PRN to access non emergent care in the medical and/or MHC. Patient verbalizes understanding.

## Requisition completed for:
SS
HIV
TST placed
**Patient had IPC NH Screening CXR completed within the past 90 days?**  Yes

**I have reviewed and completed the patient health assessment.**
**Signed By:**   Olabimpe Labiyi, RN (June 22, 2017 1:27 PM)

**Electronically Signed by Olabimpe Labiyi, RN on 06/22/2017 at 1:27 PM**
_____

**06/22/2017 - HCSO TB Skin Test Administration: TB Skin Test Administration**
**Provider: Olabimpe Labiyi, RN**
**Location of Care: JA07 Health Assessment**

## TB Screening
Allergies: No Known Allergies**Have you ever had a Positive TB skin Test?** No
**TST Administered:** Yes **Lot#:** 802083
**Expiration Date:** 03/31/2018
**Site:** L Forearm

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000183

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Olabimpe Labiyi, RN on 06/22/2017 at 10:49 AM**
_____

**06/25/2017 - Append: TB Skin Test Read**
**Provider: Juana Patel, LVN**
**Location of Care: JA07 Medical Clinic**

**TB Skin Test Read**
**TST Administered:**
Yes (06/22/2017 10:47:12 AM)
**Is results > / = 10mm OR > / = 5mm if HIV positive** No
**Results (mm):** 0

**Electronically Signed by Juana Patel, LVN on 06/25/2017 at 1:46 AM**
_____

**06/22/2017 - Lab Report: T pallidum Screening Cascade, Panel 083935**
**Provider: Marcus L Guice, MD**
**Location of Care: Health Services**

```
Patient: DEON  PETERSON
ID: Labcorp 01579098
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING

Tests: (1) T pallidum Screening Cascade (082345)
 T pallidum Antibodies
                              Negative                    Negative

Tests: (2) Panel 083935 (083935)
 HIV Screen 4th Generation wRfx
                         Non Reactive                Non Reactive

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 06/27/2017 6:16 AM
_____

(1) Order result status: Final
Collection or observation date-time: 06/22/2017 15:45
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
Requested date-time:
Receipt date-time: 06/22/2017 00:00
Reported date-time: 06/27/2017 07:11
Referring Physician:
Ordering Physician: D GUICE (normallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 17372012160 LAB
Lab site: Performed At:  BN, LabCorp Burlington 1447 York Court  Burlington, NC
272153361 William F Hancock MD     Phone:  8007624344

(2) Order result status: Final
Collection or observation date-time: 06/22/2017 15:45
Requested date-time:
Receipt date-time: 06/22/2017 00:00
Reported date-time: 06/27/2017 07:11
Referring Physician:
Ordering Physician: D GUICE (normallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 17372012160 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288
```

**Electronically Signed by Marcus Guice, MD on 06/27/2017 at 8:37 AM**

---

**06/28/2017 - HCSO TX 3 Day Peak Flow Check: HCSO Tx  3 Day Peak Flow Check**
**Provider: Hari Radhakrishnan MD**
**Location of Care: Health Services**

## HCSO 3 Day Peakflow Form
**Day 1 - Peakflow (L/min) :**  400
**O2 Saturation (%):** 99
**Carla Charles, MA (June 28, 2017 5:23 AM)**
**Day 2 - Peakflow (L/min) :**  450
**O2 Saturation (%):** 99
**Anecia Lewis, MA (June 29, 2017 5:50 AM)**
**Day 3 - Peakflow (L/min) :**  350
**O2 Saturation (%):** 99
**Carla Charles, MA (June 30, 2017 5:05 AM)**

## HCSO Nurse Reviewed

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
CONFIDENTIAL
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**I have reviewed the document. Signed By:**   Nathaniel Jones, RN (June 30, 2017 5:51 AM)

## HCSO Provider Review/Order form:
**I have reviewed the document.**
**CCC appointment already scheduled**

**Signed By:**   Hari Radhakrishnan MD (June 30, 2017 6:37 AM)

**Electronically Signed by Hari Radhakrishnan MD on 06/30/2017 at 6:37 AM**
_____

**07/09/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

*Imported By: Eunice Dean, Clerk 7/10/2017 7:04:08 PM*

_____

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/11/2017 at 6:47 AM**
_____

**07/10/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

## Allergy

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**HCSO CASE# 2108-03733**     **CONFIDENTIAL**

*August 16, 2021*
Page  28

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Allergies: No Known Allergies

## Medications

Medication profile reviewed in C-Med Web.
**New meds added in EMR:**
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
IBUPROFEN 800 MG TABS (IBUPROFEN) Take 1 tablet by mouth twice a day for 30 days.

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on the face of the prescription.

**Electronically Signed by Priscillia U Madueke, NP on 07/10/2017 at 12:32 PM**
_____

**07/11/2017 - Append: Rx Orders Noted**
**Provider: Olayinka O Akinfe, RN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

### KOP
Noted
**Medication:** SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.
KOP
Order Verified

**Electronically Signed by Olayinka Akinfe, RN on 07/11/2017 at 5:39 PM**
_____

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**07/12/2017 - Append: KOP Medication Administration Record**
**Provider: Olukemi I Ikwunze, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP - GTP,

**Electronically Signed by Olukemi Ikwunze, LVN on 07/12/2017 at 3:42 AM**
_____

**07/12/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

*Imported By: Eunice Dean, Clerk 7/12/2017 6:43:13 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/12/2017 at 11:05 PM**
_____

**07/25/2017 - HCSO Chronic Care Clinic: HCSO CC Multidisease**
**Provider: Norma J Fuentes, NP**
**Location of Care: JA07 Chronic Care Clinic**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

## HCSO CC Vitals

Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **210** Temperature (deg F): **96.8**  Oral
Pulse Rate (BPM): **92**
Respiration Rate (RPM): **18** BP (mmHg) **147** / **87** BP Site: **Left Arm**

O2 Saturation (%): **98** Patient on **Room Air**
Peak Flow (L/min): **380 BMI**
33.01

Reason for visit: **ccc asthma/htn**

**LaToya Bush, LVN (July 25, 2017 12:03 PM)**

## Patient Authorization for Greater Houston Healthconnect
CONSENT
**INTRODUCTION: The Harris County Sheriff's Office (HCSO) Health Services Department participates in Greater Houston HealthConnect, a non-profit organization that coordinates the electronic sharing of medical records and other patient health information between numerous doctors, hospitals, laboratories, radiology or imaging centers, and pharmacies in Houston so that all of the participants in Greater Houston HealthConnect can access and use all of an individual's health information if that individual comes to them for treatment.** Yes - I consent to the HCSO Health Services Department sharing my health information with Greater Houston HealthConnect

## Problems
**Current Problems:**
HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)
HYPERTENSION (ICD-401.9) (ICD10-I10)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Medications
**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

## Orders

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 10/18/2017
**Schedule Peak Flow** X 3 days
**Beginning date** 01/19/2018
**Schedule O2 Sat** X 3 days
**Beginning date** 01/19/2018

## Schedule Appointment
**Chronic Clinic HTN** Follow Up
**Comments:** 3 months
**Date:** 10/25/2017
**Chronic Clinic Asthma** Follow Up
**Comments:** 6 months
**Date:** 01/26/2018
**Comments** ADDITIONAL labs to be drawn in 3 months on 10-18-17:
CBC (005009) P, Chemistry Profile (058867) R/G
Lipid Panel (303756) R/G
TSH (004259) R/G, Urinalysis (003038)

## Labs
Labs to be drawn on: **07/26/2017**
**Patient** Fasting
**CBC (005009) P, Chemistry Profile (058867) R/G**
**Lipid Panel (303756) R/G**
**TSH (004259) R/G, Urinalysis (003038)**

## HCSO Nurse Reviewed

## CC Asthma
**History:** 38 y/o bm with h/o childhood asthma. Proair issued and still has quite a bit of medicine in cannister. Last time used proair was yesterday bec he was just feeling wheezie, then got better.
## Subjective
**Uses Inhaler** proair **X** days
**Comment:** walked to medical in stable condition.
## Physical Exam
**General** Alert, Oriented x 3
**Lungs** Respirations unlabored - even rhythm, Breath sounds present all fields, Clear breath sounds throughout
**Comments:** LUNGS: cta, no wheezes Mild- use of beta-agonist inhaler < 2-3 days/week; use of <1 beta-agonist inhaler canister/month

**Other Orders** Peak flow performed with fair effort, no cough, no bronchial irritation.

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]    TEXAS RANGER PACKET    TXR 000190
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

## Problems

Current Problems:
**HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Medications
**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

## Labs
Other orders: **labs not indicated for asthma.**

## HCSO CC Hypertension
Labs Reviewed **Yes**

Lab Comments: **limited labs d/w pt.** History: **38 y/o bm with HTN since age 23.**

Heart: **no abnormality in rate or rhythm, no click**
Neurologic: **No focal neurologic findings**
Lungs: **No rales**
Extremities: **No edema**
Abdomen: **No masses**

## Problems
**Current Problems:**
HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)
HYPERTENSION (ICD-401.9) (ICD10-I10)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Medications
**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**HCSO CC HTN Provider Orders**

**Studies Needed:**

**Orders Needed:**

**Suggested Routine Follow-up:**

**Electronically Signed by Norma J Fuentes, NP on 07/25/2017 at 12:21 PM**

_____

**07/26/2017 - Append: HCSO Nurse Orders Noted**
**Provider: LaToya N Bush, RN**
**Location of Care: JA07 Chronic Care Clinic**

**Orders noted:**

Blood Pressure checksRouted
**Date to start:** 10/18/2017
O2 SatRouted
**Date to start:** 01/19/2018
Peak FlowRouted
**Date to start:** 01/19/2018
Labs (SMO)Routed
**Comments:** 07/26/17 & 10/18/17
Provider Appointment
**Comments:** ccc asthma on 01/26/18 & ccc htn on 10/25/17

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by LaToya Bush, LVN on 07/26/2017 at 7:30 AM**
_____

**07/26/2017 - Procedure Preps: NPO Acknowledgment**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**NPO Acknowledgment**

*Imported By: Eunice Dean, Clerk 7/27/2017 3:09:52 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/27/2017 at 3:10 PM**
_____

**07/27/2017 - Lab Report: CMP12+8AC, CBC With Differential/Platelet, Urinalysis, Routi ...**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services**

```
Patient: DEON  PETERSON
ID: Labcorp 01579098
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING

Tests: (1) CMP12+8AC (058867)
  Glucose, Serum      [H]  110 mg/dL              65-99
  Uric Acid, Serum         5.5 mg/dL              3.7-8.6
             Therapeutic target for gout patients: <6.0

  BUN                      10 mg/dL              6-20
  Creatinine, Serum        1.20 mg/dL            0.76-1.27
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979


```
  eGFR If NonAfricn Am       76 mL/min/1.73          >59
  eGFR If Africn Am          88 mL/min/1.73          >59
  BUN/Creatinine Ratio [L]    8                      9-20
  Sodium, Serum             143 mmol/L             134-144
  Potassium, Serum          4.4 mmol/L             3.5-5.2
  Chloride, Serum           104 mmol/L              96-106
  Calcium, Serum            9.5 mg/dL             8.7-10.2
  Phosphorus, Serum         3.8 mg/dL              2.5-4.5
Protein, Total, Serum
                            6.9 g/dL               6.0-8.5
  Albumin, Serum            4.3 g/dL               3.5-5.5
  Globulin, Total           2.6 g/dL               1.5-4.5
  A/G Ratio                 1.7                    1.2-2.2
  Bilirubin, Total          <0.2 mg/dL             0.0-1.2
Alkaline Phosphatase, S
                             88 IU/L                39-117
  LDH                       181 IU/L              121-224
  AST (SGOT)                 18 IU/L                 0-40
  ALT (SGPT)                 16 IU/L                 0-44
  GGT                        26 IU/L                 0-65
  Iron, Serum                52 ug/dL               38-169
  Cholesterol, Total        171 mg/dL             100-199
  Triglycerides             107 mg/dL               0-149

Tests: (2) CBC With Differential/Platelet (005009)
  WBC                       7.2 x10E3/uL          3.4-10.8
  RBC                       5.37 x10E6/uL        4.14-5.80
  Hemoglobin                14.6 g/dL            12.6-17.7
  Hematocrit                43.8 %               37.5-51.0
  MCV                        82 fL                  79-97
  MCH                       27.2 pg              26.6-33.0
  MCHC                      33.3 g/dL            31.5-35.7
  RDW                       14.5 %               12.3-15.4
  Platelets                 292 x10E3/uL          150-379
  Neutrophils                42 %
  Lymphs                     48 %
  Monocytes                   6 %
  Eos                         3 %
  Basos                       1 %
  Neutrophils (Absolute)
                            3.0 x10E3/uL           1.4-7.0
  Lymphs (Absolute)   [H]  3.5 x10E3/uL           0.7-3.1
  Monocytes(Absolute)      0.5 x10E3/uL           0.1-0.9
  Eos (Absolute)           0.2 x10E3/uL           0.0-0.4
  Baso (Absolute)          0.0 x10E3/uL           0.0-0.2
  Immature Granulocytes
                             0 %
  Immature Grans (Abs)     0.0 x10E3/uL           0.0-0.1

Tests: (3) Urinalysis, Routine (003038)
```


Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]**      **TEXAS RANGER PACKET**          **TXR 000194**
**PLAINTIFF [01579098]**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
Specific Gravity          1.006                    1.005-1.030
pH                        7.0                      5.0-7.5
Urine-Color               Yellow                   Yellow
Appearance                Clear                    Clear
WBC Esterase              Negative                 Negative
Protein                   Negative                 Negative/Trace
Glucose                   Negative                 Negative
Ketones                   Negative                 Negative
Occult Blood              Negative                 Negative
Bilirubin                 Negative                 Negative
Urobilinogen,Semi-Qn      0.2 mg/dL                0.2-1.0
Nitrite, Urine            Negative                 Negative
Microscopic Examination
                          MICNIP
  Microscopic not indicated and not performed.


Tests: (4) Lipid Panel (303756)
  HDL Cholesterol          51 mg/dL                 >39
  VLDL Cholesterol Cal     21 mg/dL                 5-40
  LDL Cholesterol Calc     99 mg/dL                 0-99

Tests: (5) TSH (004259)
  TSH                      1.910 uIU/mL             0.450-4.500

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 07/28/2017 6:18 AM
_____

(1) Order result status: Final
Collection or observation date-time: 07/27/2017 07:34
Requested date-time:
Receipt date-time: 07/27/2017 00:00
Reported date-time: 07/28/2017 07:13
Referring Physician:
Ordering Physician: N FUENTES (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 20872002020 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288

(2) Order result status: Final
Collection or observation date-time: 07/27/2017 07:34
Requested date-time:
Receipt date-time: 07/27/2017 00:00
Reported date-time: 07/28/2017 07:13
Referring Physician:
Ordering Physician: N FUENTES (abnormallabproxy)
```

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
Specimen Source:
Source: Labcorp
Filler Order Number: 20872002020 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288

(3) Order result status: Final
Collection or observation date-time: 07/27/2017 07:34
Requested date-time:
Receipt date-time: 07/27/2017 00:00
Reported date-time: 07/28/2017 07:13
Referring Physician:
Ordering Physician: N FUENTES (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 20872002020 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288

(4) Order result status: Final
Collection or observation date-time: 07/27/2017 07:34
Requested date-time:
Receipt date-time: 07/27/2017 00:00
Reported date-time: 07/28/2017 07:13
Referring Physician:
Ordering Physician: N FUENTES (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 20872002020 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288

(5) Order result status: Final
Collection or observation date-time: 07/27/2017 07:34
Requested date-time:
Receipt date-time: 07/27/2017 00:00
Reported date-time: 07/28/2017 07:13
Referring Physician:
Ordering Physician: N FUENTES (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 20872002020 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD     Phone:  7138568288


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:
```

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 38

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

```
WBC, 7.2 X10E3/UL, (F)  expected units: 10*3/mm3
RBC, 5.37 X10E6/UL, (F)  expected units: 10*6/mm3
MCHC, 33.3 G/DL, (F)  expected units: %
Platelets, 292 X10E3/UL, (F)  expected units: 10*3/mm3
Neutrophils (Absolute), 3.0 X10E3/UL, (F)  expected units: K/uL
Lymphs (Absolute), 3.5 X10E3/UL, (F)  expected units: 10*3/mm3
Monocytes(Absolute), 0.5 X10E3/UL, (F)  expected units: 10*3/microliter
Eos (Absolute), 0.2 X10E3/UL, (F)  expected units: K/uL
Immature Grans (Abs), 0.0 X10E3/UL, (F)  expected units: 10E3/uL
```

-----------------

```
The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

 Bilirubin, Total, <0.2
 Glucose, Negative
```

**Electronically Signed by Priscillia U Madueke, NP on 07/31/2017 at 9:09 AM**
_____

**07/31/2017 - Append: CMP12+8AC, CBC With Differential/Platelet, Urinalysis, Routi ...**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services**

chronic clinic appt. already scheduled

**Electronically Signed by Priscillia U Madueke, NP on 07/31/2017 at 9:09 AM**
_____

**08/07/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

*Imported By: Eunice Dean, Clerk 8/10/2017 12:01:19 PM*
_____

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/10/2017 at 10:49 PM**
_____

**08/08/2017 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Tiffany L. Blaylock, LVN**
**Location of Care: Health Services (JA07)**

## KOP Medication Administration Record

LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,

**Electronically Signed by Tiffany L. Westerman, LVN on 08/08/2017 at 1:31 AM**
_____

**08/08/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Hari Radhakrishnan MD**
**Location of Care: Health Services (JA07)**

## Allergy

Allergies: No Known Allergies
Allergies reviewed by nurse

## Medications

Medication profile reviewed in C-Med Web.
**New meds added in EMR:**
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

**Updated medication list in EMR:**
PROAIR HFA AERS (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 40

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on the face of the prescription.

**Electronically Signed by Hari Radhakrishnan MD on 08/08/2017 at 12:02 PM**
─────────────────────────────────────────────

**08/08/2017 - HCSO Nurse Orders Noted: Rx Orders Noted**
**Provider: Lorin K Parker-Rochow, LVN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

## KOP
Noted
**Medication:**
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP
Order Verified

**Electronically Signed by Lorin K Parker-Rochow, LVN on 08/08/2017 at 7:54 PM**
─────────────────────────────────────────────

**08/09/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

## KOP

*Imported By: Eunice Dean, Clerk 8/11/2017 5:12:07 PM*
─────────────────────────────────────────────

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/11/2017 at 5:12 PM**

---

**08/09/2017 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Taisha L Griffin, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP - GTP, pt verbalized understanding of instructions

**Electronically Signed by Taisha L Griffin, LVN on 08/09/2017 at 2:05 AM**

---

**09/06/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

## KOP

*Imported By: Ewendolyn Gayden, MR Clerk 11/6/2017 6:16:25 PM*

---

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Signed before import by Signature Medical Records**
**Filed automatically on 11/06/2017 at 6:16 PM**

_____

**09/06/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Ewendolyn Gayden, MR Clerk 11/6/2017 6:16:03 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 11/06/2017 at 6:16 PM**

_____

**09/06/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

**Allergy**

Allergies: No Known Allergies

**Medications**

Medication profile reviewed in C-Med Web.
**New meds added in EMR:**
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

**Updated medication list in EMR:**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on
the face of the prescription.

**Electronically Signed by Priscillia U Madueke, NP on 09/06/2017 at 12:24 PM**
_____

**09/06/2017 - HCSO Nurse Orders Noted: Rx Orders Noted**
**Provider: Lorin K Parker-Rochow, LVN**
**Location of Care: JA07 Medical Clinic**

**Rx Orders Noted**

**Automatic Med Renewal / 365 Day Order**
Noted
**Medication:**
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Lorin K Parker-Rochow, LVN on 09/06/2017 at 3:17 PM**
_____

**09/07/2017 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Alexis Gil-Fletcher, LVN**
**Location of Care: Health Services**

**KOP Medication Administration Record**

LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP, SINGULAIR 10

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP - GTP,

**Electronically Signed by Alexis Gil-Fletcher, LVN on 09/07/2017 at 4:00 AM**
_____

**09/20/2017 - HCSO LAB**
**Provider: Abelina Chapa, MA**
**Location of Care: Health Services**

**Process Orders**
Tests Sent for requisitioning (September 20, 2017 3:30 AM):
    10/18/2017: Laboratory -- CBC (P) [005009] (signed)
    10/18/2017: Laboratory -- Chemistry Profile (R/G) [058867] (signed)
    10/18/2017: Laboratory -- Lipid Panel (R/G) [303756] (signed)
    10/18/2017: Laboratory -- TSH (R/G) [004259] (signed)
    10/18/2017: Laboratory -- Urinalysis [003038] (signed)

**Electronically Signed by Abelina Chapa, MA on 09/20/2017 at 3:30 AM**
_____

**10/05/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Hari Radhakrishnan MD**
**Location of Care: JA07 Medical Clinic**

## Allergy

Allergies: No Known Allergies
Allergies reviewed by nurse

## Medications

Medication profile reviewed in C-Med Web.
**Meds discontinued in EMR:**
SINGULAIR 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

**New meds added in EMR:**

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

*August 16, 2021*
Page 45

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP

**Updated medication list in EMR:**
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on the face of the prescription.

**Electronically Signed by Hari Radhakrishnan MD on 10/06/2017 at 9:10 AM**
─────────────────────────────────────────────────────────

**10/06/2017 - Append: Rx Orders Noted**
**Provider: Nneka M Onyebuenyi, LVN**
**Location of Care: JA07 Medical Clinic**

**Rx Orders Noted**

**Automatic Med Renewal / 365 Day Order**
Noted
**Medication:** MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP
Order Verified

**Electronically Signed by Nneka M Onyebuenyi, LVN on 10/06/2017 at 7:11 PM**
─────────────────────────────────────────────────────────

**10/07/2017 - Append: KOP Medication Administration Record**
**Provider: Laclara M Smith LVN**
**Location of Care: Health Services (JA07)**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**KOP Medication Administration Record**

MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP - GTP, LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,

**Electronically Signed by Laclara Smith LVN on 10/07/2017 at 3:14 AM**

**10/06/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

*Imported By: Eunice Dean, Clerk 10/10/2017 6:59:07 PM*

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 10/10/2017 at 6:59 PM**

**10/06/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA07)**
**This document contains external references**

**KOP**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

*Imported By: Eunice Dean, Clerk 10/10/2017 6:59:28 PM*

---

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 10/10/2017 at 6:59 PM**

---

**10/06/2017 - HCSO Nurse Orders Noted: Rx Orders Noted**
**Provider: Nneka M Onyebuenyi, LVN**
**Location of Care: JA07 Medical Clinic**

### Rx Orders Noted

### Automatic Med Renewal / 365 Day Order
Noted
**Medication:** LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Nneka M Onyebuenyi, LVN on 10/06/2017 at 4:57 PM**

---

**10/18/2017 - Lab Report: CMP12+8AC, CBC With Differential/Platelet, Urinalysis, Routi ...**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

```
Patient: DEON LEWIS PETERSON
ID: Labcorp 01579098
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING

Tests: (1) CMP12+8AC (058867)
  Order Note: Clinical Information: Scheduled: 10/18/2017, Sch eduled:
10/18/2017
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

| | | | |
|---|---|---|---|
| Glucose, Serum | [H] | 111 mg/dL | 65-99 |
| Uric Acid, Serum | | 5.9 mg/dL | 3.7-8.6 |
| | | Therapeutic target for gout patients: <6.0 | |
| BUN | | 9 mg/dL | 6-20 |
| Creatinine, Serum | | 1.26 mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | | 72 mL/min/1.73 | >59 |
| eGFR If Africn Am | | 83 mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | [L] | 7 | 9-20 |
| Sodium, Serum | | 140 mmol/L | 134-144 |
| Potassium, Serum | | 4.5 mmol/L | 3.5-5.2 |
| Chloride, Serum | | 100 mmol/L | 96-106 |
| Calcium, Serum | | 9.7 mg/dL | 8.7-10.2 |
| Phosphorus, Serum | | 3.5 mg/dL | 2.5-4.5 |
| Protein, Total, Serum | | 7.4 g/dL | 6.0-8.5 |
| Albumin, Serum | | 4.5 g/dL | 3.5-5.5 |
| Globulin, Total | | 2.9 g/dL | 1.5-4.5 |
| A/G Ratio | | 1.6 | 1.2-2.2 |
| Bilirubin, Total | | 0.4 mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | | 71 IU/L | 39-117 |
| LDH | | 193 IU/L | 121-224 |
| AST (SGOT) | | 20 IU/L | 0-40 |
| ALT (SGPT) | | 19 IU/L | 0-44 |
| GGT | | 31 IU/L | 0-65 |
| Iron, Serum | | 82 ug/dL | 38-169 |
| Cholesterol, Total | | 170 mg/dL | 100-199 |
| Triglycerides | | 116 mg/dL | 0-149 |

Tests: (2) CBC With Differential/Platelet (005009)

| | | |
|---|---|---|
| WBC | 5.8 x10E3/uL | 3.4-10.8 |
| RBC | 5.53 x10E6/uL | 4.14-5.80 |
| Hemoglobin | 14.8 g/dL | 12.6-17.7 |
| Hematocrit | 45.0 % | 37.5-51.0 |
| MCV | 81 fL | 79-97 |
| MCH | 26.8 pg | 26.6-33.0 |
| MCHC | 32.9 g/dL | 31.5-35.7 |
| RDW | 14.3 % | 12.3-15.4 |
| Platelets | 235 x10E3/uL | 150-379 |
| Neutrophils | 37 % | Not Estab. |
| Lymphs | 50 % | Not Estab. |
| Monocytes | 9 % | Not Estab. |
| Eos | 3 % | Not Estab. |
| Basos | 1 % | Not Estab. |
| Neutrophils (Absolute) | 2.2 x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute) | 2.9 x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute) | 0.5 x10E3/uL | 0.1-0.9 |
| Eos (Absolute) | 0.2 x10E3/uL | 0.0-0.4 |

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

```
  Baso (Absolute)          0.1 x10E3/uL               0.0-0.2
Immature Granulocytes
                           0 %                        Not Estab.
  Immature Grans (Abs)     0.0 x10E3/uL               0.0-0.1

Tests: (3) Urinalysis, Routine (003038)
  Specific Gravity    [A]  >=1.030                    1.005-1.030
  pH                       6.0                        5.0-7.5
  Urine-Color              Yellow                     Yellow
  Appearance               Clear                      Clear
  WBC Esterase             Negative                   Negative
  Protein                  Trace                      Negative/Trace
  Glucose                  Negative                   Negative
  Ketones             [A]  Trace                      Negative
  Occult Blood             Negative                   Negative
  Bilirubin                Negative                   Negative
  Urobilinogen,Semi-Qn     0.2 mg/dL                  0.2-1.0
  Nitrite, Urine           Negative                   Negative
 Microscopic Examination
                           MICNIP
   Microscopic not indicated and not performed.


Tests: (4) Lipid Panel (303756)
  HDL Cholesterol          48 mg/dL                   >39
  VLDL Cholesterol Cal     23 mg/dL                   5-40
  LDL Cholesterol Calc     99 mg/dL                   0-99

Tests: (5) TSH (004259)
  TSH                      1.150 uIU/mL               0.450-4.500

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 10/19/2017 6:19 AM
_____

(1) Order result status: Final
Collection or observation date-time: 10/18/2017 18:49
Requested date-time:
Receipt date-time: 10/19/2017 00:00
Reported date-time: 10/19/2017 07:15
Referring Physician:
Ordering Physician: N Fuentes (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 29172014900 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288

(2) Order result status: Final
```

Report run by Darla Price, Med Rec Manager

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

Collection or observation date-time: 10/18/2017 18:49
Requested date-time:
Receipt date-time: 10/19/2017 00:00
Reported date-time: 10/19/2017 07:15
Referring Physician
Ordering Physician: N Fuentes (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 29172014900 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288

(3) Order result status: Final
Collection or observation date-time: 10/18/2017 18:49
Requested date-time:
Receipt date-time: 10/19/2017 00:00
Reported date-time: 10/19/2017 07:15
Referring Physician
Ordering Physician: N Fuentes (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 29172014900 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288

(4) Order result status: Final
Collection or observation date-time: 10/18/2017 18:49
Requested date-time:
Receipt date-time: 10/19/2017 00:00
Reported date-time: 10/19/2017 07:15
Referring Physician
Ordering Physician: N Fuentes (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 29172014900 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288

(5) Order result status: Final
Collection or observation date-time: 10/18/2017 18:49
Requested date-time:
Receipt date-time: 10/19/2017 00:00
Reported date-time: 10/19/2017 07:15
Referring Physician
Ordering Physician: N Fuentes (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 29172014900 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979


-----------------

```
The following lab values were dispersed to the flowsheet
with no units conversion:

  WBC, 5.8 X10E3/UL, (F)  expected units: 10*3/mm3
  RBC, 5.53 X10E6/UL, (F)  expected units: 10*6/mm3
  MCHC, 32.9 G/DL, (F)  expected units: %
  Platelets, 235 X10E3/UL, (F)  expected units: 10*3/mm3
  Neutrophils (Absolute), 2.2 X10E3/UL, (F)  expected units: K/uL
  Lymphs (Absolute), 2.9 X10E3/UL, (F)  expected units: 10*3/mm3
  Monocytes(Absolute), 0.5 X10E3/UL, (F)  expected units: 10*3/microliter
  Eos (Absolute), 0.2 X10E3/UL, (F)  expected units: K/uL
  Immature Grans (Abs), 0.0 X10E3/UL, (F)  expected units: 10E3/uL

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  Specific Gravity, >=1.030
  Glucose, Negative
```


**Electronically Signed by Priscillia U Madueke, NP on 10/19/2017 at 12:32 PM**

---

**10/19/2017 - Append: CMP12+8AC, CBC With Differential/Platelet, Urinalysis, Routi ...**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**


chronic clinic appt. already scheduled


**Electronically Signed by Priscillia U Madueke, NP on 10/19/2017 at 12:32 PM**

---

**10/19/2017 - HCSO Tx 3 Day BP Check: HCSO Tx 3 Day BP Check**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services**


**3 Day BP Form**


Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Day 1- Blood Pressure (mm/Hg):  **129**/ **87**Blood Pressure Site: **Left Arm** Day 1- Pulse **89**
Is blood pressure > 160/90? **No**
**Anecia Lewis, MA (October 19, 2017 12:58 AM)**

Day 2- Blood Pressure (mm/Hg):  **152**/ **73**Blood Pressure Site: **Left Arm** Day 2- Pulse **87**
Is blood pressure > 160/90? **No**
**Anecia Lewis, MA (October 20, 2017 12:45 AM)**

Day 3- Blood Pressure (mm/Hg):  **131**/ **87**Blood Pressure Site: **Left Arm** Day 3- Pulse **97**
Is blood pressure > 160/90? **No**
**Candace L Mabins, MA (October 21, 2017 1:46 AM)**

## HCSO Nurse Reviewed
**I have reviewed the document. Signed By:**   Juana Patel, LVN (October 23, 2017 3:24 AM)

## HCSO Provider Review/Order form:
**I have reviewed the document.**
**CCC appointment already scheduled**

**Electronically Signed by Priscillia U Madueke, NP on 10/23/2017 at 9:30 AM**
_____

**11/02/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Priscillia U Madueke, NP**
**Location of Care: JA07 Medical Clinic**

## Allergy

Allergies: No Known Allergies
Allergies reviewed by nurse

## Medications

Medication profile reviewed in C-Med Web.
**New meds added in EMR:**
MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30
days.  KOP

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Updated medication list in EMR:**
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30
days.  KOP

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on
the face of the prescription.

**Electronically Signed by Priscillia U Madueke, NP on 11/02/2017 at 1:30 PM**
────────────────────────────────────────────────────

**11/02/2017 - Append: Pharmacy - Medication order(s)**
**Provider: Lin Chou, Pharm Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Lin Chou, Pharm Tech on 11/02/2017 at 6:30 PM**
────────────────────────────────────────────────────

**11/03/2017 - Append: Rx Orders Noted**
**Provider: Peace Kemirembe, LVN**
**Location of Care: Health Services**

**Rx Orders Noted**

**KOP**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]  TEXAS RANGER PACKET  TXR 000212

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Noted
**Medication:** MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP
Order Verified

**Electronically Signed by Peace Kemirembe, LVN on 11/03/2017 at 3:50 AM**

**11/04/2017 - Append: KOP Medication Administration Record**
**Provider: Juana Patel, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP - GTP,

**Electronically Signed by Juana Patel, LVN on 11/04/2017 at 3:50 AM**

**11/05/2017 - Append: Rx Orders Noted**
**Provider: Sharron A Williams, LVN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

## Automatic Med Renewal / 365 Day Order
Noted
**Medication:** LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
Order Verified

**Electronically Signed by Sharron A Williams, LVN on 11/05/2017 at 5:59 PM**

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 55

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**11/07/2017 - Append: KOP Medication Administration Record**
**Provider: Tiffany L. Blaylock, LVN**
**Location of Care: Health Services (JA07)**

## KOP Medication Administration Record

LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days - GTP,

**Electronically Signed by Tiffany L. Westerman, LVN on 11/07/2017 at 2:49 AM**
────────────────────────────────────────────

**11/04/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

## KOP

*Imported By: Ewendolyn Gayden, MR Clerk 11/7/2017 7:39:30 PM*

────────────────────────────────────────────

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 11/07/2017 at 7:39 PM**
────────────────────────────────────────────

**11/07/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**KOP**

*Imported By: Ewendolyn Gayden, MR Clerk 11/8/2017 2:33:13 PM*

_____

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 11/08/2017 at 2:33 PM**
_____

**11/08/2017 - HCSO Chronic Care Clinic: HCSO CC Hypertension**
**Provider: Oghenero M Ewurhie, NP**
**Location of Care: JA07 Chronic Care Clinic**

## HCSO CC Vitals

Allergies: No Known Allergies

Height (in): **67** Weight (lbs): **225** Temperature (deg F): **97.0**  Oral
Pulse Rate (BPM): **63**
Respiration Rate (RPM): **19** BP (mmHg) **122** / **77** BP Site: **Left Arm**

**BMI**
35.37

Reason for visit: **HTN**

**Amanda L Berumen, LVN (November  8, 2017 8:23 AM)**

## Patient Authorization for Greater Houston Healthconnect
CONSENT
**INTRODUCTION: The Harris County Sheriff's Office (HCSO) Health Services Department participates in Greater Houston HealthConnect, a non-profit organization that coordinates the electronic sharing of medical records and other patient health information between numerous doctors, hospitals, laboratories, radiology or imaging centers, and pharmacies in Houston so that all of the participants**

DEON PETERSON [DIC]          TEXAS RANGER PACKET                TXR 000215
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**   ATW ATW
**SPN#:**01579098   **Sex:** Male   **DOB:** 02/28/1979

in Greater Houston HealthConnect can access and use all of an individual's health information if that individual comes to them for treatment. Yes - I consent to the HCSO Health Services Department sharing my health information with Greater Houston HealthConnect

Chronic Care Clinic **Hypertension**
Labs Reviewed **Yes**

History: **38 y/o male A/O X 3 , presents to ccc with HX of HTN, diagnosed in 2001, mother has HX of HTN. The patient denies headache, epistaxis, visual disturbances, chest pain.**

Compliant? **Yes** Heart: **no abnormality in rate or rhythm, no murmur**
Neurologic: **No focal neurologic findings**
Lungs: **No rales, No evidence bronchospasms**
Extremities: **No edema**

## Problems
**Current Problems:**
HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)
HYPERTENSION (ICD-401.9) (ICD10-I10)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Medications
**Updated medication list in EMR:**
LISINOPRIL 10 MG TABS (LISINOPRIL) Take one tablet by mouth daily x 365 days
MONTELUKAST SODIUM 10 MG TABS (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days. KOP

## HCSO CC HTN Provider Orders
**Education provided/educational handouts provided**

## Studies Needed:

## Orders Needed:

Other orders: **3 Day BP Form**
**Day 1- Blood Pressure (mm/Hg): 129/ 87**Blood Pressure Site: Left Arm Day 1- Pulse 89
**Is blood pressure > 160/90? No**
 **(October 19, 2017 12:58 AM)**

**Day 2- Blood Pressure (mm/Hg): 152/ 73**Blood Pressure Site: Left Arm Day 2- Pulse 87

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Is blood pressure > 160/90? No**
**(October 20, 2017 12:45 AM)**

**Day 3- Blood Pressure (mm/Hg): 131/ 87Blood Pressure Site: Left Arm Day 3- Pulse 97**
**Is blood pressure > 160/90? No**
**(October 21, 2017 1:46 AM)**

Master problem list updated **Yes**

## Suggested Routine Follow-up:

**Patient Condition** Good
**Status** Stable

**Process Orders**
Tests Sent for requisitioning (November 8, 2017 8:29 AM):
   02/07/2018: Laboratory -- Chemistry Profile (R/G) [058867] (signed)
   02/07/2018: Laboratory -- Complete Blood Count (CBC) With Differential [005009] (signed)
   02/07/2018: Laboratory -- Lipid Panel (R/G) [303756] (signed)
   02/07/2018: Laboratory -- TSH (R/G) [004259] (signed)
   02/07/2018: Laboratory -- Urinalysis [003038] (signed)

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 02/07/2018

## Schedule Appointment
**Chronic Clinic HTN** Follow Up
**Date:** 02/14/2018

## HCSO Nurse Reviewed

**Electronically Signed by Oghenero M Ewurhie, NP on 11/08/2017 at 8:32 AM**
_____

**11/08/2017 - Append: HCSO Nurse Orders Noted**
**Provider: Amanda L Perea, LVN**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 59

**PETERSON, DEON** ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Location of Care: JA07 Chronic Care Clinic**

**Orders noted:**

Blood Pressure checksRouted
**Date to start:** 02/07/2018
Labs**Date to start:** 02/07/2018 Referrals / Consults (SMO)
**Comments:** CC HTN F/U
**Date to start:** 02/14/2018

**Electronically Signed by Amanda L Berumen, LVN on 11/08/2017 at 10:07 AM**
—————————————————————————————————————————————

**02/07/2018 - Append: HCSO CC Hypertension**
**Provider: Shermanequa M Williams, MA**
**Location of Care: JA07 Chronic Care Clinic**

UNABLE TO COLLECT LABS PT IS ATW PER EMR STATUS

**Electronically Signed by Shermanequa M williams, MA on 02/07/2018 at 7:19 AM**
—————————————————————————————————————————————

**11/29/2017 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 60

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Allergy

Allergies: No Known Allergies
Allergies reviewed by nurse

## Medications

Medication profile reviewed in C-Med Web.
**New meds added in EMR:**
MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP

**Updated medication list in EMR:**
LISINOPRIL 10 MG ORAL TABLET (LISINOPRIL) Take one tablet by mouth daily x 365 days
MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP


A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on the face of the prescription.



**Electronically Signed by Priscillia U Madueke, NP on 11/29/2017 at 9:24 AM**
_____


**11/29/2017 - Append: Pharmacy - Medication order(s)**
**Provider: Lin Chou, Pharm Tech**
**Location of Care: Health Services**



## Pharmacy
**Medication Order** Received
112917--0927am.



**Electronically Signed by Lin Chou, Pharm Tech on 11/29/2017 at 5:38 PM**


Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

---

**11/30/2017 - Append: Rx Orders Noted**
**Provider: Tiffany L. Blaylock, LVN**
**Location of Care: Health Services (JA07)**

## Rx Orders Noted

### KOP
Noted
**Medication:** MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP
Order Verified

**Electronically Signed by Tiffany L. Westerman, LVN on 11/30/2017 at 3:40 AM**

---

**11/30/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA09)**
**This document contains external references**

**KOP**

*Imported By: Iluminado Medrano, Med Rec Clerk 12/5/2017 2:32:46 PM*

---

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 12/05/2017 at 2:33 PM**

---

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**12/01/2017 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Taisha L Griffin, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM) Take 1 tablet by mouth daily
x 30 days.  KOP - GTP,  pt verbalized understanding of instructions

**Electronically Signed by Taisha L Griffin, LVN on 12/01/2017 at 1:26 AM**
——————————————————————————————————————

**12/06/2017 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Ewendolyn Gayden, MR Clerk 12/7/2017 6:43:17 PM*

————————————————————————————————————————

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 12/07/2017 at 6:43 PM**
——————————————————————————————————————

**12/14/2017 - Clinical Lists Update: Clinical List Update: Patient ATW - All Medication(s) D/C**
**Provider: Andrea Taylor, RN**
**Location of Care: Health Services (JA09)**

## Clinical Lists Changes

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Medications:**
Removed medication of LISINOPRIL 10 MG ORAL TABLET (LISINOPRIL) Take one tablet by mouth daily x 365 days
Removed medication of MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM) Take 1 tablet by mouth daily x 30 days.  KOP

Patient ATW, All Medication(s) Discontinued Manually by Andrea Taylor, RN

**Electronically Signed by Andrea Taylor, RN on 12/14/2017 at 4:16 AM**
_____

**02/23/2021 - Lab Report: Coronavirus, CoVID-19**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**Coronavirus, CoVID-19**

*Imported By: Ethan Jordan, Clerk 3/3/2021 12:56:00 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 03/03/2021 at 12:56 PM**
_____

**02/23/2021 - HCSO IPC CXR: IPC Chest XRay**
**Provider: Jimmy Thomas, Radiology Tech**
**Location of Care: Health Services (IPC)**

**HCSO Intake Chest Xray**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Orders:**
Added new Test order of CHEST, PA (01CHESTPA) - Signed

**Electronically Signed by Jimmy Thomas, Radiology Tech on 02/23/2021 at 9:48 AM**
_____

**02/23/2021 - Imaging Report: Negative for Tuberculosis.**
**Provider: Laxman Sunder, MD**
**Location of Care: Health Services**
**This document contains external references**

```
Negative for Tuberculosis.




Electronically Signed By: Kaminsky, Stephen, Interpreting Radiologist, MD
Sign Date: 23-FEB-21
```
_____

```
External Attachment:

   Type:      Image
   Comment:   Scanned Image
```
**Signed before import by Laxman Sunder, MD**
**Filed automatically on 02/23/2021 at 11:21 AM**
**Electronically Signed by Gaston Casillas, MD on 02/23/2021 at 11:36 AM**
_____

**02/23/2021 - External Other: (P) Security Intake Questions**
**Provider: Signature Medical Records**
**Location of Care: Health Services**

```
Patient: DEON LEWIS PETERSON
ID: IntakeQuestions 01579098
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Security Intake Questions ()
  HCSOT00091              No (R)
```

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page  65

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
!  HCSOT00242              N/A (R)
   HCSOT00032              No  (R)
   HCSOT00033              N/A (R)
   HCSOT00034              No  (R)
   HCSOT00035              N/A (R)
   HCSOT00036              No  (R)
   HCSOT00037              N/A (R)
   HCSOT00030              No  (R)
   HCSOT00031              N/A (R)
   HCSOT00038              No  (R)
   HCSOT00039              N/A (R)
   HCSOT00040              No  (R)
   HCSOT00041              N/A (R)
   HCSOT00042              No  (R)
   HCSOT00043              N/A (R)
   HCSOT00044              No  (R)
   HCSOT00045              N/A (R)
   HCSOT00046              No  (R)
   HCSOT00047              N/A (R)
   HCSOT00048              No  (R)
   HCSOT00049              N/A (R)
   HCSOT00050              No  (R)
   HCSOT00051              N/A (R)
   HCSOT00052              No  (R)
   HCSOT00053              N/A (R)
   HCSOT00054              No  (R)
   HCSOT00055              N/A (R)
   HCSOT00056              No  (R)
   HCSOT00057              N/A (R)
   HCSOT00058              No  (R)
   HCSOT00059              N/A (R)
   HCSOT00060              No  (R)
   HCSOT00061              N/A (R)
   HCSOT00062              No  (R)
   HCSOT00063              N/A (R)
   HCSOT00064              No  (R)
   HCSOT00065              N/A (R)
   HCSOT00066              No  (R)
   HCSOT00067              N/A (R)
   HCSOT00068              No  (R)
   HCSOT00069              N/A (R)
   HCSOT00070              No  (R)
   HCSOT00071              N/A (R)
   HCSOT00072              No  (R)
   HCSOT00073              N/A (R)
   HCSOT00074              No  (R)
   HCSOT00075              N/A (R)
   HCSOT00076              No  (R)
   HCSOT00077              N/A (R)
   HCSOT00078              No  (R)
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979


```
   HCSOT00079              N/A (R)
   HCSOT00080              No (R)
   HCSOT00081              N/A (R)
   HCSOT00082              No (R)
   HCSOT00083              N/A (R)
 ! HCSOT00238              No (R)
 ! HCSOT00239              N/A (R)
 ! HCSOT00240              No (R)
 ! HCSOT00241              N/A (R)
 ! HCSOT00258              No (R)
 ! HCSOT00259              N/A (R)
   HCSOT00092              JOHNSON, TANEQUA (R)
   HCSOT00093              "Result Below..."
      RESULT: 02-23-2021 02:05:06  (R)
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 02/23/2021 10:44 AM
_____

(1) Order result status: Unknown
Collection or observation date-time: 02/23/2021 10:27:23
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: IntakeQuestions
Filler Order Number:
Lab site:


-----------------

The following results were not dispersed to the flowsheet:

   MLI-507478, N/A, (R)
   MLI-507474, No, (R)
   MLI-507475, N/A, (R)
   MLI-507476, No, (R)
   MLI-507477, N/A, (R)
   MLI-507494, No, (R)
   MLI-507495, N/A, (R)


**Filed automatically (without signature) on 02/23/2021 at 10:44 AM**
_____

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**02/23/2021 - External Other: (P) Security Intake Questions**
**Provider: Signature Medical Records**
**Location of Care: Health Services**

```
Patient: DEON LEWIS PETERSON
ID: IntakeQuestions 01579098
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Security Intake Questions ()
  HCSOT00091              No (R)
! HCSOT00242              N/A (R)
  HCSOT00032              No (R)
  HCSOT00033              N/A (R)
  HCSOT00034              No (R)
  HCSOT00035              N/A (R)
  HCSOT00036              No (R)
  HCSOT00037              N/A (R)
  HCSOT00030              No (R)
  HCSOT00031              N/A (R)
  HCSOT00038              No (R)
  HCSOT00039              N/A (R)
  HCSOT00040              No (R)
  HCSOT00041              N/A (R)
  HCSOT00042              No (R)
  HCSOT00043              N/A (R)
  HCSOT00044              No (R)
  HCSOT00045              N/A (R)
  HCSOT00046              No (R)
  HCSOT00047              N/A (R)
  HCSOT00048              No (R)
  HCSOT00049              N/A (R)
  HCSOT00050              No (R)
  HCSOT00051              N/A (R)
  HCSOT00052              No (R)
  HCSOT00053              N/A (R)
  HCSOT00054              No (R)
  HCSOT00055              N/A (R)
  HCSOT00056              No (R)
  HCSOT00057              N/A (R)
  HCSOT00058              No (R)
  HCSOT00059              N/A (R)
  HCSOT00060              No (R)
  HCSOT00061              N/A (R)
  HCSOT00062              No (R)
  HCSOT00063              N/A (R)
  HCSOT00064              No (R)
  HCSOT00065              N/A (R)
  HCSOT00066              No (R)
  HCSOT00067              N/A (R)
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
    HCSOT00068              No (R)
    HCSOT00069              N/A (R)
    HCSOT00070              No (R)
    HCSOT00071              N/A (R)
    HCSOT00072              No (R)
    HCSOT00073              N/A (R)
    HCSOT00074              No (R)
    HCSOT00075              N/A (R)
    HCSOT00076              No (R)
    HCSOT00077              N/A (R)
    HCSOT00078              No (R)
    HCSOT00079              N/A (R)
    HCSOT00080              No (R)
    HCSOT00081              N/A (R)
    HCSOT00082              No (R)
    HCSOT00083              N/A (R)
  ! HCSOT00238              No (R)
  ! HCSOT00239              N/A (R)
  ! HCSOT00240              No (R)
  ! HCSOT00241              N/A (R)
  ! HCSOT00258              No (R)
  ! HCSOT00259              N/A (R)
    HCSOT00092              JOHNSON, TANEQUA (R)
    HCSOT00093              "Result Below..."
        RESULT: 02-23-2021 02:05:06  (R)
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 02/23/2021 11:25 AM

---

```
(1) Order result status: Unknown
Collection or observation date-time: 02/23/2021 11:13:09
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: IntakeQuestions
Filler Order Number:
Lab site:


----------------

The following results were not dispersed to the flowsheet:

  MLI-507478, N/A, (R)
  MLI-507474, No, (R)
```

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733
**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 69

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
MLI-507475, N/A, (R)
MLI-507476, No, (R)
MLI-507477, N/A, (R)
MLI-507494, No, (R)
MLI-507495, N/A, (R)
```

**Filed automatically (without signature) on 02/23/2021 at 11:25 AM**

_____


**02/23/2021 - HCSO IPC Intake health Screening: IPC INTAKE HEALTH SCREENING**
**Provider: Carolyn Q Donelson, LVN**
**Location of Care: Health Services (Joint Processing Center) JA14**


**HCSO Vital Signs**
| | |
|---|---|
| **Height (in)** | 70 |
| **Weight (lbs):** | 224 |
| **Temperature (deg F):** | 97.1 |
| **Pulse Rate (BPM):** | 65 |
| **Respiration Rate (RPM):** | 18 |
| **Blood Pressure (mm/Hg):** | 137/ 77 |
| **BP Site:** | Right Arm |
| **O2 Saturation (%):** | 96 |
| **Peak Flow (L/min):** | 270 |
| **BG Finger Stick (mg/dl):** | 149 |
| **BMI:** | 32.26 |


# COVID-19 Screening

## Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

## Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No


Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

**HCSO IPC Intake health screening**

Allergies: No Known Allergies
Allergies reviewed by nurse
**Is the patient currently taking medications? Pt states:** Yes
**Current medication(s) patient is taking:** ALBUTEROL FOR ASTHMA

**Historical Problem List:**

HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)
HYPERTENSION (ICD-401.9) (ICD10-I10)
ASTHMA (ICD-493.90) (ICD10-J45.909)

**Current Medical Problems As Stated By patient:**
Asthma
**Recent Trauma that needs medical evaluation:** No
**Recent surgery that needs medical evaluation:** No
**Communicable Illness Symptoms:** No
**Previous Infectious Disease(s):** No
**Ease of movement** Gait
**Comments** STEADY
**Comments** EVEN AND UNLABORED
**Dietary Needs or Concerns:** No
**Lice:** No
**Skin:** Tattoos
**Brace/Prosthesis/Cast/Orthopedic device(s):** No
**Dental that needs Dental evaluation:** No
**Under influence or withdrawing from alcohol:** No
**Under influence or withdrawing from Benzodiazepines** No
**Under influence or withdrawing from opiates** No
**Under influence or withdrawing from other drugs** No
**Current Mental Illness:** No
**History of Mental Illness:** No
**Was patient prescribed psychotropic medication on previous incarceration within the past 90 days?**
No
**State of consciousness:** alert, responsive
**Past or Present Hospitalization(s) for Mental Illness:** No
**Are you having suicidal ideations or thinking of killing yourself at this time?** No
**Have you had any previous suicide attempts?** No
**Patient has personal medical equipment(DME):** No

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 71

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Patient had the following positive findings by interview conducted by security staff on the Mental Development Impairments form**
**Entered by user:**
JOHNSON, TANEQUA
**Submit Time:**
02-23-2021 02:05:06
**If Female, pregnant?**
No
**Does inmate appear to be under the influence of alcohol or drugs?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Serious injury/hospitalization in last 90 days?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Currently taking any prescription medications?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Any disability/chronic illness (diabetes, hypertension, etc.)?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Do you have a history of drug/alcohol abuse?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Do you think you will have withdrawal symptoms from stopping use of medications or other substances (including alcohol or drugs) while you are in jail?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Have you ever had a traumatic brain injury, concussion, or loss of consciousness?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Is the inmate unable to answer questions?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Does the arresting/transporting officer believe or has the officer received information that inmate may be at risk of suicide?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000230

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Are you thinking of killing or injuring yourself today?  If so, how?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Have you ever attempted suicide?  If so, when and how?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Are you feeling hopeless or have nothing to look forward to?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Do you hear any noises or voices other people don't seem to hear?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Do you currently believe that someone can control your mind or that other people can know your thoughts or read your mind?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Prior to arrest, did you feel down, depressed, or have little interest or pleasure in doing things?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Do you have nightmares, flashbacks, or repeated thoughts or feelings related to PTSD or something terrible from your past?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Are you worried someone might hurt or kill you?  If female, ask if they fear someone close to them?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Are you extremely worried you will lose your job, position, spouse, significant other, custody of your children due to arrest?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Have you ever received services for emotional or mental health problems?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Have you been in a hospital for emotional/mental health in the last year?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)

**DEON PETERSON [DIC]**    **TEXAS RANGER PACKET**    **TXR 000231**
**PLAINTIFF [01579098]**

**HCSO CASE# 2108-03733**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 73

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**If yes to 20 or 21, do you know your diagnosis? If no, put "Does not know" in comments.**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**In school, were you ever told by teachers that you had difficulty learning?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Have you lost / gained a lot of weight in the last few weeks without trying (at least 5lbs)?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Does inmate show signs of depression (sadness, irritability, emotional flatness)?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Does inmate display any unusual behavior, or act or talk strange (cannot focus attention, hearing or seeing things which are not there)?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Is inmate incoherent, disoriented or showing signs of mental illness?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)
**Inmate has visible signs of recent self-harm (cuts or ligature marks)?**
No (02/23/2021 10:27:23 AM)
**Security Comments:**
N/A (02/23/2021 10:27:23 AM)

## Disposition of Patient:

**TO**
Medical Clinic

## Mental Health Assessment/ Nursing Triage in GP- Route to Scheduler Proxy
Patient instructed on how to access services and submit SCR/RTC PRN to access care for Non-emergent needs

## Comments
HX OF ASTHMA AND ALBUTEROL INHALER AS NEEDED . LAST TIME TOOK WAS YESTERDAY. PT ALSO STATED HE MAY HAVE STD.

## Security MH IPC Suicide and Medical Screening review completed:
Yes

**DEON PETERSON [DIC] PLAINTIFF [01579098]** TEXAS RANGER PACKET TXR 000232

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Intake Health Screening completed:**
Yes

**Electronically Signed by Carolyn Q Donelson, LVN on 02/23/2021 at 11:31 AM**
_____

**02/23/2021 - External Other: (P) Security Intake Questions**
**Provider: Signature Medical Records**
**Location of Care: Health Services**

```
Patient: DEON LEWIS PETERSON
ID: IntakeQuestions 01579098
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Security Intake Questions ()
  HCSOT00091              No (R)
! HCSOT00242              N/A (R)
  HCSOT00032              No (R)
  HCSOT00033              N/A (R)
  HCSOT00034              No (R)
  HCSOT00035              N/A (R)
  HCSOT00036              No (R)
  HCSOT00037              N/A (R)
  HCSOT00030              No (R)
  HCSOT00031              N/A (R)
  HCSOT00038              No (R)
  HCSOT00039              N/A (R)
  HCSOT00040              No (R)
  HCSOT00041              N/A (R)
  HCSOT00042              No (R)
  HCSOT00043              N/A (R)
  HCSOT00044              No (R)
  HCSOT00045              N/A (R)
  HCSOT00046              No (R)
  HCSOT00047              N/A (R)
  HCSOT00048              No (R)
  HCSOT00049              N/A (R)
  HCSOT00050              No (R)
  HCSOT00051              N/A (R)
  HCSOT00052              No (R)
  HCSOT00053              N/A (R)
  HCSOT00054              No (R)
  HCSOT00055              N/A (R)
  HCSOT00056              No (R)
  HCSOT00057              N/A (R)
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979


```
    HCSOT00058                  No (R)
    HCSOT00059                  N/A (R)
    HCSOT00060                  No (R)
    HCSOT00061                  N/A (R)
    HCSOT00062                  No (R)
    HCSOT00063                  N/A (R)
    HCSOT00064                  No (R)
    HCSOT00065                  N/A (R)
    HCSOT00066                  No (R)
    HCSOT00067                  N/A (R)
    HCSOT00068                  No (R)
    HCSOT00069                  N/A (R)
    HCSOT00070                  No (R)
    HCSOT00071                  N/A (R)
    HCSOT00072                  No (R)
    HCSOT00073                  N/A (R)
    HCSOT00074                  No (R)
    HCSOT00075                  N/A (R)
    HCSOT00076                  No (R)
    HCSOT00077                  N/A (R)
    HCSOT00078                  No (R)
    HCSOT00079                  N/A (R)
    HCSOT00080                  No (R)
    HCSOT00081                  N/A (R)
    HCSOT00082                  No (R)
    HCSOT00083                  N/A (R)
!   HCSOT00238                  No (R)
!   HCSOT00239                  N/A (R)
!   HCSOT00240                  No (R)
!   HCSOT00241                  N/A (R)
!   HCSOT00258                  No (R)
!   HCSOT00259                  N/A (R)
    HCSOT00092                  JOHNSON, TANEQUA (R)
    HCSOT00093                  "Result Below..."
        RESULT: 02-23-2021 02:05:06  (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 02/23/2021 11:45 AM
_____

(1) Order result status: Unknown
Collection or observation date-time: 02/23/2021 11:31:09
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: IntakeQuestions
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

```
Filler Order Number:
Lab site:


-----------------

The following results were not dispersed to the flowsheet:

  MLI-507478, N/A, (R)
  MLI-507474, No, (R)
  MLI-507475, N/A, (R)
  MLI-507476, No, (R)
  MLI-507477, N/A, (R)
  MLI-507494, No, (R)
  MLI-507495, N/A, (R)
```

**Filed automatically (without signature) on 02/23/2021 at 11:45 AM**

_____

**02/23/2021 - HCSO Provider Progress Note: Provider Progress Note - New House**
**Provider: Leesa A Brown, NP**
**Location of Care: Health Services (Joint Processing Center) JA14**

**HCSO Vitals**
Allergies: No Known Allergies

Height (in): **70** Weight (lbs): **224**
Temperature (deg F): **97.1 Oral**
Pulse Rate (BPM): **65** Respiration Rate (RPM): **18**
BP (mmHg) **137** / **77**Blood Pressure Site: **Right Arm**
O2 Saturation (%): **96**
Peak Flow (L/min): **270**
BG Finger Stick (mg/dl): **149**
BMI **32.26**
Reason for Visit: HX OF ASTHMA AND ALBUTEROL INHALER AS NEEDED . LAST TIME TOOK WAS
YESTERDAY. PT ALSO STATED HE MAY HAVE STD.
**Carolyn Q Donelson, LVN (February 23, 2021 11:32 AM)**

# General Population

# COVID-19 Screening

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

## Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** New House

## General Population
**Chief Complaint:** HX OF ASTHMA AND ALBUTEROL INHALER AS NEEDED . LAST TIME TOOK WAS YESTERDAY. PT ALSO STATED HE MAY HAVE STD.
Verified Patient Name and DOB
**History of Present Illness:** 41 y/0 AAm presents for NH evaluation with hx of asthma:uses albutrol HFA. Denies SOB, wheezing. Denies HTN, DM, seizures. Denies mental health issues, SI/hallucinations.  Denies opiate/benzo use. Denies ETOH use, illicit drugs, smokes 1ppd. Has c/o continued  genital warts.

## Past Medical History
Asthma

## Past Surgical History
Back

## Family History
**Father** Alive

**Mother** Alive

## Social History
**Tobacco** Yes
**Packs per day** 1 ppd

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]**   **TEXAS RANGER PACKET**        **TXR 000236**
**PLAINTIFF [01579098]**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Alcohol** No

**Drug Use** No

**Under influence or withdrawing from Alcohol or Benzo** No

**Under influence or withdrawing from opiate** No

## Review of Systems
**General:** Patient denies fevers, chills.
**Eyes:** Patient denies blurring, eye pain.
**Ears/Nose/Throat:** Patient denies nasal congestion, sore throat.
**Cardiovascular:** Patient denies chest pain, palpitations.
**Respiratory:** Patient denies cough, dyspnea.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea.
**Genitourinary:** Patient denies dysuria, hematuria.  c/o genital warts
**Musculoskeletal:** Patient complains of joint pain.  bilateral shoulder pain
**Skin:** Patient denies rash, itching, dryness.
**Neurologic:** Patient denies seizures.
**Psychiatric:** Patient denies suicidal ideation, hallucinations.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    AAM, in no acute distress, alert, orientated to person, place and time
**Head:**
    normocephalic and atraumatic.
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
    soft, not distended, normal bowel sounds; no  masses noted, no tenderness.
**MSK:**
    No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
    no clubbing, cyanosis, edema
**Neurologic:**
    no focal deficits
**Skin:**
    macular rash on left inner thigh
**Psych:**
    alert and cooperative; unremarkable mood and affect; unremarkable attention span and concentration

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Genitalia:**
    testicles: one very small genital wart on right and left testicle

## Assessment
**Dermatitis left inner thigh**
**Asthma**
**Genital warts**

## Problems
Current Problems:
**HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**DERMATITIS (ICD-692.9) (ICD10-L30.9)**

Problems Removed:
**HORDEOLUM EXTERNUM, LEFT (ICD-373.11) (ICD10-H00.016)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**

## Plan
## General Population
New House standard PUI protocol-COVID 19 test performed today by UTMB and new house single
cell isolation buffer quarantine per HSCO protocol

1.Dermatitis left inner thigh: Tolnaftate cream apply bid x 30 days to inner thigh. RTC as needed.
2. Asthma: refer to Asthma CC, O2 sat/peak flow x 3 days, Proair HFA prn. RTC as needed.
3. Genital warts: patient advised to f/u with PCP for possible cryotherapy upon release.

## Medications
New meds added in EMR:
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN
asthma for 60 days KOP
TOLNAFTATE 1 % EXTERNAL CREAM (TOLNAFTATE) Apply twice daily  to inner thigh for 30 days.

Updated medication list in EMR:
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN
asthma for 60 days KOP
TOLNAFTATE 1 % EXTERNAL CREAM (TOLNAFTATE) Apply twice daily  to inner thigh for 30 days.

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**   ATW ATW
**SPN#:**01579098   **Sex:** Male   **DOB:** 02/28/1979

**Chronic Clinic**
**Asthma**
Other: **one month**

**Follow Up**
Reason: **f/u dermatitis**
Suggested date of next visit: **03/05/2021**
Assessment and plan of care discussed with patient **Yes**

**REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS**
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Leesa A Brown, NP on 02/23/2021 at 12:09 PM**

---

**02/23/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Christina Casas, LVN**
**Location of Care: Health Services (JA09)**

**Orders noted:**
Medication Orders Noted
**Comments:** ROUTED JPC RX PROXY//SCHEDULER

**Electronically Signed by Christina Casas, LVN on 02/23/2021 at 12:18 PM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

_____

**02/23/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Michelle Menchaca, RN**
**Location of Care: Health Services (Joint Processing Center) JA14**

**Orders noted:**
Chart to Pharmacy

Other orders noted**Comments:** Chart Reviewed, 2nd Noted.  Routed to JPC RX Proxy and Scheduler.

**Electronically Signed by Michelle Menchaca, RN on 02/23/2021 at 12:25 PM**
_____

**02/23/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Jais Joy, Pharm Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Jais Joy, Pharm Tech on 02/23/2021 at 3:36 PM**
_____

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 82

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**02/23/2021 - Append: Documents Routed By Schedulers**
**Provider: Trina Campbell, LVN**
**Location of Care: JA09 Medical Clinic**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Provider/Clinic

**Document Routed To**
1200 Asthma/SZ Proxy

**Electronically Signed by Trina Campbell, LVN on 02/23/2021 at 4:58 PM**
_____

**02/24/2021 - Append: Rx Orders Noted**
**Provider: LaDonna Rae S Tatum, LVN**
**Location of Care: Health Services (JA09)**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** New meds added in EMR:
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN
asthma for 60 days KOP
TOLNAFTATE 1 % EXTERNAL CREAM (TOLNAFTATE) Apply twice daily  to inner thigh for 30 days.
Order Verified

**Electronically Signed by LaDonna Rae S Tatum, LVN on 02/24/2021 at 8:14 AM**
_____

**03/13/2021 - Append: KOP Medication Administration Record**
**Provider: Laclara M Smith LVN**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Location of Care: Health Services (JA07)**

## KOP Medication Administration Record

PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days KOP - GTP, TOLNAFTATE 1 % EXTERNAL CREAM (TOLNAFTATE) Apply twice daily to inner thigh for 30 days. - GTP,

**Electronically Signed by Laclara M Smith LVN on 03/13/2021 at 5:12 AM**
_____

**03/02/2021 - Quarantine lift evaluation: Quarantine lift evaluation**
**Provider: Rebecca L Hill, LVN**
**Location of Care: Harris County Sheriffs Office**

## Quarantine lift evaluation
**Reason Quarantined** New House Quarantine for COVID 19
1200-2L1
**Temperature (F)** 97.1
**Patient denies medical concerns** Yes
**Patient asymptomatic** Yes

**Electronically Signed by Rebecca L Hill, LVN on 03/02/2021 at 1:56 PM**
_____

**03/03/2021 - Patient Transfer: Patient Transfer Screening**
**Provider: Izukanne Emodi, LVN**
**Location of Care: Health Services (JA09)**

## Transfer Screening

Report run by Darla Price, Med Rec Manager

TEXAS RANGER PACKET

HCSO CASE# 2108-03733
Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 84

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Diagnosi(s)
**DERMATITIS (ICD-692.9) (ICD10-L30.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

Pending EMR/LAB Appointment: **Yes**
Patient in need of 14 Day HA: **Yes**
TST Read **N/A**
Building to Building Transfer From: **1200 Baker Street** To: **701 N. San Jacinto**
Floor to floor transfer (includes transfers out of the Infirmary or MHU) From: **2L1** To: **5F3**

**Electronically Signed by Izukanne Emodi, LVN on 03/03/2021 at 1:55 AM**

---

**03/24/2021 - Append: Documents Routed By Schedulers**
**Provider: Dora Toussaint, MA**
**Location of Care: JA07 Medical Clinic**

**Scheduler Orders Noted**
**No appointments Scheduled** No F/U Ordered

**Document Routed To**
701 HA Nurse Proxy

**Electronically Signed by Dora Toussaint, MA on 03/24/2021 at 1:11 PM**

---

**03/13/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Ethan Jordan, Clerk 4/14/2021 10:20:59 AM*

---

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000243

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 85

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 04/14/2021 at 10:21 AM**
_____

**03/19/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Keiria V McCoy, LVN**
**Location of Care: JA09 Health Assessment**

**HCSO Vital Signs**
Height (in): **70 Temperature (deg F):** 98.5 Pulse Rate (BPM): **83**
Respiration Rate (RPM): **18** BP (mmHg) **142 / 85** BP Site: **Left Arm**

Allergies: No Known Allergies
Allergies reviewed by nurse

**Subjective:**
 Complaint of Penile Problems
**Objective:**

**Medications:** PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth
BID/PRN asthma for 60 days KOP
TOLNAFTATE 1 % EXTERNAL CREAM (TOLNAFTATE) Apply twice daily  to inner thigh for 30 days.

**Consider for routine appointment:**
 open sores, blisters, or wart
**Nursing Assessment Diagnoses/Related Factors**
Pain
**R/T** biological injuring agents, chemical injuring agents, psychological injuring agents
Potential for infection, injury
**R/T** traumatized tissues, destruction of skin barrier

**Plan:**
refer to MD / NP / PA - Appt 1-3 days
treat minor injuries with soap-and-water cleaning and cold compress for 12 hours
Return to Triage / Clinic PRN no improvement

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Self Care and Patient Teaching**
Instructions to patient:
use good hygiene  refrain from sexual intercourse until sores, itching, or discharge is treated  use condom during intercourse if abrasions are present  consider medication and alcohol use as possible contributors to impotence
**Comments** Pt to triage stating he has an outbreak of genital warts. Please schedule a clinic appt within 1-3 days

**Electronically Signed by Keiria V McCoy-Hopkins, LVN on 03/19/2021 at 5:23 PM**
_____

**03/21/2021 - Append: Appointments and Diet Scheduled**
**Provider: Winonia M Moore, MA**
**Location of Care: Health Services (JA07)**

## Appointments Scheduled
**Scheduled:**  Medical Clinic

**Electronically Signed by Winonia M Moore, MA on 03/21/2021 at 1:45 AM**
_____

**03/25/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: Rashid Khan, MD**
**Location of Care: Health Services**

## HCSO Vitals
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **70** Weight (lbs): **214**
Temperature (deg F): **98.4** Oral
Pulse Rate (BPM): **97** Respiration Rate (RPM): **18**
BP (mmHg) **135** / **86** Blood Pressure Site: **Left Arm**
O2 Saturation (%): **99**
BG Finger Stick (mg/dl): **154**
BMI **30.82**

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page  87

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Reason for Visit: **genital warts**
**Cherise M Jeter, LVN (March 25, 2021 9:30 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**History of Present Illness:** Patient is 42 yrs old male who presents to the clinic for genital warts. Patient states that he has genital warts for the past 2 years and he never got it treated in the free world.  Patient denies any penile discharge or dysuria. No fever or chills.

**Under influence or withdrawing from Alcohol or Benzo** No

**Under influence or withdrawing from opiate** No

## Review of Systems
**Eyes:** Patient denies blurring, diplopia, irritation, discharge.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope.
**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation.
**Genitourinary:** Patient denies dysuria, hematuria, discharge, urinary frequency, nocturia, incontinence.

## Physical Exam:

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000246

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
    normocephalic and atraumatic.
**Neck:**
    no masses,thyromegaly,abnormal cervical nodes,neck supple
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
    soft, not distended, normal bowel sounds no tenderness.
**MSK:**
    No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
    no clubbing, cyanosis, edema
**Pulses:**
    pulses unremarkable in all 4 extremities
**Neurologic:**
    no focal deficits,
**Genitalia:**
    Genital wart noted on the penile shaft and scrotum.

## Assessment
**Genital warts**

## Problems
Current Problems:
**DERMATITIS (ICD-692.9) (ICD10-L30.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Plan
**Aldara 5% cream apply to affected area as directed.**
**Patient advised to use the medication as directed.**

## Medications
**New meds added in EMR:**
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days

**Updated medication list in EMR:**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000247

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days KOP
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days

**Follow Up**
Return to Clinic **PRN**

]

**Electronically Signed by Rashid Khan, MD on 03/25/2021 at 10:19 AM**
_____

**03/25/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Pamela L Parker, LVN**
**Location of Care: Health Services**

**Orders noted:**
Chart to Pharmacy
**Comments:** rtc prn
Medication Orders Noted
**Date to start:** 03/25/2021

**Electronically Signed by Pamela L Parker, LVN on 03/25/2021 at 10:20 AM**
_____

**03/25/2021 - Append: Pharmacy - Medication order(s)**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 90

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Provider: Coquese Clayton, Pharmacy Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Coquese Clayton, Pharmacy Tech on 03/25/2021 at 10:29 AM**
_____

**03/26/2021 - Append: Rx Orders Noted**
**Provider: Dawn M Simmons, LVN**
**Location of Care: Health Services (JA07)**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday,
wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days
Order Verified

**Electronically Signed by Dawn M Simmons, LVN on 03/26/2021 at 12:24 PM**
_____

**03/26/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Heather Whitman, Clerk 4/12/2021 12:25:49 PM*

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 04/12/2021 at 12:26 PM**

---

**03/27/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Linda Martin, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days - GTP,

**Electronically Signed by Linda Martin, LVN on 03/27/2021 at 12:44 AM**

---

**04/03/2021 - HCSO Provider Progress Note: HCSO Provider Progress Note**
**Provider: Fatmata B Kaikai PA**
**Location of Care: JA07 Medical Clinic**

## HCSO Vitals

Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **70** Weight (lbs): **214**
Temperature (deg F): **97.5 Oral**
Pulse Rate (BPM): **87** Respiration Rate (RPM): **18**
BP (mmHg) **147** / **92** Blood Pressure Site: **Left Arm**
O2 Saturation (%): **97**
Peak Flow (L/min): **270**
BG Finger Stick (mg/dl): **120**
BMI **30.82**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Reason for Visit: **f/u dermatitis**
**Ericka D Johnson, LVN (April  3, 2021 8:51 AM)**

# General Population

## Exposure:

## Symptoms:

Does patient have:

## History of Present Illness
**Reason for visit** Clinic Appointment

## General Population
Verified Patient Name and DOB
**History of Present Illness:** 42 y.o. male PMHx Asthma here for rash follow-up. Seen 6 weeks ago and prescribed anti-fungal cream for inner thigh rash. State he used without relief. Denies pruritus or localized pain.

## Past Medical History
Asthma

## Review of Systems
**Cardiovascular:** hx of HTN and on BP medication while in TDC. Taken off after weight loss. Denies headache, dizziness.
**Skin:** Patient complains of see HPI.  received Aldara cream last week for genital wart that he is using.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Skin:**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

MILD erythema annular rash inter-fold thigh, bilateral

## Problems
Current Problems:
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**CANDIDA INTERTRIGO (ICD-112.3) (ICD10-B37.2)**

## Plan
## General Population
**1) Candida Intertrigo-Rx Ketoconazole 2% cream Apply daily x 4 weeks.  Proper skin care discussed.
RTC PRN.**
 **2) Elevated BP-Low sodium diet discussed. 3 days BP checks on 04/17/2021. RTC PRN.**

## Medications
**New meds added in EMR:**
KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days;
15gm

**Updated medication list in EMR:**
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN
asthma for 60 days KOP
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and
friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days
KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days;
15gm

## Follow Up
Return to Clinic **PRN**
Assessment and plan of care discussed with patient **Yes**

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 04/17/2021

]

**Electronically Signed by Fatmata B Kaikai PA on 04/03/2021 at 9:36 AM**
_____

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**04/03/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Proxy 701 Scheduler**
**Location of Care: JA07 Health Assessment**

## Orders noted:

Chart to Pharmacy

Blood Pressure checksRouted
**Date to start:** 04/17/2021
Pulse ChecksRouted
**Date to start:** 04/17/2021
Other orders noted**Comments:** rtc prn

**Electronically Signed by Olabimpe Labiyi, RN on 04/03/2021 at 9:51 AM**

_____

**04/04/2021 - Append: Appointments and Diet Scheduled**
**Provider: Winonia M Moore, MA**
**Location of Care: Health Services (JA07)**

## Appointments Scheduled

**Scheduled:**  B/P checks

**Electronically Signed by Winonia M Moore, MA on 04/04/2021 at 4:44 AM**

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 95

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

_____

**04/05/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Annie Wong, RPh**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Annie Wong, RPh on 04/05/2021 at 6:30 AM**
_____

**04/06/2021 - Append: Rx Orders Noted**
**Provider: Amanda L Perea, LVN**
**Location of Care: JA07 Medical Clinic**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area
times 30 days; 15gm

Order Verified

**Electronically Signed by Amanda L Berumen, LVN on 04/06/2021 at 11:57 AM**
_____

**04/06/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**KOP**

*Imported By: Ewendolyn Gayden, Clerk 4/14/2021 11:51:46 AM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 04/14/2021 at 11:52 AM**
_____

**04/06/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Peace Kemirembe, LVN**
**Location of Care: Health Services**

## KOP Medication Administration Record

KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days;
15gm - GTP,

**Electronically Signed by Peace Kemirembe, LVN on 04/06/2021 at 11:04 PM**
_____

**04/12/2021 - Quarantine lift evaluation: Quarantine lift evaluation**
**Provider: Sharika Green, MA**
**Location of Care: Health Services**

## Quarantine lift evaluation
**Reason Quarantined** Quarantine lift evaluation
**Temperature (F)** 96.6
**Patient denies medical concerns** Yes
**Patient asymptomatic** Yes

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Sharika Green, MA on 04/12/2021 at 11:12 AM**
_____

**04/17/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**        140/ 92
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**                79
**Day:** 1
AM

**Weight / Height**
**Height (in):** 70

**Electronically Signed by Sarah Williamson, MA on 04/17/2021 at 1:50 AM**
_____

**04/18/2021 - Append: HCSO Scheduled Treatment**
**Provider: Winonia M Moore, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**        141/ 85
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**                88
**Day:** 2
AM

**Weight / Height**
**Height (in):** 70

**Electronically Signed by Winonia M Moore, MA on 04/18/2021 at 1:01 AM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

---

**04/19/2021 - Append: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Day:** 3
AM

**Weight / Height**
**Height (in):** 70

**Electronically Signed by Sarah Williamson, MA on 04/19/2021 at 12:56 AM**

---

**04/19/2021 - Append: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

PT DECLINED TO SIGN REFUSAL FORM

**Electronically Signed by Sarah Williamson, MA on 04/19/2021 at 12:57 AM**

---

**04/19/2021 - Append: HCSO Scheduled Treatment**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

B/P check x 3 days to startin 3 weeks

**Electronically Signed by Priscillia U Madueke, NP on 04/19/2021 at 1:32 PM**

---

**04/21/2021 - Append: Documents Routed By Schedulers**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Provider: Leah R Akins, LVN**
**Location of Care: Health Services (JA07)**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Blood Pressure checks Qday X 3 Days

**Electronically Signed by Leah R Akins, LVN on 04/21/2021 at 6:45 PM**

---

**05/10/2021 - Append: HCSO Scheduled Treatment**
**Provider: Crystal Polk, LVN**
**Location of Care: Health Services**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**      143/ 92
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**           88
**Day:** 1
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Crystal Polk, LVN on 05/10/2021 at 3:21 AM**

---

**04/19/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

*Imported By: Ethan Jordan, Clerk 5/6/2021 3:04:05 PM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 05/06/2021 at 3:04 PM**

---

**04/20/2021 - HCSO HEALTH Assessment Documents: HCSO HEALTH Assessment Documents**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO HEALTH Assessment Documents**

*Imported By: Kiara Gladney, Clerk 7/15/2021 4:48:17 PM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/15/2021 at 4:48 PM**

---

**04/20/2021 - Provider HA Note: Provider HA Note**
**Provider: Nwachukwu E Anazodo, NP**
**Location of Care: Health Services**

**HCSO Vital Signs**
**Height (in)**                 67
**Weight (lbs):**            221
**Temperature (deg F):**   98.1

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

| | |
|---|---|
| **Site:** | Oral |
| **Pulse Rate (BPM):** | 76 |
| **Respiration Rate (RPM):** | 18 |
| **Blood Pressure (mm/Hg):** | 131/ 92 |
| **BP Site:** | Left Arm |
| **O2 Saturation (%):** | 97 |
| **Peak Flow (L/min):** | 300 |
| **BG Finger Stick (mg/dl):** | 166 |
| **BMI:** | 34.74 |

## COVID-19 Screening

**Exposure:**
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

## Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

I have reviewed the patient's Intake Health Screening.
**HCSO Health Assessment:** 14 DAY
**Health Assessment completed greater than 14 days due to** Other
**Patient's Primary Language English:** Yes

Allergies: No Known Allergies

**Is the patient currently taking medications? Pt states:** No

**\*NOTE\* Past medication history from past chart history :**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days KOP
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days
KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days; 15gm

## Medical History:

**1. Severe headache more than once a week?** No
**2. Recent head trauma / surgery?** No
**3. Seizures or convulsions?** No
**4. Shortness of breath or asthma ?** Yes
**comments** Pt claimed hx of Asthma, O2 sat is 100%. No SOB, CP, Wheezing noted @ this time. Lungs sound clear bilaterally.
**5. Chest pain, heart trouble or hypertension?** No
**6. Hypoglycemia, diabetes type I or II?** No
**7. GERD, GI bleed, ulcers or appendicitis?** No
**8. Bleeding hemorrhoids or cholelithiasis?** No
**9. Diagnosed with hernia?** No
**10. Passed blood while urinating?** No
**11. Hepatitis type A, B or C?** No
**12. Syphilis, gonorrhea, chlamydia or herpes?** No
**13. HIV /AIDS?** No
**14. Anemia, Bruising, Anticoagulant use, Blood Transfusion** No
**15. Broken bones?** No
**16. Skin disorder?** No
**17. TST (If Yes, date and result)?** No
**18. Alcohol Use?** No
**19. Drug Use?** No
**20. Tobacco Use?** No
**21. Pregnancy?** No
 I have reviewed past medical history with the patient
**Additional Comments;** Patient denies any Hx of HTN,Hepatitis,seizure
**Race:** African American

## Family History
 Patient Family History Unremarkable

## Mental Health Screening

**1. History of Psychiatric hospitalization?** No
**2. History of outpatient mental health treatment?** No
**3. History of violent behavior?** No
**4. Emotional response to incarceration:** Normal

DEON PETERSON [DIC]          TEXAS RANGER PACKET          TXR 000261
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**5. History of Sexual Abuse?** No

**History of psychotropic medication**
**Do you take any psychotropic medication(s)? Patient states:** No

**Suicidal status**
**1. Currently have suicidal ideation:** No
**2. Do you have a plan?** No
**3. History of suicidal behavior:** No
**4. History of victimization:** No
**5. History of sex offenses:** No

**Mental Status Exam**

**1. Speech:** productive
2. Appearance:
**a. Neat:** yes **b. Hygiene:** good **C. eye contact:** good
**3. Attention:** ok
**4. Unusual behavior:** no

**5. Consciousness:** alert
**6. Attitude:** cooperative

**7. Emotions:** appropriate
**8. Thought process:** coherent

9. Thought content
**a. Do you hear voices?** no **b. Are people out to get you?** no
**c. Do you want to hurt your self?** no **d. Do you want to hurt others?** no
10. Sensorium:
**a. Oriented to:** person, place, time **b. Clear:** yes **c. Memory:** ok **d. Confused:** no

**Mental Retardation Screening**
**1. Highest level of education completed: Pt states -**  some college

**2. Can you read? : Pt states -**  Yes
**3. Can you write? : Pt states -**  Yes
**4. Were you in special classes? : Pt states -**  No
**5. Have you ever been called SLOW? : Pt states -**  No

**Additional Comments:** Patient have no suicidal ideation or hallucination. Patient encouraged to submit
SCR/RTC PRN to access non emergent care in the medical and/or MHC. Patient verbalizes understanding.

**HCSO Health Assessment**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]        TEXAS RANGER PACKET        TXR 000262
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**1. Appearance:-** Medium **Ambulatory:** Yes **Other/Comments:** No
**2. Skin:-Icterus:** No **Turgor:** recoil **Sores or Lesions:** No **Rash:** No **Other/Comments:** No
**3. Eyes:-Conjunctivae:**moist **Red:** No **Pale:** No **Sclerae:** normal **Glasses / Contacts:** No **Cataract /**
**Glaucoma:** No **Icteric:** No **PERRLA:** Yes **Other/Comments:** No
**4. Ears:-Discharges:** No **Infected:** No **Lesions:** No **Other/Comments:** No
**5. Nose:-Deviated:** No **Other/Comments:** No
**6. Throat:-Inflamed:** No **Enlarged tonsils:** No **Other/Comments:** No
**7. Neck:-Stiff:** No **Enlarged Thyroid:** No **Palpable Lymph Nodes:** No **Mass:** No **Other/Comments:** No
**8. Mouth:-Caries:** No **Gingivae:** No **Teeth present:** No **Lesions:** No **Other/Comments:** No
**9. Heart:-Murmur:** No **Irregular:** No **Other/Comments:** No
**10. Lungs:-Rales:** No **Wheezes:** No **Other/Comments:** No
**11. Abdomen:-Tender:** No **Hard:** No **Bowel Sounds:** No **Enlarged Liver:** No **Mass:** No **Lesions:** No
**Ostomy:** No
**Ostomy Type:** No
**Other/Comments:** No
**12. Genitourinary:-Burning:** No **Difficulty starting:** No **Urgency:** No **Incontinence:** No **Itching:** No
**Nocturia:** No **Urostomy:** No **Flank Pain:** No **Foley:** No **Other/Comments:** No
**13. Extremities:-Varicosities:** No **Extremities Full ROM:** Yes **Other/Comments:** No
**14. Breast:-**
## Physical Findings:
Does patient have any of the following...
**1. Bruises:** No
**2. Lacerations:** No
**3. Incisions:** No
**4. Decubitus:** No
**5. Dryness:** No
**6. Scars:** No
**7.  Abnormal color:** No
**8. Tattoos with any signs/symptoms of redness, swelling, drainage or odor:** No
**9. Body piercing with any signs/symptoms of redness, swelling, drainage or odor:** No
**10. Skin tear / Duoderm / Op-site:** No
**13. Other:** No
**Additional Comments:** Patient alert ana oriented x 4 . No bruises or injury noted. Patient encouraged to
submit SCR/RTC PRN to access non emergent care in the medical and/or MHC. Patient verbalizes
understanding.

## Requisition completed for:
TST placed
**Patient had IPC NH Screening CXR completed within the past 90 days?**  Yes

**I have reviewed and completed the patient health assessment.**
**Signed By:**   Nwachukwu E Anazodo, NP (April 20, 2021 9:46 AM)

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000263

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 105

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**HA Provider Form**
**Health Assessment Reviewed**

**Physical Exam:**

Pertinent Exam Findings As Below:
**General:**
　Medium

**Process Orders**
Check Orders Results:
　Laboratory: Order checked:
　Nwachukwu Anazodo, NP NOT AUTHORIZED TO ORDER.
Tests Sent for requisitioning (April 20, 2021 9:47 AM):
　04/20/2021: Laboratory -- Treponema pallidum (Syphilis) Screening Cascade [082345] (signed)
　04/20/2021: Laboratory -- HIV-1Ab (R/G) [083935] (signed)

**Problems**
Current Problems:
**CANDIDA INTERTRIGO (ICD-112.3) (ICD10-B37.2)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

**Medications**
**Updated medication list in EMR:**
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN
asthma for 60 days KOP
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and
friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days
KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days;
15gm

]

**Electronically Signed by Nwachukwu E Anazodo, NP on 04/20/2021 at 9:49 AM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

_____

**04/20/2021 - Append: Append Provider Progress Note**
**Provider: Nwachukwu E Anazodo, NP**
**Location of Care: Health Services**

## Assessment
**Patient Bowel sounds was present in all qudrant, all patient teeth was intact**

## Problems
Current Problems:
**CANDIDA INTERTRIGO (ICD-112.3) (ICD10-B37.2)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Medications
**Updated medication list in EMR:**
PROAIR HFA AEROSOL SOLUTION (ALBUTEROL SULFATE AERS) take 2 puffs by mouth BID/PRN asthma for 60 days KOP
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to affected area every monday, wednesday and friday night at bedtime and then wash off after 8 hours. repeat 3 times per week x 30days
KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) apply bid to affected area times 30 days; 15gm

**Electronically Signed by Nwachukwu E Anazodo, NP on 04/20/2021 at 1:46 PM**
_____

**04/20/2021 - HCSO TB Skin Test Administration: TB Skin Test Administration**
**Provider: Latoya Marshall, MA**
**Location of Care: Health Services**

## TB Screening

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Allergies: No Known Allergies
Allergies reviewed by nurse

**Have you ever had a Positive TB skin Test?** No
**TST Administered:** Yes **Lot#:** C5588AA
**Expiration Date:** 06/17/2021
**Site:** L Forearm

**Electronically Signed by Latoya Marshall, MA on 04/20/2021 at 9:38 AM**
—————————————————————————————————————

**04/22/2021 - Append: TB Skin Test Read**
**Provider: Darnella Ward, LVN**
**Location of Care: Health Services (JA07)**

**TB Skin Test Read**
**TST Administered:**
Yes (04/20/2021 8:55:20 AM)
**Is results > / = 10mm OR > / = 5mm if HIV positive** No
**Results (mm):** 0

**Electronically Signed by Darnella Ward, LVN on 04/22/2021 at 11:49 PM**
—————————————————————————————————————

**04/22/2021 - Lab Request: Lab Request**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**Lab Request**

*Imported By: Brenda Simmons, Clerk 4/29/2021 1:27:31 PM*
—————————————————————————————————————

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Signed before import by Signature Medical Records**
**Filed automatically on 04/29/2021 at 1:28 PM**
_____

**04/22/2021 - Lab Report: T pallidum Screening Cascade, HIV Ag/Ab with Reflex**
**Provider: Gaston Casillas, MD**
**Location of Care: Health Services (JA07)**

```
Patient: DEON LEWIS PETERSON
ID: Labcorp 01579098
Note: All result statuses are Final unless otherwise noted.

Tests: (1) T pallidum Screening Cascade (082345)
 T pallidum Antibodies
                          Non Reactive                Non Reactive

Tests: (2) HIV Ag/Ab with Reflex (083935)
 HIV Screen 4th Generation wRfx
                          Non Reactive                Non Reactive

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 04/27/2021 6:17 AM
```
_____

```
(1) Order result status: Final
Collection or observation date-time: 04/22/2021 11:45
Requested date-time:
Receipt date-time: 04/22/2021 00:00
Reported date-time: 04/27/2021 07:08
Referring Physician:
Ordering Physician: L Sunder (normallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 11272001620 LAB
Lab site: Performed At:  BN, LabCorp Burlington 1447 York Court  Burlington, NC
272153361 Sanjai Nagendra MD     Phone:  8007624344

(2) Order result status: Final
Collection or observation date-time: 04/22/2021 11:45
Requested date-time:
Receipt date-time: 04/22/2021 00:00
Reported date-time: 04/27/2021 07:08
Referring Physician:
Ordering Physician: L Sunder (normallabproxy)
Specimen Source:
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
Source: Labcorp
Filler Order Number: 11272001620 LAB
Lab site: Performed At:  HD, LabCorp Houston 7207 North Gessner  Houston, TX
770403143 Kyle Eskue MD    Phone:  7138568288
```

**Electronically Signed by Gaston Casillas, MD on 04/27/2021 at 8:03 AM**
_____

**04/27/2021 - Append: Provider Diagnostic Results Review**
**Provider: Gaston Casillas, MD**
**Location of Care: Health Services**

## Provider Lab Results Review
**Provider Lab Results Review** Normal

## Clinical Lists Changes

**Orders:**
Added new Service order of LAB Letter (LABL) - Signed
**Observations:**
Added new observation of HCSOT00152: Normal (04/27/2021 8:03)

**Electronically Signed by Gaston Casillas, MD on 04/27/2021 at 8:03 AM**
_____

**05/11/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ethan Jordan, Clerk 6/4/2021 9:59:51 AM*
_____

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 110

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 06/04/2021 at 10:00 AM**
_____

**05/11/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Day:** 2
AM
Comments: **2/3**

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 05/11/2021 at 1:48 AM**
_____

**05/12/2021 - Append: HCSO Scheduled Treatment**
**Provider: Adeola Awoye, LVN**
**Location of Care: Health Services (IPC)**

**Blood Pressure / Pulse**
**Day:** 3
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Adeola Awoye, LVN on 05/12/2021 at 2:11 AM**
───────────────────────────────────────────────

**05/14/2021 - Append: HCSO Scheduled Treatment**
**Provider: Hari Radhakrishnan MD**
**Location of Care: Health Services (JA07)**

repeat BP checks x 3 days starting in 3 weeks

**Electronically Signed by Hari Radhakrishnan MD on 05/14/2021 at 7:20 AM**
───────────────────────────────────────────────

**05/14/2021 - Append: Documents Routed By Schedulers**
**Provider: Leah R Akins, LVN**
**Location of Care: Health Services (JA07)**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Blood Pressure checks Qday X 3 Days

**Electronically Signed by Leah R Akins, LVN on 05/14/2021 at 9:18 PM**
───────────────────────────────────────────────

**05/12/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ethan Jordan, Clerk 7/8/2021 9:15:04 AM*
───────────────────────────────────────────────

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/08/2021 at 9:15 AM**
_____

**05/24/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: Nwachukwu E Anazodo, NP**
**Location of Care: JA07 Medical Clinic**

## HCSO Vitals

Allergies: No Known Allergies

Height (in): **67** Weight (lbs): **225**
Temperature (deg F): **97.7** Pulse Rate (BPM): **81** Respiration Rate (RPM): **18**
BP (mmHg) **137** / **87** Blood Pressure Site: **Left Arm**
O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **111**
BMI **35.37**
Reason for Visit: **Can i get a follow up on my hpv medicine**
**Dora Toussaint, MA (May 24, 2021 9:37 AM)**

## COVID-19 Screening

## Exposure:

**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is**
**currently being tested for COVID-19 in the past 14 days?** No

## Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** Clinic Appointment
**Chief Complaint:** Can i get a follow up on my hpv medicine
Verified Patient Name and DOB
IPC Note Reviewed
**History of Present Illness:** Patient is a 42 y/o male who presents to the clinic for f/u on his HPV medication.
Patient stated that he have finished the cream the physician gave him and is asking for refill.

## Social History
**Tobacco** No

**Alcohol** No

**Drug Use** No

**Under influence or withdrawing from Alcohol or Benzo** No

**Under influence or withdrawing from opiate** No

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Skin:** Patient complains of see HPI, suspicious lesions.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Skin:**
    Rt lateral penile warts

## Glasgow Coma Scale
Glasgow coma scale: **15**

## Assessment
**Genital warts**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Problems
Current Problems:
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**

## Plan
**ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours later.  Repeat 3x per week x 30 days KOP**
**Patient encouraged to submit SCR/RTC PRN to access non emergent care in the medical and/or MHC. Patient verbalizes understanding.**

## Medications
**New meds added in EMR:**
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours later.  Repeat 3x per week x 30 days KOP

**Updated medication list in EMR:**
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours later.  Repeat 3x per week x 30 days KOP

## Follow Up
Return to Clinic **PRN**
Nurse Triage **PRN**
Assessment and plan of care discussed with patient **Yes**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Nwachukwu E Anazodo, NP on 05/24/2021 at 9:52 AM**

---

**05/24/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Rina Williams, Pharm Tech**
**Location of Care: Health Services**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Rina Williams, Pharm Tech on 05/24/2021 at 10:51 AM**
_____

**05/25/2021 - Append: Rx Orders Noted**
**Provider: Likesha L Harris, RN**
**Location of Care: Health Services (Joint Processing Center) JA14**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** New meds added in EMR:
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours later. Repeat 3x per week x 30 days KOP
Order Verified

**Electronically Signed by Likesha L Harris, RN on 05/25/2021 at 4:53 PM**
_____

**06/01/2021 - Append: KOP Medication Administration Record**
**Provider: Keaundra Johnson, LVN**
**Location of Care: Hospital Admit (JA11)**

**KOP Medication Administration Record**

ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours later. Repeat 3x per week x 30 days KOP - GTP,

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000274

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Keaundra Johnson, LVN on 06/01/2021 at 1:17 PM**

---

**06/04/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ethan Jordan, Clerk 7/2/2021 1:25:18 PM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/02/2021 at 1:25 PM**

---

**06/04/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**      158/ 85
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**          69
**Day:** 1
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/04/2021 at 2:24 AM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

---

**06/05/2021 - Append: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Day:** 2
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/05/2021 at 3:19 AM**

---

**06/06/2021 - Append: HCSO Scheduled Treatment**
**Provider: Jazman Chavis, MA**
**Location of Care: ALL**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**        155/ 76
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**              55
**Day:** 3
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Jazman Chavis, MA on 06/06/2021 at 3:44 AM**

---

**06/07/2021 - Append: HCSO Scheduled Treatment**
**Provider: Priscillia U Madueke, NP**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 118

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Location of Care: Health Services (JA07)**

B/P check x 3 days to start in 3 days
Please schedule MD eval. for  hx of HTN in 3 days

**Electronically Signed by Priscillia U Madueke, NP on 06/07/2021 at 10:35 AM**

---

**06/07/2021 - Append: Documents Routed By Schedulers**
**Provider: Dora Toussaint, MA**
**Location of Care: JA07 Medical Clinic**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Blood Pressure checks Qday X 3 Days
Provider/Clinic

**Comments**
hx of HTN

**Electronically Signed by Dora Toussaint, MA on 06/07/2021 at 11:39 AM**

---

**06/05/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ethan Jordan, Clerk 7/2/2021 1:30:35 PM*

---

```
External Attachment:
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

```
Type:      Image
Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/02/2021 at 1:31 PM**

─────────────────────────────────────────────────────────────

**06/05/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Amy Martinez, LVN**
**Location of Care: JA07 Medical Clinic**

## HCSO Vital Signs
Height (in): **67**

## Subjective:
Reported Altercation

## Objective:
**Method of transport** Ambulatory
No visible Injury Noted
Refusal form signed
**Medications:**
ALDARA 5 % EXTERNAL CREAM (IMIQUIMOD) Apply to penile warts at night and then wash off 8 hours
later.  Repeat 3x per week x 30 days KOP

## Assess for Expedient Referral to Clinician:
**Loss of consciousness** no

## Nursing Assessment
**Comments:** The patient was brought into the clinic for S/P altercation. No obvious injuries or deformities.
Denies LOC. Steady gait. Respirations are even and unlabored. Skin color is normal-warm to touch. No
distress noted. Speech is normal. Follows commands. Responds to questions appropriately. Alert and
Oriented. Refused medical treatment. Refusal was signed and witnessed. RTC PRN

**Electronically Signed by Amy Martinez, LVN on 06/05/2021 at 5:42 PM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

---

**06/10/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA09)**
**This document contains external references**

**HCSO Refusals**

*Imported By: Cheryl Pouncy, Clerk 7/15/2021 12:27:40 PM*

---

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/15/2021 at 12:28 PM**

---

**06/10/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Day:** 1
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/10/2021 at 5:37 AM**

---

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**06/10/2021 - Append: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Fingerstick**
**Day:** 1
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/10/2021 at 5:37 AM**
———————————————————————————————————

**06/11/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ethan Jordan, Clerk 7/14/2021 9:01:52 AM*

———————————————————————————————————

```
    External Attachment:

      Type:      Image
      Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/14/2021 at 9:02 AM**
———————————————————————————————————

**06/11/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Blood Pressure / Pulse**
**Day:** 2
AM
Comments: **2/3**
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/11/2021 at 3:24 AM**
─────────────────────────────────────────────

**06/12/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA09)**
**This document contains external references**

**HCSO Refusals**

*Imported By: Cheryl Pouncy, Clerk 7/14/2021 1:21:07 PM*

────────────────────────────────────

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/14/2021 at 1:21 PM**
─────────────────────────────────────────────

**06/12/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

## Blood Pressure / Pulse
**Day:** 1
AM
**Refused Treatment** Patient Declined Signing Refusal Form

## Weight / Height
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 06/12/2021 at 3:45 AM**

_____

**06/23/2021 - Patient Transfer: Patient Transfer Screening**
**Provider: Jackeline L Vergaray, LVN**
**Location of Care: JA07 Medical Clinic**

## Transfer Screening

Diagnosi(s)
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

Pending EMR/LAB Appointment: **No**
Patient in need of 14 Day HA: **No**
TST Read **Yes**
Building to Building Transfer From: **701 N. San Jacinto** To: **701 N. San Jacinto**
Floor to floor transfer (includes transfers out of the Infirmary or MHU) From: **5F3** To: **4B4**
**No Medications ordered**

**Electronically Signed by Jackeline L Vergaray, LVN on 06/23/2021 at 4:00 AM**

_____

**06/24/2021 - HCSO Medical Record Request Form: MH Medical Record Request Form**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**MH Medical Record Request Form**

*Imported By: Jessica Shelley, Clerk 7/16/2021 10:57:07 AM*

_____

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/16/2021 at 10:57 AM**
_____

**06/24/2021 - MH GPS Sick Call FollowUp: MH GPS Sick Call FollowUp**
**Provider: Lisa Lott, LPHA-Intern**
**Location of Care: Health Services**

## MH Sick Call Follow-Up
**Reason For Visit:** Care Concern
The Patient's EMR was briefly reviewed

## Capacity Assessment
**Has the patient received a capacity assessment during this incarceration** No
**Are there signs that the patien'92s perception of reality might be distorted, for example, by delusional ideas or hallucinations?**  No
**Are there indications that the patien'92s communication or cognitive capability might be impaired, for example, by confusing or contradictory remarks, concrete/under-developed vocabulary and grammatical complexity, poor memory, or tangential/loosely-associated comments?**  No
**Does the patient show signs of disturbed behavior such as agitation, aggression, avolition, tics, lethargy, distracted attention, or self-neglect?** No
**Does the patient show signs of disturbed mood such as depression, anxiety, mania, flat or inappropriate affect, flight of ideas, emotional detachment, or catatonia?** No

## Mental Status Exam
**Appearance** casual, neat
**Attitude** cooperative
**Sensorium** clear, alert
**Orientation** person, place, date, situation
**Mood** euthymic

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**   ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Affect** appropriate
**Speech** normal rate/tone/volume
**Thought processes** goal directed, logical
**Thought content** no psychosis
**Suicidal Ideation** denies SI
**Homicidal Thinking / Violence** patient denies
**Psychomotor Activity** normal
**Insight** fair
**Judgement** fair
**Comments** Per the electronic medical record (EMR), pt is not currently prescribed psychiatric medications. Pt does not have a h/o of psych meds in Harris County Jail. LPHA intern educated pt about the purpose of this visit and inquired about care concern. Pt signed the release of information (ROI) form for Jasmine Peterson (step-sister) 832-544-3875. Pt voiced no MH concerns.
Pt denied SI/HI/AVH during this assessment. Pt stated he copes by reading, exercising and talking on the phone. Pt identified family as support system. Pt reported eating 1/3 meals plus commissary items daily, "alright sleep" and completing ADLs as needed. Pt did not appear to be sleep deprived, malnourished or disheveled. Pt plans on obtaining a job and attending welding school, once released. Pt does not appear to be in acute psychological distress to warrant immediate MH intervention at this time of assessment.

## Patient Education

Pt was educated on how to complete/submit an Inmate Request Form via kiosk, as means of requesting MH services, potential charges for MH services, and how to proceed if the pt has a MH crisis (speak to jail staff); pt verbalized understanding.

## Plan of Care

No further MH services are needed at this time

**Electronically Signed by Diem Pham, LPHA on 06/24/2021 at 8:12 PM**
**Electronically Signed by Lisa Lott, LPHA-Intern on 06/28/2021 at 1:45 PM**
_____

**06/24/2021 - HCSO MH Coordination Note: MH GPS Coordination Note**
**Provider: Lisa Lott, LPHA-Intern**
**Location of Care: Health Services**

## MH Coordination Note

Pt signed the release of information (ROI) form for:
Jasmine Peterson (step-sister)
832-544-3875

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

16:12
LPHA intern contacted Jasmine Peterson at 832-544-3875.
Requestor expressed gratitude for the call back.

ROI expires 6/24/2022.

**Electronically Signed by Diem Pham, LPHA on 06/24/2021 at 8:12 PM**
**Electronically Signed by Lisa Lott, LPHA-Intern on 06/28/2021 at 1:45 PM**

─────────────────────────────────────────────

**06/26/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

## HCSO Vital Signs
Height (in): **67** Weight (lbs): **225** **Temperature (deg F):** 98.6 Pulse Rate (BPM): **90**
Respiration Rate (RPM): **18** BP (mmHg) **143 / 89** BP Site: **Left Arm**
O2 Saturation (%): **99**
BG Finger Stick (mg/dl): **116**

**BMI**
35.37

Allergies: No Known Allergies
Allergies reviewed by nurse

**Subjective:**
HCSO Complaint of Extremity Pain

**Assess for Expedient Referral to Clinician:**
 severe pain
**Nursing Assessment Diagnoses/Related Factors**
Pain

**Plan:**
to clinic now
**Appt Date:** 06/26/2021
Return to Triage / Clinic PRN no improvement

**Comments** pt c/o lt shoulder pain 8 of 10, pt states he refused medical visit aftercation ( about 3 weeks ago), pt has limited rom, brisk cap refill to provider for eval.

Report run by Darla Price, Med Rec Manager

**HCSO CASE# 2108-03733**   **CONFIDENTIAL**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

*August 16, 2021*
Page 127

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Ericka D Johnson, LVN on 06/26/2021 at 10:24 AM**

_____

**06/26/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

## Orders noted:

Other orders noted**Comments:** pt complaining of green mucus and coughing x 2 weeks
**Date to start:** 06/26/2021

**Electronically Signed by Ericka D Johnson, LVN on 06/26/2021 at 10:30 AM**

_____

**06/26/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: Oghenero M Ewurhie, NP**
**Location of Care: JA07 Medical Clinic**

## HCSO Vitals
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **225**
Temperature (deg F): **98.6 Oral**
Pulse Rate (BPM): **90** Respiration Rate (RPM): **16**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

BP (mmHg) **149** / **74**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **99**
BG Finger Stick (mg/dl): **116**
BMI **35.37**
Reason for Visit: **lt shoulder pain with LROM, coughing x 2 weeks with green mucus**
**Ericka D Johnson, LVN (June 26, 2021 10:25 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** Clinic Appointment
**Chief Complaint:** lt shoulder pain with LROM, coughing x 2 weeks with green mucus
Verified Patient Name and DOB
IPC Note Reviewed
**History of Present Illness:** 42 y/o AA male presents to clinic c/o lt shoulder pain onset of 3 weeks, reports pain 8 of 10, pt. stated pain started s/p altercation 3 weeks ago. denies swelling to left shoulder. Pt. able to move left upper ext, however noted with limited range of motion, Pt. c/o productive cough with greenish mucus onset of 2 weeks, Pt. denies n/v/sob/cp/f/chills. Denies any other problems and  remains hemodynamically stable

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC] PLAINTIFF [01579098]**

**TEXAS RANGER PACKET**

**TXR 000287**

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient complains of cough.  Patient denies dyspnea, excessive sputum, hemoptysis, wheezing.  coughing x 2 weeks with green mucus
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.  It shoulder pain with LROM

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
   well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   Regular rate,rhythm without murmur or gallop, normal S1 and S2
**MSK:**
   pain with motion
decreased ROM LEFT UPPER EXT
**Pulses:**
   pulses unremarkable in all 4 extremities

## X-ray

Added new Test order of SHOULDER (AC JOINTS-STERNUM) (05SHOULDER) - Signed
## Glasgow Coma Scale
Glasgow coma scale: **15**

## Assessment
**LEFT SHOULDER PAIN WITH LROM**
**UPPER RESP INFECTION**

## Problems
Current Problems:
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Plan
**XRAY LEFT SHOULDER**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]     TEXAS RANGER PACKET          TXR 000288

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP**
**NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth GTP AS FDN**
**GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth BID x 10 days**
**GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth GTP AS FDN**
**AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 - Day 5. NONKOP**
**Discussed with pt. there will be a follow up with any abnormalities, pt. verbalised understanding**
**Treatment plan recommendations reviewed with the patient. Educated about diagnosis and medication treatment**
**Patient encouraged to submit SCR/RTC PRN to access non emergent care in the medical and/or MHC. Patient verbalizes understanding**
**Pt. encouraged to drink adequate amount of fluid daily, verbalised understanding**

## Medications
**First dose now order(s):** NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth
GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth
**New meds added in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 - 5. NONKOP
GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth BID x 10 days

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily on Day 2 - 5. NONKOP
GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth BID x 10 days

## Follow Up
Return to Clinic **PRN**
Nurse Triage **PRN**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000289

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Oghenero M Ewurhie, NP on 06/26/2021 at 11:27 AM**
─────────────────────────────────────────────────────────

**06/26/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Coquese Clayton, Pharmacy Tech**
**Location of Care: Health Services**

## Pharmacy
**Medication Order** Received

**Electronically Signed by Coquese Clayton, Pharmacy Tech on 06/26/2021 at 11:34 AM**
─────────────────────────────────────────────────────────

**06/26/2021 - Append: Append Provider Progress Note**
**Provider: Oghenero M Ewurhie, NP**
**Location of Care: Health Services (JA07)**

D/C **GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth BID x 10 days**
**GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth GTP AS FDN**[HCSO Alcohol Withdrawal Assess]

## Problems
Current Problems:
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Plan
**GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1 tablet by mouth every 12 hours for 10 days.**
**GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE Take 1 tablet by mouth GTP AS FDN**

## Medications
**First dose now order(s):** GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE Take 1 tablet

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733
**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 132

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

by mouth
**Meds discontinued in EMR:**
GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth
BID x 10 days

**New meds added in EMR:**
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1
tablet by mouth every 12 hours for 10 days.

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily
on Day 2 - Day 5. NONKOP
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1
tablet by mouth every 12 hours for 10 days.

**Electronically Signed by Oghenero M Ewurhie, NP on 06/26/2021 at 11:44 AM**
_____

**06/26/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Coquese Clayton, Pharmacy Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Coquese Clayton, Pharmacy Tech on 06/26/2021 at 11:52 AM**
_____

**06/26/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Laclara M Smith LVN**
**Location of Care: Health Services (JA07)**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000291

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**FDN Given**
**PO:**  NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE Take 1 tablet by mouth
**Date:** 06/26/2021

**Electronically Signed by Laclara M Smith LVN on 06/26/2021 at 10:39 PM**
_____

**06/27/2021 - Append: Rx Orders Noted**
**Provider: Adeola Awoye, LVN**
**Location of Care: Health Services (IPC)**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1 tablet by mouth every 12 hours for 10 days.

Order Verified

**NON KOP**
Noted
**Medication:** AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

tab po daily on Day 2 - Day 5. NONKOP
Order Verified
MAR printed

## Medication D/C'd
Noted
**Medication:** GUAIFENESIN-DM 100-10 MG/5ML LIQD (DEXTROMETHORPHAN-GUAIFENESIN) Take 10 ml by mouth BID x 10 days

**Electronically Signed by Adeola Awoye, LVN on 06/27/2021 at 3:41 AM**
_____

**06/26/2021 - Imaging Report: Left shoulder, internal and external rotation views. In so far a**
**Provider: Oghenero M Ewurhie, NP**
**Location of Care: Health Services**
**This document contains external references**

```
Left shoulder, internal and external rotation views. In so far as visualized, no
definite evidence of acute osseous injury is seen. There is minimal spur
formation and irregularity involving the superior aspect of the acromion process
of the scapula. The findings represent mild degenerative change. The acromio-
clavicular and gleno-humeral joints are intact.

Electronically Signed By: Kaminsky, Stephen, Interpreting Radiologist, MD
Sign Date: 27-JUN-21
```
_____

```
External Attachment:

   Type:      Image
   Comment:   Scanned Image
```

**Signed before import by Oghenero M Ewurhie, NP**
**Filed automatically on 06/27/2021 at 9:50 AM**
**Electronically Signed by Gaston Casillas, MD on 06/28/2021 at 6:13 AM**
_____

**06/27/2021 - HCSO MAR: HCSO MAR**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO MAR**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 135

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

*Imported By: Ewendolyn Gayden, Clerk 8/12/2021 12:19:07 PM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/12/2021 at 12:19 PM**

---

**06/27/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Ewendolyn Gayden, Clerk 7/12/2021 3:10:38 PM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/12/2021 at 3:11 PM**

---

**06/27/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Olufunke Coker, LVN**
**Location of Care: Health Services**

**KOP Medication Administration Record**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1 tablet by mouth every 12 hours for 10 days. - GTP, NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP - GTP,

**Electronically Signed by Olufunke Coker, LVN on 06/27/2021 at 10:08 AM**
_____

**06/30/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ewendolyn Gayden, Clerk 7/30/2021 12:17:32 PM*

_____

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/30/2021 at 12:18 PM**
_____

**06/30/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: Sasha M Fray, FNP**
**Location of Care: Health Services**

## HCSO Vitals
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **240**
Temperature (deg F): **98.0 Oral**
Pulse Rate (BPM): **92** Respiration Rate (RPM): **18**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

BP (mmHg) **127** / **86**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **99**
Peak Flow (L/min): **350**
BG Finger Stick (mg/dl): **129**
BMI **37.73**
Reason for Visit: **F/u Eval for hx of HTN,**
**Latoya Marshall, MA (June 30, 2021 12:05 PM)**

## General Population

### COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

### History of Present Illness
**Reason for visit** Clinic Appointment

### General Population
Verified Patient Name and DOB
**History of Present Illness:** 42 y.o. male with with no signifcant PMH who presents to the clinic appt. for F/u Eval for hx of HTN,. Patient states he refuses the blood pressure checks because they come to late. Patient denies having a history of HTN or taking any blood pressure medication. Patient denies headaches, dizziness, chest pain, cough and shortness o fbreath at this time.

### Past Medical History
Past medical history unremarkable

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Past Surgical History
Past surgical history unremarkable

## Family History
No Family History reported by Patient

**Under influence or withdrawing from Alcohol or Benzo** No

**Under influence or withdrawing from opiate** No

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Patient denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, dysphagia.
**Genitourinary:** Patient denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, impotence, decreased libido.
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.
**Skin:** Patient denies rash, itching, dryness, suspicious lesions.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Neck:**
    no masses,thyromegaly,abnormal cervical nodes,neck supple
**Lungs:**
    clear bilaterally to auscultation.
**Abdomen:**
    soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or masses noted, no tenderness.
**MSK:**
    No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
    no clubbing, cyanosis, edema
**Skin:**
    intact without lesions or rashes

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Process Orders**
Tests Sent for requisitioning (June 30, 2021 12:31 PM):
  06/30/2021: Laboratory -- CBC (P) [005009] (signed)
  06/30/2021: Laboratory -- Chemistry Profile (R/G) [058867] (signed)
  06/30/2021: Laboratory -- Glycated Hemoglobin-A1C (P) [001453] (signed)

## Assessment
**F/u Eval for hx of HTN,**
**Patient encouraged to diet and exercise**
**Patient encouraged to increase fluid intake**

## Problems
Current Problems:
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**HYPERTENSION (ICD-401.9) (ICD10-I10)**

## Plan
## General Population
**1)F/u Eval for hx of HTN, - AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE)**
**Take 1 tablet by mouth every morning x 30days.  KOp**
**2) Refer to CCC--HTN**
**3) blood pressure checks x 3 days**
**4) labs ordered cbc, cmp, hemoglobin a1c**
**5) Patient encouraged to submit SCR/RTC PRN to access non emergent care in the medical and/or**
**MHC. Patient verbalizes understanding.**

## Medications
**New meds added in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every
morning x 30days.  KOP

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AZITHROMYCIN 250 MG ORAL TABLET (AZITHROMYCIN) Take 2 tabs po on Day 1, then 1 tab po daily
on Day 2 - Day 5. NONKOP
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1
tablet by mouth every 12 hours for 10 days.
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000298

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

morning x 30days.  KOP

## Chronic Clinic
**HTN**
Other: **7-1-2021**

## Follow Up
Return to Clinic **PRN**
Nurse Triage **PRN**
Assessment and plan of care discussed with patient **Yes**

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 07/05/2021

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Sasha M Fray, FNP on 06/30/2021 at 12:34 PM**
_____

**06/30/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Brandi Hawkins, RN**
**Location of Care: Health Services (JA07)**

## Orders noted:
Chart to Pharmacy

Blood Pressure checks
LabsReferrals / Consults (SMO)
**Comments:** ccc

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 141

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Brandi Hawkins, RN on 06/30/2021 at 2:17 PM**

---

**06/30/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Lisa M Griffin, CphT**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Lisa M Griffin, CphT on 06/30/2021 at 2:29 PM**

---

**07/01/2021 - Append: Documents Routed By Schedulers**
**Provider: Moriah Garcia, LVN**
**Location of Care: Health Services (JA09)**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Blood Pressure checks Qday X 3 Days

**Comments**
CCC APPT MADE

**Electronically Signed by Moriah Garcia, LVN on 07/01/2021 at 5:30 AM**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**   ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

---

**07/02/2021 - Append: Rx Orders Noted**
**Provider: Angelisha Franklin, RN**
**Location of Care: Health Services**

## Rx Orders Noted

### KOP

Noted
**Medication:** AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days. KOP

Order Verified

**Electronically Signed by Angelisha Franklin, RN on 07/02/2021 at 5:00 AM**

---

**07/01/2021 - Lab Report: CMP12+8AC, CBC With Differential/Platelet, Hemoglobin A1c**
**Provider: Ifeoma E Ukachukwu, NP**
**Location of Care: Health Services (JA07)**

```
Patient: DEON LEWIS PETERSON
ID: Labcorp 01579098
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING

Tests: (1) CMP12+8AC (058867)
  Glucose             [H]  163 mg/dL                  65-99
  Uric Acid           [L]  3.6 mg/dL                  3.8-8.4
              Therapeutic target for gout patients: <6.0

  BUN                      9 mg/dL                    6-24
  Creatinine               0.94 mg/dL                 0.76-1.27
  eGFR If NonAfricn Am     100 mL/min/1.73            >59
  eGFR If Africn Am        115 mL/min/1.73            >59
    **Labcorp currently reports eGFR in compliance with the current**
      recommendations of the National Kidney Foundation. Labcorp will
      update reporting as new guidelines are published from the NKF-ASN
      Task force.
```

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

```
BUN/Creatinine Ratio      10                      9-20
Sodium                    142 mmol/L              134-144
Potassium                 4.4 mmol/L              3.5-5.2
Chloride                  103 mmol/L              96-106
Calcium                   9.1 mg/dL               8.7-10.2
Phosphorus                3.2 mg/dL               2.8-4.1
Protein, Total            6.6 g/dL                6.0-8.5
Albumin                   4.1 g/dL                4.0-5.0
Globulin, Total           2.5 g/dL                1.5-4.5
A/G Ratio                 1.6                     1.2-2.2
Bilirubin, Total          <0.2 mg/dL              0.0-1.2
Alkaline Phosphatase      102 IU/L                48-121
LDH                  [H]  230 IU/L                121-224
AST (SGOT)                16 IU/L                 0-40
ALT (SGPT)                21 IU/L                 0-44
GGT                       26 IU/L                 0-65
Iron                      77 ug/dL                38-169
Cholesterol, Total        155 mg/dL               100-199
Triglycerides        [H]  191 mg/dL               0-149

Tests: (2) CBC With Differential/Platelet (005009)
WBC                       6.3 x10E3/uL            3.4-10.8
RBC                       5.38 x10E6/uL           4.14-5.80
Hemoglobin                14.4 g/dL               13.0-17.7
Hematocrit                44.4 %                  37.5-51.0
MCV                       83 fL                   79-97
MCH                       26.8 pg                 26.6-33.0
MCHC                      32.4 g/dL               31.5-35.7
RDW                       13.3 %                  11.6-15.4
Platelets                 258 x10E3/uL            150-450
Neutrophils               41 %                    Not Estab.
Lymphs                    47 %                    Not Estab.
Monocytes                 10 %                    Not Estab.
Eos                       2 %                     Not Estab.
Basos                     0 %                     Not Estab.
Neutrophils (Absolute)
                          2.6 x10E3/uL            1.4-7.0
Lymphs (Absolute)         2.9 x10E3/uL            0.7-3.1
Monocytes(Absolute)       0.6 x10E3/uL            0.1-0.9
Eos (Absolute)            0.1 x10E3/uL            0.0-0.4
Baso (Absolute)           0.0 x10E3/uL            0.0-0.2
Immature Granulocytes
                          0 %                     Not Estab.
Immature Grans (Abs)      0.0 x10E3/uL            0.0-0.1

Tests: (3) Hemoglobin A1c (001453)
Hemoglobin A1c       [H]  6.8 %                   4.8-5.6
          Prediabetes: 5.7 - 6.4
          Diabetes: >6.4
          Glycemic control for adults with diabetes: <7.0
```

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]
PLAINTIFF [01579098]**    **TEXAS RANGER PACKET**    **TXR 000302**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 07/02/2021 6:18 AM
_____

(1) Order result status: Final
Collection or observation date-time: 07/01/2021 10:34
Requested date-time:
Receipt date-time: 07/01/2021 00:00
Reported date-time: 07/02/2021 07:09
Referring Physician:
Ordering Physician: S Fray (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 18272000470 LAB
Lab site: Performed At: HD, LabCorp Houston 7207 North Gessner, Houston TX
770403143 Kyle L Eskue MD   Phone: 7138568288

(2) Order result status: Final
Collection or observation date-time: 07/01/2021 10:34
Requested date-time:
Receipt date-time: 07/01/2021 00:00
Reported date-time: 07/02/2021 07:09
Referring Physician:
Ordering Physician: S Fray (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 18272000470 LAB
Lab site: Performed At: HD, LabCorp Houston 7207 North Gessner, Houston TX
770403143 Kyle L Eskue MD   Phone: 7138568288

(3) Order result status: Final
Collection or observation date-time: 07/01/2021 10:34
Requested date-time:
Receipt date-time: 07/01/2021 00:00
Reported date-time: 07/02/2021 07:09
Referring Physician:
Ordering Physician: S Fray (abnormallabproxy)
Specimen Source:
Source: Labcorp
Filler Order Number: 18272000470 LAB
Lab site: Performed At: HD, LabCorp Houston 7207 North Gessner, Houston TX
770403143 Kyle L Eskue MD   Phone: 7138568288


-----------------

The following lab values were dispersed to the flowsheet

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 145

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

```
with no units conversion:

  WBC, 6.3 X10E3/UL, (F)  expected units: 10*3/mm3
  RBC, 5.38 X10E6/UL, (F)  expected units: 10*6/mm3
  MCHC, 32.4 G/DL, (F)  expected units: %
  Platelets, 258 X10E3/UL, (F)  expected units: 10*3/mm3
  Neutrophils (Absolute), 2.6 X10E3/UL, (F)  expected units: K/uL
  Lymphs (Absolute), 2.9 X10E3/UL, (F)  expected units: 10*3/mm3
  Monocytes(Absolute), 0.6 X10E3/UL, (F)  expected units: 10*3/microliter
  Eos (Absolute), 0.1 X10E3/UL, (F)  expected units: K/uL
  Immature Grans (Abs), 0.0 X10E3/UL, (F)  expected units: 10E3/uL

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  Bilirubin, Total, <0.2
```

**Electronically Signed by Ifeoma E Ukachukwu, NP on 07/04/2021 at 1:27 PM**
_____


**07/04/2021 - Append: CMP12+8AC, CBC With Differential/Platelet, Hemoglobin A1c**
**Provider: Ifeoma E Ukachukwu, NP**
**Location of Care: Health Services (JA07)**


MD/NP/PA will evaluate the Inmate today for abn lab.
1200 charge nurse will give to the 701 charge nurse


**Electronically Signed by Ifeoma E Ukachukwu, NP on 07/04/2021 at 1:27 PM**
_____


**07/03/2021 - HCSO MAR: HCSO MAR**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**


**HCSO MAR**


*Imported By: Ewendolyn Gayden, Clerk 7/13/2021 6:11:59 PM*


Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/13/2021 at 6:12 PM**

_____

**07/03/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Juliet N Agbogu, RN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP - GTP,

**Electronically Signed by Juliet N Agbogu, RN on 07/03/2021 at 6:09 PM**

_____

**07/04/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: David I Ihidero, NP**
**Location of Care: Health Services (JA07)**

## HCSO Vitals

Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **237**
Temperature (deg F): **97.5 Oral**
Pulse Rate (BPM): **86** Respiration Rate (RPM): **18**
BP (mmHg) **124** / **86**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **115**
BMI **37.25**
Reason for Visit: **Lab Review and cough**

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]**
**PLAINTIFF [01579098]**
**TEXAS RANGER PACKET**
**TXR 000305**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Jacqueline Orange, LVN (July 4, 2021 9:16 PM)**

## General Population

**Exposure:**

**Symptoms:**

Does patient have:

## History of Present Illness

### General Population
**Chief Complaint:** lab review and cough
Verified Patient Name and DOB
**History of Present Illness:** A 42 year old male, c/o cough x 2 weeks, and encounter to discuss lab result. pt denied Chest pain, denies fever, shortness of breath, loss of taste or smell. denies ha, N/V, LOC, dizziness, report having rash to the groin area.

**Under influence or withdrawing from Alcohol or Benzo** No

**Under influence or withdrawing from opiate** No

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue.
**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss.
**Ears/Nose/Throat:** Patient denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion.
**Respiratory:** Patient complains of cough. Patient denies dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits.
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness.
**Skin:** Patient denies rash, itching, dryness, suspicious lesions.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Physical Exam:

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Pertinent Exam Findings As Below:
**General:**
   well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
   normocephalic and atraumatic.
**Eyes:**
   PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus
**Ears:**
   TM's intact and clear with normal canals with grossly normal hearing.
**Nose:**
   no deformity, discharge, inflammation, or lesions.
**Mouth:**
   no deformity or lesions with good dentition.
**Neck:**
   no masses,thyromegaly,abnormal cervical nodes,neck supple
**Chest Wall:**
   no deformities or breast masses noted
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
   soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or masses noted, no tenderness.
**MSK:**
   No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
   no clubbing, cyanosis, edema
**Cervical Nodes:**
   no significant adenopathy
**Pulses:**
   pulses unremarkable in all 4 extremities
**Neurologic:**
   no focal or neuro deficits, unremarkable sensation, reflexes, coordination, muscle strength and tone
**Skin:**
   intact without lesions or rashes Tattoos
**Psych:**
   alert and cooperative; unremarkable mood and affect; unremarkable attention span and concentration


## Glasgow Coma Scale
Glasgow coma scale: **15**

## Assessment

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Elevated Triglycerides 191mg/dl**
**LDH 230**
**elevated Hgbin A1c 6.8%.**
 AOX4, Normacephalic, Scalp non TTP and no rashes/lesions, resp even and reg, breath sound clear to auscultation, denies chest pain, heart rate reg, norm without murmur/gallop, Abdominal sound clear x 4 quad, soft, non TTP, no focal deficits, grossly intact with unremarkable coordination, muscle strength and tone, able to get on and off stretcher without difficulty, pt is physically and neurologically stable. lab review with pt, pt refused starting medication now. pt intructed to enforce exercise 1 hr daily 4 times weekly, encourage weight loss, diet management and avoid of sugar. pt verbalized understanding. recommend pt to be allowed a period of 3-6 months to re assess the effects of lifestyle change. Labs in 3 months for A1c and lipid panels.

## Problems
Current Problems:
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**

## Plan
**General Population**
**pt to enforce 1 hr daily 4 times weekly**
**Weight loss programs**
**avoid sweets and sugar**

Labs **discussed with patient on this visit**

## Medications
**New meds added in EMR:**
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
GUAIFENESIN ER 600 MG ORAL TABLET EXTENDED RELEASE 12 HOUR (GUAIFENESIN) Take 1 tablet by mouth every 12 hours for 10 days.
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000308

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

dose twice daily externally x 30 days.

## Therapeutic Diet Order
Heart Healthy/CHO Control/High Fiber
Comments **Elevated Cholesterol and Hgbin A 1c**

## Follow Up
Return to Clinic **PRN**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by David I Ihidero, NP on 07/04/2021 at 10:20 PM**
_____

**07/04/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Peace Kemirembe, LVN**
**Location of Care: Health Services**

## Orders noted:
Diet (SMO)
**Comments:** Heart Healthy/CHO Control/High Fiber ( Elevated Cholesterol and Hgbin A 1c)
Provider Appointment
**Comments:** RTC PRN
Medication Orders Noted
**Date to start:** 07/04/2021

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Peace Kemirembe, LVN on 07/04/2021 at 10:35 PM**

---

**07/05/2021 - Append: Documents Routed By Schedulers**
**Provider: Moriah Garcia, LVN**
**Location of Care: Health Services (JA09)**

## Scheduler Orders Noted

## Document Routed To
Dietary Clinic Proxy

**Electronically Signed by Moriah Garcia, LVN on 07/05/2021 at 12:58 AM**

---

**07/05/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Annie Wong, RPh**
**Location of Care: Health Services**

## Pharmacy
**Medication Order** Received

**Electronically Signed by Annie Wong, RPh on 07/05/2021 at 7:23 AM**

---

**07/05/2021 - Append: Provider Progress Note - Clinic Appointment**
**Provider: Dominikka A Gearring, MA**
**Location of Care: Health Services (JA07)**

Therapeutic diet order does not have length of time. Please specify time frame and route back to dietary clinic proxy box.

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC] PLAINTIFF [01579098]     TEXAS RANGER PACKET     TXR 000310

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Dominikka A Gearring, MA on 07/05/2021 at 2:16 PM**
_____

**07/06/2021 - Append: Provider Progress Note - Clinic Appointment**
**Provider: Renee M Hinojosa, MDS, RDN**
**Location of Care: Health Services (JA07)**

order Heart Healthy/CHO Control/High Fiber diet order long term

**Electronically Signed by Renee M Hinojosa, MDS, RDN on 07/06/2021 at 9:29 AM**
_____

**07/07/2021 - Append: Rx Orders Noted**
**Provider: Adeola Awoye, LVN**
**Location of Care: Health Services (IPC)**

## Rx Orders Noted

### KOP
Noted
**Medication:** TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE)
Apply 1 dose twice daily externally x 30 days.
Order Verified

**Electronically Signed by Adeola Awoye, LVN on 07/07/2021 at 1:49 AM**
_____

**07/05/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

*Imported By: Ethan Jordan, Clerk 7/14/2021 9:26:28 AM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/14/2021 at 9:26 AM**

---

**07/05/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Sarah Williamson, MA**
**Location of Care: Health Services (JA07)**

**Blood Pressure / Pulse**
**Day:** 1
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Sarah Williamson, MA on 07/05/2021 at 1:19 AM**

---

**07/06/2021 - Append: HCSO Scheduled Treatment**
**Provider: Crystal Polk, LVN**
**Location of Care: Health Services**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**      140/ 85
**Pulse Rate (BPM):**            86
**Day:** 2
AM

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Crystal Polk, LVN on 07/06/2021 at 4:13 AM**
_____

**07/07/2021 - Append: HCSO Scheduled Treatment**
**Provider: Jazman Chavis, MA**
**Location of Care: ALL**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**        144/ 87
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**                87
**Day:** 3
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Jazman Chavis, MA on 07/07/2021 at 3:24 AM**
_____

**07/07/2021 - Append: HCSO Scheduled Treatment**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

chronic clinic appt. already scheduled

**Electronically Signed by Priscillia U Madueke, NP on 07/07/2021 at 11:18 AM**
_____

**07/06/2021 - HCSO Diet Orders: Diet**
**Provider: Renee M Hinojosa, MDS, RDN**
**Location of Care: Health Services**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Therapeutic Diet Order**
Heart Healthy/CHO Control/High Fiber
**Long term**

**Electronically Signed by Renee M Hinojosa, MDS, RDN on 07/06/2021 at 9:29 AM**
_____

**07/11/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Ewendolyn Gayden, Clerk 7/20/2021 4:22:30 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 07/20/2021 at 4:23 PM**
_____

**07/11/2021 - HCSO Provider Progress Note: Provider Progress Note - Walk In**
**Provider: Viveen V Johnson, NP**
**Location of Care: Health Services**

**HCSO Vitals**
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **236**
Temperature (deg F): **97.1 Oral**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]    TEXAS RANGER PACKET    TXR 000314
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Pulse Rate (BPM): **90** Respiration Rate (RPM): **18**
BP (mmHg) **149** / **88**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **100**
BG Finger Stick (mg/dl): **103**
BMI **37.10**
Reason for Visit: **C/O LT ARM PAIN**
**Gloria N Ezeani, RN (July 12, 2021 10:32 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** Clinic Appointment
**Chief Complaint:** C/o (L) arm pain
Verified Patient Name and DOB
**History of Present Illness:** 42 y/o bm  in clinic for pain in (L) shoulder. Pt claims he has been taking Naproxen with no relief.
Pt has been coughing, claims he has been coughing x 3 weeks.Pt had antibiotics and cough syrup ordered , pt claims he did not receive the medications

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Ears/Nose/Throat:** Patient complains of nasal congestion, sore throat.

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient complains of cough.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Musculoskeletal:** Patient complains of joint pain.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
    normocephalic and atraumatic.
**Nose:**
    L clear nasal discharge, boggy turbinates, and R clear nasal discharge
**Mouth:**
    post nasal discharge
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**MSK:**
    pain with motion

## Assessment
**Musculoskeletal pain**
**Rhinitis / viral URI**
**(B) ear wax impaction**

## Problems
Current Problems:
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

New problems:
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**

## Plan
**Pt was encouraged to increase water intake**
**Pt was informed to stop smoking      ( finger tips brown)**
**Continue meds as prescribed**

## Medications
**New meds added in EMR:**
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two
spray in each nostril daily for 60 days. KOP
ROBITUSSIN DM 100-10 MG/5ML ORAL SYRUP (DEXTROMETHORPHAN-GUAIFENESIN) Take 10ml by
mouth Q6hrs for 5 days

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every
morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1
dose twice daily externally x 30 days.
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two
spray in each nostril daily for 60 days. KOP
ROBITUSSIN DM 100-10 MG/5ML ORAL SYRUP (DEXTROMETHORPHAN-GUAIFENESIN) Take 10ml by
mouth Q6hrs for 5 days

## Clinic Referrals:
**Ortho**
Schedule: **As Soon As Possible**
**Appointment date** 7-14 Days
Order Details: **Pt c/o pain (L) shoulder, claims Naproxen is not effective for the pain, x ray result on
chart. Please evaluate**

## Follow Up
Return to Clinic **PRN**
Assessment and plan of care discussed with patient **Yes**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

Treatment plan shared with patient **Yes**

]

**Electronically Signed by Viveen V Johnson, NP on 07/12/2021 at 12:07 PM**
_____

**07/12/2021 - Append: Provider Progress Note - Walk In**
**Provider: Viveen V Johnson, NP**
**Location of Care: Health Services**

Zyrtec 10 mg po x 1

**Electronically Signed by Viveen V Johnson, NP on 07/12/2021 at 12:08 PM**
_____

**07/12/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Annie Wong, RPh**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Annie Wong, RPh on 07/12/2021 at 12:12 PM**
_____

**07/12/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Proxy 701 Scheduler**
**Location of Care: JA07 Medical Clinic**

**Clinic Referrals:**
**Ortho**
Schedule: **As Soon As Possible**
**Appointment date** 7-14 Days
Order Details: **Pt c/o pain (L) shoulder, claims Naproxen is not effective for the pain, x ray result on**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**chart. Please evaluat**

## Orders noted:
**Comments:** may rtc prn

## FDN Given
**PO:** zyrtec 10mg po x 1 now
**Date:** 07/12/2021
**Time:** 1212

**Electronically Signed by Shavon D. T. Harris, LVN on 07/12/2021 at 12:40 PM**
_____

**07/15/2021 - Append: Rx Orders Noted**
**Provider: Juana Patel, LVN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

## KOP
Noted
**Medication:**
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two
spray in each nostril daily for 60 days. KOP
ROBITUSSIN DM 100-10 MG/5ML ORAL SYRUP (DEXTROMETHORPHAN-GUAIFENESIN) Take 10ml by
mouth Q6hrs for 5 days

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Order Verified

**Electronically Signed by Juana Patel, LVN on 07/15/2021 at 2:15 AM**
───────────────────────────────────────────────

**07/16/2021 - Append: Documents Routed By Schedulers**
**Provider: Leah R Akins, LVN**
**Location of Care: Health Services (JA07)**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Ortho Clinic

**Electronically Signed by Leah R Akins, LVN on 07/16/2021 at 9:56 PM**
───────────────────────────────────────────────

**07/12/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Gloria N Ezeani, RN**
**Location of Care: Health Services (Joint Processing Center) JA14**

**HCSO Vital Signs**
Height (in): **67** Weight (lbs): **234 Temperature (deg F):** 97.1 Pulse Rate (BPM): **90**
Respiration Rate (RPM): **18** BP (mmHg) **149 / 88**  BP Site: **Right Arm**
O2 Saturation (%): **100**

**BMI**
36.78

Allergies: No Known Allergies

**Subjective:**
HCSO Complaint of Extremity Pain

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Objective:**

**Medications:** NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.

**Nursing Assessment Diagnoses/Related Factors**
Pain
**R/T** psychological injuring agents

**Plan:**
to clinic now

**Comments**  PT ESCORTED DOWN TO THE CLINIC, TRIAGED DUE TO C/O LT ARM PAIN,  ASSESSED, AAO, VITAL SIGN WAS CHECKED,PT AMBULATED WITH STEADY GAIT TO TRIAGE WITHOUT ANY ASSISTANCE. RESPIRATION EVEN AND UNLABORED WITH  NO SIGN OF DISTRESS NOTED. PT DENIES ANY SOB, HEADACHE AND DIZZINESS. REFERED TO PROVIDER FURTHER EVALUATION.

**Electronically Signed by Gloria N Ezeani, RN on 07/12/2021 at 10:41 AM**
_____

**07/15/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**KOP**

*Imported By: Darla Price, Med Rec Manager 7/20/2021 3:11:47 PM*
_____

```
External Attachment:

   Type:       Image
   Comment:    External Document
```

DEON PETERSON [DIC]
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Signed before import by Signature Medical Records**
**Filed automatically on 07/20/2021 at 3:12 PM**

---

**07/15/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Gabrielle Montgomery, LVN**
**Location of Care: Health Services**

## KOP Medication Administration Record

TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days. - GTP,

**Electronically Signed by Gabrielle Montgomery, LVN on 07/15/2021 at 5:13 PM**

---

**07/15/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Angelisha Franklin, RN**
**Location of Care: Health Services**

## KOP Medication Administration Record

ROBITUSSIN DM 100-10 MG/5ML ORAL SYRUP (DEXTROMETHORPHAN-GUAIFENESIN) Take 10ml by mouth Q6hrs for 5 days - GTP, ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.  KOP - GTP, TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days. - GTP,

**Electronically Signed by Angelisha Franklin, RN on 07/15/2021 at 7:53 PM**

---

**07/17/2021 - MH Triage Note: MH Triage Note**
**Provider: Angelica C Paz, LPHA**
**Location of Care: Health Services**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## MH Triage Note
**Reason for Visit** Other/ Comments
**Comments:** Care concern: "I am concerned about my brothers mental health. He has always struggled with depression and bi-polar disorder and I feel like him being there he can finally get some help and hopefully b"

## Mental Status Exam
**Mood:** Dysphoric
**Affect:**  Appropriate
**Thought Content** No Psychosis
**Comments:** Pt did not appear to be responding to internal stimuli.
**Suicidal Ideation:** Denies SI
**Homicidal / Thinking Violence** Denies
**Comments:** Upon contact, Pt reported feeling "stressed" because he is worried about his case and wants to go home. Pt was informed of the purpose of the assessment. Pt stated he is supposed to be taking Wellbutrin and Bendryl but was unable to identify where he was rx'd these medications when probed. Pt requested to be seen by a MH prescriber. Pt denied current SI/HI/AVH. Pt reported he is tending to ADLs, eating 3/3 meals, and sleeping "rocky", about 3/24 hours. Pt reported he spends his time reading and "just dealing with it". Pt reported he plans to work upon release. Pt does not appear to be in acute psychological distress to warrant immediate MH intervention at this time. Clinician educated Pt on the process for accessing services within the jail.

## Plan
**Plan** Other/Comments
**Comments:** Pt will be referred to GPS MH prescriber.

**Electronically Signed by Angelica C Paz, LPHA on 07/17/2021 at 8:17 PM**

_____

**07/17/2021 - HCSO MH Coordination Note: MH GPS Coordination Note**
**Provider: Mizuka Yasuoka, LPHA-Intern**
**Location of Care: Health Services**

## MH Coordination Note
Per EMR, GPS Coordination note dated 6/24/21, a Release of Information (ROI) was obtained on for:

Jasmine Peterson (step-sister)
832-544-3875

18:18 - Clinician attempted to contact reqeustor; no answer, voicemail left.

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Nelda M Axley, LPHA on 07/17/2021 at 8:28 PM**
**Electronically Signed by Mizuka Yasuoka, LPHA-Intern on 07/17/2021 at 8:30 PM**
_____

**07/20/2021 - HCSO Provider Progress Note: Provider Progress Note - Clinic Appointment**
**Provider: Viveen V Johnson, NP**
**Location of Care: JA07 Medical Clinic**

**HCSO Vitals**
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **233**
Temperature (deg F): **97.6** Oral
Pulse Rate (BPM): **110** Respiration Rate (RPM): **18**
BP (mmHg) **130** / **79**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **99**
BG Finger Stick (mg/dl): **161**
BMI **36.62**
Reason for Visit: **INMATE CARE CONCERN: LT ARM PAIN**
**Juliet N Agbogu, RN (July 20, 2021 9:35 AM)**

**COVID-19 Screening**

**Exposure:**
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is**
**currently being tested for COVID-19 in the past 14 days?** No

**Symptoms:**

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000324

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 166

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## History of Present Illness
**Reason for visit** Clinic Appointment
**Chief Complaint:** (L) arm pain
Verified Patient Name and DOB
**History of Present Illness:** 42 y/o bm c/o pain (L) shoulder x 3 weeks secondary to altercation . Pt claims the Naproxyn is not effective.
Pt's A1C  6.8%
Left shoulder, internal and external rotation views. In so far as visualized, no definite evidence of acute osseous injury is seen. There is minimal spur formation and irregularity involving the superior aspect of the acromion process of the scapula. The findings represent mild degenerative change. The acromio-clavicular and gleno-humeral joints are intact.
  Pt was offered medication for elevated A1C, and he refused,

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Respiratory:** Patient complains of cough.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Musculoskeletal:** Patient complains of joint pain, stiffness.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
    normocephalic and atraumatic.
**Eyes:**
    PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus
**Neck:**
    no masses,thyromegaly,abnormal cervical nodes,neck supple
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
    soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

masses noted, no tenderness.
**MSK:**
     decreased ROM and pain with motion

## Assessment
**Musculoskeletal pain**
**New Onset Diabetes**
**Rhinitis**

## Problems
Current Problems:
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**

## Plan
**Offer medication......Pt refused**
**Pt signed Refusal form**
**Continue med as prescribed**
**Ref to Ortho and Dietician**
**If ATW f/u with health care provider**
**F/s  checks**
**Increase water intake**
**Life style changes discussed with pt**

## Medications
**Meds discontinued in EMR:**
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP

**New meds added in EMR:**
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000326

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP

## Therapeutic Diet Order
Heart Healthy/CHO Control/High Fiber
**Long term**

## Clinic Referrals:
**Dietary**
Schedule: **As Soon As Possible**
**Appointment date** 1-3 Days
Order Details: **New onset DM Type 2. Please educate**
**Ortho**
Schedule: **As Soon As Possible**
**Appointment date** 3-7 Days
Order Details: **Pt c/o pain in (L) shoulder after altercation aprox 3 weeks ago . Claims Naproxyn is not effective . Please see x ray resuttLeft shoulder, internal and external rotation views. In so far as visualized, no definite evidence of acute osseous injury is seen. There is minimal spur formation and irregularity involving the superior aspect of the acromion process of the scapula. The findings represent mild degenerative change. The acromio-clavicular and gleno-humeral joints are intact.**

## Hospital Return
Treatment plan shared with patient **Yes**
Assessment and plan of care discussed with patient **Yes**

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 07/21/2021

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000327

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

]

**Electronically Signed by Viveen V Johnson, NP on 07/20/2021 at 10:25 AM**
_____

**07/20/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: LaShanda L Hobbs, LVN**
**Location of Care: JA07 Medical Clinic**

## Orders noted:

Blood Pressure checksRouted
**Comments:** Blood Pressure Checks X 3 days
**Date to start:** 07/21/2021 Provider Appointment
**Comments:** RTC PRN
Referrals / Consults (SMO)
**Comments:** Dietary, Ortho

**Electronically Signed by LaShanda L Hobbs, LVN on 07/20/2021 at 10:37 AM**
_____

**07/20/2021 - Append: Provider Progress Note - Clinic Appointment**
**Provider: Viveen V Johnson, NP**
**Location of Care: JA07 Medical Clinic**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

Pulse rate decreased to 86/min

**Electronically Signed by Viveen V Johnson, NP on 07/20/2021 at 10:32 AM**
_____

**07/20/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Lin Chou, Pharm Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Lin Chou, Pharm Tech on 07/20/2021 at 12:33 PM**
_____

**07/21/2021 - Append: Rx Orders Noted**
**Provider: Adeola Awoye, LVN**
**Location of Care: Health Services (IPC)**

**Rx Orders Noted**

**KOP**
Noted
**Medication:** ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.  KOP
EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP
Order Verified

**Medication D/C'd**
Noted
**Medication:** ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.  KOP

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000329

Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 171

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Adeola Awoye, LVN on 07/21/2021 at 3:56 AM**
_____

**07/21/2021 - Append: Documents Routed By Schedulers**
**Provider: Moriah Garcia, LVN**
**Location of Care: Health Services (JA09)**

**Scheduler Orders Noted**

**Scheduled Appointment For:**
Blood Pressure checks Qday X 3 Days
Ortho Clinic

**Document Routed To**
Dietary Clinic Proxy
Ortho Clinic Proxy

**Electronically Signed by Moriah Garcia, LVN on 07/21/2021 at 9:05 PM**
_____

**07/22/2021 - Append: Provider Progress Note - Clinic Appointment**
**Provider: Dominikka A Gearring, MA**
**Location of Care: JA07 Medical Clinic**

Order noted, will update EMR and kitchen distribution list.

**Electronically Signed by Dominikka A Gearring, MA on 07/22/2021 at 1:41 PM**
_____

**07/21/2021 - EKG Report: EKG Report**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**EKG Report**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

*Imported By: Heather Whitman, Clerk 8/4/2021 10:55:30 AM*

---

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/04/2021 at 10:56 AM**

---

**07/21/2021 - HCSO Chronic Care Clinic: HCSO CC Hypertension**
**Provider: Beena B George, NP**
**Location of Care: Health Services**

## HCSO CC Vitals

Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **235** Temperature (deg F): **96.1**  Oral
Pulse Rate (BPM): **87**
Respiration Rate (RPM): **18** BP (mmHg) **153** / **86** BP Site: **Right Arm**

O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **130 BMI**
36.94

Reason for visit: **CC HTN**

**Mariana Hernandez MA (July 21, 2021 9:48 AM)**

## Patient Authorization for Greater Houston Healthconnect

CONSENT
**INTRODUCTION: The Harris County Sheriff's Office (HCSO) Health Services Department participates**
**in Greater Houston HealthConnect, a non-profit organization that coordinates the electronic sharing**
**of medical records and other patient health information between numerous doctors, hospitals,**
**laboratories, radiology or imaging centers, and pharmacies in Houston so that all of the participants**
**in Greater Houston HealthConnect can access and use all of an individual's health information if that**
**individual comes to them for treatment.** Yes - I consent to the HCSO Health Services Department sharing

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000331

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

my health information with Greater Houston HealthConnect

Chronic Care Clinic **Hypertension**
Labs Reviewed **Yes**
Labs **discussed with patient on this visit**

Lab Comments: 07/01/2021: UN             9 mg/dL                6-24
 Creatinine        0.94 mg/dL          0.76-1.27
 eGFR If NonAfricn Am      100 mL/min/1.73        >59
 eGFR If Africn Am        115 mL/min/1.73        >59
  **\*\*Labcorp currently reports eGFR in compliance with the current\*\***
  **recommendations of the National Kidney Foundation. Labcorp will**
  **update reporting as new guidelines are published from the NKF-ASN**
  **Task force.**

 BUN/Creatinine Ratio    10            9-20
 Sodium           142 mmol/L        134-144
 Potassium         4.4 mmol/L        3.5-5.2
 Chloride          103 mmol/L        96-106
 Calcium          9.1 mg/dL          8.7-10.2 History: **42 year old male with h/o HTN x 2 weeks. Pt
reports that he has not taken any meds in the FW. Pt reports that he has gained weight after being in
jail. Pt has a elevated A1C 6.8% on 07/01/2021 - pt although hesitant to being on meds for DM , he
agreed to take low dose metformin. Patient denies chest pain, SOB, Pedal edema, Orthopnea,
Paroxysmal nocturnal dyspnea, headaches, visual disturbances, neuro deficits or abdominal pain at
this time. Denies any h/o cardiac surgeries, MI or CVA. Reports h/o tobacco abuse in FW - quit last 7-
8 months.**

Compliant? **No** Comment: **Diet**  Neck: **No carotid bruit, No thyroid enlargement**
Heart: **no abnormality in rate or rhythm, no murmur**
Neurologic: **No focal neurologic findings**
Lungs: **No rales, No evidence bronchospasms**
Extremities: **No edema**
Abdomen:  **No masses**
Comments/abnormal findings **Patient educated on the healthier commissary choices, low sodium heart
healthy, maintenance of desirable body weight, medication compliance, and report any signs of
chest pain, SOB or neuro deficits and to engage in moderate to vigorous physical activity for at least
30 minutes per day and 5 days a week and avoidance of tobacco products and life style modification
to lower CVD risks.**

## Problems

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000332

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Current Problems:**
* (B) EAR WAX IMPACTION
DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)
* (B) EAR WAX IMPACTION
RHINITIS (ICD-472.0) (ICD10-J31.0)
HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)
ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)
RASH (ICD-782.1) (ICD10-R21)
REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)
HYPERTENSION (ICD-401.9) (ICD10-I10)
WART, VIRAL (ICD-078.10) (ICD10-B07.9)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Medications
**New meds added in EMR:**
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

## HCSO CC HTN Provider Orders
**Education provided/educational handouts provided**

## Studies Needed:

**EKG if > 40 years old** Date Completed: **07/21/2021**
**Other** studies: **NSR**

## Orders Needed:
Master problem list updated **Yes**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

## Suggested Routine Follow-up:
**140-159/90-99: q 3 months**
NP or PA Signature **Beena B George, NP (July 21, 2021 10:08 AM)**

**Patient Condition** Fair
**Status** Stable

**Process Orders**
Tests Sent for requisitioning (July 21, 2021 10:23 AM):
  01/01/2022: Laboratory -- Chemistry Profile (R/G) [058867] (signed)
  01/01/2022: Laboratory -- Complete Blood Count (CBC) With Differential [005009] (signed)
  10/01/2021: Laboratory -- Glycated Hemoglobin-A1C (P) [001453] (signed)
  01/01/2022: Laboratory -- Lipid Panel (R/G) [303756] (signed)
  01/01/2022: Laboratory -- Microalbuminuria [149997] (signed)
  01/01/2022: Laboratory -- TSH (R/G) [004259] (signed)

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 07/28/2021
**Repeat Blood Pressure Checks** X 3 days
**Beginning date** 10/13/2021
**Schedule Finger Stick Glucose BID** X 3 days
**Beginning date** 07/28/2021
**Repeat Finger Stick Glucose BID** X 3 days
**Beginning date** 10/13/2021

## Schedule Appointment
**Chronic Clinic DM** Follow Up
**Date:** 10/21/2021
**Chronic Clinic HTN** Follow Up
**Date:** 10/21/2021

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

## HCSO Nurse Reviewed
LAST 3 DAY BP (Treatment Order ) RECORDED:
BP#1 129 / 87

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 176

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

BP#2  /
BP#3  /

**Electronically Signed by Beena B George, NP on 07/21/2021 at 10:23 AM**
_____

**07/21/2021 - Append: Append Provider Progress Note**
**Provider: Beena B George, NP**
**Location of Care: Health Services (JA07)**

## Problems
Current Problems:
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Medications
**Updated medication list in EMR:**
NAPROXEN 500 MG ORAL TABLET (NAPROXEN) Take 1 tablet by mouth twice daily x 30 days.  KOP
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 30days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

days.  NONKOP

**Clinic Referrals:**
**Optometry**
Schedule: **Important**
**Appointment date** 3-7 Days
Order Details: **h/o type 2 DM - vision exam**

**Electronically Signed by Beena B George, NP on 07/21/2021 at 10:24 AM**
_____

**07/21/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Mariana Hernandez MA**
**Location of Care: Health Services**

**Orders noted:**

Blood Pressure checksRouted
**Comments:** 07/28/2021 & 10/13/2021

FSBGRouted
**Comments:** 07/28/2021 & 10/13/2021

EKGDone
**Comments:** REVIEWED BY PROVIDER.
**Date to start:** 07/21/2021
LabsComments: 01/01/2022
Provider Appointment
**Comments:** CC HTN /DM
**Date to start:** 10/21/2021 Referrals / Consults (SMO)
**Comments:** OPTOMETRY:  h/o type 2 DM - vision exam. Appointment date 3-7 Days
Medication Orders Noted

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Mariana Hernandez MA on 07/21/2021 at 11:04 AM**

---

**07/21/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Toni Robertson, Pharm Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Toni Robertson, Pharm Tech on 07/21/2021 at 12:09 PM**

---

**07/21/2021 - Append: Documents Routed By Schedulers**
**Provider: Trina Campbell, LVN**
**Location of Care: JA09 Medical Clinic**

**Scheduler Orders Noted**

**Document Routed To**
Optometry Clinic Proxy

**Electronically Signed by Trina Campbell, LVN on 07/21/2021 at 5:46 PM**

---

Report run by Darla Price, Med Rec Manager

CONFIDENTIAL

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**07/23/2021 - Append: Rx Orders Noted**
**Provider: Laclara M Smith LVN**
**Location of Care: Health Services (JA07)**

## Rx Orders Noted

## NON KOP
Noted
**Medication:** Medications
New meds added in EMR:
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

Order Verified
MAR printed

**Electronically Signed by Laclara M Smith LVN on 07/23/2021 at 9:15 AM**

_____

**08/02/2021 - Append: Documents Routed By Schedulers**
**Provider: Dora Toussaint, MA**
**Location of Care: JA07 Medical Clinic**

## Scheduler Orders Noted

## Scheduled Appointment For:
Blood Pressure checks Qday X 3 Days
Finger Stick checks BID X 3 Days
Provider/Clinic

## Comments
DM/HTN

**Electronically Signed by Dora Toussaint, MA on 08/02/2021 at 7:17 AM**

_____

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**07/22/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Heather Whitman, Clerk 8/5/2021 10:40:13 AM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/05/2021 at 10:40 AM**
_____

**07/22/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

**Blood Pressure / Pulse**
**Day:** 1
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Ndeye Sokhna, MA on 07/22/2021 at 4:21 AM**
_____

**07/23/2021 - Append: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

### Blood Pressure / Pulse
**Day:** 2
AM
**Refused Treatment** Patient Declined Signing Refusal Form

### Weight / Height
**Height (in):** 67

Electronically Signed by Ndeye Sokhna, MA on 07/23/2021 at 1:04 AM
_____

**07/24/2021 - Append: HCSO Scheduled Treatment**
**Provider: Judith Rayos, MA**
**Location of Care: Health Services**

### Blood Pressure / Pulse
**Day:** 3
AM
**Refused Treatment** Patient Declined Signing Refusal Form

### Weight / Height
**Height (in):** 67

Electronically Signed by Judith Rayos, MA on 07/24/2021 at 12:10 AM
_____

**07/22/2021 - HCSO Diet Orders: Diet**
**Provider: Dominikka A Gearring, MA**
**Location of Care: Health Services (JA09)**

### Therapeutic Diet Order
Heart Healthy/CHO Control/High Fiber
**Long term**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Viveen V Johnson, NP on 07/20/2021 at 10:25 AM**

**Electronically Signed by Dominikka A Gearring, MA on 07/22/2021 at 1:41 PM**

---

**07/23/2021 - HCSO Refusals: HCSO Refusals**
**Provider: Signature Medical Records**
**Location of Care: Health Services**
**This document contains external references**

**HCSO Refusals**

*Imported By: Ewendolyn Gayden, Clerk 8/6/2021 3:23:25 PM*

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/06/2021 at 3:23 PM**

---

**07/26/2021 - HCSO Med Renewal: HCSO Med Renewal**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services (JA07)**

## Allergy

Allergies: No Known Allergies
Allergies reviewed by nurse

## Medications
**New meds added in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
TRIAMCINOLONE ACETONIDE 0.1 % EXTERNAL CREAM (TRIAMCINOLONE ACETONIDE) Apply 1 dose twice daily externally x 30 days.
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

A generically equivalent product may be dispensed unless the practitioner handwrites 'Brand necessary' on the face of the prescription.

**Electronically Signed by Priscillia U Madueke, NP on 07/26/2021 at 9:00 AM**
————————————————————————————————————

**07/26/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Nnenna Uzomah, Pharmacy Tech**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Nnenna Uzomah, Pharmacy Tech on 07/26/2021 at 12:51 PM**
————————————————————————————————————

**07/26/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Mabinty Moore, LVN**
**Location of Care: Health Services**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC] PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000342

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## KOP Medication Administration Record

ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP - GTP,
EAR WAX DROPS SOLUTION (CARBAMIDE PEROXIDE SOLN) Instill six drops in affected ear on day 1,2,3 daily & rinse with water on day 4th. KOP-GTP

Electronically Signed by Mabinty Moore, LVN on 07/26/2021 at 7:21 PM
_____

**07/28/2021 - HCSO Nurse Orders Noted: Rx Orders Noted**
**Provider: Olufunke Coker, LVN**
**Location of Care: Health Services**

## Rx Orders Noted

### KOP
Noted
**Medication:** AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
Order Verified

Electronically Signed by Olufunke Coker, LVN on 07/28/2021 at 9:50 AM
_____

**07/30/2021 - KOP Medication Admin Record: KOP Medication Administration Record**
**Provider: Angelisha Franklin, RN**
**Location of Care: Health Services**

## KOP Medication Administration Record

AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP - GTP,

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

---

**Electronically Signed by Angelisha Franklin, RN on 07/30/2021 at 9:19 PM**

---

**08/03/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

**Fingerstick**
**FSBS (mg/dL) :** 95
**Day:** 1
AM

**Weight / Height**
**Height (in):** 67

---

**Electronically Signed by Ndeye Sokhna, MA on 08/03/2021 at 3:07 AM**

---

**08/03/2021 - Append: HCSO Scheduled Treatment**
**Provider: Jalisa Bryant, LVN**
**Location of Care: Health Services**

**Fingerstick**
**FSBS (mg/dL) :** 121
**Day:** 1
PM

**Weight / Height**
**Height (in):** 67

---

**Electronically Signed by Jalisa Bryant, LVN on 08/03/2021 at 9:27 PM**

---

**08/04/2021 - Append: HCSO Scheduled Treatment**
**Provider: Jazman Chavis, MA**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Location of Care: ALL**

## Fingerstick
**Day:** 2
AM
**Refused Treatment** Patient Declined Signing Refusal Form

## Weight / Height
**Height (in):** 67

**Electronically Signed by Jazman Chavis, MA on 08/04/2021 at 5:28 AM**
_____

**08/04/2021 - Append: HCSO Scheduled Treatment**
**Provider: Laquinta Marcelin, MA**
**Location of Care: Health Services**

## Fingerstick
**FSBS (mg/dL) :** 102
**Day:** 2
PM

## Weight / Height
**Height (in):** 67

**Electronically Signed by Laquinta Marcelin, MA on 08/04/2021 at 9:32 PM**
_____

**08/05/2021 - Append: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

## Fingerstick
**FSBS (mg/dL) :** 111

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Day:** 3
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Ndeye Sokhna, MA on 08/05/2021 at 1:51 AM**

---

**08/03/2021 - HCSO Treatment: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**          146/ 95
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**                77
**Day:** 1
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Ndeye Sokhna, MA on 08/03/2021 at 3:07 AM**
**Electronically Signed by Jazman Chavis, MA on 08/04/2021 at 5:29 AM**

---

**08/04/2021 - Append: HCSO Scheduled Treatment**
**Provider: Jazman Chavis, MA**
**Location of Care: ALL**

**Blood Pressure / Pulse**
**Day:** 2
AM
**Refused Treatment** Patient Declined Signing Refusal Form

**Weight / Height**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Height (in):** 67

**Electronically Signed by Jazman Chavis, MA on 08/04/2021 at 5:29 AM**
_____

**08/05/2021 - Append: HCSO Scheduled Treatment**
**Provider: Ndeye Sokhna, MA**
**Location of Care: Health Services**

**Blood Pressure / Pulse**
**Blood Pressure (mm/Hg):**       126/ 79
Blood Pressure Site: **Left Arm Pulse Rate (BPM):**              78
**Day:** 3
AM

**Weight / Height**
**Height (in):** 67

**Electronically Signed by Ndeye Sokhna, MA on 08/05/2021 at 1:51 AM**
_____

**08/05/2021 - Append: HCSO Scheduled Treatment**
**Provider: Priscillia U Madueke, NP**
**Location of Care: Health Services**

chronic clinic appt. already scheduled

**Electronically Signed by Priscillia U Madueke, NP on 08/05/2021 at 1:24 PM**
_____

**08/03/2021 - HCSO Provider Progress Note: Provider Progress Note - Walk In**
**Provider: Viveen V Johnson, NP**
**Location of Care: JA07 Medical Clinic**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000347

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**HCSO Vitals**
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **233**
Temperature (deg F): **98.0 Oral**
Pulse Rate (BPM): **91** Respiration Rate (RPM): **18**
BP (mmHg) **122** / **83**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **99**
BG Finger Stick (mg/dl): **113**
BMI **36.62**
Reason for Visit: **Body ache/ Vomiting**
**Olabimpe Labiyi, RN (August  3, 2021 10:57 AM)**

**COVID-19 Screening**

**Exposure:**
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

**Symptoms:**

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** Yes
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** Yes

**History of Present Illness**
**Reason for visit** Walk In
**Chief Complaint:** Vomiting and diarrhea x 2 days
Verified Patient Name and DOB
**History of Present Illness:** 42 y/o bm claims he  vomited x 1 today, and diarrhea x 2 days. Denies fever, sob
Claims he smoked Newport 2 days prior to vomiting  Pt's thumb, index finger and tongue dark brown

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000348

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Patient complains of nasal congestion.  Patient denies earache, ear discharge, tinnitus, decreased hearing, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient complains of cough.
**Gastrointestinal:** Patient complains of vomiting, diarrhea.
**Musculoskeletal:** Patient complains of back pain.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
   well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
   normocephalic and atraumatic.
**Eyes:**
   PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus
**Ears:**
   L canal impacted w/cerumen and R canal impacted w/cerumen
**Nose:**
   L clear nasal discharge, boggy turbinates, and R clear nasal discharge
**Mouth:**
   post nasal discharge
Tongue colored dark brown
**Neck:**
   no masses,thyromegaly,abnormal cervical nodes,neck supple
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   Regular rate,rhythm without murmur or gallop, normal S1 and S2
**MSK:**
   No spinal deformity, No limitation joint ROM, No joint tenderness
**Extremities:**
   no clubbing, cyanosis, edema

## Clinic Orders

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Urine Dipstick**
Comments: **trace ketone**

## Problems
Current Problems:
* (B) EAR WAX IMPACTION
DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)
* (B) EAR WAX IMPACTION
RHINITIS (ICD-472.0) (ICD10-J31.0)
HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)
ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)
RASH (ICD-782.1) (ICD10-R21)
REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)
HYPERTENSION (ICD-401.9) (ICD10-I10)
WART, VIRAL (ICD-078.10) (ICD10-B07.9)
ASTHMA (ICD-493.90) (ICD10-J45.909)

## Plan
**Pt was encouraged to stop smoking**
**Increase water intake**
**No milk products x 2 days**
**Urgent care precautions given to pt**
**RTC for s/s of fever**

## Medications
**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

## Follow Up
Reason: **F/u on vomiting / diarrhea**
Suggested date of next visit: **08/04/2021**
Assessment and plan of care discussed with patient **Yes**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

]

**Electronically Signed by Viveen V Johnson, NP on 08/03/2021 at 2:50 PM**
─────────────────────────────────────────────────────

**08/03/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Latrice Watts, RN**
**Location of Care: JA07 Medical Clinic**

**Orders noted:**
Provider Appointment
**Comments:** F/U  on vomiting / diarrhea
**Date to start:** 08/04/2021

**Electronically Signed by Latrice Watts, RN on 08/03/2021 at 6:40 PM**
─────────────────────────────────────────────────────

**08/04/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

**HCSO Vital Signs**
Height (in): **67**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

## Triage Notes

Allergies: No Known Allergies

 oral temp waiting 97.1, pt denies any sx, pt encouraged to follow providers instructions.

**Electronically Signed by Ericka D Johnson, LVN on 08/04/2021 at 1:32 PM**

_____

**08/05/2021 - HCSO Provider Progress Note: Provider Progress Note - Emergency**
**Provider: Kelvin D Shepherd, DO**
**Location of Care: JA07 Medical Clinic**

## HCSO Vitals

Allergies: No Known Allergies

Height (in): **67** Temperature (deg F): **98.8 Oral**
Pulse Rate (BPM): **78** Respiration Rate (RPM): **18**
BP (mmHg) **126 / 79**Blood Pressure Site: **Right Arm**
O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **111**
BMI **N/A**
Reason for Visit: **C/O N/V**
**Olukemi I Ikwunze, LVN (August  5, 2021 1:45 AM)**

## COVID-19 Screening

## Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is**
**currently being tested for COVID-19 in the past 14 days?** No

## Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000352

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** Walk In
**Chief Complaint:** Nausea vomiting
Verified Patient Name and DOB
**History of Present Illness:** Comes to the clinic with complaint of nausea and vomiting x 1 episode. He vomited his food that he ate for dinner. Was light headed and transported by stretcher but reports feeling better now. He had similar episode about 2 days ago but was feeling fine until now. He thinks that he ate the wrong types of food last night and notes that he has been only drinking cokes instead of any water.

## Review of Systems
**General:** Patient denies see HPI.
**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Patient denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient complains of see HPI.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
   well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Head:**
   normocephalic and atraumatic.
**Eyes:**
   PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus
**Nose:**
   no deformity, discharge, inflammation, or lesions.
**Mouth:**
   no deformity or lesions with good dentition.

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000353

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Neck:**
   no masses,thyromegaly,abnormal cervical nodes,neck supple
**Chest Wall:**
   no deformities or breast masses noted
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
   soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or masses noted, no tenderness.

**Assessment**
**Acute Gastritis--second episode in two days but not persistent problem. He is now clinically stable with benign exam**
**--give Maalox 30mL po  x 1 and Zofran 4mg one po x 1**
**--give one bottle of electrolyte solution**
**--Rx Mag-Al plus take 30mL po BID X 5 days**
**--Rx Zofran 4mg BID X 5 days**

**May discharge from clinic once amublatory**

**Problems**
Current Problems:
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

**Medications**
**First dose now order(s):** --Zofran 4mg one po x 1
--Maalox 30mL po x 1
--one bottle of electrolyte solution
**New meds added in EMR:**
MAG-AL PLUS LIQUID (ALUM & MAG HYDROXIDE-SIMETH LIQD) Take 30 ml  by mouth twice a day for 5 days. KOP

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TXR 000354

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

ZOFRAN ODT 4 MG ORAL TABLET DISINTEGRATING (ONDANSETRON) Take 1 tablet by mouth twice daily X 5 Days NONKOP

**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP
MAG-AL PLUS LIQUID (ALUM & MAG HYDROXIDE-SIMETH LIQD) Take 30 ml  by mouth twice a day for 5 days. KOP
ZOFRAN ODT 4 MG ORAL TABLET DISINTEGRATING (ONDANSETRON) Take 1 tablet by mouth twice daily X 5 Days NONKOP

## Follow Up
Return to Clinic **PRN**
Assessment and plan of care discussed with patient **Yes**

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Kelvin D Shepherd, DO on 08/05/2021 at 2:08 AM**
_____

**08/05/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Jackeline L Vergaray, LVN**
**Location of Care: JA07 Medical Clinic**

## FDN Given
**PO:** Zofran 4mg one po x 1
--Maalox 30mL po x 1
**Date:** 08/05/2021
**Time:** 0210

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 197

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

Electronically Signed by Jackeline L Vergaray, LVN on 08/05/2021 at 2:14 AM
_____

**08/05/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Jackeline L Vergaray, LVN**
**Location of Care: JA07 Medical Clinic**

**FDN Given**
**PO:** one bottle of electrolyte solution
**Date:** 08/05/2021
**Time:** 0230

Electronically Signed by Jackeline L Vergaray, LVN on 08/05/2021 at 3:03 AM
_____

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**08/05/2021 - Append: Pharmacy - Medication order(s)**
**Provider: Paul Joseph, Rph**
**Location of Care: Health Services**

**Pharmacy**
**Medication Order** Received

**Electronically Signed by Paul Joseph, Rph on 08/05/2021 at 3:35 AM**

---

**08/08/2021 - Append: Rx Orders Noted**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

## Rx Orders Noted

### KOP
Noted
**Medication:** MAG-AL PLUS LIQUID (ALUM & MAG HYDROXIDE-SIMETH LIQD) Take 30 ml  by mouth twice a day for 5 days. KOP

Order Verified

### NON KOP
Noted
**Medication:** ZOFRAN ODT 4 MG ORAL TABLET DISINTEGRATING (ONDANSETRON) Take 1 tablet by mouth twice daily X 5 Days NONKOP
Order Verified
MAR printed

**Electronically Signed by Ericka D Johnson, LVN on 08/08/2021 at 12:54 PM**

---

**08/08/2021 - Append: KOP Medication Administration Record**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000357

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

## KOP Medication Administration Record

METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP - GTP,

**Electronically Signed by Ericka D Johnson, LVN on 08/08/2021 at 1:30 PM**

_____

**08/05/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Olukemi I Ikwunze, LVN**
**Location of Care: JA07 Medical Clinic**

## HCSO Vital Signs
Height (in): **67 Temperature (deg F):** 98.8 T Site **Oral** Pulse Rate (BPM): **78**
Respiration Rate (RPM): **18** BP (mmHg) **126 / 79**  BP Site: **Right Arm**
O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **111**

**BMI**
N/A

## Emergency Response

**Subjective:**
Security Request for Pending Transport

**Objective:**
**Transport by** Stretcher
**Problems:**
* (B) EAR WAX IMPACTION
DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)
* (B) EAR WAX IMPACTION
RHINITIS (ICD-472.0) (ICD10-J31.0)
HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)
ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

RASH (ICD-782.1) (ICD10-R21)
REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)
HYPERTENSION (ICD-401.9) (ICD10-I10)
WART, VIRAL (ICD-078.10) (ICD10-B07.9)
ASTHMA (ICD-493.90) (ICD10-J45.909)

**Medications:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP

**Nursing Assessment Diagnoses/Related Factors**
**Comments:** Medical was called to the floor reporting emergency. Upon arrival, patient was found lying on right side in bed. patient got up with no assistance. Patient stated i woke up and started feeling nauseous. Patient stated" And i said go ahead and call medical. I feel better after i threw up." Patient denies any dizziness, SOB and in no acute distress at this time. Patient is referred to provider for further evaluation.

**Plan:**
Refer to Clinic Provider

**Electronically Signed by Olukemi I Ikwunze, LVN on 08/05/2021 at 2:00 AM**

---

**08/09/2021 - HCSO Provider Progress Note: Provider Progress Note - Walk In
Provider: Esther O Peter, NP
Location of Care: Health Services**

**HCSO Vitals**
Allergies: No Known Allergies
Allergies reviewed by nurse
Height (in): **67** Weight (lbs): **233**
Temperature (deg F): **97** Oral
Pulse Rate (BPM): **95** BP (mmHg) **134** / **86** Blood Pressure Site: **Left Arm**
O2 Saturation (%): **100**
BG Finger Stick (mg/dl): **90**
BMI **36.62**

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000359

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Reason for Visit: **Inmate care concern- r/o COVID**
**Pamela L Parker, LVN (August  9, 2021 7:45 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Chief Complaint:** Inmate care concern- r/o COVID
Verified Patient Name and DOB
**History of Present Illness:** Pt is a 42 y/o male who presents to the clinic for Inmate care concern- r/o COVID. Pt denies fever, cough, sob, fatigue, chills, diarrhea, nausea, vomiting, new loss of smell, loss of taste, muscle aches, body aches or any covid symptoms at this time. Pt denies any symptoms at this time. He signed refusal for eval and treat.  Pt denies any other complaint or concerns at this time. Pt is clinically stable, A&O x3, and not in acute distress at this time.

## Review of Systems
**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Ears/Nose/Throat:** Patient denies earache, ear discharge, tinnitus, decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia.
**Cardiovascular:** Patient denies chest pain, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.


## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Psych:**
    alert and cooperative; unremarkable mood and affect; unremarkable attention span and concentration


## Problems
Current Problems:
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**


## Plan
**Pt refused eval and treat. He signed refusal form.**
**Advised and encouraged pt to return clinic immediatey if there is any change in his health condition or if he develop any symptoms. Pt verbalized understanding.**
**Advised pt if he is ATW, pt need to f/u with his PCP in the free world.**


## Medications
**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days. NONKOP
MAG-AL PLUS LIQUID (ALUM & MAG HYDROXIDE-SIMETH LIQD) Take 30 ml by mouth twice a day for 5 days. KOP
ZOFRAN ODT 4 MG ORAL TABLET DISINTEGRATING (ONDANSETRON) Take 1 tablet by mouth twice daily X 5 Days NONKOP

**Follow Up**
Return to Clinic **PRN**
Assessment and plan of care discussed with patient **Yes**

**REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS**
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Esther O Peter, NP on 08/09/2021 at 8:02 AM**
_____

**08/09/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Pamela L Parker, LVN**
**Location of Care: Health Services**

**Orders noted:**
No new MED orders or treatment orders at this encounter
**Comments:** rtc prn

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**Electronically Signed by Pamela L Parker, LVN on 08/09/2021 at 8:03 AM**

_____

**08/10/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

## HCSO Vital Signs
Height (in): **67**

## Triage Notes

Allergies: No Known Allergies
Allergies reviewed by nurse
 pt brought to clinic via stretcher, pt was found in bed lying on his stomach in no distress.  pt uncooperative, pt refusing to put mask, once pt in clinic, pt refused all questions, then stated his chest pain started 20 mins ago, pt stated, if you ain't going to do anything for me , i'm going back to my bed, pt sat up took safety straps off , got off og strectcher and lift clinic. v/ stable , sgt on the floof informed.

**Electronically Signed by Ericka D Johnson, LVN on 08/10/2021 at 10:01 AM**

_____

**08/10/2021 - HCSO Provider Progress Note: HCSO Provider Progress Note**
**Provider: Esther O Peter, NP**
**Location of Care: JA07 Medical Clinic**

## HCSO Vitals
Allergies: No Known Allergies

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]

TEXAS RANGER PACKET

TXR 000363

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

Height (in): **67** Temperature (deg F): **98.6** Pulse Rate (BPM): **73** Respiration Rate (RPM): **18**
BP (mmHg) **147** / **96**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **98**
BG Finger Stick (mg/dl): **119**
Reason for Visit: **chest discomfort**
**Ericka D Johnson, LVN (August 10, 2021 10:04 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Chief Complaint:** chest discomfort
Verified Patient Name and DOB
**History of Present Illness:** Pt is a 42 y/o AA male who presents to the clinic cc of chest pain. Pt denies sudden feeling of pressure, squeezing, tightness, or crushing under his breastbone. Pt denies pain that radiates to his jaw, left arm, or back at this time.  Pt denies sob, confusion, excessive sweating, nausea, vomiting, dizziness, palpitation, or rapid breathing at this time. States the chest discomfort started after he finish eating this morning. Pt is clinically stable, A&O x3, able to make needs known, able to follow commands and not in acute distress at this time. Glasgow Coma: 15.

## Review of Systems

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

**General:** Patient denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.
**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Cardiovascular:** Patient complains of chest pain.  Patient denies palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Patient denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Musculoskeletal:** Patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis.
**Neurologic:** Patient denies transient paralysis, weakness, paresthesias, seizures, syncope, tremors, vertigo.
**Psychiatric:** Patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Physical Exam:

Pertinent Exam Findings As Below:
**General:**
    well developed, well nourished, in no acute distress, alert, orientated to person, place and time
**Eyes:**
    PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    Regular rate,rhythm without murmur or gallop, normal S1 and S2
**Abdomen:**
    soft, not distended, normal bowel sounds; no hepatosplenomegaly, no ventral,umbilical hernias or masses noted, no tenderness.
**Extremities:**
    no clubbing, cyanosis, edema
**Pulses:**
    pulses unremarkable in all 4 extremities
**Neurologic:**
    no focal deficits, cranial nerves II-XII grossly intact with unremarkable sensation, reflexes, coordination, muscle strength and tone
**Skin:**
    intact without lesions or rashes
**Psych:**
    alert and cooperative; unremarkable mood and affect; unremarkable attention span and concentration

## EKG
EKG Ordered **Now**

## Problems

Report run by Darla Price, Med Rec Manager

DEON PETERSON [DIC]
PLAINTIFF [01579098]
TEXAS RANGER PACKET
TXR 000365

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

Current Problems:
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

New problems:
**ACID REFLUX (ICD-530.81) (ICD10-K21.9)**

## Plan
**Ordered EKG and the result is stable (Reviewed by Dr. Griffin).**
**Gave pt treatment for Acid reflux and gave pt first dose of his BP med and tylenol 650 mg tabs po for pain.**
**Lifestyle Modification discussed with pt. Advised and encouraged pt to stay away from high sodium diets, and engage in physical exercise. Pt verbalized understanding.**
**Advised and encouraged pt to return clinic immediately if symptoms does not improve or if his symptoms become worse. Pt verbalized understanding.**
**Advised pt if he is ATW, pt need to f/u with his PCP in the free world.**

## Medications
**First dose now order(s):** PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE po now. AMLODIPINE BESYLATE 5 MG ORAL TABLET po now. ACETAMINOPHEN 325 MG ORAL TABLET, give 2 tablet by mouth now.
**New meds added in EMR:**
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10 days.

**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365

Report run by Darla Price, Med Rec Manager

**DEON PETERSON [DIC]**
**PLAINTIFF [01579098]**
**TEXAS RANGER PACKET**
**TXR 000366**

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

days.  NONKOP
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily
x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10
days.

## Follow Up
Return to Clinic **PRN**
Assessment and plan of care discussed with patient **Yes**

## Orders
**Schedule Blood Pressure Checks** X 3 days
**Beginning date** 08/17/2021

## REQUIRED DOCUMENTATION FOR ALL ENCOUNTERS
Established / Usual treatment plan and protocol followed? **Yes**
Treatment plan shared with patient **Yes**

]

**Electronically Signed by Esther O Peter, NP on 08/10/2021 at 10:45 AM**
_____

**08/10/2021 - Append: HCSO Nurse/MA Orders Noted**
**Provider: Proxy 701 Scheduler**
**Location of Care: JA07 Medical Clinic**

## Orders noted:
Routed
**Comments:** bp checks x 3 days
**Date to start:** 08/10/2021 Done
**Comments:** may rtc prn

## FDN Given
**PO:** : PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE po now. AMLODIPINE BESYLATE 5 MG
ORAL TABLET po now. ACETAMINOPHEN 325 MG ORAL TABLET, give 2 tablet by mouth now.
**Date:** 08/10/2021
**Time:** 1100

DEON PETERSON [DIC]          TEXAS RANGER PACKET              TXR 000367
PLAINTIFF [01579098]

HCSO CASE# 2108-03733

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

CONFIDENTIAL

*August 16, 2021*
Page 209

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Electronically Signed by Shavon D. T. Harris, LVN on 08/10/2021 at 11:34 AM**
_____

**08/10/2021 - Append: HCSO Provider Progress Note**
**Provider: Shavon D. T. Harris, LVN**
**Location of Care: JA07 Medical Clinic**

EKG DONE

**Electronically Signed by Shavon D. T. Harris, LVN on 08/10/2021 at 11:36 AM**
_____

**08/11/2021 - Append: Documents Routed By Schedulers**
**Provider: Leah R Akins, LVN**
**Location of Care: Health Services (JA07)**

## Scheduler Orders Noted
**No appointments Scheduled** Patient ATW

**Electronically Signed by Leah R Akins, LVN on 08/11/2021 at 2:37 PM**
_____

**08/10/2021 - HCSO Provider Progress Note: Provider Progress Note - Walk In**
**Provider: George Griffin, MD**
**Location of Care: JA07 Medical Clinic**

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male  **DOB:** 02/28/1979

## HCSO Vitals
Allergies: No Known Allergies

**Height (in): 67** Temperature (deg F): **97.7 Oral**
Pulse Rate (BPM): **89** Respiration Rate (RPM): **20**
BP (mmHg) **140** / **87**Blood Pressure Site: **Left Arm**
O2 Saturation (%): **100**
BG Finger Stick (mg/dl): **167**
BMI **N/A**
Reason for Visit: **chest pain**
**Ericka D Johnson, LVN (August 10, 2021 11:42 AM)**

## COVID-19 Screening

### Exposure:
**Have you been in close contact with anyone who tested positive for COVID-19 or a person who is currently being tested for COVID-19 in the past 14 days?** No

### Symptoms:

Does patient have:
**1. Temperature greater than or equal to 100.0 F?** No
**2. Cough?** No
**3. Shortness of breath?** No
**4. Fatigue?** No
**5. Muscle or body aches?** No
**6. Chills?** No
**7. Diarrhea?** No
**8. New loss of taste or smell?** No
**9. Nausea or vomiting?** No

## History of Present Illness
**Reason for visit** Emergency
**Chief Complaint:** Chest Pain
Verified Patient Name and DOB
IPC Note Reviewed
**History of Present Illness:** Thhis inmate was in the clinic complaining of chest pain.  He shortly after arrival slumped to the floor and stopped breathing.  Immediately he was lifted and placed on a bed.  There was no pulse so CPR was started immediately.  The AED was obtained and CPR was continued without breaks. The AED first shock was given at 1207.  There was no pulse throughout the CPR.  The Rebreather bag was

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

used to administer Oxygen.  HFD took over and placed the Thumper on the patient.

## Problems
Current Problems:
**ACID REFLUX (ICD-530.81) (ICD10-K21.9)**
**\* (B) EAR WAX IMPACTION**
**DIABETES MELLITUS, TYPE II (ICD-250.00) (ICD10-E11.9)**
**\* (B) EAR WAX IMPACTION**
**RHINITIS (ICD-472.0) (ICD10-J31.0)**
**HIGH CHOLESTEROL (ICD-272.0) (ICD10-E78.70)**
**ELEVATED HEMOGLOBIN A1C (ICD-790.99) (ICD10-R73.09)**
**RASH (ICD-782.1) (ICD10-R21)**
**REVIEW OF TEST RESULTS (ICD-V68.89) (ICD10-Z76.89)**
**HYPERTENSION (ICD-401.9) (ICD10-I10)**
**WART, VIRAL (ICD-078.10) (ICD10-B07.9)**
**ASTHMA (ICD-493.90) (ICD10-J45.909)**

## Medications
**Updated medication list in EMR:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10 days.

## Emergency Cnter Transfer Documentation
Contacted HCSO Provider for ER transfer: **Approved**
Approved By: **Dr. Lockett**
**Route of Transfer** Houston Fire Department (must notate reason below)

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Presentation:** This patient maintained normal vital signs on this visit until the cardiac Arrest.  He stopped breathing and was found without a pulse. by Carotid check. CPR was begun immediately and continued until HFFD arrival.  The AED was used and oxygen was delivered by a rebreather mask.   HFD took over.
**Patient's Home Address:** 333 NORMANDY ST
**City:**HARRIS CO **State:** TX **ZIP:** 77015
**Patient's SS#** 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
* The copies of the requested medical data to be returned with the inmates are considered CONFIDENTIAL; therefore, these materials are to be given only to the returning transportation deputies. Deputies will not transport the patient back to the Harris County Sheriff's Office without the required paperwork.

* Please contact the HCSO Main Medical Clinic at (713-755-7200) with any questions related to the care of the patient.

* In our effort to provide greater continuity of care, copies of the original clinical notes or ER face sheet, with the results of any laboratory or radiological test, are required PRIOR to the inmate's return. We also ask that consultants DO NOT WRITE PRESCRIPTIONS, providing only their written suggested medications on the return documents.

]

**Electronically Signed by George Griffin, MD on 08/10/2021 at 1:42 PM**

---

**08/10/2021 - HCSO Triage: HCSO Triage Nurse**
**Provider: Ericka D Johnson, LVN**
**Location of Care: JA07 Medical Clinic**

**HCSO Vital Signs**
Height (in): **67 Temperature (deg F):** 97.7 Pulse Rate (BPM): **89**
Respiration Rate (RPM): **20** BP (mmHg) **140 / 87** BP Site: **Right Arm**
O2 Saturation (%): **100**
BG Finger Stick (mg/dl): **167**

**BMI**
N/A

**Subjective:**
**Complaint of** Chest Pain

**Objective:**
Medications:
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002


**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979


morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days. KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10 days.


## Assess for Immediate Intervention:

### P - Provokes
**Does anything trigger the pain?** No
**Does anything makes it better?** No
**Does anything makes it worse?** No
**What were you doing at onset of pain?** laying in bed

### Q - Quality
What does it feel like?
**Sharp?** Yes
**Coments:** lt  pectoral
**Dull?** No
**Stabbing?** No
**Burning?** No
**Crushing?** No
**Other** pressure

### R - Radiates
**Does the pain radiate?** No

### S - Severity
**How severe is the pain on a scale of 1 - 10?** 10

### T - Time
**Time pain started?** pt states he does not know
**How long did it last?** continuing

### Other questions to ask and look for...
**Does it hurt on deep inspiration?** yes
**Nausea / Vomiting?** Yes
**Dyspnea?** Yes


Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Syncope?** Yes
**Dizziness?** Yes
**Diaphoresis?** Yes
**Previous MI?** No

## Plan
To clinic now

## Self Care and Patient Teaching
**Instructions to patient:** reassure and calm patient

**Electronically Signed by Ericka D Johnson, LVN on 08/10/2021 at 2:39 PM**

---

**08/10/2021 - HCSO MAR: KOP**
**Provider: Signature Medical Records**
**Location of Care: Health Services (JA09)**
**This document contains external references**

**KOP**

*Imported By: Catherine Jackson, Clerk 8/11/2021 7:58:05 AM*

---

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Signature Medical Records**
**Filed automatically on 08/11/2021 at 7:58 AM**

---

**08/10/2021 - Emergency Report: Code Blue Stat Sheet**
**Provider: Juliet N Agbogu, RN**
**Location of Care: JA07 Medical Clinic**

Patient brought to clinic for emergency response at August 10, 2021 2:09 PM. Additional documentation to

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

follow...Agbogu, RN, Juliet N  Medication history-AMLODIPINE BESYLATE 5 MG ORAL TABLET
(AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two
spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.
KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365
days.  NONKOP
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily
x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10
days.

Temperature (deg F): **97.7** T site: **oral**  P: **89**  Rhythm: **Regular**  SpO2 (%): **100%**   R: **20**
BP: **140/87**   BP Site: **Left Arm**
**HCSO Frequent Vitals:**

**Comments:** UNABLE TO OBTAIN BP AND HEART RATE AT 1207. CPR initiated.

**HCSO Code Blue**
**Date of arrival to Clinic:** 08/10/2021 **Time of arrival to Clinic:** 1142
**Approximate Time of Event:** 1205
**Was event:** Witnessed
**Was CPR Started:** Yes
**Time CPR started:** 1207
**Initial Rhythm:** Asystole
**IV Line(s) started:** Yes **Type, Size, Location of Line(s):** NS 1L, RT AC
**Intravenous Therapy:** No **Defibrillation or Conversion:** Yes **Arrhythmia Type:** Unknown- shockable
rythmn per AED **Watts:** 200
**Patient Response:** UNRESPONSIVE, no pulse, Continued CPR.
**Procedure(s) Perfomed:** Yes **Procedure(s) Time, Type, Comment:** BLS CONTINUED
**Respiratory, Physical, Vital Signs**
**Oxygen Therapy:** Yes **Route:** AMBUBAG **Time O2 therapy started:** 1207 **Intubation:** No
**Right Pupil:** Nonreactive **Left Pupil:** Nonreactive
**Disposition:** ACLS **Time of Transfer:** 1230
**Name of transporting agency:** HFD
**Disposition Comments:** ACLS AND INTUBATION PERFORMED BY HFD
**Name(s) of all personnel participating  in  Code:** DR, Griffin, md, DR. Lockett, md, Peter, NP, JOHNSON,
LVN, V. Johnson, Np, Namuwongo, NP,  Madueke, NP,  B. George, NP,  Okororie, lvn, Agbogu, RN, Harris,

Report run by Darla Price, Med Rec Manager

HCSO CASE# 2108-03733
**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**CONFIDENTIAL**

*August 16, 2021*
Page 216

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

Lvn, Vences, Lvn, Fabien, lvn, ZIESEMER, D.O.
**Provider Summary:** 42 YO aa MALE PRESENSTED TO CLINIC WITH C/O PAIN AND SUDDENLY COLLAPSED . pT IMMEDIATELY  LOST PULSE, WAS UNRESPONSIVE AND CPR INITAIATED UNTIL HFD ARRIVED
## Medications:
**Medications Administered:** No

**HCSO ER Transfer**
**Date of Transfer:** 08/10/2021 **Location transferred from:** 701 **Cellblock:** 4B4
**Referring Provider:** DR Griffin

**Presentation:** pT PRESENTED WITH C/O CP , COLLAPSED , BECAME UNRESPONSIB=VE WITH NO PULSE
**Current Medications:**
AMLODIPINE BESYLATE 5 MG ORAL TABLET (AMLODIPINE BESYLATE) Take 1 tablet by mouth every morning x 90 days.  KOP
NASACORT ALLERGY 24HR 55 MCG/ACT NASAL AEROSOL (TRIAMCINOLONE ACETONIDE) Two spray in each nostril daily for 60 days. KOP
ZYRTEC ALLERGY 10 MG ORAL TABLET (CETIRIZINE HCL) Take 1 tablet by mouth daily x 30 days.  KOP
METFORMIN HCL 500 MG ORAL TABLET (METFORMIN HCL) Take 1 tablet by mouth once daily x 365 days.  NONKOP
PRILOSEC 40 MG ORAL CAPSULE DELAYED RELEASE (OMEPRAZOLE) Take 1 capsule  by mouth daily

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON**  ATW ATW
**SPN#:**01579098  **Sex:** Male  **DOB:** 02/28/1979

x 30 days.  KOP
ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) Take 1 tablet by mouth twice daily x 10 days.

**Patient's Home Address:** 333 NORMANDY ST
**City:**HARRIS CO **State:** TX **ZIP:** 77015
**Patient's SS#** 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
* In our effort to provide greater continuity of care, copies of the original clinical notes or ER face sheet, with the results of any laboratory or radiological test, are required PRIOR to the inmate's return. We also ask that consultants DO NOT WRITE PRESCRIPTIONS, providing only their written suggested medications on the return documents.

* The copies of the requested medical data to be returned with the inmates are considered CONFIDENTIAL; therefore, these materials are to be given only to the returning transportation deputies. Deputies will not transport the patient back to the Harris County Sheriff's Office without the required paperwork.

* Please contact the HCSD office of the Medical Director (713-755-6541) with any questions related to the care of the patient.

## Emergency Cnter Transfer Documentation
**Route of Transfer** Houston Fire Department (must notate reason below)

**Electronically Signed by Juliet N Agbogu, RN on 08/10/2021 at 2:54 PM**
**Electronically Signed by George Griffin, MD on 08/10/2021 at 2:59 PM**
**Electronically Signed by George Griffin, MD on 08/10/2021 at 2:59 PM**

---

**08/10/2021 - Death In Custody Notification: Death In Custody Notification**
**Provider: Marita Umfrid, RN**
**Location of Care: Health Services**

## Death In Custody Notification
**Deputy reporting the Death In Custody** Sgt. Sayre Pagel / Sgt. Bernard Kelly
**Time of Death** 1256
**Place of Death** BTGH
**Provider who pronounced the patient** Dr. Erik Antonson
**Cause of Death** Cardiac Arrest

## Notified:
**Executive Director or Medical Director** Dr. Laxman Sunder

Report run by Darla Price, Med Rec Manager

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

**PETERSON, DEON** ATW ATW
**SPN#:**01579098 **Sex:** Male **DOB:** 02/28/1979

**Time Notified** 1455
**Medical Administrator** Edward Delone
**Time Notified** 1502
**Director of Nursing** Dariel Newman
**Time Notified** 1500
**EHR** Nurse Akins
**Time Notified** 1506
**Medical Records** Ethan Jordan
**Time Notified** 1504

**Electronically Signed by Marita Umfrid, RN on 08/10/2021 at 3:09 PM**

---

**08/11/2021 - HCSO MH Coordination Note: MH GPS Coordination Note**
**Provider: Shyranika Nwajei, LPHA**
**Location of Care: Health Services**

## MH Coordination Note

1705- Clinician received phone call from pt step sister Jasmine Peterson, 832-544-3875 (consent form on file dated 06/24/21) and was asking about medical concerns ("Did he have Covid?"). Clinician educated pt on her role as a MH clinician and provided requestor with Harris County Sheriff's Office contact number. During call, step sister appeared distraught during phone call, as evidenced by crying.

**Electronically Signed by Shyranika Nwajei, LPHA on 08/11/2021 at 5:19 PM**

---

Report run by Darla Price, Med Rec Manager

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 6/11/17

Date/Time KOP Issued: 6/12/17, 0055

6 KOP(s) Issued with Instructions

_____ x _____
Inmate Signature

Olunge Ikwunze, hrs
Staff Signature

---

## MEDICATION

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790982          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Lisinopril 10mg tab**                        Pr. BABALOLA, E.
(Prinivil) LUPIN PHARMACEUTICALS               KOP
KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS
Dispense: 30     Verified by: UBA          _____/_____

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790981          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Albuterol Sulfate AERS 90mcg/actuat**        Pr. BABALOLA, E.
(Ventolin) GLAXO SMITH KLINE                   KOP
KOP MED Inhale 2 puff(s) inhalation by mouth two times a day as needed "Shake Well" FOR
Dispense: 1     Verified by: UBA

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790987          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Ibuprofen 800mg tablet**                     Pr. BABALOLA, E.
(IBU) DR. REDDY'S LABORATORIES, INC.           KOP
KOP MED Take 1 tablet(s) by mouth two times daily "Take with Food" FOR 30 DAYS
Dispense: 60     Verified by: UBA

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790984          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Tobramycin-Dexamethasone Opthalmic**         Pr. BABALOLA, E.
(Tobradex) BAUSCH & LOMB                       KOP
KOP MED Instill 1 drop(s) into affected eye(S) two times daily "For the EYE" FOR 7 DAYS
Dispense: 1     Verified by: UBA

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790983          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Montelukast Sodium Tab 10 MG**               Pr. BABALOLA, E.
(Singulair) QUALITEST                          KOP
KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS
Dispense: 30     Verified by: UBA

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790985          JA07 2D4
Start: 06/11/17                                Printed: 06/11/17
**Azithromycin Tab 250 MG**                    Pr. BABALOLA, E.
(Zithromax) GREENSTONE                         KOP
KOP MED Take 2 tablets by mouth on day 1, then take 1 tablet by mouth daily for 4 days on
Dispense: 6     Verified by: UBA

---

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

---

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

M118-12-1

DEON PETERSON [DIC]     TEXAS RANGER PACKET          TXR 000378
PLAINTIFF [01579098]

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 7/8/17

Date/Time KOP Issued: 7/9/17, 0015

_X_ KOP(s) Issued with Instructions

Inmate Signature

Staff Signature

P. Kemirombe, LVN

| MEDICATION |
| --- |
|  Harris County Sheriff's Department Clinic Pharmacy **MAR Record** PETERSON, DEON SPN: 01579098 Start: 06/11/17  Rx: 015790982  JA07 2D4 Reprinted: 07/08/17 Pr. BABALOLA, E **Lisinopril 10mg tab** (Prinivil) LUPIN PHARMACEUTICALS KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS KOP Dispense: 30  Verified by: UBA CphT / RPh |
| |
| |
| |
| |
| |
| |
| |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 7/11/17

Date/Time KOP Issued: JUL 1 2 2017 / 0045.

____ KOP(s) Issued with Instructions

Inmate Signature

O. IKWUNZE, LVN

Staff Signature

| MEDICATION |
|---|
| Harris County Sheriff's Department Clinic Pharmacy<br>**MAR Record**<br>PETERSON, DEON     **JA07 2D4**<br>SPN: 01579098   Rx: 015790988   Printed: 07/10/17<br>Start: 07/11/17     Pr. MADUEKE, P.<br>**Montelukast Sodium Tab 10 MG**    **KOP**<br>(Singulair) QUALITEST<br>KOP MED Take 1 tablet(s) by mouth daily for 30 days.<br>Dispense: 30   Verified by: SYO     ___/___ CohT / RPh |
| |
| |
| |
| |
| |
| |
| |
| |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff



## HARRIS COUNTY SHERIFF'S DEPARTMENT
### Medical Services Bureau

### NPO (nothing by mouth) ACKNOWLEDGEMENT FORM

DATE 7/26/17

TIME 1535

LOCATION 2D4

My surgeon and anesthesiologist have requested that I not have anything to eat or drink (including water) after midnight on the day prior to my scheduled appointment. The only exception to this would be if my doctor ordered pills to be taken with a small sip of water. I understand that if I am taking insulin, my dose may be adjusted or held until I am able to resume a regular diet.

I understand that if I do not follow these instructions, my appointment/operation, may be delayed or cancelled and that in case of the operation taking place I will be at a higher risk for complications.

Inmate signature _____

Witness signature _____

Mi cirujano y mi anesthesiologo me han informado de no comer o beber nada (incluyendo agua) despues de la media noche del dia antes de mi cita. La unica excepcion es si mi medico ordena alguna medicina (pastillas) con una poca de agua. Yo entiendo que si estoy tomando insulina, mi dosis podra sre adjustada o suspendida hasta que pueda resumir una dieta normal.

Entiendo si no sigo estas instruccones, mi cita y la operacion y seran canceladas o pospuestas y que en caso de efectuarse la cita/operacioc tendria mas riesgo de complicaciones.

Paciente _____

Testigo _____

M-016-(4/99)

Peterson, Deon
NAME
015790098          2/28/79
SPN              DATE OF BIRTH

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: _auto Refill_

Date/Time KOP Issued: 8/7/17 2359

_____ KOP(s) Issued with Instructions

_D. Peters_
Inmate Signature

_Mattwn / Tueslerman LUN_
Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>**MAR Record**<br>PETERSON, DEON<br>SPN: 01579098<br>Start: 06/11/17    Rx. 015790982    JA07 2D4<br>**Lisinopril 10mg tab**    Reprinted: 08/07/17<br>(Prinivil) LUPIN PHARMACEUTICALS    Pr. BABALOLA, E.<br>KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS    KOP<br>Dispense: 30    Verified by: UBA |
| |
| |
| |
| |
| |
| |
| |

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 8-8-17

Date/Time KOP Issued: _____ AUG - 9 2017 _____ / 1810

____ KOP(s) Issued with Instructions

X _Peterson_ _D._
Inmate Signature

_T. Griffin, LVN_
Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>**MAR Record**<br>PETERSON, DEON                          JA07 2D4<br>SPN: 01579098    Rx: 015790989    Printed: 08/08/17<br>Start: 08/09/17                          Pr. RADHAKRISHNAN, I<br>**Montelukast Sodium Tab 10 MG**    KOP<br>(Singulair) QUALITEST<br>KOP MED Take 1 tablet(s) by mouth daily for 30 days.<br>Dispense: 30    Verified by: TLA |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: _refill_

Date/Time KOP Issued: 9/6/17 , 2300

____ | KOP(s) Issued with Instructions

X _Peterson_
Inmate Signature

_Fletcher / AFletch_
Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy |
| **MAR Record** |
| PETERSON, DEON              JA07 2D4 |
| SPN: 01579098     Rx: 015790982     Reprinted: 09/06/17 |
|                                           Pr  BABALOLA, E |
| Start: 06/11/17 |
| **Lisinopril 10mg tab**            KOP |
| (Prinivil) LUPIN PHARMACEUTICALS |
| KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS |
| Dispense 30     Verified by: UBA        Cnt7 / PPb |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 9-6-17

Date/Time KOP Issued: 9/6/17 / 2300

____ KOP(s) Issued with Instructions

X _Peterson_____
Inmate Signature

_Kslitche / AFletcher_____
Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy MAR Record |
| PETERSON, DEON                    JA07 2D4 |
| SPN: 01579098     Rx: 0157909810   Printed: 09/06/17 |
| Start: 09/07/17                    Pr. MADUEKE, P |
| Montelukast Sodium Tab 10 MG       KOP |
| (Singular) QUALITEST |
| KOP MED Take 1 tablet(s) by mouth daily for 30 days. |
| Dispense: 30    Verified by  AVA |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: _____

*Auto Refill*

| MEDICATION |
| --- |

Harris County Sheriff's Department Clinic Pharmacy
**MAR Record**

PETERSON, DEON                          JA07 2D4
SPN: 01579098      Rx: 015790982      Reprinted 10/06/17
Start: 06/11/17                          Pr. BABALOLA, E
**Lisinopril 10mg tab**                    KOP
(Prinivil) LUPIN PHARMACEUTICALS
KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS
Dispense: 30    Verified by  UBA          Cntrl / RPh

Date/Time KOP Issued: **10/06/17 / 2320**

____ KOP(s) Issued with Instructions

_Deon Pelcese_
Inmate Signature

_Smith_  L Smith Lvn
Staff Signature

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 10/06/17

Date/Time KOP Issued: 10/06/17 / 2330

___ KOP(s) Issued with Instructions

Inmate Signature

Staff Signature    L Smith LVN

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON<br>SPN: 01579098          JA07 2D4<br>Start: 10/07/17    Rx: 0157909811    Printed: 10/06/17<br>Montelukast Sodium Tab 10 MG          Pr: RADHAKRISHNAN, I<br>(Singulair) QUALITEST          KOP<br>KOP MED Take 1 tablet(s) by mouth daily for 30 days<br>Dispense: 30    Verified by: KAB    ____/____<br>Cab7 / RPh |

___ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

___ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 11|3|17

Date/Time KOP Issued: 11|4|17, 0100

( ) KOP(s) Issued with Instructions

X _D. Peterson_

Inmate Signature

_Patel, Lvn_

Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy MAR Record |
| PETERSON, DEON          JA07 2D4 |
| SPN: 01579098 |
| Start: 11/03/17      Rx: 0157909812     Printed: 11/02/17 |
| Montelukast Sodium Tab 10 MG      Pr. MADUEKE, P. |
| (Singulair) QUALITEST          KOP |
| KOP MED Take 1 tablet(s) by mouth daily for 30 days. |
| Dispense: 30    Verified by: TLA |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

*refusing to consent*

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 06-11-17

Date/Time KOP Issued: 11/7/7 0000

___ KOP(s) Issued with Instructions

x Deon Peterson
**Inmate Signature**

Tuesterman Wn
**Staff Signature**

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>**MAR Record**<br>PETERSON, DEON          JA07 2D4<br>SPN: 01579098      Rx. 015790982   Reprinted: 11/05/17<br>Start: 06/11/17                              Pr. BABALOLA, E.<br>**Lisinopril 10mg tab**      *SN*      KOP<br>(Prinivil) LUPIN PHARMACEUTICALS<br>KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS<br>Dispense: 30    Verified by  UBA                  CnhT / RPh |
| |
| |
| |
| |
| |
| |
| |

___ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____

Inmate Signature

_____

Staff Signature

___ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____

Firma del Preso

_____

Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 11/30/17

Date/Time KOP Issued: 11/30/17 / 1100

_1_ KOP(s) Issued with Instructions

X _Deon Peterson_
Inmate Signature

_DGH_ · T. Griffin, LVN
Staff Signature

| MEDICATION |
|---|
| Harris County Sheriff's Department Clinic Pharmacy<br>**MAR Record**<br>PETERSON, DEON                    JA07 2D4<br>SPN: 01579098          Rx: 0157909813    Printed: 11/29/17<br>Start: 11/30/17                              Pr. MADUEKE, P<br>**Montelukast Sodium Tab 10 MG**         KOP<br>(Singulair) QUALITEST<br>KOP MED Take 1 tablet(s) by mouth daily for 30 days.<br>Dispense: 30    Verified by: TLA |
| |
| |
| |
| |
| |
| |
| |
| |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso
                                              ‹

_____
Firma del Preso

_____
Firma del Staff

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 6/11/17

Date/Time KOP Issued: 12/6/17, 0130

1 KOP(s) Issued with Instructions

X Deon Peterson
Inmate Signature

St Twesterman LVn
Staff Signature

---

MEDICATION

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON　　　　JA07 2D4
SPN: 01579098　　　Rx: 015790982　　Reprinted: 12/05/17
Start: 06/11/17　　　　　　　　　Pr: BABALOLA, E
Lisinopril 10mg tab　　　　　⊙↑　KOP
(Prinivil) LUPIN PHARMACEUTICALS
KOP MED Take 1 tablet(s) by mouth daily FOR 30 DAYS
Dispense: 30　　Verified by: UBA　　　　___/___
　　　　　　　　　　　　　CphT / RPh

---

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

Inmate Signature _____

Staff Signature _____

---

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

Firma del Preso _____

Firma del Staff _____

 **Health**
Laboratory Services

**UTMB Laboratory**
**301 University Boulevard**
**Galveston, Texas 77555**

| **Patient:** | Peterson, Deon Lewis | | |
|---|---|---|---|
| **DOB:** | 2/28/1979 | **Age:** | 41 yrs |
| **MRN:** | 250339A | **Sex:** | Male |

## COVID-19 Testing  (Final result)

Swab specimen 21H-055M0041 from NASOPHARYNGEAL SWAB Unspecified. Ordered by Unspecified.
Authorized by Sunder, Laxman, MD. Collected: 2/23/2021 1435 Received: 2/24/2021 0105. Verified: 2/24/2021
1043. Resulted by UTMB LABORATORY SERVICES.

| Component | Value | Ref. Range |
|---|---|---|
| **SARS-CoV-2 NAAT** | Not Detected | Not Detected |

Resulting Lab: UTMB LABORATORY SERVICES

Comments:
The Abbott RealTime SARS-CoV-2 test is performed by UTMB Molecular Diagnostics
Laboratory. It is a real-time reverse transcriptase polymerase chain reaction
(RT-PCR) assay intended for the qualitative detection of nucleic acid from the
SARS-CoV-2 in nasopharyngeal (NP) and oropharyngeal (OP) swabs. It is used under
Emergency Use Authorization (EUA) by FDA. The limit of detection (LOD) of the
assay is 100 virus copies/mL. False positive results may occur.  A negative
result does not rule out the presence of PCR inhibitors in patient specimen or
SARS-CoV-2 virus RNA concentrations below the LOD. Test results should not be
used as the sole basis for patient management decisions. Note: use of different
brands of NP/OP media and swabs may affect assay performance.

Verified at: 2/24/2021 1043

## Lab Comments

SPN 01579098
LOCATION JA09 2L1 01T

## Resulting Labs

UTMB LABORATORY SERVICES, CLIA:               800-522-2266
45D0660281, 301 University Blvd, GALVESTON TX
77555
Director: Michael Laposata, MD, PhD

Eucka Brown MD.   2/24/21

Patient: Peterson, Deon Lewis   Page: 1 of 1                    Printed: 2/24/2021 12:00 PM

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 2/23/2021

Date/Time KOP Issued: 03/13/2021, 0511

2 KOP(s) Issued with Instructions

Inmate Signature _____

Staff Signature _____

| MEDICATION |
|---|
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br><br>PETERSON, DEON       JA09 2L1<br>SPN: 01579098   Rx: 015790982   Printed: 02/23/21<br>Start: 02/23/21            Pr. BROWN, L.<br>Tolnaftate Top Crm 1% 30GM     KOP<br>(TOLNAFTATE) TARO<br>KOP MED Apply 1 dose externally two times daily to inner thighs for 30 days<br>Dispense: 1   Verified by: **** |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br><br>PETERSON, DEON       JA09 2L1<br>SPN: 01579098   Rx: 015790981   Printed: 02/23/21<br>Start: 02/23/21            Pr. BROWN, L.<br>Albuterol Sulfate AERS 90mcg/actual   KOP<br>(ALBUTEROL 90 MC) PRASCO LABORATORIES<br>KOP MED Inhale 2 puff(s) inhalation by mouth two times a day as needed for asthma for 60 d<br>Dispense: 1   Verified by: MMA     CshT / RPh |
| |
| |
| |
| |
| |
| |
| |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____

Inmate Signature

_____

Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____

Firma del Preso

_____

Firma del Staff

M118-12-10

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 3/25/21

Date/Time KOP Issued: 3/26/2021 23:0

2021

1 KOP(s) Issued with Instructions

X _____ inmate signature

Inmate Signature

Staff Signature — L. Martin LVN, L. Martin

| MEDICATION |
|---|
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON          JA07 5F3<br>SPN: 01579098     Rx: 015790983   Printed: 03/25/21<br>Start: 03/26/21                    Pr. KHAN, R.<br>Imiquimod Top Crm 5%/Packet          KOP<br>(IMIQUIMOD) TARO<br>KOP MED Apply 1 Packet externally every Mon, Wed, & Fri at bedtime and then wash off after<br>Dispense: 13    Verified by:  KES              ____/____<br>                                          CphT / RPh |

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

M118-12-10

DEON PETERSON [DIC]<br>PLAINTIFF [01579098]          TEXAS RANGER PACKET          TXR 000394

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 04/03/2021

Date/Time KOP Issued: 04/06/2021, 2040

_X_ KOP(s) Issued with Instructions

Inmate Signature

Staff Signature

P. Kemirembe, LVN

## MEDICATION

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON                          JA07 5F3
SPN: 01579098        Rx: 015790984      Printed: 04/05/21
Start: 04/05/21                         Pr. KAIKAI, F.
Ketoconazole (Topical) CREAM 2% 15G     KOP
(KETOCONAZOLE) G & W LABS
KOP MED Apply 1 dose externally two times daily to affected area for 30 days.
Dispense: 1    Verified by: JTH                CohT / RPh

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consequencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

M118-12-10

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

4/19/2021

DATE _4-19.2021_

TIME _0451_

LOCATION _1007 5F3_

I, the below named inmate, certify that I am refusing _3rd shift first at_
_BP3/13_ _____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____

Reason for refusal of treatment/procedure _Pt refused to sign_

(1) Witness signature _Staff / Gresham MHMES_

(2) Witness signature _Sean Williamson mh_

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso _____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME _Peterson Dean_

SPN _01579098_     _2.28.79_

DATE OF BIRTH _2 28 79_

MHMRA CASE # _____

M014-0...

PETERSON, DEON LEWIS  PID:01579098
DOB: 02/28/1979 Male Req:131679483
Date:

### HARRIS COUNTY SHERIFF'S OFFICE
### HEALTH SERVICES

DATE COLLECTED  04.22.2021          REQUESTING PHYSICIAN  Sunder, MD

LOCATION: (701)  1200   1307   CELL BLOCK: 5F3

N **HEALTH ASSESSMENT LABORATORY REQUEST/RESULTS**   [ ] **PRIOR HISTORY OF HIV**   [ ] **PHYSICIAN REQUEST**

I hereby voluntarily consent to the HIV (Human Immunodeficiency Virus) test or have disclosed my HIV Positive History. I understand that this test requires the use of my blood for testing. I understand the results can be negative, positive or that a small percentage of the results can be inconclusive and may require re-testing. I understand that if the first results are positive, further testing will be done for confirmation on that blood sample. I understand that no warranties or guaranties have been given to me concerning these results. I understand that if I have disclosed a prior history of being HIV that I have been referred to the HIV counselors and have been given the opportunity to ask questions about this test and its results. I understand that by disclosing my positive HIV status I will be referred to the Early Intervention Program and the Infectious Disease Clinic. I have been given the opportunity to ask questions about my lab results. I have been informed of and or referred to In-house medical treatment and outside agencies that will be able to provide me continuity of care upon leaving the HCSO Detention Facility.

_____          _____ ma          **B. REYES, MA**
PATIENT SIGNATURE                 SIGNATURE OF PERSON DRAWING SPECIMEN FOR TESTING

### TEST REQUESTED (circle)

GC Chlamydia 183194,  Trichomonas 188052
HSV 165180

*HIV (083935), R/G  ~~Syphilis Screening~~ (082345), R/G   Hepatitis Chronic Profile (255505), R/G
CBC (005009), P   Chemistry Profile (058867), R/G   Glycated Hemoglobin (A1c) (001453), P
**HIV Panel with Urinalysis (082345) (006478) (058867) (005009) (096925) (550430) (255505) (083904) (003038), 3-R/G, 2Y, 2P and Urine

**(*For Initial HIV test only) (**For Prior History of HIV only)**

R/G = RED/GRAY TOP   P= PURPLE TOP   Y= YELLOW TUBE
*** ALL SPECIMENS MUST BE PROPERLY LABELED WITH NAME, SPN, INITIALS AND DATE/TIME DRAWN***

### REFUSAL

Date: _____

I, the below named inmate, certify that I am refusing the following laboratory services:  HIV test/HIV panel, Hepatitis, A1c (circle)
which was to have been performed  at the Harris County Sheriff's Office. I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Health Services from all responsibility in my case.

_____
PATIENT SIGNATURE

WITNESS SIGNATURE
TIME: 1130    SEX: M    RACE: B    ZIP CODE: 77015

NAME: peterson, Deon lewis
SPN: 01579098    DATE OF BIRTH: 02.28,1979

**DEON PETERSON [DIC]**
**PLAINTIFF [01579098]**          **TEXAS RANGER PACKET**          **TXR 000397**

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

5/11/2021

DATE _5/11/2021_

TIME _0023_

LOCATION _1CM15F3_

I, the below named inmate, certify that I am refusing _____
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital District. I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____

Reason for refusal of treatment/procedure _____

(1) Witness signature _____

(2) Witness signature _____

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este documento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso _____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME _Peterson Deon_

SPN _01579098_

DATE OF BIRTH _2-28-79_

MHMRA CASE # _____

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL  TREATMENT

DATE 5/12/2021

TIME 0035

LOCATION 5F3

I, the below named inmate, certify that I am refusing _____ BP check _____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District.  I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____ pt-ref. to sign _____

Reason for refusal of treatment/procedure _____

(1)   Witness signature _____ Atinuye ADEULA Arnye, LVN _____

(2)   Witness signature _____ 153727 D.O. D.Senuwm _____

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris.  Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

PETERSON, DEON
NAME

01579098
SPN

02/28/1979
DATE OF BIRTH

MHMRA CASE # _____

M014-04

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

DATE 06/5/2021

TIME 1740

LOCATION JA0175F3

I, the below named inmate, certify that I am refusing _Nurse triage / provider evaluation_
_re: altercation_ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _Deon Peterson_

Reason for refusal of treatment/procedure _Im ok Im not hurt_

(1) Witness signature _A. Martinez, LVN / A. Martinez, LVN_

(2) Witness signature _E. Onyegbase, LVN / E. Onyegbase_

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso _____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME Peterson, Deon
SPN 01579098     DATE OF BIRTH 02/28/1979

MHMRA CASE # _____

M014-0...

DEON PETERSON [DIC]     TEXAS RANGER PACKET     TXR 000400
PLAINTIFF [01579098]

**HARRIS COUNTY SHERIFF'S OFFICE**
Health Services

REFUSAL OF MEDICAL  TREATMENT

DATE _6. 5. 2021_

TIME _0107_

LOCATION _1607 5F3_

I, the below named inmate, certify that I am refusing _3ed shift treatment_
_BP 2/3_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District.  I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____

Reason for refusal of treatment/procedure _Pt refused to sign_

(1)  Witness signature _A. SALINAS  156142_

(2)  Witness signature _Sarah Williamson MX_

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris.  Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME _Peterson Deon_

SPN _01579098_

DATE OF BIRTH _2.28.79_

MHMRA CASE # _____

M014-04

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services

### REFUSAL OF MEDICAL TREATMENT

DATE _06/10/21_

TIME _12:15 AM_

LOCATION _JA 075 E3_

I, the below named inmate, certify that I am refusing _3 Day Bp & Pulse_
_Finger Stick_ _____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital District. I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _Inmate refused to sign_

Reason for refusal of treatment/procedure _No reason given_

(1) Witness signature _D. Schwartz 153747 no. A___

(2) Witness signature _Judith Reyes — MA — Judith Rayos MA_

### REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este documento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso _____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

MHMRA CASE # _____

M014-04

NAME _Petterson Deon_

SPN _01579098_

DATE OF BIRTH _02/26/70_

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

DATE _____

TIME _____

LOCATION _____

I, the below named inmate, certify that I am refusing _____
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _Pt refused to sign_

Reason for refusal of treatment/procedure _Pt refused to sign_

(1) Witness signature _A. SALINAS 156142_ NS

(2) Witness signature _____

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME _Peterson Dean_

SPN _01579098_        DATE OF BIRTH _2·28·79_

MHMRA CASE # _____

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

DATE __06/12/21__

TIME __1:20AM__

LOCATION __3A075F3__

I, the below named inmate, certify that I am refusing __3Day BP ! Pulse__
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature __Inmate refuse to sign__

Reason for refusal of treatment/procedure _____

(1) Witness signature __R. MAYS (7-9771)__

(2) Witness signature __Judith Reyez — MA__

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

Peterson Deon

NAME

01579098                    02/28/79

SPN  579098               DATE OF BIRTH

MHMRA CASE # _____

M014-04-DE

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 6/26/2021

Date/Time KOP Issued: 6/27/21, 0938

KOP(s) Issued with Instructions

X _____

Inmate Signature          O. Coker LVN

Staff Signature

| MEDICATION |
| --- |

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 0157909810          JA07 4B4
Start: 06/26/21          Printed: 06/26/21
Guaifenesin Tab ER 600 MG          Pr. EWURHIE, O.
(Mucinex) RECKITT BENCKISER          KOP
KOP MED Take 1 tablet(s) by mouth every 12 hours for 10 days.
Dispense: 20          Verified by:  UBA          ___/___          CohT / RPh

Harris County Sheriff's Department Clinic Pharmacy
MAR Record

PETERSON, DEON
SPN: 01579098          Rx: 015790988          JA07 4B4
Start: 06/26/21          Printed: 06/26/21
Naproxen Tab 500mg tab for KOP          Pr. EWURHIE, O.
(NAPROXEN) AMNEAL PHARMACEUTICALS          KOP
KOP MED Take 1 tablet(s) by mouth two times daily for 30 days *Take with Food*
Dispense: 60          Verified by:  UBA          ___/___          CohT / RPh

____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____

Inmate Signature _____

Staff Signature _____

____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____

Firma del Preso _____

Firma del Staff _____

M118-12+00

 **HCSO CASE# 2108-03733**  **CONFIDENTIAL** 

| Harris County Sheriff's Office | MEDICATION ADMINISTRATION RECORD | | |
|---|---|---|---|

**PETERSON, DEON LEWIS**  DOB: 02/28/1979 M   Location: FAC JA07 4B4   SPN: 01579098

Allergies: No Known Drug Allergy

Comments:

Physician: <None>   Verified By _____   Date: 6/27/2021

| Medications for Month of JUNE 2021 | Times | 27 | 28 | 29 | 30 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Azithromycin Tab 250 MG** NON-KOP MED Take 2 tablets on day 1, then take 1 tablet daily for 4 days on days 2-5. # 9  Pr. Ewurhie, Oghenero (M) **Start: 06/27/2021 09:00  Stop: 07/01/2021 09:00** Rx 2570711 | 09:00 | | | | | | | | | | | | | | | | | | | |

**PETERSON, DEON LEWIS**   DOB: 02/28/1979 M   Location: FAC JA07 4B4   SPN: 01579098

Printed On: 27 Jun 2021 05:39 AM   report/marintvl/_hso_mar31hso  job# = 9098450   BDM Healthware Inc.   Page 1 of 1

DEON PETERSON [DIC] PLAINTIFF [01579098]   TEXAS RANGER PACKET   TXR 000406

G. Montgomery, LVN

*[handwritten signature]* No Show at Door X3 - IV

*[handwritten signature]* 6/27/21 NO SHOW X3. GM

*[handwritten signature]* No Show at Door X3 - IV

*[handwritten signature]* No Show at Door X3 - IV

### HARRIS COUNTY SHERIFF'S OFFICE
### Health Services

### REFUSAL OF MEDICAL TREATMENT

DATE 6/30/21

TIME 1214

LOCATION J607461

I, the below named inmate, certify that I am refusing **Triage RE: Arm pain**
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital District. I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____

Reason for refusal of treatment/procedure  Do not Need Help

(1)  Witness signature  SFranford / saskertmy pap.

(2)  Witness signature  Emphanco,na, mThomas,na

### REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este documento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

| Peterson, Deon |
| --- |
| NAME |
| 01579098    2/28/79 |
| SPN            DATE OF BIRTH |

MHMRA CASE # _____

M014-04-11

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

7/3/21

Date of Order: 6/30/2021

Date/Time KOP Issued: 07/03/2021 1621

___1___ KOP(s) Issued with Instructions

x _Deon Peterson_
Inmate Signature

_J. Tagboor, RN_     _J Tagboor, RN_
Staff Signature

| MEDICATION |
|---|
| Harris County Sheriff's Department Clinic Pharmacy MAR Record |
| PETERSON, DEON |
| SPN: 01579098 |
| Start: 06/30/21     Rx: 0157909811     JA07 4B4 |
| AmLODIPine Besylate Tab 5mg for KOP     Printed: 06/30/21 |
| (AMLODIPINE BESY) ASCEND LABORATORIES     Pr. FRAY, S. |
| KOP MED Take 1 tablet(s) by mouth every morning for 30 days     KOP |
| Dispense: 30     Verified by: AVA     ____/____ |
|     CohT / RPh |

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____

Inmate Signature

_____

Staff Signature

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____

Firma del Preso

_____

Firma del Staff

DEON PETERSON [DIC]     TEXAS RANGER PACKET     TXR 000409
PLAINTIFF [01579098]

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services

### REFUSAL OF MEDICAL TREATMENT

DATE _7·5·2021_

TIME _0119_

LOCATION _4a074/B°/_

I, the below named inmate, certify that I am refusing _3ᵉᵈ shift treatment BP 1/3_
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital District. I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _Pt refused to sign_

Reason for refusal of treatment/procedure _No reason given_

(1) Witness signature _Williamson, Sarah MA_

(2) Witness signature _M. Mohamed 156703_

### REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este documento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

_Peterson Dean_
NAME
_01579098_                    _2·28·79_
SPN                          DATE OF BIRTH

MHMRA CASE # _____

## HARRIS COUNTY SHERIFF'S OFFICE
### Health Services
### KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 7/5/2021

Date/Time KOP Issued: 7/11/2021 / 1001

_____ KOP(s) Issued with Instructions

x _____

Inmate Signature

G. Montgomery LVN  _G Muntgumeny._

Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON<br>SPN: 01579098<br>Start: 07/05/21          Rx: 0157909812          JA07 4B4<br>                                                       Printed: 07/05/21<br>Triamcinolone Acetonide (Topical) T          Pr. IHIDERO, D.<br>(TRIAMCINOLONE A) ASCEND LABORATORIES          KOP<br>KOP MED Apply 1 dose externally two times daily for 30 days.<br>Dispense: 1     Verified by:  JTH<br>                                            _____/_____<br>                                             CohT / RPh |
| |
| |
| |
| |
| |
| |
| |

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____

Inmate Signature

_____

Staff Signature

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____

Firma del Preso

_____

Firma del Staff

M118-12-10

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 7|13|21

Date/Time KOP Issued: 4/15/2021 / 1900

3 KOP(s) Issued with Instructions

X _____
Inmate Signature

_____  A. Franklin, RN
Staff Signature

| MEDICATION |
| --- |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON                JA07 4B4<br>SPN: 01579098    Rx: 0157909813    Printed: 07/12/21<br>Start: 07/13/21                      Pr. JOHNSON, V.<br>Cetirizine HCl 10 mg tablet          KOP<br>(Zyrtec) PERRIGO<br>KOP MED Take 1 tablet(s) by mouth daily for 30 days.<br>Dispense: 30    Verified by: TAB           ___/___<br>                                    CehT / RPh |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON                JA07 4B4<br>SPN: 01579098    Rx: 0157909814    Printed: 07/12/21<br>                                    Pr. JOHNSON, V.<br>Triamcinolone Acetonide (Nasal) Aer   KOP<br>(GOODSENSE NASAL) GEISS DESTIN & DUNN<br>KOP MED Inhale 2 spray(s) nasally daily in each nostril for 60 days.<br>Dispense: 1    Verified by: TAB           ___/___<br>                                    CehT / RPh |
| Harris County Sheriff's Department Clinic Pharmacy<br>MAR Record<br>PETERSON, DEON                JA07 4B4<br>SPN: 01579098    Rx: 0157909815    Printed: 07/12/21<br>Start: 07/12/21                      Pr. JOHNSON, V.<br>Q-TUSSIN DM Syrup 118 ML             KOP<br>(Q-tussin dm) QUALITEST<br>KOP MED Take 10 ML by mouth every 6 hours for 5 days.<br>Dispense: 1    Verified by: TAB           ___/___<br>                                    CehT / RPh |

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the consequences of this refusal and hereby release said Harris County Sheriff's Office and Medical Division from all responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias de reusar y ser suelto a dicho La Oficina de los Sheriff's del Condado de Harris y la Division Medica de toda responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff

DEON PETERSON [DIC]        TEXAS RANGER PACKET                TXR 000412
PLAINTIFF [01579098]



peterson, deon
42 years
Male    Black
ID: 001579098
21-Jul-2021    9:57:12

Vent. rate        70 bpm
PR interval       176 ms
QRS duration      80 ms
QT/QTc        362/390 ms
P-R-T axes    22  6  26

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG

HCSO CASE# 2108-03733
CONFIDENTIAL

Technician: m.hernandez,ma
Test ind: ekg

Referred by: b.george, np            Unconfirmed

150 Hz

DEON PETERSON [DICY PLAINTIFF [01579098]
TEXAS RANGER PACKET

MAC55  009A   TXR 000413  v237

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

DATE _7-22-2021_

TIME _0134_

LOCATION _4B4_

I, the below named inmate, certify that I am refusing _Blood Pressure_
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _Refused to sign_

Reason for refusal of treatment/procedure _declined treatment_

(1) Witness signature _Sektdna Cug_

(2) Witness signature _Rodney W Coleman D.O. 146841_

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

_Peterson Deon_
NAME
_0157909 8_          _02|28|79_
SPN                    DATE OF BIRTH

MHMRA CASE # _____
M014-94

DEON PETERSON [DIC]     TEXAS RANGER PACKET          TXR 000414
PLAINTIFF [01579098]

HARRIS COUNTY SHERIFF'S OFFICE
Health Services

REFUSAL OF MEDICAL TREATMENT

DATE 07-23-21

TIME 11:55 Pm

LOCATION JA074BU

I, the below named inmate, certify that I am refusing _____ 3 Dan BP + Pulse _____
_____ (treatment or procedure)
which was to have been performed at the Harris County Sheriff's Office and/or Harris County Hospital
District. I have been counseled and informed as to the consequences of this refusal and hereby release
said Harris County Sheriff's Office and Medical Services from all responsibility in my case.

Inmate signature _____ Inmate recuse to sign _____

Reason for refusal of treatment/procedure _____ No reason given _____

(1) Witness signature _____ Rodney W Coleman D.O. 146841 _____

(2) Witness signature _____ Judith Ramos-MA      Judith Ramos-MA _____

REFUSO DE TRATAMIENTO MEDICO

Yo, el preso nombrado en este documento, refuso _____
_____ (tratamiento o procedimiento)
que iba a ser efectuado en el Harris County Sheriff's Office o en el Distrito de Hospitales del Condado de
Harris. Yo he sido informado y consulado de las consecuencias de refusar tratamiento y en este docu-
mento libro al Harris County Sheriff's Office y su Division Medica de toda responsabilidad en mi caso.

Firma del preso_____

Razon por que no desea el tratamiento/procedimiento _____

(1) Firma del testigo _____

(2) Firma del testigo _____

NAME Peterson Deon

SPN 01570098     DATE OF BIRTH 02/28/79

MHMRA CASE # _____
M014-04-11

HARRIS COUNTY SHERIFF'S OFFICE
Health Services
KOP MEDICATION ADMINISTRATION RECORD

Date of Order: 7/20/2021

Date/Time KOP Issued: 07/26/21, 1642

2 KOP(s) Issued with Instructions

X _____
Inmate Signature

Staff Signature _____ MSMoore
M.Moore LVN

---

## MEDICATION

Harris County Sheriff's Department Clinic Pharmacy
MAR Record
PETERSON, DEON
SPN: 01579098
Start: 07/21/21          Rx: 0157909816          JA07 4B4
Printed: 07/20/21
Cetirizine HCl 10 mg tablet                    Pr. JOHNSON, V.
(Zyrtec) PERRIGO                                   KOP
KOP MED Take 1 tablet(s) by mouth daily for 30 days.
Dispense: 30      Verified by:  TAB
                                              CohT / RPh

Harris County Sheriff's Department Clinic Pharmacy
MAR Record
PETERSON, DEON
SPN: 01579098                                   JA07 4B4
Start: 07/21/21          Rx: 0157909817      Printed: 07/20/21
Carbamide Peroxide (Otic) Otic Sol             Pr. JOHNSON, V.
(Ear Wax Solutio) MAJOR PHARMACEUTICALS            KOP
KOP MED Instill 6 drops into affected ear(S)on day 1, on day 2, and on day 3, then rinse w
Dispense: 1      Verified by:  TAB
                                              CohT / RPh

---

_____ KOP(s) Refused

Reason for Refusal: _____

_____

I have been counseled and informed as to the conse-
quences of this refusal and hereby release said Harris
County Sheriff's Office and Medical Division from all
responsibility in my case.

_____
Inmate Signature

_____
Staff Signature

---

_____ Reusarse al KOP(s)

La razon por la cual se reusa: _____

_____

Yo he sido consultado e informado a las consecuencias
de reusar y ser suelto a dicho La Oficina de los Sheriff's
del Condado de Harris y la Division Medica de toda
responsabilidad en mi caso

_____
Firma del Preso

_____
Firma del Staff