# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

| THIS REPORT IS THE PROPERTY OF THE TEXAS DPS. |
|---|
| NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED |

## Main

**Originating Case #:**
**Originating Invest #:** 2021I-TRA-50076115
**Report #:** S4
**Report Type:** Supplemental
**Status:** Approved
**Date Written:** 08/19/2021
**Division:** Texas Rangers
**Region/Company:** A
**Service:**
**District:**
**Area:** Houston

**Lead Investigator:** Daron Parker - DP09146
**Immediate Supervisor:** Louis J Owles - LO10770
**Investigation Supervisor:** Grover Huff - GH06877
**Admin Review:**
**Program:**
**Activity Type:** Investigative
**Activity Date:** 06/13/2021
**Other Activity:**

**Title:**
Custodial Death, Harris County, Deon Peterson, 08-10-2021

**Synopsis:**
On 06-13-2021, I, Texas Ranger Daron Parker, obtained Jail Division records from the Harris County Sheriff's Office regarding the custodial death of Deon Lewis Peterson. I also obtained Peterson's medical charts from the HCSO Medical Clinic. I reviewed the records and medical charts. Information obtained from the records and charts is detailed herein. This investigation will continue.

**Legacy Reference:**
**Other Information (Migrated from legacy system):**

## Details

4.1   On 06-13-2021, I, Texas Ranger Daron Parker, requested and received information from Harris County Jail Division.  HCSO Staff provided me with documents generated on inmate Deon Lewis Peterson.

4.2   HCSO provided records that detailed Peterson's stint in the custody of the HCSO Jail Division.  I reviewed the aforementioned documents.

4.3   Further identifiers for Deon Lewis Peterson are B/M, DOB: 02/28/1979, SSN 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, Texas Driver's License 42197441, SPN 01579098.  Peterson reported his address as 3333 Normandy Street, Apartment 1306 in Houston.

4.4 Peterson's criminal history contains charges of; Aggravated Robbery, Criminal Trespass, Evading Arrest x 3, Possession of a Controlled Substance x 3, and Tampering with Evidence.

4.5   On 02-23-2021, Peterson was taken into custody by the Houston Police Department, on the authority of a Harris County Warrant 234653201010-2, and booked into the Harris County Jail.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

**CONFIDENTIAL**

4.6   I reviewed Peterson's HCSO records during his time in the custody of the HCSO.

4.7   A review of the HCSO Jail Division medical screening report did not yield any indication that Peterson had "feelings of hopelessness" nor did he (Peterson) have any suicidal ideations at the time of his arrest.

4.8   A review of Peterson's HCSO jail division offense reports revealed the following incidents.  The following provides a brief description of the HCSO Jail Violation Code that Peterson violated; for additional details, see the HCSO Offense Reports attached to this investigative case file.

4.9   On 05-03-2021, DO Shaquita Horn reported that she observed Peterson and two other Inmates smoking a rolled-up brown paper bag.  Horn reported that she instructed Peterson and the other Inmates to stop.  Horn reported that the Inmates refused to stop.  Horn reported that Peterson and the other Inmates refused.  Peterson and the other inmates were charged with violating the HCSO Jail Code for Smoking and/or Possession of any Tobacco or Paraphernalia.

4.10   On 05-27-2021, DO Shaquita Horn reported that she observed Peterson and three other Inmates smoking.  Horn reported that she instructed Peterson and the other Inmates to stop.  Horn reported that the Inmates refused to stop.  Horn reported that Peterson and the other Inmates refused and yelled: "shut up bitch."  Peterson and the other inmates were charged with violating the HCSO Jail Code for Smoking and/or Possession of any Tobacco or Paraphernalia.

4.11   On 06-05-2021, Peterson was charged with violating the HCSO Jail Code for Fighting and Assault on Any Inmate.

4.12   On 06-09-2021, Peterson was charged with violating the HCSO Jail Code for Group Demonstration.

4.13   On 06-10-2021, Peterson was charged with violating the HCSO Jail Code for Failure to Wear Armband.

4.14   On 06-13-2021, Peterson was charged with violating the HCSO Jail Code for Refusing to Obey Order.

4.15   HCSO Jail Division reports also detailed Peterson's medical incidents.  The following provides a brief description regarding the reasons for Peterson's trips to the HCSO Medical

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

Clinic; for additional details, see the HCSO Offense Reports attached to this investigative case file.


4.16  On 08-05-2021, an offense report was drafted by DO A Trevino.  Trevino detailed that Inmates advised him that Peterson could not get up via the POD intercom system.  Trevino detailed that DO J Stepro signaled him to contact the Medical Clinic for a stretcher.  Peterson advised Stepro that his (Peterson's) blood sugar was low, as he (Peterson) had diabetes.


4.17  On 08-10-2021, DO A Goodlow-Jones detailed the following incident.  "Detention Officer A. Jones (EIN 154489) was assigned to the first floor of the 701 N. San Jacinto Jail facility, in B- Pod, during first watch.  At approximately 0930 an unknown inmate who was later identified by his Harris County armband as inmate Peterson, Deon (SPN 01579098), complained that he had been vomiting and had bad chest pains. I made a call to 701 clinic for a gurney and medical team. I also called Detention Sergeant Jefferson to Inform her of the situation. Sgt. Jefferson and rovers responded and found Inmate Peterson laying on his stomach. He was conscious and talking. When medical arrived, Inmate Peterson was escorted to the 701 Clinic on the gurney. He is currently being seen by a medical provider. While in the clinic, Inmate Peterson was very agitated at the nurse, so he got off the gurney and attempted return to the 4th floor. Sgt. Jefferson arrived in the basement and Inmate Peterson was on the floor, saying that his chest was still hurting. Sgt. Jefferson told Inmate Peterson to get up and go back to the clinic, he complied. Inmate Peterson went back to medical and is being seen by a provider at this time. All of his property was bagged and placed in storage.  At approximately 1032 hours, Inmate Peterson was cleared by medical and returned to the 4th Floor and given his property and sent back to his assigned living area, 4B4."


4.18  08-10-2021, DO D Martinez detailed the following incident.  "I, Detention Officer (EIN 156586), was assigned to Early Watch, as a rover on the Fourth Floor of the Harris County Jail Facility, located at 701 North San Jacinto, Houston, Texas, 77002.  At approximately 0930 hours, I responded to a medical emergency floor page coming from 4B4. Detention Sergeant L. Jefferson (EIN 101432), and I were able to identify the inmate by his Harris County issued armband as Inmate Deon Peterson (SPN 01579098). After medical arrived, I began to pack his belongings. While I was placing his property into the plastic bag, I came across two razor blades. I removed the contraband from the cellblock and disposed of them. Inmate Peterson was informed, that they are being charged in violation of disciplinary infraction code #2306, "POSSESSION OF CONTRABAND," of the Harris County Sheriff's Office Inmate Handbook. Inmate Peterson was afforded an opportunity to write an individual statement, to which they declined an individual statement. Inmates Peterson was issued a Confirmation of Service form. Detention Sergeant L. Jefferson (EIN 101432), along with Classification Detention Officer A. Jackson (EIN 131137), were notified of this incident.


4.19  I also obtained and reviewed Peterson's HCSO Medical Clinic chart.


4.20  At the time of Peterson's intake process on 02-23-2021, Peterson did not report having

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## CONFIDENTIAL
## SUPPLEMENTAL REPORT

any severe mental health conditions.  With regard to his physiological condition, Peterson reported having asthma, hypertension, and genital warts.

4.21  Peterson was asked a series of medical questions inquiring about; fever, cough, shortness of breath, fatigue, muscle aches, chills, diarrhea, vomiting, and loss of taste or smell.  Peterson denied having any of the aforementioned conditions.

4.22  On 07-19-2020, HCSO medical staff examined Peterson.  Medical Staff documented the following health issues; asthma, hypertension, dermatitis, stye on the eye.

4.23  HCSO medical records indicated that Peterson was prescribed an albuterol inhaler and tolnaftate cream.

4.24  HCSO medical records further indicated that Peterson's asthma and STD condition was regularly monitored.  During the course of the regular medical examinations, Peterson denied the presence of fever, cough, shortness of breath, chest pains, fatigue, muscle aches, chills, diarrhea, vomiting, and loss of taste or smell.

4.25  On 06-26-2021, Erika Johnson, LVN, documented that Peterson reported the presence of a cough that was producing green mucus.  Peterson told Johnson that the green mucus-producing cough had been occurring for about two weeks.  Records also indicate that Peterson began complaining of pain in his left shoulder around that same time.  Staff documented that the shoulder appeared intact and that no definitive evidence of acute injury was found. Peterson's medical chart later documented an additional clinic visit on 07-04-2021, where Peterson reported the green mucus-producing cough a second time.

4.26  On 07-01-2021, HCSO medical records indicated that a blood work analysis was completed.  Peterson was subsequently prescribed Amlodipine.

4.27  On 07-11-2021, Peterson entered the medical clinic complaining of arm pain.  During the medical examination, NP Viveen V Johnson documented that Peterson's fingertips were brown and that she told Peterson to stop smoking.  Peterson was prescribed Naproxen, Zyrtec, Nasacort, and Robitussin cough syrup.  Peterson's chart also documented that Peterson had been to the medical clinic complaining of arm pain on other occasions.

4.28  On 07-17-2021, HCSO Mental Health Professional Angela Paz, LPHA, documented that she conducted a session with Peterson.  Paz noted that Peterson did not manifest any suicidal or homicidal ideations.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

4.29  Paz documented the following in the comments section of the chart.  "Upon contact, Pt reported feeling "stressed" because he is worried about his case and wants to go home. Pt was informed of the purpose of the assessment. Pt stated he is supposed to be taking Wellbutrin and Benadryl but was unable to identify where he was rx'd these medications when probed. Pt requested to be seen by a MH prescriber. Pt denied current SI/HI/AVH. Pt reported he is tending to ADLs, eating 3/3 meals, and sleeping "rocky", about 3/24 hours. Pt reported he spends his time reading and "just dealing with it". Pt reported he plans to work upon release. Pt does not appear to be in acute psychological distress to warrant immediate MH intervention at this time. Clinician educated Pt on the process for accessing services within the jail."

4.30   On 07-21-2021, HCSO Medical Assistant Marianna Hernandez documented that Peterson told her that he had not been taking any of his prescribed medications.

4.31   On 08-03-2021, NP Johnson documented that Peterson entered the medical clinic complaining of body aches and vomiting.  Johnson documented that Peterson's fingertips were brown.  Johnson reported that Peterson told her that he had been smoking cigarettes.

4.32  On 08-05-2021, Olukemi I Ikwunze, LVN, reported the following.  "Medical was called to the floor reporting emergency. Upon arrival, patient was found lying on right side in bed. patient got up with no assistance. Patient stated i woke up and started feeling nauseous. Patient stated" And I said go ahead and call medical. I feel better after i threw up." Patient denies any dizziness, SOB and in no acute distress at this time. Patient is referred to provider for further evaluation."

4.33  On 08-10-2021, NP Johnson documented the following.  "Patient brought to clinic via stretcher, pt was found in bed lying on his stomach in no distress. pt uncooperative, pt refusing to put mask, once pt in clinic, pt refused all questions, then stated his chest pain started 20 mins ago, pt stated, if you ain't going to do anything for me , I'm going back to my bed, pt sat up took safety straps off , got off stretcher and lift clinic. v/ stable, Sgt on the floor informed."

4.34  Later that same day, Johnson documented an additional encounter with Peterson.  "Pt is a 42 y/o AA male who presents to the clinic cc of chest pain. Pt denies sudden feeling of pressure, squeezing, tightness, or crushing under his breastbone. Pt denies pain that radiates to his jaw, left arm, or back at this time. Pt denies sob, confusion, excessive sweating, nausea, vomiting, dizziness, palpitation, or rapid breathing at this time. States the chest discomfort started after he finish eating this morning. Pt is clinically stable, A&O x3, able to make needs known, able to follow commands and not in acute distress at this time. Glasgow Coma: 15."

4.35  George Griffin, MD, detailed Peterson's final medical chart entry.  "This inmate was in the clinic complaining of chest pain. He shortly after arrival slumped to the floor and stopped

# TEXAS DEPARTMENT OF PUBLIC SAFETY
# SUPPLEMENTAL REPORT

CONFIDENTIAL

breathing. Immediately he was lifted and placed on a bed. There was no pulse so CPR was started immediately. The AED was obtained and CPR was continued without breaks. The AED first shock was given at 1207. There was no pulse throughout the CPR. The Rebreather bag was used to administer Oxygen. HFD took over and placed the Thumper on the patient. This patient maintained normal vital signs on this visit until the cardiac Arrest. He stopped breathing and was found without a pulse. by Carotid check. CPR was begun immediately and continued until HFD arrival. The AED was used and oxygen was delivered by a rebreather mask. HFD took over."

4.36  This investigation indicates that Peterson was transported to Ben Taub Hospital via HFD ambulance.

4.37  Ben Taub Hospital records have been requested and will be reported in a subsequent report.

4.38  For additional details, see the HCSO Jail Division records and HCSO Medical Clinic Chart attached to this investigative file.

4.39  This investigation will continue.

| **Activity Location** | Originating Invest #: 2021I-TRA-50076115 | |
|---|---|---|
| Location Name: | | |
| Street: | | |
| City: | Zip Code: | |
| County: | State: Texas | |
| Country: US - United States of America (USA) | Mile Mark: | |
| Location Description: | | |

| **Personnel** | Originating Invest #: 2021I-TRA-50076115 |
|---|---|

| **Involved Persons** | Originating Invest #: 2021I-TRA-50076115 |
|---|---|

| **Involved Vehicle** | Originating Invest #: 2021I-TRA-50076115 |
|---|---|

| **Involved Location** | Originating Invest #: 2021I-TRA-50076115 |
|---|---|

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

| **Involved Business** | **Originating Invest #:** 2021I-TRA-50076115 |
|---|---|

| **Attachments** | **Originating Invest #:** 2021I-TRA-50076115 |
|---|---|
| | **Attachment Name(s):** |
| | **File Link(s):** |

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

**THIS REPORT IS THE PROPERTY OF THE TEXAS DPS.**
**NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED**

# Main

**Originating Case #:**
**Originating Invest #:** 2021I-TRA-50076115
**Report #:** S5
**Report Type:** Supplemental
**Status:** Admin Review In Progress
**Date Written:** 10/22/2021
**Division:** Texas Rangers
**Region/Company:** A
**Service:**
**District:**
**Area:** Houston

**Lead Investigator:** Daron Parker - DP09146
**Immediate Supervisor:** Louis J Owles - LO10770
**Investigation Supervisor:** Grover Huff - GH06877
**Admin Review:**
**Program:**
**Activity Type:** Investigative
**Activity Date:** 10/22/2021
**Other Activity:**

**Title:**
Custodial Death, Harris County, Deon Peterson, 08-10-2021
**Synopsis:**
On 10-22-2021, I, Texas Ranger Daron Parker continued a custodial death investigation regarding HCSO inmate Deon Lewis Peterson. I received and reviewed the Harris County Institute of Forensic Science report regarding to the autopsy performed on Peterson. The report indicated that Peterson's cause of death was listed as "acute thrombosis due to atherosclerotic cardiovascular disease." Furthermore, "Covid-19, and diabetes mellitus" were listed as "Contributory Conditions." The manner of death was listed as "Natural." This investigation will continue.
**Legacy Reference:**
**Other Information (Migrated from legacy system):**

# Details

5.1 On 10-22-2021, I, Texas Ranger Daron Parker continued a custodial death investigation regarding HCSO inmate Deon Lewis Peterson, black male, date of birth 02-28-1979, SSN 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, Texas Driver's License 42197441, SPN 01579098.

5.2 I received and reviewed HCIFS postmortem report ML-21-3656 prepared by Doctor Pramod Gumpeni.

5.3 Previously, on 08-11-2021, Harris County Institute of Forensic Science staff performed an autopsy on Peterson at the HCIFS Building at 1861 Old Spanish Trail in Houston.

5.4 The report indicated that Peterson's cause of death was listed as "acute thrombosis due to atherosclerotic cardiovascular disease." Furthermore, "Covid-19, and diabetes mellitus" were listed as "Contributory Conditions." The manner of death was listed as "Natural."

5.5 I reviewed Dr Gumpeni's autopsy report in its entirety. The details of the autopsy report appear consistent with this investigation thus far.

5.6 Toxicology analysis was performed on blood drawn from Peterson. Peterson's toxicology analysis results were unremarkable.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
**CONFIDENTIAL**

5.7   For additional details regarding the postmortem examination on the body of Peterson see Dr Gumpeni's report.

5.8   This investigation will continue.

## Activity Location
**Originating Invest #:** 2021I-TRA-50076115

**Location Name:**
**Street:**
**City:**                                                                          **Zip Code:**
**County:**                                                                        **State:** Texas
**Country:** US - United States of America (USA)                                   **Mile Mark:**
**Location Description:**

## Personnel
**Originating Invest #:** 2021I-TRA-50076115

**Name:** Daron Parker - DP09146                          **Type:** Lead Investigator
**ID #:**                                                 **Agency/Service:** Texas Dept of Public Safety
**Assign Date:** 08/10/2021                               **End Date:**
**Division:** Texas Rangers                               **Region/Company:** A
**Distict:**                                              **Area:** Houston
**Email:** daron.parker@dps.texas.gov                     **Phone:** 2815171400
**Address:**                                              **Supervisor:** Louis J Owles - LO10770

## Involved Persons
**Originating Invest #:** 2021I-TRA-50076115

## Involved Vehicle
**Originating Invest #:** 2021I-TRA-50076115

## Involved Location
**Originating Invest #:** 2021I-TRA-50076115

## Involved Business
**Originating Invest #:** 2021I-TRA-50076115

## Attachments
**Originating Invest #:** 2021I-TRA-50076115

**Attachment Name(s):**
**File Link(s):**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

| |
|---|
| **THIS REPORT IS THE PROPERTY OF THE TEXAS DPS.**<br>**NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED** |

## Main

**Originating Case #:**
**Originating Invest #:** 2021I-TRA-50076115
**Report #:** S6
**Report Type:** Supplemental
**Status:** Admin Review In Progress
**Date Written:** 12/17/2021
**Division:** Texas Rangers
**Region/Company:** A
**Service:**
**District:**
**Area:** Houston

**Lead Investigator:** Daron Parker - DP09146
**Immediate Supervisor:** Louis J Owles - LO10770
**Investigation Supervisor:** Grover Huff - GH06877
**Admin Review:**
**Program:**
**Activity Type:** Investigative
**Activity Date:** 12/16/2021
**Other Activity:**

**Title:**
Custodial Death, Harris County, Deon Peterson, 08-10-2021
**Synopsis:**
On 12-16-2021, I, Texas Ranger Daron Parker, continued investigation into the custodial death of Deon Lewis Peterson. I obtained Peterson's medical chart from Ben Taub Hospital. I reviewed the medical charts. Information obtained from the chart is detailed herein. This investigation will be submitted to the Harris County District Attorney's Office. This investigation will remain open pending a response from the HCDA and/or a Harris County Grand Jury.
**Legacy Reference:**
**Other Information (Migrated from legacy system):**

## Details

6.1   On 12-16-2021, I, Texas Ranger Daron Parker, continued investigation into the custodial death of Deon Lewis Peterson.  I obtained Peterson's medical chart from Ben Taub Hospital.  I reviewed the medical charts.

6.2   Further identifiers for Deon Lewis Peterson are as follows; black male, date of birth 02-28-1979, SSN 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, Texas Driver's License 42197441, SPN 01579098.

6.3   Peterson's Ben Taub Hospital medical chart yielded the following details.

6.4   Attending physician Doctor Eric Antonsen documented that Peterson arrived at the emergency room with CPR in progress.  Antonsen further reported that one shock was administered prior to the initiation of CPR, and that five doses of epinephrine were administered prior to arrival.

6.5   Antonsen reported that life saving efforts had been underway for fifty minutes at the time of Peterson's arrival at the emergency room.

6.6   Antonsen reported that Peterson had no pulse at 12:56 pm, thus Peterson's time of death was documented at 12:56 pm.

Printed By Daron Parker - Print Date/Time 12/20/2021 15:51     Page 1 of 2
**DEON PETERSON**     **TXR INVESTIGATION**     **000011 TXR**
**[SPN 01579098]**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
# SUPPLEMENTAL REPORT

6.7 For additional details, see the Ben Taub Hospital medical chart attached to this investigative file.

6.8 This investigation will be submitted to the Harris County District Attorney's Office. This investigation will remain open pending a response from the HCDA and/or a Harris County Grand Jury.

---

## Activity Location
**Originating Invest #:** 2021I-TRA-50076115

| | |
|---|---|
| **Location Name:** | |
| **Street:** | |
| **City:** | **Zip Code:** |
| **County:** | **State:** Texas |
| **Country:** US - United States of America (USA) | **Mile Mark:** |
| **Location Description:** | |

---

## Personnel
**Originating Invest #:** 2021I-TRA-50076115

| | |
|---|---|
| **Name:** Daron Parker - DP09146 | **Type:** Lead Investigator |
| **ID #:** | **Agency/Service:** Texas Dept of Public Safety |
| **Assign Date:** 08/10/2021 | **End Date:** |
| **Division:** Texas Rangers | **Region/Company:** A |
| **Distict:** | **Area:** Houston |
| **Email:** daron.parker@dps.texas.gov | **Phone:** 2815171400 |
| **Address:** | **Supervisor:** Louis J Owles - LO10770 |

---

## Involved Persons
**Originating Invest #:** 2021I-TRA-50076115

## Involved Vehicle
**Originating Invest #:** 2021I-TRA-50076115

## Involved Location
**Originating Invest #:** 2021I-TRA-50076115

## Involved Business
**Originating Invest #:** 2021I-TRA-50076115

## Attachments
**Originating Invest #:** 2021I-TRA-50076115

**Attachment Name(s):**
**File Link(s):**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

---

**THIS REPORT IS THE PROPERTY OF THE TEXAS DPS.**
**NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED**

---

## Main

| | |
|---|---|
| **Originating Case #:** | **Lead Investigator:** Daron Parker - DP09146 |
| **Originating Invest #:** 2021I-TRA-50076115 | **Immediate Supervisor:** Louis J Owles - LO10770 |
| **Report #:** S1 | **Investigation Supervisor:** Grover Huff - GH06877 |
| **Report Type:** Initial | **Admin Review:** |
| **Status:** Approved | **Program:** |
| **Date Written:** 08/10/2021 | **Activity Type:** Investigative |
| **Division:** Texas Rangers | **Activity Date:** 08/10/2021 |
| **Region/Company:** A | **Other Activity:** |
| **Service:** | |
| **District:** | |
| **Area:** Houston | |

**Title:**
Custodial Death, Harris County, Deon Lewis Peterson, 08-10-2021

**Synopsis:**
On 08-10-2021, I, Texas Ranger Daron Parker, was assigned to investigate the death of Deon Lewis Peterson, who was an inmate in the custody of the Harris County Jail at 701 North San Jacinto. Peterson reported experiencing chest pains and vomiting to HCSO medical staff. While receiving treatment in the HCSO Clinic, Peterson entered into cardiac arrest. Peterson was transported by ambulance to Ben Taub Hospital in Houston. Peterson was pronounced deceased a short time after his arrival. I traveled to the Ben Taub and conducted an examination of the body and scene. I also interviewed Ben Taub Hospital staff. I traveled to the HCSO Jail, where I photographed and conducted an examination of the scene. Additionally, I interviewed HCSO Jail Division staff, and HCSO Clinic staff. This investigation will continue.

**Legacy Reference:**
**Other Information (Migrated from legacy system):**

---

## Details

1.1   On 08-10-2021, at approximately 1:58 pm, I, Texas Ranger Daron Parker, received a message from DPS Communications to contact Harris County Sheriff's Office (HCSO) Watch Command. Watch Command reported the custodial death of an HCSO inmate. Watch Command elaborated that the inmate was at Ben Taub Hospital in Houston.

1.2   HCSO requested assistance from the Texas Rangers to conduct a custodial death investigation.

1.3   At approximately 2:45 pm, I spoke with HCSO Jail Division Sergeant Bernard Kelly. Kelly identified the inmate as Deon Lewis Peterson, B/M, DOB: 02/28/1979, SPN 1579098.

1.4   Kelly advised me that Peterson, was an inmate at the HCSO Jail at 701 San Jacinto Street, entered the HCSO medical clinic earlier that same day. Kelly stated that Peterson reported to HCSO medical staff that he was experiencing chest pains and vomiting. Kelly stated that Peterson entered into cardiac arrest while receiving treatment in the HCSO Clinic.

1.5   Kelly advised that Peterson was transported by HFD ambulance to the Ben Taub Hospital Emergency Room in Houston.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
# SUPPLEMENTAL REPORT

1.6   Kelly stated that Peterson was pronounced deceased by Dr. Erik Antonsen.

1.7   I then spoke with Antonsen on the phone.  Antonsen stated that he was the attending physician who provided care to Peterson upon his arrival at Ben Taub Hospital.

1.8   Antonsen stated that Peterson arrived via HFD Ambulance.  Antonsen advised that CPR was being performed on Peterson via a Lucas Machine.  A Lucas Machine is a device that provides chest compressions.  Antonsen stated that HFD Medics were providing breath via a laryngeal mask airways (LMA) device.

1.9   Antonsen advised that HFD Medics informed him that Peterson had been asystole (cessation of heart activity) for approximately fifty (50) minutes.

1.10  Antonsen stated that HFD administered epinephrine to Peterson prior to his arrival at Ben Taub.

1.11  Antonsen advised that he assessed Peterson's condition and deduced that the prognoses of continuing resuscitation were futile.

1.12  Antonsen stated that he consequently pronounced Peterson deceased at 12:56 pm.

1.13  I utilized a digital recorder during the aforementioned interview.  Audio captured during the course of the interview was stored on a media drive (Exhibit S1.P1) and will be retained with this investigative file.

1.14  At approximately 3:53 pm, I arrived at Ben Taub Hospital Emergency Room, located at 1504 Ben Taub Loop in Houston, where Kelly met me.

1.15  Kelly escorted me to Peterson's body, which was located in critical care room 3.  HCSO Deputy T Pierson was the assigned Deputy charged with keeping CCR 3 secured.  Also present was HCSO Sergeant R Lomeli.

1.16  I observed the body of a black male covered by a single white sheet.  Upon removing the sheet, I observed that the black male was wearing identifying bands on both wrists.  The bands identified the wearer as Deon Peterson, DOB: 02/28/1979.

1.17  I took photos of CCR 3, overall photos of Peterson's body, and of photos Peterson's face and hands.  I did not observe any noticeable signs of trauma to Peterson's body.  More specifically, I did not notice any visible signs of trauma to Peterson' head, face, neck, or hands.  The photos were placed on a media drive (Exhibit S1.P2) and will be retained with this investigative file.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

1.18  At approximately 3:57 pm, I released the scene (CCR 3) as well as Peterson's body to HCSO Staff.  HCSO Staff secured Peterson's body and later released it to the Harris County Institute of Forensic Sciences Center (HCIFS).

1.19  Note: On 08-11-2021, HCIFS personnel performed an autopsy on Peterson (HCIFS Case# ML-21-3656).  HCIFS Staff advised me that preliminary autopsy findings indicate that Peterson's manner of death was most likely natural.  Autopsy results revealed that Peterson had coronary thrombosis, readily apparent cardiovascular disease, and tested positive for Covid 19.  Peterson did not test positive for any illegal drugs.  However, a more thorough toxicology report is forthcoming.

1.20  Upon receiving the final HCIFS autopsy report, the findings will be reported in this file.

1.21  This investigation will continue.

---

## Activity Location
**Originating Invest #:** 2021I-TRA-50076115

**Location Name:**
**Street:**
**City:**      **Zip Code:**
**County:**      **State:** Texas
**Country:** US - United States of America (USA)      **Mile Mark:**
**Location Description:**

---

## Personnel
**Originating Invest #:** 2021I-TRA-50076115

**Name:** Daron Parker - DP09146      **Type:** Lead Investigator
**ID #:** 9146      **Agency/Service:** Texas Dept of Public Safety
**Assign Date:** 08/10/2021      **End Date:**
**Division:** Texas Rangers      **Region/Company:** A
**Distict:**      **Area:** Houston
**Email:** daron.parker@dps.texas.gov      **Phone:** 2815171400
**Address:**      **Supervisor:** Louis J Owles - LO10770

---

## Involved Persons
**Originating Invest #:** 2021I-TRA-50076115

## Involved Vehicle
**Originating Invest #:** 2021I-TRA-50076115

---

Printed By Daron Parker - Print Date/Time 09/07/2021 12:16      Page 3 of 5
**DEON PETERSON**     **TXR INVESTIGATION**     **000015 TXR**
**[SPN 01579098]**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

## Involved Location
Originating Invest #: 2021I-TRA-50076115

## Involved Business
Originating Invest #: 2021I-TRA-50076115

## Attachments
Originating Invest #: 2021I-TRA-50076115

Attachment Name(s):
File Link(s):

## Offense
Originating Invest #: 2021I-TRA-50076115

**Victim is a Person:**    **Victim is a Business:**
**Victim is State of TX:** Y
**Code:** N/A    **Offense:** Custodial Death
**Citation:** N/A    **Statute:** N/A
**Level/Degree:**
**Non TX / Local Offense:**    **Federal Offense:**
**Other Statute:**    **Offense Description:**
**City:** Houston    **County:** Harris
**State:** Texas    **Country:** US - United States of America (USA)
**Offense Date:** 08/10/2021    **Charges Filed Date:**
**Charge Court:**    **Cause / Complaint #:**
**Charge Judge:**

**Status Date:** 08/10/2021    **Status:** Suspected

## Evidence
Originating Invest #: 2021I-TRA-50076115

**Evidence / Exhibit #:** S1.P1    **Seized By:** Daron Parker - DP09146    **Witness:**

**Evidence Type:** Documents/Photographs/Recordings    **Evidence Sub Type:** Witness Statement Audio and/or Video recording (statement)

**Program:**    **Seizure Type:**
**Seizure Date:** 08/10/2021    **Seizure Time:** 1445
**Seizure Value:** $
**Location of Seizure:**

**Chain of Custody**
**Initial Custodian (Seized By):**    **Inventory/Lab #:**
**Initial Seizure Date:**    **Initial Seizure Time:**

**Disposition Status:** No Final Disposition Required    **Requested / Authorized By:**
**Date:** 08/11/2021    **Time:** 0000

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

**Released To / Destroyed Location**

| | |
|---|---|
| **Location:** | |
| **Released To:** | **Date Removed from Entrusted Property:** |
| **Address:** | **State:** |
| **City:** | **Zip Code:** |
| **Telephone Number:** | **E-Mail:** |

---

# Evidence

**Originating Invest #:** 2021I-TRA-50076115

**Evidence / Exhibit #:** S1.P2

**Seized By:** Daron Parker - DP09146   **Witness:**

**Evidence Type:** Documents/Photographs/Recordings   **Evidence Sub Type:** Photograph

**Program:**   **Seizure Type:**

**Seizure Date:** 08/10/2021   **Seizure Time:**

**Seizure Value:** $

**Location of Seizure:** Ben Taub Hospital ER

**Chain of Custody**

**Initial Custodian (Seized By):**   **Inventory/Lab #:**

**Initial Seizure Date:**   **Initial Seizure Time:**

**Disposition Status:** No Final Disposition Required   **Requested / Authorized By:**

**Date:** 08/10/2021   **Time:** 0000

**Released To / Destroyed Location**

| | |
|---|---|
| **Location:** | |
| **Released To:** | **Date Removed from Entrusted Property:** |
| **Address:** | **State:** |
| **City:** | **Zip Code:** |
| **Telephone Number:** | **E-Mail:** |

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

**THIS REPORT IS THE PROPERTY OF THE TEXAS DPS.**
**NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED**

## Main

| | |
|---|---|
| **Originating Case #:** | **Lead Investigator:** Daron Parker - DP09146 |
| **Originating Invest #:** 2021I-TRA-50076115 | **Immediate Supervisor:** Louis J Owles - LO10770 |
| **Report #:** S2 | **Investigation Supervisor:** Grover Huff - GH06877 |
| **Report Type:** Supplemental | **Admin Review:** |
| **Status:** Approved | **Program:** |
| **Date Written:** 08/10/2021 | **Activity Type:** Investigative |
| **Division:** Texas Rangers | **Activity Date:** 08/10/2021 |
| **Region/Company:** A | **Other Activity:** |
| **Service:** | |
| **District:** | |
| **Area:** Houston | |

**Title:**
Custodial Death, Harris County, Deon Peterson, 08-10-2021
**Synopsis:**
On 08-10-2021, I, Texas Ranger Daron Parker, continued an investigation into the death of Deon Peterson who was an inmate in the custody of the Harris County Jail at 701 North San Jacinto. Peterson was transported to Ben Taub Hospital in Houston, where he was pronounced deceased. I traveled to the HCSO Jail, photographed, and conducted an examination of the clinic. I also interviewed HCSO Medical and Jail Division staff. This investigation will continue.
**Legacy Reference:**
**Other Information (Migrated from legacy system):**

## Details

2.1   On 08-10-2021, I, Texas Ranger Daron Parker, continued an investigation into the death of Deon Peterson, black male, date of birth 02-28-1979, SPN 1579098.  Peterson was an inmate in the custody of the Harris County Jail at 701 North San Jacinto in Houston Harris County, Texas.


2.2   Peterson entered the HCSO medical clinic earlier that day.  Peterson reported to HCSO medical staff that he was experiencing chest pains and vomiting.  Peterson entered into cardiac arrest while receiving treatment in the HCSO Clinic.  Peterson was transported to Ben Taub Hospital in Houston, where he was pronounced deceased.


2.3   I photographed and conducted an examination of the clinic.  Prior to my arrival HCSO Jail Sergeant L Jefferson had taken photos of Jail POD 4B4, where Peterson was housed. Sergeant J Tyler placed the aforementioned photos onto a media drive (Exhibit SP2.P1). Exhibit SP2.P1 will be retained with this investigative file.


2.4   I met with HCSO Medical Staff members Dr. George Griffin and LVN Ericka Johnson in the HCSO 701 North San Jacinto Medical Clinic.  I conducted interviews with Griffin and Johnson in the Physician's Office.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

2.5   I began the interview with Johnson at approximately 5:16 pm.  Johnson stated that she had been employed with the HCSO Medical Clinic for seven years and ten months.

2.6   Johnson recalled that Peterson had been in the clinic on more than one occasion that day.

2.7   Johnson elaborated that she was assigned to a stretcher run earlier that same day, where she (Johnson) took the stretcher to the fourth floor, POD 4B4.  Johnson advised that upon her arrival, she approached Peterson, who was lying face down on his bed.  Peterson advised Johnson that he was experiencing chest pains.  Peterson subsequently got out of the bed and walked to the stretcher.  Johnson advised that she then took Peterson to the Clinic.

2.8   Johnson advised that Peterson's responses became rude and aggressive when asked questions regarding his physiological circumstances.  Johnson stated that Peterson would not further elaborate on his medical condition aside from saying he (Johnson) had chest pains.

2.9   Johnson advised that at one point in the clinic, Johnson told her, "If yall don't want to be bothered with me, I'll get up and leave."  Johnson stated that Peterson subsequently removed the stretcher's emergency strap, got up from the stretcher, and left the clinic.

2.10 Johnson stated that she subsequently notified Sergeant L Jefferson that Peterson left the clinic.  Johnson advised that a short time later, Jefferson returned to the clinic with Peterson.

2.11 Johnson stated that she (Johnson) and Nurse Practitioner Esther Peters began standard physiological checks on Peterson.  Johnson advised that the checks included vital signs and blood sugar.  Johnson elaborated that the checks indicated that Peterson's health was normal.  Johnson advised that EKG testing was performed on Peterson and that he (Peterson) was subsequently released from the clinic.  Peterson returned to the fourth floor, POD 4B4.

2.12 Johnson advised that sometime later, she made an additional stretcher run to the fourth floor, POD 4B4.  Johnson advised that upon her arrival, she discovered that Peterson was lying on the floor, near the POD door, rolling around.  Johnson advised that she asked Peterson, "What's going on?"  Peterson responded that his "chest hurt."  Johnson stated that she encouraged Peterson to elaborate more.  Johnson stated that Peterson did not elaborate.

2.13 Johnson advised that she took Peterson back to the clinic.

2.14 Johnson stated that she (Johnson) conducted the aforementioned standard physiological checks on Peterson again.  Johnson stated that Peterson's vital signs were stable.  Johnson

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

advised that she continued to ask Peterson questions to assess his condition. Johnson elaborated that Peterson became more evasive with his answers, with each question she asked.

2.15 Johnson advised, subsequent to the physiological checks, Peterson sat in a nearby chair. Johnson elaborated that Peterson was waiting for NP Peters to finish with another patient.

2.16 Johnson described, a short time later, Peterson fell forward out of the chair. Peterson stated that she and other clinic staff responded to Peterson and placed him back onto a stretcher. Peterson advised that when she grasped onto Peterson to lift him, he (Peterson) was sweaty. Johnson recalled that Peterson was not sweaty just a short time earlier. Johnson described that a rapid change in a person's physiological condition, such as sweating, is a sign of medical distress.

2.17 Johnson advised that Dr. Griffin also responded to Peterson's bedside and searched for a pulse. Johnson stated that Griffin could not detect a pulse on Peterson and that life-saving efforts (CPR) were initiated.

2.18 Johnson added that the AED instrument was placed onto Peterson. Johnson stated that she did not recall the AED instrument ever utilizing its defibrillation function.

2.19 Johnson stated that HFD EMS arrived a short time later and took Peterson to the Ben Taub Hospital Emergency Room.

2.20 I asked Johnson if there was any other information, she thought would be helpful to the investigation. Johnson stated that she suspected Peterson might have ingested a substance smuggled into the jail. Peterson advised that she is familiar with the effects of K2 and roach spray but that Peterson's reaction "seemed like something different."

2.21 Note: This Investigator is familiar with the method of smuggling contraband into jails via substances in the form of a liquid sprayed onto an inmate's mail by a third-party co-conspirator.

2.22 The interview was terminated at 5:30 pm.

2.23 I utilized a digital recorder during the interview with Johnson. Audio captured during the course of the interview with Johnson was stored on a media drive (Exhibit SP2.P2). Exhibit SP2.P2 will be retained with this investigative file.

Printed By Daron Parker - Print Date/Time 11/03/2021 15:52      Page 3 of 7
DEON PETERSON      TXR INVESTIGATION      000020 TXR
[SPN 01579098]

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

2.24 I also conducted an interview with Griffin.  Griffin stated that he had been employed with the HCSO Medical Clinic for eight years.  Griffin's statement was consistent primarily with Johnson's version of events.

2.25 Griffin did, however, provide some additional information.  Griffin advised that Peterson; had no carotid pulse, stopped breathing, fixed pupils, and was sweaty.  Griffin advised that he (Griffin) then "Called a code."

2.26 Griffin recalled that Peterson entered the clinic for the final time, on a stretcher, at 11:42 am.  Griffin also recalled seeing Peterson in the clinic on previous occasions.

2.27 One inconsistency in Griffin and Johnson's version of events was that Griffin recalled that the AED did deliver a shock at around 12:07 pm.  Griffin added that he (Griffin) directed that the AED be utilized on Peterson.

2.28 Griffin stated the HFD EMS arrived a short time later and took Peterson to the Ben Taub Hospital Emergency Room.

2.29 Griffin recalled that Peterson had the following medical conditions: type 2 diabetes, asthma, and gastric reflux.

2.30 I utilized a digital recorder during the interview with Griffin.  Audio captured during the course of the interview with Griffin was stored on a media drive (Exhibit S2.P3).  S2.P3 will be retained with this investigative file.

2.31 Additional HCSO Medical Clinic personnel who had contact with Peterson during the course of Peterson's medical episode were identified as; Naomi Mack Lockett, Priscilla Madueke, Stella Namuwonge, Beena George, Vivean Johnson, Francisca Okrone, Juliet Agbogu, Shavon Harris, Itzayana Vences, Colette Fabien, and John Ziesemer.

2.32  HCSO Jail Division Detention Officers who had contact with Peterson during the course of Peterson's medical episode were identified as; Sergeant L Jefferson, DO Austen Blume, DO A Goodlow- Jones, DO D Guzman, DO D Martinez, DO T Newsome, DO D Ramirez, and Deputy T Pierson.

2.33 Supplement reports drafted by the aforementioned HCSO Staff were obtained and made a part of this investigative file.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

2.34 This investigation will continue.

## Activity Location
**Originating Invest #:** 2021I-TRA-50076115

**Location Name:**
**Street:**
**City:**                    **Zip Code:**
**County:**                  **State:** Texas
**Country:** US - United States of America (USA)     **Mile Mark:**
**Location Description:**

## Personnel
**Originating Invest #:** 2021I-TRA-50076115

## Involved Persons
**Originating Invest #:** 2021I-TRA-50076115

## Involved Vehicle
**Originating Invest #:** 2021I-TRA-50076115

## Involved Location
**Originating Invest #:** 2021I-TRA-50076115

## Involved Business
**Originating Invest #:** 2021I-TRA-50076115

## Attachments
**Originating Invest #:** 2021I-TRA-50076115

**Attachment Name(s):**
**File Link(s):**

## Evidence
**Originating Invest #:** 2021I-TRA-50076115

**Evidence / Exhibit #:** S2.P1                  **Seized By:** Daron Parker - DP09146     **Witness:**

**Evidence Type:** Documents/Photographs/Recordings     **Evidence Sub Type:** Photograph

**Program:**                         **Seizure Type:**

**Seizure Date:** 08/10/2021              **Seizure Time:**

**Seizure Value:** $

**Location of Seizure:**

Printed By Daron Parker - Print Date/Time 11/03/2021 15:52         Page 5 of 7
**DEON PETERSON**           **TXR INVESTIGATION**          **000022 TXR**
**[SPN 01579098]**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

| Chain of Custody | | |
|---|---|---|
| **Initial Custodian (Seized By):** | **Inventory/Lab #:** | |
| **Initial Seizure Date:** | **Initial Seizure Time:** | |
| **Disposition Status:** No Final Disposition Required | **Requested / Authorized By:** | |
| **Date:** 08/10/2021 | **Time:** 0000 | |

| Released To / Destroyed Location | | |
|---|---|---|
| **Location:** | | |
| **Released To:** | **Date Removed from Entrusted Property:** | |
| **Address:** | **State:** | |
| **City:** | **Zip Code:** | |
| **Telephone Number:** | **E-Mail:** | |

# Evidence

**Originating Invest #:** 2021I-TRA-50076115

| | | |
|---|---|---|
| **Evidence / Exhibit #:** S2.P2 | | **Seized By:** Daron Parker - DP09146 | **Witness:** |
| **Evidence Type:** Documents/Photographs/Recordings | **Evidence Sub Type:** Witness Statement Audio and/or Video recording (statement) | |
| **Program:** | **Seizure Type:** | |
| **Seizure Date:** 08/10/2021 | **Seizure Time:** | |
| **Seizure Value:** $ | | |
| **Location of Seizure:** | | |

| Chain of Custody | | |
|---|---|---|
| **Initial Custodian (Seized By):** | **Inventory/Lab #:** | |
| **Initial Seizure Date:** | **Initial Seizure Time:** | |
| **Disposition Status:** No Final Disposition Required | **Requested / Authorized By:** | |
| **Date:** 08/10/2021 | **Time:** 0000 | |

| Released To / Destroyed Location | | |
|---|---|---|
| **Location:** | | |
| **Released To:** | **Date Removed from Entrusted Property:** | |
| **Address:** | **State:** | |
| **City:** | **Zip Code:** | |
| **Telephone Number:** | **E-Mail:** | |

**DEON PETERSON**          **TXR INVESTIGATION**          **000023 TXR**
**[SPN 01579098]**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

## Evidence

**Originating Invest #:** 2021I-TRA-50076115

**Evidence / Exhibit #:** S2.P3

**Seized By:** Daron Parker - DP09146    **Witness:**

**Evidence Type:** Documents/Photographs/Recordings    **Evidence Sub Type:** Witness Statement Audio and/or Video recording (statement)

**Program:**    **Seizure Type:**

**Seizure Date:** 08/10/2021    **Seizure Time:**

**Seizure Value:** $

**Location of Seizure:**

**Chain of Custody**

| **Initial Custodian (Seized By):** | | **Inventory/Lab #:** |

**Initial Seizure Date:**    **Initial Seizure Time:**

**Disposition Status:** No Final Disposition Required    **Requested / Authorized By:**

**Date:** 08/10/2021    **Time:** 0000

**Released To / Destroyed Location**

**Location:**

**Released To:**    **Date Removed from Entrusted Property:**

**Address:**    **State:**

**City:**    **Zip Code:**

**Telephone Number:**    **E-Mail:**

**DEON PETERSON [SPN 01579098]**    **TXR INVESTIGATION**    **000024 TXR**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT

CONFIDENTIAL

---

**THIS REPORT IS THE PROPERTY OF THE TEXAS DPS.**
**NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED**

---

## Main

| | |
|---|---|
| **Originating Case #:** | **Lead Investigator:** Daron Parker - DP09146 |
| **Originating Invest #:** 2021I-TRA-50076115 | **Immediate Supervisor:** Louis J Owles - LO10770 |
| **Report #:** S3 | **Investigation Supervisor:** Grover Huff - GH06877 |
| **Report Type:** Supplemental | **Admin Review:** |
| **Status:** Approved | **Program:** |
| **Date Written:** 08/24/2021 | **Activity Type:** Investigative |
| **Division:** Texas Rangers | **Activity Date:** 08/20/2021 |
| **Region/Company:** A | **Other Activity:** |
| **Service:** | |
| **District:** | |
| **Area:** Houston | |

**Title:**
Custodial Death, Harris County, Deon Peterson, 08-10-2021
**Synopsis:**
On 08-20-2021, I, Texas Ranger Daron Parker, continued an investigation into the death of Deon Lewis Peterson who was an inmate in the custody of the Harris County Sheriff's Office. I interviewed HCSO Inmate Michael Guynes. Guynes was housed with Peterson at the time of his death on 08-10-2021. Additional details contained herein. This investigation will continue.
**Legacy Reference:**
**Other Information (Migrated from legacy system):**

---

## Details

3.1   On 08-20-2021, I, Texas Ranger Daron Parker, continued an investigation into the death of Deon Lewis Peterson, black male, date of birth 02-28-1972, SPN 001579098, who was an inmate in the custody of the Harris County Jail.

3.2   Previously, on 08-19-2021, HCSO Deputy Sam Joseph contacted me regarding additional information that an Inmate provided him about Peterson's custodial death.  Joseph identified the Inmate as Michael Jason Guynes, H/M, DOB: 05/06/1979, SPN 01531056.  Joseph elaborated that Guynes told him that Peterson had been smoking K2 prior to his death.  Furthermore, Peterson had a small sheet of paper containing K2 on his person at the time of his death.

3.3   I contacted HCIFS Investigator Sam Davidson.  Davidson recalled picking Peterson's body up from Ben Taub on 08-10-2021.  Davidson recalled that Peterson had a small sheet of paper with a family photo printed on it.  Davidson advised that the published photo was rolled up in Peterson's left pant leg hem.  Davidson advised that he did not collect the printed photo.

3.4   I subsequently contacted HCSO Sergeant Bernard Kelly.  Kelly told me that he did not collect the printed photo.  To date, the aforementioned printed photo has not been located.

**DEON PETERSON**                    **TXR INVESTIGATION**                    **000025 TXR**
**[SPN 01579098]**

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

3.5   On 08-20-2021, I met with Guynes at the HCSO Jail at 701 San Jacinto in Houston Harris County, Texas.  The interview was conducted in the first-floor interview room.

3.6   At approximately 3:00 pm, I began the interview with Guynes.

3.7   Guynes stated that on 08-10-2021, he was housed in POD 4B4 with Peterson.  Guynes advised that he and Peterson had been housed in POD 4B4 for approximately two months.  Furthermore, that he and Peterson's assigned bunks were directly beside one another.

3.8   Guynes recalled that Peterson had begun complaining to him (Guynes) about significant headaches and arm pain sometime around the beginning of August.  Guynes advised that he informed Peterson that arm pain was a sign of a heart attack.  Guynes stated that Peterson began periodically going to the medical clinic around that time.  Later in the interview, Guynes advised that he periodically observed Peterson vomiting.

3.9   Guynes advised that on the morning of 08-10-2021, Peterson went to the medical clinic and returned a short time later.  Guynes stated that Peterson told him (Guynes), "Preacherman pray for me."  Guynes advised that he prayed over Peterson.

3.10 Guynes stated that a short time later, Peterson got up from his bunk and stumbled over to the doorway area of the POD.  Peterson notified the DO that he needed to go to the medical clinic.  Peterson was subsequently taken to the medical clinic.

3.11 Guynes advised that he heard that Peterson died from Covid.  Guynes then added that he thought Peterson's death was the result of "the K2 they were smoking."

3.12 I asked Guynes to elaborate.  Guynes stated that he (Guynes) had witnessed inmates smoking since his arrival.  Guynes elaborated that he had specifically observed Peterson smoking since the first day of his (Peterson's) arrival.

3.13 I asked Guynes how often he saw Peterson smoking.  Guynes replied, "all day long, they're in there doing it right now, the guards don't care."  I asked Guynes if Peterson smoked a lot of K2.  Guynes replied, "oh yeah, there's a guy in there that gets a lot of it."

3.14 I asked Guynes to elaborate more.  Guynes stated that inmates receive mail with K2 laced paper.  Guynes advised that a common way to smoke the K2 involves cutting small slivers of the K2 mail/paper with a razor blade.  The small sliver of the K2 is then wrapped in thin paper, which is usually a page from a bible.

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## SUPPLEMENTAL REPORT
CONFIDENTIAL

3.15 Guynes elaborated that the K2 cigarette is lit with a burning piece of tightly twisted toilet paper that serves as a wick. Guynes stated that toilet paper wicks can burn for an extended period of time.

3.16 Guynes stated that the toilet paper wick is lit by breaking down a commissary purchased hot pot, purposed for heating water. Guynes advised that the hot pot wires, when exposed, can be placed together, thus creating sparks to light the toilet paper wick.

3.17 I asked Guynes to elaborate more on how frequently Peterson smoked K2. Guynes replied, "Sir, all day." Guynes added, "That's all they do, they pass out, they wake up, all of them." Guynes advised that he encouraged Peterson to stop smoking K2. Guynes stated that Peterson would not stop smoking K2.

3.18 I asked Guynes if he smoked K2. Guynes replied that he did not. Guynes added that he did not do drugs based on his Christian faith. Guynes stated that the other inmates recently assaulted him (Guynes) because he (Guynes) would not smoke K2. Guynes advised that HCSO staff consequently moved him to another POD. Guynes advised that the current safety conditions of the HCSO Jail are more dangerous than any incarceration he has ever experienced.

3.19 I asked Guynes how the K2 was getting into the jail. Guynes replied that two DO's, whom he identified as "Mrs Jones and a big fat guy just give them the mail without even opening it."

3.20 Guynes advised that he often saw Jones talking privately with Peterson and Inmate Charles Harris in the hallway. Guynes advised that he was not privy to the conversations and could not say what Jones, Peterson, and Harris were discussing.

3.21 Guynes stated that he (Guynes) frequently saw Harris with large amounts of mail/paper. Guynes advised that Harris is a K2 supplier in jail.

3.22 Guynes advised that he suspected other illegal drugs like methamphetamine and heroin were also regularly smuggled into the jail.

3.23 Note: I located an Inmate identified as Charles Amos Harris, DOB: 08/22/1992, SPN 02580948, on the 08-10-2021 HCSO Housing Occupancy History for POD 4B4.

3.24 The interview was terminated at approximately 3:20 pm.

Printed By Daron Parker - Print Date/Time 11/03/2021 15:58     Page 3 of 5
DEON PETERSON     TXR INVESTIGATION     000027 TXR
[SPN 01579098]

# TEXAS DEPARTMENT OF PUBLIC SAFETY
# SUPPLEMENTAL REPORT

**CONFIDENTIAL**

3.25 Audio was captured via a digital recorder during the interviews.  The audio was placed onto a media drive (SP3.P1) and is included in this investigative file.

3.26 This investigation will continue.

---

## Activity Location

**Originating Invest #:** 2021I-TRA-50076115

**Location Name:**
**Street:**
**City:**
**County:**
**Country:** US - United States of America (USA)
**Location Description:**

**Zip Code:**
**State:** Texas
**Mile Mark:**

---

## Personnel
**Originating Invest #:** 2021I-TRA-50076115

---

## Involved Persons
**Originating Invest #:** 2021I-TRA-50076115

---

## Involved Vehicle
**Originating Invest #:** 2021I-TRA-50076115

---

## Involved Location
**Originating Invest #:** 2021I-TRA-50076115

---

## Involved Business
**Originating Invest #:** 2021I-TRA-50076115

---

## Attachments
**Originating Invest #:** 2021I-TRA-50076115

**Attachment Name(s):**
**File Link(s):**

---

## Evidence
**Originating Invest #:** 2021I-TRA-50076115

**Evidence / Exhibit #:** S3.P1

**Seized By:** Daron Parker - DP09146    **Witness:**

**Evidence Type:** Documents/Photographs/Recordings

**Evidence Sub Type:** Witness Statement Audio and/or Video recording (statement)

**Program:**
**Seizure** 08/20/2021

**Seizure Type:**
**Seizure Time:**

---

# TEXAS DEPARTMENT OF PUBLIC SAFETY
## CONFIDENTIAL
## SUPPLEMENTAL REPORT

| | | |
|---|---|---|
| **Date:** | | |
| **Seizure Value:** | $ | |
| **Location of Seizure:** | | |
| | | |
| **Chain of Custody** | | |
| **Initial Custodian (Seized By):** | **Inventory/Lab #:** | |
| **Initial Seizure Date:** | **Initial Seizure Time:** | |
| **Disposition Status:** | No Final Disposition Required | **Requested / Authorized By:** |
| **Date:** | 08/20/2021 | **Time:** 0000 |
| | | |
| **Released To / Destroyed Location** | | |
| **Location:** | | |
| **Released To:** | **Date Removed from Entrusted Property:** | |
| **Address:** | **State:** | |
| **City:** | **Zip Code:** | |
| **Telephone Number:** | **E-Mail:** | |