United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER; et. al.,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:23-cv-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

ON THIS DAY the Court considered *Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment*. The Court, having considered the Motion, and pleadings on file is of the opinion that the Motion should be GRANTED.

The Court ORDERS that the deadline for Plaintiffs Tammy Peterson and Phillip Vallaire to file their Response to Defendant's Motion for Summary Judgment (Dkt. No. 292) is May 4, 2026.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that *Plaintiffs' Unopposed Motion for Extension* is in all things GRANTED.

SIGNED this 20th day of March, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE