**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **Vs** | § | |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | **Civil Action No. 4:23-CV-02886** |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**DEFENDANT'S SECOND MOTION FOR EXTENSION TO FILE REPLY BRIEFS IN**
**SUPPORT OF ITS SUMMARY JUDGMENT MOTIONS**
==================================================================

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT HARRIS COUNTY and submits this Second Motion for Extension to file Reply briefs in support of their Motions for Summary Judgment Motions. The Reply briefs relate to the summary judgment motions filed by Defendant Harris County against the claims of Zachary Kehj Johnson, Bernard Lockhart, Tramell Morelle, Antonio Radcliffe, Kevin Leon Smith, Ryan Twedt, and Kristan Smith.

**PROCEDURAL BACKGROUND**

1.      On February 24, 2026, the Order Granting Defendant's Motion for Extension to File Reply Briefs in Support of its Summary Judgment Motions was entered – Doc. #291. This Order pertains to Plaintiffs Zachary Kehj Johnson, Bernard Lockhart, Tramell Morelle, Kristan Nicole Smith, Antonio Radcliffe, Kevin Leon Smith, and Ryan Twedt. The current Reply deadline was March 18, 2026. However, Plaintiff agreed to allow Defendant to March 27, 2026, to file its Replies.

2.      Plaintiffs' responses cite dozens of exhibits, including expert reports, each of which requires independent analysis. Further, Plaintiffs also filed supplemental responses to the original responses to Defendant's Motions for Summary Judgment.  Due to the extensive content submitted with Plaintiffs' respective responses and supplements and defense counsel's recent and upcoming trials, DEFENDANT is hereby requesting an additional 30 days within which to file Replies to Plaintiffs Zachary Kehj Johnson, Bernard Lockhart, Tramell Morelle, Antonio Radcliffe, Kevin

Defendant's Second Motion for Extension
to File Replies in Support of its MSJs          -1-

Leon Smith, Ryan Twedt, and Kristan Nicole Smith Responses to Defendant's Motions for Summary Judgment and accompanying Supplements. This would extend the Reply deadline to April 23, 2026. Defendant's request is not intended for delay but to allow Defendant the opportunity to fully present its case.

**CONCLUSION & PRAYER**

THEREFORE, for the foregoing reasons, DEFENDANT HARRIS COUNTY requests that the Court approve an extension to the deadline to file Replies to Plaintiffs' Zachary Kehj Johnson, Bernard Lockhart, Tramell Morelle, Antonio Radcliffe, Kevin Leon Smith, Ryan Twedt, and Deborah Smith, Individually and as Next Friend of K. S. and K. W. Minors and Representative of the Estate of Decedent Kristan Nicole Smith Responses to Defendant's Motions for Summary Judgment for a total period of 30 days to April 23, 2026.

SIGNED on the 24th day of March 2026.

Respectfully submitted,

By:   *Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

*Kelly R. Albin*
KELLY R. ALBIN
State Bar No. 24086079
So. Dist. Id No. 3792304
rjnavarro@rampagelaw.com

*Mustapha M. Nyallay*
Mustapha M. Nyallay
Associate Attorney
State Bar No. 24135427
So. Dist. Id. No. 3847526
mmnyallay@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ**
  **BERNAL SANTEE & ZECH, P.C.**
549 Egret Bay Blvd., Ste. 200
League City, Texas 77573
832.632.2102 (O)
832.632.3124 (F)

**COUNSEL FOR DEFENDANT**
**HARRIS COUNTY, TEXAS**

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Plaintiffs' Counsel about the content of this motion and Plaintiffs' Counsel indicated that they were opposed, therefore, this motion is submitted as opposed.

*Mustapha M. Nyallay*
MUSTAPHA M. NYALLAY
KELLY R. ALBIN
RICARDO J. NAVARRO

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 24th day of MARCH 2026, to wit:

Aaron Dekle                        Email: aaron@bencrump.com
Paul Ashley Grinke                 Email: paul@bencrump.com
BEN CRUMP LAW FIRM
ATTORNEYS FOR PLAINTIFFS

Carl Lenford Evans, Jr.            Email: cevans@mccathernlaw.com
Noah L. McCathern                  Email: nmccathern@mccathernlaw.com
Jordan A. Carter                   Email: jcarter@mccathernlaw.com
Alizabeth A. Guillot               Email: aguillot@mccathernlaw.com
McCathern Law Firm
ATTORNEYS FOR PLAINTIFFS

Thad D. Spalding                   Email: tspalding@dpslawgroup.com
Shelby J. White                    Email: swhite@dpslawgroup.com
Durham, Pittard & Spalding, LLP
ATTORNEYS FOR PLAINTIFFS

Defendant's Second Motion for Extension
to File Replies in Support of its MSJs        -3-

Mohammed Obaid Shariff                     Email: mshariff@sharifflawfirm.com;
Kevin M. Acevedo-Carlson                    Email: kacevedo@sharifflawfirm.com
Russell Ross                                Email: rross@sharifflawfirm.com
Shariff Law Firm                            Email: eservice@sharifflwfirm.com
SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
  & KEVIN SANCHEZ TREJO

Taylor McCray Hunter                        Email: taylor@thehunterlaw.com
Kevin Green                                 Email: kevin@consumerjusticecenter.com
Thomas Lyons Jr.                            Email: tommy@consumerjusticecenter.com
Andi Weber                                  Email: andi@consumerjusticecenter.com
ATTORNEY FOR INTERVENOR
CHANDRA JENKINS & DEQON BUFORD


*Kelly R. Albin*
KELLY R. ALBIN
RICARDO J. NAVARRO