**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.** | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**DEFENDANT HARRIS COUNTY, TEXAS'ADVISORY TO THE COURT**
**AND NOTICE OF DESIGNATION OF EXPERT WITNESSES**
**– RETAINED & NON-RETAINED**

===================================================================

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, HARRIS COUNTY, TEXAS, and files this Notice and Advisory to the Court disclosing and designating DEFENDANT's expert witnesses in this case – both retained and non- retained - pursuant to Scheduling Order ECF #220, as Amended by Court Order ECF #297.

SIGNED on the 6TH day of APRIL 2026.

Respectfully submitted,

**DENTON NAVARRO RODRIGUEZ**
**BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay Blvd., Suite 200
League City, Texas 77573
Telephone: (832) 632-2102
Facsimile: (832) 632-2132

By:   *Ricardo J. Navarro*

RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. ID No. 5953
rjnavarro@rampagelaw.com

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                              -1-

By:   *Kelly R. Albin*

KELLY R. ALBIN
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY, TEXAS**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 6TH day of APRIL 2026, to wit:

Aaron Dekle                             Email: aaron@bencrump.com
Paul Ashley Grinke                      Email: paul@bencrump.com
BEN CRUMP LAW FIRM
ATTORNEYS FOR PLAINTIFFS

Carl Lenford Evans, Jr.                 Email: cevans@mccathernlaw.com
Noah L. McCathern                       Email: nmccathern@mccathernlaw.com
MCCATHERN LAW FIRM
ATTORNEYS FOR PLAINTIFFS

Thad D. Spalding                        Email: tspalding@dpslawgroup.com
Shelby J. White                         Email: swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
ATTORNEYS FOR PLAINTIFFS

Mohammed Obaid Shariff                  Email: mshariff@sharifflawfirm.com;
Byron Boenig                            Email: bboenig@sharifflawfirm.com
Shariff Law Firm                        Email: eservice@sharifflwfirm.com
SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
  & KEVIN SANCHEZ TREJO

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                                    -2-

Taylor McCray Hunter     Email: taylor@thehunterlaw.com
Kevin Green        Email: kevin@consumerjusticecenter.com
Thomas Lyons Jr.       Email: tommy@consumerjusticecenter.com
Andi Weber         Email: andi@consumerjusticecenter.com
ATTORNEY FOR INTERVENOR
CHANDRA JENKINS & DEQON BUFORD


*Ricardo J. Navarro*
RICARDO J. NAVARRO
KELLY R. ALBIN

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS        -3-

### I. DEFENDANT HARRIS COUNTY'S RETAINED EXPERTS

Attached as Exhibit A to this Designation is a binder containing the CVs and Resumes of Defendant Harris County's retained experts.

1.    **SEAN T. STEWART, CJE, NCCE**

    A.    **CV OF SEAN T. STEWART ATTACHED**

Sean T. Stewart is an Owner of Stewart Criminal Justice Consulting & Training LLC, located at 3564 South Avenida De Las Palmas, Tucson, Arizona 85730.

As reflected in his CV, Mr. Stewart has experience not only as a Sheriff's Office Jail Administrator but also has nation-wide experience as a consultant to numerous other jail and correctional facilities throughout the United States, as more explicitly set forth in his resume.

    B.    **SUBJECT MATTER AREAS OF EXPERTISE:**

Mr. Stewart is expected to testify concerning jail and prison policies, practices, and procedures specifically relating to the policies, practices, customs, training, supervision, and procedures of the Harris County Jail both in general and in relation to each of the Plaintiffs' cases. Mr. Stewart is also expected to testify concerning the conditions of the Harris County Jail and the connection between those conditions and penological purposes as they pertain to the claims and complaints of the named Plaintiffs and Intervenors in this lawsuit.

2.    **PATRICK L. DOUGHERTY, MAJOR, HCSO DETENTION COMMAND [Retired]**

    A.    **CV OF PATRICK DOUGHERTY ATTACHED**

Patrick L. Dougherty is the Owner of PLD Jail Consultants, located at 11915 Gramina Way, Humble, Texas 77346.

As reflected in his CV, Mr. Dougherty is a law enforcement / corrections professional with 43 years of progressively responsible experience in directing and leading law enforcement and correctional goals and objective.  He has 39 years of experience supervising, counseling, coaching, and directing subordinates in a local government jail context both at the municipal level and the county level. He has 32 years of experience overseeing Jail personnel, facilities, equipment, and budget. Mr. Dougherty's expertise and experience is further elaborated in his resume / CV.

    B.    **SUBJECT MATTER AREAS OF EXPERTISE:**

Mr. Dougherty is expected to testify concerning jail and prison policies, practices, and procedures specifically relating to the policies, practices, customs, training, supervision, and procedures of the Harris County Jail both in general and in relation to each of the Plaintiffs' cases. Mr. Dougherty is also expected to testify concerning the conditions of the Harris County Jail and the connection between those conditions and penological purposes as they pertain to the claims and complaints of the named Plaintiffs and Intervenors in this lawsuit.

Mr. Dougherty is also expected to testify in detail about the specific incidents and issues pertaining to each plaintiff and intervenor and to put in context how the incidents and issues are managed within the regulatory context of the jail operations.

### 3.   GARY L. RANEY, SHERIFF (Retired)

#### A.   CV OF GARY L. RANEY ATTACHED

Gary L. Raney is a principal in GAR, Inc., located at 7154 West State Street, Suite #260, Boise, Idaho 83714.

Mr. Raney, formerly a County Sheriff (Retired) has Experienced and knowledgeable consultation on jail policy and practice, specializing in cases involving deaths and uses of force. Gary has worked on projects in about 40 states and provided a wide range of services to government officials, attorneys, and prosecutors. Additional details about Mr. Raney's nationwide experience as an expert in constitutional compliance in jail conditions, policy, and practices is contained in his CV appended to this designation.

#### B.   SUBJECT MATTER AREAS GENERALLY

Mr. Raney is expected to testify generally about his review of the use of force policies, practices, and procedures deployed in the Harris County Detention Center, including the training and orientation of detention personnel hired to staff the facility.

In addition, Mr. Raney is expected to provide both rebuttal testimony as well as direct testimony with respect to the specific claims of unconstitutional use of force by individual plaintiffs and intervenors in this lawsuit.

### 4.   PHILLIP ESKEW, D.O., J.D., MBA, FAAFP, FACCP, FAOCOPM, FAOAAM

#### A.   CV OF PHILLIP ESKEW ATTACHED

Phillip Eskew, M.D., J.D. is AOA board-certified in family medicine & OMT, Correctional Medicine, and Addiction Medicine with a CAQ in Occupational Medicine. Dr. Eskew is the VP of Clinical Development and General Counsel for Proactive MD. He is also the Founder & CEO of DPC Frontier, a legal, regulatory, and growth resource for Direct Primary Care Practices. Dr. Eskew earned his Doctor of Osteopathic Medicine at West Virginia School of Osteopathic Medicine and his Juris Doctor at West Virginia University College of Law. He also has an MBA from the University of Kentucky.

Additional details pertaining to Dr. Eskew's qualifications as a correctional health care expert are further detailed in the CV appended to this designation.

#### B.   SUBJECT MATTER AREAS OF EXPERTISE:

Dr. Eskew is expected to testify about the health care delivery systems in place at the Harris County Jail both at the macro level of systems analysis as well as at the micro level pertaining to the claims being alleged by plaintiffs and intervenors about the denial of medical care. Dr. Eskew will testify about the policies, procedures, and standards in place at the Harris County Jail, both those required by law, including regulatory standards imposed by the Texas Commission on Jail Standards (TCJS) as well as voluntary standards for accreditation purposes such as those recognized by the NCCHC and the ACA. Dr. Eskew will testify about the health care delivery under the Interlocal Agreement between the HCSO

and the local public health systems known as Harris Health and Harris Center. In addition, Dr. Eskew will testify in rebuttal to the reports and testimony of health care experts designated by one or more plaintiffs and intervenors.

5.    **JOHN G. MILLS, D.O., M.S., M.P.H., FAOCPM (D), FACCP**

   A.    **CV OF JOHN G. MILLS, D.O. ATTACHED**

John G. Mills, D.O., MPH, of the Texas College of Osteopathic Medicine at The University of North Texas Health Science Center at Fort Worth, is one of the most revered experts in correctional medicine and has been inducted as a fellow into the American College of Correctional Physicians. Additional details of his qualifications and experience as a physician are contained in this CV attached to this designation. See also www.untsystem.edu/news/unthsc-tcoms-dr-john-mills-named-accp-fellow-and-appointed-to-acgme-committee-for-correctional-medicine.php

   B.    **SUBJECT MATTER AREAS OF EXPERTISE:**

Dr. Mills is expected to testify based on his experience, education, training, and practice about the policies, practices, conditions, training, and supervision of the Harris County Jail and the medical provisions and access to care of detainees. Dr. Mills is expected to testify concerning the medical care and medical policies and practices that are used in correctional environments, including those of the Harris County Jail, generally, as well as with specific regard to those of the individual plaintiffs and intervenors in this lawsuit.

Dr. Mills will opine on the policies, practices, and conditions of the jail as they pertain to the provision of health care to a jail population in a county level health care facility. Dr. Mills will have reviewed Harris County, Plaintiffs, and Intervenors discovery, public records and investigations into the Jail, national and local jail standards, state policies, other jails' policies, practices, and conditions, agency investigations into the jail, video records, industry standards, depositions and testimony, and other matters as mentioned in his timeline summaries and his reports as they pertain to each individual and intervenor.

6.    **SATISH CHUNDRU, D.O.**

   A.    **CV OF SATISH CHUNDRU ATTACHED**

Dr. Satish Chundru is a President of in ISDP Consulting, LLC, located at 136 Market Steet, Georgetown, Texas 78626. He is also a principal in Hill Country Forensics, LLC located at the same address. Dr. Chundru has experience as a Deputy and Chief Medical Examiner in Travis County, Texas. Additional details regarding his qualifications as a forensic medical examiner are contained in his CV.

   B.    **SUBJECT MATTER AREAS OF EXPERTISE:**

Dr. Chundru is expected to testify based on his experience, training, and practice about the treatment, medical care, and cause of death of the one or more of the Plaintiffs and Intervenors in this case and in rebuttal to the opinions of any forensic medical expert tendered by Plaintiffs or Intervenors contained in their report.

Dr. Chundru is also expected to evaluate and opine on the reports and findings contained in the autopsy reports and underlying investigations completed by the Harris County Medical Examiner associated with the Harris County Institute of Forensic Sciences (HCIFS).

7.    **MELANIE DIMAS, BSN, RN, CCHP**

A.    **CV OF MELANIE DIMAS ATTACHED**

Melanie Dimas, BSN, RN, CCHP is located in Guernsey, Wyoming, where she currently serves as Director of Training and Development for CorrHealth. She is a Registered Nurse and correctional healthcare administrator with more than 30 years of combined experience in correctional operations and correctional healthcare systems. Extensive background in correctional healthcare administration, clinical operations management, regulatory compliance, infection control, and quality improvement within secure detention and prison environments. Additional details about her expertise is contained in her CV provided with this designation.

B.    **SUBJECT MATTER AREA:**

Nurse Administrator Dimas can testify about the provision of health care to particular Plaintiffs and Intervenors in this lawsuit. She will have reviewed Harris County, Plaintiffs, and Intervenors health care records that comprise the timeline summaries prepared by her.

8.    **DANIEL BROOKS, M.D.**

A.    **CV OF DANIEL BROOKS ATTACHED**

Dr. Daniel Brooks is a Clinical Professor of Emergency Medicine at the University of Arizona College of Medicine and the Vice Chair of the Department of Medical Toxicology at Banner University Medical Center- Phoenix. In addition to his academic responsibilities, Dr. Brooks serves as the Medical Director of the Banner Poison and Drug Information Center and the Medical Toxicology Outpatient Clinic. Dr. Brooks also has experience treating patients who have ingested phencyclidine, methamphetamine, and other drugs of abuse, and he is an expert on the clinical manifestations and pharmacodynamics. Additional details pertaining to his qualifications are contained in the CV attached to this designation.

B.    **SUBJECT MATTER AREA:**

Dr. Brooks testimony will focus on the area of forensic toxicology. He will provide rebuttal and direct testimony in response to plaintiff and intervenor cases in which a toxicology analysis is relevant to the allegations being asserted.

## II. NON-RETAINED EXPERTS

9. **THOMAS DIAZ, CHIEF DEPUTY, HCSO**

   ### A.   QUALIFICATIONS AND AREAS OF EXPERTISE

   Chief Deputy Thomas Diaz is responsible for directing all operations of the Harris County Sheriff's Office under the direction of Sheriff Ed Gonzalez. Chief Deputy Diaz has direct oversight over the three assistant chiefs who lead the Detention Operations Command, Field Operations Command, and Strategic Operations Command.

   Chief Diaz began his law enforcement career in 2004 as a detention officer assigned to the 701 Jail. Chief Diaz' most recent assignment was leading the Law Enforcement Command as an Assistant Chief which consisted of all field operation functions including Patrol, Investigations, Strategic Response and Support Functions. He has served in all sworn ranks within the agency.

   Chief Diaz is a graduate of the FBI National Academy Session 271 and holds a Bachelor of Art in History from Texas A&M University.

10. **PHILLIP BOSQUEZ, ASSISTANT CHIEF, DETENTION OPERATIONS COMMAND, HCSO**

    ### A.   QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE

    Assistant Chief Phillip Bosquez commands the Detentions Operations Command comprising of our Detentions Support Service Bureau, 1200 Detention Bureau, 701 Detention Bureau, and the Detention Management Bureau

    Assistant Chief Bosquez started his law enforcement career in 2002 as a patrol deputy with the Atascosa County Sheriff's Office near the San Antonio and New Braunfels metropolitan areas. He joined the Texas Commission on Jail Standards (TCJS) in 2013 as one of four field inspectors for the entire state, ensuring that all 239 Texas jail facilities meet requirements. He was also one of the lead content developers for the state-mandated examination for persons seeking to hold the jail administrator position.

    Sheriff Ed Gonzalez appointed Assistant Chief Bosquez to the 701 Detention Bureau as Major in early 2021 and Assistant Chief over Detention Operations Command beginning early 2023. His role with the state regulatory agency equips him with the extensive knowledge of corrections procedures and policies necessary to keep every person in the Harris County Jail safe, healthy, and better prepared to contribute positively to the community. His understanding of the workings of Texas jails puts the agency in a position to see continued safety, innovation, and professional transformation.

    Assistant Chief Bosquez is a certified master peace officer, master jailer, and mental health peace officer. His experience with the Texas Commission on Jail Standards and law enforcement equips him with extensive knowledge of corrections procedures and policies to oversee the operations and regulatory compliance in furtherance of a constitutionally complaint jail facility.

11.    **RUTH MCCLANAHAN, COMMANDER, DETENTION OPERATIONS COMMAND**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Commander McClanahan is the highest-ranking Officer within the Detention Command under Chief Bosquez.

Prior to her elevation to the rank of Commander, Ruth McClanahan held the rank of Major and was responsible for overseeing the 701 Detention Bureau of the Detention Command. The 701 jail is one of the largest jails in the United States. The seven-floor facility is a maximum-security jail with a capacity of more than 4,000 inmates. The jail consists of dormitory, group, and single cells.

McClanahan began her law enforcement career with the Harris County Sheriff's Office as a reserve deputy in 1995. After completing the Basic Peace Officer's Academy, she was assigned to the District 2 Patrol Division. In 1998, she joined the Harris County Sheriff's Office as a full-time deputy and was assigned to the 701 jail facility. During her time with the Harris County Sheriff's Office, she has served in a variety of divisions, including the 1200 jail facility, Courts, Inmate Records, Inmate Processing, Adult Sex Crimes, Domestic Violence, and Crimes Against Children.

Commander McClanahan obtained a Bachelor of Science in Criminal Justice from the University of Houston Downtown in 1994 and a Master of Science in Criminal Justice from the University of Houston Downtown in 2003.

12.    **MATTHEW FERGUSON, MAJOR, DETENTION MANAGEMENT BUREAU**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Major Matthew Ferguson oversees the Detention Management Bureau, which encompasses the Joint Processing Center, the Criminal Justice Center (Courts), and the Criminal Investigation and Security Division. He is responsible for ensuring the safety and security of all individuals entering the downtown jail system, maintaining order within the court system, and leading investigations into criminal activities within the jail system.

Major Ferguson began his career in law enforcement in 1997 with the Harris County Sheriff's Office, initially as a civilian dispatcher. After a brief period, he transitioned to a detention officer role and graduated from the Harris County Sheriff's Office Academy (Class B1, 2002).

Following his graduation, Major Ferguson began his field career at the Inmate Processing Center (IPC) and later served in District 2 Patrol. He then moved into investigative positions in the Robbery and Homicide Divisions, honing skills in managing complex cases. He was later promoted to sergeant and supervised the Crimes Against Children Unit, concentrating on protecting vulnerable community members.

As he advanced to lieutenant, Major Ferguson's leadership facilitated the development of processes that significantly reduced backlogs in child abuse, violent crime, and warrant cases. After his promotion to captain, he helped establish an investigative unit within the Detention Command, focused on human trafficking, gang intelligence, and drug interdiction.

In 2025, Major Ferguson attained the rank of major, reflecting his service and leadership within the Harris County Sheriff's Office. Major Ferguson oversee and supervises several Divisions under his command, Criminal Investigation & Security, Prisoner Logistics, Central Records, and the OMS Records maintenance and operations.

13.    **KIMBERLY SMITH, MAJOR, 1200 DETENTION BUREAU, HCSO**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Major Kimberly Smith serves as the Bureau Commander of the 1200 Detention Bureau. Major Smith's law enforcement journey began upon completion of her freshman year of college. In July of 1989, she joined the City of Houston where she worked as a jailer for six years. She then joined the Harris County Sheriff's Office in February of 1995 where she has been since. Major Smith worked as a Detention Officer for a brief time before entering the Harris County Sheriff's Academy where she become a certified peace officer in December of 1995.

In February 2005, Major Smith was promoted to the rank of Sergeant where she oversaw operations in the Inmate Processing Center and the Baker Street jail. She also oversaw the Medical and Mental Health Units.

Major Smith was later selected to head up a new Use of Force Review Unit which became an arm of the Office of Inspector General- Internal Affairs Division. During her tenure there, she was instrumental in creating the framework for the Use of Force Review Unit.

In August of 2012, Major Smith was promoted to the rank of Lieutenant where she led the Medical and Mental Health Unit, Central Records Division, the Property Room, and several others. In January 2017, Major Smith was promoted to the rank of Captain. She served as the Commander of the West District Patrol for three years before taking on a pivotal role as Director of the Training Academy from February 2020 to September 2024.

During her time at the Training Academy, Major Smith played a key role in advancing the Academy Expansion Plan, a significant project that secured funding and became one of many capital improvements within the HCSO. As the Academy Captain, she spearheaded the initial proposal to add additional training classrooms, addressing the department's growing training needs.

In September 2024, Major Smith transferred to the Human Resources Division before being offered the opportunity by Sheriff Ed Gonzalez, to serve on the Command Staff as a Major in December 2024. Major Smith is a graduate of the Leadership Development Institute and holds both a TCOLE Instructor License and a Master Peace Officer License

14.    **ROBERT JACKSON, CHIEF OF STAFF, HCSO**

As Chief of Staff, Robert Jackson facilitates strategic communication and collaboration between administrative and operational units of the HCSO and the larger needs of the justice system and the needs of the community as a whole. This includes the operations of the Harris County Jail since the duly elected Sheriff, as the Chief Law Enforcement Officer for Harris County, is also responsible under Texas law for maintaining and operating the county jail.

Chief Jackson joined the Houston Police Department (HPD) in 1985. After graduating from the Houston Police Academy Class #129 as class president, he worked patrol until he was promoted to Sergeant in 1989. Robert served in a variety of positions at that rank, including patrol supervisor, and head of the Mayor of Houston's security detail for six years. After being promoted to Lieutenant, he was assigned to HPD's Night Commander position where he served as the direct representative of the Chief of Police at high profile and large-scale incidents occurring during nighttime/weekend hours.

While serving as a peace officer, Mr. Jackson graduated summa cum laude with a Bachelor of Science in Criminal Justice from the University of Houston Downtown and earned a law degree from the University of Houston Law Center. He retired from the department in 2010.

After retiring from HPD, Chief Jackson served as Chief of Staff for (former) City of Houston Council Member C.O. "Brad" Bradford, and as Chief Policy Officer for the Houston First Corporation. He also served as an Associate Judge for the City of Houston Municipal Court system from 2013-2015. He joined the Harris County District Attorney's Office as Chief Investigator in December 2020.

Chief Jackson is a U.S. Army Veteran, having served his country as a member of the Military Police Corps in both the continental United States and in Europe

## 15.   VERONICA WEINBERGER, DIRECTOR, HR DIVISION

### A.   QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE

Veronica Weinberger is Director of Human Resources for the HCSO. She can testify about recruitment, hiring, and screening efforts of the HCSO to hire qualified personnel to serve as Detention Officers in the Detention Command.

Veronica Weinberger serves as the Director of Human Resources for the Harris County Sheriff's Office (HCSO), leading HR operations for one of the largest law enforcement agencies in the nation. Director Weinberger holds a bachelor's degree in business administration from the Universidad de Monterrey and brings a wealth of knowledge and expertise in talent acquisition, compensation, benefits, and workforce planning. Director Weinberger has over 20 years of progressive HR leadership experience.

Director Weinberger oversees recruitment efforts to find, screen, and hire qualified candidates for the position of Detention Officers in the Harris County Jail. She is knowledgeable of both licensing requirements under TCOLE [Texas Commission on Law Enforcement] that apply to jail staff, as well as the local County Civil Service System that applies to Sheriff's Office personnel, including Detention Officers.

## 16.   MIKE LEE, DIRECTOR, LEGISLATIVE LIASON & SPECIAL PROJECTS

### A.   QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE

Director Mike Lee serves as the Legislative Liaison and Director of Special Projects for the Harris County Sheriff's Office (HCSO). As Legislative Liaison, Director Lee connects HCSO with legislative bodies, monitoring public safety legislation, providing expert guidance to the Sheriff, and testifying on critical issues. As Director of Special Projects, he leads initiatives to deliver strategic resources, implement best practices, and enhance operational effectiveness.

Director Lee joined HCSO in 2017 after a distinguished 27-year career with the Houston Police Department, and held leadership roles as Major, Assistant Chief, and Chief Deputy. He led the $100M Harris County Public Safety Bond projects, providing unprecedented infrastructure for the agency. He played a pivotal role in developing programs like the Judge Ed Emmett Mental Health Jail Diversion Center, HART, Violent Persons Task Force, and Houston Recovery Center, significantly enhancing public safety.

Director Lee holds a bachelor's degree in government and history from Evangel University and a Master's Degree in Psychology and Sociology from Our Lady of the Lake University. He is a graduate of the Police Executive Research Forum's Senior Management Institute, Sam Houston State University's Leadership Command College, and the American Leadership Forum.

In 2018, he was appointed Commissioner for the Texas Supreme Court Judicial Commission on Mental Health. His accolades include the IACP Community Policing Award, the Goldstein Award for Problem-Oriented Policing, and the Police Executive Research Forum's Gary P. Hayes Award.

17.    **MICHAEL LANHAM, DIRECTOR OF FINANCE, HCSO**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Director Michael Lanham serves as the Director of Finance for the Harris County Sheriff's Office. In this capacity, he acts as the agency's chief financial officer, promoting transparency, efficiency, and accountability.

His team of highly qualified accountants and business professionals develops financial plans, prepares financial forecasts, and assesses division budgets. The team also conducts internal audits of the agency's various divisions and grant programs, as well as operates and maintains its fiscal management systems.

Director Lanham prepares and submits budget presentations to Harris County Commissioners Court, supporting discussion on fiscal year budgets for the Sheriff's Office and outlining how both existing and requested new funding will be used to achieve the agency's mission and public safety priorities.

Since joining the Sheriff's Office in 2012, Director Lanham has implemented financial dashboards, performance metrics, overtime tracking/reporting, a pre-purchasing application that replaced an outdated paper-driven process, expanded the grants team, and consistently brought the department in under budget.

He has held numerous roles over the course of a private industry and public service career which spans more than three decades, including auditor, financial analyst, accounting manager, controller, and chief financial officer. He proudly served in the U.S. Army for four years in Nuremberg, Germany, followed by eight years in the U.S. Army Reserves, rising to the rank of lieutenant.

Director Lanham is a certified public accountant, certified business analysis professional, and member of the American Institute of Certified Public Accountants. He holds a bachelor's degree in accounting and a Master of Business Administration degree.

18. **BRYAN TSCHUDY, LIEUTENANT, INTERNAL AFFAIRS DIVISION (IAD)**

    A. **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE:**

Lieutenant Brian Tschudy is the Lieutenant in charge of the HCSO Internal Affairs Division (IAD), which covers both law enforcement operations as well as detention command operations. Lt. Tschudy can testify about the systems in place to monitor compliance with Detention Command policies and procedures, including Use of Force allegations, investigations of policy violations, internal disciplinary, and civil service process, as well as referral of criminal conduct for criminal prosecution if applicable.

19. **JOSE GONZALEZ, LIEUTENANT, ACADEMY OPERATIONS, HCSO**

    A. **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Lieutenant Jose Gonzalez is the over the Training Division of the HCSO Training Academy located in Humble, Texas. The Training Academy.

Lt. Gonzalez is responsible for overseeing the program design for orientation, onboarding training, and continued education training of licensed law enforcement personnel employed by the HCSO, including Detention Officers. This includes compliance with training in all areas of law enforcement expertise, including any training mandates required by the Texas Commission on Law Enforcement (TCOLE).

Training includes Use of Force deployment in a custodial care context,

20. **GARRETT DEMILIA, LIEUTENANT, STRATEGIC OPERATIONS COMMAND SPECIAL ENFORCEMENT BUREAU**

    A. **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Lt. Demilia is a teacher and trainer in UOF tactics and deployment in the context of persons held in custodial status at the Harris County Jail.

He may testify in rebuttal to testimony of plaintiffs and intervenors experts on the use of force involving a plaintiff or intervenor.

21. **MELISSA INCE, DETENTION SERGEANT, DETENTION SUPPORT SERVICES BUREAU, INMATE SERVICES DIVISION**

    A. **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Detention Sergeant Melissa Ince works under the supervision of Mayor Matthew Ferguson. She is responsible for preparing and filing custodial death reports with the Texas Commission on Jail Standards (TCJS) as well as for preparing document packages for referral to outside law enforcement agencies (Texas Rangers and Houston PD) for investigation of custodial deaths.

Sergeant Ince is also responsible for preparing and filing with the TCJS the monthly Serious Incident Reports (SIRs) required by law to be filed. She is also responsible to keeping records of TCJS grievances, complaints, and Notices of Non-Compliance (NONCs) and responses thereto.

Sergeant Ince can testify how these distinct categories of records are generated, indexed, and maintained in support of the operations of the Harris County Jail Detention Command.

22.    **JESSICA SMITH, OMS SYSTEMS ADMINISTRATOR**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Jessica Smith is a Manager in the Detention Management Bureau under the supervision of Major Matthew Ferguson. This works directly with the QOL / ICC portal that the public can use to share concerns about family or friends held in custody of the Harris County Jail. Ms. Hudson is conversant with the design and functions of the QOL portal and can testify about how distinct categories of complaints and concerns are processed and feedback returned to requestors.

23.    **SHARI HUDSON, DETENTION OFFICER, HCSO**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Shari Hudson is a Manager in the Detention Management Bureau under the supervision of Major Matthew Ferguson. This works directly with the OMS program and document system and is conversant with its design and functions. She can testify about how the OMS program works and is deployed as a centralized record-keeping system to support the operations and maintenance of the Harris County Jail.

24.    **SANDRA BOWER, LIEUTENANT, CLASSIFICATION SECTION, DETENTION MANAGEMENT**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Lt. Sandra Bowers is over the Classification Section and responds to Major Ferguson in the Detention Management Bureau. She can testify about how the inmate classification process is deployed and implemented, both generally as well as with regard to specific inmates.

25.    **CHRISTIAN FLAMENCO, SERGEANT, CLASSIFICATION SECTION, DETENTION MANAGEMENT**

   A.    **QUALIFICATIONS & AREAS OF EXPERIENCE & EXPERTISE**

Sergeant Christian Flamingo works in the Classification Section and reports to Lt. Sandra Bowers. He can testify about how the inmate classification process is deployed and implemented, both generally as well as with regard to specific inmates.

## III. OTHER LAW ENFORCEMENT
## NON-RETAINED EXPERTS

Additional law enforcement personnel who are not employed with the HCSO but who were involved in investigations pertaining to particular Plaintiffs in this case are identified and listed below with respect to the Plaintiff case in question in this litigation.

26.    **JACOBY PILLOW; HPD CASE NO. 0010433-23**

    **A.    LAW ENFORCEMENT OFFICERS:**

LEAD DETECTIVE C. WALKER [151156]; DETECTIVE D. ESCOBAR [129573] AND DETECTIVE J. KOSLER [150667]

ALSO FBI INVESTIGATOR JAMES SMITH, SPECIAL AGENT, HOUSTON FIELD OFFICE.

    **B.    SUBJECT MATTER:**

HPD Detectives involved in the custodial death investigation referred to the Houston Police Department for investigation.

The FBI Investigation is a separate federal investigation into the in-custody death of Jacoby Pillow.

27.    **BRYAN JOHNSON; HPD CASE NO. 1325679-22**

    **A.    LAW ENFORCEMENT OFFICERS**

SIU SERGEANT M. YNOSENCIO [092609]; SIU DETECTIVE O. FLORES [PR#156493]; DETECTIVE V. PRAXEDES [151192]

    **B.    SUBJECT MATTER:**

HPD Detectives involved in the custodial death investigation referred to the Houston Police Department for investigation.

28.    **EVAN ERMAYNE LEE; DPS TEXAS RANGERS; CASE NO. 2022I-TRA-50087422**

    **A.    LAW ENFORCEMENT OFFICERS**

TEXAS RANGER SHANE ELLISON; SUPERVISOR LOUIS J. OWLES

    **B.    SUBJECT MATTER:**

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

29.    **WILLIAM CURTIS BARRETT; DPS TEXAS RANGERS; CASE NO. 2022I-TRA-50100668**

    **A.    LAW ENFORCEMENT OFFICERS**

TEXAS RANGER SHANE ELLISON; SUPERVISOR LOUIS J. OWLES

**B.      SUBJECT MATTER**

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

**C.      HARRIS COUNTY DISTRICT ATTORNEY OFFICE**

Bobbie Risner, Assistant District Attorney, Civil Rights Division. Author of administrative closure correspondence pertaining to this investigation after review of available evidence.

30.    **KEVIN LEON SMITH; HPD CASE NO. 151328-23**

**A.      LAW ENFORCEMENT OFFICERS**

DETECTIVE V. NGUYEN [152296]; SIU SERGEANT K. HEKIMIAN [99800]; DETECTIVE W. ELLIOTT

**B.      SUBJECT MATTER**

HPD Detectives involved in the custodial death investigation referred to the Houston Police Department for investigation.

**C.      HARRIS COUNTY DISTRICT ATTORNEY OFFICE**

Bobbie Risner, Assistant District Attorney, Civil Rights Division. Author of administrative closure correspondence pertaining to this investigation after review of available evidence.

31.    **RAMON THOMAS; DPS TEXAS RANGERS; CASE NO. 2023I-TRA-50112693**

**A.      LAW ENFORCEMENT OFFICERS**

TEXAS RANGER DARON PARKER [DP09146]; SUPV. LOUIS J. OWLES [L010700]; INVESTIGATION SUPERVISOR GROVER HUFF [GH06877]

**B.      SUBJECT MATTER**

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

**C.      HARRIS COUNTY DISTRICT ATTORNEY OFFICE**

Bobbie Wood, Assistant District Attorney, Civil Rights Division. Author of administrative closure correspondence pertaining to this investigation after review of available evidence.

32.    **NATHAN HENDERSON; HPD CASE NO. 1015675-22**

**A.      LAW ENFORCEMENT OFFICERS**

SIU DETECTIVE SEREANT J. YOUNG; DETECTIVE C. KING

**B.      SUBJECT MATTER**

HPD Detectives involved in the custodial death investigation referred to the Houston Police Department for investigation.

**C.      HARRIS COUNTY DISTRICT ATTORNEY OFFICE**

Bobbie Risner, Assistant District Attorney, Civil Rights Division. Author of correspondence advising of Grand Jury No Bill.

**33.    GARY WAYNE SMITH; DPS TEXAS RANGERS; CASE NO. 2023I-TRA-50102722**

### A.    LAW ENFORCEMENT OFFICERS

TEXAS RANGER LOUIS CALTZONTZINT; SUPV. LOUIS J. OWLES [L010700]; INVESTIGATION SUPERVISOR GROVER HUFF [GH06877]

### B.    SUBJECT MATTER

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Bobbie K. Risner, Assistant District Attorney, Civil Rights Division. Author of correspondence advising of administrative closure of the case after review of available evidence.

**34.    DEON PETERSON; DPS TEXAS RANGERS; CASE NO 2021I-TRA-50076115**

### A.    LAW ENFORCEMENT OFFICERS

TEXAS RANGER DARON PARKER [DP09146]; SUPV. LOUIS J. OWLES [L010700]; INVESTIGATION SUPERVISOR GROVER HUFF [GH06877]

### B.    SUBJECT MATTER

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Michael Harrisson, Assistant District Attorney, Civil Rights Division. Author of correspondence advising of administrative closure of the case after review of available evidence.

**35.    KRISTAN NICOLE SMITH; HPD; CASE NO. 0711651-22**

### A.    LAW ENFORCEMENT OFFICERS

DETECTIVE N. ALVARADO [#128749]; DETECTIVE O. FLORES [#156493]; SGT. Y. YNOSENCIO [#092609]

### B.    SUBJECT MATTER

HPD Detectives involved in the custodial death investigation referred to the Houston Police Department for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Jules Johnson, Division Chief, Civil Rights Division. Author of correspondence advising of administrative closure of the case after review of available evidence.

**36.    ROBERT WAYNE FORE; DPS TEXAS RANGERS; CASE NO. 2022I-TRA-50092372**

### A.    LAW ENFORCEMENT OFFICERS

TEXAS RANGER JONATHAN CHRISTIAN; SUPV. LOUIS J. OWLES.

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                    -17-

### B.    SUBJECT MATTER

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Jules Johnson, Division Chief, Civil Rights Division. Author of correspondence advising of administrative closure of the case after review of available evidence.

37.    **MICHAEL A. GRIEGO; DPS TEXAS RANGERS; CASE NO. 20229-TRA-50100723**

### A.    LAW ENFORCEMENT OFFICERS

TEXAS RANGER LOUIS CALTZONTZINT; SUPV. DAVID CHAUVIN AND SUPV. LOUIS J. OWLES.

### B.    SUBJECT MATTER

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Prosecutor in charge of criminal case styled and numbered State of Texas v. Chad B. Maydwell, Cause 189398501010 [Court 178] may testify to disposition of the criminal felony charges.

38.    **KEVIN SANCHEZ TREJO; DPS TEXAS RANGERS; CASE NO. 2022I-TRA-50084890**

### A.    LAW ENFORCEMENT OFFICERS

TEXAS RANGER WESLEY DOOLITTLE; SUPV. LOUIS J. OWLES

### B.    SUBJECT MATTER

Texas Rangers involved in the custodial death investigation referred to the Texas Department of Public Safety for investigation.

### C.    HARRIS COUNTY DISTRICT ATTORNEY OFFICE

Jules Johnson, Division Chief, Civil Rights Division. Author of correspondence advising of administrative closure of the case after review of available evidence.

39.    **JAQUAREE SIMMONS [SPN 02748813]**

### A.    LAW ENFORCEMENT OFFICERS

ALSO FBI INVESTIGATOR JAMES SMITH, SPECIAL AGENT, HOUSTON FIELD OFFICE.

### B.    SUBJECT MATTER:

The FBI Investigation is a separate federal investigation into the in-custody death of Jaquaree Simmons.

## IV. FORENSIC AND MEDICAL PERSONNEL
## NON-RETAINED EXPERTS

40. **PRAMOD GUMPENI, M.D., DEPUTY CHIEF MEDICAL EXAMINER, HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES**

Dr. Gumpeni will serve as the primary witness to testify about the Autopsy Reports pertaining to the decedent Plaintiff in this lawsuit.

Dr. Gumpeni may also testify as a rebuttal expert witness in response to the reports and testimony of any duly designated forensic pathology expert listed by plaintiff and intervenors.

Dr. Gumpeni reserves the right to rely on work product generated by HCIFS medical examiners who worked on particular autopsy reports and investigations of plaintiffs and intervenors.

In addition to Dr. Gumpeni, the following Assistant Medical Examiners and Forensic Pathologists and Technicians may testify with respect to work completed on specific autopsy reports and investigations as follows:

A.      **JACOBY PILLOW [SPN 3175416]**

PROSECTOR:    Jesus O. Rico Castillo, M.D.
Forensic Pathology Fellow

Reviewed by:

08/08/23

Marianne E. Beynon, M.D.                    MMDDYY
Assistant Medical Examiner

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1
February 17, 2023

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
February 20, 2023

Medical Examiner's Initials and Date ___ JC 04/28/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Andrew Greenwood, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
June 09, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
June 12, 2023

Medical Examiner's Initials and Date ___ MC 06/12/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

## B.    JOHNSON, BRYAN [2315844]

12/22/22

Marianne E. Beynon, M.D.                MMDDYY

Assistant Medical Examiner

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1
October 24, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
October 26, 2022

Medical Examiner's Initials and Date ___ MEB 10/30/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                      -20-

**C.     LEE, EVAN ERMAYNE [2388442]**

_[signature]_                                    2/10/23

Roger P. Milton Jr., M.D.                        MMDDYY

Assistant Medical Examiner

Reviewed by:

_[signature]_                                    2/11/23

Hannah C. Jarvis, MBBS                           MMDDYY

Assistant Deputy Chief Medical Examiner

_[signature]_                                    5/4/22

Kent Heck, M.D.                                  MMDDYY

Forensic Neuropathologist

**D.     BARRETT, WILLIAM CURTIS [887353]**

_[signature]_, M.D. 05/01/23

Jennifer L. Ross, M.D.                           MMDDYY

Assistant Medical Examiner

Reviewed by:

_[signature]_                                    5/6/23

Hannah C. Jarvis, MBBS                           MMDDYY

Assistant Deputy Chief Medical Examiner

Grayce Behnke, M.S.
Case Reviewer
Toxicologist 1
December 08, 2022

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
December 08, 2022

Medical Examiner's Initials and Date _____ 12/9/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

### E.    KEVIN LEON SMITH [2972022]

Emma Henrie, M.D.
Assistant Medical Examiner

20.08.23
MMDDYY

Andrew Greenwood, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
March 17, 2023

Jeanna Mapeli, M.S., D-ABFT-FT
Expert Reviewer
Toxicologist 3 / Supervisor
March 22, 2023

Medical Examiner's Initials and Date ___ EH   3/24/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

### F.    RAMON THOMAS [02863401]

Rafael A. Garcia, M.D.
Assistant Medical Examiner

12-04-23
MMDDYY

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                                    -22-

Joshua Sandoval, B.S.
Case Reviewer
Toxicologist 1
July 18, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
July 19, 2023

Medical Examiner's Initials and Date  _RAG 7/19/03_

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Kent Heck, M.D.                              MMDDYY
Forensic Neuropathologist

## G.    NATHAN HENDERSON [02623034]

Dwayne A. Wolf, M.D., Ph.D.              MMDDYY
Deputy Chief Medical Examiner

Reviewed by:

Pramod Gumpeni, M.D.                      MMDDYY
Assistant Deputy Chief Medical Examiner

Dwayne A. Wolf, M.D., Ph.D.              MMDDYY
Deputy Chief Medical Examiner

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                    -23-

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
September 07, 2022

Jeanna Mapeli, M.S., D-ABFT-FT
Expert Reviewer
Toxicologist 3 / Supervisor
September 07, 2022

Medical Examiner's Initials and Date ___ 9/7/22

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

## H.    DEON PETERSON [1579098]

Pramod Gumpeni, M.D.                                    10/11/21    MMDDYY
Assistant Deputy Chief Medical Examiner

Jason Gaswint, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
September 17, 2021

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
September 20, 2021

Medical Examiner's Initials and Date ___ PA 1/26/21

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

## I.    GARY WAYNE SMITH [0836481]

Hannah C. Jarvis, MBBS                                    11/3/23    MMDDYY
Assistant Deputy Chief Medical Examiner

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                                    -24-

Tristan Bridges, M.S.
Case Reviewer
Toxicologist 1 Specialist
September 28, 2023

Teresa Gray, Ph.D., F-ABFT
Expert Reviewer
Director, Forensic Toxicology
September 29, 2023

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Kent Heck, M.D.                    MMDDYY
Forensic Neuropathologist

## J.    KRISTAN NICOLE SMITH [01897814]

Rafael A. Garcia, M.D.                    MMDDYY
Assistant Medical Examiner

Linda Alvarado, B.S., C(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2 / Specialist
June 22, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
June 22, 2022

Medical Examiner's Initials and Date ___RAG 6/22/22___

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Jason Gaswint, M.S., D-ABFT-FT
Case Reviewer
Toxicologist 2
September 02, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
September 06, 2022

Medical Examiner's Initials and Date _RAG  9/6/22_

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

Julie M. Fleischman, Ph.D., D–ABFA     _06/10/22_
Forensic Anthropologist     **MMDDYY**

## K.    ROBERT WAYNE FORE [018222871]

Paulyann Maclayton, M.D.     _8/12/22_
Assistant Medical Examiner     **MMDDYY**

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
June 09, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
June 10, 2022

Medical Examiner's Initials and Date _PM  6/10/22_

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS     -26-

### L. MICHAEL ANTHONY GRIEGO [01873285

Rafael A. Garcia, M.D.
Assistant Medical Examiner

08-15-23
MMDDYY

Reviewed by:

Pramod Gumpeni, M.D.
Deputy Chief Medical Examiner

8/16/23
MMDDYY

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
January 23, 2023

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
January 23, 2023

Medical Examiner's Initials and Date _____ RAG 1/23/23

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board. Refer to certificate and scope of accreditation FT-0076.

Julie M. Fleischman, Ph.D., D-ABFA
Forensic Anthropologist

2/14/23
MMDDYY

### M. ZACHARY ZEPEDA [02278619]

Jennifer L. Ross, M.D.
Assistant Medical Examiner

M.D. 01/17/24
MMDDYY

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                    -27-



Luis A. Sanchez, M.D.                    **MMDDYY**

**Executive Director & Chief Medical Examiner**

**N.    JAQUEZ MOORE [02959554]**

Paulyann Maclayton, M.D.        1/29/25    /MMDDYY

Assistant Medical Examiner

Pramod Gumpeni, M.D.        2/3/25    MMDDYY

Deputy Chief Medical Examiner

**O.    KEVIN SANCHEZ TREJO [02966503]**

Pramod Gumpeni, M.D.        3/31/22    MMDDYY

Assistant Deputy Chief Medical Examiner

DEFENDANT HARRIS COUNTY'S DESIGNATION
OF RETAINED & NON-RETAINED EXPERRTS                    -28-

41. **HARRIS HEALTH CARE**

   A.    **SUBJECT MATTER**

   Harris Health Care ("Harris Health) is a separate legal entity that provides health care services to the general public. With respect to the health care issues raised in this instant case, Harris Health and the Harris County Sheriff's Office (HCSO) have entered into an Interlocal Agreement (ILA) for the provision of health care services to the Harris County Jail inmate population.

   The ILA became effective on March 1, 2022, and has been amended and renewed. A copy of the ILA with Harris Health, and amendments thereto, have been disclosed and produced to Counsel of Record in this instant case.

   Prior to March 1, 2022, health care services to the Jail's inmate population was provided by HCSO correctional health care personnel in conjunction with utilization of hospital and health care services provided by Harris Health facilities.

   B.    **DESIGNATED EXPERT REPRESENTATIVE**

   Esmaeil Porsa, MD, MBA, MPH, CCHP-A is the President and Chief Executive Officer Harris Health for Harris Health. As President and CEO, Dr. Porsa has knowledge of the public health care operations of Harris Health generally and would also have knowledge of the delivery of correctional health care to the Harris County Jail inmate population as of the implementation of the ILA between Harris Health and the HCSO.

42. **HARRIS CENTER FOR MENTAL HEALTH & IINTELLECTUAL & DEVELOPMENTL DISABILITY SERVICES**

   A.    **SUBJECT MATTER**

   Harris Center for Mental Health and IDD ("Harris Center) is a separate legal entity that provides mental health care services to the general public. With respect to the mental health care issues raised in this instant case, Harris Center and the Harris County Sheriff's Office (HCSO) have entered into an Interlocal Agreement (ILA) for the provision of mental health care services to the Harris County Jail inmate population.

   The ILA between the Harris Center and the HCSO has been in place since December 17, 2019 and has been renewed and amended since that time. A copy of the ILA with Harris Center, and amendments thereto, have been disclosed and produced to Counsel of Record in this instant case.

   B.    **DESIGNATED EXPERT REPRESENTATIVE**

   The designated representative for Harris Center is Director Sean McElroy. Director McElroy can testify about the role of Harris Center in serving the jail population of the Harris County Jail Facility pursuant to the ILA between the HCSO and the Harris Center.

**43.    HARRIS COUNTY DETENTION COMMAND HEALTH CLINIC [PRIOR TO IMPLEMENTATION OF THE ILA WITH HARRIS HEALTH]**

**A.    HEALTH CARE PROFESSIONALS**

Prior to March 1, 2022, health care services to the Jail's inmate population was provided by HCSO correctional health care personnel, including but not limited to:

Laxman Sunder, M.D.

Naomi Lockhart, M.D.

Kiki Teal, Nurse Administrator

**B.    SUBJECT MATTER**

The foregoing individuals have historic knowledge of and can testify about the delivery of health care within the context of the Harris County Jail Detention Command prior to the transition to the ILA with Harris Health.

After the transition to ethe ILA, the foregoing individuals, on information and belief, became associated with Harris Health and continued to be involved in the delivery of health care services to the Harris County Jail inmate population albeit under the auspices of the ILA between HCSO and Harris Health.

-END-