United States District Court
Southern District of Texas

**ENTERED**

April 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

On April 14, 2026, the Court held a status conference to discuss the progress of discovery. Plaintiffs stated that issues which remained pending from their Motion to Compel Discovery from Defendant Harris County, Texas (ECF No. 130) have been incorporated into subsequent motions. Accordingly, the Court **DENIES** that motion as moot.

Additionally, Defendant informed the Court that many of the issues presented in Defendant Harris County's Motion to Compel Plaintiffs to Respond to Written Discovery Requests or, Alternatively, Motion to Strike Plaintiff's Liability and Damage Claims (ECF No. 132) have been resolved. To streamline any remaining disputes, the Court **DENIES** that motion without prejudice. If any disputes remain which require this Court's attention, Defendant may file a new motion to compel.

During the hearing, the Court **GRANTED** Defendant's Motion to Correct/Amend Agreed Order ECF No. 213 Pertaining to Scope of Resolved Monell Discovery Motions (ECF No. 225). The Court **DENIES** Plaintiff-Intervenor Ana Garcia's Second Motion to Compel (ECF No. 199) pursuant to that ruling.

Finally, the Court also heard argument pertaining to the terms of a site inspection of the Houston County jail. *See* ECF No. 235. Parties made progress toward agreement during the hearing. Using this discussion as a starting point, the Court requires each Party to submit a new proposed order with its suggested terms by April 29, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of April, 2026.

Keith P. Ellison
United States District Judge