United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

On May 14, 2026, the Court held a hearing on Plaintiffs' Emergency Motion to Quash and Motion for Protective Order [for] the Unilaterally Noticed Deposition of Plaintiff Zachery Johnson (ECF No. 333). and Plaintiff-Intervenor Chandra Jenkins as Attorney in Fact for Deqon Buford's Emergency Motion to Quash and Motion for Protective Order [for] the Deposition of Deqon Buford (ECF No. 335). Parties reached an agreement concerning the motions during the hearing. Accordingly, both are **DENIED** as moot. The Court also **DENIES** Plaintiff-Intervenor Chandra Jenkins as Attorney in Fact for Deqon Buford's Opposed Motion for Entry of Protective Order Regarding the Deposition of Deqon Buford (ECF No. 307) as moot.

The deposition of Plaintiff Dequon will take place beginning at 8:00 a.m. on June 24, 2026, at the United States Courthouse located at 515 Rusk St, Courtroom 3A, Houston, Texas. Chandra Jenkins may attend the deposition of Dequon Buford.

The deposition of Plaintiff Zachery Johnson will take place beginning at 2:00 p.m. on June 24, 2026, at the same location. The Court will ensure Plaintiff Johnson's presence at the

1 / 2

courthouse beginning at 1:00 p.m. to allow counsel for Plaintiffs to prepare Plaintiff Johnson for his deposition.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of May, 2026.

Keith P. Ellison
United States District Judge