**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **Vs** | § | |
| | § | |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | **Civil Action No. 4:23-CV-02886** |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**DEFENDANT'S PARTIALLY UNOPPOSED
MOTION FOR EXTENSION TO FILE EXPERT REPORTS**

=================================================================

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT HARRIS COUNTY and submits this Partially Unopposed Motion for Extension to File Expert Reports. The current submission deadline is May 21, 2026.

**BACKGROUND**

On March 5, 2026, the Court entered Doc. 297- ORDER GRANTING JOINT MOTION TO MODIFY THE EXPERT DESIGNATION AND REPORT DEADLINES CONTAINED IN THE FOURTH AMENDED SCHEDULING ORDER (ECF #220).

Under the Order, Plaintiffs' and Intervenors' deadline to file expert reports was April 23, 2026. Collectively, Plaintiffs and Intervenors have filed dozens of expert reports some of which are quite voluminous.

Defendant's deadline to designate experts was April 6, 2026, and Defendant met the deadline. Defendant's deadline to produce its expert reports is May 21, 2026. Despite all its efforts, Defendant is unable to meet the deadline given the vast scope of work, which includes processing all of the Plaintiffs' reports filed last month.

**REQUEST FOR EXTENSION AND CONFERENCE**

Consequently, Defendant is hereby requesting a 30-day extension of its deadline for expert reports, making Defendant's expert reports due June 22, 2026. Defendant has conferred with all parties and Plaintiff's counsel Paul Grienke, who represents the majority of the Plaintiffs, is

Defendant's Motion for Extension to File
Expert Reports                                                                                    -1-

unopposed. Also unopposed is counsel Taylor Hunter who represents Intervenor Buford. Counsel for Intervenor Garcia has stated he is opposed without explanation. Therefore, this Motion is presented as partially unopposed.

Counsel for Defendant, Plaintiffs, and Intervenor Buford would also request that the Court issue a corresponding extension of the deadline to challenge experts.

This request is not made for delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Counsel for the Plaintiffs about securing an extension of time of thirty (30) days to file their Expert Reports, making the new deadline for Defendant to submit their Expert Reports June 22, 2026. Counsel for Plaintiffs advises there is no Opposition.

## CONCLUSION & PRAYER

THEREFORE, DEFENDANT HARRIS COUNTY requests that the Court approve an extension to the deadline to file their Expert Reports for a period of thirty (30) days, to wit, until June 22, 2026.

SIGNED on the 19th day of MAY 2026.

Respectfully submitted,

By:    *Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

*Kelly R. Albin*
KELLY R. ALBIN
State Bar No. 24086079
So. Dist. Id No. 3792304
rjnavarro@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ
   BERNAL SANTEE & ZECH, P.C.**
549 Egret Bay Blvd., Ste. 200
League City, Texas 77573
832.632.2102 (O)
832.632.3124 (F)

**COUNSEL FOR DEFENDANT
HARRIS COUNTY, TEXAS**

Defendant's Motion for Extension to File
Expert Reports                                                                          -2-

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 19th day of MAY 2026, to wit:

Aaron Dekle                                          Email: aaron@bencrump.com
Paul Ashley Grinke                                   Email: paul@bencrump.com
BEN CRUMP LAW FIRM
ATTORNEYS FOR PLAINTIFFS

Carl Lenford Evans, Jr.                              Email: cevans@mccathernlaw.com
Noah L. McCathern                                    Email: nmccathern@mccathernlaw.com
Jordan A. Carter                                     Email: jcarter@mccathernlaw.com
Alizabeth A. Guillot                                 Email: aguillot@mccathernlaw.com
McCathern Law Firm
ATTORNEYS FOR PLAINTIFFS

Thad D. Spalding                                     Email: tspalding@dpslawgroup.com
Shelby J. White                                      Email: swhite@dpslawgroup.com
Durham, Pittard & Spalding, LLP
ATTORNEYS FOR PLAINTIFFS

Mohammed Obaid Shariff                               Email: mshariff@sharifflawfirm.com;
Russell Ross                                         Email: rross@sharifflawfirm.com
Shariff Law Firm                                     Email: eservice@shariflwfirm.com
SHARIFF LAW FIRM
ATTORNEY FOR INTERVENOR ANA GARCIA
  & KEVIN SANCHEZ TREJO

Taylor McCray Hunter                                 Email: taylor@thehunterlaw.com
Kevin Green                                          Email: kevin@consumerjusticecenter.com
Thomas Lyons Jr.                                     Email: tommy@consumerjusticecenter.com
Andi Weber                                           Email: andi@consumerjusticecenter.com
ATTORNEY FOR INTERVENOR
CHANDRA JENKINS & DEQON BUFORD


*Ricardo J. Navarro*
KELLY R. ALBIN
RICARDO J. NAVARRO


Defendant's Motion for Extension to File
Expert Reports                                                                    -3-