Updated 5/25/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**INDEX TO DEFENDANT HARRIS COUNTY, TEXAS'
DOCUMENT PRODUCTION TO PLAINTIFFS**

================================================================

HARRIS COUNTY'S DOCUMENT PRODUCTION WILL BE EFFECTUATED VIA THE FIRM'S SECURE SHAREFILE ACCOUNT, TO WHICH COUNSEL OF RECORD HAVE BEEN ADDED FOR ACCESS PURPOSES. TO ACCESS THE AVAILABLE RECORDS, VIA THE FOLLOWING LINK:

https://rampage-rgv.sharefile.com/f/fo9f539e-ddd2-4d17-ba7c-9ada7a805764

FIRST TIME AUTHORIZED USERS MUST CLICK "FORGOT PASSWORD" AND ADOPT A PASSWORD. THE FOLLOWING HIGHLIGHTED MATERIALS HAVE BEEN UPLOADED.

PLEASE NOTE THAT RECORDS ARE PRODUCED UNDER THE CONFIDENTIALITY ORDER ENTERED IN THIS CASE [ECF#80]. THESES RECORDS HAVE NOT BEEN REDACTED TO COMPLY WITH THE COURT'S REDACTION POLICY PERTAINING TO FILED RECORDS. EACH PARTY IS RESPONSIBLE FOR COMPLIANCE WITH THE COURT'S REDACTION POLICIES OR WITH FILING RECORDS UNDER SEAL.

I.      **RULE 26 INITIAL DISCLOSURES**      **7 MB**

      A.      **CUSTODIAL DEATH REPORTS BINDER**

      B.      **AUTOPSY REPORTS COVER PAGES**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS      -1-

Updated 5/25/2026

II.      **PLAINTIFFS**                                                308 GB

**A.  JACOBY PILLOW [DIC] (FAC ¶¶ 50 - 60)**

   1. JAIL RECORDS 000001-000141 [HCSO]

   2. AUTOPSY RECORDS 000001-000042 [HCIFS]

   3. DOCS AND VIDEO[8GB] PRODUCED TO HPD; HPD 000001-HPD 000236 [HCSO]

   4. CONFIDENTIAL JAIL VIDEO 24GB [HCSO]

   5. OPERATIONAL RECORDS OR 000001- OR 000039; OR 000040- OR 000044 [HCSO]

   6. CONFIDENTIAL PHONE RECORDS [2MB] NATIVE FILES [HCSO]

   7. CONFIDENTIAL HPD INVESTIGATION FILE 000001-000444 HPD; 8GB [HPD]

   8. IAD FILES

**B.  BRYAN JOHNSON [DIC] (FAC ¶¶ 61 - 70)**

   1. JAIL RECORDS 000001- 000783 [HCSO]

   2. AUTOPSY RECORDS 000001- 000067 [HCIFS]

   3. OPERATIONAL RECORDS OR 000001- OR 000122 [HCSO]

   4. CONFIDENTIAL JAIL VIDEO 4GB [HCSO]

   5. DOCS AND VIDEO [3 GB] PRODUCED TO HPD; HPD 000001-HPD 000746 [HCSO]

   6. IA INVESTIGATION IA000001-IA000012 CONFIDENTIAL JAIL VIDEO [3GB] [HCSO]

   7. CONFIDENTIAL HPD INVESTIGATION FILE 000001-000982 HPD; 8GB [HPD]

   8. CONFIDENTIAL PHONE CALLS 353KB NATIVE DATA

**C.  EVAN ERMAYNE LEE [DIC] (FAC ¶¶ 71 - 81)**

   1. JAIL RECORDS 000001-000571 [HCSO]

   2. AUTOPSY RECORDS 000001-000190 [HCIFS]

   3. DOCS AND VIDEO [9GB] PRODUCED TO TEXAS RANGERS TXR 000001-TXR 000775 [HCSO]

   4. CONFIDENTIAL JAIL VIDEO [11GB] [HCSO]

   5. OPERATIONAL RECORDS OR 000001-OR 000193 [HCSO]

   6. CONFIDENTIAL PHONE CALLS [140MB] NATIVE FILES [HCSO]

   7. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000104 TXR; 517MB [TXR]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -2-

Updated 5/25/2026

### D. WILLIAM CURTIS BARRETT [DIC] (FAC ¶¶ 82 - 90)

1. JAIL RECORDS 000001-0000213 [HCSO]

2. AUTOPSY RECORDS AR 000001- AR 000047 [HCIFS]

3. DOCS AND VIDEO [3GB] PRODUCED TO TEXAS RANGERS TXR 000001-000282 [HCSO]

4. CONFIDENTIAL JAIL VIDEO [9GB] [HCSO]

5. OPERATIONAL RECORDS OR 000001-OR 000047 [HCSO]

6. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000026 TXR; 463MB [TXR]

### E. KEVIN LEON SMITH [DIC] (FAC ¶¶ 91 - 99)

1. JAIL RECORDS OOOOO1-OOO811 [HCSO]

2. AUTOPSY RECORDS AR 000001- AR000054 [HCIFS]

3. DOCS AND VIDEO [12GB] PRODUCED TO HPD; HPD 000001- HPD 000895 [ HCSO]

4. CONFIDENTIAL JAIL VIDEO [12GB] [HCSO]

5. CONFIDENTIAL PHONE CALLS [20KB] NATIVE DATA

6. OPERATIONAL RECORDS OR 000001- OR 000060 [HCSO]

7. CONFIDENTIAL HPD INVESTIGATION FILE 000001-001078 HPD; 6GB [HPD]

### F. RAMON THOMAS [DIC] (FAC ¶¶ 100 - 109)

1. JAIL RECORDS 000001-001310 [HCSO]

2. AUTOPSY RECORDS 000001- 000048 [HCIFS]

3. DOCS, VIDEO [6GB], AND CONFIDENTIAL PHONE CALLS [878 MB] PRODUCED TO TEXAS RANGERS ; TXR 000001 – TXR 001357 [HCSO]

4. CONFIDENTIAL JAIL VIDEO [13GB] [HCSO]

5. OPERATIONAL RECORDS; OR 000001- OR 000357 [HCSO]

6. CONFIDENTIAL PHONE CALLS [988MB][HCSO]

7. CONFIDENTIAL TXR INVESTIGATION FILE – 000001-000029 TXR; 000001 HCDAO

### G. NATHAN HENDERSON [DIC] (FAC ¶¶ 110 - 117)

1. JAIL RECORDS; 000001- 000148 [HCSO]

2. AUTOPSY RECORDS; 000001- 000089 [HCIFS]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                              -3-

3. OPERATIONAL RECORDS; OR 000001 – OR 000072 [HCSO]

4. CONFIDETIAL JAIL VIDEO [4GB] [HCSO]

5. DOCS AND VIDEO [4GB] PRODUCED TO HPD; HPD 000001 – HPD 000198 [HCSO]

6. CONFIDENTIAL HPD INVESTIGATION FILE 000001-000472 HPD; 5GB [HPD]

7. IAD FILES [702 MB] 000001-000234

## H. DEON PETERSON [DIC] (FAC ¶¶ 118 - 126)

1. JAIL RECORDS 000001 – 000024; JR 000025 – JR 000165 [HCSO]

2. AUTOPSY RECORDS 000001-000044 [HCIFS]

3. CONFIDENTIAL PHONE CALLS [100MB] [HCSO]

4. OPERATIONAL RECORDS; OR 000001 – OR 000027 [HCSO]

5. DOCS AND VIDEO [121MB] PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 000416 [HCSO]

6. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000622 TXR; [530MB] [TXR]

## I. GARY WAYNE SMITH [DIC] (FAC ¶¶ 127 - 134)

1. JAIL RECORDS 000001 – 000498 [HCSO]

2. AUTOPSY RECORDS 000001 – 000098 [HCIFS]

3. OPERATIONAL RECORDS OR 000001 – OR 000040 [HCSO]

4. CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

5. DOCS AND VIDEO [2GB] PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 000537 [HCSO]

6. CONFIDENTIAL PHONE CALLS [7KB] NATIVE DATA [HCSO]

7. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000643 TXR; [3GB] [TXR]

## J. KRISTAN NICOLE SMITH [DIC] (FAC ¶¶ 135 - 142)

1. JAIL RECORDS; 000001 – 000335 [HCSO]

2. AUTOPSY RECORDS; 000001 – 000170 [HCIFS]

3. DOCS PRODUCED TO HPD; HPD 000001 – HPD 000119 [HCSO]

4. CONFIDENTIAL JAIL VIDEO [22GB] [HCSO]

5. OPERATIONAL RECORDS; OR 000001 – OR 000088; OR 000089 – OR 000089 – OR 000107 [HCSO]

6. CONFIDENTIAL PHONE RECORDS [577MB] [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -4-

Updated 5/25/2026

    7. CONFIDENTIAL HPD INVESTIGATION FILE 000001-000254 HPD; 2GB [HPD]

### K. ROBERT WAYNE FORE [DIC] (FAC ¶¶ 143 - 149)

    1. JAIL RECORDS; 000001 – 000165 [HCSO]

    2. AUTOPSY RECORDS; 000001 – 000037 [HCFIS]

    3. OPERATIONAL RECORDS OR 000001- OR 000046 [HCSO]

    4. CONFIDENTIAL JAIL VIDEO [4GB] [HCSO]

    5. DOCS AND VIDEO [7GB] PRODUCED TO TEXAS RANGERS TXR 000001-TXR 000162 [HCSO]

    6. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000212 TXR; [4GB] [TXR]

### L. MICHAEL ANTHONY GRIEGO [DIC] (FAC ¶¶ 150 - 159)

    1. JAIL RECORDS; 000001 – 001452 [HCSO]

    2. AUTOPSY RECORDS; 000001 – 000139 [HCIFS]

    3. DOCS AND VIDEO [6GB] AND PHOTOS PRODUCED TO TEXAS RANGERS; TXR 000001 – TXR 001504 [HCSO]

    4. CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

    5. OPERATIONAL RECORDS; OR 000001 – 000843 [HCSO]

    6. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000040 TXR [TXR]

    7. CRIMINAL PROCEEDINGS - STATE V. MAYDWELL; 000001-000002

    8. RECORDS RE INMATE CHAD MAYDWELL JR; 000001-000208

### M. JEREMY GARRISON (FAC ¶¶ 160 - 173)

    1. JAIL RECORDS 000001-000261; JR000262-JR000349 [HCSO]

    2. CONFIDENTIAL JAIL VIDEO [221MB] [HCSO]

    3. OPERATIONAL RECORDS OR 000001-0R000558 [HCSO]

    4. IAD INVESTIGATION; IA 000001- IA 000087 [HCSO]

    5. CONFIDENTIAL PHONE CALLS [14GB] NATIVE DATA [HCSO]

    6. IAD FILES; 000001-000085, 000001-000015; [148 MB]

### N. ZACHERY JOHNSON (FAC ¶¶ 174 - 183)

    1. JAIL RECORDS; 000001- 000226; [HCSO]

    2. PREA REPORT & INVESTIGATION PREA; 000001-000010

    3. BEN TAUB MEDICAL RECORDS; 000001-000114

    4. RECORDS RE INMATE KHALIL BENNET; 000001-000322

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS

### O. KENNETH RICHARD (FAC ¶¶ 184 - 193)

1. JAIL RECORDS; 000001 – 000140 [HCSO]

2. CONFIDENTIAL JAIL VIDEO [24MB] [HCSO]

3. CONFIDENTIAL PHONE RECORDS [159MB] NATIVE DATA

4. OPERATIONAL RECORDS; OR 000001- OR 000033 [HCSO]

### P. JEREMIAH ANGLIN (FAC ¶¶ 194 - 201)

1. JAIL RECORDS; 000001 – 000132 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000016 [HCSO]

3. CONFIDENTIAL PHONE RECORDS [2GB] [HCSO]

4. 01-09-2023 INCIDENT; OR 000017-000034 [720 MB]

### Q. HARRELL VEAL (FAC ¶¶ 202 - 208)

1. JAIL RECORDS; 000001 – 000141 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000279 [HCSO]

3. CONFIDENTIAL PHONE RECORDS [190MB] [HCSO]

4. IAD INVESTIGATION 000001-000013; IA 000001-000054 [238MB] [HCSO]

5. RFP #148 000001-000004; 000001-000006 [25MB] [HCSO]

### R. JOHN COOTE (FAC ¶¶ 209 - 222)

1. JAIL RECORDS; JR 000001 – JR 000233 [HCSO]

2. CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

3. OPERATIONAL RECORDS; OR 000001 – OR 0000052 [HCSO]

4. CONFIDENTIAL PHOTOS; PHOTO 000001 – PHOTO 000017 [HCSO]

5. JAIL INCIDENTS [2GB]

6. IAD FILES [1GB]; 000001-000028

### S. TRAMEL MORELLE (FAC ¶¶ 223 - 228)

1. JAIL RECORDS; 000001 – OOO250 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000018 [HCSO]

3. CONFIDENTIAL PHONE RECORDS [1GB] [HCSO]

4. RECORDS RE INMATE ULYSSES MOLINA; JR 000001-000331

### T. BERNARD LOCKHART (FAC ¶¶ 229 - 233)

1. JAIL RECORDS; 000001 – OO2282 [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -6-

Updated 5/25/2026

2. CONFIDENTIAL JAIL VIDEO [289MB] [HCSO]

3. OPERATIONAL RECORDS; OR 000001 – OR 000018 [HCSO]

4. IA2022-00398; CONFIDENTIAL JAIL VIDEO [289MB] [HCSO]

5. CONFIDENTIAL PHONE RECORDS [1GB] [HCSO]

6. IAD FILES [585MB]; 000001-000031; 000001-000004

## U. RYAN TWEDT (FAC ¶¶ 234 - 245)

1. JAIL RECORDS; 000001 – 001780 [HCSO]

2. CONFIDENTIAL JAIL VIDEO [830MB] [HCSO]

3. OPERATIONAL RECORDS; OR 000001 – OR 000032 [HCSO]

4. CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

5. IAD FILES [832MB]; 000001-000017

## V. ANTONIO RADCLIFFE (FAC ¶¶ 246 - 253)

1. JAIL RECORDS; 000001 – 000294 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000021 [ HCSO]

3. CONFIDENTIAL PHONE RECORDS [492KB] NATIVE DATA [HCSO]

4. CONFIDENTIAL JAIL VIDEO [154MB] [HCSO]

5. RECORDS RE INMATE JOSEPH THOMPSON; JR 000001-000132

## W. ZACHARY ZEPEDA (FAC ¶¶ 254 - 260)

1. JAIL RECORDS; 000001 – 00033 [HCSO]

2. CONFIDENTIAL JAIL VIDEO [757MB] [HCSO]

3. IAD RECORDS – PL2023-01041; CONFIDENTIAL JAIL VIDEO [1GB] [HCSO]

4. CONFIDENTIAL PHONE RECORDS [160MB] [HSCO]

5. AUTOPSY REPORTS FROM HCIFS [465MB]; AR 000001-000022; AR 000023-000132

6. MISCELLANEOUS; 000001-000005 RFP #152

7. INMATE ANTHONY MORRIS; JR 000001-000592

8. NOTICE OF DEATH OF PLAINTIFF ECF #28

## X. JAQUEZ MOORE (FAC ¶¶ 261 - 274)

1. JAIL RECORDS; 000001 – 000074 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000067 [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -7-

3. CONFIDENTIAL PHONE RECORDS [2GB] [HCSO]

4. AUTOPSY RECORDS FROM HCIFS; AR 000001-000014

5. SUGGESTION OF DEATH FOR JACQUEZ MOORE ECF #156

## Y. TAYLOR EUELL (FAC ¶¶ 275 - 287)

1. JAIL RECORDS; 000001 – 000435 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – 000038; OR 000039 [HCSO]

3. CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

4. INVESTIGATIONS 000001-000024 IA [HCSO]

## Z. CHRISTOPHER YOUNG (FAC ¶¶ 288 - 295)

1. JAIL RECORDS; JR 000001 – 000723 [HCSO]

2. OPERATIONAL RECORDS; OR 000001 – OR 000017 [HCSO]

3. CONFIDENTIAL PHONE RECORDS [3GB] [HCSO]

## AA.    DYLAN PERIO (FAC ¶¶ 296 - 303)

1. JAIL RECORDS; JR 000001 – JR 000566 [HCSO]

## III.    INTERVENOR JAIL RECORDS                     24 GB

### A.    KEVIN ALEXANDER SANCHEZ-TREJO [DIC] [ANA GARCIA]

1. JAIL RECORDS JR000001-JR000431; JR000432-JR000432[HCSO]

2. AUTOPSY RECORDS AR000001-AR000029[HCIFS]; 000001-000050 [HCIFS]; 8752, 8753, and 6287 JPGs [HCIFS]

3. OPERATIONAL RECORDS OR00000A-000054 [HCSO]

4. DOCS PRODUCED TO TEXAS RANGERS TXR 000001-TXR000513 [HCSO], AND 11GB CONFIDENTIAL JAIL VIDEO; TEXAS RANGER INVESTIGATION [CLOSED FILE] TXR000001-TXR000009 [HCSO]

5. CONFIDENTIAL PHONE CALLS [1GB] NATIVE DATA

6. CONFIDENTIAL JAIL VIDEO [11 GB] NATIVE DATA

7. CONFIDENTIAL TXR INVESTIGATION FILE 000001-000016 TXR; 2GB [TXR]

### B.    DEQON BUFORD [CHANDRA JENKINS]

1. JAIL RECORDS 000001-000247 [HCSO]

2. PREA INVESTIGATION – PREA000001-PREA000031; 2MB NATIVE DATA [HCSO]

3. OPERATIONAL RECORDS OR 000001- 000045 OR [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS

Updated 5/25/2026

4. CONFIDENTIAL JAIL CALL RECORDINGS [206 MB] NATIVE DATA[HCSO]

5. PL2023-01433 DOCS 000001-000076 PL [HCSO]

6. EMAIL COMMUNICATIONS BUFORD 000001-000725 EML1; 000001- 000223 EML2 [HCSO]

7. CRIMINAL CASE DOCS COMPETENCY 000001-000008 CC [HC]

8. KATRINA CAMACHO DEPO EXHIBIT; 001-018

IV. **DETENTION COMMAND POLICIES & PROCEDURES          129 MB**

   A. **TCJS SYSTEM PLANS [SINGLE BINDER]**
   - CLASSIFICATION
   - COMMISSARY
   - CORRESPONDENCE
   - DISCIPLINE
   - EDUCATION & REHAB
   - EMERGENCY
   - FIRE PREVENTION
   - GRIEVANCE
   - HEALTH SERVICES
   - LIBRARY
   - MENTAL DISABILITIES & SUICIDE PREVENTION
   - RECREATION
   - RELIGIOUS PRACTICES
   - SANITATION
   - TELEPHONE
   - VISITATION

   B. **ACTIVE DETENTION COMMAND SOPs [SINGLE BINDER]**
   - 100 SERIES   PERSONNEL PRACTICES
   - 200 SERIES   DAILY OPERATIONS
   - 300 SERIES   UOF / SIGNIFICANT EVENTS
   - 400 SERIES   INVESTIGATIONS
   - 500 SERIES   TRAINING
   - 600 SERIES   OPERATIONAL GUIDELINES
   - 700 SERIES   POST ORDERS
   - 800 SERIES   JOINT PROCESSING CENTER
   - 900 SERIES   CLASSIFICATION
   - MEMORANDA

   C. **ARCHIVED DETENTION COMMAND SOPs [SINGLE BINDER]**
   - 100 SERIES   PERSONNEL PRACTICES
   - 200 SERIES   DAILY OPERATIONS
   - 300 SERIES   UOF / SIGNIFICANT EVENTS
   - 400 SERIES   INVESTIGATIONS
   - 500 SERIES   TRAINING

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                         -9-

Updated 5/25/2026

    ➢    600 SERIES   OPERATIONAL GUIDELINES
    ➢    700 SERIES   POST ORDERS
    ➢    800 SERIES   JOINT PROCESSING CENTER

**D.**    **INMATE HANDBOOKS**

    ➢    Inmate Handbook (Rev. March 2012)
    ➢    Inmate Handbook (Rev. March 2013)
    ➢    Inmate Handbook (Rev. August 2017)
    ➢    Inmate Handbook (Rev. December 2018)
    ➢    Inmate Handbook (Rev. April 2021)
    ➢    Inmate Handbook (Rev. to V eff. 302924)

**E.**    **HC DOCUMENT MANAGEMENT PLAN (DOCUMENT RETENTION POLICY)**    **546 KB**

**F.**    **DOJ PREA STANDARDS**    **607KB**

**G.**    **PREA BROCHURES [HCSO]**    **13MB**

**H.**    **CORRECTIONAL HEALTH POLICIES [04.1 IN SF INDEX]**

    ➢    HCSO HEALTH SERVICES MANUAL (THRU 3/1/2022)
    ➢    HCSO NURSING POLICIES MANUAL (THRU 3/1/2022)
    ➢    HARRIS HEALTH CORRECTIONAL HEALTH GUIDELNES

**V.**    **COMPARATOR RECORDS**    **419 GB**

    1)    VINCENT YOUNG [DIC]
        A.    JAIL RECORDS 000001-000234 [HCSO]
        B.    AUTOPSY RECORDS 000001-000055 [HCIFS]
        C.    CONFIDENTIAL JAIL VIDEO [ 163GB] [HCSO]

    2)    MAYTHAM ALSAEDY [DIC]
        A.    JAIL RECORDS 000001-000318 [HCSO]
        B.    AUTOPSY RECORDS 000001-000063 [HCIFS]
        C.    CONFIDENTIAL JAIL VIDEO [38GB] [HCSO]

    3)    DEBORAH ANN LYONS [DIC]
        A.    JAIL RECORDS 000001-001465 [HCSO]
        B.    AUTOPSY RECORDS 000001-000061 [HCIFS]
        C.    CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

    4)    TRACY WHITED [DIC]
        A.    JAIL RECORDS 000001-000152 [HCSO]
        B.    AUTOPSY RECORDS 000001-000106 [HCIFS]
        C.    CONFIDENTIAL JAIL VIDEO [6GB][HCSO]

Updated 5/25/2026

5)   WALLACE HARRIS [DIC]
A.   JAIL RECORDS 000001-000067 [HCSO]
B.   AUTOPSY RECORDS 000001-000069 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [32MB] [HCSO]

6)   DAVID PEREZ [DIC]
A.   JAIL RECORDS 000001-00645 [HCSO]
B.   AUTOPSY RECORDS 000001-000064 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [6GB] [HCSO]

7)   ISRAEL LIZANO IGLESIAS [DIC]
A.   JAIL RECORDS
B.   AUTOPSY RECORDS 000001-000104 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [10GB] [HCSO]

8)   JIM FRANKLIN LAGRONE [DIC]
A.   JAIL RECORDS 000001-000163 [HCSO]
B.   AUTOPSY RECORDS 000001-000098 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [3GB] [HCSO]

9)   JAMES EARL GAMBLE [DIC]
A.   JAIL RECORDS 000001-001216 [HCSO]
B.   AUTOPSY RECORDS 000001-000098 [HCIFS]

10)   VICTORIA MARGAREZ SIMON [DIC]
A.   JAIL RECORDS 000001-000124 [HCSO]
B.   AUTOPSY RECORDS 000001-000080 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [44GB] [HCSO]

11)   ALAN CRISTOPHER KERBER [DIC]
A.   JAIL RECORDS 000001-000112 [HCSO]
B.   AUTOPSY RECORDS 000001-000028 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [4GB] [HCSO]

12)   DAMIEN LAVON JOHNSON [DIC]
A.   JAIL RECORDS 000001-000337 [HCSO]
B.   AUTOPSY RECORDS 000001-000221 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [7GB] [HCSO]

13)   JAQUAREE SIMMONS [DIC]
A.   JAIL RECORDS 000001-000684 [HCSO]
B.   AUTOPSY RECORDS 000001-000122 [HCIFS]
C.   CONFIDENTIAL PHONE CALL RECORDS [189MB]
D.   CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]
E.   IAD MATERIAL [2ND RFP #209] [133MB]

14)   RORY WARD, JR. [DIC]
A.   JAIL RECORDS 000001-000473 [HCSO]
B.   AUTOPSY RECORDS 000001- 000258 [HCIFS]
C.   CONFIDENTIAL JAIL VIDEO [25GB] [HCSO]

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                   -11-

Updated 5/25/2026

15) ADAEL GONZALEZ GARCIA
 A. JAIL RECORDS 000001-000064 [HCSO]
 B. AUTOPSY RECORDS – NOT APPLICABLE
 C. FEDERAL COURT RECORDS [PENDING]
 D. CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

16) FRED HARRIS [DIC]
 A. JAIL RECORDS 000001-000130 [HCSO]
 B. AUTOPSY RECORDS 000001-000147 [HCIFS]
 C. CONFIDENTIAL JAIL VIDEO [53GB] [HCSO]

17) JEROME BARTEE, JR.
 A. JAIL RECORDS 000001-000108 [HCSO]
 B. AUTOPSY RECORDS- NOT APPLICABLE
 C. CONFIDENTIAL JAIL VIDEO – NONE

18) TERRY GOODWIN

 A. SETTLEMENT AUHTORIZATION TERRY GOODWIN CLAIM

19) GREGORY BARETT [DIC]
 A. JAIL RECORDS 000001-000204 [HCSO]
 B. AUTOPSY RECORDS 000001-000046 [HCIFS]

20) CHRISTOPHER JOHNSON
 A. JAIL RECORDS 000001-000020 [HCSO]
 B. CONFIDENTIAL JAIL VIDEO- NONE

21) MATTHEW RYAN SHELTON [DIC]
 A. JAIL RECORDS 000001-000121 [HCSO]
 B. AUTOPSY RECORDS 000001-000043 [HCIFS]
 C. CONFIDENTIAL JAIL VIDEO [34GB] [HCSO]

22) MICHAEL A. ALANIZ [DIC]
 A. JAIL RECORDS 000001-000119 [HCSO]
 B. CONFIDENTIAL JAIL VIDEO – NONE
 C. IAD MATERIAL [111MB]

23) NAVIDAD FLORES
 A. JAIL RECORDS 000001-000011 [HCSO]
 B. AUTOPSY RECORDS- NOT APPLICABLE
 C. CONFIDENTIAL JAIL VIDEO – NONE

24) KAREEM JEFFERSON
 A. JAIL RECORDS 000001-000462 [HCSO]
 B. AUTOPSY RECORDS- NOT APPLICABLE
 C. CONFIDENTIAL JAIL VIDEO – NONE

25) HENRY JOSEPH WILLIAMS [DIC]
 A. JAIL RECORDS 000001-000054 [HCSO]
 B. AUTOPSY RECORDS- NOT APPLICABLE
 C. CONFIDENTIAL JAIL VIDEO – NONE

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS      -12-

Updated 5/25/2026

26) LORON ERNEST FISHER [DIC]
    A.    JAIL RECORDS 000001-002404 [HCSO]
    B.    AUTOPSY RECORDS 000001-000292 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO [2GB] [HCSO]

27) BENJAMIN PIERCE [DIC]
    A.    JAIL RECORDS 000001-000047 [HCSO]
    B.    AUTOPSY RECORDS 000001-000028 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO [5GB] [HCSO]

28) GILBERT ALLENE NELSON [DIC]
    A.    JAIL RECORDS 000001-001194 [HCSO]
    B.    AUTOPSY RECORDS 000001-000043 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO – NONE

29) KEVIN ALEXANDER SANCHEZ-TREJO [DIC]- SEE INTERVENOR RECORDS III. A. IN THIS INDEX
    A.    JAIL RECORDS 000001-000432 [HCSO]
    B.    AUTOPSY RECORDS 000001-000029 [HCIFS]

30) SIMON PETER DOUGLAS [DIC]
    A.    JAIL RECORDS 000001-000079 [HCSO]
    B.    AUTOPSY RECORDS 000001-000035 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO [1GB] [HCSO]

31) ROBERT TERRY, JR. [DIC]
    A.    JAIL RECORDS 000001-000867 [HCSO]
    B.    AUTOPSY RECORDS 000001-000041 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO [46GB]

32) FABIAN CORTEZ [DIC]
    A.    JAIL RECORDS 000001-000054 [HCSO]
    B.    AUTOPSY RECORDS 000001-000046 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO [5GB]

33) ELIJAH GAMBLE [PENDING]

34) KENNETH LUCAS
    A.    JAIL RECORDS 000001-000312 [HCSO]
    B.    AUTOPSY RECORDS 000001-000140 [HCIFS]
    C.    CONFIDENTIAL JAIL VIDEO – NONE

35) RACHEL HATTON
    A.    JAIL RECORDS 000001-000003 [HCSO]

36) TREYVAN CROWDER
    A.    JAIL RECORDS 000001-000253 [HCSO]
    B.    AUTOPSY RECORDS- NOT APPLICABLE
    C.    CONFIDENTIAL JAIL VIDEO – NONE

Updated 5/25/2026

**V1.1** **UNDERLYING SIR COUNTS**

2. **FY 2018 [26MB]**

3. **FY 2019 [36MB]**

4. **FY 2020 [2GB]**

5. **FY 2021 [4GB]**

6. **FY 2022 [3GB]**

7. **FY 2023 [3GB]**

**VI.** **TCJS REPORTS** **29 MB**

   **A.** **ANNUAL AND SPECIAL INSPECTION REPORTS**

Includes Reports ranging from 2016 through 2025 in chronological order.

   **B.** **SERIOUS INCIDENT REPORTS TO TCJS [§511.020, TGC]**

➤ SERIOUS INCIDENTS REPORTS TO TCJS [2020]
➤ SERIOUS INCIDENTS REPORTS TO TCJS [2021]
➤ SERIOUS INCIDENTS REPORTS TO TCJS [2022]
➤ SERIOUS INCIDENTS REPORTS TO TCJS [2023]
➤ SERIOUS INCIDENTS REPORTS TO TCJS [2024]

   **C.** **PRODUCTION SAMPLE - NOVEMBER 2024 [PENDING]**

[UNDERLYING REPORTS FOR ASSAULT & FOR UOF FOR IN CAMERA INSPECTION BY COURT]

**VII.** **TRAINING RECORDS** **4 GB**

   **A.** **BCCC [BASIC COUNTY CORRECTIONS COURSE**

➤ BCCC [Basic County Corrections Course [bates #]
➤ Academy BCCC Defensive Tactics Training
➤ TCOLE Legal Aspects of Use of Force [outline]

   **B.** **ABLE [ACTIVE BYSTANDER LAW ENFORCEMENT]**

   **C.** **ICAT DE-ESCALATION TRAINING**

   **D.** **JAIL FTO PROGRAM**

   **E.** **OMS TRAINING MATERIALS**

➤ OMS Incident Training Guide
➤ OMS Class Training Rosters
➤ OMS Inmate Location & Movement User Guide
➤ OMS Inmate Requests User Training Guide
➤ CorreTrak Handout (Roll Call)
➤ CorreTrak Training Guides

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -14-

Updated 5/25/2026

F.     PREA TRAINING MATERIAL

➢     Brochures, Courses, Outlines, PPT

VIII.     **HR FILES & TCOLE RECORDS          17 GB**

➢  **HR FILE Allen, Patrick [EIN 14166]; HRF 000001; TCOLE 000001 – 008 [HCSO].**

➢  **HR FILE Barrera, Antonio [EIN 144540]; HRF 000001-000040; TCOLE 000001-000003 [HCSO]**

➢  **HR FILE Bell, Travis [EIN 159531]; HRF 000001-000037; TCOLE 000001-000003 [HCSO]**

➢  **HR FILE Brezik, Brandon [EIN 154317]; HRF 000001-000060; TCOLE 000001-000003 [HCSO]**

➢  **HR FILE Conrad, Alex [EIN159539] ; HRF _____ ; TCOLE _____ ; IA2022-00398**

➢  **HR FILE Craft, Blanton [EIN 153931] ; HRF 000001-000041; TCOLE 000001-000004 [HCSO]**

➢  **HR FILE De Guzman, Jin [EIN 159803] ; HRF 000001-000141 ; TCOLE 000001-000006 [HCSO]**

➢  **HR FILE Emiola, Fausat [EIN 150728] ; HRF 000001-000070; TCOLE 000001-000005 [HCSO]**

➢  **HR FILE Espinoza, Edson [EIN 144475] ; HRF 000001-000062 ; TCOLE 000001-000010 [HCSO]**

➢  **HR FILE Espinoza, Matthew [EIN 134416]; HRF 000001-000078; TCOLE 000001-000006 [HCSO]**

➢  **HR FILE Flores, Francisco [EIN 103711] ; HRF 000001-000184; TCOLE 000001-000003 [HCSO]**

➢  **HR FILE Garcia, Candelario [EIN 159434]; HRF 000001-000047; TCOLE 000001-000003 [HCSO]**

➢  **HR FILE Garcia, Mark [EIN 144150] ; HRF 000001-000061 ; TCOLE 000001-000005 [HCSO]**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                              -15-

Updated 5/25/2026

- ➤ **HR FILE Gomez, Slade [EIN 161619] ; HRF 000001-0000037; TCOLE 000001-000003 [HCSO]**

- ➤ **HR FILE Guerrero, Andrew [EIN 158547]; HRF 000001-000047; TCOLE 000001-000005 [HCSO]**

- ➤ **HR FILE Herman, Maxim [EIN 160991]; HRF 000001-000023; TCOLE 000001-000003 [HCSO]**

- ➤ **HF FILE Garcia-Avila, Osvaldo [EIN 150022]; HRF 000001-000095; TCOLE 000001-000006 [HCSO]**

- ➤ **HF FILE Hayes, Bruce [EIN 141516]; HRF 000001-000069; TCOLE 000001-000008 [HCSO]**

- ➤ **HR FILE Herklotz, Shannon [EIN 157218] ; HRF 000001 - 000071 ; TCOLE 000001 - 000005**

- ➤ **HR FILE Lighten, Deundra [EIN 156856]; IA2022-00116 [16GB] TCOLE 000001-000007 [HCSO]**

- ➤ **HR FILE Maldonado, Victor [EIN]; TCOLE 000001-000003 [HCSO]**

- ➤ **HR FILE Morales, Eric Niles [EIN 155422] ; HRF 000001-000104 ; TCOLE 000001-000003 [HCSO]**

- ➤ **HR FILE Ortuno, Elias [EIN 157532] ; HRF 000001-000038; TCOLE 000001-000003 [HCSO]**

- ➤ **HR FILE Osteen, Jonathan [EIN 162026]; HRF 000001-000030; TCOLE 000001-000005 [HCSO]**

- ➤ **HR FILE Portillo, Natalie [EIN 148877]; HRF 000001-000056 ; TCOLE 000001-000006 [HCSO]**

- ➤ **HR FILE Ramos, Yannis [EIN 160134]; HRF 000001-000050; TCOLE 000001-000005 [HCSO]**

- ➤ **HR FILE Reyes, Roland [EIN 119776]; HRF 000001-000123; TCOLE 000001-000013 [HCSO]**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -16-

Updated 5/25/2026

- ➢ **HR FILE Rivera, Don Lee [EIN 160980] ; HRF 000001-000022 ; TCOLE 000001-000006 [HCSO]**

- ➢ **HR FILE Rocha, Armando [EIN 143282]; HRF 000001-000068; TCOLE 000001-000007 [HCSO]**

- ➢ **HR FILE Sanchez, Jorge [EIN 147748] ; HRF 000001-000166 ; TCOLE 000001-000005 [HCSO]**

- ➢ **HR FILE Sanders, Joseph [EIN 162205]; HRF 000001-000028; TCOLE 000001-000003 [HCSO]**

- ➢ **HR FILE Sneed, Quinton [EIN 128190] ; HRF 000001-000132; TCOLE 000001-000011 [HCSO]**

- ➢ **HR FILE Stewart, Jazminn [EIN 157825]; HRF 000001-000049; TCOLE 000001-000004 [HCSO]**

- ➢ **HR FILE Tabarez, Nikolas [EIN]; TCOLE 000001-000003 [HCSO]**

- ➢ **HR FILE Torres, Richard [EIN 133927] ; HRF 000001-000143; TCOLE 000001-000012 [HCSO]**

- ➢ **HR FILE Twitty, Jailyn [EIN 159430] ; HRF 000001 - 000149; TCOLE 000001 - 000004.**

- ➢ **HR FILE Tunello, Dustin [EIN 117407]; HRF 000001-000157; TCOLE 000001-000013 [HCSO]**

- ➢ **HR FILE Ung, Andrew [EIN158861]; HRF 000001-000100; TCOLE 000001-000004 [HCSO]**

- ➢ **HR FILE Valdivez, Jose [EIN 162642]; HRF 000001 - 000029; TCOLE 000001 - 000004.**

- ➢ **HR FILE Williams, Randal [EIN 119464]; HRF 000001-000225; TCOLE 000001-000010 [HCSO]**

- ➢ **HR FILE Wong, Preston [EIN 152815]; HRF 000001 - 000061; TCOLE 000001 - 000005.**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                                  -17-

Updated 5/25/2026

IX.  **JAIL OPERATIONS RECORDS**                                   **95 MB**

   ➢ **DAILY WATCH SCHEDULES BY PLAINTIFF**

   ➢ **DAILY WATCH SCHEDULES [DWS] [CHRONO]**

   ➢ **FUNCTIONAL CAPACITY REPORTS [FCR] [CHRONO]**

   ➢ **ROUNDS ACTICITY REPORTS BY PLAINTIFF**

X.  **CONTRACTS; AGREEMENTS; ILAs**                                **31MB**

   A.  **ILCA HCSO & HARRIS HEALTH**

      ➢ **2022-0301 ILCA w Harris Health re Jail Medical Care [4MB] [HCSO]**

      ➢ **2023-0913 Renewal of HCSO-HHS ILCA [243 KB] [HCSO]**

   B.  **ILA W HARRIS CENTER MH&IDD**

      ➢ **2019-1213 ILA HCMHIDD & Harris County (Inmate Care)**

      ➢ **2020-0728 1st Amd & Renewal ILA HCMHIDD & HC**

      ➢ **2021-0413 2nd Renewal of 2019 ILA between HCMHIDD & HC**

      ➢ **2025-0227 ILA HCMH&IBB & Harris County (Detention)**

   C.  **REPORTS & HISTORY RE ILA (HCSO & HARRIS HEALTH)**

      ➢ 2018-12 HMA Report to Harris Health System 2018

      ➢ 2021-0406 Memo from HC – BMD re Transition of Jail Health Care Services

XI.  **GOVERNING STATUTES AND REGULATIONS**

   A.  **TEXAS STATUTES**

   B.  **TEXAS ADMIN REGULATIONS**

   C.  **PREA STATUTE & REGULATIONS**

XII.  **USE OF FORCE REPORTS TO KHOU**

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                   -18-

Updated 5/25/2026

A.    [SAMPLE OF UOF REPORTS RELEASED TO KHOU PURSUANT TO A TEXAS PUBLIC INFORMATION ACT REQUEST; THESE ARE FOR IN-CAMERA INSPECTION]

B.    FULL PRODUCTION OF UOF REPORTS TO KHOU AS PER AGREED ORDER [ECF #213]

XIII.    SETTLEMENT AGREEMENTS

A.    BINDER CONTAINING SETTLEMENT AGREEMENTS ARISING OUT OF JAIL LAWSUITS]

B.    SETTLEMENT AUHTORIZATION TERRY GOODWIN CLAIM

XIV.    DWQ MEDICAL RECORDS PRODUCTION [PLAINTIFFS]

XV.    HR FILE RECORDS PRODUCTION [AS PER ECF #213]

[CONSISTING OF PEWS REPORT; INCIDENT HISTORY REPORTS; AND TCOLE TRAINING RECORDS FOR EACH LISTED OFFICER]

A Goodlow-Jones (EIN 154489)
A. Manzano Unit #10S19
Aaron Ocampo (EIN 159309)
Aaron Williams (EIN 122707)
Aaron Williams (EIN 122707)
Adamari Sandoval [EIN 162208]
Adan Del Fierro (EIN 155934)
Addi Dariah (EIN 139167)
Addi Dariah (EIN 139167)
Adrian Carranza [EIN 161870]
Adrian Ramos (EIN 160359)
Alex Conrad (EIN 159539)
Alex Conrad (EIN 159539)
Alexander Rhodes (EIN 155153)
Alfred Trevino (EIN 156678)
Amalia Ruiz
Amber Bailey (EIN 1455523)
Andre Ymnga (EIN 158757)
Andrea Figueroa (EIN 163847)
Andrew Pena (EIN 159986)
Andrew Pena (EIN 159986)
Angel Hernandez (EIN 147530)
Angela McClain (EIN 149051)
Angela McClain (EIN 149051)
Angelique Ramirez (EIN 149136)
Anika Eugene
Annie Sykes (badge 152)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                    -19-

Updated 5/25/2026

Anthony Peterson (EIN 165337)
Anthony Ramirez (Unit Number 11T62)
Antonio Barrera (EIN 144540)
Armando Hernandez (EIN 160010)
Aron Garcia (Unit 11N30)
Arquell Jones (EIN 159702)
Ashlee Bailey (EIN 153243)
Ashley Miller (EIN 158457)
Austin Blume (EIN 154312)
Austin Dipasquale (EIN 161073)
Bradley McCain (EIN 124572)
Brandon Brezik (EIN 154317)
Brandon Brezik (EIN 154317)
Brenda Pineda (EIN 158852)
Brittney Williams (EIN 154758)
Bruce Hayes (EIN 141516)
Bruce Hayes (EIN 141516)
Bruce Hayes (EIN 141516)
Calyn Cutler (EIN 153929)
Candelario Garcia (EIN 159434)
Carolyn Grimble (EIN 138147)
Celene Beltran (EIN 155738)
Charlia Davis (EIN 157128)
Chenhui Zhou (EIN 157000)
Chin Chiu (EIN 159823)
Christian Argueta (EIN 126608)
Christon Robinson (EIN 158857)
Christopher Byas (EIN 159644)
Christopher Journet (EIN 115257)
Christopher Ortega (EIN 157139)
Christopher Phillips (EIN 152799)
Clarissa Orona
Courtley Barrera (EIN 149163)
Coy Brown (EIN 159205)
Cristian Trujillo (EIN 159951)
Cristian Vindel
Danica Guillory (EIN 134324)
Daniel Medrano (EIN 154741)
Daniel Ramirez (EIN 147534)
Dante Martinez (EIN 156586)
Dante Martinez (EIN 156586)
Dante Martinez (EIN 156586)
Darryell Murphy (EIN 125173)
Darryl Ashford (EIN 148854)
David Guzman (EIN 129496)
Deditra Jenkins (EIN 130281)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -20-

Updated 5/25/2026

Delia Fierros (EIN 141522)
Demarcus Armstead (EIN 140936)
Demesshia Parker (EIN 158755)
Derek Kirk (EIN 146258)
Derrick Zilton (EIN 139592)
Deven Ortiz
Dillan Liburd
Dominic Samaniego (EIN 159817)
Don Lee Rivera (EIN 160980)
Donald Randell
Du Huy (EIN 161881)
Dustin Tunello (Badge 882) (EIN 114707)
Dustin Tunello (Badge 882) (EIN 114707)
E Oketunmbi (EIN 142089)
Earnest Eastland (EIN 157538)
Edson Espinoza (EIN 144475)
Eduardo Yenko (EIN 162504)
Elbert Johnson (EIN 155495)
Elbert Robinson (EIN 104451)
Elias Ortuno (EIN 157532)
Elias Ortuno (EIN 157532)
Elizabeth Emeka (EIN 150011)
Elizabeth Vaquera (EIN 133291)
Enrique Pineda Bucio AKA Enrique Pineda (EIN 159087)
Enrique Pineda Bucio AKA Enrique Pineda (EIN 159087)
Eribel Munos
Erik Eggins (EIN 161463)
Ernest McNabb (EIN 122688)
Estefany Barboza Gutierrez (EIN 159787)
Estefany Barboza Gutierrez (EIN 159787)
Ethan Williams (EIN 157976)
Eunice Wong (EIN 159611)
Fannie Augustine (Badge 164)
Fernando Acevedo (EIN 109780)
Francis Green (EIN 130175)
Francisco Flores (EIN 157256)
Francisco Flores (EIN 157256)
Francisco Jaimes (EIN 129374)
Franky Estrada (EIN 160968
Gabriel Rice (EIN 140933)
Gerardo Meza (EIN 158455)
Gerrol Johnson (EIN 156336)
Gilbert Bigham (EIN 113661)
Giovanny Rocha (EIN 159218)
Gorge Robles (EIN 142091)
Gregorio Pescina (EIN 156861)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -21-

Updated 5/25/2026

Henry Martinez (EIN 159421)
I Ebinum (EIN 140443)
Isaac Barnett (Badge 915)
J Samuel (EIN 133996)
J. Hazzard
Jabria Oliver
Jacob Stepro (EIN 158022)
Jailyn Twitty (EIN 159430)
Jailyn Twitty (EIN 159430)
Jamael Farooq (EIN 158239)
James Leonard (EIN 159013)
James Lewis (EIN 160446)
Jancarlo Lemus (EIN 157598)
Jared Ball (EIN 162354)
Jarrel Jackson (EIN 163044)
Jason Dean (EIN 116373)
Javier Cavazos (EIN 149458)
Javier Perez-Garcia (EIN 149695)
Jazminn Stewart (EIN 157825)
Jean Imouk (EIN 160883)
Jeffrey Paz (EIN 159701)
Jemall Joseph (EIN 162183)
Jeremiah Adebola (EIN 136709)
Jericho Tyler (11S38)
Jerome Otis (EIN 150257)
Jesse Martinez (EIN 158774)
Jesse Martinez (EIN 158774)
Jesse Martinez (EIN 158774)
Jessica Perez (EIN 127349)
Jhudson Lawson (EIN 156135)
Jimmy Poole (EIN 156215)
Jimmy Poole (EIN 156215)
Jin De Guzman (EIN 159803)
John Fernandez (EIN 152951)
John Odukwe (EIN 149487)
John Ziesemer (EIN 143936)
Johnny Diaz (EIN 159922)
Jon Vickers (EIN 155943) (AKA John Vickers-Gilbreath)
Jonathan Osteen (EIN 162026)
Jonathan Taiwo (EIN 159671)
Jordan Hobson (EIN 146125)
Jordie Caballero (EIN 162185)
Jordie Caballero (EIN 162185)
Jorge Rodriguez (EIN 159670)
Jorge Sanchez (EIN 147748)
Jose Delgado (EIN 160457)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -22-

Jose Gonzalez Jr. (EIN 159651) (AKA Josh Gonzalez Jr.)
Josemaria Garza (EIN 157955)
Joseph Benavides (EIN 156017)
Joseph Munoz (EIN 136520)
Joseph Sanders (EIN 162205)
Joshua Hernandez
Juan Barron (EIN 152023)
Juan Trevino (EIN 160288)
JW Domain (EIN 132531)
Kaigan Lecompte
Karina Trevino (EIN 153264)
Kayela Minkins (EIN 157137)
Kevin Aguilar-Paz (EIN 162496)
Kevin Mose (EIN 161465)
Kevin Saldivar (EIN 145672)
Kimberly Rossell (EIN 158484)
Kingsley St Julien (EIN 158488)
Kirk Bonsal (EIN 124571)
Kobe Guidroz (EIN 159669)
Kyle Martin (EIN 159410)
Leslie Garza (EIN 160293)
Lorenzo Evans (EIN 149485)
Lori Jefferson (EIN 101432)
Lovell Broadenaux (EIN 159534)
Luis Garcia (EIN 152498)
Luis Soto (EIN 152348)
M Rhem (EIN 132534)
Marcus Thomas (Badge 972)
Mariyah Warren-Baskin (EIN 156693)
Mark Garcia (EIN 144150)
Mark Pineda (EIN 158189)
Markaila Foger (EIN 160990)
Marquise Johnson (EIN 155580)
Matthew Espinoza (EIN 134416)
Matthew Nguyen (EIN 162367)
Matthew Nguyen (EIN 162367)
Maxim Herman (EIN 160991)
Maxime Hyppolite (EIN 160461)
Michael Edwards (EIN 133195)
Michael Fair (Badge 831)
Monserad Garduno (EIN 159018)
Morgan Robinson
Myron Jackson (EIN 116494)
Natalee Guzman (EIN 164032)
Natalie Portillo (EIN 148877)
Nicholas Ontivares (EIN 159229) (also Ontiveros)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -23-

Updated 5/25/2026

Nickalus Pye (EIN 158481)
Nikolas Tabares (EIN 160003)
O Obalade (EIN 127640)
Officer Avant
Okechukwu Ahamba (EIN 116322)
Orlinter Velasquez Zelaya (EIN 155993)
Oscar Castaneda (EIN 134864)
Oscar Castaneda (EIN 134864)
Osvaldo Garcia-Avila (EIN 150022)
Osvaldo Garcia-Avila (EIN 150022)
Patrice Small (EIN 143471)
Patrick Allen (EIN 141666)
Patrick Allen (EIN 141666)
Peyton Anderson (EIN 158636)
Philip Hacker (EIN 161737)
Preston Wong (EIN 152815)
Preston Wong (EIN 152815)
Priscilla Ihidero (EIN 136333)
Quincton Scott (EIN 155592)
Quinton Sneed (Badge 542) [EIN 128190]
Quinton Sneed (Badge 542) [EIN 128190]
R. Hamilton (EIN 150040)
Raelynn Jackson (EIN 145826)
Ramiro Cortez (EIN 150513)
Rasheed Hawkins
Raymond Gutierrez
Reginald Pomfrey (EIN 159813)
Richard Brukardt (EIN 135508)
Richard Burgos (EIN 153463)
Richard Burgos (EIN 153463)
Richard Cazares (EIN 144784)
Richard Cazares (EIN 144784)
Richard Torres (EIN 133927)
Richard Travis (EIN 162033)
Robert Craddock (EIN 143295)
Rodergus Scott (EIN 159815)
Rodnely Torres (EIN 153728)
Rodnely Torres (EIN 153728)
Rodney Coleman (EIN 146841)
Rodrigo Reyes (EIN 163134)
Ronald Harris (EIN 114409)
Roni Riojas
Ronnie Pallini
Samuel Salazar (EIN 159824)
Samuel Salazar (EIN 159824)
Samuel Salazar (EIN 159824)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                      -24-

Updated 5/25/2026

San Reyes (EIN 147023)
Shakeithta Coles (EIN 160210)
Shamanda Harris (EIN 137806)
Shaquita Horn (EIN 134492)
Shuntae Burton (EIN 145602)
Shuntae Burton (EIN 145602)
Slade Gomez (EIN 161619)
Sofia Acosta (EIN 161070)
Sophia Hernandez (EIN 157595)
Spencer Adroin (EIN 158021)
Stephanie Collins (EIN 130274)
Steven Ozuna (EIN 134933)
Suzana Reskovic (EIN 160887)
Symone Taylor (EIN 150983)
T Williams (Bade #202)
Taira Kelly (EIN 159554)
Tammy Coleman (EIN 151360)
Tanner Claborn (EIN 154130)
Teroji Kelly (Badge #186)
Terrell Jones (EIN 161100)
Thomas Jackson (EIN 149744)
Thomas Muniz (EIN 159338)
Timothy Garcia (EIN 159427)
Timothy Garcia (EIN 159427)
Timothy Garcia (EIN 159427)
Tomeika Davis (EIN 127406)
Trevoyce Newsome (EIN 153484)
Trey Fosdick
Troy Vaughn (EIN 130950)
Troy Vaughn (EIN 130950)
Tyler Young (EIN 148370)
Tyree Simpson (EIN 159569)
Tyree Simpson (EIN 159569)
Vanessa Hernandez (Hernandez-Ortiz) (EIN 159680)
Veronica Garcia (EIN 159380)
Veronica Garcia (EIN 159380)
Vicente Gaytan (EIN 160862)
Victor Coronado (EIN 156972)
Victor Maldonado (EIN 159298)
Victor Maldonado (EIN 159298)
Victor Obregon (EIN 157539)
Vincent Appello (EIN 163285)
Violet Limen (EIN 153138)
Walter Dotson (EIN 159542)
William Roundy (EIN 159665)
William Roundy (EIN 159665)

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                    -25-

Updated 5/25/2026

Willie Gray (EIN 155936)
Y Dones (EIN 103294)
Yannis Ramos (EIN 160134)
Yulissa Alvarado (EIN 161511)


-END-

INDEX TO RECORDS PRODUCED BY
DEFENDANT HARRIS COUNTY, TEXAS                                   -26-