**Criminal Justice Command** 1200 Baker Street Houston, Texas 77002 **HCSO** *HARRIS COUNTY SHERIFF'S OFFICE*

| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES: 6 |

## I.   PURPOSE

The purpose of this policy is to exclude the introduction of items into the secured areas, or any area not readily accessible to the public, that may distract employees from their duties and/or diminish the safety and security of Harris County detention facilities.

## II.   POLICY

It is the policy of the Harris County Sheriff's Office Criminal Justice Command that no person shall bring or transport any item listed in paragraph III (D) of this policy into the secured areas, or any area not readily accessible to the public, of any Harris County jail facility without the prior written permission of that facility's Division Commander, or his or her designee.

## III.   PROCEDURE

   A.  Inspection of Personal Items (Employee Inspection)

      1. *Texas Commission on Jail Standards (Chapter 275. Para. 6) Searches for Contraband*. For the protection of corrections personnel and inmates:

         *"(a) any items brought into the security perimeter of the facility by anyone **should** be   searched for contraband…"*

      2. All items being brought into any area not readily accessible to the public, or found in the secure-side of any jail, are subject to inspection by any supervisor, at any time.

         a.   Personnel shall be present when their possessions are searched.

         b.  If an employee refuses to consent to an inspection, the incident shall immediately be reported, via chain of command, to the Division Commander.

      3. Personnel shall not be unduly inconvenienced or delayed in reporting to their assignment.

   B.  Employee Lockers

      1.  Employees assigned to the Criminal Justice Command will have access to lockers for use during their tour of duty.

      2.  All personal items, including the lock, shall be removed from the locker in use at the end of the employee's tour of duty.  Any lock remaining in place after the employee's tour of duty has ended will be subject to removal.

   C.  Locker Assignments

000008



| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES: 6 |

1. Each shift and/or Division will be assigned a group of lockers for employee use during his/her tour of duty.

2. Lockers designated for a particular shift or Division shall not be used by employees assigned to other shifts or Divisions.

3. Locker Assignments for the 1200 Baker and 701 N. San Jacinto Jails

   a. Day shift:  1-130

   b. Evening shift:  131-260

   c. Night shift:  261-390

   d. Medical/Clerical/Community Services personnel:  391-500

4. Provisions for employee lockers at the 1307 Baker Street Jail will be determined by the facility commander, or his designee(s).

D. Prohibited Items

The following items are prohibited from being brought or transported into the secure portion of any Harris County jail facility. Prohibited items shall be stored outside the secured perimeter. Prohibited items include:

1. Weapons (including but not limited to):

   a. Firearms

   b. Ammunition

   c. Batons, or other impact weapons

   d. Knives

   e. Non-departmental issued Chemical Agents (i.e., CN, CS, OC spray, etc.)

   f. TASERS or other electronic incapacitation devices without the Bureau Commanders prior approval.

2. Personal Electronic Devices (including but not limited to):

   a. Cellular phones or other communication devices

   b. Headphones/Earphones

2

000009

Criminal Justice Command    1200 Baker Street Houston, Texas 77002

| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES: 6 |

    c.   Computerized tablets

    d.   Computers/Laptops[1]

    e.   CD's / DVD's, etc.

    f.   CD players

    g.   MP3 Players (Includes iPods, iRiver, etc.)

    h.   DVD players

    i.   Tape recorders

    j.   Digital recording devices

    k.   Personal Digital Assistants (PDA) (i.e., Palm Pilots, etc.)

    l.   Games or gaming devices

    m.  Cameras

3. Tobacco Products

    a.   Cigarettes

    b.   Cigars

    c.   Pipes

    d.   Smokeless Tobacco

    e.   E-cigarettes

    f.   Vape Pens or Other Vape Devices

4. Personal Electrical Appliances (including but not limited to):

    a.   Toasters

    b.   Coffee/Hot Pots

    c.   Heaters

---

[1] ***County owned / issued laptops*** *are permitted inside the secure perimeter for investigatory purposes and other approved purposes (EMR, Compliance/Inspections, Disciplinary & Grievance, etc.).*

000010

Criminal Justice Command          1200 Baker Street Houston, Texas 77002          HARRIS COUNTY SHERIFF'S OFFICE

| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES: 6 |

     d.  Fans

     e.  Microwave Ovens

*Note:*
Coffee pot, microwave, toaster, etc. may be utilized in break rooms for use by all personnel assigned to the floor.  Small personal fans supplied by the Sheriff's Office may be placed in all pods & control centers.

5. Luggage (including but not limited to):

     a.  Purses

     b.  Briefcases (See Exceptions: III(F)(4)

     c.  Back-Packs (See Permissible Items: III(E)(4)

     d.  Fanny Packs

     e.  Suitcases

     f.  Ice Chests[2]

6. Miscellaneous Items, Equipment and Gear (including, but not limited to):

     a.  Excess Personal Clothing (i.e., clothing which is not being worn)[3]

     b.  Glass or Metal Containers

     c.  Metal Utensils

     d.  Reading Material (See exclusions: III(E)(7)

     e.  Umbrellas

E.  Permissible Items

  The following items shall be allowed into the secure portion of the detention facilities:

1.  Duty related gear (handcuff's, flashlight, etc.).

2.  Medical Assistive Devices (canes, crutches, wheelchairs, walkers, etc.).

---

[2] This is not intended to prohibit ice chests/coolers used in the transport of medical material.
[3] Not intended to prohibit weather appropriate outerwear (raincoats/jackets/scarves, gloves, etc.).

000011



| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES: 6 |

3. One gallon (or smaller) sized clear Ziploc style baggies will be permitted for carrying food/personal items.

4. Clear or mesh style backpacks, clear totes, and clear lunch containers[4].

5. Medical tools, equipment, and instruments generally used by those personnel assigned to Health Service (e.g. stethoscope/ name plate stamps, etc.).

6. Stationery Supplies (i.e., pens/pencils, paper, notepad, dictionary, etc)

7. Reading material related to:

   *i.* Law Enforcement;

   *ii.* Higher Education; or,

   *iii.* Other Career Related Material

8. Non-Prescription Medication (Must be in properly labeled and in original container).

9. Prescription Medication (Must be in properly labeled and in original container).

10. Delivered food(s) – Subject to inspection

F. Exceptions[5]

1. Sheriff's Office supervisory personnel will be permitted to carry cellular phones and/or other communication devices inside the secure perimeter of the jail facility.

2. Sheriff's Office investigators shall be allowed to carry such items as cellular phones, cameras and recording devices into the secure perimeter of the jail facility when acting in the course and scope of their job duties.

3. All other Sheriff's Office personnel wishing to carry a cellular phone into the secure perimeter of the jail facility shall submit a written request through their chain of command explicitly justifying the need. The decision of the bureau commander shall be final.

---

[4] Subject to search -

[5] *Cellular or wireless telephones containing cameras or other applications capable of performing the functions of prohibited personal electronic devices may be excluded by this policy; however, employees are prohibited from using a permitted device for the purpose of performing the function of a restricted device.*

000012

| SUBJECT: | POLICY #: |
|---|---|
| **PROHIBITED PERSONAL ITEMS (EMPLOYEES)** | **CJC-105** |
| AMERICAN CORRECTIONAL ASSOCIATION (ACA) STANDARDS REFERENCE(S): | NO. OF PAGES:<br>6 |

4. Detention Lieutenants/Civilian Directors and those above in rank with equivalent supervisory authority will be allowed to possess a conservative style briefcase/attaché case into the secure perimeter of the jail facility(s).

5. This policy does not prohibit the use of assistive listening or medical devices.

6. Bulk food items are permitted (party trays, birthday cakes, potluck luncheons, etc.) with watch commander/director approval.

G. Questions Regarding Specific Items

1. If an employee has a question regarding the applicability of this policy to a specific item, he/she will seek the guidance of his or her immediate supervisor prior to bringing the item into the secured areas of any Harris County jail facility.

2. If the immediate supervisor's decision is adverse to the employee, the employee may appeal the decision in writing through the employee's chain of command to his or her Bureau Commander, whose decision shall be final and binding on all parties in that facility/division.

## IV. REVISION:

This policy has been revised on the below listed dates:

**February 8, 2012**
**March 07, 2014**
**April 17, 2014**
**February 10, 2016**
**June 13, 2017** (Technical changes only)
**August 20, 2018**

000013