Done

# HARRIS COUNTY SHERIFF'S OFFICE - JAIL CARD

Date/Time Printed: 09/28/2022  9:17

Page 1 of 1

**JR 000558**

| | |
|---|---|
| Name: | YOUNG, CHRISTOPHER DEWAYNE |
| AKA: | |
| Address: | 10602 FAIRCROFT DR,   HOUSTON, TX 77048 |
| Phone: | |
| Next of Kin: | NONE, NONE |
| | 0000000000 |

Intake Loc: JPC 2 Receiving HLD6

| | | | |
|---|---|---|---|
| Race: B | DOB: 10/01/82 | SPN: | 01920591 |
| Sex: M | Height: 509 | Booking: | 004646936 |
| USC: US | Weight: 140 | SO #: | 0869666 |
| MS: SI | Build: SKN | SID: | TX05989509 |
| Hair: BLK | Eyes: BRO | FBI: | 184414TB8 |
| | | SSN: | 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 |
| | | DLN: | 19949483/TX |

## HARRIS COUNTY CHARGES

| Date | Offense | Court | CDI | Case # | Bond | Disposition | Sentence Begin Date | Time | Cost | Fines |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/22 | FRAUD/USE/POSS ID INFO-LESS 5 | 182 | 003 | 178663901010 | $0 | | | | | |
| 09/28/22 | CREDIT/DEBIT CARD ABUSE | 182 | 003 | 178863401010 | $0 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Arresting Agency: HPD

Arrest Date/Time: 9/27/22  12:09

Arresting Officer: GILLIAM, C

Arrest Location:   2100 SAN JACINTO ST

Health Condition: CGH 11/10/22

## DETAINERS

| Agency Placing Hold | Person Placing Hold | Date Placed | Time | Offense | Warrant/Case Number | Bond | Date Hold Lifted | Time |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CONFIDENTIAL**

**JAIL RECORDS**

| | | | |
|---|---|---|---|
| Intake Date/Time:  9/27/22   15:05 | Commit Print | Release Print | Release Authorization Date/Time: |
| Intake Officer:   STEWART, LEON | | | Release Reason: | Authority: |
| Defendant Signature | | | Approving Officer: |
| | | | Update | Outdate: |
| | | | ATW Release Date/Time: |
| | | | Releasing Officer: |

**CHRISTOPHER YOUNG PLAINTIFF [SPN 01920591]**

# HARRIS COUNTY AFIS SEARCH RESULT

CONFIDENTIAL





**Descriptor Data**

Current AFIS Number:
J71220927464

Last Name: YOUNG          First: CHRISTOPHER
Middle Name: DEWAYNE

DNA (Y) or (N)

Race: B    Sex: M    DOB: 10011982

Build: SKN    Complex: LBR

Social: 467619876    DL: 19949483

Offense: CREDIT CARD ABUS

Arresting Agency: HPD

Arresting Officer: GILLIAM, C    Officer #: 164237    Badge: 9823

Arrest Date: 09272022

| SO#: | SPN: | JUV: | SID: | FBI: |
|---|---|---|---|---|
| 0869666 | 001920591 | J00233885 | 05989509 | 184414TB8 |

## HISTORY

| AFIS# | Name | | DOB | OFFENSE | Arrest Date |
|---|---|---|---|---|---|
| 111041210410 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | FSGI | 12102004 |
| 101020326608 | YOUNG | CHRISTOPHER | 10011982 | CRIM.TRES. | |
| 091060116358 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | HCSO WARRANT | 01162006 |
| 531131208052 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | CRIMINAL MISCHIEF>$50<$500 | 12082013 |
| 541140209016 | YOUNG | CHRISTOPHE DEWAYNE | 10011982 | CRIMINAL TRESPASS | 02092014 |
| 541140409035 | YOUNG | CHRISTOPHE DEWAYNE | 10011982 | UNAUTH USE OF VEHICLE | 04092014 |
| 261140418770 | YOUNG | CHRISTOPER DEWAYNE | 10011982 | CRIMINAL TRESPAS | 04182014 |
| 551140624009 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | THEFT >=$20 <$500 | 06232014 |
| 554140624010 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | THEFT OF SERVICE | 06232014 |
| 531140624022 | YOUNG | CHRISTOPHER DEWAYNE | 10011982 | FORGERY | 06232014 |

Date Printed: 09272022

S.I

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000559