**Offender Management System**

**Inmate:** YOUNG, CHRISTOPHER DEWAYNE                                   **Screen**: Incidents

---

**Date/Time**: 02/11/2023 18:04                                          **Author**: MNRHEM

On Saturday, February 11, 2023, I, Detention Officer Rhem, M. (EIN-132534) and Detention Officer Samuel ,J. (EIN-133996) was assigned to B-Pod on the Second floor of the Harris County Sheriff's Office 1200 Baker Street of the Mental Health Unit on the First Watch.

At approximately 15:20 hours I was conducting my rounds in 2B1. An unknown inmate approached me and said that another inmate had fallen in and hit his head on the toilet 2B1D. The inmate was then identified by T-Card and armband as Young, Christopher (SPN-01920591). Detention Officer Samuel escorted Inmate Young to the clinic.

Inmate Young was seen by Dr. R. Garrison and it was determined that Inmate Young needed further medical attention. Inmate Young was escorted to by HFD to Ben Taub Hospital.

Classification Detention Officer Erickson L. (EIN-162449) and Sergeant were both notified of this incident.

---