CONFIDENTIAL



## Harris County Sheriff's Office



# Incident Report

**Today's Date:** 2/14/2024  8:51

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 20-1204-402 | **Incident Reported:** 12/4/20 14:58 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** MCCLAIN, A | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** PEREZ, R 590 | **Reason:** Threats/Verbal Abuse |
| **Incident Occured:** 12/4/20 13:15 | **Incident Location:** JA09 - 6 - H - 1 - | **Comment:** |

### Inmate Involved

**Name:** FOSTER-WILSON, JEREMIAH
**SPN:** 02947927
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** Y
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA07-7-H-2-01T

**Offense:** 1104 Assault On Inmate – Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:** Y
**Severity:** Refused Medical Treatment
**Description:** nothing injuries indicated
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** HORTON, ARDIS RAY JR
**SPN:** 01962126
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** Y
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-H-1-05A

**Offense:** 1104 Assault On Inmate – Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 05/05/2021 11:29
**Injury:** Y
**Severity:** Treated In Clinic
**Description:** bleeding from his forehead
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** PAPPILION, BRODRICK
**SPN:** 03044295
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 1104 Assault On Inmate – Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 07/25/2023 11:50
**Injury:** Y
**Severity:** Refused Medical Treatment
**Description:** chest area

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000660

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 20-1204-402 | **Incident Reported:** 12/4/20 14:58 | **Violent Incident:** Yes | |
| **Incident Type:** Disciplinary | **Reporting Officer:** MCCLAIN, A | **Violence Type:** | |
| **Incident Status:** Approved | **Supervisor:** PEREZ, R 590 | **Reason:** Threats/Verbal Abuse | |
| **Incident Occured:** 12/4/20 13:15 | **Incident Location:** JA09 - 6 - H - 1 - | **Comment:** | |

**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-H-1-06F

**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** Y
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-H-1-03J

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/09/2020 04:09
**Injury:** Y
**Severity:** Treated In Clinic
**Description:** bleeding from the top of head
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

## Staff Involved

**Name:** CRADDOCK, ROBERT
**Badge:** 1407
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** PEREZOSEGUERA, JAIRO
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** SCOTT, QUINCTON
**Badge:**

**Injury:**

Incident Report

Page 2 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000661

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| Incident ID: | 20-1204-402 | Incident Reported: | 12/4/20  14:58 | Violent Incident: | Yes |
| Incident Type: | Disciplinary | Reporting Officer: | MCCLAIN, A | Violence Type: | |
| Incident Status: | Approved | Supervisor: | PEREZ, R 590 | Reason: | Threats/Verbal Abuse |
| Incident Occured: | 12/4/20  13:15 | Incident Location: | JA09 - 6 - H - 1 - | Comment: | |

Position: Detention Officer  
Type of Involvement: Officer Assigned to Post  
Medical: N  
E1?: N  
Photo Taken?: N  
Use of Force: N  

Severity:  
Description:  
Hospital Name:  
Mental Health Filed:  
Illness:  
Photo:  

Statement: No Statement Provided  
File Statements: No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

Statement: No Statement Provided

## Incident Report

Incident Number: 20-1204-402  
Author: ANGELA.MCCLAIN  
Incident Notes   Date Recorded: 12/04/2020  14:59

On Friday, December 4, 2020, I, Detention Officer A. McClain (EIN 149051), was assigned to work on the Sixth Floor, H-Pod, First Watch, in the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 1315 hours, Inmates Horton, Ardis (SPN 01962126), Pappilion, Brodrick (SPN 03044295), Young, Christopher (SPN 01920591), and Foster-Wilson, Jeremiah (SPN 02947927) was fighting in the dayroom on 6H1 cellblock. Inmate Foster hit Inmate Horton with a close fist, then Inmate Horton had hit Inmate Foster with a bar of soap tie in a sock with a knot. Inmate Horton also, hit Inmate Pappilion in chest area with the same sock with the soap. Then Inmate Young punched at Inmate Horton with a close fist. Also, Inmate Horton hit Inmate Young with the broom on the top side his of head and cause Inmate Young to bleed from head. Inmate Pappilion had hit Inmate Horton with a Hot Pod on the forehead with cause him to bleed from the head. I immediately called for all available rovers to assist with the call. All inmates mention above kept fighting while my partner Detention Officer Scott came into the dayroom on 6H1 cellblock. Inmates Young and was escorted Detention Officer Scott to medical for injury to top of the head. Inmate Pappilion was escorted to medical by Detention Officer Scott for treatment, in which he refused. Inmate Foster was escorted by Detention Officer Perez to medical but Inmate Foster refused treatment and transferred to 701. Inmate Horton was escorted by Detention Officer Craddock to medical for injuries to his head. I'm requesting to have Inmates Pappilion and Horton to be moved from 6H1 cellblock due to avoid any further confrontation with the other inmates.
 Informed Inmates Horton, Young, Pappilion and Foster that they were in violation of code 1104, "ASSUALT OF ANY INMATE," of the Harris County Sheriff's Office Inmate Handbook. Inmates Horton, Young, Pappilion and Foster were offered an opportunity to write a statement, which they refused. A Confirmation of Service will be given Inmates Horton, Young, Pappilion and Foster to at the completion of this report.
Classification Deputy S. Reed (Badge 3686) and Sergeant R. Perez (Badge 594) were notified of the incident.

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000662

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024   8:52

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 21-1124-322 | **Incident Reported:** 11/24/21  11:33 | **Violent Incident:** Yes | |
| **Incident Type:** Disciplinary | **Reporting Officer:** WARREN-BASKIN, M | **Violence Type:** | |
| **Incident Status:** Approved | **Supervisor:** MITCHELL, L 117 | **Reason:** Other | |
| **Incident Occured:** 11/24/21  9:50 | **Incident Location:** JA09 - 5 - A - 2B - | **Comment:** | |

### Inmate Involved

**Name:** SAMPSON, OZIE LAQUENTEN
**SPN:** 01610459
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01Q

**Offense:** 1105 Fighting - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01V

**Offense:** 1105 Fighting - Major
**Disposition:** Closed-Plead-Guilty
**Reason:**
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

### Staff Involved

**Name:** CALHOUN, MARCEL
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000663

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 21-1124-322 | **Incident Reported:** 11/24/21  11:33 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** WARREN-BASKIN, M | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** MITCHELL, L 117 | **Reason:** Other |
| **Incident Occured:** 11/24/21  9:50 | **Incident Location:** JA09 - 5 - A - 2B - | **Comment:** |

| | |
|---|---|
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** No Statement Provided
**File Statements:** No file attached

| | |
|---|---|
| **Name:** FERNANDEZ, JOHN | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** No Statement Provided
**File Statements:** No file attached

| | |
|---|---|
| **Name:** ROMERO BERNAL, LEONEL | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** No Statement Provided
**File Statements:** No file attached

| | |
|---|---|
| **Name:** TEJUOSHO, SHOTAYO | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |
| **Photo Taken?:** N | **Illness:** |
| **Use of Force:** N | **Photo:** |

**Statement:** No Statement Provided
**File Statements:** No file attached

| | |
|---|---|
| **Name:** WALKER, ERINESHA | |
| **Badge:** | **Injury:** |
| **Position:** Detention Officer | **Severity:** |
| **Type of Involvement:** Responding Officer | **Description:** |
| **Medical:** N | **Hospital Name:** |
| **E1?:** N | **Mental Health Filed:** |

Incident Report

Page 2 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]              JAIL RECORDS                              JR 000664

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 21-1124-322 | **Incident Reported:** 11/24/21  11:33 | **Violent Incident:** Yes | |
| **Incident Type:** | Disciplinary | **Reporting Officer:** WARREN-BASKIN, M | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** MITCHELL, L 117 | **Reason:** | Other |
| **Incident Occured:** | 11/24/21  9:50 | **Incident Location:** JA09 - 5 - A - 2B - | **Comment:** | |

**Photo Taken?:** N  **Illness:**

**Use of Force:** N  **Photo:**

**Statement:** No Statement Provided

**File Statements:** No file attached

**Name:** WARD, ASHLY

**Badge:**  **Injury:**

**Position:** Detention Officer  **Severity:**

**Type of Involvement:** Responding Officer  **Description:**

**Medical:** N  **Hospital Name:**

**E1?:** N  **Mental Health Filed:**

**Photo Taken?:** N  **Illness:**

**Use of Force:** N  **Photo:**

**Statement:** No Statement Provided

**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

**Statement:** No Statement Provided

## Incident Report

Incident Number: 21-1124-322
Author: MARIYAH.WARREN-BASKI
Incident Notes   Date Recorded: 11/24/2021  11:42

On Wednesday, November 24, 2021, I, Detention Officer M. Warren-Baskin (EIN 156693) was assigned to work First Watch, Fifth Floor, A-Pod, at the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.
At approximately 0950 hours I heard loud shouting coming from 5A2B. When I looked at the cameras I saw two inmates later identified by Harris County issued T-Cards as Young, Christopher (SPN 01920591) and Sampson, Ozie (SPN 01610459) throwing closed fist punches at each other next the emergency door. I made a floor page for Rovers to respond to 5A2B for an inmate-inmate fight. Detention Officers L.Romero (EIN 153339), M. Calhoun (EIN 149468), A. Ward (EIN 154756), J. Fernandez (EIN 152951), J. Argueta (EIN 153710), E. Walker (EIN 150268) and S. Tejuosho (EIN 149001) responded. Detention officer A. Ward escorted Inmate Sampson down to the clinic. Inmate Young was placed into holding and was escorted by Detention Officer L. Romero to medical to receive treatment after Inmate Sampson was placed back into the cellblock. Inmates Young and Sampson were informed that they were being written up for being in violation of code  #(1105) - FIGHTING No inmate shall involve themselves in any mutual physical combat such as striking, kicking, choking, or grappling. There shall be enhanced disciplinary action if any object/weapon is used. (Self-Defense is not an acceptable defense.) Inmates Young and Sampson were given the opportunity to write a statement which they refused.  A Confirmation of Service will be given to both Inmates upon completion of this report. Sergeant L. Mitchell (Badge #117) and Classification Detention Officer F.J Garza (EIN 152336) have been notified of this incident.

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000665

CONFIDENTIAL




## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024  8:52

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 21-1206-739 | **Incident Reported:** 12/6/21  17:45 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** CALHOUN, M | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** TURBINTON, V 143 | **Reason:** Other |
| **Incident Occured:** 12/6/21  16:53 | **Incident Location:** JA09 - 5 - A - 2B - | **Comment:** |

### Inmate Involved

**Name:** ALLEN, PRESTON DION
**SPN:** 01392747
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01X

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/09/2021 00:59
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** BAKER, KENRICK JR
**SPN:** 03073061
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01K

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/19/2021 21:40
**Injury:** Y
**Severity:** Treated In Clinic
**Description:** Bleeding from head
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** CHAMBERS, DEVON DEANTE
**SPN:** 03006766
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Dismissed
**Reason:** Time Lapsed
**Injury:**
**Severity:**
**Description:**

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000666

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 21-1206-739 | **Incident Reported:** 12/6/21  17:45 | | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** CALHOUN, M | | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** TURBINTON, V 143 | | **Reason:** Other |
| **Incident Occured:** 12/6/21  16:53 | **Incident Location:** JA09 - 5 - A - 2B - | | **Comment:** |

**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01L

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

---

**Name:** EDWARDS, KEVIN DWAYNE
**SPN:** 02643247
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-02B

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Plead-Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

---

**Name:** STROMAN, MICHAEL
**SPN:** 02009060
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01I

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

---

**Name:** TOWNSEND, TREYLAN D
**SPN:** 02998552
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01G

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

---

Incident Report

Page 2 of 5

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000667

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 21-1206-739 | **Incident Reported:** 12/6/21  17:45 | **Violent Incident:** Yes |
| **Incident Type:** Disciplinary | **Reporting Officer:** CALHOUN, M | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** TURBINTON, V 143 | **Reason:** Other |
| **Incident Occured:** 12/6/21  16:53 | **Incident Location:** JA09 - 5 - A - 2B - | **Comment:** |

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-5-A-2B-01V

**Offense:** 1104 Assault On Inmate - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/07/2021 07:15
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:** ARGUETA, JERSON
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** FERNANDEZ, JOHN
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** FLANIKEN, PHILLIP
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

Incident Report

Page 3 of 5

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000668

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 21-1206-739 | Incident Reported: 12/6/21 17:45 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: CALHOUN, M | Violence Type: |
| Incident Status: | Approved | Supervisor: TURBINTON, V 143 | Reason: Other |
| Incident Occured: | 12/6/21 16:53 | Incident Location: JA09 - 5 - A - 2B - | Comment: |

Statement: No Statement Provided
File Statements: No file attached

---

Name: GORDON, BRITTANY
Badge:
Position: Detention Officer
Type of Involvement: Responding Officer
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided
File Statements: No file attached

---

Name: HILL, SHANICE
Badge:
Position: Detention Officer
Type of Involvement: Responding Officer
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided
File Statements: No file attached

---

Name: PAYNE, MARQUITA
Badge: 1992
Position: Detention Officer
Type of Involvement: Responding Officer
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided
File Statements: No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

Statement: No Statement Provided

## Incident Report

Incident Report

Page 4 of 5

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000669

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 21-1206-739 | **Incident Reported:** | 12/6/21 17:45 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | CALHOUN, M | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | TURBINTON, V 143 | **Reason:** | Other |
| **Incident Occured:** | 12/6/21 16:53 | **Incident Location:** | JA09 - 5 - A - 2B - | **Comment:** | |

Incident Number: 21-1206-739
Author: MARCEL.CALHOUN
Incident Notes   Date Recorded: 12/06/2021 17:58

On Monday, December 6, 2021, I, Detention Officer M. Calhoun (EIN 149468), was assigned to A-Pod, on the 5th Floor, on Early Watch, at the Harris County Jail Facility, located at 1200 Baker Street, Houston, Texas 77002.

At approximately 1653 hours, I heard loud commotion coming from cellblock 5A2B. I observed via camera 6 inmates assaulting one single inmate. I immediately made a floor page for all available rovers to assist immediately. Detention Officer B. Gordon was inside the pod control center observing the incident. I instructed her to write down the names of each individual inmate I observed participating in the assault. The participants were identified by their Harris County issued armbands as Allen, Preston (SPN 01392747), Chambers, Devon (SPN 03006766), Edwards, Kevin (SPN 02643247), Stroman, Michael (SPN 02009060), Townsend, Treylan (SPN 02998552), and Young, Christopher (SPN 01920591).

The victim of the assault was identified by his Harris County issued armband as Baker, Kendrick (SPN 03073061). Detention Officers J. Argueta (EIN 153710), J. Fernandez (EIN 152951), P. Flaniken (EIN 156492), S. Hill (EIN 153249), and M.Payne (EIN 141393 arrived on scene to help assist. Detention Officer J.Argueta handcuffed and escorted Inmate Baker to the 1200 medical clinic, where he accepted medical treatment. Once Inmate Bakers returns to the 5th floor, he will be placed in the 5th floor holding cell for safekeeping. I notified the following inmates, Allen, Chambers, Edwards, Stroman, Townsend, and Young that they have been charged with violation of code # #1104 "Assault of Any Inmate" of the Harris County Sheriff's Office Handbook. Each inmate was afforded the opportunity to provide a statement, in which they all refused. I high recommend Inmate Townsend be removed from the cellblock. Inmate Townsend insist on causing disruption within the cellblock.

Upon further investigation, Inmate Baker will be escorted to the hospital.

Classification Detention Officer P. Colunga (EIN 138792) Sergeant V.Turbinton (Badge# 143) and were notified of the incident. Confirmation of services were distributed to each inmate.

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000670

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date: 2/14/2024   8:52**

### Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-1102-451 | **Incident Reported:** 11/2/22  4:14 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** MATTI, A 2296 | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** WILLIAMS, T 2543 | **Reason:** |
| **Incident Occured:** 11/2/22  2:30 | **Incident Location:** JA09 - 6 - L - 2A - | **Comment:** |

### Inmate Involved

**Name:** CORNEJO, LUIS BERTIN
**SPN:** 02255224
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01A

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** MARTINEZ, CHRISTIAN
**SPN:** 03054368
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01R

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 11/28/2022 14:10
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Found Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000671

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-1102-451 | **Incident Reported:** 11/2/22 4:14 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** MATTI, A 2296 | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** WILLIAMS, T 2543 | **Reason:** |
| **Incident Occured:** | 11/2/22 2:30 | **Incident Location:** JA09 - 6 - L - 2A - | **Comment:** |

**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01D

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:** MATTI, ALICE
**Badge:** 2296
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** POOLE, JIMMY
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

**Statement:** No Statement Provided

## Incident Report

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000672

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-1102-451 | **Incident Reported:** 11/2/22  4:14 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** MATTI, A 2296 | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** WILLIAMS, T 202 | **Reason:** |
| **Incident Occured:** | 11/2/22  2:30 | **Incident Location:** JA09 - 6 - L - 2A - | **Comment:** |

Incident Number: 22-1102-451
Author: AMATTI
Incident Notes   Date Recorded: 11/02/2022  04:26

On Tuesday November 1, 2022, I, Detention Officer A. Matti (EIN 136347) was assigned to work in L-Pod, on the sixth floor of the Harris County Sheriff's Office Detention Facility, located at 1200 Baker Street on the second watch.
On Wednesday November 2, 2022, at approximately 0230 hours, I gave orders through the inmates speakers for inmates in 6L2A cellblock to hurry up for work because they were behind the required time, while watching them through the pod control window, I saw three inmates smoking. I made a floor page and rovers quickly led by Detention Officer J. Poole (EIN 156215) responded to the scene. The Inmates were later identify by their t-cards and armbands as Martinez, Christian (SPN 03054368), Cornejo, Luis Bertin (SPN 02255224) and Young Christopher, Dewayne (SPN 01920591).
I advised Inmates: Martinez, Cornejo and Young that they were getting write-up and chargers on smoking, that's in violation of CODE: (1526) Smoking and /or Possession of any Tobacco Product of Paraphernalia.
I gave Inmates: Martinez, Cornejo and Young an opportunity to exercise their rights to write statements but refused.
A confirmation of service will be offered to Inmates: Martinez, Cornejo and Young upon the Supervisor's approval.
I do advise that Inmates: Martinez, Cornejo and Young be moved from the program to general population
Classification Detention Officer J. Early (EIN 158839) and Detention Sergeant T. Williams (Badge 202) were informed of the incident.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                           JAIL RECORDS                           JR 000673

CONFIDENTIAL




## Harris County Sheriff's Office

## Incident Report

**Today's Date:** 2/14/2024  8:52

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 22-1108-496 | **Incident Reported:** 11/8/22 12:10 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** AYALA BEJAR, J 1180 | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** KELLY, T 1944 | **Reason:** |
| **Incident Occured:** | 11/8/22 12:10 | **Incident Location:** JA09 - 6 - L - 2A - | **Comment:** |

### Inmate Involved

**Name:** CORNEJO, LUIS BERTIN
**SPN:** 02255224
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01A

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 11/15/2022 01:02
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** HENDERSON, ANTHONY DEWAYNE
**SPN:** 02872707
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01J

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Found Not-Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** SANTIAGO, JACOB
**SPN:** 03145966
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Found Not-Guilty
**Reason:**
**Injury:**
**Severity:**
**Description:**

Incident Report

Page 1 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000674

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 22-1108-496 | Incident Reported: | 11/8/22  12:10 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer: | AYALA BEJAR, J 1180 | Violence Type: |
| Incident Status: | Approved | Supervisor: | KELLY, T 1944 | Reason: |
| Incident Occured: | 11/8/22  12:10 | Incident Location: | JA09 - 6 - L - 2A - | Comment: |

PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-6-L-2A-01B

Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-6-L-2A-01D

Offense: 1526 Smoking/Poss of Tobacco Product/Par - Major
Disposition: Closed-Found Not-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided

## Staff Involved

Name: AYALA BEJAR, JESSICA
Badge: 1180
Position: Detention Officer
Type of Involvement: Officer Assigned to Post
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

**Statement:** No Statement Provided

## Incident Report

Incident Report

Page 2 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]　　　JAIL RECORDS　　　JR 000675

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 22-1108-496 | **Incident Reported:** | 11/8/22 12:10 | **Violent Incident:** | No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | AYALA BEJAR, J 1180 | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | KELLY, T 1944 | **Reason:** | |
| **Incident Occured:** | 11/8/22 12:10 | **Incident Location:** | JA09 - 6 - L - 2A - | **Comment:** | |

Incident Number: 22-1108-496
Author: JABEJAR
Incident Notes   Date Recorded: 11/08/2022 12:15

On Tuesday, November 8, 2022, I, Detention Officer J. Ayala (EIN 144545) was assigned to L-Pod, on the 6th Floor, on First Shift, at the Harris County Sheriff's Office Detention Jail Facility, Located at 1200 Baker Street Jail Facility, Houston, Tx.

At approximately 1110 hours, while distributing chow in 6L2A cellblock I observed Inmates who were identified by T-card and armband as Cornejo, Luis (SPN 02255224), Henderson, Anthony (SPN 02872707), Santiago, Jacob (SPN 03145966), and Young, Christopher (SPN 0192059) smoking an unknown substance in the middle section of their bunks. I informed Inmate Cornejo, Henderson, Santiago, and Young that smoking would not be tolerated and that they would be written up.

Inmate Cornejo, Henderson, Santiago, and Young will be written up for Violating, Code # 1526 "Smoking and/or possession of any tobacco product or paraphernalia," of Harris County Sheriff's Office Inmate Handbook. Inmates Cornejo, Henderson, Santiago, and Young were offered the opportunity to provide a voluntary statement and refused. A copy of the Confirmation of Service will be given to Inmate Cornejo, Henderson, Santiago, and Young once the report is approved.

Sergeant T. Kelly (Badge 186) and Classification Officer FJ. Garza (EIN: 152336), were notified of this incident. END OF REPORT.

CHRISTOPHER YOUNG                          JAIL RECORDS                                   JR 000676
PLAINTIFF [SPN 01920591]

CONFIDENTIAL

 **Harris County Sheriff's Office**

# Incident Report

**Today's Date:** 2/14/2024  8:52

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 22-1116-791 | **Incident Reported:** 11/16/22  12:29 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** AYALA BEJAR, J 1180 | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** KELLY, T 1944 | **Reason:** |
| **Incident Occured:** 11/16/22  12:29 | **Incident Location:** JA09 - 6 - L - 2A - | **Comment:** |

## Inmate Involved

**Name:** CRUZ, DANIEL
**SPN:** 03118874
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01E

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/13/2022 09:15
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** HENDERSON, ANTHONY DEWAYNE
**SPN:** 02872707
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-L-2A-01J

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 11/22/2022 19:16
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 1526 Smoking/Poss of Tobacco Product/Par - Major
**Disposition:** Closed-Dismissed
**Reason:** Time Lapsed
**Injury:**
**Severity:**
**Description:**

Incident Report

Page 1 of 4

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                    JAIL RECORDS                    JR 000677

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 22-1116-791 | Incident Reported: 11/16/22 12:29 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer:  AYALA BEJAR, J 1180 | Violence Type: |
| Incident Status: | Approved | Supervisor:  KELLY, T 1944 | Reason: |
| Incident Occured: | 11/16/22 12:29 | Incident Location:  JA09 - 6 - L - 2A - | Comment: |

PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-6-L-2A-01D

Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

## Staff Involved

Name: AYALA BEJAR, JESSICA
Badge: 1180
Position: Detention Officer
Type of Involvement: Officer Assigned to Post
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided
File Statements: No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

Statement: No Statement Provided

## Incident Report

Incident Report

Page 2 of 4

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000678

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 22-1116-791 | Incident Reported: 11/16/22 12:29 | Violent Incident: No |
| Incident Type: | Disciplinary | Reporting Officer: AYALA BEJAR, J 1180 | Violence Type: |
| Incident Status: | Approved | Supervisor: KELLY, T 1944 | Reason: |
| Incident Occured: | 11/16/22 12:29 | Incident Location: JA09 - 6 - L - 2A - | Comment: |

Incident Number: 22-1116-791
Author: JABEJAR
Incident Notes   Date Recorded: 11/16/2022  12:37

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000679

CONFIDENTIAL

**Incident Information**

| | | | | | |
|---|---|---|---|---|---|
| Incident ID: | 22-1116-791 | Incident Reported: | 11/16/22 12:29 | Violent Incident: | No |
| Incident Type: | Disciplinary | Reporting Officer: | AYALA BEJAR, J 1180 | Violence Type: | |
| Incident Status: | Approved | Supervisor: | KELLY, T 1944 | Reason: | |
| Incident Occured: | 11/16/22 12:29 | Incident Location: | JA09 - 6 - L - 2A - | Comment: | |

On Wednesday, November 16, 2022, I, Detention Officer J. Ayala (EIN: 144545) was assigned to L-Pod, on the 6th Floor, on First Shift, at the 1200 Baker Street Jail Facility.

At approximately 1030 hours, while conducting visual rounds in 6L2A cellblock I observed Inmates who were identified by T-card and armband as Cruz, Daniel (SPN 03118874), Henderson, Anthony Dewayne (SPN 02872707), and Young, Christopher Dewayne (SPN 01920591) smoking an unknown substance in the corner bottom bunk.

I immediately paged via TOA for available rover to report to 6L2A for Inmates smoking. At approximately 1040 hours Sgt. T. Kelly reposted to assist. Sgt. Kelly enter the cellblock and confirmed to find ashes on the floor by the coner bottom bunk. Inmates Henderson, Cruz and Young were called out to the vestibule window to inform them that smoking would not be tolerated and that they would be written up. Inmate Young refused to go back inside the cellblock arguing back and forth that he does not smoke. Sgt. E. Vaquera (Badge 916) and Lt. J. Wheeler (Badge 223) came to 6L2A to put inmate Young back inside the cellblock.

Inmate Henderson, Cruz and Young will be written up for Violating, Code # 1526 "Smoking and/or possession of any tobacco product or paraphernalia," of Harris County Sheriff's Office Inmate Handbook. Inmate Henderson, Cruz, and Young were offered the opportunity to provide a voluntary statement and refused. A copy of the Confirmation of Service will be given to Inmate Henderson, Cruz, and Young once the report is approved.

Sergeant T. Kelly (Badge 186) and Classification Officer C. Flamenco (EIN: 136146), were notified of this incident. END OF REPORT.

Incident Report                                                                                 Page 4 of 4

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024  8:53

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 22-1121-658 | Incident Reported: 11/21/22  22:11 | Violent Incident: No |
| Incident Type: | Disciplinary | Reporting Officer: NGUYEN, T | Violence Type: |
| Incident Status: | Approved | Supervisor: HESSEL, J 1498 | Reason: |
| Incident Occured: | 11/21/22  20:48 | Incident Location: JA09 - 3 - H - 1 - | Comment: |

## Inmate Involved

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-05F

Offense: 1213 Setting/Causing Fire - Major
Disposition: Closed-Plead-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

## Staff Involved

Name: AKEDE, ABDULMALIK
Badge:
Position: Detention Sergeant
Type of Involvement: Responding Officer
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided
File Statements: No file attached

Name: NGUYEN, TOMMY
Badge:
Position: Detention Officer
Type of Involvement: Witness
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Incident Report                                                                    Page 1 of 2

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                    JAIL RECORDS                    JR 000681

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| Incident ID: | 22-1121-658 | Incident Reported: 11/21/22 22:11 |
| Incident Type: | Disciplinary | Reporting Officer: NGUYEN, T |
| Incident Status: | Approved | Supervisor: HESSEL, J 1498 |
| Incident Occured: | 11/21/22 20:48 | Incident Location: JA09 - 3 - H - 1 - |

| | |
|---|---|
| Violent Incident: No | |
| Violence Type: | |
| Reason: | |
| Comment: | |

Statement: No Statement Provided
File Statements: No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

Statement: No Statement Provided

## Incident Report

Incident Number: 22-1121-658
Author: TOMMY.NGUYEN
Incident Notes    Date Recorded: 11/21/2022  22:15

On Monday, November 21, 2022 I, Detention Officer T. Nguyen (EIN 161626) was assigned to the Third Floor, H-pod, on Late Watch, at the Harris County Sheriff's Office 1200 Baker Street Jail, in Houston, Texas.
At approximately 2048, Detention Sergeant A. Akede (Badge #204) while conducting Corretrak and Supervisor round at JA09-3H1, Sergeant A. Akede  noticed a strong smell of smoke in the 3H1C-cell. He found what appeared to be a long lit piece of toilet paper smoking from inmate Young, Christopher (SPN 01920591) identified by his Harris County issued armband and T-card.
I informed inmates Young, Christopher that they are in violation of code 1213, "Setting or Causing a Fire," of the Harris County Sheriff's Office Inmate Handbook.  Inmates Young, Christopher was offered an opportunity to write a statement in which he refused. A Confirmation of Service will be distributed upon the approval of this report.
I informed Sergeant J. Hessel (Badge # 194) ) and Classification Officer T.Nguyen (EIN 157819) were informed about the incident.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                                         JAIL RECORDS                                         JR 000682

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024   8:53

### Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 22-1121-659 | Incident Reported: | 11/21/22  22:15 | Violent Incident:  Yes |
| Incident Type: | Disciplinary | Reporting Officer:  NGUYEN, T | | Violence Type: |
| Incident Status: | Approved | Supervisor:  AKEDE, A | | Reason:  Gang Related |
| Incident Occured: | 11/21/22  21:00 | Incident Location:  JA09 - 3 - H - 1 - | | Comment: |

### Inmate Involved

**Name: CAMPOS, JONATHAN**
SPN: 03119606
Race: White
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-06B

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Dismissed
Reason: ATW Released on 11/22/2022 16:09
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

**Name: CARRIZALES, CARLOS**
SPN: 03061138
Race: White
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-06D

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Plead-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

**Name: MOORE, CHRISTOPHER DARRAL**
SPN: 02077196
Race: White
Gender: Male
Involvement: Victim
Weapon: N
Confirmation of Service:

Offense:
Disposition: Closed-Dismissed
Reason: ATW Released on 04/27/2023 11:47
Injury:
Severity:
Description:

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000683

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 22-1121-659 | Incident Reported: 11/21/22  22:15 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: NGUYEN, T | Violence Type: |
| Incident Status: | Approved | Supervisor: AKEDE, A | Reason:      Gang Related |
| Incident Occured: | 11/21/22  21:00 | Incident Location: JA09 - 3 - H - 1 - | Comment: |

PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-03B

Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

Name: ROONEY, MATTHEW SEAN
SPN: 01742990
Race: White
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-05C

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Plead-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

Name: TRAN, VINH QUANG
SPN: 02719288
Race: Asian
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-04G

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Plead-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: N
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-05F

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Plead-Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement: No Statement Provided**

| Incident Report | Page 2 of 5 |
|---|---|

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]            JAIL RECORDS            JR 000684

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 22-1121-659 | Incident Reported: 11/21/22  22:15 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer:  NGUYEN, T | Violence Type: |
| Incident Status: | Approved | Supervisor:  AKEDE, A | Reason:  Gang Related |
| Incident Occured: | 11/21/22  21:00 | Incident Location:  JA09 - 3 - H - 1 - | Comment: |

## Staff Involved

**Name:** ARNOLDO,MARTINEZ
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** GAMEZ, SAMUEL
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** HESSEL, JEROME
**Badge:** 1498
**Position:** Detention Sergeant
**Type of Involvement:** Supervisor
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** Incident Number: 221121659
Author: JEROME HESSEL
Staff Statement
Date Recorded: 11/22/2022 05:12
HCSO Deputy E. Casas EIN 137578 filed Superion 2211-08031.  ADA Burton referred charges to the prosecutor.

Incident Number: 221121659
Author: JEROME HESSEL
Staff Statement
Date Recorded: 11/21/2022 23:59
At 22:51, Doctor, I. Bocanegra ordered inmate Moore SPN 02077196 transferred to Ben Taub Hospital for LOSS OF CONSCIOUSNESS.
**File Statements:** No file attached

**Name:** JOHNSON, DEMITRE

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                    JAIL RECORDS                              JR 000685

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 22-1121-659 | **Incident Reported:** 11/21/22 22:15 | **Violent Incident:** Yes | |
| **Incident Type:** Disciplinary | **Reporting Officer:** NGUYEN, T | **Violence Type:** | |
| **Incident Status:** Approved | **Supervisor:** AKEDE, A | **Reason:** Gang Related | |
| **Incident Occured:** 11/21/22 21:00 | **Incident Location:** JA09 - 3 - H - 1 - | **Comment:** | |

**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** NGUYEN, TOMMY
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Witness
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** RADA, ANDREW
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** RIGGINS, JEROMY
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000686

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| Incident ID: | 22-1121-659 | |
| Incident Type: | Disciplinary | |
| Incident Status: | Approved | |
| Incident Occured: | 11/21/22　21:00 | |

| | |
|---|---|
| Incident Reported: | 11/21/22　22:15 |
| Reporting Officer: | NGUYEN, T |
| Supervisor: | AKEDE, A |
| Incident Location: | JA09 - 3 - H - 1 - |

| | |
|---|---|
| Violent Incident: | Yes |
| Violence Type: | |
| Reason: | Gang Related |
| Comment: | |

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

Statement: No Statement Provided

## Incident Report

Incident Number: 22-1121-659
Author: TOMMY.NGUYEN
Incident Notes　Date Recorded: 11/21/2022　23:26

On Monday, November 21, 2022 I, Detention Officer T. Nguyen (EIN 161626) was assigned to the Third Floor, H-pod, on Late Watch, at the Harris County Sheriff's Office 1200 Baker Street Jail, in Houston, Texas.

At approximately 2100 hours, I heard a commotion coming from 3H1C cell, I then observed Inmate Carrizales, Carlos (SPN 03061138), Young, Christopher (SPN 01920591), Campos, Jonathan (SPN 03119606), Rooney, Matthew (SPN 01742990), and Tran, Vinh (SPN 027119288) were punching and kicking Inmate Moore, Christopher (SPN 02077196) who was on the floor in 3H1C cell screaming. I immediately made a TOA page for all available rovers to assist the incident.

Detention Officer A. Martinez (EIN 159336); D. Johnson (EIN 155141); A. Rada (EIN 159422); J. Riggins (EIN 161101) responded to the call. They went into 3H1C cellblock, escorted inmate Moore, Christopher and retrieved his property out of the cellblock. Inmate Moore, Christopher was escorted down to the 1200 medical clinic for treatment.

Inmate Carrizales, Young, Campos, Rooney, and Tran will be written up for violating Code #1104 "ASSAULT OF ANY INMATE," which states, "No inmate shall strike, physically touch or cause contact with any staff member by any means or make any legitimate attempt to do so of the Harris County Sheriff's Office Inmate Handbook. They were offered the opportunity to write a statement, in which they all refused. A Confirmation of Service will be given to inmate Carrizales, Young, Campos, Rooney, and Tran at the completion of this report.

Detention Sergeant A. Akede (Badge #204) and Classification Detention Officer T.Nguyen (EIN 157819) were informed about the incident.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]　　　　　　　　　JAIL RECORDS　　　　　　　　　　　JR 000687

CONFIDENTIAL




## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024  8:53

### Incident Information

| | | |
|---|---|---|
| Incident ID: | 22-1214-012 | Incident Reported: 12/14/22  2:36 |
| Incident Type: | Disciplinary | Reporting Officer: RODRIGUEZ, R |
| Incident Status: | Approved | Supervisor: COLEMAN, T |
| Incident Occured: 12/14/22  2:00 | | Incident Location: JA09 - 3 - H - 1 - |

Violent Incident:  No
Violence Type:
Reason:
Comment:

### Inmate Involved

Name: RUBIO, GIOVANNI
SPN: 03020746
Race: White
Gender: Male
Involvement: Victim
Weapon: N
Confirmation of Service:
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-01F

Offense:
Disposition: Closed-Dismissed
Reason: ATW Released on 01/02/2023 00:24
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

Name: WHITE, BENNY KESHAY
SPN: 02197277
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-04B

Offense: 2103 Threatening - Minor
Disposition: Closed-Dismissed
Reason: Lacks Evidence
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y

Offense: 2103 Threatening - Minor
Disposition: Closed-Dismissed
Reason: Lacks Evidence
Injury:
Severity:
Description:

Incident Report

Page 1 of 2

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000688

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 22-1214-012 | Incident Reported: | 12/14/22  2:36 | Violent Incident: No |
| Incident Type: | Disciplinary | Reporting Officer: | RODRIGUEZ, R | Violence Type: |
| Incident Status: | Approved | Supervisor: | COLEMAN, T | Reason: |
| Incident Occured: | 12/14/22  2:00 | Incident Location: | JA09 - 3 - H - 1 - | Comment: |

PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-3-H-1-05F

Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided

## Staff Involved

Name: RODRIGUEZ, RODOLFO
Badge:
Position: Detention Officer
Type of Involvement: Officer Assigned to Post
Medical: N
E1?: N
Photo Taken?: N
Use of Force: N

Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

**Statement:** No Statement Provided

## Incident Report

Incident Number: 22-1214-012
Author: RODOLFO.RODRIGUEZ
Incident Notes   Date Recorded: 12/14/2022  02:39

On Wednesday December 14, 2022 I, Detention Officer R. Rodriguez (EIN 161744) was assigned to third floor H pod in the Harris County Detention Center located at 1200 Baker St.
At approximately 02:00 hours an inmate identified by his Harris County issued armband as Rubio, Giovanni (SPN 03020746) was seen outside of his cell inside of cellblock 3H1. When I walked into 3H1 I approached Inmate Rubio, G and asked why he was outside his cell, Inmate Rubio, G stated in his own words that "I need to be moved I don't feel safe in here." This is where I began to collect all of Inmate Rubio's personal belongings and escorted him outside of the cellblock. After walking Inmate Rubio, G out of cellblock 3H1 we walked to the Pod Control Center and began asking him some question about what had happened in the cellblock for him not to feel safe as he replied with, "after coming back into the cellblock Inmates Young, Christopher (SPN 01920591) and White, Benny (SPN 02197277) surrounded me and told me to give them all my Commissary or that they would beat me up if I didn't." I then assisted Inmate Rubio into the Third Floor Holding Cell.. Prior to this event I escorted Inmate Rubio outside of 3H1 to ask him about an inmate request that he had made to Classification earlier in the night where the request qouted "Help." When asked why the request was made Inmate Rubio stated that "everything was okay."
Inmates Young, Christopher (SPN 01920591) and White, Benny (SPN 02197277) are being charged with violating the inmate handbook's rule: (2103) Threatening – No inmate shall place another in fear of physical injury by verbal or physical conduct, or by written communication. When Inmates Young, Christopher (SPN 01920591) and White, Benny (SPN 02197277) were given an opportunity to write a Statement on the incident they declined. A confirmation of service will be given to both Inmates Young, Christopher (SPN 01920591) and White, Benny (SPN 02197277) after the conclusion of this report.
I, Detention Officer R. Rodriguez recommend inmate Rubio, Giovanni (SPN 03020746) be transferred for his safety and protection.
Sergeant T. Coleman (Badge #201) and Classification Officer A. Johnson (EIN 155371) were notified of the incident

Incident Report

Page 2 of 2

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]    JAIL RECORDS    JR 000689

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024   8:53

### Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 23-0123-819 | Incident Reported: | 1/23/23  11:31 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: | NGUYEN, M | Violence Type: |
| Incident Status: | Approved | Supervisor: | MEECE, D 106 | Reason:        Other |
| Incident Occured: | 1/23/23  10:35 | Incident Location: | JA09 - 2 - B - 1 - | Comment: |

### Inmate Involved

Name: STEVENS, KEVON
SPN: 03075118
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-2-B-1-02F

Offense: 1104 Assault On Inmate - Major
Disposition: Closed-Found Guilty
Reason:
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Victim
Weapon: N
Confirmation of Service:
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-2-B-1-05H

Offense:
Disposition: Closed-Dismissed
Reason: ATW Released on 05/23/2023 12:05
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

### Staff Involved

Name: ANORGA, CHRISTOPHER
Badge: 1194
Position: Detention Officer
Type of Involvement: Responding Officer
Medical: N

Injury:
Severity:
Description:
Hospital Name:

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                    JAIL RECORDS                    JR 000690

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0123-819 | **Incident Reported:** 1/23/23 11:31 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** NGUYEN, M | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** MEECE, D 106 | **Reason:** | Other |
| **Incident Occured:** | 1/23/23 10:35 | **Incident Location:** JA09 - 2 - B - 1 - | **Comment:** | |

**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** HOLMES, KRISTEN
**Badge:** 1559
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** NGUYEN, MATTHEW
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

## Incident Report

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000691

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| Incident ID: | 23-0123-819 | Incident Reported: | 1/23/23 11:31 | Violent Incident: | Yes |
| Incident Type: | Disciplinary | Reporting Officer: | NGUYEN, M | Violence Type: | |
| Incident Status: | Approved | Supervisor: | MEECE, D 106 | Reason: | Other |
| Incident Occured: | 1/23/23 10:35 | Incident Location: | JA09 - 2 - B - 1 - | Comment: | |

Incident Number: 23-0123-819
Author: MATTHEW.NGUYEN
Incident Notes　Date Recorded: 01/23/2023　11:38

On January 23, 2023, I, Detention Officer M. Nguyen (EIN 162367), was assigned to work on the Second Floor, B Pod, Pod Control Center, First Watch, in the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas
At approximately 1035 hours Detention Officer K. Holmes (EIN 142677) and I were distributing chow in 2B1 when Inmate Stevens, Kevon (SPN 03075118), who I know by sight, began yelling at another inmate stating "we can fight, I'm done playing with you" repeatedly. The Inmate was later identified by T-Card as Inmate Young, Christopher (SPN 01920591). I then immediately stopped feeding chow to separate Inmate's Stevens and Young. Inmate's Stevens and Young were attempting to fight each other. Inmate's Stevens and Young repeatedly attempted to throw closed fists strikes towards each other. But I managed to keep them separated long enough until available rovers entered the cell block and assisted me with separating the Inmate's Stevens and Young. D.O. Anorga (EIN 130163) placed Inmate Stevens in hand restraints and began to escort Inmate Stevens to temporary holding. When Inmate Young walked up behind Inmate Stevens and began antagonizing Inmate Stevens. Inmate Stevens then raised his right leg and kicked backwards towards Inmate Young but didn't made contact. Inmate Stevens was then immediately escorted to temporary holding in 2P2L.
Inmate Stevens was informed that he was in DIRECT VIOLATION OF INFRACTION CODE #1104, "Assault On Inmate", of the Harris County Sheriff's Office Inmate Handbook.
Inmate Stevens was afforded the opportunity to provide a written statement, in which Inmate he refused. Inmate Stevens will be given a Confirmation of Service Form pending the completion of this report.
Classification Detention Officer Q. Goosby (EIN 146978) and Sergeant D. Meece (EIN 125144) were informed of this incident.

Incident Report

Page 3 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]　　　　　JAIL RECORDS　　　　　JR 000692

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024   8:53

### Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 23-0412-736 | Incident Reported: 4/12/23  4:13 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: GARZA, L | Violence Type: |
| Incident Status: | Approved | Supervisor: ROBINSON, E | Reason: Defense Of Another |
| Incident Occured: | 4/12/23  3:40 | Incident Location: JA07 - 2 - D - 3 - | Comment: |

### Inmate Involved

Name: COATES, MICHAEL
SPN: 03181270
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: Y
Force: N
Housing Location At Time Of Incident: JA07-2-D-3-01H

Offense: 1105 Fighting - Major
Disposition: On-Docket
Reason:
Injury: N
Severity:
Description:
Hospital Name:
Mental Health Filed: N
Illness: N
Photo: N

Statement: No Statement Provided

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: Y
Force: N
Housing Location At Time Of Incident: JA07-2-D-3-02D

Offense: 1105 Fighting - Major
Disposition: Closed-Dismissed
Reason: ATW Released on 05/23/2023 12:05
Injury: N
Severity:
Description:
Hospital Name:
Mental Health Filed: N
Illness: N
Photo: N

Statement: No Statement Provided

### Staff Involved

Name: BARNETT, ISAAC
Badge:
Position: Sergeant
Type of Involvement: Supervisor
Medical: N

Injury:
Severity:
Description:
Hospital Name:

Incident Report

Page 1 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000693

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0412-736 | **Incident Reported:** | 4/12/23  4:13 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | GARZA, L | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | ROBINSON, E | **Reason:** | Defense Of Another |
| **Incident Occured:** | 4/12/23  3:40 | **Incident Location:** | JA07 - 2 - D - 3 - | **Comment:** | |

**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** CABALLERO, JORDIE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** GARZA, LESLIE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** PINEDA, MARK
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** ROBINSON, ELBERT
**Badge:**
**Position:** Sergeant
**Type of Involvement:** Supervisor
**Medical:** N
**E1?:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**

Incident Report

Page 2 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000694

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 23-0412-736 | Incident Reported: | 4/12/23  4:13 | **Violent Incident:** Yes |
| Incident Type: | Disciplinary | Reporting Officer: | GARZA, L | **Violence Type:** |
| Incident Status: | Approved | Supervisor: | ROBINSON, E | **Reason:** Defense Of Another |
| Incident Occured: | 4/12/23  3:40 | Incident Location: | JA07 - 2 - D - 3 - | **Comment:** |

| | | |
|---|---|---|
| Photo Taken?: N | | Illness: |
| Use of Force: N | | Photo: |

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

## Incident Report

Incident Number: 23-0412-736
Author: LESLIE.GARZA
Incident Notes    Date Recorded: 04/12/2023  05:22

On Tuesday, April 11, 2023, I, Detention Officer L. Garza (EIN 160293), was assigned to D-Pod on the Second Floor of the Harris County Jail Facility located at 701 North San Jacinto during the Late Watch.
On Wednesday, April 12, 2023, at approximately 0340 hours and during the same shift, I heard a loud commotion coming from within the cellblock. I turned my attention to the PCC Camera System and observed two unidentified inmates housed in cell 2D3 fighting between the bunks in the far back right of the cell. I stood up out of my chair and faced the window to cell 2D3. I observed the two inmates aggressively throwing multiple closed fist strikes and one another. The two inmates continued to fight, which resulted in one of them getting pushed down on the floor. I made a Floor Page for All Rovers to assist with an Inmate-Inmate fight. After making the page, I walked towards the back of the PCC and turned the lights on in cell 2D3 for a better visual of the inmates. The two unidentified inmates overheard the floor page I had made and quickly returned to their bunks before I turned the lights on, making it difficult to identify them. Detention Officer J. Caballero (EIN 162185), Detention Officer M. Pineda (EIN 158189), Sergeant E. Robinson (EIN 104451) and Sergeant I. Barnett (Badge #915) responded to the scene. Once the Rovers entered cellblock 2D, I asked Sergeant Barnett if he could swap places with me so that I could enter the cellblock and attempt to identify the inmates. Sergeant Robinson had observed the inmates fighting through the Camera System located in the FCC and was able to positively identify one of the inmates as Inmate Coates, Michael (SPN 03181270). Inmate Coates was handcuffed, escorted out of the cellblock and taken to the 701 Clinic. The other inmate refused to identify himself. Sergeant Robinson and I went to look at the camera footage and identified the second inmate as Inmate Young, Christopher Dewayne (SPN 01920591).
The responding rovers and I returned to cell 2D3. Sergeant Robinson handcuffed Inmate Young out of the cellblock and was placed in Separation Cell 3Z2. Inmate Young's property was gathered, logged into the Inmate Property Logbook, and placed into the Storage Room for safekeeping. Both inmates will be placed in temporary holding cells upon returning from the clinic pending Classification's decision on who to move. Both inmates will be taken to the 701 Clinic in separate times.
I informed Inmate Young and Inmate Coates that they violated Major Infraction Code 1105, "Fighting", which states (No inmate shall involve themselves in any mutual physical combat such as striking, kicking choking or grappling.  There shall be enhanced disciplinary action if any object/weapon is used.), per the Harris County Sheriff's Office Inmate Handbook. Inmates Coates and Inmate Young were allowed to write a statement which they refused. They will be issued a confirmation of service upon the completion of this report.

Sergeant Robinson is respectfully requesting that Inmate Young to be rehoused due to his involvement in this incident.

Classification Detention Officer T. Stevens (EIN 142409), Sergeant E. Robinson (EIN 104451) and Sergeant I. Barnett (Badge #915) were notified of this offense.
End of Report.

Incident Report

Page 3 of 3

**CHRISTOPHER YOUNG**
**PLAINTIFF [SPN 01920591]**    **JAIL RECORDS**    **JR 000695**

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024   8:54

### Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0418-868 | **Incident Reported:** 4/18/23 12:47 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** EGGINS, E | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** FULKERSON, C | **Reason:** | Other |
| **Incident Occured:** | 4/18/23 11:30 | **Incident Location:** JA07 - 3 - G - 4 - | **Comment:** | |

### Inmate Involved

**Name:** LAUBS, ANTHONY
**SPN:** 03175349
**Race:** White
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01U

**Offense:** 1105 Fighting - Major
**Disposition:** Closed-Plead-Guilty
**Reason:**
**Injury:** Y
**Severity:** Treated In Clinic
**Description:** laceration to chin
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** Y
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01H

**Offense:** 1105 Fighting - Major
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 05/23/2023 12:05
**Injury:** N
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:** N
**Illness:** N
**Photo:** N

**Statement:** No Statement Provided

### Staff Involved

**Name:** CARNEGIE, ANDRE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**

Incident Report

Page 1 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]
JAIL RECORDS
JR 000696

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 23-0418-868 | Incident Reported: 4/18/23 12:47 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: EGGINS, E | Violence Type: |
| Incident Status: | Approved | Supervisor: FULKERSON, C | Reason: Other |
| Incident Occured: | 4/18/23 11:30 | Incident Location: JA07 - 3 - G - 4 - | Comment: |

E1?: N
Photo Taken?: N
Use of Force: N

Mental Health Filed:
Illness:
Photo:

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** DELAPARRA, ORLANDO
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** EGGINS, ERIK
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** JACKSON, THOMAS
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

---

**Name:** WILLIAMS, AARON
**Badge:** 1583
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000697

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| **Incident ID:** | 23-0418-868 | **Incident Reported:** | 4/18/23  12:47 | **Violent Incident:** Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | EGGINS, E | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** | FULKERSON, C | **Reason:** Other |
| **Incident Occured:** | 4/18/23  11:30 | **Incident Location:** | JA07 - 3 - G - 4 - | **Comment:** |

**Photo Taken?:** N                                   **Illness:**
**Use of Force:** N                                   **Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

## Incident Report

Incident Number: 23-0418-868
Author: ERIK.EGGINS
Incident Notes    Date Recorded: 04/18/2023  13:33

On Tuesday, April 18, 2023, I, Detention Officer E. Eggins (EIN: 161463) was assigned to Early Watch, in 3G-Pod, on the Third Floor, of the Harris County Detention Facility, located at 701 North San Jacinto Street, in Houston, Texas 77002.
At approximately 1130 hours, I heard a loud thud sound which caused me to look into all sides of G-Pod.  When looking into the 4 side, I observed an inmate, later identified by his Harris County Armband as Inmate Anthony Laubs (SPN 03175349) standing at the entrance door with what appeared to be blood on his shirt and chin area.  I called for available Rovers to respond to investigate and at 1133 hours Detention Officers (DO) T. Jackson (EIN 149744), A. Williams (EIN 122707) and O. Del La Para (EIN 152460) arrived to G-Pod.  Inmate Laubs was escorted out of G-Pod by DO Williams and taken to the clinic for a medical assessment.
At 1135 hours, DO Jackson and DO Del La Para escorted a second inmate, later identified as Christopher Young (SPN 01920591) out of G-Pod 4 side and secured him in Z-Cell 1.  Both inmates property was removed from G-Pod and stored in the 3rd floor storage room for safe keeping.
At 1155 hours, I was relieved by DO A. Carnegie (EIN 160860) in the G-Pod Control Center and proceeded to the 3rd floor Sergeant's Office to review surveillance cameras.  Upon reviewing cameras C3006 and C3013 at time stamp starting at 1127 hours, I was able to confirm that Inmate Laubs was sitting on his bunk when Inmate Young approached.  It appeared that some words were exchanged and Inmate Laubs swung a closed fist at Inmate Young 2 times connecting each time.  Inmate Young then grabbed Inmate Laubs by his shirt and pulled him off his top bunk causing him to rapidly land on the floor.
I informed Inmates Laubs and Young that they were in violation of the Major Infraction (1105) Fighting- No inmate shall involve themselves in any mutual physical combat such as striking, kicking choking or grappling.  There shall be enhanced disciplinary action if any object/weapon is used.  It is my recommendation that Inmate Laubs be removed from cell block to prevent further problems.  I afforded both of the inmates an opportunity to write a statement, and they both declined.  I will provide both inmates with a Confirmation of Service.
I notified Sergeant C. Fulkerson (EIN 151370) and Classification Detention Officer B. Berry (EIN 129506) of this infraction.

Incident Report                                                                                                          Page 3 of 3

**CHRISTOPHER YOUNG**                           **JAIL RECORDS**                                    **JR 000698**
**PLAINTIFF [SPN 01920591]**

CONFIDENTIAL




## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024  8:54

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0501-020 | **Incident Reported:** 5/1/23  1:20 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** PIKES, T 2244 | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** VILLACORTA, P | **Reason:** |
| **Incident Occured:** | 4/30/23  23:40 | **Incident Location:** JA07 - 3 - G - 4 - | **Comment:** |

### Inmate Involved

**Name:** CUMMINGS, ELAD
**SPN:** 03183195
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01P

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** Lacks Evidence
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** GAINES, LEDARRIUS
**SPN:** 03129600
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01W

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 10/17/2023 13:31
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** RUBIN, JOSEPH
**SPN:** 02572381
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 06/29/2023 07:01
**Injury:**
**Severity:**
**Description:**

Incident Report

Page 1 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000699

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0501-020 | **Incident Reported:** 5/1/23  1:20 | **Violent Incident:**  No |
| **Incident Type:** | Disciplinary | **Reporting Officer:**  PIKES, T 2244 | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:**  VILLACORTA, P | **Reason:** |
| **Incident Occured:** | 4/30/23  23:40 | **Incident Location:**  JA07 - 3 - G - 4 - | **Comment:** |

**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01T

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01H

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 05/23/2023 12:05
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:** PIKES, TANGIE
**Badge:** 2244
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| | | |

**Statement:** No Statement Provided

## Incident Report

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000700

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 23-0501-020 | Incident Reported: | 5/1/23  1:20 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer: | PIKES, T 2244 | Violence Type: |
| Incident Status: | Approved | Supervisor: | VILLACORTA, P | Reason: |
| Incident Occured: | 4/30/23  23:40 | Incident Location: | JA07 - 3 - G - 4 - | Comment: |

Incident Number: 23-0501-020
Author: TANGIE.PIKES1
Incident Notes   Date Recorded: 05/01/2023  01:33

On Sunday, April 30, 2023, I, Detention Officer T. Pikes (EIN 147432) was assigned to Second Watch on the Third Floor, in G pod, of the Harris County Sheriff's Office Detention Facility located at 701 N. San Jacinto Street, in Harris County, Texas.

At approximately 23:40 hours, I ordered all inmates in cell 3G4 to get on their bunks because it was rack time (lights out). At that time, several inmates came to the door and informed me they were having issues with one inmate identified as Inmate Elad Cummings (SPN 03183195).

The inmates stated Inmate Cummings had been stealing dinner trays from "weaker" inmates in the cell. The inmates stated Inmate Cummings refuses to take a shower, change out his laundry, or brush his teeth. The inmates complained of Inmate Cummings's body odor being so strong it was causing them to feel nauseous. The inmates stated they felt their health and safety was in danger as a result of Inmate Cummings poor hygiene and constant stealing of food.

The following inmates stated they felt threatened by Inmate Cummings: Inmate Christopher Young (SPN 01920591), Inmate Joseph Rubin (SPN 02572381), and Inmate Ledarrius Gaines (SPN 03129600).

I found the statements of the inmates to be truthful because prior to this current incident, I ordered Inmate Cummings to take a shower because of his body odor. I gave Inmate Cummings soap to take a shower and his response was, "I don't shower in the free world, so I'm not showering in jail." On another occasion, I observed Inmate Cummings took one extra breakfast during chow time. I had to order Inmate Cummings to put the breakfast back on the table, which caused a big argument in the cell amongst the inmates.

Inmate Cummings was later informed that he was being written up for violating Disciplinary Code #2103 "Threatening" of the Harris County Sheriff's Office Inmate Handbook. Inmate Cummings was afforded the opportunity to write a statement and he refused.

Sergeant P. Villacorta (EIN 138099) and Classification Detention Officer O. Smith (EIN 151028) were notified of this offense.

NOTE: I am requesting Inmate Cummings be transferred to another housing location for the health and safety of the inmates in cell 3G4.

END OF REPORT.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000701

**CONFIDENTIAL**

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024   8:54

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 23-0503-503 | **Incident Reported:** 5/3/23  20:40 | | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** PIKES, T 2244 | | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** MATHEWS, K 147 | | **Reason:** |
| **Incident Occured:** 5/3/23  19:30 | **Incident Location:** JA07 - 3 - G - 4 - | | **Comment:** |

### Inmate Involved

**Name:** GAINES, LEDARRIUS
**SPN:** 03129600
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** N
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01W

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** Lacks Evidence
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** HATCHETT, SHUROID
**SPN:** 02945513
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01P

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 05/11/2023 18:41
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** RUBIN, JOSEPH
**SPN:** 02572381
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** N

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** Lacks Evidence
**Injury:**
**Severity:**
**Description:**

Incident Report

Page 1 of 3

**CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]**          **JAIL RECORDS**          **JR 000702**

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0503-503 | **Incident Reported:** 5/3/23  20:40 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** PIKES, T 2244 | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** MATHEWS, K 147 | **Reason:** |
| **Incident Occured:** 5/3/23  19:30 | **Incident Location:** JA07 - 3 - G - 4 - | **Comment:** |

**PREA:** N

**Medical:** N

**Force:** N

**Housing Location At Time Of Incident:** JA07-3-G-4-01T

**Hospital Name:**

**Mental Health Filed:**

**Illness:**

**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE

**SPN:** 01920591

**Race:** Black

**Gender:** Male

**Involvement:** Participant

**Weapon:** N

**Confirmation of Service:** N

**PREA:** N

**Medical:** N

**Force:** N

**Housing Location At Time Of Incident:** JA07-3-G-4-01H

**Offense:** 2103 Threatening - Minor

**Disposition:** Closed-Dismissed

**Reason:** Lacks Evidence

**Injury:**

**Severity:**

**Description:**

**Hospital Name:**

**Mental Health Filed:**

**Illness:**

**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:** PIKES, TANGIE

**Badge:** 2244

**Position:** Detention Officer

**Type of Involvement:** Officer Assigned to Post

**Medical:** N

**E1?:** N

**Photo Taken?:** N

**Use of Force:** N

**Injury:**

**Severity:**

**Description:**

**Hospital Name:**

**Mental Health Filed:**

**Illness:**

**Photo:**

**Statement:** No Statement Provided

**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

## Incident Report

Incident Report

**CHRISTOPHER YOUNG**
**PLAINTIFF [SPN 01920591]**

**JAIL RECORDS**

**JR 000703**

CONFIDENTIAL

## Incident Information

| | | | | |
|---|---|---|---|---|
| Incident ID: | 23-0503-503 | Incident Reported: | 5/3/23  20:40 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer: | PIKES, T 2244 | Violence Type: |
| Incident Status: | Approved | Supervisor: | MATHEWS, K 147 | Reason: |
| Incident Occured: | 5/3/23  19:30 | Incident Location: | JA07 - 3 - G - 4 - | Comment: |

Incident Number: 23-0503-503
Author: TANGIE.PIKES1
Incident Notes   Date Recorded: 05/03/2023  20:46

On Wednesday, May 3, 2023, I, Detention Officer T. Pikes (EIN 147432) was assigned to Second Watch on the Third Floor, in G pod, of the Harris County Sheriff's Office Detention Facility located at 701 N. San Jacinto Street, in Harris County, Texas.

At approximately 19:30 hours, Inmate Shuroid Hatchett (SPN 02945513) informed me he was being threatened by the following inmates: Inmate Joseph Rubin (SPN 02572381), Inmate Christopher Young (SPN 01920591), and Inmate Ledarrius Gaines (SPN 03129600).

Inmate Hatchett stated the three involved inmates made threats to fight him because he is white. Inmate Hatchett stated he felt his safety was in danger and asked to leave the cell.

The third floor rovers escorted Inmate Hatchett to separation cell 3Z-2. Inmate Hatchett will remain in 3Z-2 pending classification for his safety.

Inmates Rubin, Young, and Gaines were later informed they were being written up for violating Disciplinary Code #2103 "Threatening" of the Harris County Sheriff's Office Inmate Handbook. All involved inmates were afforded the opportunity to write a statement. All involved inmates refused to write statements.

I questioned Inmates Rubin, Young, and Gaines about the allegations against them. The three involved inmates stated they never spoke to or threatened Inmate Hatchett.

Confirmations of Service were issued to Inmates Rubin, Young, and Gaines.

Detention Sergeant K. Mathews (EIN 125242) and Classification Detention Officer B. Berry (EIN 129506) were notified of this offense.

NOTE: I am requesting Inmate Hatchett be transferred to another housing location for his safety.

END OF REPORT.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]                                JAIL RECORDS                                JR 000704

CONFIDENTIAL

 **Harris County Sheriff's Office**

# Incident Report

**Today's Date:** 2/14/2024  8:54

## Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** | 23-0506-975 | **Incident Reported:** 5/6/23  17:20 | **Violent Incident:** No |
| **Incident Type:** | Disciplinary | **Reporting Officer:** DELINOIS, S | **Violence Type:** |
| **Incident Status:** | Approved | **Supervisor:** WALLER, B 1707 | **Reason:** |
| **Incident Occured:** | 5/6/23  16:27 | **Incident Location:** JA07 - 3 - G - 4 - | **Comment:** |

## Inmate Involved

**Name:** COOKS, AARON BERNARD
**SPN:** 01464363
**Race:** Black
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01B

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 07/21/2023 23:24
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** GAINES, LEDARRIUS
**SPN:** 03129600
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01W

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 10/17/2023 13:31
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 05/23/2023 12:05
**Injury:**
**Severity:**
**Description:**

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000705

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0506-975 | **Incident Reported:** 5/6/23  17:20 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** DELINOIS, S | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** WALLER, B 1707 | **Reason:** |
| **Incident Occured:** 5/6/23  16:27 | **Incident Location:** JA07 - 3 - G - 4 - | **Comment:** |

**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA07-3-G-4-01H

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:** DELINOIS, SANDLEY
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** JACKSON, THOMAS
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** WILLIAMS, AARON
**Badge:** 1583
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000706

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 23-0506-975 | Incident Reported: 5/6/23  17:20 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer:  DELINOIS, S | Violence Type: |
| Incident Status: | Approved | Supervisor:  WALLER, B 1707 | Reason: |
| Incident Occured:  5/6/23  16:27 | | Incident Location:  JA07 - 3 - G - 4 - | Comment: |

## Incident Report

Incident Number: 23-0506-975
Author: SANDLEY.DELINOIS
Incident Notes    Date Recorded: 05/06/2023  17:36

On Saturday, May 6, 2023, I, Detention Officer S. Delinois (EIN 157752) was assigned to First watch, G-Pod, 3rd Floor of the Harris County Detention Facility at 701 N. San Jacinto, Houston, Texas 77002.
At approximately 1627hours, Inmate Aaron Cooks (SPN 01464363) who was later identified by the Harris County armbands/T-card asked to step out of the cellblock to come talk to me. Inmate cooks inform me that he doesn't feel safe in the cell block because he is gay. He told me that "just because I won the fight last night, when I was laying down on my bunks, and I heard multiple Inmates saying cooks we are going to get you. " Inmate Cooks identified Inmates Christopher Young (SPN 01920591) and Ledarrius Gaines (SPN 03129600) were threatening him.  Inmates Young and Gaines stated "if I don't move Inmate Cooks they are going to whoop his ass. I had him waited in the vestibule until the rovers showed up and escorted Inmate Cooks to the separation cell. 3Z4
The property for Inmate Cooks was gathered and placed in the Third Floor storage room.
Inmates Young and Gaines will be issued a Confirmation of Service upon approval of this report
Inmates Young and Gaines were informed that they are being charged with Violating Harris County Sheriff's Office Inmate Handbook Code (2103) THREATENING.
Sergeant B. Waller (EIN 1135670 and Classification Detention Officer E. Munos (EIN 163654) were notified of this offense.

Incident Report

Page 3 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000707

CONFIDENTIAL




## Harris County Sheriff's Office

# Incident Report

Today's Date: 2/14/2024   8:54

### Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 23-0920-753 | Incident Reported: 9/20/23  5:10 | Violent Incident: Yes |
| Incident Type: | Disciplinary | Reporting Officer: BARRON, J | Violence Type: |
| Incident Status: | Approved | Supervisor: HERRING, P | Reason: Commissary/Food |
| Incident Occured: | 9/20/23  4:05 | Incident Location: JA09 - 2 - B - 2 - D cell | Comment: |

### Inmate Involved

Name: RIOS, DAVID
SPN: 03157014
Race: White
Gender: Male
Involvement: Victim
Weapon: N
Confirmation of Service:
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-2-B-2-03B

Offense:
Disposition: Closed-Dismissed
Reason: ATW Released on 10/19/2023 00:02
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

Name: YOUNG, CHRISTOPHER DEWAYNE
SPN: 01920591
Race: Black
Gender: Male
Involvement: Participant
Weapon: N
Confirmation of Service: Y
PREA: N
Medical: N
Force: N
Housing Location At Time Of Incident: JA09-2-B-2-01E

Offense: 2101 Simple Assault - Minor
Disposition: Closed-Dismissed
Reason: ATW Released on 09/29/2023 20:24
Injury:
Severity:
Description:
Hospital Name:
Mental Health Filed:
Illness:
Photo:

Statement: No Statement Provided

### Staff Involved

Name: HAMEL, JORDAN
Badge: 1962
Position: Detention Officer
Type of Involvement: Responding Officer
Medical: N

Injury:
Severity:
Description:
Hospital Name:

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000708

CONFIDENTIAL

## Incident Information

| | | | | | |
|---|---|---|---|---|---|
| **Incident ID:** | 23-0920-753 | **Incident Reported:** | 9/20/23  5:10 | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | BARRON, J | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | HERRING, P | **Reason:** | Commissary/Food |
| **Incident Occured:** | 9/20/23  4:05 | **Incident Location:** | JA09 - 2 - B - 2 - D cell | **Comment:** | |

**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** LONG, BRIAN
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** MANDERS, BRIAN
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Responding Officer
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

**Name:** OKUNNU, OLAMIDE
**Badge:**
**Position:** Detention Officer
**Type of Involvement:** Officer Assigned to Post
**Medical:** N
**E1?:** N
**Photo Taken?:** N
**Use of Force:** N

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|
| , | | |

   **Statement:** No Statement Provided

## Incident Report

Incident Report

Page 2 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000709

CONFIDENTIAL

## Incident Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Incident ID:** | 23-0920-753 | **Incident Reported:** | 9/20/23  5:10 | | **Violent Incident:** | Yes |
| **Incident Type:** | Disciplinary | **Reporting Officer:** | BARRON, J | | **Violence Type:** | |
| **Incident Status:** | Approved | **Supervisor:** | HERRING, P | | **Reason:** | Commissary/Food |
| **Incident Occured:** | 9/20/23  4:05 | **Incident Location:** | JA09 - 2 - B - 2 - D cell | | **Comment:** | |

Incident Number: 23-0920-753
Author: JUAN.BARRON
Incident Notes   Date Recorded: 09/20/2023  05:15

On this day, Tuesday, September 19, 2023, I, Detention Officer J. Barron (EIN: 152023), was assigned to the Mental Health Unit B-Pod on the Second Floor of the Harris County Jail Facility located at 1200 Baker Street, Houston TX on Late Watch.

On Wednesday, September 20, 2023, at approximately 0405 hours, while my partner detention Officer O. Okunnu (EIN 163325) was serving breakfast, I observed an inmate becoming hostile with another inmate in 2B2-D cell. I paged for all available rovers, to which Detention Officers B. Long (EIN 161622), B. Manders (EIN 150271), and J. Hamel (EIN 134014) responded to. Inmate Young, Christopher (SPN 01920591) was handcuffed and escorted out of the cellblock and into temporary holding cell 2K2- C. I was later informed that inmate Young had taken the breakfast from inmate Rios, David (SPN 03157014), when D.O. O. Okunnu ordered inmate Young to return the breakfast to inmate Rios he threw it at him striking him in the face.

Inmate Young was informed that he was in violation of code "2101-Simple Assault", as stated in the Harris County Inmate Handbook and will be charged. A Confirmation of Service will be printed and delivered upon the completion of this report. Inmate was afforded the opportunity to write a statement to which he refused.

Sergeant P. Herring (EIN 147032) and Classification Officer Y. Colman (EIN 139164) were notified of this report.

CHRISTOPHER YOUNG              JAIL RECORDS                          JR 000710
PLAINTIFF [SPN 01920591]

CONFIDENTIAL

 

## Harris County Sheriff's Office

# Incident Report

**Today's Date:** 2/14/2024  8:55

### Incident Information

| | | | |
|---|---|---|---|
| **Incident ID:** 23-0927-001 | **Incident Reported:** 9/27/23  19:08 | | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** GIOVANNY, R | | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** CASTANEDA, O 2242 | | **Reason:** |
| **Incident Occured:** 9/27/23  18:13 | **Incident Location:** JA09 - 6 - F - 1 - | | **Comment:** |

### Inmate Involved

**Name:** MENDEZ, MATTHEW
**SPN:** 02385646
**Race:** White
**Gender:** Male
**Involvement:** Victim
**Weapon:** N
**Confirmation of Service:**
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-F-1-06D

**Offense:**
**Disposition:** Closed-Dismissed
**Reason:** ATW Released on 12/08/2023 06:53
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** WILLIAMS, GERMICHAEL D"CO
**SPN:** 02344664
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y
**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-F-1-04H

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** DAY/DATE CONFLICT
**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

**Name:** YOUNG, CHRISTOPHER DEWAYNE
**SPN:** 01920591
**Race:** Black
**Gender:** Male
**Involvement:** Participant
**Weapon:** N
**Confirmation of Service:** Y

**Offense:** 2103 Threatening - Minor
**Disposition:** Closed-Dismissed
**Reason:** DAY/DATE CONFLICT
**Injury:**
**Severity:**
**Description:**

Incident Report

Page 1 of 3

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000711

CONFIDENTIAL

## Incident Information

| | | |
|---|---|---|
| **Incident ID:** 23-0927-001 | **Incident Reported:** 9/27/23  19:08 | **Violent Incident:** No |
| **Incident Type:** Disciplinary | **Reporting Officer:** GIOVANNY, R | **Violence Type:** |
| **Incident Status:** Approved | **Supervisor:** CASTANEDA, O 2242 | **Reason:** |
| **Incident Occured:** 9/27/23  18:13 | **Incident Location:** JA09 - 6 - F - 1 - | **Comment:** |

**PREA:** N
**Medical:** N
**Force:** N
**Housing Location At Time Of Incident:** JA09-6-F-1-01B

**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided

## Staff Involved

**Name:**
**Badge:**
**Position:**
**Type of Involvement:**
**Medical:**
**E1?:**
**Photo Taken?:**
**Use of Force:**

**Injury:**
**Severity:**
**Description:**
**Hospital Name:**
**Mental Health Filed:**
**Illness:**
**Photo:**

**Statement:** No Statement Provided
**File Statements:** No file attached

## Inmate Witnesses For Hearing

| Name | Booking ID | Involvement |
|---|---|---|

**Statement:** No Statement Provided

## Incident Report

Incident Report

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]

JAIL RECORDS

JR 000712

CONFIDENTIAL

## Incident Information

| | | | |
|---|---|---|---|
| Incident ID: | 23-0927-001 | Incident Reported: 9/27/23  19:08 | Violent Incident:  No |
| Incident Type: | Disciplinary | Reporting Officer:  GIOVANNY, R | Violence Type: |
| Incident Status: | Approved | Supervisor:  CASTANEDA, O 2242 | Reason: |
| Incident Occured: | 9/27/23  18:13 | Incident Location:  JA09 - 6 - F - 1 - | Comment: |

Incident Number: 23-0927-001
Author: GIOVANNY.ROCHA
Incident Notes   Date Recorded: 09/27/2023  19:12

On Monday, September 27 2022, I Detention Officer G. Rocha (EIN 159218) was assigned to F-pod on the sixth floor of the Harris County Jail facility located at 1200 Baker Street in Houston, Texas on late watch.

At approximately 1813 hours, an inmate identified by his Harris County issued Armband/T-card as Mendez, Matthew (SPN 02385646) approached the PCC (Pod Control Center) window and stated that he is being threatened by two inmates identified by their Harris County issued Armband/T-cards as Williams, Germichael D"Co (SPN 02344664) and Young, Christopher Dewayne (SPN 01920591). Inmate Mendez said that Inmate Williams said "you owe us your phone calls and your mat. If we don't get them soon then we'll just have to roll your bitch ass out" and "Young was also saying that I need to give him my chow trays for the next week or I'm getting rolled out". Inmate Mendez told me "I don't want to be here anymore. Please get me out sir. These people do not like me for some reason and they keep staring at me and telling me to have a talk with them about my living arrangements in E-cell. I know that's a trap and they just want to sneak me out. Try to get me out of here please. They already took my food from first chow and second chow today".

It is my recommendation that Inmate Mendez be removed from the cellblock and housed elsewhere for his own safety and to avoid further altercations.

Inmates Williams and Young are being charged with violation of rule (2103) THREATENING – No inmate shall place another in fear of physical injury by verbal or physical conduct, or by written communication. This is a violation of the Harris County Sheriff's Office Inmate Handbook. Inmates Williams and Young were afforded the opportunity to write a statement but refused to do so. A Confirmation of Service will be given to Inmates Williams and Young upon completion of this report.

Floor Supervisor Sergeant O. Castaneda (Badge #214) and Classification Detention Officer K. Thomas (EIN 148523) were notified of the incident.

End of Report.

CHRISTOPHER YOUNG
PLAINTIFF [SPN 01920591]          JAIL RECORDS          JR 000713