United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**OCTEVIA WAGNER, et al.,**

      **Plaintiffs,**

**versus**                       **CIVIL ACTION NO. 4:23-CV-02886**

**HARRIS COUNTY, TEXAS,**

      **Defendant**.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## <u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**TO:**  TEXAS DEPARTMENT OF CRIMINAL JUSTICE CLYDE M. JOHNSTON UNIT, 703 AIRPORT ROAD, WINNSBORO, TX 75494

**TO:**  UNITED STATES MARSHAL, SOUTHERN DISTRICT OF TEXAS, OR ANY OTHER AUTHORIZED UNITED STATES MARSHAL

You are hereby **ORDERED** to deliver Zachery Johnson**, #02616495,** into the custody of the United States Marshal for the Southern District of Texas on **June 24, 2026, at 12:45 p.m.** at the United States Courthouse, 515 Rusk St., Courtroom 3A, Houston, Texas for his appearance at a deposition in the above-captioned case. Said individual shall remain in the custody of the United States Marshal during hours of Court until released by the Court. At such time, the individual will be returned to the custody of the Texas Department of Criminal Justice.

DONE this 18th day of June, 2026, at Houston, Texas.

**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**