**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER; et. al.,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 4:23-cv-02886** |
| | § | |
| **HARRIS COUNTY, TEXAS,** | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| | § | |
| ***Plaintiff-Intervenors,*** | § | |

---

**PARTIES' JOINT PARTIAL STIPULATION AS TO REMOVAL OF CONFIDENTIALITY DESIGNATION FROM CERTAIN DOCUMENTS PRODUCED IN DISCOVERY**

---

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Plaintiffs Octevia Wagner, et al., Defendant Harris County, Texas, and Plaintiff-Intervenors Ana Garcia and Chandra Jenkins and file this Joint Partial Stipulation as to De-Designation of Confidential Information, and in support thereof would respectfully show unto the Court as follows:

**STIPULATION**

On September 12, 2024, the Court entered a Protective Order relating to the designation of documents as confidential during discovery in this matter. Doc. 80. Defendant produced the documents with a "Confidential" designation under the Protective Order.

On December 23, 2025, Plaintiffs' filed a Motion to De-Designate the Confidential designation for multiple categories of information produced by Harris County. Doc. 270. Defendant filed a Response (Doc. 285), and Plaintiffs' filed a Reply (Doc. 289). On July 24, 2026, the Court held a hearing on this Motion. Prior to the hearing, the Parties conferred and agreed on some categories of information that will no longer be deemed as confidential which was stipulated to on the record. The remainder of the categories of information that were not agreed to still remain subject to the Court's ruling on Plaintiffs' Motion.

The Parties stipulate that the following categories of information produced in *Wagner et al v. Harris County*, are no longer deemed "Confidential" and are no longer subject to the Protective Order. The Parties stipulate that the below categories do not have to be reproduced and that any "Confidential" bates label can be ignored:

1. Videos of Incidents and Observation Rounds pertaining to Plaintiffs and Intervenors;
2. Incident reports pertaining to incidents involving Plaintiffs and Intervenors;
3. KHOU use of force reports;
4. Autopsy records of Plaintiffs and Intervenors (not including autopsy photos, which shall remain Confidential);
5. Operational records of the Jail, including observation records, staffing reports, inmate death reports, and DWS records;
6. TCJS reports and communications pertaining to Jail Operations
7. Jail records for Plaintiffs and Intervenors, except as provided below; and
8. Detention Officer training records, including certifications;
9. Any HCSO Policies posted on the HCSO public website (but not CJC SOPs pertaining to the Jail).

10. The Interlocal Agreements between Harris County and Harris Health and with Harris Center and any related proposals, studies, or status reports

The following categories of information shall remain confidential and subject to the Protective Order:

1. Medical records;
2. Criminal history record provided to the HCSO by DPS, DOJ, or by the TCIC / NCIC criminal history database;
3. Autopsy photos; and
4. Personal Identifying Information (i.e. EIN, SSN, DOB)

For the Personal Identifying Information, the party filing any record that is no longer confidential containing this information will be responsible for redacting that information in the document prior to filing. Documents that remain under the Confidentiality tag may nonetheless be used by the parties for Court Use and filed as Restricted documents or with appropriate redactions specified by PACER.

This Stipulation does not cover any additional categories of information not mentioned herein. The Parties ask for a ruling on the remaining categories that are subject to the Plaintiffs' Motion to De-Designate.

**CONCLUSION**

Based on the foregoing, the Parties ask the Court to take notice of this Stipulation.

Respectfully submitted,

**BEN CRUMP LAW, PLLC**

*/s/ Paul A. Grinke*
Paul A. Grinke
State Bar No. 24032255
paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone

**MCCATHERN, PLLC**
Carl L. Evans
State Bar No. 24056989
cevans@mccathernlaw.com
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
(214) 741-2662 Telephone
(214) 741-4717 Facsimile

Shelby J. White
State Bar No. 24084086
swhite@dpslawgroup.com
Thad D. Spalding
State Bar No. 00791708
tspalding@dpslawgroup.com
Kathryn Womble
State Bar No. 24143533
kwomble@dpslawgroup.com
**Durham, Pittard & Spalding, LLP**
P.O. Box 224626
Dallas, Texas 75222
(888) 998-6688 Telephone
(214) 807-1799 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH P.C.**

*/s/ Ricardo J. Navarro (with permission)*
Ricardo J. Navarro
State Bar No. 14829100
USSDTX Bar No. 5953
rjnavarro@rampagelaw.com
Kelly R. Albin
State Bar No. 24086079
USSDTX Bar No. 3792304
kralbin@rampagelaw.com
549 N. Egret Bay, Suite 200
League City, Texas 77573
(832) 632-2102 Telephone

**ATTORNEYS FOR DEFENDANT HARRIS COUNTY, TEXAS**

**HUNTER LAW CORPORATION, PC TEXAS OFFICE**

*/s/ Taylor M. Hunter (with permission)*
Taylor M. Hunter
Federal I.D. No. 3424673
SBN: 24106123
taylor@thehunterlaw.com
4131 North Central Expressway Suite 900
Dallas, Texas 75204
(214) 206-1200 Telephone
(214) 206-1220 Facsimile

**ATTORNEY FOR PLAINTIFF-INTERVENOR CHANDRA JENKINS**

**THE SHARIFF LAW FIRM**

*/s/ M. Obaid Shariff (with persmission*
M. Obaid Shariff
Federal ID No. 2827312
Texas Bar No. 24091135
mshariff@shariflawfirm.com
Kevin Acevedo
Federal ID No. 2932922

Texas Bar No. 24086848
kacevedo@sharifflawfirm.com
The Shariff Law Firm, PLLC.
2500 West Loop South, Suite 300
Houston, Texas 77027
(713) 244-8392 Telephone
(713) 244-8372 Facsimile

**ATTORNEYS FOR PLAINTIFF-INTERVENOR ANA GARCIA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026August 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of this filing to all counsel of record.

*/s/ Aaron Dekle*
Aaron Dekle