| ALPHA ORDERED LIST | DETAINEE LAST NAME | FIRST NAME | SPN | DIC | DOD | AGE AT DOD / INCIDENT DATE | INCIDENT DATE | LOCATION OF INCIDENT | CLAIM TYPE* |
|---|---|---|---|---|---|---|---|---|---|
| A | Pillow | Jacoby | 3175416 | DIC | 2023-0103 | 31 | 2023-0101 | JA09--1-M1-01 | UOF |
| B. | Johnson | Bryan | 2315844 | DIC | 2022-1001 | 34 | 2022-1001 | JA07-3-A-3-01W | UOF; DMC |
| C. | Lee | Evan Ermayne | 2388442 | DIC | 2022-0318 | 31 | 2022-0318 | JA09-2-H-1-02G | DMC; FTP |
| D. | Barrett | William Curtis | 887353 | DIC | 2022-1120 | 74 | 2022-1120 | JA09-2-L-1-01N | DMC |
| E. | Smith Jr. | Kevin Leon | 2972022 | DIC | 2023-0131 | 23 | 2023-0131 | JA07-5-C-4 | DMC |
| F. | Thomas | Ramon | 2863401 | DIC | 2023-0701 | 30 | 2023-0701 | JA09-6-C-2 | DMC |
| G. | Henderson | Nathan | 2623034 | DIC | 2022-0731 | 27 | 2022-0723 | JA07-E-1-01G; CLINIC | FTP |
| H. | Peterson | Deon | 1579098 | DIC | 2021-0810 | 42 | 2021-0810 | JA07-4-B-4-01J; CLINIC | DMC |
| I. | Smith | Gary Wayne | 836481 | DIC | 2023-0110 | 59 | 2022-1206-2023-0110 | JA09-1M1-11401A; | DMC |
| J. | Smith | Kristan Nicole | 1897814 | DIC | 2022-0528 | 38 | 2022-0520 | JA09-4-E-2B-DAYROOM; HOSP-1-A-1 | DMC |
| K. | Fore | Robert Wayne | 1822871 | DIC | 2022-0524 | 40 | 2022-0524 | JA07-6-C-2-01R | FTP |
| L. | Griego | Michael Anthony | 1873285 | DIC | 2022-1122 | 45 | 2022-1113 | JA09-2-A-2B | FTP |
| M. | Garrison | Jeremy | 2425788 | NON-DIC | n/a | 33 | 2023-0423- 2023-0520 | JA07-6-J-1; JA07-7-B-1; 701 CLINIC | UOF |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N. | Johnson | Zachery Kehj | 3195770 | NON-DIC | n/a | 22 | 2023-0606 | JA07-2-G-2 | FTP; DMC |
| O. | Richard | Kenneth | 2691789 | NON-DIC | n/a | 33 | 2023-0427 | JA09- 3-C-1 | UOF; DMC |
| P. | Anglin | Jeremiah | 2856995 | NON-DIC | n/a | 28 | 2023-0201 [pleaded] | JA09-3-Hallway | UOF |
| Q. | Veal [T.V. Bolt] | Harrell | 1483290 | NON-DIC | n/a | 45 | 2022-0123-2022-1224 | JA09-6-b-B-1 | UOF |
| R. | Coote | John | 2655370 | NON-DIC | n/a | 31 | 2023-0207 - 2023-0210 | JA07-7-E-1- Safety Vestibule; JA09-2-K-1-D | UOF; FTP; DMC |
| S. | Morelle | Tramell | 3203183 | NON-DIC | n/a | 31 | 2023-0730 | JA09-5-C-1-05B | FTP |
| T. | Lockhart | Bernard | 1805357 | NON-DIC | n/a | 42 | 2022-0628 | JA07-3-B-2-01B | UOF |
| U. | Twedt | Ryan | 3116503 | NON-DIC | n/a | 26 | 2022-0408 - 2022-0409 | JA09-6-E-2B-01D | UOF |
| V. | Radcliffe | Antonio | 3184428 | NON-DIC | n/a | 32 | 2023-0518 | JPC-2-Receiving-Wait | FTP |
| W. | Zepeda | Zachary | 2278619 | NON-DIC; BUT NOW DECEASED | 2023-0828 | 34 | 2023-0611 | JA09-6-F-1 | FTP |
| X. | Moore | Jaquez | 2959554 | NON-DIC; BUT NOW DECEASED | 2024-0912 | 24 | 2023-0213; 2023-0419; 2023-05 | JA09-3-E-1A-01R; JA07-2-B-4-01V; JA07-2-B-4-01K; JA07-2-B-4-01V; JA07-6-G-1-01D; JA09-2-H-1-03D | FTP |
| Y. | Euell | Taylor | 01944765 | NON-DIC | n/a | 40 | 2023-0323; 2023-0114 | JA07-4-C-3; JA09-3-C-1-05E | UOF |
| Z. | Young | Christopher | 01920591 | NON-DIC | n/a | 41 | 2023-0211 | JA09-2-B-1-05H | FTP |
| ZA. | Perio | Dylan | 2461090 | NON-DIC | n/a | 32 | 2023-0607; 2022-0905 | JA09-6-M-1A; JA07-2-E-2 | DMC |
| ZB | Buford | Deqon | 3177353 | NON-DIC | n/a | 28 | 2023-0928; 2023-0929 | JA09-3-Visitation; JA09-3-C | FTP |
| ZZ. | Sanchez-Trejo | Kevin Alexander | 2966503 | DIC | 2022-0212 | 21 | 2022-0212 | JA07-7-C-1 | FTP; DMC |