**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OCTEVIA WAGNER, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-CV-02886 |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

**OMNIBUS EXHIBIT LIST TO PLAINTIFFS' SUPPLEMENTS AND RESPONSES TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

**Paul A. Grinke**
State Bar No. 24032255
paul@bencrump.com
**Aaron Dekle**
State Bar No. 24100961
aaron@bencrump.com
BEN CRUMP LAW, PLLC
5 Cowboys Way, Ste. 300
Frisco, Texas 75034
(972) 942-0494 – Office
(800) 770-3444 – Facsimile

**Carl L. Evans**
State Bar No. 24056989
cevans@mccathernlaw.com
MCCATHERN PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
(214) 532-2060 – Office

**Thad D. Spalding**
State Bar No. 00791708
tspalding@dpslawgroup.com
**Shelby J. White**
State Bar No. 24084086
swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000 - Office
(214) 946-8433 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**Introduction**

Plaintiff is attaching this Omnibus Exhibit List to Plaintiffs' Response to Defendant's Motion for Summary Judgment due to the overlapping nature of the claims and the evidence for the various Motions for Summary Judgment. Plaintiffs incorporate each of the documents listed below into the body of the Response as if fully set forth therein. The size of the exhibits are too large to file individually on PACER; therefore, Plaintiffs have categorized each of the exhibits on the following link to which the Court and the Parties have access.

Wagner v. Harris County; Plaintiff Omnibus MSJ Exhibits

This link will remain active throughout the remainder of this case. This document is filed as restricted for the time being due to Defendant's broad confidential designations. Plaintiff will provide an additional exhibit cover page with a different link that will have access to the unrestricted exhibits due to the recently filed stipulation de-designating the confidentiality of certain documents.

**Table of Exhibits**

General

1. DOJ 2009 Report (Wagner 79-102)
2. TCJS Report May 2013-2017 (Wagner 103-183)
3. TCJS Report Dec 2017 (Wagner 184-186)
4. TCJS Report Aug 2018 (Wagner 187-189)
5. TCJS Report Dec 2020 (Wagner 201-207)
6. TCJS Report April 2021 (Wagner 208-210)

7. TCJS Report Nov 2021 (Wagner 211-217)
8. TCJS Report Sept. 2022 (Wagner 224-228)
9. TCJS Report Dec 2022 (Wagner 229-231)
10. TCJS Report April 2023 (Wagner 237-239)
11. TCJS Report Feb. 2023 (Wagner 240-248)
12. TCJS Report Aug. 23, 2023 (Wagner 249-251)
13. TCJS Report Aug 2023 (Wagner 252-261)
14. TCJS Report Feb 2024 (Wagner 263-268)
15. TCJS Report May 23 Remedial Order (Wagner 3246-3247)
16. TCJS Report May 2024 Amend Remedial Order (Wagner 3248-3250)
17. TCJS Report Jan. 2025
18. Harris County Comm. To TCJS Death In Custody (Observation)
19. TCJS Report May 6, 2025
20. TCJS Harris County Second Remedial Order
21. TCJS Report June 2025
22. Harris County's Updated 2024 UOF Policy
23. Eric Morales Personnel File and Investigation
24. KHOU Struck Documentary (Video)
25. KHOU Struck Article
26. TCJS SIR Total Count Files (Compiled)
27. KHOU UOF Incident Report Examples (Compiled)
28. SIR UOF Examples (Compiled)
29. SIR Assault Examples (Compiled)
30. KHOU Assault Examples (Compiled)
31. John Coote Assault Video
32. John Coote Assault Incident Report

33. Evan Lee Assault Texas Rangers Report
34. Zachary Zepeda Assault Video
35. Zachary Zepeda Assault Incident Report
36. Michael Griego Texas Ranger Report and Autopsy Report (Compiled)
37. Kenneth Richard Assault Incident Report
38. Jaquez Moore Assault Incident Report
39. Fred Harris Assault Video
40. Fred Harris Assault Incident Report
41. Rory Ward Assault Investigation Summary and Autopsy Report (Compiled)
42. Kareem Jefferson Assault Incident Report
43. Rory Ward Observation Round Videos Examples
44. Matthew Shelton Observation Round Videos Examples
45. Jacoby Pillow UOF Video
46. Jeremy Garrison UOF Videos and Incident Reports
47. John Coote UOF Video
48. Lenard Vare CV
49. Dr. David Mathis CV
50. Dr. Victor Weedn CV
51. Dr. Vinneth Carvalho CV
52. Officer Mark Garcia Deposition Transcript
53. Officer Mark Garcia Pews Report
54. Officer Mark Garcia Incident History Report
55. Officer Maxim Herman Deposition Transcript
56. Officer Maxim Herman Pews Report
57. Officer Maxim Herman Incident History Report
58. Officer Jin DeGuzman Deposition Transcript

59. Officer Jin DeGuzman Pews Report
60. Officer Jin DeGuzman Incident History Report

Lockhart

61. Lenard Vare Expert Report
62. Dr. David Mathis Expert Report
63. UOF Incident Report (Lockhart)
64. IAD Grievance (Lockhart)
65. Surveillance Footage Inside Pod (Lockhart)
66. Surveillance Footage Outside Pod UOF (Lockhart)
67. Surveillance Footage Entering Hallway (Lockhart)
68. Surveillance Footage Running Down Hallway (Lockhart)
69. Officer Alex Conrad Incident History Report
70. IAD Investigation Officer Alex Conrad
71. Officer Alex Conrad Observation Reprimand
72. Officer Alex Conrad PEWS and IAD Investigation
73. Officer Alex Conrad PEWS Report
74. Harris County Operational Records (Lockhart)
75. Officer Twitty IAD Investigation Report
76. Officer Twitty First Pews Report Notification
77. Officer Twitty Second Pews Report Notification
78. Officer Twitty PEWS Report
79. Officer Twitty Incident History Report
80. Officer Conrad Deposition Transcript
81. Officer Patrick Allen Deposition Transcript
82. Bernard Lockhart Medical Records
83. Officer Bruce Hayes Deposition Transcript

Radcliffe

84. Lenard Vare Expert Report
85. Dr. David Mathis Expert Report
86. Radcliffe Assault Video
87. Radcliffe Incident Report
88. Radcliffe Photo
89. Radcliffe Jail Medical Records
90. Officer Suzana Reskovic Incident Case History
91. Officer Chin Chiu Incident Case History
92. Antonio Radcliffe Deposition Transcript
93. Officer Suzana Reskovic Deposition Transcript

Morelle

94. Lenard Vare's Expert Report
95. Morelle's medical records and incident report
96. Morelle's Deposition Transcript
97. Officer Calyn Cutler Deposition Transcript

Zachery Johnson

98. Lenard Vare Expert Report
99. Dr. Carvalho Expert Report
100. Zachery Johnson Incident Report and Jail Records
101. Zachery Johnson Assault Video Footage
102. Zachery Johnson Operation Records
103. Zachery Johnson Clinic Records and medical records

Twedt

104. Lenard Vare Expert Report
105. Twedt UOF Incident Video Footage

106. Twedt UOF Incident Report
107. Twedt Deposition Transcript
108. Officer Jimmy Poole Pews Report
109. Officer Jimmy Poole Incident History Report
110. Officer Andrew Pena Pews Report
111. Officer Andrew Pena Incident History Report
112. Officer Jon Vickers-Gilbreath Pews Report
113. Officer Jon Vickers-Gilbreath Incident History Report
114. Officer Tyree Simpson Pews Report
115. Officer Tyree Simpson Incident History Report
116. Officer Christopher Ortega Pews Report
117. Officer Christopher Ortega Incident History Report
118. Officer Thomas Muniz Pews Report
119. Officer Thomas Muniz Incident History Report
120. Twedt Medical Records

Kevin Smith

121. Lenard Vare Expert Report
122. Dr. Mathis Expert Report
123. Dr. Weedn Expert Report
124. Kevin Smith Incident Video Footage
125. Kevin Smith Observation Rounds Video Footage
126. Kevin Smith Autopsy Report
127. Officer Wong Deposition Transcript
128. Kevin Smith Investigation Summary and Incident Report
129. Kevin Smith Medical Records
130. Harris County Observation Records

131. Harris County Operational Records

Kristan Smith

132. Lenard Vare Expert Report
133. Dr. Mathis Expert Report
134. Dr. Weedn Expert Report
135. Dr. Carvalho Expert Report
136. Kristan Smith Video Footage
137. Kristan Smith Observation Records
138. Kristan Smith Medical Records
139. Kristan Smith Investigation Summary and Incident Report
140. Kristan Smith Autopsy Records
141. Plaintiff Griego Kiosk Requests
142. TCJS Technical Assistance – Alan Kerber
143. Officer Raymond Gutierrez Case History Report

Supplemental Materials

144. Khalil Bennett's Jail Records
145. Lenard Vare's Supplemental Expert Report
146. Ulysses Molina's Jail Records
147. Joseph Thompson's Jail Records

Deon Peterson

148. Lenard Vare Master Expert Report
149. Dr. Weedn's Expert Report
150. Dr. Carvalho's Executive Summary Report
151. Dr. Mathis's Master Summary Report
152. Deon Peterson Incident Reports
153. Deon Peterson Operational Records
154. Deon Peterson's Medical Records

155. Deon Peterson's Jail Records

156. Deon Peterson's Autopsy Report

157. Dr. Mathis's Updated Expert Report for Kristan Smith

158. Dr. Mathis's Expert Report for Dylan Perio

159. Dr. Mathis's Expert Report for Evan Lee

160. Dr. Mathis's Expert Report for Jacoby Pillow

161. Dr. Carvalho's Updated Expert Report for Kevin Smith

162. Dr. Carvalho's Expert Report for Jacoby Pillow

163. Dr. Carvalho's Expert Report for Ramon Thomas

164. Dr. Carvalho's Expert Report for Kenneth Richard

165. Dr. Carvalho's Expert Report for Nathan Henderson

166. Dr. Carvalho's Expert Report for Taylor Euell

167. Deposition Transcript of Officer Goodlow-Jones

168. Lenard Vare's Supplemental Expert Report

169. Deposition Transcript of Sergeant Robert Craddock

170. Deposition Transcript of Officer Angela McClain

171. Deposition Transcript of Officer Shuntae Burton

172. Deposition Transcript of Officer Marquise Johnson

173. Deposition Transcript of Officer Donald Randell

174. Texas Rangers Investigation Report – Deon Peterson

175. Observation Rounds – Evan Lee

176. Deposition Transcript of Officer Slade Gomez

177. Deposition Transcript of Officer Yannis Ramos

William Curtis Barrett (Plaintiffs will not repeat Exhibits mentioned above, i.e. Lenard Vare's Master Report)

178. Dr. Weedn's Expert Report – William Barrett

179. Dr. Mathis' Expert Report – William Barrett
180. Dr. Carvalho's Expert Report – William Barrett
181. Observation Round Video – William Barrett
182. Medical Emergency Video – William Barrett
183. William Barrett Jail Records
184. Texas Rangers Investigation Report – William Barrett
185. Cell Photos – William Barrett
186. William Barrett Autopsy Records
187. William Barrett Operational Records
188. Observation Round Video – Bryan Johnson
189. Observation Round Video – Ramon Thomas
190. Observation Round Video – Gary Wayne Smith
191. Observation Round Video – Robert Wayne Fore
192. Observation Round Video – Alan Kerber
193. Observation Round Video – Victoria Simon
194. Observation Round Video – Fabien Cortez
195. Observation Round Video – Vincent Young
196. Observation Round Video – Robert Terry
197. Observation Round Video – Maytham Alsaedy
198. December 2024 Observation Round Training Bulletin
199. Deposition Transcript of Officer Jazmin Stewart
200. Dr. Mathis's Expert Report – Gary Wayne Smith
201. Dr. Mathis's Expert Report – Michael Griego
202. Dr. Mathis's Expert Report – Robert Fore
203. Dr. Mathis's Expert Report – Ramon Thomas
204. Dr. Weedn's Expert Report – Bryan Johnson

205. Dr. Weedn's Expert Report – Evan Lee
206. Dr. Weedn's Expert Report – Gary Wayne Smith
207. Dr. Weedn's Expert Report – Jacoby Pillow
208. Dr. Weedn's Expert Report – Michael Griego
209. Dr. Weedn's Expert Report – Nathan Henderson
210. Dr. Weedn's Expert Report – Ramon Thomas
211. Dr. Weedn's Expert Report – Robert Fore
212. Dr. Weedn's Expert Report – Zachary Zepeda
213. Dr. Carvalho's Expert Report – Bryan Johnson
214. Dr. Carvalho's Expert Report – Evan Lee
215. Dr. Carvalho's Expert Report – Robert Fore
216. Dr. Carvalho's Expert Report – Michael Griego

Dylan Perio (Plaintiffs will not repeat Exhibits mentioned above, i.e. Dr. Mathis's Expert Report for Perio)

217. NCCHC Audit Report of Harris County Jail
218. Dylan Perio Deposition Transcript
219. Dylan Perio's Grievances
220. Dylan Perio Operation Records
221. Dylan Perio Medical and Jail Records
222. Dylan Perio Medical Screening
223. Inmate Handbook (effective during Perio's detention)
224. HCSO Health Services Manual (Effective March 1, 2022)

Christopher Young

225. Chris Young Incident Report
226. Chris Young Deposition Transcript
227. Officer David Batts' Deposition Transcript

228. Officer Sheriff Gonzalez's deposition

229. Pictures from Jail Inspection

230. Business Records Affidavit from TCJS (Covers all TCJS records previously attached as exhibits including Ex. 2-21, 26, 142)

231. TCJS Technical Assistance Notifications

232. Chris Young Operational Records

233. Chris Young Jail and Medical Records

234. Officer Rodergus Scott's Deposition Transcript

235. Melanie Dimas Deposition Transcript

Taylor Euell

236. Taylor Euell Jail and Medical Records

237. Taylor Euell Intake Records

238. Taylor Euell Deposition Transcript

239. Photo of Clinic Door from Jail Inspection

240. Officer Salazar's PEWS records

241. Officer Salazar's Incident Case History

242. Taylor Euell IAD Investigation File

243. Taylor Euell Grievances

244. Michael Griego Assault Video

245. Photo of 3C1E Where Assault between Euell and Roberts occurred

246. Officer Jesse Martinez Case History

247. Jeremy Garrison IAD file

248. Officer David Guzman Deposition Transcript

249. Officer Jancarlo Lemus Deposition Transcript

Bryan Johnson

250. Officer Franky Estrada Deposition Transcript

251. Bryan Johnson Jail and Medical Records

252. Bryan Johnson Autopsy Record

253. Bryan Johnson Operational Records

254. HPD Investigation File

255. Additional Bryan Johnson Observation Round Videos

256. Bryan Johnson Video of Medical Emergency

257. Dr. Beynon's Deposition Transcript (Will be supplemented once received)

Evan Lee

258. Additional SIR Assaults

259. Dr. John Mills Deposition Transcript

260. Evan Lee Autopsy Report

261. Evan Lee Observation Videos

262. Evan Lee Medical Videos

263. Evan Lee March 11, 2022, Incident Report

264. Evan Lee March 18, 2022, Medical Emergency Incident Report

265. Evan Lee Jail and Medical Records

266. Inmate Atkins Jan. 15, 2022, Incident Report

267. Inmate Atkins Jan. 27, 2022, Incident Report

268. March 13, 2022, Incident Report of Gang Related Threats

269. Harris County Jail Blind Spot List

270. Photos of 6th Floor H Pod E Cell from Inspection