**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| OCTEVIA WAGNER, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-CV-02886 |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

---

**UNRESTRICTED OMNIBUS EXHIBIT LIST TO PLAINTIFFS' SUPPLEMENTS AND RESPONSES TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

---

**Paul A. Grinke**
State Bar No. 24032255
paul@bencrump.com
**Aaron Dekle**
State Bar No. 24100961
aaron@bencrump.com
BEN CRUMP LAW, PLLC
5 Cowboys Way, Ste. 300
Frisco, Texas 75034
(972) 942-0494 – Office
(800) 770-3444 – Facsimile

**Carl L. Evans**
State Bar No. 24056989
cevans@mccathernlaw.com
MCCATHERN PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
(214) 532-2060 – Office

**Thad D. Spalding**
State Bar No. 00791708
tspalding@dpslawgroup.com
**Shelby J. White**
State Bar No. 24084086
swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000 - Office
(214) 946-8433 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**Introduction**

Plaintiff is attaching this Omnibus Exhibit List to Plaintiffs' Responses to Defendant's Motion for Summary Judgment due to the overlapping nature of the claims and the evidence for the various Motions for Summary Judgment. Plaintiffs incorporate each of the documents listed below into the body of the Response as if fully set forth therein. After the Stipulation of the De-Designation of information as Confidential (Doc. 401), the following link contains the exhibits that are de-designated and no longer subject to any Protective Order. The documents contained in these exhibits may still contain "confidential" bates labels but those can be ignored per the Stipulation. The size of the exhibits are too large to file individually on PACER; therefore, Plaintiffs have categorized each of the exhibits on the following link to which the Court and the Parties have access.

Wagner v. Harris County Unrestricted Omnibus MSJ Exhibits

This link will remain active throughout the remainder of this case. Because some documents are still labeled "confidential" and not subject to the Stipulation, the exhibits not contained in this link are still restricted and contained in a separate link available to the Court and the parties. Thus, just because a document is listed below does not mean that the document is unrestricted or included in the above link. Some documents still require the redaction of personal identifying information, once that is done then those exhibits will be added to the unrestricted link.

**Table of Exhibits**

General

1. DOJ 2009 Report (Wagner 79-102)
2. TCJS Report May 2013-2017 (Wagner 103-183)
3. TCJS Report Dec 2017 (Wagner 184-186)
4. TCJS Report Aug 2018 (Wagner 187-189)
5. TCJS Report Dec 2020 (Wagner 201-207)
6. TCJS Report April 2021 (Wagner 208-210)
7. TCJS Report Nov 2021 (Wagner 211-217)
8. TCJS Report Sept. 2022 (Wagner 224-228)
9. TCJS Report Dec 2022 (Wagner 229-231)
10. TCJS Report April 2023 (Wagner 237-239)
11. TCJS Report Feb. 2023 (Wagner 240-248)
12. TCJS Report Aug. 23, 2023 (Wagner 249-251)
13. TCJS Report Aug 2023 (Wagner 252-261)
14. TCJS Report Feb 2024 (Wagner 263-268)
15. TCJS Report May 23 Remedial Order (Wagner 3246-3247)
16. TCJS Report May 2024 Amend Remedial Order (Wagner 3248-3250)
17. TCJS Report Jan. 2025
18. Harris County Comm. To TCJS Death In Custody (Observation)
19. TCJS Report May 6, 2025
20. TCJS Harris County Second Remedial Order
21. TCJS Report June 2025
22. Harris County's Updated 2024 UOF Policy

23. Eric Morales Personnel File and Investigation
24. KHOU Struck Documentary (Video)
25. KHOU Struck Article
26. TCJS SIR Total Count Files (Compiled)
27. KHOU UOF Incident Report Examples (Compiled)
28. SIR UOF Examples (Compiled)
29. SIR Assault Examples (Compiled)
30. KHOU Assault Examples (Compiled)
31. John Coote Assault Video
32. John Coote Assault Incident Report
33. Evan Lee Assault Texas Rangers Report
34. Zachary Zepeda Assault Video
35. Zachary Zepeda Assault Incident Report
36. Michael Griego Texas Ranger Report and Autopsy Report (Compiled)
37. Kenneth Richard Assault Incident Report
38. Jaquez Moore Assault Incident Report
39. Fred Harris Assault Video
40. Fred Harris Assault Incident Report
41. Rory Ward Assault Investigation Summary and Autopsy Report (Compiled)
42. Kareem Jefferson Assault Incident Report
43. Rory Ward Observation Round Videos Examples
44. Matthew Shelton Observation Round Videos Examples
45. Jacoby Pillow UOF Video
46. Jeremy Garrison UOF Videos and Incident Reports
47. John Coote UOF Video
48. Lenard Vare CV

49. Dr. David Mathis CV
50. Dr. Victor Weedn CV
51. Dr. Vinneth Carvalho CV
52. Officer Mark Garcia Deposition Transcript
53. Officer Mark Garcia Pews Report
54. Officer Mark Garcia Incident History Report
55. Officer Maxim Herman Deposition Transcript
56. Officer Maxim Herman Pews Report
57. Officer Maxim Herman Incident History Report
58. Officer Jin DeGuzman Deposition Transcript
59. Officer Jin DeGuzman Pews Report
60. Officer Jin DeGuzman Incident History Report

Lockhart

61. Lenard Vare Expert Report
62. Dr. David Mathis Expert Report
63. UOF Incident Report (Lockhart)
64. IAD Grievance (Lockhart)
65. Surveillance Footage Inside Pod (Lockhart)
66. Surveillance Footage Outside Pod UOF (Lockhart)
67. Surveillance Footage Entering Hallway (Lockhart)
68. Surveillance Footage Running Down Hallway (Lockhart)
69. Officer Alex Conrad Incident History Report
70. IAD Investigation Officer Alex Conrad
71. Officer Alex Conrad Observation Reprimand
72. Officer Alex Conrad PEWS and IAD Investigation
73. Officer Alex Conrad PEWS Report

74. Harris County Operational Records (Lockhart)
75. Officer Twitty IAD Investigation Report
76. Officer Twitty First Pews Report Notification
77. Officer Twitty Second Pews Report Notification
78. Officer Twitty PEWS Report
79. Officer Twitty Incident History Report
80. Officer Conrad Deposition Transcript
81. Officer Patrick Allen Deposition Transcript
82. Bernard Lockhart Medical Records
83. Officer Bruce Hayes Deposition Transcript

Radcliffe

84. Lenard Vare Expert Report
85. Dr. David Mathis Expert Report
86. Radcliffe Assault Video
87. Radcliffe Incident Report
88. Radcliffe Photo
89. Radcliffe Jail Medical Records
90. Officer Suzana Reskovic Incident Case History
91. Officer Chin Chiu Incident Case History
92. Antonio Radcliffe Deposition Transcript
93. Officer Suzana Reskovic Deposition Transcript

Morelle

94. Lenard Vare's Expert Report
95. Morelle's medical records and incident report
96. Morelle's Deposition Transcript
97. Officer Calyn Cutler Deposition Transcript

Zachery Johnson

98. Lenard Vare Expert Report
99. Dr. Carvalho Expert Report
100. Zachery Johnson Incident Report and Jail Records
101. Zachery Johnson Assault Video Footage
102. Zachery Johnson Operation Records
103. Zachery Johnson Clinic Records and medical records

Twedt

104. Lenard Vare Expert Report
105. Twedt UOF Incident Video Footage
106. Twedt UOF Incident Report
107. Twedt Deposition Transcript
108. Officer Jimmy Poole Pews Report
109. Officer Jimmy Poole Incident History Report
110. Officer Andrew Pena Pews Report
111. Officer Andrew Pena Incident History Report
112. Officer Jon Vickers-Gilbreath Pews Report
113. Officer Jon Vickers-Gilbreath Incident History Report
114. Officer Tyree Simpson Pews Report
115. Officer Tyree Simpson Incident History Report
116. Officer Christopher Ortega Pews Report
117. Officer Christopher Ortega Incident History Report
118. Officer Thomas Muniz Pews Report
119. Officer Thomas Muniz Incident History Report
120. Twedt Medical Records

Kevin Smith

121. Lenard Vare Expert Report
122. Dr. Mathis Expert Report
123. Dr. Weedn Expert Report
124. Kevin Smith Incident Video Footage
125. Kevin Smith Observation Rounds Video Footage
126. Kevin Smith Autopsy Report
127. Officer Wong Deposition Transcript
128. Kevin Smith Investigation Summary and Incident Report
129. Kevin Smith Medical Records
130. Harris County Observation Records
131. Harris County Operational Records

Kristan Smith

132. Lenard Vare Expert Report
133. Dr. Mathis Expert Report
134. Dr. Weedn Expert Report
135. Dr. Carvalho Expert Report
136. Kristan Smith Video Footage
137. Kristan Smith Observation Records
138. Kristan Smith Medical Records
139. Kristan Smith Investigation Summary and Incident Report
140. Kristan Smith Autopsy Records
141. Plaintiff Griego Kiosk Requests
142. TCJS Technical Assistance – Alan Kerber
143. Officer Raymond Gutierrez Case History Report

Supplemental Materials

144. Khalil Bennett's Jail Records

145. Lenard Vare's Supplemental Expert Report
146. Ulysses Molina's Jail Records
147. Joseph Thompson's Jail Records

Deon Peterson

148. Lenard Vare Master Expert Report
149. Dr. Weedn's Expert Report
150. Dr. Carvalho's Executive Summary Report
151. Dr. Mathis's Master Summary Report
152. Deon Peterson Incident Reports
153. Deon Peterson Operational Records
154. Deon Peterson's Medical Records
155. Deon Peterson's Jail Records
156. Deon Peterson's Autopsy Report
157. Dr. Mathis's Updated Expert Report for Kristan Smith
158. Dr. Mathis's Expert Report for Dylan Perio
159. Dr. Mathis's Expert Report for Evan Lee
160. Dr. Mathis's Expert Report for Jacoby Pillow
161. Dr. Carvalho's Updated Expert Report for Kevin Smith
162. Dr. Carvalho's Expert Report for Jacoby Pillow
163. Dr. Carvalho's Expert Report for Ramon Thomas
164. Dr. Carvalho's Expert Report for Kenneth Richard
165. Dr. Carvalho's Expert Report for Nathan Henderson
166. Dr. Carvalho's Expert Report for Taylor Euell
167. Deposition Transcript of Officer Goodlow-Jones
168. Lenard Vare's Supplemental Expert Report
169. Deposition Transcript of Sergeant Robert Craddock

170. Deposition Transcript of Officer Angela McClain

171. Deposition Transcript of Officer Shuntae Burton

172. Deposition Transcript of Officer Marquise Johnson

173. Deposition Transcript of Officer Donald Randell

174. Texas Rangers Investigation Report – Deon Peterson

175. Observation Rounds – Evan Lee

176. Deposition Transcript of Officer Slade Gomez

177. Deposition Transcript of Officer Yannis Ramos

William Curtis Barrett (Plaintiffs will not repeat Exhibits mentioned above, i.e. Lenard Vare's Master Report)

178. Dr. Weedn's Expert Report – William Barrett

179. Dr. Mathis' Expert Report – William Barrett

180. Dr. Carvalho's Expert Report – William Barrett

181. Observation Round Video – William Barrett

182. Medical Emergency Video – William Barrett

183. William Barrett Jail Records

184. Texas Rangers Investigation Report – William Barrett

185. Cell Photos – William Barrett

186. William Barrett Autopsy Records

187. William Barrett Operational Records

188. Observation Round Video – Bryan Johnson

189. Observation Round Video – Ramon Thomas

190. Observation Round Video – Gary Wayne Smith

191. Observation Round Video – Robert Wayne Fore

192. Observation Round Video – Alan Kerber

193. Observation Round Video – Victoria Simon

194. Observation Round Video – Fabien Cortez

195. Observation Round Video – Vincent Young

196. Observation Round Video – Robert Terry

197. Observation Round Video – Maytham Alsaedy

198. December 2024 Observation Round Training Bulletin

199. Deposition Transcript of Officer Jazmin Stewart

200. Dr. Mathis's Expert Report – Gary Wayne Smith

201. Dr. Mathis's Expert Report – Michael Griego

202. Dr. Mathis's Expert Report – Robert Fore

203. Dr. Mathis's Expert Report – Ramon Thomas

204. Dr. Weedn's Expert Report – Bryan Johnson

205. Dr. Weedn's Expert Report – Evan Lee

206. Dr. Weedn's Expert Report – Gary Wayne Smith

207. Dr. Weedn's Expert Report – Jacoby Pillow

208. Dr. Weedn's Expert Report – Michael Griego

209. Dr. Weedn's Expert Report – Nathan Henderson

210. Dr. Weedn's Expert Report – Ramon Thomas

211. Dr. Weedn's Expert Report – Robert Fore

212. Dr. Weedn's Expert Report – Zachary Zepeda

213. Dr. Carvalho's Expert Report – Bryan Johnson

214. Dr. Carvalho's Expert Report – Evan Lee

215. Dr. Carvalho's Expert Report – Robert Fore

216. Dr. Carvalho's Expert Report – Michael Griego

Dylan Perio (Plaintiffs will not repeat Exhibits mentioned above, i.e. Dr. Mathis's Expert Report for Perio)

217. NCCHC Audit Report of Harris County Jail

218. Dylan Perio Deposition Transcript

219. Dylan Perio's Grievances

220. Dylan Perio Operation Records

221. Dylan Perio Medical and Jail Records

222. Dylan Perio Medical Screening

223. Inmate Handbook (effective during Perio's detention)

224. HCSO Health Services Manual (Effective March 1, 2022)

Christopher Young

225. Chris Young Incident Report

226. Chris Young Deposition Transcript

227. Officer David Batts' Deposition Transcript

228. Officer Sheriff Gonzalez's deposition

229. Pictures from Jail Inspection

230. Business Records Affidavit from TCJS (Covers all TCJS records previously attached as exhibits including Ex. 2-21, 26, 142)

231. TCJS Technical Assistance Notifications

232. Chris Young Operational Records

233. Chris Young Jail and Medical Records

234. Officer Rodergus Scott's Deposition Transcript

235. Melanie Dimas Deposition Transcript

Taylor Euell

236. Taylor Euell Jail and Medical Records

237. Taylor Euell Intake Records

238. Taylor Euell Deposition Transcript

239. Photo of Clinic Door from Jail Inspection

240. Officer Salazar's PEWS records

241. Officer Salazar's Incident Case History
242. Taylor Euell IAD Investigation File
243. Taylor Euell Grievances
244. Michael Griego Assault Video
245. Photo of 3C1E Where Assault between Euell and Roberts occurred
246. Officer Jesse Martinez Case History
247. Jeremy Garrison IAD file
248. Officer David Guzman Deposition Transcript
249. Officer Jancarlo Lemus Deposition Transcript

Bryan Johnson

250. Officer Franky Estrada Deposition Transcript
251. Bryan Johnson Jail and Medical Records
252. Bryan Johnson Autopsy Record
253. Bryan Johnson Operational Records
254. HPD Investigation File
255. Additional Bryan Johnson Observation Round Videos
256. Bryan Johnson Video of Medical Emergency
257. Dr. Beynon's Deposition Transcript (Will be supplemented once received)

Evan Lee

258. Additional SIR Assaults
259. Dr. John Mills Deposition Transcript
260. Evan Lee Autopsy Report
261. Evan Lee Observation Videos
262. Evan Lee Medical Videos
263. Evan Lee March 11, 2022, Incident Report
264. Evan Lee March 18, 2022, Medical Emergency Incident Report

265. Evan Lee Jail and Medical Records

266. Inmate Atkins Jan. 15, 2022, Incident Report

267. Inmate Atkins Jan. 27, 2022, Incident Report

268. March 13, 2022, Incident Report of Gang Related Threats

269. Harris County Jail Blind Spot List

270. Photos of 6th Floor H Pod E Cell from Inspection