**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OCTEVIA WAGNER, ET. AL.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **Vs** | § | |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | **Civil Action No. 4:23-CV-02886** |
| **Defendant** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **ANA GARCIA AND CHANDRA JENKINS,** | § | |
| **Plaintiff – Intervenors** | § | |

**DEFENDANT HARRIS COUNTY'S ADVISORY REGARDING SERIOUS INCIDENT REPORTS PURSUANT TO MEMORANDUM AND ORDER ECF #470**

==============================================================

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT HARRIS COUNTY and submits this Advisory to the Court with respect to the serious incident reports pursuant to Memorandum and Order ECF #470.

## I. BACKGROUND

On August 7, 2025, the Court ordered Harris County to "produce the reports underlying the counts in the monthly Serious Incident Reports submitted to the Texas Commission on Jail Standards for the categories of: Sexual Assault, Assault, Use of Force Resulting in Bodily Injury, Death in Custody, and Suicide for the time period January 2018 through December 2023." ECF #213, ¶ 3.

Harris County subsequently produced the underlying reports across all 5 categories for 2018, 2019, 2020, 2021, 2022, and 2023. *See* ECF #350-1, p. 14. The information is organized as follows:







On April 13, 2026, Plaintiffs complained in their Motion to Compel that the Use of Force reports ("UOF Reports") Harris County produced in compliance with ECF #213 contained missing information because the reports were not all produced in the same format:

> When Defendant provided the Court with a sample of the Use of Force reports that would fall within these reports, they were in the standard incident report form. Doc. 192; 192-6; Ex. O. However, when Defendant produced this information to Plaintiffs, the use of force reports were in a completely different form that did not contain all of the same information as the incident reports themselves. Compare Ex. L with Exhibit O.

ECF # 314, p. 23.

Specifically, Plaintiffs complain that all use of force reports were produced in the format shown on the left, hereafter "BlueTeam Reports," rather than in the format on the right, hereafter "OMS Reports."


CONFIDENTIAL
COURT USE ONLY
Harris County Sheriff's Office
Use of force Report

Incident Details

Date Received 11/01/2023
Entered By Detention Officer Sergeant Teroj Kelly - 138495
Date/Time of Occurrence 11/01/2023 23:37
Date/Time Entered 11/02/2023 00:22
Record ID Number 69480
OMS / RMS / Call Incident # 2311-00110
IAD # UOF2023-01544
Harris County SO Assigned Investigator [Pending assignment]
IAPro Assigned Investigator Detention Officer Miguel Speakman

Incident Location

Location of Occurrence JPC
700 North San Jacinto Street Houston, TX, 77002
-95.35652, 29.76440

Incident Summary

On Wednesday, November 1, 2023 Detention Officer J. Kuciemba, and Detention Officer F. Gomez became in a use of force with Prisoner Christopher, Brown. Photographs was taken and placed in ADAMS system for evidence see (JR23-1100-110), a use of force medical receipt was retrieved. A E-1 was filed, and a SEB was generated.

Medical Review requested on 2/5/24 by M. Speakman

Upon review of the documents related to this use of force incident, the force used was in accordance with departmental policy- Policy 501 De-escalation & Response to Resistance V. Use of Force.
Policy #501 V, B, C, D

WAGNER LAWSUIT FY 2023 8. UOF BODILY INJURY 15


Case 4:23-cv-02886 Document 314-15 Filed 04/13/26 in TXSD Page 1 of 228
CONFIDENTIAL
SIR November 2024 UOF Reports SIR00001
Harris County Sheriff's Office

Incident Report

Today's Date: 4/30/2025 13:12

Incident Information
Incident ID: 24-1102-092 Incident Reported: 11/2/24 4:15 Violent Incident:
Incident Type: Info Only Reporting Officer: MORENO, A Violence Type:
Incident Status: Closed-Approved Supervisor: WONG, P Reason:
Incident Occured: 11/2/24 4:10 Incident Location: JPC - 1 - Intake - Wait - Comment:

Inmate Involved
Name: ,
SPN: Offense:
Race: Disposition:
Gender: Reason:
Involvement: Injury:
Weapon: Severity:
Confirmation of Service: Description:
PREA: Hospital Name:
Medical: Mental Health Filed:
Force: Illness:
Housing Location At Time Of Incident: Photo:
Statement: No Statement Provided

Staff Involved
Name: LI, LIANGDONG
Badge: Injury:
Position: Detention Officer Severity:
Type of Involvement: Officer Assigned to Post Description:
Medical: N Hospital Name:
E17?: N Mental Health Filed:
Photo Taken?: N Illness:
Use of Force: N Photo:

Incident Report Page 1 of 4

*Id.*; ECF # 314.12.ECF #314.15.

Plaintiffs contend that the OMS reports were missing for all use of force incidents and that information in the OMS reports is more detailed than information in the BlueTeam reports that they received. ECF #314, p. 23. Plaintiffs demanded the "missing" information.

The Court ordered Harris County to "search its databases for the information in the differently-formatted serious incident reports that Plaintiffs allege are missing and file an advisory with the Court by November 16, 2026, indicating whether that information is available." ECF # 470, p.21.

## II. Harris County has identified documents that were not previously produced and is working to produce the documents by the discovery deadline.

As a threshold matter, Plaintiffs' representation to the Court that for all use of force incidents they received only BlueTeam Reports and are therefore missing the information contained in the OMS reports is inaccurate.

For the purpose of reporting incidents to the Texas Commission on Jail Standards, a use of force incident that involves contact with an inmate, but no bodily injury is reported by Harris County under the "assault" category for serious incident reporting. Ex. A (Kelley Dec.). This ensures that Harris County is capturing and reporting virtually all physical contact detention officers have with inmates. A use of force incident categorized under the assault category has an associated OMS or RMS report. *Id*.

If a use of force incident results in bodily injury to an officer or inmate, it is reported in the category of "use of force bodily injury." *Id*. Generally, all use of force incidents that result in bodily injury are reported in the "assault" category and in the "use of force bodily injury" category. Consequently, use of force incidents categorized under the "use of force bodily injury" category normally have an associated OMS or RMS report and a BlueTeam report.

The County provided some OMS reports and BlueTeam reports to Plaintiffs prior to them filing their Motion to Compel.

Take, for example, a use of force incident that occurred on January 15, 2020, involving an inmate named Tyler Butler, SPN 03001156, which resulted in injuries and was reported to TCJS. *Id*. Within the FY2020 file produced to Plaintiff there is an OMS report for this incident in the "assault" folder and a BlueTeam report for this incident in the "use of force bodily injury" folder. *Id.*



However, in complying with the Court's order to search for any additional documents, the County has determined that an OMS report was not provided in connection with *all* BlueTeam reports and is working now to identify and produce those OMS reports. Additionally, a narrow category of reports that fall within the parameters stated in ECF #213, referred to as "RMS" reports, were inadvertently not included in the prior production. An RMS reports exits in lieu of an OMS report for some use of force incidents. Ex. A (Kelley Dec.). Upon identifying this gap in production, the County has begun identifying and gathering both OMS and RMS records and will produce them by the discovery deadline.

**CONCLUSION**

THEREFORE, this Advisory is submitted for informational purposes only and no specific relief is requested via this Advisory. The intent is to satisfy the Order of this Court in ECF #470.

SIGNED on the 16th day of NOVEMBER 2026.

Respectfully submitted,

By: *Kelly R. Albin*

KELLY R. ALBIN
State Bar No. 24086079
So. Dist. Id No. 3792304
kralbin@rampagelaw.com

RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C.**
549 Egret Bay Blvd., Ste. 200
League City, Texas 77573
832.632.2102 (O)
832.632.3124 (F)

**COUNSEL FOR DEFENDANT HARRIS COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process referenced in the Federal Rules of Civil Procedure on all attorneys of record in this case on the 16TH day of NOVEMBER 2026, to wit:

| | |
|---|---|
| Aaron Dekle | Email: aaron@bencrump.com |
| Paul Ashley Grinke | Email: paul@bencrump.com |
| BEN CRUMP LAW FIRM | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Carl Lenford Evans, Jr. | Email: cevans@mccathernlaw.com |
| Noah L. McCathern | Email: nmccathern@mccathernlaw.com |
| Jordan A. Carter | Email: jcarter@mccathernlaw.com |
| Alizabeth A. Guillot | Email: aguillot@mccathernlaw.com |
| McCathern Law Firm | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Thad D. Spalding | Email: tspalding@dpslawgroup.com |
| Shelby J. White | Email: swhite@dpslawgroup.com |
| Durham, Pittard & Spalding, LLP | |
| ATTORNEYS FOR PLAINTIFFS | |
| | |
| Mohammed Obaid Shariff | Email: mshariff@shariflawfirm.com; |
| Kevin M. Acevedo-Carlson | Email: kacevedo@shariflawfirm.com |
| Russell Ross | Email: rross@shariflawfirm.com |
| Shariff Law Firm | Email: eservice@shariflwfirm.com |
| SHARIFF LAW FIRM | |
| ATTORNEY FOR INTERVENOR ANA GARCIA & KEVIN SANCHEZ TREJO | |
| | |
| Taylor McCray Hunter | Email: taylor@thehunterlaw.com |
| Kevin Green | Email: kevin@consumerjusticecenter.com |
| Thomas Lyons Jr. | Email: tommy@consumerjusticecenter.com |
| Andi Weber | Email: andi@consumerjusticecenter.com |
| ATTORNEY FOR INTERVENOR CHANDRA JENKINS & DEQON BUFORD | |

Kelly R. Albin
KELLY R. ALBIN
RICARDO J. NAVARRO